# MINUTE ORDER

Page 3

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6      Date: 4/1/22      Time: 10:00 a.m.

Defendant: Carlos Ramon Polit Faggioni ✓   J#: 02758-506   Case #: 22-cr-20114-Williams/McAliley

AUSA: Jill Simon/Michael Berger   Attorney: Fernando Tamayo/James Odell (Temp) ✓

Violation: Conspiracy to Commit Money Laundering   Surr/Arrest Date:   YOB:

Proceeding: Detention Hearing   CJA Appt:

Bond/PTD Held: ☐ Yes  ☒ No   Recommended Bond: Temp Ptd

Bond Set at: $8mil CSB w/ Nebbia & $10 mil PSB   Co-signed by: Wife & any children not pledging property on Nebbia

Language: Spanish

- ☒ Surrender and/or do not obtain passports/travel docs & Wife to surrender
- ☒ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☒ No firearms
- ☒ Not to encumber property — 3 properties noted on Indictment only
- ☐ May not visit transportation establishments
- ☒ Home Confinement/Electronic Monitoring and/or GPS   Curfew ___ pm to ___ am, paid by ___
- ☒ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Disposition:

*Brady warning given*   **RRC/ARR not set**

- Gvt req $10 mil PSB & a $1 mil 10% co-signed
- Gvt amend req to $10 mil CSB & $1 mil 10% co-signed
- Court sets $8mil CSB w/ Nebbia & $10 mil PSB co-signed by wife & any child not pledging property on Nebbia;
- Lis Pendens req before release on 3 property on Indictment

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

(Report RE Counsel): 4-6 @ 10am Duty-MIA   — Deft to sign waiver of extradition before release
PTD/Bond Hearing: 
Prelim/(Arraign) or Removal:  "     "     "     "   — Deft to reside w/ daughter Jeanette
Status Conference RE:

D.A.R. 10:13:12 / 11:01:32 / 11:52:06   Time in Court: 31 mins

s/Jacqueline Becerra   Magistrate Judge

DEFENDANT: Carlos Ramon Polit Faggioni
CASE NUMBER: 22-cr-20114
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

X a. Surrender all passports and travel documents, if any, to Pretrial Services and not obtain any travel documents during the pendency of the case;

X b. Report to Pretrial Services as follows: (X) as directed or___ time(s) a week in person and___ time(s) a week by telephone;

___ c. Submit to substance abuse testing and/or treatment, contribute to the cost of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ d. Refrain from ____excessive OR ___abstain from alcohol use or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. §802), without a prescription by a licensed medical practitioner;

___ e. Participate in a mental health assessment and/or treatment and contribute to the costs of services rendered based on ability to pay, as determined by the U.S. Probation Officer;

___ f. Employment restriction(s): _____

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

___ i. Avoid all contact with victims or witnesses to the crimes charged, except through counsel. The AUSA shall provide defense counsel and pretrial services with the names of all victims or witnesses. The prohibition against contact does not take effect until defense counsel receives the list. The prohibition against contact applies only to those persons on the list, but the prosecutor may expand the list by sending written notice to defense counsel and pretrial services.;

___ j. Avoid all contact with co-defendants and defendants in related cases, except through counsel;

X k. Refrain from possessing a firearm, destructive device or other dangerous weapons and shall surrender (if any), their concealed weapons permit to the U.S. Probation Office;

X l. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any real property they own, until the bond is discharged, or otherwise modified by the Court;

___ m. May not visit commercial transportation establishment: airports, seaport/marinas, commercial bus terminals, train stations, etc.;

___ n. Defendant shall consent to the U.S. Probation Officer conducting periodic unannounced examinations of the defendant's computer equipment at his/her place of employment or on the computer at his/her residence which may include retrieval and copying of all data from the computer(s) and any internal or external peripherals to ensure compliance with this condition and/or removal of such equipment for the purpose of conducting a more thorough inspection; and consent at the direction of the U.S. Probation Officer to have installed on the defendant's computer(s), at the defendant's expense, any hardware or software systems to monitor the defendant's computer use;

DEFENDANT: Carlos Ramon Polit Faggioni
CASE NUMBER: 22-cr-20114
PAGE THREE

X o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on (X) ability to pay as determined by the U.S. Probation Officer – or – ( ) paid by U.S. Probation;

__ Location monitoring technology at the discretion of the officer

__ Radio Frequency (RF) monitoring (Electronic Monitoring)

X Active GPS Monitoring

__ Voice Recognition

__ Curfew: You are restricted to your residence every day from_____ to_____, or as directed by the supervising officer.

**OR**

X Home Detention: You are restricted to your residence at all times except for:
(X) medical
( ) substance abuse or mental health treatment
(X) court appearances
(X) attorney visits or court ordered obligations
( ) religious services
( ) employment
(X) other activities as pre-approved by the supervising officer (Just rept to PTS)

— p. **RESIDENTIAL RE-ENTRY CENTER:** The defendant shall reside at a residential re-entry center or halfway house and abide by all the rules and regulations of the program. The cost to be paid by ( )Pretrial Services or ( ) based on the defendant's ability to pay. You are restricted to the residential re-entry center/halfway house at all times except for:

( ) employment
( ) education
( ) religious services
( ) medical, substance abuse, or mental health treatment
( ) attorney visits
( ) court appearances
( ) court ordered obligations
( ) reporting to Pretrial Services
( ) other _____

— q. Third-Party Custody: _____ will serve as a third party custodian and will report any violations of the release conditions to the U.S. Probation Officer. Failure to comply with these requirements, the third party custodian can be subject to the provisions of 18 U.S.C. § 401, Contempt of Court.

— r. The defendant shall submit his person, property, residence, vehicle, papers, computers, (as defined in 18 U.S.C. 1030(e)(1)), other electronic communication or data storage devices or media, or office, to a search conducted by a United States Probation Officer. The defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition. Any search must be conducted at a reasonable time and in a reasonable manner.