# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor     Date: 4/6/22     Time: 10:00 a.m.

**Defendant:** Carlos Ramon Polit Faggioni    **J#:** 02758-506    **Case #:** 22-20114-CR-WILLIAMS

**AUSA:** Cynthia Wood for Michael Berger    **Attorney:** Fernando Tamayo/James Odell, Temp Counsel

**Violation:** Consp to Commit Money Laundering, Money Laundering, Engaging in Transactions in Criminally Derived Property

**Proceeding:** Report Re: Counsel, Arraignment    **CJA Appt:**

**Bond/PTD Held:** ☐ ☐    **Recommended Bond:**

**Bond Set at:** $8 million csb w/nebbia, $10 million psb    **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

**Language:** Spanish

**Disposition:** Counsel requests continuance, no objections from the Government

Time from today to ___ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

*Report RE Counsel:* 4/20/22    10:00    Miami Duty

PTD/Bond Hearing:

*Arraignment:* 4/20/22    10:00    Miami Duty

Status Conference RE:

D.A.R. 10:08:12     Time in Court: 2