# COURT MINUTES

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6  Date: 4/11/2022   Time: 8:00 a.m.

Defendant: Carlos Ramon Polit Faggioni   J#: 02758-506   Case #: 22-cr-20114-Williams
AUSA: Jill Simon/Michael Berger   Attorney: Fernando Tamayo/James Odell
Violation: Conspiracy to Commit Money Laundering
Proceeding: Motion to Reconsider Conditions of Bond   CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond: $8 mil CSB w/Nebbia & $10 mil PSB Co-signed
Bond Set at:   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
- Deft present
- AUSA Simon appeared by phone
- Defense counsel proposed to the Court a bond of 10% of the maximum that the family can pledge that is unrelated to the properties in question and all previous conditions ordered
- Court instructs counsel to submit a bond package

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 08:10:29   Time in Court: 58 mins