# COURT MINUTES

Page 9

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6    Date: 5/27/2022   Time: 10:00 a.m.

Defendant: Carlos Ramon Polit Faggioni   J#: __BOND__   Case #: 22-CR-20114-WLLIAMS
AUSA: __Lindsey Friedman__   Attorney: James A. Odell (TEMP), Fernando L. Tamayo (TEMP), Howard M. Srebnick ✓
Violation: CONSPIRACY TO COMMIT MONEY LAUNDERING/MONEY LAUDERING/ENGAGING IN TRANSACTIONS IN CRIMINALLY DERIVED PROPERTY

Proceeding: Report RE: Counsel/Arraignment    CJA Appt:
Bond/PTD Held: ○ Yes ○ No   Recommended Bond: $8 mil CSB w/Nebbia & $10 mil PSB Co-signed
Bond Set at:    Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ___
- [ ] Other: ___

Language: Spanish ✓

Disposition:
*Brady Order given
- All counsel have filed appearances
- Deft arraigned
Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.
- All further matters before Judge Williams
- RRC held

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:20:10    Time in Court: 1 min