UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.  22-CR-20114-KMW

UNITED STATES OF AMERICA

vs.

CARLOS RAMON POLIT FAGGIONI,

      **Defendant.**

_____/

## PROTECTIVE ORDER REGULATING DISCLOSURE OF DISCOVERY AND SENSITIVE INFORMATION CONTAINED THEREIN

The United States of America, having filed an unopposed motion for a protective order regulating the disclosure of discovery and sensitive information contained therein to defense counsel in connection with the government's discovery obligations, and the Court finding good cause therefore:

IT IS HEREBY ORDERED that the government is authorized to disclose sensitive information in its possession that the government believes necessary to comply with the discovery obligations imposed by this Court;

IT IS FURTHER ORDERED that the government shall mark that portion of the discovery that includes sensitive information as "Confidential";

IT IS FURTHER ORDERED that counsel of record for defendant in this proceeding shall hold the Confidential portion of the discovery in strict confidence.  Therefore, defense counsel shall restrict access to the Confidential portion of discovery, and shall disclose the Confidential portion of discovery to their client, office staff, investigators, independent paralegals, vendors, consultants, and to anticipated fact or expert witnesses only to the extent that defense counsel believe is necessary to assist in the defense of their client in this matter;

IT IS FURTHER ORDERED that counsel of record for the defendant and for the government shall deliver a copy of this Order to any person to whom the Confidential portion of the discovery is disclosed, and shall inform such person that the Confidential information must be held in strict confidence, and that further disclosure or dissemination is prohibited without counsel's express consent; and

IT IS FURHER ORDERED that counsel of record agree that, upon conclusion of the above captioned case,[1] copies of the Confidential portion of the discovery disclosed to defense counsel pursuant to the terms of this order shall be destroyed or returned to the United States.

DONE AND ORDERED in chambers at Miami, Florida, this 17th day of June 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc: Counsel of record

---

[1] This shall mean the period at the conclusion of all appellate and Section 2255 proceedings, if any, or upon expiration of the deadline for filing appellate or Section 2255 proceedings.