UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20114-KMW

UNITED STATES OF AMERICA

vs.

CARLOS RAMON POLIT FAGGIONI
_____/

**UNOPPOSED MOTION TO MODIFY CONDITIONS
OF HOME DETENTION TO ALLOW DEFENDANT
TO ATTEND RELIGIOUS SERVICES ON SUNDAYS**

On May 4, 2022, Defendant Carlos Polit was pretrial released to home detention on a $14 million personal surety bond (with a $200,000 deposit with the court registry). ECF##26, 30.

Mr. Polit has been fully compliant with all the conditions of his release and his home detention, as confirmed by his probation officer (David Stwarka), with whom undersigned counsel (Perczek) spoke on January 23, 2023.

The special conditions of Mr. Polit's home detention (ECF#30:3) restrict Mr. Polit to his residence at all times except for medical appointments, court appearances, and attorney visits or court-ordered obligations; he is not currently authorized to attend religious services:

> Case 1:22-cr-20114-KMW   Document 30   Entered on FLSD Docket 05/04/2022   Page 3 of 19
>
> DEFENDANT: CARLOS RAMON POLIT FAGGIONI
> CASE NUMBER: 22-CR-20114-KMW
> PAGE THREE
>
> [X] o. **LOCATION MONITORING PROGRAM:** The defendant shall be monitored by the form of location monitoring and shall abide by all technology requirements as noted below, as well as contribute to the costs of services rendered based on (X) ability to pay as determined by the U.S. Probation Officer – or – ( ) paid by U.S. Probation;
>
>   __ Location monitoring technology at the discretion of the officer
>   __ Radio Frequency (RF) monitoring (Electronic Monitoring)
>   [X] Active GPS Monitoring
>   __ Voice Recognition
>   __ Curfew: You are restricted to your residence every day from _____ to _____, or as directed by the supervising officer.
>
>                                 OR
>
>   [X] Home Detention: You are restricted to your residence at all times except for:
>     (X) medical
>     ( ) substance abuse or mental health treatment
>     (X) court appearances
>     (X) attorney visits or court ordered obligations
>   → ( ) religious services
>     ( ) employment
>     other activities as pre-approved by the supervising officer   Report to Pretrial Services

Mr. Polit respectfully requests that the Court modify the conditions of his home detention to allow him to attend church on Sundays, departing his home at 8:00 a.m. and returning to his home at 11:00 a.m.

Undersigned counsel (Perczek) communicated with AUSA Berger, who indicated that the government does not object. Undersigned also spoke with Probation Officer Stwarka, who indicated that Probation does not object.

I certify that in addition to filing this motion with CM/ECF, my office also served it on Probation Officer Stwarka at David_Stwarka@flsp.uscourts.gov.

Respectfully submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
Tel. (305) 371-6421

*/s/  Howard Srebnick*
HOWARD SREBNICK
Florida Bar No. 919063
HSrebnick@RoyBlack.com


JACKIE PERCZEK
Florida Bar No. 0042201
JPerczek@RoyBlack.com


**COFFEY BURLINGTON, P.L.**
*Permanent Counsel for Carlos Polit*
2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel:  305-858-2900

*/s/ Fernando Tamayo*
Fernando Tamayo, Fla. Bar No. 28530
ftamayo@coffeyburlington.com
lmaltz@coffeyburlington.com
service@coffeyburlington.com