UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 22-CR-20114-KMW

UNITED STATES OF AMERICA

vs.

CARLOS RAMON POLIT FAGGIONI
_____/

## DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL HIS REPLY IN SUPPORT OF MOTION TO SUPPRESS

Defendant, Carlos Polit Faggioni, through undersigned counsel, moves the Court for leave to file under seal his *Reply in Support of Motion to Suppress* on the grounds that it contains sensitive material related to an ongoing criminal investigation. Polit's *Reply in Support of Motion to Suppress* was served on the government via email on Friday, February 10, 2023.

WHEREFORE, Defendant respectfully requests that the Court issue the attached order granting him leave to file his *Reply in Support of Motion to Suppress*, under seal.

Respectfully submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel. (305) 371-6421

*/s/ Howard Srebnick*
HOWARD SREBNICK, ESQ.

Florida Bar No. 919063
E-mail: HSrebnick@RoyBlack.com

*/s/ Jackie Perczek*
JACKIE PERCZEK, ESQ.
Florida Bar No. 0042201
JPerczek@RoyBlack.com

**COFFEY BURLINGTON, P.L.**
*Permanent Counsel for Carlos Polit*
2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900

*/s/ Fernando Tamayo*
Fernando Tamayo, Fla. Bar No. 28530
ftamayo@coffeyburlington.com
lmaltz@coffeyburlington.com
service@coffeyburlington.com