UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 22-CR-20114-KMW

UNITED STATES OF AMERICA

vs.

CARLOS RAMON POLIT FAGGIONI
_____/

**(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL HIS REPLY IN SUPPORT OF MOTION TO SUPPRESS**

THIS CAUSE came before the Court on Defendant's *Motion for Leave to File Under Seal his Reply in Support of Motion to Suppress*. Being fully advised, it is

ORDERED AND ADJUDGED that the motion is GRANTED and the Clerk is directed to seal Defendant's *Reply in Support of Motion to Suppress* and it shall remain under seal until further order of the Court.

DONE AND ORDERED at Miami, Florida, this ___ day of February, 2023.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE