UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20114-KMW

UNITED STATES OF AMERICA

vs.

CARLOS RAMON POLIT FAGGIONI
_____/

### DEFENDANT'S NOTICE OF FILING EXHIBIT 1 TO (ECF#87) DEFENDANT'S REPLY IN SUPPORT OF MOTION TO SUPPRESS

Defendant hereby files the Search Warrant Affidavit in *United States v. Rhame*, 1:16-cr-00067-SCJ-CMS (N.D.Ga. 2016) (ECF#77-1), which Defendant cited as **Exhibit 1** to (ECF#87) Defendant's Reply in Support of Motion to Suppress. Undersigned apologizes that we inadvertently failed to include the exhibit at the time the reply was filed.

Respectfully submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
Tel. (305) 371-6421

*/s/ Jackie Perczek*
JACKIE PERCZEK, ESQ.
Florida Bar No. 0042201
JPerczek@RoyBlack.com