# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 22-CR-20114-KMW

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLOS RAMON POLIT FAGGIONI,

        Defendant.

_____/

## NOTICE OF UNAVAILABILITY OF COUNSEL

The undersigned attorney hereby notifies all parties of record that he will be unavailable during the period commencing **June 12, 2023** through **June 21, 2023.**

It is respectfully requested that no hearings, depositions or any other activity be scheduled in the above-styled cause of action during that period.

Respectfully submitted,

**COFFEY BURLINGTON, P.L.**
*Permanent Counsel for Carlos Polit*
2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
Telephone:    (305) 858-2900
Facsimile:    (305) 858-5261

By: */s/ Fernando Tamayo*
Fernando Tamayo, Fla. Bar No. 28530
Kendall Coffey, Fla. Bar No. 259861
ftamayo@coffeyburlington.com
kcoffey@coffeyburlington.com
lmaltz@coffeyburlington.com
service@coffeyburlington.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice

of Electronic Filing generated by CM/ECF, on June 6, 2023, on all counsel or parties of record on

the Service List below.

| Service List | |
|---|---|
| Alexander Kramer, Trial Attorney<br>Jill Simon, Trial Attorney<br>Criminal Division, Fraud Section<br>Lorinda Laryea<br>Acting Chief, Fraud Section<br>Criminal Division<br>U.S. Department of Justice<br>1400 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Tel:  202-262-7086<br>Tel:  202-786-1919<br>jill.simon@usdoj.gov<br>alexander.kramer@usdoj.gov | Howard Srebnick, Esq.<br>*Trial Counsel for Carlos Ramon Polit*<br>*Faggioni*<br>Black Srebnick<br>201 South Biscayne Boulevard<br>Suite 1300<br>Miami, Florida 33131<br>Tel:  305-371-6421<br>hsrebnick@royblack.com |

*/s/ Fernando Tamayo*_____
Fernando Tamayo