**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20114-KMW**

**UNITED STATES OF AMERICA**

**vs.**

**CARLOS RAMON POLIT FAGGIONI,**

    **Defendant.**
_____/

**NOTICE OF APPEARANCE**

The undersigned Assistant United States Attorney, Marx P. Calderón, hereby appears as co-counsel for the United States of America regarding any forfeiture issues in the above-styled case.

    Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By:   *s/ Marx P. Calderón*
      Marx P. Calderón
      Assistant United States Attorney
      Court ID No. A5502700
      99 N.E. 4th Street, 7th Floor
      Miami FL, 33132-2111
      Telephone: (305) 961-9036
      E-mail: Marx.Calderon@usdoj.gov