**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20114-KMW**

UNITED STATES OF AMERICA,

v.

CARLOS RAMON POLIT FAGGIONI,

  Defendant.
_____/

**UNOPPOSED MOTION FOR LEAVE TO FILE SUR REPLY**
**TO DEFENDANT'S OBJECTIONS TO REPORT AND**
**RECOMMENDATION ON MOTIONS TO DISMISS INDICTMENT**

The United States of America, by and through its undersigned attorneys, hereby seeks leave to file a limited sur reply to an argument about the government's position in *United States v. Chi*, which was made by defendant Carlos Ramon Polit Faggioni in his reply to his objections to United States Magistrate Judge's Report and Recommendation ("R&R").  [DE 106].  The defendant consents to this motion.

In the event the Court grants the government leave to file, the sur reply is attached as Exhibit 1.  Attached as Exhibit 2 is the government's response memorandum in *United States v. Chi*.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

GLENN S. LEON
CHIEF, FRAUD SECTION
Criminal Division
U.S. Department of Justice

By:    /s Michael N. Berger

By:    /s/ Jil Simon

Michael N. Berger
United States Attorney's Office
99 NE 4th Street
Miami, Florida 33133
Tel: 305-961-9445
Email: Michael.berger2@usdoj.gov

Jil Simon
Trial Attorney
Alexander Kramer
Assistant Chief
Criminal Division, Fraud Section
U.S. Department of Justice
Court ID No. A5502756
1400 New York Ave. NW
Washington, DC 20005
Tel: (202) 514-3257
Email: Jil.Simon@usdoj.gov

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on September 25, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

_Jil Simon_
Jil Simon
Trial Attorney