**U.S. Department of Justice**
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

NO. 22-20114-CR-WILLIAMS

UNITED STATES OF AMERICA

v.

CARLOS POLIT,

Name of Prisoner  Juan Ribas Domenech
Prisoner Jail Numer
A#240495762 / DOB: 3/25/1968

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by its United States Attorney, shows to the Court:

1. The above entitled case is set for  Trial  on  December 5, 2023  at  10:00 a.m. .

2. Juan Ribas Domenech , a material witness for the United States in this case, is now confined in  Pine Prairie Ice Processing Center  at  1133 Hampton Dupree Road, Ville Platte, LA 70586 .

3. It is necessary to have this witness before this Court for the purpose of testifying on behalf of the United States at  Wilkie Fergsuon Building, 400 N. Miami Avenue, MIami, FL 33128 .

WHEREFORE, this petitioner prays that this Honorable court issue a writ of habeas corpus ad testificandum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said  Juan Ribas Domenech, #240495762 / DOB: 3/25/1968  and have the subject before the Court at the time and place above specified, then and there to testify as aforesaid; and upon completion of all testimony to return the witness to the custody of the Warden of the aforesaid penal institution ; and also directing the Warden to deliver the witness into the custody of any United States Marshal for this purpose.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *[signature]*
MICHAEL N. BERGER
Assistant United States Attorney

cc:  U.S. Attorney ( Michael N. Berger   )