U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

NO. 22-20114-CR-WILLIAMS

UNITED STATES OF AMERICA

v.

CARLOS POLIT

Name of Prisoner  Juan Ribas Domenech
Prisoner Jail Numer
A#240495762 / DOB: 3/25/1968

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:   ANY UNITED STATES MARSHAL, and
      WARDEN, Pine Prairie Ice Processing Center

It appearing from the petition of the United States of America that Juan Ribas Domenech, a material witness for the United States in the above entitled case, is confined in the Pine Prairie Ice Processing Center at 1133 Hampton Dupree Road, Ville Platte, LA 70586 and that this case is set for Trial at 9:00 a.m. on December 5, 2023 and that is necessary for the witness to be before this Court for the purpose of giving testimony in said proceeding.

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of Name of Prisoner, Prisoner Jail Numer now in custody as aforesaid, under safe and secure conduct, before this Court at 400 North Miami Avenue, Miami, FL 33128 by or before 10:00, A. M., on December 5, 2023, for the purpose of testifying in the above case, and upon completion of all testimony that you return the subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Pine Prairie Ice Processing Center at 1133 Hampton Dupree Road, Ville Platte, LA 70586 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of Juan Ribas Domenech, #240495762 / DOB: 3/25/1968 for safe and secure conduct to this district for this purpose.

DONE and ORDERED at Miami, this 1st day of December, 2023

Honorable Edwin G. Torres
United States Chief Magistrate Judge

cc:   U.S. Attorney ( Michael N. Berger )
      U.S. Marshal (3 certified copies)
      Chief Probation Officer