**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-CR-20114-KMW**

**UNITED STATES OF AMERICA**

**v.**

**CARLOS RAMON POLIT FAGGIONI,**

      **Defendant.**

_____/

## MOTION TO QUASH

The United States of America, by and through undersigned counsel, hereby moves to quash the writ issued in the above case for Juan Ribas Domenech and to release Mr. Ribas from the custody of the Bureau of Prisons where he is held on account of this writ.

On December 5, 2023, upon petition of the United States, Magistrate Judge Edwin Torres ordered a writ of *habeas corpus ad testificandum* for the testimony of Juan Ribas Domenech at trial in the above case.  This writ is attached as Exhibit 1 (DE 114).

On February 23, 2024, Juan Ribas Domenech appeared before U.S. Magistrate Judge Jonathan Goodman relating to the writ.  As explained in court, the United States respectfully moves to quash the above writ because the writ is no longer necessary to ensure the witness' appearance at trial in the above matter.   As further explained, Mr. Ribas has completed his term of imprisonment in case 20-CR-20179-Gayles.  He is presently in the custody of the Bureau of Prisons solely due to this writ and therefore the government further moves for Mr. Ribas's release from custody upon quashing of the writ.

Based on the foregoing, the United States respectfully requests an order quashing the writ issued at docket entry 114 and an order to release Mr. Ribas from custody of the Bureau of Prisons.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:     /s Michael N. Berger
        Michael N. Berger
        United States Attorney's Office
        99 NE 4th Street
        Miami, Florida 33133
        Tel: 305-961-9445
        Email: Michael.berger2@usdoj.gov

GLENN S. LEON
CHIEF, FRAUD SECTION
Criminal Division
U.S. Department of Justice

By:     /s/ Jil Simon
        Jil Simon
        Trial Attorney
        Alexander Kramer
        Assistant Chief
        Criminal Division, Fraud Section
        U.S. Department of Justice
        Court ID No. A5502756
        1400 New York Ave. NW
        Washington, DC 20005
        Tel: (202) 514-3257
        Email: Jill.Simon@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on February 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF thereby serving on counsel of record.


<u>/s Michael N. Berger</u>
Michael N. Berger
Assistant United States Attorney