UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-20114-CR-KMW

UNITED STATES OF AMERICA

vs.

**CARLOS RAMON POLIT FAGGIONI,**

      **Defendant.**
_____/

ORDER

This matter comes before the Court on the United States' Motion to Quash the Writ of Habeas Corpus Ad Testificandum for Juan Ribas Domenech (DE 119). Having reviewed the motion, and for good cause shown, it is hereby:

**ORDERED AND ADJUGED** that the motion to quash the writ at Docket Entry 114 is GRANTED.

**IT IS FURTHER ORDERED AND ADJUGED** that the Bureau of Prisons shall forthwith release Juan Ribas Domenech from its custody.

**DONE AND ORDERED** at Miami, Florida, this ___ day of February, 2024.

                                                               _____
                                                               HON. JONATHAN GOODMAN
                                                               UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record