UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20114-CR-KMW

UNITED STATES OF AMERICA

vs.

CARLOS RAMON POLIT FAGGIONI,

Defendant.
_____/

ORDER

This matter comes before the Court on the United States' Motion to Quash the Writ of Habeas Corpus Ad Testificandum for Juan Ribas Domenech (DE 119). Having reviewed the motion, and for good cause shown, it is hereby:

**ORDERED AND ADJUDGED** that the motion to quash the writ at Docket Entry 114 is GRANTED.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Bureau of Prisons shall forthwith release **JUAN RIBAS DOMENECH** from its custody.

**DONE AND ORDERED** at Miami, Florida, this ___ day of February, 2024.

HONORABLE JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record