**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-CR-20114-KMW**

**UNITED STATES OF AMERICA,**

    **v.**

**CARLOS RAMON POLIT FAGGIONI,**
            **Defendant.**

_____/

**NOTICE OF APPEARANCE**
**FOR THE UNITED STATES OF AMERICA**

The United States of America, by and through its undersigned counsel, hereby provides

notice that Trial Attorney Lindita V. Ciko Torza has been assigned to the Filter Team in this case,

and files this notice to appear in that capacity. The undersigned requests to be informed of all

future filings and court hearings in the above-captioned case.

Dated: February 28, 2024

                                  Respectfully submitted,

                                  MARKENZY LAPOINTE
                                  UNITED STATES ATTORNEY
                                  SOUTHERN DISTRICT OF FLORIDA

                                  GLENN S. LEON, CHIEF
                                  CRIMINAL DIVISION, FRAUD SECTION
                                  U.S. DEPARTMENT OF JUSTICE

        By:    /s/ Lindita V. Ciko Torza
                  LINDITA V. CIKO TORZA
                  TRIAL ATTORNEY
                  Florida Special Bar No. A5502988
                  United States Department of Justice
                  Criminal Division, Fraud Section

**Notice of Appearance as Filter Attorney Page 1**

Special Matters Unit
1400 New York Avenue, N.W.
Washington, DC 20005
Office: (202) 616-2747
Cell: (202) 510-0558
Email: Lindita.Ciko.Torza@usdoj.gov


## CERTIFICATE OF SERVICE

I certify that on February 28, 2024, I electronically filed this Notice of Appearance with the Clerk of Court for the United States District Court, Southern District of Florida, using the CM/ECF system.

/s/ *Lindita V. Ciko Torza*
Lindita V. Ciko Torza
Trial Attorney