UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20114-KMW

**UNITED STATES OF AMERICA**

vs.

**CARLOS RAMON POLIT FAGGIONI**

**Defendant.**
_____/

**OMNIBUS MOTION IN LIMINE**

The United States, by and through undersigned counsel, hereby files the following omnibus motion *in limine* seeking to introduce certain government exhibits into evidence as outlined in the below chart. The government lists below the bases for authentication and the hearsay exception for each of these items in the chart below.[1] By separate filing, the government is submitting a trial brief and memorandum of law outlining in further detail the background and legal bases for admission of the listed exhibits.

| GX  | Description | Authentication | Hearsay Exception |
| --- | --- | --- | --- |
| 1-1 | Comptroller General's Office ("CGE") Resolution 2446 | 901(b)(1) | 803(8)(A) - record or statement of public office |
| 1-2 | CGE Resolution 2448 | 901(b)(1) | 803(8)(A) - record or statement of public office |
| 1-3 | CGE Resolution 2449 | 901(b)(1) | 803(8)(A) - record or statement of public office |
| 1-4 | CGE Resolution 2450 | 901(b)(1) | 803(8)(A) - record or statement of public office |

---

[1] The government produced an updated exhibit list to defense counsel on February 28, 2024, including the government's intended bases for authentication and admissibility of each exhibit. To date, the government has not received a response. The government anticipates further discussions with defense counsel to narrow the issues addressed herein. If the parties can do so, the government will alert the court as soon as possible.

| GX | Description | Authentication | Hearsay Exception |
|---|---|---|---|
| 1-5 | CGE Resolution 2451 | 901(b)(1) | 803(8)(A) - record or statement of public office |
| 1-6 | CGE Resolution 2452 | 901(b)(1) | 803(8)(A) - record or statement of public office |
| 1-7 | CGE Resolution 2453 | 901(b)(1) | 803(8)(A) - record or statement of public office |
| 1-8 | CGE Resolution 2454 | 901(b)(1) | 803(8)(A) - record or statement of public office |
| 1-9 | CGE Resolution 2599 | 901(b)(1) | 803(8)(A) - record or statement of public office |
| 1-10 | Recording on July 23, 2016 of Carlos Polit | 901(b)(1) | 801(d)(2)(A) - party opp. |
| 1-11 | Text Message Between Odebrecht Manager and Polit | 901(b)(1) | 801(d)(2)(A) - party opp. |
| 1-12 | Handwritten Note with Bank Account Info | 901(b)(1) | 801(d)(2)(A) - party opp. 801(d)(2)(D) - party's agent 801(d)(2)(E) - co-conspirator statement 803(6) – business record |
| 2-1 | Spreadsheet of Odebrecht Employee | 901(b)(1) | 803(6) - business record 801(d)(2)(E) - co-conspirator statement |
| 2-2 | Spreadsheet of Odebrecht Employee | 901(b)(1) | 803(6) - business record 801(d)(2)(E) - co-conspirator statement |
| 2-4 | Spreadsheet of Odebrecht Employee | 901(b)(1) | 803(6) - business record 801(d)(2)(E) - co-conspirator statement |
| 2-5 | Spreadsheet of Odebrecht Employee | 901(b)(1) | 803(6) - business record 801(d)(2)(E) - co-conspirator statement |
| 3-1, 3-1A | April 2, 2014 Email from Odebrecht Employee A to Employee B | 901(b)(1) | 803(6) - business record 801(d)(2)(E) - co-conspirator statement |
| 3-2, 3-2A | May 13, 2014 Email from Odebrecht Employee A to Employee B | 901(b)(1) | 803(6) - business record 801(d)(2)(E) - co-conspirator statement |
| 3-3, 3-3A | May 20, 2014 Email from Odebrecht Employee A to Employee B | 901(b)(1) | 803(6) - business record 801(d)(2)(E) - co-conspirator statement |

| GX | Description | Authentication | Hearsay Exception |
|---|---|---|---|
| 3-4, 3-4A | August 29, 2014 Email from Odebrecht Employee A to Employee B | 901(b)(1) | 803(6) - business record<br>801(d)(2)(E) - co-conspirator statement |
| 3-5, 3-5A | September 8, 2014 Email from Odebrecht Employee A to Employee B | 901(b)(1) | 803(6) - business record<br>801(d)(2)(E) - co-conspirator statement |
| 3-6, 3-6A | October 7, 2014 Email from Odebrecht Employee A to Employee B | 901(b)(1) | 803(6) - business record<br>801(d)(2)(E) - co-conspirator statement |
| 4-1 | March 14, 2014 Email from Loan Recipient to Co-Conspirator 1 | 902(11) | 803(1) - present sense impression<br>803(6) - business record |
| 4-2 | May 11, 2014 Email from Co-Conspirator 1 to Carlos Polit | 902(11) | 801(d)(2)(E) - co-conspirator statement |
| 4-3 | May 14, 2014 Email from Carlos Polit to Co-Conspirator 1 | 902(11) | 801(d)(2)(A) - party opp. |
| 4-4 | August 19, 2016 Email from Loan Recipient to Co-Conspirator 1 | 902(11) | 803(6) - business record |
| 4-5 | September 14, 2016 Email from Co-Conspirator 1 to Loan Recipient | 902(11) | 801(d)(2)(E) - co-conspirator statement |
| 4-6, 4-6A | October 7, 2016 Email from Loan Recipient to Co-Conspirator 1 | 902(11) | 803(6) - business record |
| 4-7 | Plastiquim Bank Records | 18 U.S.C. § 3505 | 18 U.S.C. § 3505 |
| 4-8 | Plastiquim Promissory Note to Venture Overseas | 901(b)(1) | Advisory Note to 801(c) - verbal act affecting legal right of parties |
| 4-9 | WhatsApp Chat with Co-Conspirator 1 | 901(b)(1) | 801(d)(2)(E) - co-conspirator statement |
| 4-10 | Loan Recipient Spreadsheet for 395K Loan | 901(b)(1) | 803(6) - business record |
| 4-11 | Loan Recipient Spreadsheet for 700K Loan | 901(b)(1) | 803(6) - business record |
| 5-1 | Italcom Promissory Notes to Venture Overseas | 901(b)(1) /18 U.S.C. § 3505 | Advisory Note to 801(c) - verbal act affecting legal right of parties |
| 5-2 | Cosani Promissory Notes to Venture Overseas | 901(b)(1) /18 U.S.C. § 3505 | Advisory Note to 801(c) - verbal act affecting legal right of parties |

| GX | Description | Authentication | Hearsay Exception |
|---|---|---|---|
| 5-3 | November 22, 2013 Email from Co-Conspirator 1 to Loan Recipient | 902(11) | 803(6) - business record |
| 6-1 | November 22, 2014 Email from Co-Conspirator 1 to Loan Recipient | 902(11) | 801(d)(2)(E) - co-conspirator statement<br>803(6) - business record |
| 6-2, 6-2A | January 28, 2015 Email from Loan Recipient to Co-Conspirator 1 | 902(11) | 803(6) - business record |
| 6-3 | Italcom Bank Records | 18 U.S.C. § 3505 | 18 U.S.C. § 3505 |
| 6-4 | Italcom wire details | 18 U.S.C. § 3505 | 18 U.S.C. § 3505 |
| 7-1 | March 26, 2014 Email from Loan Recipient Assistant to Co-Conspirator 1 | 902(11) | 803(6) - business record |
| 7-2, 7-2A | September 28, 2015 Email from Co-Conspirator 1 to Loan Recipient Assistant | 902(11) | 801(d)(2)(E) - co-conspirator statement<br>803(6) - business record |
| 7-3 | April 26, 2016 Email from Co-Conspirator 1 to Co-Conspirator 1 | 902(11) | 801(d)(2)(E) - co-conspirator statement<br>803(6) - business record |
| 7-4 | Cosani Bank Records | 18 U.S.C. § 3505 | 18 U.S.C. § 3505 |
| 8-1 | WhatsApp Chat between Co-Conspirator 1 and Employee of Co-Conspirator 1 | 901(b)(1) | 801(d)(2)(E) - co-conspirator statement |
| 8-2 | State of Florida Records -- American Land Investment & Development | 902(4) | 803(8)(A) - record or statement of public office |
| 8-3 | State of Florida Records -- Kuadra LLC | 902(4) | 803(8)(A) - record or statement of public office |
| 8-4 | May 4, 2015 Email from Co-Conspirator 1 Employee to Another Co-Conspirator 1 Employee | 901(b)(1) | 803(6) - business record |
| 8-5, 8-5A and B | April 30, 2013 Email from Co-Conspirator 1 to Co-Conspirator 1 | 902(11) | 801(d)(2)(E) - co-conspirator statement<br>803(6) - business record |
| 8-6, 8-6A | September 20, 2013 Email from Relative of Defendant | 902(11) | 801(d)(2)(E) - co-conspirator statement |

| GX | Description | Authentication | Hearsay Exception |
|---|---|---|---|
| 8-7, 8-7A | April 19, 2014 Email from Co-Conspirator 1 to Relative of Defendant | 902(11) | 801(d)(2)(E) - co-conspirator statement |
| 8-8, 8-8A | August 27, 2014 Email from Co-Conspirator 1 to Co-Conspirator 1 | 902(11) | 801(d)(2)(E) - co-conspirator statement |
| 8-9, 8-9A | October 14, 2014 Email from Co-Conspirator 1 to Co-Conspirator 1 | 902(11) | 801(d)(2)(E) - co-conspirator statement |
| 8-10 | 1902 SW 22nd St Contract | 901(b)(1) | Advisory Note to 801(c) - verbal act affecting legal right of parties |
| 8-11 | 7233 Los Pinos Purchase Contract | 901(b)(1) | Advisory Note to 801(c) - verbal act affecting legal right of parties |
| 9-1, 9-1A-C | August 7, 2015 Email from Employee of Co-Conspirator 1 to Co-Conspirator 1 | 902(11) | 803(6) - business record |
| 9-2 | State of Florida Records -- Invecon LLC | 902(4) | 803(8)(A) - record or statement of public office |
| 9-3 | State of Florida Records -- JC Funds LLC | 902(4) | 803(8)(A) - record or statement of public office |
| 9-4 | State of Florida Records -- Los Pinos Home LLC | 902(4) | 803(8)(A) - record or statement of public office |
| 9-5 | Los Pinos Home LLC sale settlement papers | 902(11) | Advisory Note to 801(c) - verbal act affecting legal right of parties |
| 9-6 | Los Pinos Home LLC accounting opening documents | 902(11) | Advisory Note to 801(c) - verbal act affecting legal right of parties |
| 9-7 | Los Pinos HUD (purchase) - buyer signed | 901(b)(1) | Advisory Note to 801(c) - verbal act affecting legal right of parties |
| 9-8 | Los Pinos HUD (purchase) - seller signed | 901(b)(1) | Advisory Note to 801(c) - verbal act affecting legal right of parties |
| 10-1 | Merrill Lynch -- Insurance Broker Account | 902(11) | 803(6) - business record |
| 10-2 | Merrill Lynch – Insurance Broker Account | 902(11) | 803(6) - business record |
| 10-4 | October 15, 2020 Recording of Carlos Polit | 901(b)(1) | 801(d)(2)(A) - party opp. |

| GX | Description | Authentication | Hearsay Exception |
|---|---|---|---|
| 11-1 | March 31, 2015 Email from Ignacio Lachaga to Co-Conspirator 1 | 902(11) | 801(d)(2)(E) - co-conspirator statement |
| 11-2 | January 11, 2016 Email from Carlos Polit to Ignacio Lachaga | 902(11) | 801(d)(2)(A) - party opp. |
| 11-3 | April 18, 2016 Email from Carlos Polit to Ignacio Lachaga | 902(11) | 801(d)(2)(A) - party opp. |
| 11-4 | Travel Records | 902(11) | 803(6) - business record |
| 11-5 | Ecuadorian State Attorney General's Office Press Release Re: Albacora Judgment | Agent | 803(8)(A) - record or statement of public office |
| 12-1 | Suntrust Bank -- Venture Overseas Account (7442) | 902(11) | 803(6) - business record |
| 12-2 | Suntrust Bank -- Venture Overseas Account (0434) | 902(11) | 803(6) - business record |
| 12-3 | Suntrust Bank -- American Land Investment & Development | 902(11) | 803(6) - business record |
| 12-4 | Suntrust Bank -- Invecon Account | 902(11) | 803(6) - business record |
| 12-5 | Suntrust Bank - Kuadra Account (2004) | 902(11) | 803(6) - business record |
| 12-6 | Suntrust Bank - Kuadra Account (2483) | 902(11) | 803(6) - business record |
| 12-7 | Suntrust Bank -- JC Funds Acccount (4600) | 902(11) | 803(6) - business record |
| 12-8 | City National -- JC Funds Account (1275) | 902(11) | 803(6) - business record |
| 12-9 | Insurance Broker Account Wire Details | 902(11) | 803(6) - business record |
| 12-10 | City National -- Los Pinos Home (3202) | 902(11) | 803(6) - business record |
| 12-11 | Bank of Am. -- Thomas Kucera (0819) | 902(11) | 803(6) - business record |
| 12-12 | Bank of Am. -- Thomas Kucera (9758) | 902(11) | 803(6) - business record |
| 12-13 | Suntrust Bank - Venture Overseas (7442) 2011-2013 | 902(11) | 803(6) - business record |
| 12-14 | Suntrust Bank - Venture Overseas (7442) checks 2011 | 902(11) | 803(6) - business record |

| GX | Description | Authentication | Hearsay Exception |
|---|---|---|---|
| 12-15 | Suntrust Bank - Venture Overseas | 902(11) | 803(6) - business record |
| 13-1, 13-1A | March 3, 2016 email from Co-Conspirator 1 to Employee of Co-Conspirator 1 | 902(11) | 801(d)(2)(E) - co-conspirator statement |
| 13-3 | March 4, 2016 email from Co-Conspirator 1 to Assistant of Insurance Broker | 902(11) | 801(d)(2)(E) - co-conspirator statement |
| 13-4 | 1900 Office Building HUD | 901(b)(1) | Advisory Note to 801(c) - verbal act affecting legal right of parties |
| 13-5 | State of Florida Records -- 1900 Office Building | 902(4) | 803(8)(A) - record or statement of public office |
| 13-6 | 1900 Office Building photo | 901(b)(1) | |
| 14-2 | Select Engineering Account Records | 901(b)(1) | 803(6) - business record |
| 20-1, 20-1A | January 5, 2016 email from Carlos Polit to Pedro Solines | 902(11) | 801(d)(2)(A) - party opp. |
| 20-2 | January 11, 2016 Email from Carlos Polit to Ignacio Lachaga | 902(11) | 801(d)(2)(A) - party opp. |
| 20-3, 20-3A | April 28, 2016 Email from Carlos Polit to Pedro Solines | 902(11) | 801(d)(2)(A) - party opp. |

The United States respectfully requests leave to file a motion in limine to admit additional exhibits as needed.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   s/Michael N. Berger
Michael N. Berger
Assistant United States Attorney
Court No. A5501557
99 Northeast 4th Street
Miami, Florida 33132
(305) 961-9445
Michael.Berger2@usdoj.gov

                    GLENN LEON
                    CHIEF, FRAUD SECTION
                    Criminal Division
                    U.S. Department of Justice

By:  <u>/s/ Jil Simon</u>
      Jil Simon
      Trial Attorney
      Alexander Kramer
      Assistant Chief
      Criminal Division, Fraud Section
      U.S. Department of Justice
      Court ID No. A5502756
      1400 New York Ave. NW
      Washington, DC 20005
      Tel: (202) 514-3257
      Email: Jil.Simon@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, a copy of the foregoing brief was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      By:    <u>s/Michael N. Berger</u>
                Michael N. Berger
                Assistant United States Attorney