

March 17, 2015

| | |
|---|---|
| Mija[1]<br>5:00 pm<br><br>What's the password for venture's quickbooks?<br>5:01 pm<br><br><br><br><br><br>We already did it by hand<br>5:30 pm<br>JJ was going to do it but [it's] already x<br>5:30 pm<br><br><br><br>Ok<br>6:07 pm<br>Also, ben thought he wrote to you about forrest's roof that the roofer didn't show up I told him to find another one<br>6:08 pm | <br><br><br><br>What's up mija<br>5:21 pm<br>Try 1234<br>5:21 pm<br>Or admin<br>5:21 pm<br><br><br><br><br>Ok mija<br>5:35 pm<br>Leave it under the keyboard<br>5:35 pm<br><br><br><br><br>Bummer<br>7:51 pm |

---

[1] Translator's note: "*Mija*" is the contraction of "*mi hija*" (my daughter), but in this context is slang for "darling" or "girl", as in "hey girl".



| | I left a report in your office on the loans to cosani |
|---|---|
| | 8:04 pm |
| | Are they all right? |
| | 8:04 pm |
| | Pls let me know if any arrangements need to be made |
| | 8:04 pm |
| Yeah that's fine | |
| 8:05 pm | |
| We also have to talk with the Chinese guy bolona | |
| 8:36 pm | |
| | I talked to him last week |
| | 10:01 pm |
| | I'll follow up with him tomorrow |
| | 10:01 pm |
| Cool thanks !! | |
| 10:01 pm | |
| Did you find a place? | |
| 10:01 pm | |
| | You're welcome! |
| | 10:01 pm |
| | I saw a place here in front |
| | 10:01 pm |
| | But parking is a hassle, just… |

CRP-DOJ-0002407381_TR



Mar 4, 2016

|  | |
|---|---|
|  | Mija[1]     9:37 am<br><br>Good morning     9:37 am<br><br>I'm here at your Office     9:37 am<br><br>Pls explain the 510 thing to me     9:37 am<br><br>From the invoice     9:37 am |

Mar 8, 2016

|  | |
|---|---|
|  | Mija good morning     9:30 am<br><br>How are you     9:30 am |
| What's up mija     10:09 am<br><br>All good     10:09 am<br><br>I got here to Quito around 7     10:09 am |  |
|  | Ah that's cool mija     10:32 am<br><br>Did Chepin tell you about the dude that he wants to hire here?<br>[cut off] |

---

[11] Translator's note: "*Mija*" is the contraction of "*mi hija*" (my daughter), but in this context is slang for "darling" or "girl", as in "hey girl".