UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20114-KMW

UNITED STATES OF AMERICA

vs.

CARLOS RAMON POLIT FAGGIONI

      **Defendant.**
_____/

## UNITED STATES' WITNESS LIST

The United States of America hereby submits its list of witnesses it intends to call at the trial of the defendant.[1] The government reserves the right to amend this list prior to trial.

1. Antonio Andretta
2. Jaime Roberto Vega Castillo
3. Juan Ribas Domenech
4. Tamara Devos
5. Dianne Drummond
6. Jose Conceicao Santos Filho
7. Federico Gomez
8. Roberto Isaias
9. Daniel Liste
10. Mauricio Neme Macchiavello
11. Michael Malarkey
12. Maria Carmen Del Morla
13. Angela Palmeira
14. Michael Petron

---

[1] The government provided a preliminary version of this witness list to defense counsel on March 4, 2024.

15. Olivio Rodrigues, Jr.
16. Keith S. Rosenn
17. Diego Sanchez
18. Geraldo De Souza
19. HSI Special Agent Alan Vega

Respectfully submitted,

| | |
|---|---|
| MARKENZY LAPOINTE<br>UNITED STATES ATTORNEY | GLENN S. LEON<br>CHIEF, FRAUD SECTION<br>Criminal Division<br>U.S. Department of Justice |
| By:   <u>s/ Michael N. Berger</u><br>      Michael N. Berger<br>      Assistant United States Attorney<br>      Court No. A5501557<br>      99 Northeast 4th Street<br>      Miami, Florida 33132<br>      (305) 961-9445<br>      Michael.Berger2@usdoj.gov | By:   <u>s/ Alexander Kramer</u><br>      Jil Simon<br>      Trial Attorney<br>      Alexander Kramer<br>      Assistant Chief<br>      Criminal Division, Fraud Section<br>      U.S. Department of Justice<br>      Court ID No. A5502756<br>      1400 New York Ave. NW<br>      Washington, DC 20005<br>      Tel: (202) 514-3257<br>      Email: Jil.Simon@usdoj.gov |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system on March 18, 2024.


By:   s/Alexander Kramer
      Alexander Kramer
      DOJ Trial Attorney