| | UNITED STATES v. CARLOS RAMON POLIT FAGGIONI<br>CASE NO: 22-CR-20114-KMW   AUSA / DOJ: MICHAEL BERGER / JIL SIMON / ALEXANDER KRAMER<br>EXHIBIT LIST | | | | | |
|---|---|---|---|---|---|---|
| GX NO. | DESCRIPTION | WITNESS | BATES | DATE OFFERED | MARKED | ADMITTED |
| 1-1 | Resolution 2446 | Santos | CRP-DOJ-0002392549 | | | |
| 1-1A | Resolution 2446 (Translated) | Santos | CRP-DOJ-0002392549_TR | | | |
| 1-2 | Resolution 2448 | Santos | CRP-DOJ-0002392637 | | | |
| 1-2A | Resolution 2448 (Translated) | Santos | CRP-DOJ-0002392637_TR | | | |
| 1-3 | Resolution 2449 | Santos | CRP-DOJ-0002392573 | | | |
| 1-3A | Resolution 2449 (Translated) | Santos | CRP-DOJ-0002392573_TR | | | |
| 1-4 | Resolution 2450 | Santos | CRP-DOJ-0002392595 | | | |
| 1-4A | Resolution 2450 (Translated) | Santos | CRP-DOJ-0002392595_TR | | | |
| 1-5 | Resolution 2451 | Santos | CRP-DOJ-0002392619 | | | |
| 1-5A | Resolution 2451 (Translated) | Santos | CRP-DOJ-0002392619_TR | | | |
| 1-6 | Resolution 2452 | Santos | CRP-DOJ-0002392631 | | | |
| 1-6A | Resolution 2452 (Translated) | Santos | CRP-DOJ-0002392631_TR | | | |
| 1-7 | Resolution 2453 | Santos | CRP-DOJ-0002392649 | | | |
| 1-7A | Resolution 2453 (Translated) | Santos | CRP-DOJ-0002392649_TR | | | |
| 1-8 | Resolution 2454 | Santos | CRP-DOJ-0002392663 | | | |
| 1-8A | Resolution 2454 (Translated) | Santos | CRP-DOJ-0002392663_TR | | | |
| 1-9 | Resolution 2599 | Santos | CRP-DOJ-0002392675 | | | |
| 1-9A | Resolution 2599 (Translated) | Santos | CRP-DOJ-0002392675_TR | | | |
| 1-10 | Recording on July 23, 2016 | Santos | CRP-DOJ-0001798253 | | | |
| 1-10A | Transcript of Recording on July 23, 2016 | Santos | CRP-DOJ-0001798253_TR | | | |
| 1-11 | Text Message Between Santos and Polit | Santos | CRP-DOJ-0000451774 | | | |

| GX NO. | DESCRIPTION | WITNESS | BATES | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|---|
| 1-11A | Text Message Between Santos and Polit (Translated) | Santos | CRP-DOJ-0000451774_TR | | | |
| 1-12 | Handwritten Note with Bank Account Info | Santos | CRP-DOJ-0000173645 | | | |
| 1-13 | Non Prosecution Agreement (Santos) | Santos | CRP-DOJ-0003142547 | | | |
| 1-14 | Ecuador photos | Santos | CRP-DOJ-0003142765 | | | |
| 1-14A | Swissotel photos | Santos | CRP-DOJ-0003142765 | | | |
| 1-14B | World Trade Center photos | Santos | CRP-DOJ-0003142768 | | | |
| 2-1 | Spreadsheet of Acomp Miami | De Souza | CRP-DOJ-0000173639 | | | |
| 2-1A | Spreadsheet of Acomp Miami (Translated) | De Souza | CRP-DOJ-0000173639_TR | | | |
| 2-2 | Spreadsheet of Acomp Official - 27.05.2014 | De Souza | CRP-DOJ-0000173640 | | | |
| 2-2A | Spreadsheet of Acomp Official - 27.05.2014 (Translated) | De Souza | CRP-DOJ-0000173640_TR | | | |
| 2-3 | Non Prosecution Agreement (De Souza) | De Souza | CRP-DOJ-0003142560 | | | |
| 2-4 | Spreadsheet of Acomp Oficial | De Souza | CRP-DOJ-0000173641 | | | |
| 2-5 | Spreadsheet of Lista a aprovar OD | De Souza | CRP-DOJ-0000173768 | | | |
| 3-1 | April 2, 2014 Email from Tumaine to Gigo / Giginho | Palmeira | DROUSYS_0000284879 | | | |
| 3-1A | April 2, 2014 Email Attachment (Archive 145) | Palmeira | DROUSYS_0000284886 | | | |
| 3-1B | Translation of April 2, 2014 Email | Palmeira | DROUSYS_0000284879_TR | | | |
| 3-2 | May 13, 2014 Email from Tumaine to Gigo / Giginho | Palmeira | DROUSYS_0000223313 | | | |
| 3-2A | May 13, 2014 Email Attachment (Archive 198) | Palmeira | DROUSYS_0000223317 | | | |
| 3-2B | Translation of May 13, 2014 Email | Palmeira | DROUSYS_0000223313_TR | | | |
| 3-3 | May 20, 2014 Email from Tumaine to Gigo / Giginho | Palmeira | DROUSYS_0000223279 | | | |
| 3-3A | May 20, 2014 Email Attachment (Archive 208) | Palmeira | DROUSYS_0000223280 | | | |
| 3-3B | Translation of May 26, 2014 Email and Attachment | Palmeira | DROUSYS_0000223279_TR | | | |

| GX NO. | DESCRIPTION | WITNESS | BATES | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|---|
| 3-4 | August 29, 2014 Email from Tumaine to Gigo / Giginho | Palmeira | DROUSYS_0000223919 | | | |
| 3-4A | August 29, 2014 Email Attachment (Archive 323) | Palmeira | DROUSYS_0000223920 | | | |
| 3-4B | Translation of August 29, 2014 Email and Attachment | Palmeira | DROUSYS_0000223919_TR | | | |
| 3-5 | September 8, 2014 Email from Tumaine to Gigo / Giginho | Palmeira | DROUSYS_0003937039 | | | |
| 3-5A | September 8, 2014 Email Attachment (Archive 331) | Palmeira | DROUSYS_0003937042 | | | |
| 3-5B | Translation of September 8, 2014 Email and Attachment | Palmeira | DROUSYS_0003937039_TR | | | |
| 3-6 | October 7, 2014 Email from Tumaine to Gigo / Giginho | Palmeira | DROUSYS_0000224157 | | | |
| 3-6A | October 7, 2014 Email Attachment (Archive 374) | Palmeira | DROUSYS_0000224158 | | | |
| 3-6B | Translation of October 7, 2014 Email | Palmeira | DROUSYS_0000224157_TR | | | |
| 3-6C | Translation of October 7, 2014 Attachment | Palmeira | DROUSYS_0000224158_TR | | | |
| 3-7 | Non Prosecution Agreement (Palmeira) | Palmeira | CRP-DOJ-0003142552 | | | |
| 4-1 | March 14, 2014 Email from Luis Neme to John Polit | Neme | CRP-DOJ-0001442775 | | | |
| 4-1A | Translation of March 14, 2014 Email | Neme | CRP-DOJ-0001442775_TR | | | |
| 4-2 | May 11, 2014 Email from John Polit to Carlos Polit | Neme | CRP-DOJ-0001435928 | | | |
| 4-2A | Translation of May 11, 2014 Email | Neme | CRP-DOJ-0001435928_TR | | | |
| 4-3 | May 14, 2014 Email from Carlos Polit to John Polit | Neme | CRP-DOJ-0001435929 | | | |
| 4-3A | Translation of May 14, 2014 Email | Neme | CRP-DOJ-0001435929_TR | | | |
| 4-4 | August 19, 2016 Email from Luis Neme to John Polit | Neme | CRP-DOJ-0001266465 | | | |

| GX NO. | DESCRIPTION | WITNESS | BATES | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|---|
| 4-4A | Translation of August 19, 2016 Email from Luis Neme to John Polit | Neme | CRP-DOJ-0001266465_TR | | | |
| 4-5 | September 14, 2016 Email from John Polit to Mauricio Neme | Neme | CRP-DOJ-0001265161 | | | |
| 4-5A | Translation of September 14, 2016 Email | Neme | CRP-DOJ-0001265161_TR | | | |
| 4-6 | October 7, 2016 Email from Mauricio Neme to John Polit | Neme | CRP-DOJ-0001264333 | | | |
| 4-6A | October 7, 2016 Email Attachment | Neme | CRP-DOJ-0001264334 | | | |
| 4-6B | Translation of October 7, 2016 Email | Neme | CRP-DOJ-0001264333_TR | | | |
| 4-6C | Translation of October 7, 2016 Email Attachment | Neme | CRP-DOJ-0001264334_TR | | | |
| 4-7 | Plastiquim Bank Records | Neme | CRP-DOJ-0000477357 | | | |
| 4-7A | Plastiquim -- Wire Transfer Record | Neme | CRP-DOJ-0000477473 | | | |
| 4-8 | Plastiquim Promissory Note to Venture Overseas | Neme | CRP-DOJ-0000436988 | | | |
| 4-9 | WhatsApp Chat with John Polit | Neme | CRP-DOJ-0003142891 | | | |
| 4-9A | Excerpt from WhatsApp Chat | Neme | CRP-DOJ-0003142891_004 | | | |
| 4-10 | Wires 395K LOAN - Venture | Neme | CRP-DOJ-0003142892 | | | |
| 4-11 | Wires 700K LOAN - Venture | Neme | CRP-DOJ-0003142893 | | | |
| 5-1 | Italcom Promissory Notes to Venture Overseas | Isaias | CRP-DOJ-0001798129 | | | |
| 5-1A | Translation of Italcom Promissory Notes | Isaias | CRP-DOJ-0001798129_TR | | | |
| 5-2 | Cosani Promissory Notes to Venture Overseas | Isaias | CRP-DOJ-0001798131 | | | |
| 5-2A | Translation of Cosani Promissory Notes | Isaias | CRP-DOJ-0001798131_TR | | | |
| 5-3 | November 22, 2013 Email from John Polit to Roberto Isaias | Isaias | CRP-DOJ-0000011795 | | | |
| 5-3A | Translation of November 22, 2013 Email | Isaias | CRP-DOJ-0000011795_TR | | | |
| 6-1 | November 22, 2014 Email from JCP Reports to Andretta | Andretta | CRP-DOJ-0000015974 | | | |

| GX NO. | DESCRIPTION | WITNESS | BATES | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|---|
| 6-1A | Translation of November 22, 2014 Email | Andretta | CRP-DOJ-0000015974_TR | | | |
| 6-2 | Janaury 28, 2015 Email from Andretta to John Polit | Andretta | CRP-DOJ-0001396235 | | | |
| 6-2A | January 28, 2015 Email Attachment | Andretta | CRP-DOJ-0001396236 | | | |
| 6-2B | Translation of January 28, 2015 Email | Andretta | CRP-DOJ-0001396235_TR | | | |
| 6-2C | Translation of January 28, 2015 Email Attachment | Andretta | CRP-DOJ-0001396236_TR | | | |
| 6-3 | Italcom Bank Records | Andretta | CRP-DOJ-0002074130 | | | |
| 6-3A | Italcom Statement -- Aug 2014 | Andretta | CRP-DOJ-0002074261 | | | |
| 6-3B | Translation of Italcom Statement Aug 2014 | Andretta | CRP-DOJ-0002074261_TR | | | |
| 6-3C | Italcom Statement -- Sept 2014 | Andretta | CRP-DOJ-0002074273 | | | |
| 6-3D | Translation of Italcom Statement Sept 2014 | Andretta | CRP-DOJ-0002074273_TR | | | |
| 6-3E | Italcom Transfer -- Nov 2014 Swift | Andretta | CRP-DOJ-0002074319 | | | |
| 6-3F | Italcom Transfer -- Dec 2014 Swift | Andretta | CRP-DOJ-0002074399 | | | |
| 6-4 | Italcom wire details | Andretta | CRP-DOJ-0003142725 | | | |
| 6-4A | Translation of Italcom wire details | Andretta | CRP-DOJ-0003142725_TR | | | |
| 7-1 | March 26, 2014 Email from Del Morla to John Polit | Del Morla | CRP-DOJ-0001441629 | | | |
| 7-1A | Translation of March 26, 2014 Email | Del Morla | CRP-DOJ-0001441629_TR | | | |
| 7-2 | September 28, 2015 Email from John Polit to Del Morla | Del Morla | CRP-DOJ-0001343915 | | | |
| 7-2A | September 28, 2015 Email Attachment | Del Morla | CRP-DOJ-0001343916 | | | |
| 7-2B | Translation of September 28, 2015 Email | Del Morla | CRP-DOJ-0001343915_TR | | | |
| 7-2C | Translation of September 28, 2015 Email Attachment | Del Morla | CRP-DOJ-0001343916_TR | | | |
| 7-3 | April 26, 2016 Email from John Polit to John Polit | Del Morla | CRP-DOJ-0001288461 | | | |
| 7-3A | April 26, 2016 Email Attachment | Del Morla | CRP-DOJ-0001288462 | | | |
| 7-4 | Cosani Bank Records | Del Morla | CRP-DOJ-0000480514 | | | |

| GX NO. | DESCRIPTION | WITNESS | BATES | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|---|
| 7-4A | Cosani Bank Statement - April 2014 | Del Morla | CRP-DOJ-0000480626 | | | |
| 7-4B | Translation of Cosani Bank Statement - April 2014 | Del Morla | CRP-DOJ-0000480626_TR | | | |
| 7-4C | Cosani Bank Statement - May 2014 | Del Morla | CRP-DOJ-0000480627 | | | |
| 7-4D | Translation of Cosani Bank Statement - May 2014 | Del Morla | CRP-DOJ-0000480627_TR | | | |
| 7-4E | Cosani Transfers - February - June 2014 | Del Morla | CRP-DOJ-0000480670 | | | |
| 7-4F | Translation of Cosani Transfers - February - June 2014 | Del Morla | CRP-DOJ-0000480670_TR | | | |
| 8-1 | Gomez -- WhatsApp Chat | Gomez | CRP-DOJ-0001243164 | | | |
| 8-1A | Gomez -- WhatsApp Chat -- August 27, 2014 | Gomez | CRP-DOJ-0001243206 | | | |
| 8-1B | Gomez -- WhatsApp Chat -- August 27, 2014 Translation | Gomez | CRP-DOJ-0001243206_TR | | | |
| 8-1C | Gomez -- WhatsApp Chat -- March 17, 2015 | Gomez | CRP-DOJ-0002407381 | | | |
| 8-1D | Gomez -- WhatsApp Chat -- March 17, 2015 Translation | Gomez | CRP-DOJ-0002407381_TR | | | |
| 8-1E | Gomez -- WhatsApp Chat -- July 23, 2015 | Gomez | CRP-DOJ-0002407382 | | | |
| 8-1F | Gomez -- WhatsApp Chat -- July 23, 2015 Translation | Gomez | CRP-DOJ-0002407382_TR | | | |
| 8-1G | Gomez -- WhatsApp Chat -- March 4, 2016 | Gomez | CRP-DOJ-0002407383 | | | |
| 8-1H | Gomez -- WhatsApp Chat -- March 4, 2016 Translation | Gomez | CRP-DOJ-0002407383_TR | | | |
| 8-2 | State of Florida Records -- American Land I | Gomez | CRP-DOJ-0002403269 | | | |
| 8-3 | State of Florida Records -- Kuadra LLC | Gomez | CRP-DOJ-0002403375 | | | |
| 8-4 | May 4, 2015 Email from Gomez to Chino Bologna (Plastiquim and Tupasa loan) | Gomez | CRP-DOJ-0001902540 | | | |
| 8-4A | Translation of May 4, 2015 Email from Gomez to Chino Bologna (Plastiquim and Tupasa loan) | Gomez | CRP-DOJ-0001902540_TR | | | |
| 8-5 | April 30, 2013 Email from JCP Reports to JCP Reports | Gomez | CRP-DOJ-0000005061 | | | |
| 8-5A | April 30, 2013 Email from JCP Reports Attachment 1 | Gomez | CRP-DOJ-0000005062 | | | |

| GX NO. | DESCRIPTION | WITNESS | BATES | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|---|
| 8-5B | April 30, 2013 Email from JCP Reports Attachment 2 | Gomez | CRP-DOJ-0000005064 | | | |
| 8-5C | Translation of April 30, 2013 Email from JCP Reports to JCP Reports | Gomez | CRP-DOJ-0000005061_TR | | | |
| 8-5D | Translation of April 30, 2013 Email from JCP Reports Attachment 1 | Gomez | CRP-DOJ-0000005062_TR | | | |
| 8-5E | Translation of April 30, 2013 Email from JCP Reports Attachment 2 | Gomez | CRP-DOJ-0000005064_TR | | | |
| 8-6 | September 20, 2013 Email from Charles Polit to Necane Polit | Gomez | CRP-DOJ-0000052451 | | | |
| 8-6A | September 20, 2013 Email Attachment | Gomez | CRP-DOJ-0000052452 | | | |
| 8-6B | Translation of September 20, 2013 Email Attachment | Gomez | CRP-DOJ-0000052452_TR | | | |
| 8-7 | April 19, 2014 Email from JCP Reports to CGP Reports | Gomez | CRP-DOJ-0000013610 | | | |
| 8-7A | April 19, 2014 Email Attachment | Gomez | CRP-DOJ-0000013611 | | | |
| 8-7B | Translation of April 19, 2014 Email from JCP Reports to CGP Reports | Gomez | CRP-DOJ-0000013610_TR | | | |
| 8-7C | Translation of April 19, 2014 Email Attachment | Gomez | CRP-DOJ-0000013611_TR | | | |
| 8-8 | August 27, 2014 Email from John Polit to John John Polit re Venture | Gomez | CRP-DOJ-0001421740 | | | |
| 8-8A | August 27, 2014 Email Attachment | Gomez | CRP-DOJ-0001421741 | | | |
| 8-8B | Translation of August 27, 2014 Email Attachment | Gomez | CRP-DOJ-0001421741_TR | | | |
| 8-9 | October 14, 2014 Email from John Polit to John Polit re Venture | Gomez | CRP-DOJ-0001416839 | | | |
| 8-9A | October 14, 2014 Email Attachment | Gomez | CRP-DOJ-0001416840 | | | |
| 8-9B | Translation of October 14, 2014 Email Attachment | Gomez | CRP-DOJ-0001416840_TR | | | |
| 8-10 | 1902 SW 22nd St Contract | Gomez | CRP-DOJ-0000248463 | | | |
| 8-11 | 7233 Los Pinos Purchase Contract | Gomez | CRP-DOJ-0000251529 | | | |
| 9-1 | August 7, 2015 Email from Daniel Liste to John Polit | Liste | CRP-DOJ-0001354873 | | | |
| 9-1A | August 7, 2015 Email Attachment 1 | Liste | CRP-DOJ-0001354874 | | | |
| 9-1B | August 7, 2015 Email Attachment 2 | Liste | CRP-DOJ-0001354880 | | | |

| GX NO. | DESCRIPTION | WITNESS | BATES | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|---|
| 9-1C | August 7, 2015 Email Attachment 3 | Liste | CRP-DOJ-0001354886 | | | |
| 9-1D | August 7, 2015 Email from Daniel Liste to John Polit Translation | Liste | CRP-DOJ-0001354873_TR | | | |
| 9-2 | State of Florida Records -- Invecon LLC | Liste | CRP-DOJ-0002403334 | | | |
| 9-3 | State of Florida Records -- JC Funds LLC | Liste | CRP-DOJ-0002403346 | | | |
| 9-4 | State of Florida Records -- Los Pinos Home LLC | Liste | CRP-DOJ-0002403396 | | | |
| 9-5 | Los Pinos Home LLC sale settlement | Liste | CRP-DOJ-0001254537 | | | |
| 9-6 | Los Pinos Home LLC accounting opening documents | Liste | CRP-DOJ-0000166805 | | | |
| 9-7 | Los Pinos HUD (purchase) - buyer signed | Liste | CRP-DOJ-0000251577 | | | |
| 9-8 | Los Pinos HUD (purchase) - seller signed | Liste | CRP-DOJ-0000251579 | | | |
| 9-9 | 7233 Los Pinos Photo | Liste | CRP-DOJ-0003142968 | | | |
| 9-10 | 7233 Los Pinos Photo | Liste | CRP-DOJ-0003142969 | | | |
| 10-1 | Merrill Lynch -- Global Reinsurance | Sanchez | CRP-DOJ-0000300077 | | | |
| 10-1A | Merrill Lynch -- Global Reinsurance Broker Wire | Sanchez | CRP-DOJ-0000302224 | | | |
| 10-2 | Merrill Lynch -- Hendricks Trading | Sanchez | CRP-DOJ-0000304432 | | | |
| 10-2A | Merrill Lynch -- Hendricks Trading Wire | Sanchez | CRP-DOJ-0000305691 | | | |
| 10-3 | Non-Prosecution Agreement (Sanchez) | Sanchez | CRP-DOJ-0003142567 | | | |
| 10-4 | Recording of Sanchez and Polit - Oct 15 | Sanchez | CRP-DOJ-0001244236 | | | |
| 10-4A | Transcription/Translation of Sanchez/Polit recording | Sanchez | CRP-DOJ-0001244253 | | | |
| 10-4B | Excerpts of transcription/translation | Sanchez | | | | |
| 11-1 | March 31, 2015 Email from Lachaga to JCP Reports | Agent | CRP-DOJ-0000016430 | | | |
| 11-1A | Translation of March 31, 2015 Email from Lachaga to JCP Reports | Agent | CRP-DOJ-0000016430_TR | | | |
| 11-2 | January 11, 2016 Email from Carlos Polit to Lachaga | Agent | POLIT-Hotmail_0000012511 | | | |
| 11-2A | Translation of January 11, 2016 Email from Carlos Polit to Lachaga | Agent | POLIT-Hotmail_0000012511_TR | | | |
| 11-3 | April 18, 2016 Email from Carlos Polit to Lachaga | Agent | POLIT-Hotmail_0000105295 | | | |
| 11-3A | Translation of April 18, 2016 Email from Carlos Polit to Lachaga | Agent | POLIT-Hotmail_0000105295_TR | | | |

| GX NO. | DESCRIPTION | WITNESS | BATES | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|---|
| 11-4 | Travel Records | Agent | CRP-DOJ-0002403075 | | | |
| 11-4A | Carlos Polit Travel Records | Agent | CRP-DOJ-0002403075 | | | |
| 11-4B | John Polit Travel Records | Agent | CRP-DOJ-0002403086 | | | |
| 11-5 | Albacora judgment | Agent | CRP-DOJ-0003142764 | | | |
| 11-5A | Translation of Albacora judgment | Agent | CRP-DOJ-0003142764_TR | | | |
| 12-1 | Suntrust Bank -- Venture Overseas Account (7442) | Petron | CRP-DOJ-0000389610 to CRP-DOJ-0000391016 | | | |
| 12-1A | Suntrust Bank -- Venture Overseas -- October 2014 Statement | Petron | CRP-DOJ-0000389655 | | | |
| 12-1B | Suntrust Bank -- Venture Overseas Wire (Cosani) Oct 1, 2014 Swift | Petron | CRP-DOJ-0000390929 | | | |
| 12-1C | Suntrust Bank -- Venture Overseas Wire (Cosani) Dec 2, 2014 Swift | Petron | CRP-DOJ-0000390936 | | | |
| 12-1D | Suntrust Bank -- Venture Overseas -- June 2014 Statement | Petron | CRP-DOJ-0000389647 | | | |
| 12-1E | Suntrust Bank -- Venture Overseas Wire (Plastiquim) Jun 20, 2014 Swift | Petron | CRP-DOJ-0000390914 | | | |
| 12-1F | Suntrust Bank -- Venture Overseas -- Aug 2014 Statement | Petron | CRP-DOJ-0000389651 | | | |
| 12-1G | Suntrust Bank -- Venture Overseas Wire (Tuberias Pacifico) Aug 15, 2014 Swift | Petron | CRP-DOJ-0000390921 | | | |
| 12-1H | Suntrust Bank -- Venture Overseas -- Oct 2016 Statement | Petron | CRP-DOJ-0000389703 | | | |
| 12-1I | Suntrust Bank -- Venture Overseas Wire (Plastiquim) Oct 7, 2016 Swift | Petron | CRP-DOJ-0000390993 | | | |
| 12-1J | Suntrust Bank -- Venture Overseas -- May 2016 Statement | Petron | CRP-DOJ-0000389693 | | | |
| 12-1K | Suntrust Bank -- Venture Overseas Wire -- May 27, 2016 Swift | Petron | CRP-DOJ-0000390986 | | | |
| 12-1L | Suntrust Bank -- Venture Overseas Wire (Cosani) Oct 29, 2014 Swift | Petron | CRP-DOJ-0000390932 | | | |
| 12-2 | Suntrust Bank -- Venture Overseas Account (0434) | Petron | CRP-DOJ-0000374716 to CRP-DOJ-0000374727 | | | |
| 12-2A | Suntrust Bank -- Venture Overseas Wire (Italcom) Mar 2016 Statement | Petron | CRP-DOJ-0000374720 | | | |

| GX NO. | DESCRIPTION | WITNESS | BATES | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|---|
| 12-2B | Suntrust Bank -- Venture Overseas Wire (Italcom) Mar 22, 2016 Swift | Petron | CRP-DOJ-0000374723 | | | |
| 12-3 | Suntrust Bank -- American Land Investment & Development | Petron | CRP-DOJ-0000394298 to CRP-DOJ-0000394670 | | | |
| 12-3A | Suntrust Bank -- American Land -- Dec 2015 Statement | Petron | CRP-DOJ-0000394352 | | | |
| 12-3B | Suntrust Bank -- American Land Wire (Global Reinsurance) Dec 2, 2015 Swift | Petron | CRP-DOJ-0000394643 | | | |
| 12-3C | Suntrust Bank -- American Land $300K check to Invecon | Petron | CRP-DOJ-0000394591 | | | |
| 12-4 | Suntrust Bank -- Invecon Account | Liste | CRP-DOJ-0000403241 to CRP-DOJ-0000403697 | | | |
| 12-4A | Suntrust Bank -- Invecon Check ($4,000) | Liste | CRP-DOJ-0000403412 | | | |
| 12-4B | Suntrust Bank -- Invecon Check ($23,324) | Liste | CRP-DOJ-0000403413 | | | |
| 12-4C | Suntrust Bank -- Invecon Check ($2,400) | Liste | CRP-DOJ-0000403417 | | | |
| 12-4D | Suntrust Bank -- Invecon Check ($4,228.77) | Liste | CRP-DOJ-0000403418 | | | |
| 12-4E | Suntrust Bank -- Invecon Check ($2,350) | Liste | CRP-DOJ-0000403419 | | | |
| 12-4F | Suntrust Bank -- Invecon Check ($2,100) | Liste | CRP-DOJ-0000403420 | | | |
| 12-4G | Suntrust Bank -- Invecon Check ($5,000) | Liste | CRP-DOJ-0000403421 | | | |
| 12-4H | Suntrust Bank -- Invecon Check ($2,601.58) | Liste | CRP-DOJ-0000403422 | | | |
| 12-4I | Suntrust Bank -- Invecon Check ($3,000) | Liste | CRP-DOJ-0000403436 | | | |
| 12-4J | Suntrust Bank -- Invecon Check ($2,500) | Liste | CRP-DOJ-0000403438 | | | |
| 12-4K | Suntrust Bank -- Invecon Check ($5,510.77) | Liste | CRP-DOJ-0000403440 | | | |
| 12-4L | Suntrust Bank -- Invecon Check ($45,627.45) | Liste | CRP-DOJ-0000403441 | | | |
| 12-4M | Suntrust Bank -- Invecon Check ($3,000) | Liste | CRP-DOJ-0000403442 | | | |
| 12-4N | Suntrust Bank -- Invecon Check ($3,000) | Liste | CRP-DOJ-0000403443 | | | |
| 12-4O | Suntrust Bank -- Invecon Check ($5,000) | Liste | CRP-DOJ-0000403462 | | | |
| 12-4P | Suntrust Bank -- Invecon Check ($10,000) | Liste | CRP-DOJ-0000403461 | | | |
| 12-4Q | Suntrust Bank -- Invecon Check ($3,000) | Liste | CRP-DOJ-0000403465 | | | |
| 12-4R | Suntrust Bank -- Invecon Check ($15,000) | Liste | CRP-DOJ-0000403466 | | | |
| 12-4S | Suntrust Bank -- Invecon Check ($11,448) | Liste | CRP-DOJ-0000403467 | | | |
| 12-4T | Suntrust Bank -- Invecon Check ($4,000) | Liste | CRP-DOJ-0000403468 | | | |

| GX NO. | DESCRIPTION | WITNESS | BATES | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|---|
| 12-4U | Suntrust Bank -- Invecon Check ($4,000) | Liste | CRP-DOJ-0000403471 | | | |
| 12-4V | Suntrust Bank -- Invecon Check ($5,100) | Liste | CRP-DOJ-0000403472 | | | |
| 12-4W | Suntrust Bank -- Invecon Check ($5,000) | Liste | CRP-DOJ-0000403475 | | | |
| 12-4X | Suntrust Bank -- Invecon Check ($6,543) | Liste | CRP-DOJ-0000403626 | | | |
| 12-4Y | Suntrust Bank -- Invecon Check ($11,540) | Liste | CRP-DOJ-0000403632 | | | |
| 12-4Z | Suntrust Bank -- Invecon Check ($35,228) | Liste | CRP-DOJ-0000403634 | | | |
| 12-4AA | Suntrust Bank -- Invecon Check ($3,340) | Liste | CRP-DOJ-0000403639 | | | |
| 12-4BB | Suntrust Bank -- Invecon Check ($7,283) | Liste | CRP-DOJ-0000403650 | | | |
| 12-4CC | Suntrust Bank -- Invecon Check ($3,500) | Liste | CRP-DOJ-0000403651 | | | |
| 12-4DD | Suntrust Bank -- Invecon Check ($2,190) | Liste | CRP-DOJ-0000403652 | | | |
| 12-4EE | Suntrust Bank -- Invecon Check ($1,855) | Liste | CRP-DOJ-0000403653 | | | |
| 12-4FF | Suntrust Bank -- Invecon Check ($2,000) | Liste | CRP-DOJ-0000403654 | | | |
| 12-4GG | Suntrust Bank -- Invecon Check ($2,729) | Liste | CRP-DOJ-0000403655 | | | |
| 12-4HH | Suntrust Bank -- Invecon Check ($6,400) | Liste | CRP-DOJ-0000403656 | | | |
| 12-4II | Suntrust Bank -- Invecon Check ($11,600) | Liste | CRP-DOJ-0000403447 | | | |
| 12-4JJ | Suntrust Bank -- Invecon Check ($3,000) | Liste | CRP-DOJ-0000403448 | | | |
| 12-4KK | Suntrust Bank -- Invecon Check ($4,921) | Liste | CRP-DOJ-0000403450 | | | |
| 12-4LL | Suntrust Bank -- Invecon Check ($3,000) | Liste | CRP-DOJ-0000403451 | | | |
| 12-4MM | Suntrust Bank -- Invecon Check ($4,000) | Liste | CRP-DOJ-0000403446 | | | |
| 12-4NN | Suntrust Bank -- Invecon Check ($2,000) | Liste | CRP-DOJ-0000403454 | | | |
| 12-4OO | Suntrust Bank -- Invecon Check ($7,000) | Liste | CRP-DOJ-0000403457 | | | |
| 12-4PP | Suntrust Bank -- Invecon Check ($10,496) | Liste | CRP-DOJ-0000403456 | | | |
| 12-4QQ | Suntrust Bank -- Invecon Check ($2,900) | Liste | CRP-DOJ-0000403458 | | | |
| 12-4RR | Suntrust Bank -- Invecon Check ($2,350) | Liste | CRP-DOJ-0000403459 | | | |
| 12-5 | Suntrust Bank - Kuadra Account (2004) | Petron | CRP-DOJ-0000391768 to CRP-DOJ-0000392230 | | | |
| 12-6 | Suntrust Bank - Kuadra Account (2483) | Petron | CRP-DOJ-0000392424 to CRP-DOJ-0000392480 | | | |
| 12-7 | Suntrust Bank -- JC Funds Acccount | Petron | CRP-DOJ-0000392718 | | | |
| 12-8 | City National -- JC Funds Account (1275) | Petron | CRP-DOJ-0000166092 to CRP-DOJ-0000166539 | | | |
| 12-9 | Hendricks Trading Wire Details | Petron | CRP-DOJ-0000305691 | | | |
| 12-10 | City National -- Los Pinos Home (3202) | Petron | CRP-DOJ-0000166805 | | | |
| 12-10A | Los Pinos April 2017 statement and 4/28/17 wire details | Petron | CRP-DOJ-0000166851 | | | |
| 12-11 | Bank of Am. -- Thomas Kucera (0819) | Petron | CRP-DOJ-0000137134 | | | |

| GX NO. | DESCRIPTION | WITNESS | BATES | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|---|
| 12-11A | Kucera (0819) May 2016 statement | Petron | CRP-DOJ-0000137329 | | | |
| 12-12 | Bank of Am. -- Thomas Kucera (9758) | Petron | CRP-DOJ-0000147139 | | | |
| 12-12A | Kucera (9758) June 2016 statement | Petron | CRP-DOJ-0000147215 | | | |
| 12-13 | Suntrust Bank - Venture Overseas (7442) 2011-2013 | Petron | CRP-DOJ-0000373255 | | | |
| 12-14 | Suntrust Bank - Venture Overseas (7442) checks 2011 | Petron | CRP-DOJ-0000373849 | | | |
| 12-15 | Suntrust Bank - Venture Overseas | Petron | CRP-DOJ-0000374513 | | | |
| 12-15A | Suntrust wire details - Plastiquim EIRL to Venture $6583 | Petron | CRP-DOJ-0000374561 | | | |
| 12-15B | Suntrust wire details - Plastiquim EIRL to Venture $1350 | Petron | CRP-DOJ-0000374570 | | | |
| 12-15C | Suntrust wire details - Plastiquim EIRL to Venture $2800 | Petron | CRP-DOJ-0000374577 | | | |
| 12-15D | Suntrust wire details - Plastiquim EIRL to Venture $2800 | Petron | CRP-DOJ-0000374584 | | | |
| 12-15E | Suntrust wire details - Plastiquim EIRL to Venture $2800 | Petron | CRP-DOJ-0000374592 | | | |
| 12-15F | Suntrust wire details - Plastiquim EIRL to Venture $2800 | Petron | CRP-DOJ-0000374600 | | | |
| 12-15G | Suntrust wire details - Plastiquim EIRL to Venture $2800 | Petron | CRP-DOJ-0000374604 | | | |
| 12-15H | Suntrust wire details - Plastiquim EIRL to Venture $2800 | Petron | CRP-DOJ-0000374611 | | | |
| 12-15I | Suntrust wire details - Plastiquim EIRL to Venture $2800 | Petron | CRP-DOJ-0000374617 | | | |
| 12-15J | Suntrust wire details - Plastiquim SA to Venture $2775 | Petron | CRP-DOJ-0000374627 | | | |
| 12-15K | Suntrust wire details - Plastiquim SA to Venture $5600 | Petron | CRP-DOJ-0000374640 | | | |
| 12-15L | Suntrust wire details - Plastiquim SA to Venture $2901 | Petron | CRP-DOJ-0000374691 | | | |
| 12-16 | Summary exhibit | Petron | CRP-DOJ-0003142975 | | | |
| 12-17 | Summary exhibit | Petron | CRP-DOJ-0003142976 | | | |
| 12-18 | Summary exhibit | Petron | CRP-DOJ-0003142977 | | | |
| 12-19 | Summary exhibit | Petron | CRP-DOJ-0003142980 | | | |

| GX NO. | DESCRIPTION | WITNESS | BATES | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|---|
| 12-20 | Summary exhibit | Petron | CRP-DOJ-0003142983 | | | |
| 12-21 | Summary exhibit | Petron | CRP-DOJ-0003142986 | | | |
| 12-22 | Summary exhibit | Petron | CRP-DOJ-0003142989 | | | |
| 12-23 | Summary exhibit | Petron | CRP-DOJ-0003142992 | | | |
| 12-24 | Summary exhibit | Petron | CRP-DOJ-0003142995 | | | |
| 12-25 | Summary exhibit | Petron | CRP-DOJ-0003142998 | | | |
| 12-26 | Summary exhibit | Petron | CRP-DOJ-0003142999 | | | |
| 12-27 | Summary exhibit | Petron | CRP-DOJ-0003143002 | | | |
| 12-28 | Summary exhibit | Petron | CRP-DOJ-0003143004 | | | |
| 13-1 | March 3, 2016 email from John Polit to Devos forwarding attachment of Global Reinsurance "model invoice" for $510,000 from Loli Beltran | Devos | CRP-DOJ-0001301029 | | | |
| 13-1A | Attached Global Reinsurance "model invoice" for $510,000 | Devos | CRP-DOJ-0001301030 | | | |
| 13-1B | Translation of March 3, 2016 email from John Polit to Devos | Devos | CRP-DOJ-0001301029_TR | | | |
| 13-1C | Translation of attached Global Reinsurance "model invoice" | Devos | CRP-DOJ-0001301030_TR | | | |
| 13-2 | March 4, 2016 email from Devos to Loli Beltran attaching "revised invoice" | Devos | CRP-DOJ-0001244220 | | | |
| 13-2A | Attached "revised invoice" from American Land to Global Reinsurance for $510,000 | Devos | CRP-DOJ-0001244221 | | | |
| 13-2B | Translation of March 4, 2016 email from Devos to Loli Beltran | Devos | CRP-DOJ-0001244220_TR | | | |
| 13-2C | Translation of attached "revised invoice" from American Land to Global | Devos | CRP-DOJ-0001244221_TR | | | |
| 13-3 | March 4, 2016 email from John Polit to Loli Beltran asking whether invoice number 101 is ok | Devos | CRP-DOJ-0001301031 | | | |
| 13-3A | Translation of March 4, 2016 email from John Polit to Loli Beltran | Devos | CRP-DOJ-0001301031_TR | | | |
| 13-4 | 1900 Office Building HUD | Devos | CRP-DOJ-0000248744 | | | |
| 13-5 | State of Florida Records -- 1900 Office Building | Devos | CRP-DOJ-0002403229 | | | |
| 13-6 | 1900 Office Building photo | Devos | CRP-DOJ-0003142967 | | | |

| GX NO. | DESCRIPTION | WITNESS | BATES | DATE OFFERED | MARKED | ADMITTED |
|---|---|---|---|---|---|---|
| 14-1 | Non Prosecution Agreement (Rodrigues) | Rodrigues | CRP-DOJ-0003142556 | | | |
| 14-2 | Select Engineering Account Records | Rodrigues | CRP-DOJ-0000476794 | | | |
| 14-2A | Select Engineering Statement -- September 2014 | Rodrigues | CRP-DOJ-0000477021 | | | |
| 15-1 | Search warrant items list (Polit residence, Guayaquil) | Vega Castillo | CRP-DOJ-0002403063 | | | |
| 15-2 | Search warrant photos (Polit residence, Guayaquil) | Vega Castillo | CRP-DOJ-0002403065 | | | |
| 15-3 | Search warrant items photos (Polit residence, Guayaquil) | Vega Castillo | CRP-DOJ-0002403074 | | | |
| 15-4 | Picture of Polit Residence | Vega Castillo | | | | |
| 16-1 | Plea Agreement (Ribas) | Ribas | CRP-DOJ-0003143097 | | | |
| 20-1 | January 5, 2016 email from Carlos Polit to Pedro Solines | Solines | Polit-Hotmail_0000012516 | | | |
| 20-1A | Attachment to January 5, 2016 email from Carlos Polit to Pedro Solines | Solines | Polit-Hotmail_0000012517 | | | |
| 20-1B | Translation of January 5, 2016 email from Carlos Polit to Pedro Solines | Solines | Polit-Hotmail_0000012516_TR | | | |
| 20-2 | January 11, 2016 Email from Carlos Polit to Lachaga | Solines | Polit-Hotmail_0000012511 | | | |
| 20-2A | Translation January 11, 2016 Email from Carlos Polit to Lachaga | Solines | Polit-Hotmail_0000012511_TR | | | |
| 20-3 | April 28, 2016 Email from Carlos Polit to Pedro Solines | Solines | Polit-Hotmail_0000007536 | | | |
| 20-3A | Attachment to April 28, 2016 Email from Carlos Polit to Pedro Solines | Solines | Polit-Hotmail_0000007537 | | | |
| 20-3B | Translation of April 28, 2016 Email from Carlos Polit to Pedro Solines | Solines | Polit-Hotmail_0000007536_TR | | | |
| 20-3C | Translation of Attachment to April 28, 2016 Email from Carlos Polit to Pedro | Solines | Polit-Hotmail_0000007537_TR | | | |