UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20114-KMW

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

CARLOS RAMON POLIT FAGGIONI,

       Defendant.

_____/

**CARLOS RAMON POLIT FAGGIONI'S NOTICE OF
<u>DESIGNATION OF DEPOSITIONS</u>**

      Defendant, CARLOS RAMON POLIT FAGGIONI, hereby gives notice of his Designations of Depositions of the Direct and Redirect of Pedro Solines, taken on January 23, 2024 and Mercedes Vargas, taken on January 24, 2024, which he intends to offer as testimony at trial.

      Respectfully submitted,

      **COFFEY BURLINGTON, P.L.**
      *Permanent Counsel for Carlos Polit*
      2601 South Bayshore Drive, Penthouse
      Miami, Florida 33133
      Telephone:   (305) 858-2900
      Facsimile:    (305) 858-5261

      By: */s/ Fernando Tamayo*
      Fernando Tamayo, Fla. Bar No. 28530
      Kendall Coffey, Fla. Bar No. 259861
      ftamayo@coffeyburlington.com
      kcoffey@coffeyburlington.com
      lmaltz@coffeyburlington.com
      service@coffeyburlington.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on March 22, 2024, on all counsel or parties of record on the Service List below.

| Service List | |
|---|---|
| Alexander Kramer, Trial Attorney<br>Jill Simon, Trial Attorney<br>Lindita V. Ciko Torza, Trial Attorney<br>Criminal Division, Fraud Section<br>Lorinda Laryea<br>Acting Chief, Fraud Section<br>Criminal Division<br>U.S. Department of Justice<br>1400 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Tel:  202-262-7086<br>Tel:  202-786-1919<br>jill.simon@usdoj.gov<br>alexander.kramer@usdoj.gov<br>lindita.ciko.torza@usdoj.gov | Howard Srebnick, Esq.<br>*Trial Counsel for Carlos Ramon Polit Faggioni*<br>Black Srebnick<br>201 South Biscayne Boulevard<br>Suite 1300<br>Miami, Florida 33131<br>Tel:  305-371-6421<br>hsrebnick@royblack.com |
| Michael N. Berger, Esq.<br>Assistant United States Attorney<br>99 NE 4 Street<br>Miami, Florida 33132-2111<br>Tel:  305-961-9445<br>Michael.berger2@usdoj.gov | |

                                           */s/ Fernando Tamayo*____
                                           Fernando Tamayo