UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20114-KMW

UNITED STATES OF AMERICA,

vs.

CARLOS RAMON POLIT FAGGIONI,
_____/

## DEFENDANT POLIT'S PROPOSED VOIR DIRE QUESTIONS

Defendant Carlos Polit, through undersigned counsel, respectfully proposes to ask the following *voir dire* questions to ensure the seating of a fair and impartial jury. Polit respectfully requests that his counsel personally participate in the questioning of the jury pool. Additionally, Polit reserves the right to propose additional questions and follow-up questions during the jury selection process, and to submit additional *voir dire* requests should the Court deny or limit Polit's proposed questions.

1. What do you know about the corruption scandal involving the Brazilian conglomerate Odebrecht, S.A.?

2. What is your opinion about politicians in Latin American countries?

3. What is your opinion about corruption in Latin American countries, including Ecuador and Brazil?

4. What involvement have you had, if any, in a contract or joint venture with a government entity to perform a construction or some other commercial service?

5. What is your opinion about using corporations or LLC's in fictitious names in order to protect the privacy of the owners?

6. What is your opinion about handshake deals between people for loans and investments that involve a large amount of money?

7. What is your opinion about keeping money in offshore bank accounts (rather than U.S. banks)?

8. If a person is accused of having an extramarital affair, do you think that makes them more likely to commit a crime of dishonesty or fraud?

9. Do you hold the opinion that people who do business deals in large amounts of cash are probably engaging in illegal activity?

10. One or more of the witnesses or persons that will be mentioned during trial is gay. What is your opinion regarding the credibility and law abidingness of gay people?



www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | p 305.371.6421

Respectfully submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel. (305) 371-6421

/s/ *Howard Srebnick*
HOWARD SREBNICK, ESQ.
Florida Bar No. 919063
E-mail: HSrebnick@RoyBlack.com

*/s/ Jackie Perczek*
JACKIE PERCZEK, ESQ.
Florida Bar No. 0042201
JPerczek@RoyBlack.com

**COFFEY BURLINGTON, P.L.**
*Permanent Counsel for Carlos Polit*
2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900

*/s/ Fernando Tamayo*
Fernando Tamayo, Fla. Bar No. 28530
ftamayo@coffeyburlington.com
lmaltz@coffeyburlington.com
service@coffeyburlington.com

