UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20114-KMW

**UNITED STATES OF AMERICA**

vs.

**CARLOS RAMON POLIT FAGGIONI**

      **Defendant.**
_____/

**GOVERNMENT'S SECOND NOTICE OF INTENT UNDER FRE 902(11)
TO OFFER CERTIFIED RECORDS OF REGULARLY CONDUCTED
<u>ACTIVITY INTO EVIDENCE</u>**

The United States of America, by and through undersigned counsel, respectfully provides notice that it intends, pursuant to Federal Rule of Evidence 902(11), to offer into evidence the certified records as follows. The certifications for each of these records have been produced in discovery.

- **Resolutions issued by the Comptroller General's Office ("CGE")**: (CRP-DOJ-0003143571) certification for Resolutions issued by the CGE regarding fines levied against Odebrecht in Ecuador (GX 1-1 through 1-9).

- **Press release issued by the Procuraduría General del Estado ("PGE")**: (CRP-DOJ-0003143307) certification for press release issued by the PGE in Ecuador announcing arbitration decision in relation to Albacora S.A. tax debt (GX 11-5).

- **Defendant's Ecuadorian judgment and appeal**: (CRP-DOJ-0003143301) certification for judgment and appellate decision regarding the defendant's conviction in Ecuador for violation of Article 284 of the Ecuadorian penal code.[1]

The United States respectfully requests leave to submit additional notifications.

                                            Respectfully submitted,

---

[1] The judgment and appellate decisions are not listed as government exhibits. In the event the Court deems the fact of the defendant's prior conviction admissible under Fed. R. Evid. 609(a)(2) [*see* DE 123, 137], the government proposes stipulating to language regarding the conviction rather than introducing the judgment and appellate decision as evidence.

| | |
|---|---|
| MARKENZY LAPOINTE<br>UNITED STATES ATTORNEY | GLENN S. LEON<br>CHIEF, FRAUD SECTION<br>Criminal Division<br>U.S. Department of Justice |

By:    <u>s/Michael N. Berger</u>
       Michael N. Berger
       Assistant United States Attorney
       Court No. A5501557
       99 Northeast 4th Street
       Miami, Florida 33132
       (305) 961-9445
       <u>Michael.Berger2@usdoj.gov</u>

By:    <u>s/Jil Simon</u>
       Jil Simon, Trial Attorney
       Alexander Kramer, Assistant Chief
       Fraud Section, Criminal Division
       Court No. A5502756
       1400 New York Ave NW
       Washington, DC 20005
       (202) 514-3257
       Jil.Simon@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system on March 26, 2024.

        By:    s/Jil Simon
                 Jil Simon
                 Trial Attorney