UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20114-KMW

UNITED STATES OF AMERICA

vs.

CARLOS RAMON POLIT FAGGIONI

Defendants.
_____/

**CERTIFICATION OF DATA GENERATED BY AN
ELECTRONIC PROCESS OR SYSTEM PURSUANT TO
RULE 902(13) OF THE FEDERAL RULES OF EVIDENCE**

I, Chad Papenfuss, attest under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by the Department of Justice, Criminal Division, as the Assistant Director of Information Technology. In my role, I oversee the Automated Litigation Support (ALS), which is responsible for the intake, processing, production and maintenance of Electronically Stored Information (ESI) for the Criminal Division. I have 27 years working information technology systems, with over 250 hours of training and education in the field. By reason of my position and specialized training, I am authorized and qualified to make this declaration as a "qualified person" under Rule 902(13) of the Federal Rules of Evidence (FRE).

I further state:

1. On February 22, 2017, the ALS unit received forensic images of HDD MYPASSPORT, RC001, Copy 1, P/N: WDBFT0040BBK-OA, S/N: Wx21D9676K86 and HDD MYPASSPORT, Copy 2, P/N: WDBYFT0040BBK-OA, S/N:

WX91EC55WYA4. The data was processed through Nuix, a reliable electronic process and tool used to process ESI for further review.

2. I know that the described process produced an accurate result, to wit:

    a) Nuix, the electronic process used to produce Government's Exhibits listed below, was working as designed during the date of extraction and processing;

    b) Nuix, the electronic process used to produce Government's Exhibits listed below, did not produce any errors during the date of extraction and processing; and

    c) Government's Exhibits listed below were located on the devices identified as HDD MYPASSPORT.

3. I have reviewed Government's Exhibits listed below and certify, for purposes of FRE 902(13), that Government's Exhibits listed below were extracted in the process described above.

| | |
|---|---|
| 3-1 | DROUSYS_0000284879 |
| 3-1A | DROUSYS_0000284886 |
| 3-2 | DROUSYS_0000223313 |
| 3-2A | DROUSYS_0000223317 |
| 3-3 | DROUSYS_0000223279 |
| 3-3A | DROUSYS_0000223280 |
| 3-4 | DROUSYS_0000223919 |
| 3-4A | DROUSYS_0000223920 |
| 3-5 | DROUSYS_0003937039 |
| 3-5A | DROUSYS_0003937042 |
| 3-6 | DROUSYS_0000224157 |
| 3-6A | DROUSYS_0000224158 |
| GX 3-8 | DROUSYS_0004590621 |

4.     I further state that this certification is intended to satisfy FRE 902(13).

*[Signature]* 3/29/24

Chad Papenfuss