UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20114-KMW

**UNITED STATES OF AMERICA**

vs.

**CARLOS RAMON POLIT FAGGIONI**

      **Defendant.**
_____/

**UNITED STATES' NOTICE OF INTENT UNDER FRE 902(11) TO OFFER CERTIFIED RECORDS OF REGULARLY CONDUCTED ACTIVITY INTO EVIDENCE**

The United States of America, by and through undersigned counsel, respectfully provides notice that it intends to authenticate certain government exhibits (identified below) as records of regularly conducted activity pursuant to Federal Rule of Evidence 902(11). The documents identified below were previously produced in discovery on January 30, 2023; the certifications for each of these records were produced on March 9, 2024 (at the bates number listed in parentheses).

- **Inmobilaria Cosani**: Promissory notes between Inmobilaria Cosani and Venture Overseas at GX 5-2 (certification available at CRP-DOJ-0003143033).

- **Italcom**: Promissory notes between Italcom and Venture Overseas available at GX 5-1 (certification available at CRP-DOJ-0003143033).

The United States respectfully requests leave to submit additional notifications as may be necessary.

                                              Respectfully submitted,

                                              MARKENZY LAPOINTE
                                              UNITED STATES ATTORNEY

By:    s/Michael N. Berger
         Michael N. Berger
         Assistant United States Attorney
         Court No. A5501557
         99 Northeast 4th Street
         Miami, Florida 33132
         (305) 961-9445
         Michael.Berger2@usdoj.gov

         GLENN LEON
         CHIEF, FRAUD SECTION
         Criminal Division
         U.S. Department of Justice

By:    /s/ Jil Simon
         Jil Simon
         Trial Attorney
         Alexander Kramer
         Assistant Chief
         Criminal Division, Fraud Section
         U.S. Department of Justice
         Court ID No. A5502756
         1400 New York Ave. NW
         Washington, DC 20005
         Tel: (202) 514-3257
         Email: Jill.Simon@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system on April 2, 2024.

By: s/Michael N. Berger
Michael N. Berger
Assistant United States Attorney