**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20114-KMW**

**UNITED STATES OF AMERICA**

**vs.**

**CARLOS RAMON POLIT FAGGIONI,**

      **Defendant.**
_____/

**NOTICE OF FILING OF FORFEITURE TRIAL MATERIALS**

The United States of America, by and through its undersigned counsel, hereby respectfully provides the following documents:

1. Bench Memorandum Regarding Criminal Forfeiture;

2. Forfeiture jury instructions; and

3. Forfeiture special verdict form.

                                                   Respectfully submitted,

                                                   MAKENZY LAPOINTE
                                                   UNITED STATES ATTORNEY

                        By:    */s/ Marx P. Calderón*
                                Marx P. Calderón
                                Court ID No. A5502700
                                Assistant United States Attorney
                                99 N.E. 4th Street, 7th Floor
                                Miami, Florida 33132-2111
                                Telephone: (305) 961-9036
                                Marx.calderon@usdoj.gov

                                *Counsel for United States of America*