AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Carlos Ramon Polit Faggioni | ) Case No. 22-cr-20114-KMW |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Custodian of Records
McGuireWoods
1251 Avenue of the Americas, 20th Floor
New York, NY 10020-1104

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Judge Williams U.S. Courthouse, 400 N. Miami Avenue, Miami, FL | Courtroom No.: 11-3 |
|---|---|
| | Date and Time: April 8, 2024 at 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects (blank if not applicable):

***See Schedule A, attached.***

(SEAL)



Date: 4/1/24

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk
Angela E. Noble

The name, address, e-mail, and telephone number of the attorney representing (name of party) Carlos Ramon Polit Faggioni, who requests this subpoena, are:

Jackie Perczek, Esq.
BLACK SREBNICK
201 S. Biscayne Blvd., Suite 1300
Miami, Florida 33133
Telephone: (305) 371-6421
Facsimile: (305) 703-4934

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PRROOF OF SERVICE

This subpoena for *(name of individual and title, if if any)* _____

was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copyy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Case No. 22-CR-20114-KMW
SCHEDULE A TO SUBPOENA

## DOCUMENTS TO BE PRODUCED

With respect to the individuals listed below, please produce the following non-privileged documents in your actual or constructive possession:

1. All non-privileged documents reflecting the arrangement each individual has or had with the government of any country regarding any actual or potential exposure to prosecution for their conduct in relation to the Odebrecht investigation (for example, non-prosecution agreements or the equivalent agreement in a foreign country, charging documents, statements by the individuals, testimony, sworn declarations, statements by prosecutors, plea agreements, factual basis for the plea agreements, sentence/criminal judgments, fines, forfeiture or restitution imposed, etc.).

2. All correspondence (including texts and emails) with any representative of any country regarding the conduct of any of the individuals listed below in relation to the Odebrecht investigation.

    The individuals are:

    Jose Conceicao Santos Filho

    Geraldo de Souza

    Angela Palmeira

    Olivio Rodrigues

    Antonio Andretta

    Juan Ribas Domenech

    Tamara Devos

    Federico Gomez

1

Roberto Isaias

Daniel Liste

Mauricio Neme

Maria del Carmen Morla

JACKIE PERCZEK, ESQ.
Black Srebnick
201 South Biscayne Blvd., Suite 1300
Miami, Florida 33131
Email: jperczek@royblack.com;
mbrito@royblack.com
Telephone: (305) 371-6421
Mobile: (305) 710-9242
Fax: (305) 703-4934

2

*[Check appears upside down in original]*

Memo | WITNESS FEE

Bank Of America, N.A.

Forty and 00/100

PAY TO THE ORDER OF | MCGUIRE WOODS

*M. E. Snet* (signature)

$ 40.00

Dollars

Void after 90 days

Date | 04/03/2024

VV3401

This is a Deluxe eCheck. The PAY TO THE ORDER OF line designates the Payee. For questions, call Deluxe Payment Exchange customer support at 1-877-333-6964. Ref: 4EC8-974E

Legal Process Service & Investigations, LLC
8724 SW 72nd Street, #402
Miami, FL 33173

Official eCheck

---

✂ Cut along this line

## Check appears upside down intentionally
### How to use this check

**Need help?** Visit eChecks.com or call 1-877-333-6964

| Step 1<br>**Print the check** | Step 2<br>**Validate it printed correctly** | Step 3<br>**Deposit like normal** |
|---|---|---|
| ✓ Any printer works<br>✓ Black or color ink<br>✓ Basic white paper | ✓ **Correct if bank numbers are:**<br>Centered in white space<br>Parallel to edge of the page<br>Clearly printed in dark black ink<br>✗ **Reprint if bank numbers are:**<br>Cut off, skewed, or off-center<br>Smudged or wrinkled<br>Too light to read | 1. **Cut on the dotted line above**<br>2. **Endorse the back**<br>3. **Deposit like normal:**<br>In-person at a bank or credit union<br>Using an ATM<br>Via smartphone mobile deposit<br>With an office check scanner |

**Does your financial institution have questions about this check?**
- This check was printed from an authorized check record. It is not a Check 21 Image Replacement Document.
- To confirm this check was issued by the account holder and details (pay to, amount, routing/account number) remain unmodified, the item's authenticity can be verified using the Deluxe Inc. Check Verification service at https://echecks.com/verify.

**Questions?** Visit **eChecks.com** or call **1-877-333-6964**

---

### For your records

**Issued date:** 2024-04-03
**Check number:** VV3401
**From:** Legal Process Service & Investigations, LLC
**Amount:** $40.00
**Payable to:** ERIC SNYDER
**Delivery email:** legalinvestigationsllc@hotmail.com
**Memo:** WITNESS FEE

Are you a business? To save time, money, and resources, make payments using Deluxe Payment Exchange. Call 1-877-333-6964 to get started today!



deluxe. PAYMENT EXCHANGE