UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20114-KMW

UNITED STATES OF AMERICA

vs.

CARLOS RAMON POLIT FAGGIONI

Defendants.
_____/

### CERTIFICATION OF DATA GENERATED BY AN ELECTRONIC PROCESS OR SYSTEM PURSUANT TO RULE 902(13) OF THE FEDERAL RULES OF EVIDENCE

I, Chad Papenfuss, attest under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Department of Justice, Criminal Division, Assistant Director of Information Technology. In my role, I oversee the Automated Litigation Support (ALS), which is responsible for the intake, processing, production and maintenance of Electronically Stored Information for the Criminal Division. I have 27 years working information technology systems, with over 250+ hours of training and education in the field. By reason of my position and specialized training, I am authorized and qualified to make this declaration as a "qualified person" under Rule 902(13) of the Federal Rules of Evidence.

I further state:

1. On February 22, 2017, the ALS unit received forensic images of HDD MYPASSPORT, RC001, Copy 1, P/N: WDBFT0040BBK-OA, S/N: Wx21D9676K86 and HDD MYPASSPORT, Copy 2, P/N: WDBYFT0040BBK-OA, S/N: WX91EC55WYA4. The data was processed through Nuix, a reliable electronic process and tool used to process ESI for further review.

2. I know that the described process produced an accurate result, to wit:

   a) Nuix, the electronic process used to produce Government's Exhibits listed below, was working as designed during the date of extraction and processing;

   b) Nuix, the electronic process used to produce Government's Exhibits listed below, did not produce any errors during the date of extraction and processing; and

   c) Government's Exhibits listed below were located on the devices identified as HDD MYPASSPORT.

3. I have reviewed Government's Exhibit listed below and certify, for purposes of FRE 902(13), that Government's Exhibits listed below were extracted in the process described above.

3-9   DROUSYS_0003950268

4. I further state that this certification is intended to satisfy FRE 902(13).

_____
Chad Papenfuss
Date: 4/6/24