UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20114-KMW

USA

**DO NOT DESTROY
OR REMOVE FROM
COURTROOM**

v.

Carlos Ramon Polit,

### JURY QUESTION

We need clarification on count 2 - are we here to decide if the 300K to American land is comingled bribe money from C. Polit?

_____
FOREPERSON

4/23/24
Date

### RESPONSE OF THE COURT

The Court refers you to pages 21 through 26 of the instructions but reminds you that you must consider all of the instructions as a whole. Moreover, you must rely on your own recollection of the evidence.

THE HONORABLE KATHLEEN M. WILLIAMS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20114-KMW

U.S.A
v.
Carlos Polit,

**DO NOT DESTROY
OR REMOVE FROM
COURTROOM**

JURY QUESTION

We have a verdict

_____
FOREPERSON

4/23/24
Date

RESPONSE OF THE COURT




THE HONORABLE KATHLEEN M. WILLIAMS