UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20114-WILLIAMS

UNITED STATES OF AMERICA

vs.

CARLOS RAMON POLIT FAGGIONI

       Defendant.
_____/

# VERDICT FORM

We, the jury, unanimously find as follows as to Defendant **CARLOS RAMON POLIT FAGGIONI**:

## Count One

As to Count 1 of the Indictment – Conspiracy to Commit Money Laundering:

    Guilty __✓__        Not Guilty _____

If you have found that CARLOS RAMON POLIT FAGGIONI is Guilty as to Count One, please mark what offense or offenses you find that CARLOS RAMON POLIT FAGGIONI conspired to commit (indicate answer by checking one or more lines below):

__✓__ to knowingly conduct a financial transaction which involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed, in whole and in part, to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B).

✓ to knowingly transport, transmit, and transfer, and attempt to transport, transmit, and transfer, a monetary instrument and funds from a place in the United States to and through a place outside the United States, and to a place in the United States from and through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

✓ to knowingly engage in a monetary transaction by, through, and to a financial institution, affecting interstate commerce in criminally derived property of a value greater than $10,000 that is derived from specified unlawful activity, in violation of Title 18, United States Code, Section 1957.

**Count Two**

As to Count 2 of the Indictment – money laundering involving concealing proceeds of specified unlawful activity

Guilty ___✓___        Not Guilty _____

**Count Three**

As to Count 3 of the Indictment – money laundering involving concealing proceeds of specified unlawful activity

Guilty ___✓___        Not Guilty _____

**Count Four**

As to Count 4 of the Indictment – money laundering involving concealing proceeds of specified unlawful activity

Guilty ___✓___        Not Guilty _____

**Count Five**

As to Count 5 of the Indictment – engaging in transactions in criminally derived property

Guilty ___✓___        Not Guilty _____

**Count Six**

As to Count 6 of the Indictment – engaging in transactions in criminally derived property

Guilty ____✓____          Not Guilty _____

SO SAY WE ALL, this _23_ day of April, 2024.

_____
FOREPERSON