UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20114-WILLIAMS

UNITED STATES OF AMERICA

vs.

CARLOS RAMON POLIT FAGGIONI

     Defendant.
_____/

## SPECIAL VERDICT FORM

We, the Jury, return the following Special Verdict as to the properties described below:

1. Real property located at 1902 SW 22 Street, Miami, Florida 33145; and

2. Real property located at 301 Altara Ave, Unit 702, Miami, Florida 33146.

Place an "X" or check mark in the space provided next to the words "YES" or "NO" for each statement/question below.

1. For the real property located at **1902 SW 22 Street, Miami, Florida 33145**, we the jury unanimously find on the question of whether the government has proven by a preponderance of the evidence this property was *involved in* the offenses named below:

   a. Count 1 of the Indictment:

   YES ✓

   NO _____

   b. Count 5 of the Indictment:

   YES ✓

   NO _____

   c. Count 6 of the Indictment:

   YES _____

   NO X

2. For the the real property located at **1902 SW 22 Street, Miami, Florida 33145**, we the jury unanimously find on the question of whether the government has proven by a preponderance of the evidence this property is *traceable* to property "involved in" the offenses named below:

    a. Count 1 of the Indictment:

        YES ✓

        NO ____

    b. Count 5 of the Indictment:

        YES ✓

        NO ____

    c. Count 6 of the Indictment:

        YES ____

        NO X

3. For the real property located at **301 Altara Ave, Unit 702, Miami, Florida 33146**, we the jury unanimously find on the question of whether the government has proven by a preponderance of the evidence this property was *involved in* the offenses named below:

    a. Count 1 of the Indictment:

        YES _____

        NO  X

    b. Count 5 of the Indictment:

        YES _____

        NO  X

    c. Count 6 of the Indictment:

        YES _____

        NO  X

4. For the real property located at **301 Altara Ave, Unit 702, Miami, Florida 33146**, we the jury unanimously find on the question of whether the government has proven by a preponderance of the evidence this property is *traceable* to property "involved in" the offenses named below:

    a.    Count 1 of the Indictment:

        YES _____

        NO   X

    b.    Count 5 of the Indictment:

        YES _____

        NO   X

    c.    Count 6 of the Indictment:

        YES _____

        NO   X

SO SAY WE ALL, this 23 day of April, 2024.

_____      _____
FOREPERSON (please sign name)      FOREPERSON (please print name)