UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20114-KMW

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CARLOS RAMON POLIT FAGGIONI,

      Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND BY 14 DAYS
(UNTIL MAY 21) TO FILE POST-TRIAL MOTIONS**

Defendant was convicted on April 23, 2024. His post-trial motions are currently due on May 7, 2024. See Rule 29, 33 and 34, Federal Rules of Criminal Procedure. Defendant is moving this court for an 14-day extension of time because undersigned counsel (Srebnick) has a May 1, 2024, deadline to finalize and file a 20,000-word brief in the U.S. Court of Appeals in *U.S. v. Dermen,* 23-4074 (10th Cir.), in which the defendant-appellant is in custody, and the Court has advised that no extensions will be granted absent "extraordinary circumstances." Undersigned also has a May 1, 2024, deadline to file objections to the PSI and a sentencing memorandum in *U.S. v. Sheppard*, 22-20290-CR-BB, but is requesting, without objection, that such deadline be extended by eight days, until May 9, 2024.

1

Government counsel advised that they have no objection to this motion. Accordingly, Defendant Polit asks the Court to extend the current deadline by 14 days, until <u>May 21, 2024</u>, to file post-trial motions.

        **BLACK SREBNICK**
        201 South Biscayne Boulevard, Suite 1300
        Miami, Florida 33131 / Tel. (305) 371-6421

        <u>/s/ Howard Srebnick</u>
        HOWARD SREBNICK
        Florida Bar No. 919063
        E-mail: HSrebnick@RoyBlack.com