UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20114-KMW

**UNITED STATES OF AMERICA**

vs.

**CARLOS RAMON POLIT FAGGIONI,**

**Defendant.**

_____/

## ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL CERTAIN ADMITTED TRIAL EXHIBITS

The United States of America, having filed an Unopposed Motion to File under Seal Certain Admitted Trial Exhibits, and the Court finding good cause therefore:

**IT IS HEREBY ORDERED** that admitted trial exhibit numbers 4-7, 6-3, 7-4, 9-6, 10-1, 10-1A, 10-2, 10-2A, 12-1, 12-2, 12-3, 12-4, 12-5, 12-10, 12-11, 12-12, 12-13, 12-14, 12-15, and 14-2 shall be filed under seal until further order of the Court.

**DONE AND ORDERED** in chambers at Miami, Florida, this ___ day of May, 2024.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE

cc:   Counsel of record