

00000000091

2446

26 AGO. 2010

**RESOLUCION No.**

**EL CONTRALOR GENERAL DEL ESTADO**

**CONSIDERANDO:**

I. Que como resultado del estudio del informe del examen especial de ingeniería practicado a los daños provocados al sistema de enfriamiento y en los filtros de agua y la evaluación de los daños que ocasionaron la paralización de la Central Hidroeléctrica San Francisco, a cargo de la compañía Hidropastaza S.A., por el período comprendido entre el 26 de septiembre de 2007 y el 30 de septiembre de 2008, se estableció en contra del *Consorcio Norberto Odebrecht–Alstom–Va Tech,* en la persona de su representante legal, contratista de la ingeniería de detalle, suministros y construcción de la Central Hidroeléctrica San Francisco, la glosa por *USD 7 000 000*, que corresponde al monto de la afectación y del perjuicio económico causado por la instalación de dos rodetes nuevos, que serán colocados en las turbinas de la Central Hidroeléctrica San Francisco, en vista de que en menos de un año de funcionamiento los anteriores, presentaron desgaste y deterioro; de acuerdo a la siguiente explicación:

La empresa contratista, durante la etapa de optimización del diseño, implantó el cambio de la velocidad sincrónica de la turbina, de 244 a 327,27 revoluciones por minuto, sin presentar el estudio que evidencie la evaluación de los parámetros asociados al proyecto y establezca la conveniencia del cambio de velocidad; así como del riesgo geológico volcánico de la zona y el eventual aumento del arrastre de sedimentos, contraviniendo lo señalado en el numeral 3.2 de la cláusula tercera del contrato de ingeniería de detalle, suministros y construcción (EPC), así como los numerales 2.2.1 y 2.5.1 de las especificaciones mecánicas del segundo contrato modificatorio del contrato de concesión, lo cual ha provocado el prematuro desgaste y deterioro de los álabes del rodete de la turbina de la Unidad 2; sin embargo, no se exigió al consorcio constructor la presentación de los estudios y diseños que justifiquen adecuadamente el aumento de velocidad de las turbinas, los riesgos geológico-volcánicos de la zona y el eventual aumento del arrastre de sedimentos, contraviniendo lo señalado en los apartados d), e) y g) del numeral 5.1, "Deberes del concesionario durante la construcción", de las especificaciones generales del segundo contrato modificatorio al contrato de concesión.

El Consejo Nacional de Electricidad, CONELEC, en calidad de concedente de la construcción, operación y mantenimiento de la Central Hidroeléctrica San Francisco, al emitir su "no objeción" a la optimización del proyecto, sin haber realizado un análisis de los cambios relacionados con el aumento de la velocidad sincrónica de las turbinas, que respeten o mejoren el concepto básico de la Central, contraviene lo señalado en el numeral 6.7 "Optimización del diseño Básico" del contrato de concesión.



El consorcio constructor, en la paralización de las operaciones de la Central, entre el 6 de junio y el 15 de octubre de 2008, efectuó a su costo, trabajos de soldadura para

Dirección de Responsabilidades. Teléfono: 398-7360
Oficina matriz: Av. Juan Montalvo e4-37 y Av. 6 de Diciembre. Quito-Ecuador



AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 1-1

reconstruir los perfiles originales de los álabes, los rodetes de las dos unidades generadoras y emitió la orden de fabricación de un rodete que reemplace al de la Unidad 2.

El Presidente Ejecutivo de Hidropastaza S.A. con oficio HP-0957-2008 de 28 de octubre de 2008, establece que el monto de la afectación por la instalación de dos rodetes nuevos, asciende a USD 7 000 000.

Por lo expuesto, la falta de cumplimiento de las disposiciones legales antes señaladas y la no presentación de los estudios y diseños que justifique adecuadamente el aumento de velocidad de las turbinas, produjo daños en los álabes de los rodetes de las dos unidades generadoras de la Central Hidroeléctrica, ocasionando perjuicio económico a la entidad en el valor de la glosa.

Responden solidariamente en **USD 7 000 000**, los señores ingenieros: **Germán Bolívar Anda Naranjo**, presidente ejecutivo de Hidropastaza S.A., por no exigir al consorcio constructor la presentación de los estudios y diseños que justifiquen adecuadamente el aumento de velocidad de las turbinas, con el fin de evitar los riesgos geológico-volcánicos de la zona y el eventual aumento del arrastre de sedimentos; **Sadinoel Freitas Junior**, vicepresidente ejecutivo de Hidropastaza S.A., por solicitar la aprobación de los cambios en el proyecto, sin el debido sustento técnico; **Bolívar Javier Astudillo Farah,** director ejecutivo del Consejo Nacional de Electricidad, CONELEC, por emitir la no objeción para la fabricación de los equipos electromecánicos; **Pablo Aníbal Viteri Estévez**, director de Concesiones de CONELEC; **Pablo Mauricio Cisneros Gárate**, director de Supervisión y Control de CONELEC; **Néstor Valdospinos Cisneros**; **Descartes Higinio León Pérez**; y, **Edgar Rodrigo Castro Hitchcock,** funcionarios de CONELEC; por cuanto, luego de revisar la documentación técnica, no realizaron un adecuado control y análisis de los cambios efectuados en los equipos de generación.

II. Que por este motivo, el 29 de mayo de 2009 se expidieron las glosas solidarias 5882, 5886 a 5893 en contra del Consorcio Norberto Odebrecht-Alstom-Va Tech funcionarios y ex funcionarios de la Compañía Hidropastaza S.A., habiéndoseles notificado legalmente en la forma y fechas que constan a continuación, dándoles a conocer el fundamento de la observación y concediéndoles el plazo de sesenta días de conformidad con el artículo 53, numeral 1, de la Ley Orgánica de la Contraloría General del Estado, a fin de que contesten y presenten las pruebas de descargo pertinentes:

| No. de Glosa y Nombres | Notificación | Fechas |
|---|---|---|
| 5882<br>*Consorcio Norberto Odebrecht – Alstom – Va Tech* | Publicado Diario"HOY" | 2009-07-16 |
| 5886<br>*Edgar Rodrigo Castro Hitchcock* | Personal | 2009-06-09 |
| 5887<br>*Descartes Higinio León Pérez* | Personal | 2009-06-04 |

CONTRALORÍA GENERAL DEL ESTADO
DIRECCIÓN DE RESPONSABILIDADES

2

**RESUELVE:**

**DESVANECER** la responsabilidad civil solidaria establecida mediante glosas 5882, 5886 a 5893 de 29 de mayo de 2009, por *USD 7 000 000,* determinadas en contra de los señores: **Consorcio Norberto Odebrecht– Alstom–Va Tech**, en la persona de su representante legal, señor *Germán Bolívar Anda Naranjo*, presidente ejecutivo de Hidropastaza S.A., señores: *Sadinoel Freitas Junior*, vicepresidente ejecutivo de Hidropastaza S.A., *Bolívar Javier Astudillo Farah,* director ejecutivo del Consejo Nacional de Electricidad, CONELEC, *Pablo Aníbal Viteri Estévez*, director de Concesiones de CONELEC; *Pablo Mauricio Cisneros Gárate,* director de Supervisión y Control de CONELEC; *Néstor Valdospinos Cisneros*; *Descartes Higinio León Pérez*; y, *Edgar Rodrigo Castro Hitchcock,* funcionarios de CONELEC.

Notifíquese.-

Por el Contralor General del Estado,

Dr. César Mejía Freire
Subcontralor General del Estado, Encargado

CONTRALORIA GENERAL DEL ESTADO. ES FIEL COPIA. LO CERTIFICO.

SECRETARIA DE RESPONSABILIDADES