



**RESOLUCION No.** 2448

**27 AGO. 2010**

## EL CONTRALOR GENERAL DEL ESTADO

### CONSIDERANDO:

1. Que como resultado del estudio del informe del examen especial de ingeniería a las adendas celebradas entre HIDROPASTAZA S.A. y el Consorcio Odebrecht – Alstom-Va-Techt, dentro del contrato de Ingeniería de Detalle, Suministros y Construcción "EPC" para el proyecto de la Central Hidroeléctrica San Francisco, en el cantón Baños, provincia de Tungurahua, a cargo de la compañía HIDROPASTAZA S.A, que abarca el periodo comprendido entre el 1 de noviembre de 2003 y el 15 de septiembre de 2008, se estableció en contra del **Consorcio Odebrecht – Alstom-Va-Tech**, en la persona de su representante legal, la glosa por **USD 8 303 355,93** por cuanto la empresa mediante adendum N° 6, recibió por parte de la empresa Hidropastaza S.A., un abono de **USD 13 826 723,96**, con el objeto de acelerar la recuperación del TOPO que por efecto de un siniestro quedó atrapado en la abscisa 4+459 y dar continuidad a los trabajos que el Consorcio se hallaba realizando como parte del Proyecto Hidroeléctrico San Francisco. El Consorcio Constructor procedió a la devolución de USD 5 523 368,03, quedando pendiente de devolución del valor motivo de la glosa.

El desglose de los desembolsos y los hechos, se describen a continuación:

| | |
|---|---:|
| Mano de obra | USD 3 259 843,01 |
| Materiales | 1 449 511,88 |
| Servicios | 3 744 059,09 |
| Equipos | 478 066,51 |
| Gastos generales | 2 144 204,75 |
| Ventana 1 | 2 751 038,72 |
| **SUMAN:** | **USD 13 826 723,96** |

El 11 de junio de 2004, mediante póliza 0000093, la compañía de Seguros Sul América C.A. y la Constructora Norberto Odebrecht S.A., suscriben el "Contrato de Seguro de Todo Riesgo Construcción" por el monto de USD 306 744 000,01, vigente desde el 1 de febrero de 2004 al 1 de febrero de 2009.



El 9 de noviembre de 2005, por efecto de un siniestro, quedó atrapado el TOPO en la abscisa 4+459, por lo que, con el objeto de acelerar la recuperación del mismo y la continuidad de los trabajos, Hidropastaza S.A. y el Consorcio Odebrecht – Alstom-Va-Tech, el 10 de enero de 2006, comparecen los representantes de las dos empresas con el fin de suscribir el adendum N° 6 al Contrato de Ingeniería de Detalle, Suministros y Construcción, EPC, celebrado el 28 de marzo de 2000, para la construcción del Proyecto Hidroeléctrico San Francisco, en el cantón Baños, provincia de Tungurahua.

Para tratar de no perjudicar el objetivo de aceleración establecido en el adendum N° 4 al contrato EPC en vista de la paralización de los trabajos en el túnel de conducción, por causas no imputables al Consorcio (siniestro), que mantuvieron atrapado al TOPO, la Concesionaria Hidropastaza S.A., autoriza al

GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 1-2
CRP-DOJ-0002392637

Consorcio Odebrecht – Alstom-Va-Tech, realizar todas las acciones tendientes a liberar y reparar el TOPO, reconformar la sección afectada e intentar recuperar el retraso en esta actividad. Para el efecto, de acuerdo con lo estipulado en la cláusula sexta, numeral 6.2 b) del Contrato EPC suscrito el 29 de marzo de 2000, se establece que es necesario realizar una serie de obras y servicios complementarios que consta en el anexo 1 del adendum N° 6.

Para remunerar las obras y servicios objeto del adendum N° 6, la Concesionaria decidió incrementar provisionalmente el monto del Contrato EPC en USD 12 000 000, el mismo que sería justificado y ajustado de acuerdo con las reales necesidades económicas resultantes de este adendum, con el objeto de reconocer y pagar al Consorcio Odebrecht – Alstom-Va-Tech una compensación económica por las obras y servicios complementarios adicionales efectivamente realizados para permitir la conclusión del Túnel de Conducción del Proyecto Hidroeléctrico San Francisco y con ello principalmente subsanar en forma global el problema verificado en obra. El incremento de los valores contractuales efectivamente caracterizados dentro del alcance de la partida establecida, será medido y pagado al Consorcio Constructor de acuerdo con el ítem "Obras y Servicios Complementarios" constante en el anexo 2 del Contrato EPC.

Por otra parte, la Concesionaria se reserva el derecho de recurrir ante la Aseguradora procurando recibir la correspondiente compensación económica a consecuencia de este siniestro.

Las partes acuerdan que las consecuencias de plazo resultantes de la ejecución de las obras y servicios complementarios adicionales requeridos para el cumplimiento del objeto del presente adendum no podrán afectar los plazos de la aceleración que el Consorcio Constructor obtendría en el caso de que no hubiera ocurrido la paralización antes mencionada. Dichas consecuencias serán establecidas en base al real retraso en la puesta en marcha de la Central San Francisco ocasionada exclusivamente por dicha paralización, es decir, considerada la real capacidad de generar de todas y cada una de las partes de obra de la Central San Francisco.

En el "Contrato de Seguro de Todo Riesgo Construcción" que mediante póliza 0000093 tiene la Constructora Norberto Odebrecht S.A., con la compañía de Seguros Sul América C.A., por el monto de USD 306 744 000,01, se estipula en la cláusula 2, referente a "Coberturas Adicionales" lo siguiente: *"Mediante aceptación expresa y el convenio expreso de los límites de indemnización así como el pago de la prima adicional correspondiente, la presente Póliza puede extenderse a cubrir los riesgos que adelante se indican: Cobertura C: Daños causados directamente por ciclón, huracán, tempestad, vientos, inundación, desbordamiento y alza de nivel de aguas, enfangamiento, hundimiento o deslizamiento del terremoto, derrumbes y desprendimiento de tierra o de rocas".*



De la información proporcionada por Hidropastaza S.A., al equipo de auditores de la Contraloría General del Estado, se evidencia que la compañía de Seguros Sul América C.A., no ha realizado algún egreso a favor de Odebrecht S.A., por el siniestro, a cambio lo hizo el bróker de una reaseguradora cuyo nombre no se identifica en la documentación, por USD 5 184 799,29, valor que el Consorcio Constructor lo entregó a Hidropastaza S.A., mediante seis pagos entre el 11 de mayo y 25 de noviembre de 2007, más un adicional de USD 338 568,74, totalizando USD 5 523 368,03.

2

En conclusión, con cargo al adendum N° 6, Hidropastaza S.A., canceló al Consorcio Constructor USD 13 826 723,96 que representa el 115,22% con respecto a los USD 12 000 000, inicialmente acordados. Sin que se evidencie las razones por las cuales la compañía de Seguros Sul América C.A., o la reaseguradora no han pagado a Odebrecht y éste a Hidropastaza S.A., el saldo de USD 8 303 355,93, que cubre el monto total invertido, toda vez que los trabajos de recuperación del TBM y complementarios se han ejecutado como consecuencia del siniestro.

Responden solidariamente los señores: ingenieros **Germán Bolívar Anda Naranjo**, presidente ejecutivo, **Sadinoel de Freitas Júnior**, vicepresidente ejecutivo y miembro de la Junta de Accionistas de Hidropastaza S.A.; **Luis Alfredo Mancero Gallegos**, presidente del Directorio de Hidropastaza S. A.; **Jorge Emilio Guerrero Hernández** y **José Conceicao Santos Filho**, miembros del Directorio de Hidropastaza S.A.; **Hermann Saa Bernstein**, y **Alejandro Rodrigo Gómez Ponce**, miembros de la Junta de Accionistas de Hidropastaza, por cuanto no tomaron las acciones tendientes a recuperar el monto motivo de la glosa, inobservando los artículos 40 y 54 de la Ley Orgánica de la Contraloría General del Estado.

II. Que por este motivo, el 2 de febrero de 2010, se establecieron las glosas 6825 a 6832 en contra del Consorcio Norberto Odebrecht-Alstom-Va Tech, funcionarios y ex funcionarios de la Compañía Hidropastaza, habiéndoseles notificado legalmente en la forma y fechas que constan a continuación, dándoles a conocer el fundamento de la observación y concediéndoles el plazo de sesenta días de conformidad con lo dispuesto en el artículo 53, numeral 1, de la Ley Orgánica de la Contraloría General del Estado, a fin de que contesten y presenten las pruebas de descargo pertinentes.

| No. de Glosa y Nombres | Notificación | Fechas |
|---|---|---|
| 6825<br>**Consorcio Norberto Odebrecht – Alstom – Va Tech.** | Publicado Diario"HOY" | 2010/02/17 |
| 6826<br>**Germán Bolívar Anda Naranjo** | Personal | 2010/02/17 |
| 6827<br>**Sadinoel de Freitas Júnior** | Personal | 2010/02/17 |
| 6828<br>**Luis Alfredo Mancero Gallegos** | Personal | 2010/02/09 |
| 6829<br>**Jorge Emilio Guerrero Hernández** | Personal | 2010/02/09 |
| 6830<br>**Alejandro Rodrigo Gómez Ponce** | Personal | 2010/02/11 |
| 6831<br>**Hermann Saa Bernstein** | Personal | 2010/02/17 |
| 6832<br>**José Conceicao Santos Filho** | Personal | 2010/02/10 |


CONTRALORÍA GENERAL DEL ESTADO
DIRECCION DE RESPONSABILIDADES

Por lo expuesto; y,

En ejercicio de las facultades que le confiere la ley,

## RESUELVE:

**DESVANECER** la responsabilidad civil solidaria establecida mediante glosas 6825 a 6832 de 2 de febrero de 2010, por el valor de **USD 8 303 355,93** en contra del **Consorcio Odebrecht – Alstom-Va-Tech**, en la persona de su representante legal; e, ingenieros **Germán Bolívar Anda Naranjo**, presidente ejecutivo, **Sadinoel de Freitas Júnior**, vicepresidente ejecutivo y miembro de la Junta de Accionistas de Hidropastaza S.A.; **Luis Alfredo Mancero Gallegos**, presidente del Directorio de Hidropastaza S. A.; **Jorge Emilio Guerrero Hernández** y **José Conceicao Santos Filho**, miembros del Directorio de Hidropastaza S.A.; **Hermann Saa Berstein**, y **Alejandro Rodrigo Gómez Ponce**, miembros de la Junta de Accionistas de Hidropastaza.

Notifíquese,

Por el Contralor General del Estado,

Dr. César Mejía Freire
SUBCONTRALOR GENERAL DEL ESTADO, encargado

CONTRALORIA GENERAL DEL ESTADO. ES FIEL COPIA. LO CERTIFICO.

SECRETARIA DE RESPONSABILIDADES

10