

2449

– 1 SET 2010



**RESOLUCION No.**

**EL CONTRALOR GENERAL DEL ESTADO**

**CONSIDERANDO:**

I.   Que como resultado del estudio del informe del examen especial de ingeniería practicado a los daños provocados al sistema de enfriamiento y en los filtros de agua y la evaluación de los daños que ocasionaron la paralización de la Central Hidroeléctrica San Francisco, a cargo de la compañía Hidropastaza S.A., por el período comprendido entre el 26 de septiembre de 2007 y el 30 de septiembre de 2008, se estableció en contra del *Consorcio Norberto Odebrecht– Alstom–Va Tech,* en la persona de su representante legal, contratista de la ingeniería de detalle, suministros y construcción de la Central Hidroeléctrica San Francisco, la glosa por *USD 521 587,* valor establecido en la Adenda 4 que corresponde al item 3.05 del "Desglose de la Facturación", por daños ocurridos en el sistema de agua de enfriamiento y sello, debido al incumplimiento de las especificaciones técnico - mecánicas del contrato suscrito entre Hidropastaza S.A. y el consorcio Odebrecht – Alston – Va Tech, en el que se estipula que el alcance de los trabajos incluye la ingeniería de detallamiento del proyecto básico, suministro, montaje, construcción, pruebas, comisionamiento y puesta en marcha de las obras, por un monto de USD 286 851 129; pactándose como anticipo el 30% del monto del contrato a ser entregado a la fecha de su suscripción y pagos mensuales por avance de las obras, "...*en conformidad con el avance físico del Trabajo según el Desglose de la Facturación (WBS) contenido en el Anexo 2 a este Documento*".

Los pagos por avance de obra se efectuaron de la siguiente manera:

**Ingeniería de Detalle.-** De acuerdo al porcentaje de avance de los trabajos.

**Trabajos de Construcción.-** En función del porcentaje de la suma global correspondiente a cada parte de la obra efectivamente realizada.

**Montaje, Pruebas, Comisionamiento y Puesta en Marcha.-** De acuerdo a los porcentajes de servicios realizados.

**Suministros.-** De acuerdo a los porcentajes indicados en el Anexo 2 del contrato EPC.

Los pagos se realizaron por disposición de Hidropastaza S.A., emitiendo autorizaciones de desembolso contra el préstamo obtenido con el Banco Nacional de Desarrollo Económico y Social, BNDES de Brasil y con el aporte de capital de los socios de Hidropastaza S.A., por lo que al realizarse la liquidación del proyecto se pagó el 100% de su costo, como se evidencia en la "Memoria Explicativa de la Liquidación del Programa de Aceleración".

Dirección de Responsabilidades. Teléfono: 398-7360
Oficina matriz: Av. Juan Montalvo e4-37 y Av. 6 de Diciembre. Quito-Ecuador



A0386-C

**GOVERNMENT EXHIBIT**

CASE NO.  22-cr-20114-KMW

EXHIBIT NO.  1-3

En el "Desglose de Facturación" se detalla el costo de cada uno de los componentes del proyecto, estableciendo que el ítem 3.05 "Sistema de Agua de Enfriamiento y Sello" tiene un costo de USD 529 282.

Hidropastaza S.A. y el consorcio constructor del proyecto San Francisco, celebran la Adenda 4, el 25 de agosto de 2004, con la finalidad de excluir del objeto del contrato la construcción del By Pass en la Central Agoyán, modificar el diseño básico y efectuar un programa de aceleración de los trabajos; producto del cual cambia el costo de ciertos componentes del proyecto.

La Adenda 4, presenta el "Desglose de la Facturación", estableciéndose que el ítem 3.05 "Sistema de Agua de Enfriamiento y Sello" tiene un costo de USD 521 587, existiendo una diferencia de USD 7 695, respecto al contrato original.

Hidropastaza S.A. y el consorcio constructor, el 16 de enero de 2006, suscriben la Adenda 6 al contrato EPC, con la finalidad de realizar una serie de obras tendientes a liberar el Topo (Taladro TBM) y recuperar el atraso ocasionado por esta eventualidad, producto de lo cual los costos de varios componentes del proyecto se modifican; respecto al costo del sistema de agua de enfriamiento, que se mantiene con lo establecido en la Adenda 4.

Hidropastaza S.A., incumplió lo señalado en los apartados d), e) y g) del numeral 5.1, "Deberes del concesionario durante la construcción", de las especificaciones generales del segundo contrato modificatorio al contrato de concesión, por no revisar los estudios y diseños de detalle del sistema de agua de enfriamiento, ni adoptar las medidas correctivas que garanticen el funcionamiento y durabilidad de los equipos protegidos por este sistema.

De acuerdo a las inspecciones realizadas por el equipo de Contraloría al proyecto, se establece que existen fallas técnicas en la construcción de la Central por parte del consorcio por los siguientes motivos:

- No realizó la optimización del sistema de agua de enfriamiento, considerando los riesgos geológico-volcánicos y su influencia en el incremento de sedimentos en el río Pastaza, incumpliendo lo señalado en el numeral 3.2 "Estudio de Optimización" del contrato EPC.

- No colocó la malla de filtración que retenga las partículas en suspensión identificadas en el numeral 2.2.1 "Condiciones del agua", (arena fina con partículas de 40 a 150 micras), contraviniendo lo señalado en el numeral 6.4.5 de las especificaciones mecánicas que establece que los filtros de agua, en concordancia con la especificación 6.4.2, contarán con un filtrado de 150 micras; mientras que el filtro seleccionado utiliza una malla de filtrado de 760 micras que permite el paso de todas las partículas en suspensión, que acarrea el agua del río Pastaza.

- Colocó la toma de agua en la entrada de los caracoles de manera lateral a una altura de 1,60 m., incumpliendo lo señalado en el numeral 6.4.3. "Toma de agua de la entrada de los caracoles", que establece que la toma de agua será ubicada en la parte superior de la tubería, aguas abajo del obturador de la válvula mariposa.

2



- Instaló equipos que generan una presión de 0,7 MPa (7 bares) para destapar las rejillas de las tomas de agua, incumpliendo lo señalado en el numeral 6.4.5 "Filtros de agua de los caracoles", que establece que la presión de limpieza de las rejillas será de 2,2 MPa., equivalentes a 22 bares.

- En el plano de diseño del Sistema de Agua de Enfriamiento SFR-DS8PCE-CMSA-003, del Anexo I, Tomo 6, "Planos" del Segundo Contrato Modificatorio al contrato de concesión, se establece que antes de los filtros se instalarán válvulas motorizadas; al no considerar las condiciones de arrastre de sedimentos del río Pastaza, realizó una inadecuada elección de las válvulas de paso.

Estos incumplimientos de las especificaciones técnicas del proyecto no fue observado por la Asociación Furnas – Integral, fiscalizadora de la construcción en representación de Hidropastaza S.A., quien durante la construcción del proyecto no advirtió de los cambios antes descritos realizados por la constructora, sin contar con la autorización previa de Hidropastaza, incumpliendo de esta manera con la función de la fiscalización n), del numeral 2, "Funciones de la Fiscalización", y lo establecido en la primera viñeta del numeral 3, "Fiscalización de las Obras", de los términos de referencia de las Bases de la Invitación para la Contratación de la Fiscalización.

Mediante documento SFR-HD5ALS-GESA-001 de noviembre 14 de 2005, el consorcio constructor como parte de la ingeniería de detalle y construcción del proyecto, presenta los datos técnicos de los filtros automáticos FL-001/FL-002:

| CONDICIÓN DE OPERACIÓN | | |
|---|---|---|
| Fluido | Agua bruta de río | |
| Caudal | 500 – 1000 | m³/h |
| Presión de | 23 – 30 | kgf/cm² |
| Temp. operación | Ambiente | °C |
| Densidad | 1,0 | kg/l |
| Viscosidad | 1,0 | Cp |
| Grado de filtración | 760 | Micrones |
| ΔP (limpio/sucio) | 0,06 - 0,22 / 0,35 | kgf/cm² |

El costo del sistema de agua de enfriamiento y sello, de acuerdo con el contrato EPC y la adenda 1, asciende a USD 529 282, el cual es modificado a USD 521 587 en las adendas 4 y 6 al contrato EPC.

Por lo expuesto, la falta de cumplimiento de las especificaciones técnicas contractuales, por parte del consorcio constructor, dio lugar a que se presenten daños en el sistema de agua de enfriamiento y sello de la Central Hidroeléctrica; ocasionando perjuicio económico a la entidad en el valor de la glosa, cuya demostración consta en el *anexo 1* que se adjuntó a la misma.

Responden solidariamente en *USD 521 587*, los señores ingenieros: *Germán Bolívar Anda Naranjo*, presidente ejecutivo de Hidropastaza S. A., por autorizar el pago del sistema de agua de enfriamiento; *Asociación Furnas – Integral*, en la persona de su representante legal, contratista del servicio de consultoría para la fiscalización del proyecto, y, *Marco Antonio Narváez Pinto*, supervisor de Obras

3

Mecánicas de Hidropastaza, por no exigir al consorcio constructor la ejecución de los trabajos, con estricto cumplimiento de las especificaciones técnicas contractuales.

II.    Que por este motivo, el 29 de mayo de 2009 se expidieron las glosas solidarias 5882 a 5884 y 5893 en contra del Consorcio *Norberto Odebrecht – Alstom – Va Tech*, representante legal, contratista del servicio de consultoría para la fiscalización del proyecto, funcionarios y ex funcionarios de la Compañía Hidropastaza S.A., habiéndoseles notificado legalmente en la forma y fechas que constan a continuación, dándoles a conocer el fundamento de la observación y concediéndoles el plazo de sesenta días de conformidad con el artículo 53, numeral 1, de la Ley Orgánica de la Contraloría General del Estado, a fin de que contesten y presenten las pruebas de descargo pertinentes:

| No. de Glosa y Nombres | Notificación | Fechas |
|---|---|---|
| 5882<br>**Consorcio Norberto**<br>***Odebrecht – Alstom – Va Tech.*** | *Publicado Diario"HOY"* | 2009-07-16 |
| 5883<br>***Asociación Furnas – Integral*** | Personal | 2009/06/09 |
| 5884<br>***Marco Antonio Narváez Pinto*** | Personal | 2009/06/09 |
| 5893<br>***Germán Bolívar Anda Naranjo*** | Personal | 2009-06-15 |

III.    Que dentro del plazo legal, las personas que se indican, dan contestación a las glosas mediante comunicaciones ingresadas a la Contraloría General del Estado, según detalle que consta a continuación:

| a) | 5882<br>**Consorcio Norberto**<br>***Odebrecht – Alstom – Va Tech*** | Fecha | Comunicación |
|---|---|---|---|
| | | 2009/09/21 | 058091 |
| | | 2009/07/21 | 026260 |
| | | 2009/09/18 | 058091 |
| | | 2009/09/18 | S/N |

El Consorcio Constructor, con oficio No. CNO-041-2009 de 18 de septiembre de 2009, en base a la responsabilidad civil imputada en su contra, realiza una descripción de la misma, que para efectos de este análisis se describe de la siguiente manera:

-     *"No realizó la optimización del sistema de agua de enfriamiento, considerando los riesgos geológico-volcánicos y su influencia en el incremento de sedimentos en el río Pastaza, incumpliendo lo señalado en el numeral 3.2 "Estudio de Optimización" del contrato EPC.*



4

CRP-DOJ-0002392576

transporte de los anillos de la tubería de presión; cambio de pendiente de la chimenea de equilibrio superior aumentando el tramo vertical de 30 a 40 metros; aumento del espesor del blindaje en la Tubería de Presión. Estas modificaciones no han cambiado el concepto básico del Proyecto.

Hidropastaza y el Consorcio Constructor, el 8 de julio de 2010 han suscrito un Convenio en el que, entre otros asuntos, el Consorcio se ha comprometido a otorgar una garantía por las obras civiles y la provisión y ejecución de las obras del Sistema de Agua de Enfriamiento, dando solución a los hechos que dieron lugar al establecimiento de la glosa.

La Contraloría General del Estado verificará, a través de una nueva acción de control, el cumplimiento de las obligaciones asumidas por las partes en el convenio celebrado el 8 de julio de 2010.

Por lo expuesto; y

En ejercicio de las facultades que le confiere la ley,

**RESUELVE:**

**DESVANECER** la responsabilidad civil solidaria establecida mediante glosas 5882 a 5884 y 5893 de 29 de mayo de 2009, por *USD 521 587*, determinada en contra de los señores: **Consorcio Norberto Odebrecht– Alstom–Va Tech**, en la persona de su representante legal, *Germán Bolívar Anda Naranjo*, presidente ejecutivo de Hidropastaza S. A., *Asociación Furnas – Integral*, en la persona de su representante legal, contratista del servicio de consultoría para la fiscalización del proyecto, y, *Marco Antonio Narváez Pinto*, supervisor de Obras Mecánicas de Hidropastaza.

Notifíquese,

Por el Contralor General del Estado,

Dr. Eduardo Muñoz Vega
Subcontralor General del Estado,  Encargado

CONTRALORIA GENERAL DEL ESTADO. ES FIEL COPIA. LO CERTIFICO.

SECRETARIA DE RESPONSABIIDADES.

19

CRP-DOJ-0002392591