GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 1-4

2450



RESOLUCION No. - 1 SET 2010

# EL CONTRALOR GENERAL DEL ESTADO

## CONSIDERANDO:

I. Que como resultado del estudio del informe del examen especial de ingeniería practicado a los daños provocados al sistema de enfriamiento y en los filtros de agua y la evaluación de los daños que ocasionaron la paralización de la Central Hidroeléctrica San Francisco, a cargo de la compañía Hidropastaza S.A., por el período comprendido entre el 26 de septiembre de 2007 y el 30 de septiembre de 2008, se estableció en contra del *Consorcio Norberto Odebrecht– Alstom–Va Tech*, en la persona de su representante legal, contratista de la ingeniería de detalle, suministros y construcción de la Central Hidroeléctrica San Francisco, la glosa por *USD 18 589 852,44*, de los cuales se benefició en *USD 13 639 235,54*, que corresponde a los 9,1726 meses de entrega anticipada de las obras, de acuerdo a la progresión lineal establecida en el numeral 5, "Precio del Programa de Aceleración" de la adenda 4 del contrato EPC; sin considerar que el proyecto no estuvo debidamente terminado, por lo que existió interrupciones en el funcionamiento de la planta; y, *USD 4 950 616,90* que corresponde a la parte proporcional de los intereses que Hidropastaza S.A. debe pagar al Banco Nacional de Desarrollo Económico y Social, BNDES por concepto de capitalización durante el período de gracia.

El numeral 5, "Precio del programa de aceleración" de la adenda 4 del contrato EPC, establece que debido "*...a los costos adicionales para la implementación de un esfuerzo de aceleración en el ritmo de los trabajos para concluirlos con una meta de anticipación de 7 meses, las partes convienen que el ajuste del Precio Global del Contrato será la suma fija de USD 12 784 29, pagadera en su totalidad a la Recepción Provisional de las Obras*"; realiza proyecciones del costo del programa de aceleración para 5, 6, 8 y 9 meses; y establece: "*En el caso de que la anticipación en la Terminación Substancial de las obras dentro de un período menor a 5 meses su remuneración estará regulada por la cláusula 11 del Contrato EPC y este acuerdo perderá validez,...*".

La cláusula 11.- Bonificación por terminación anticipada, del contrato EPC, establece: "*Si la Terminación de cada Unidad de la Central se produce antes de las fechas previstas en el Cronograma Ajustado del Proyecto, o en su defecto, antes de las fechas en que contractualmente tienen el Consorcio derecho a terminarlas, éste tendrá derecho a una bonificación equivalente a la mitad de los ingresos netos...*".

El Jefe Financiero de Hidropastaza S.A., en la Memoria Explicativa de la Liquidación del Programa de Aceleración, de 8 de agosto de 2008, respecto al pago por "*Bonificación por Terminación Anticipada*", establece que: "*...la base de cálculo para la Bonificación es negativa, al ser los ingresos netos menores al doble del monto pagadero bajo el Programa de Aceleración, por lo que el Consorcio Constructor no tiene derecho a la Bonificación por terminación anticipada*".

Dirección de Responsabilidades. Teléfono: 398-7360
Oficina matriz: Av. Juan Montalvo e4-37 y Av. 6 de Diciembre. Quito-Ecuador

CRP-DOJ-0002392595

El Acta de Liquidación Provisional de la Adenda 4 del contrato EPC, de 14 de septiembre de 2007, establece que la contratista ha terminado los trabajos con 273 días de anticipación, a los cuales se suman 6 días por paralizaciones ocurridas por fuerza mayor, con lo que suman 279 días, equivalentes a 9,1726 meses, con lo que el contratista se hace acreedor a un pago de USD 13 639 235,54.

En el numeral 5 del Acta de Liquidación Provisional, respecto a los pagos efectuados por el Programa de Aceleración, señala:

"i) El Precio del Contrato EPC no varió con la suscripción de la Adenda 4 al contrato EPC y se mantuvo en USD 286 851 129, en el que se incluye la aceleración del ritmo de los trabajos con una aceleración de siete meses con respecto al Plazo contractual, acordándose que el precio del programa de aceleración es de USD 12 784 219.

ii) La Concesionaria ha emitido las Autorizaciones de Desembolso al Banco Nacional de Desarrollo Económico y Social, BNDES por el 84.17%... de la Totalidad del Precio del Contrato EPC por USD 286 851 129, en el que se incluye el precio del programa de aceleración a 7 meses.

iii) La Concesionaria conforme al numeral 6 de la Adenda 4 entregó en carácter de anticipo mediante Aporte Local la cantidad de USD 7 525 680,30 que se contabilizaron como pagos anticipados en Hidropastaza S.A. y,

iv) El Consorcio Constructor reconoce que existe un crédito por USD 7 525 680,30 entre las partes a favor de Hidropastaza S.A.

Por otro lado, conforme lo establece el numeral 4.1 el precio pactado por el esfuerzo y recursos utilizados en el Programa de Aceleración para la anticipación realmente conseguida de 9,1726 meses es de USD 13 639 235,54, es decir un monto adicional de USD 855 016,54, respecto al Precio del Programa de Aceleración con meta de 7 meses, por lo que, las Partes acuerdan que dicho monto adicional sea debitado del crédito a favor de Hidropastaza S.A. enunciado en el párrafo anterior.

El Departamento Financiero de Hidropastaza S.A., elaboró un cuadro denominado "Crédito externo al sector privado" que contiene un resumen de las planillas de avance de obra con el correspondiente número de factura, que fueron canceladas mediante autorizaciones de desembolso del crédito del Banco Nacional de Desarrollo Económico y Social, BNDES.

De acuerdo con el numeral 5.3 de la cláusula quinta del contrato de financiamiento y con el numeral 3.3 de la cláusula tercera de la adenda operativa, los intereses generados durante la etapa de construcción del proyecto deben ser capitalizados; en el anexo a la carta AEX 0200/2008, emitida por el Banco Nacional de Desarrollo Económico y Social, BNDES, determina que el monto de los intereses por el préstamo de USD 242 965 100, generados durante la etapa de construcción, asciende a USD 88 188 749,86; es decir que la tasa de interés es de (36,2968796%). Aplicando la misma tasa al pago del programa de aceleración USD 13 639 235,54, alcanza la suma de USD 4 950 616,90.

2

En la hoja de vida de las turbinas de generación eléctrica se detallan las horas en las cuales la Central ha estado en funcionamiento y las horas en las que se han producido eventos que han provocado su paralización. Analizando el funcionamiento de la Unidad 2, en la que se presentó inconvenientes en el sistema de agua de enfriamiento, desde el inicio de sus operaciones hasta el 6 de junio de 2008, fecha en la que sale de funcionamiento la Central, se determinó que se han efectuado trabajos de mantenimiento electromecánico por 247,45 horas, equivalentes a 10,3 días.

Entre el 6 de junio y el 15 de octubre de 2008, fechas en las que la Central San Francisco salió y nuevamente entró en operación, respectivamente, transcurrieron 131 días.

Por lo expuesto, los trabajos en el túnel de conducción no fueron adecuadamente terminados, ya que no se efectuó el sostenimiento apropiado para cada tipo de roca, ni se realizó la limpieza del hormigón de rebote, pernos, elementos metálicos de sujeción y cables; en la trampa de rocas existen defectos en la excavación (paredes inclinadas, piso irregular), la rampa de acceso para limpieza de sedimentos se construyó en un sitio equivocado; en la chimenea de equilibrio, a pesar de haberse detectado una zona de debilidad geológica, no se revistió su solera; en el sistema de agua de enfriamiento, durante la optimización del proyecto no se realizó una adecuada evaluación, en la ingeniería de detalle se especificaron válvulas y filtros no aptos para trabajar con el tipo de agua que transporta el río Pastaza y la existencia de pendientes de construcción, por lo que no se justifica el pago establecido en el numeral 5, "Precio del Programa de aceleración" de la adenda 4 del contrato EPC; esto es USD 13 639 235,54 por los 9,1726 meses de entrega anticipada de las obras, según lo señala el numeral 4.1 del "Acta de Liquidación Provisional" y USD 4 950 616,90, que corresponde a la parte proporcional de los intereses que Hidropastaza S.A. debe pagar al Banco Nacional de Desarrollo Económico y Social, BNDES, por concepto de capitalización durante el período de gracia; ocasionando perjuicio económico a la entidad en el valor de la glosa, cuya demostración consta en el *anexo 2* que se adjuntó a la misma.

Responden solidariamente en **USD 18 589 852,44**, la **Asociación Furnas – Integral**, en la persona de su representante legal, contratista del servicio de consultoría para la fiscalización del proyecto; e, ingeniero **Carlos Manuel Paz Durini**, supervisor de Obras Civiles, por no exigir al consorcio constructor la ejecución de los trabajos cumpliendo las especificaciones técnicas contractuales; ingenieros: **Germán Bolívar Anda Naranjo**, presidente ejecutivo de Hidropastaza S. A., por disponer el pago del programa de aceleración de los trabajos; **Bolívar Javier Astudillo Farah**, director ejecutivo del Consejo Nacional de Electricidad de CONELEC; **Pablo Aníbal Viteri Estévez**, director de concesiones de CONELEC; y, **Pablo Mauricio Cisneros Gárate**, director de Supervisión y Control de CONELEC; por cuanto no ejercieron un adecuado control y supervisión del proceso de aceleración de los trabajos.

II. Que por este motivo, el 29 de mayo de 2009 se expidieron las glosas solidarias 5882, 5883, 5885, 5889, 5890, 5892 y 5893, en contra del Consorcio *Norberto Odebrecht – Alstom – Va Tech*, funcionarios y ex funcionarios de la Compañía Hidropastaza S.A., habiéndoseles notificado legalmente en la forma y fechas que constan a continuación, dándoles a conocer el fundamento de la observación y

3

Por lo expuesto, los gastos ocasionados para adelantar la entrada en funcionamiento del proyecto San Francisco, se dieron y cancelaron, en cumplimiento del adendum No. 4; y por otro lado, el Consorcio Constructor subsanó los problemas suscitados en varias obras civiles del circuito hidráulico e hidromecánicas del proyecto, por arrastre, impacto y acumulación de sedimentos, en cantidades superiores a las de los estudios e información estadística de INECEL, toda vez que la central hidroeléctrica entró en pleno funcionamiento en la fecha prevista.

Por lo expuesto; y,

En ejercicio de las facultades que le confiere la ley,

### RESUELVE:

**DESVANECER** la responsabilidad civil solidaria establecida mediante glosas 5882, 5883, 5885, 5889, 5890, 5892 y 5893 de 29 de mayo de 2009, por el valor de **USD 18 589 852,44,** determinada en contra de los señores: **Consorcio Norberto Odebrecht– Alstom–Va Tech,** en la persona de su representante legal, **Asociación Furnas – Integral,** en la persona de su representante legal, contratista del servicio de consultoría para la fiscalización del proyecto; ingeniero **Carlos Manuel Paz Durini,** supervisor de Obras Civiles, **Germán Bolívar Anda Naranjo,** presidente ejecutivo de Hidropastaza S. A., **Bolívar Javier Astudillo Farah,** director ejecutivo del Consejo Nacional de Electricidad de CONELEC; **Pablo Aníbal Viteri Estévez,** director de concesiones de CONELEC; y, **Pablo Mauricio Cisneros Gárate,** director de Supervisión y Control de CONELEC.

Notifíquese,

Por el Contralor General del Estado,

Dr. Eduardo Muñoz Vega
Subcontralor General del Estado, encargado

CONTRALORIA GENERAL DEL ESTADO. ES FIEL COPIA. LO CERTIFICO.

SECRETARIA DE RESPONSABILIDADES

CRP-DOJ-0002392617