2452

- 1 SET 2010



**RESOLUCION No.**

**EL CONTRALOR GENERAL DEL ESTADO**

**CONSIDERANDO:**

I. Que como resultado del estudio del informe del examen especial de ingeniería practicado a los daños provocados al sistema de enfriamiento y en los filtros de agua y la evaluación de los daños que ocasionaron la paralización de la Central Hidroeléctrica San Francisco, a cargo de la compañía Hidropastaza S.A., por el período comprendido entre el 26 de septiembre de 2007 y el 30 de septiembre de 2008, se estableció en contra del *Consorcio Norberto Odebrecht– Alstom–Va Tech*, en la persona de su representante legal, contratista de la ingeniería de detalle, suministros y construcción de la Central Hidroeléctrica San Francisco, la glosa por *USD 1 048 179, 40*, que corresponde al valor de los gastos adicionales que la empresa Hidroagoyán S.A.; operadora de la Central San Francisco, incurrió durante la paralización del 6 de junio al 15 de octubre de 2008, por contratación de personal, adquisición de insumos y prestación de varios servicios, que de acuerdo con el "detalle de gastos no especificados en el contrato para la prestación de servicios" elaborado por el jefe de planta de la Central Agoyán asciende a USD 163 934,24.

Durante las paralizaciones de las unidades de generación de la Central San Francisco desde noviembre de 2007, Hidropastaza S.A., con la finalidad de inspeccionar las obras del túnel de conducción y de la central en general, contrató profesionales de distintas especialidades, consultores nacionales e internacionales, personal de supervisión a los trabajos ejecutados y de seguridad, realizó gastos por concepto de transporte, alquiler de equipos y compra de materiales, entre otros. Gastos que alcanzan la suma de USD 884 245,16.

Por lo expuesto la salida de operación de la central, ocasionó gastos adicionales que van en perjuicio económico de la entidad en el valor de la glosa, cuya demostración consta en anexos 3 y 4 que se adjuntó.

II. Que por este motivo, el 29 de mayo de 2009 se expidió la glosa 5882 en contra del Consorcio Norberto Odebrecht– Alstom–Va Tech, en la persona de su representante legal, habiéndosele notificado legalmente mediante prensa Diario "Hoy" el 16 de julio de 2009, dándole a conocer el fundamento de la observación y concediéndole el plazo de sesenta días de conformidad con el artículo 53, numeral 1, de la Ley Orgánica de la Contraloría General del Estado, a fin de que conteste y presente las pruebas de descargo pertinentes



III. Que dentro del plazo legal, el *Consorcio Norberto Odebrecht – Alstom – Va Tech*, da contestación a la glosa mediante comunicaciones 058091, 026260, 058091, S/N y 69453, ingresadas a la Contraloría General del Estado el 21 de julio, 21 noviembre; 18 de noviembre de 2009; y, 5 de agosto de 2010, (fojas 21391 a 21394; y, 21508 a 21518) y en las cuales textualmente se refiere a: "Que la glosa parcial se refiere a gastos adicionales que ha incurrido Hidroagoyán S.A., empresa

Dirección de Responsabilidades. Teléfono: 398-7360
Oficina matriz: Av. Juan Montalvo e4-37 y Av. 6 de Diciembre. Quito-Ecuador



AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 1-6

CRP-DOJ-0002392631

Por lo expuesto; y,

En ejercicio de las facultades que le confiere la ley,

## RESUELVE:

**DESVANECER** la responsabilidad civil solidaria establecida mediante glosas 6825 a 6832 de 2 de febrero de 2010, por el valor de **USD 8 303 355,93** en contra del **Consorcio Odebrecht – Alstom-Va-Tech**, en la persona de su representante legal; e, ingenieros **Germán Bolívar Anda Naranjo**, presidente ejecutivo, **Sadinoel de Freitas Júnior**, vicepresidente ejecutivo y miembro de la Junta de Accionistas de Hidropastaza S.A.; **Luis Alfredo Mancero Gallegos**, presidente del Directorio de Hidropastaza S. A.; **Jorge Emilio Guerrero Hernández** y **José Conceicao Santos Filho**, miembros del Directorio de Hidropastaza S.A.; **Hermann Saa Berstein**, y **Alejandro Rodrigo Gómez Ponce**, miembros de la Junta de Accionistas de Hidropastaza.

Notifíquese,

Por el Contralor General del Estado,

Dr. César Mejía Freire
SUBCONTRALOR GENERAL DEL ESTADO, encargado

CONTRALORIA GENERAL DEL ESTADO. ES FIEL COPIA. LO CERTIFICO.

SECRETARIA DE RESPONSABILIDADES

10