**Manaus miami**
last seen 41 minutes ago

> 10:37 AM

> En Quito . O tú prefieres mañana en Guayaquil ?  10:38 AM

Pero ya quedamos en Guayaquil manana a las 2  7:10 PM

> Tu no Puedes lunes 2 o 3 pum en Quito  7:12 PM

No lune, Guayaquil lunes si  7:13 PM

> Ok ti veo mañana a las 2 pq en tu casa  7:14 PM

Ok  7:14 PM

> Anzoátegui  7:15 PM

July 23

> Ya estoy acá . Puedo entrar ?  2:01 PM

Buen viaje de retorno a Quito José  3:35 PM

> Gracias Carlos y gracias por reunirse conmigo en tu casa este sábado  3:41 PM

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JOSÉ CONCEIÇÃO   JC_DOJ_0000089

GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 1-11

CRP-DOJ-0000451774