

**FOIA CONFIDENTIAL TREATMENT REQUESTED BY JOSÉ CONCEIÇÃO JC DOJ 0000089**



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 1-11A

CRP-DOJ-0000451774_TR