WELLS FARGO BANK, N.A.
NEW YORK, NY
SWIFT CODE: PNBPUS3NNYC
ABA: 026005092

FOR ACCOUNT OF: TOWERBANK INTERNATIONAL, INC
  CALLE 50 Y BEATRIZ M DE CABAL, LB
  TOWER PLAZA
  PANAMÁ, CIUDAD DE PANAMA

ACCOUNT # 2000192362405
SWIFT # TOWEPAPA

FOR FURTHER CREDIT TO:

  INMOBILIARIA COSANI S.A.
  COCO EL MAR, CALLE 3RA SUR O
  SAN FRANCISCO, PANAMA, REP DE PANAMA

ACCOUNT # 03-05-001709-8

NOTA: INVERSIONES

GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 1-12

CRP-DOJ-0000173645