





**Swisshotel main entrance is on on Ave. 12 de Octubre**

https://maps.app.goo.gl/DYdbASw32KNZ2LmUA



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 1-14

CRP-DOJ-0003142765




**Tower A SwissHotel main entrance is on Luis Cordero Street.**

https://maps.app.goo.gl/ujkFz254ZR3K5r9i7






**Tower B SwissHotel main entrance is on Isabel Catolica Street**

https://maps.app.goo.gl/ujkFz254ZR3K5r9i7



CRP-DOJ-0003142767




**World Trade Center main entrance is on Ave. 12 de Octubre and has 2 towers. A on the left side and B on the right side**

https://maps.app.goo.gl/mYBVUe9Qn2rE25eF9

CRP-DOJ-0003142768





**T**enis Boulevard Building

https://maps.app.goo.gl/kumwpvTUzzsa7bTc7



CRP-DOJ-0003142769