





**Swisshotel main entrance is on on Ave. 12 de Octubre**

https://maps.app.goo.gl/DYdbASw32KNZ2LmUA



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 1-14A

CRP-DOJ-0003142765





**Tower A SwissHotel main entrance is on Luis Cordero Street.**

https://maps.app.goo.gl/ujkFz254ZR3K5r9i7



CRP-DOJ-0003142766





**Tower B SwissHotel main entrance is on Isabel Catolica Street**

https://maps.app.goo.gl/ujkFz254ZR3K5r9i7



CRP-DOJ-0003142767