


**World Trade Center main entrance is on Ave. 12 de Octubre and has 2 towers. A on the left side and B on the right side**

https://maps.app.goo.gl/mYBVUe9Qn2rE25eF9

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 1-14B

CRP-DOJ-0003142768