

**Figura 19.** Proceso de generación de la central hidroeléctrica San Francisco esquematizado

Fuente: (Pagina Web CELEC EP, Unidad de Negocio Hidroagoyán)