

GOVERNMENT EXHIBIT
A0386-C
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 1-15B

CRP-DOJ-0003144777