


CRP-DOJ-0003144775