



CRP-DOJ-0003144774