

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.  22-cr-20114-KMW

EXHIBIT NO.  1-15F

CRP-DOJ-0003144773