| Miami Monitoring | | | | Miami Monitoring | | | |
|---|---|---|---|---|---|---|---|
| Amounts Agreed | | | | Amounts Agreed | | | |
| MIAMI DV | 1,700,000.00 | | | MIAMI AQUEDUCT | 2,900,000.00 | | |
| MIAMI RDP | 1,700,000.00 | | | MIAMI MULTI-USE PIPEL | 3,700,000.00 | | |
| **MIAMI TOTAL** | **3,400,000.00** | | | **MIAMI TOTAL** | **6,600,000.00** | | |
| Payments | | | | Payments | | | |
| DV | (150,000.00) | 7/1/2012 | | AQUEDUCT | (100,000.00) | 5/20/2013 | FOR IT WE TRANSFER AS BEING A MULTI-USE PIPELINE |
| DV | (200,000.00) | 7/4/2012 | | AQUEDUCT | (300,000.00) | 7/8/2013 | FOR IT WE TRANSFER AS BEING A MULTI-USE PIPELINE |
| DV | (150,000.00) | 7/30/2012 | | AQUEDUCT | (200,000.00) | 9/23/2013 | FOR IT WE TRANSFER AS BEING A MULTI-USE PIPELINE |
| RDP | (60,000.00) | 9/21/2012 | | AQUEDUCT | (300,000.00) | 7/22/2013 | FOR IT WE TRANSFER AS BEING A MULTI-USE PIPELINE |
| RDP | (300,000.00) | 9/24/2012 | | MULTI-USE PIPELINE | (200,000.00) | 10/29/2013 | |
| RDP | (30,000.00) | 9/27/2012 | | MULTI-USE PIPELINE | (150,000.00) | 11/5/2013 | |
| RDP | (100,000.00) | 9/27/2012 | | MULTI-USE PIPELINE | (100,000.00) | 11/8/2013 | |
| RDP | (200,000.00) | 10/10/2012 | | MULTI-USE PIPELINE | (100,000.00) | 11/11/2013 | |
| RDP | (200,000.00) | 10/11/2012 | | MULTI-USE PIPELINE | (200,000.00) | 11/12/2013 | |
| RDP | (250,000.00) | 11/1/2012 | | MULTI-USE PIPELINE | (150,000.00) | 11/18/2013 | |
| RDP | (150,000.00) | 11/12/2012 | | MULTI-USE PIPELINE | (150,000.00) | 11/19/2013 | |
| RDP | (100,000.00) | 11/28/2012 | | MULTI-USE PIPELINE | (5,000.00) | 11/27/2013 | WE DIDN'T TRANSFER THIS DEBIT TO HIM |
| RDP | (100,000.00) | 8/9/2013 | | MULTI-USE PIPELINE | (300,000.00) | 12/4/2013 | |
| RDP | (5,000.00) | 8/13/2013 | | MULTI-USE PIPELINE | (300,000.00) | 12/6/2013 | |
| RDP | (5,000.00) | 8/13/2013 | | MULTI-USE PIPELINE | (150,000.00) | 12/10/2013 | |
| RDP | (200,000.00) | 8/30/2013 | | | | | |
| DV | (200,000.00) | 12/10/2012 | | | | | |
| DV | (250,000.00) | 1/10/2013 | | | | | |
| DV | (250,000.00) | 1/15/2013 | | | | | |
| DV | (250,000.00) | 2/18/2013 | | | | | |
| DV | (250,000.00) | 3/19/2013 | | | | | |
| **TOTAL PAID** | **(3,400,000.00)** | | | **TOTAL PAID** | **(2,705,000.00)** | | |
| Balances | | | | Balances | | | |
| MIAMI DV | 0.00 | | | MIAMI AQUEDUCT | 2,000,000.00 | | |
| MIAMI RDP | - | | | MIAMI MULTI-USE PIPEL | 1,895,000.00 | | |
| **MIAMI TOTAL** | **-** | | | **MIAMI TOTAL** | **3,895,000.00** | | |



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 2-1A

CRP-DOJ-0000173639_TR