| Acomp | | | |
|---|---|---|---|
| **Pactados** | | | |
| AQUEDUTO | 2,900,000.00 | | |
| POLIDUTO | 3,700,000.00 | | |
| **TOTAL** | **6,600,000.00** | | |
| **Pagos** | | | |
| POLIDUTO | (100,000.00) | 5/20/2013 | |
| POLIDUTO | (300,000.00) | 7/8/2013 | |
| POLIDUTO | (300,000.00) | 7/22/2013 | |
| POLIDUTO | (200,000.00) | 9/23/2013 | |
| POLIDUTO | (200,000.00) | 10/29/2013 | |
| POLIDUTO | (150,000.00) | 11/5/2013 | |
| POLIDUTO | (100,000.00) | 11/8/2013 | |
| POLIDUTO | (100,000.00) | 11/11/2013 | |
| POLIDUTO | (200,000.00) | 11/12/2013 | |
| POLIDUTO | (150,000.00) | 11/18/2013 | |
| POLIDUTO | (150,000.00) | 11/19/2013 | |
| POLIDUTO | (10,000.00) | 12/3/2013 | |
| POLIDUTO | (40,000.00) | 12/4/2013 | |
| POLIDUTO | (300,000.00) | 12/6/2013 | |
| POLIDUTO | (300,000.00) | 1/15/2014 | |
| POLIDUTO | (200,000.00) | 1/20/2014 | |
| POLIDUTO | (170,000.00) | 1/22/2014 | |
| POLIDUTO | (230,000.00) | 1/23/2014 | |
| POLIDUTO | (100,000.00) | 3/24/2014 | |
| POLIDUTO | (210,000.00) | 4/2/2014 | Entregue em GYE |
| AQUEDUTO | (40,000.00) | 3/24/2014 | |
| AQUEDUTO | (150,000.00) | 3/26/2014 | |
| AQUEDUTO | (500,000.00) | 4/1/2014 | Enviado Por A |
| AQUEDUTO | (500,000.00) | 4/28/2014 | Enviado Pela D |
| AQUEDUTO | (500,000.00) | 4/29/2014 | A ser enviado pela D |
| **TOTAL PAGO** | **(3,700,000.00)** | | |
| **Saldos** | | | |
| AQUEDUTO | 1,210,000.00 | | |
| POLIDUTO | 190,000.00 | | |
| **TOTAL** | **1,400,000.00** | | |



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 2-4

CRP-DOJ-0000173641