| From: | Tumaine |
|---|---|
| To: | "Gigo"; "Giginho" |
| Subject: | Remessas 140 a 146 |
| Date: | Wednesday, April 2, 2014 2:12:26 PM |
| Attachments: | 0146-2014 Gigo.htm |
| | 0140 -2014 Select.doc |
| | 0141-2014 Gigo.docx |
| | 0142-2014 Gigo.htm |
| | 0143-2014 Gigo.htm |
| | 0144-2014 Gigo.htm |
| | 0145-2014 Gigo.htm |

Queridos,

Anexo remessas citadas

| | Enviado | Valor | | Beneficiário | Em |
|---|---|---|---|---|---|
| 099 | 10-mar-14 | $ | 6.970.000,00 | Cresswell Overseas SA | **Via Fincastle ( pago em 13/03 - US$3,770,000.00) e a enviar US$3,200,000.00** |
| 128 | 25-mar-14 | $ | 2.389.490,90 | MEXT Trading Coorp | **Via Magna** |
| 129 | 25-mar-14 | $ | 2.000.000,00 | IDAHO Holdings Ltd. | **Via Magna** |
| 132 | 31-mar-14 | $ | 2.000.000,00 | Latam Independente Advisors | **Via Magna** |
| 133 | 31-mar-14 | $ | 100.000,00 | Century Investment Company | |
| 134 | 31-mar-14 | R$ | 1.380.000,00 | Tinderbook Investments Sa | **Converter em US$** |
| 135 | 31-mar-14 | $ | 140.000,00 | Consimex Ltd | |
| 136 | 31-mar-14 | € | 11.200,00 | Novamobil Di Egidi Patricia | |
| 137 | 31-mar-14 | € | 5.044,00 | Cosseti Giovanni | |
| 138 | 31-mar-14 | $ | 500.000,00 | Flerigan International Ltd | **Converter em Euros - URGENTE** |
| 138 | 31-mar-14 | $ | 800.000,00 | Flerigan International Ltd | |
| 139 | 1-abr-14 | $ | 350.000,00 | Thunder Bay Property Group Inc | |
| 140 | 2-abr-14 | $ | 27.898,00 | Shenzhen Pkcell Baterry Co., Ltd | |
| 141 | 2-abr-14 | $ | 648.000,00 | Fernhead Holdings Inc | **Vide Observação** |
| 142 | 2-abr-14 | $ | 272.403,00 | Sabrimol Tradings SA | |
| 143 | 2-abr-14 | $ | 600.000,00 | Golden Engineering Services SA | |
| 144 | 2-abr-14 | $ | 140.000,00 | WW Management Consultants | |
| 145 | 2-abr-14 | $ | 500.000,00 | Imobiliaria Cosani SA | |
| 146 | 2-abr-14 | $ | 400.000,00 | Sevylor Trading Corp | |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 3-1

DROUSYS_0000284879