Arquivo : 0145-2014 Gigo

| Operacao | Valor | Conta |
|---|---|---|
| GIGOLINO-M | | |
| -- | | |
| C.14.504 - 397727 | US$ 500.000,00 | CORRESPONDENT BANK : WELLS FARGO BANK, NA<br>NEW YORK - N.Y.<br>SWIFT : PNBPUS3NNYC<br>ABA Nº 026.005.092<br><br>BENEFICIARY BANK : TOWERBANK INTERNATIONAL, INC<br>ADDRESS : ▇▇▇▇▇▇ : TOWER PLAZA - PANAMA - REP. DE PANAMA<br>ACCOUNT Nº : ▇▇▇▇2405<br>SWIFT : TOWEPAPA<br><br>FOR FURTHER CREDIT TO : IMOBILIARIA COSANI S.A.<br>ADDRESS : ▇▇▇▇▇▇ - SAN FRRANCISCO, PANAMA - REP. DE PANAMA<br>ACCOUNT Nº : ▇▇▇▇709-8 |
| -- | | |

Data : 02/Abr/2014



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 3-1A

DROUSYS_0000284886