| From: | Tumaine |
|---|---|
| To: | "Gigo"; "Giginho" |
| Subject: | Remittances 140 to 146 |
| Date: | Wednesday, April 2, 2014 2:12:26 PM |
| Attachments: | 0146-2014 Gigo.htm |
| | 0140 -2014 Select.doc |
| | 0141-2014 Gigo.docx |
| | 0142-2014 Gigo.htm |
| | 0143-2014 Gigo.htm |
| | 0144-2014 Gigo.htm |
| | 0145-2014 Gigo.htm |

Dear All,

The remittances cited are attached.

| | Sent | Amount | Beneficiary | Status |
|---|---|---|---|---|
| 099 | 10-Mar-14 | $ 6,970,000.00 | Cresswell Overseas SA | **Via Fincastle ( paid on 03/13 - $3,770,000.00) and to send $3,200,000.00** |
| 128 | 25-Mar-14 | $ 2,389,490.90 | MEXT Trading Coorp | **Via Magna** |
| 129 | 25-Mar-14 | $ 2,000,000.00 | IDAHO Holdings Ltd. | **Via Magna** |
| 132 | 31-Mar-14 | $ 2,000,000.00 | Latam Independente Advisors | **Via Magna** |
| 133 | 31-Mar-14 | $ 100,000.00 | Century Investment Company | |
| 134 | 31-Mar-14 | R$ 1,380,000.00 | Tinderbook Investments Sa | **Convert to USD** |
| 135 | 31-Mar-14 | $ 140,000.00 | Consimex Ltd | |
| 136 | 31-Mar-14 | € 11,200.00 | Novamobil Di Egidi Patricia | |
| 137 | 31-Mar-14 | € 5,044.00 | Cosseti Giovanni | |
| 138 | 31-Mar-14 | $ 500,000.00 | Flerigan International Ltd | **Convert to Euros - URGENT** |
| 138 | 31-Mar-14 | $ 800,000.00 | Flerigan International Ltd | |
| 139 | 1-Apr-14 | $ 350,000.00 | Thunder Bay Property Group Inc | |
| 140 | 2-Apr-14 | $ 27,898.00 | Shenzhen Pkcell Baterry Co., Ltd | |
| 141 | 2-Apr-14 | $ 648,000.00 | Fernhead Holdings Inc | **See Note** |
| 142 | 2-Apr-14 | $ 272,403.00 | Sabrimol Tradings SA | |
| 143 | 2-Apr-14 | $ 600,000.00 | Golden Engineering Services SA | |
| 144 | 2-Apr-14 | $ 140,000.00 | WW Management Consultants | |
| 145 | 2-Apr-14 | $ 500,000.00 | Imobiliaria Cosani SA | |
| 146 | 2-Apr-14 | $ 400,000.00 | Sevylor Trading Corp | |



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 3-1B