**From:** "Tumaine" <tumaine@▇▇▇>
**To:** "Gigo" <gigo@drousys.com>, "Giginho" <giginho@▇▇▇>
**Subject:** Arquivos 206 a 209
**Sent:** Tue 5/20/2014 10:31:25 AM (UTC)

0209-2014 Select.doc
0206-2014 Gigo.htm
0207-2014 Gigo.htm
0208-2014 Gigo.htm

Queridos,

Anexo arquivos citados

| | Enviado | Valor | Beneficiário | Em |
|---|---|---|---|---|
| 189 | 12-mai-14 | $ 300.000,00 | Fortune Active LLC | **Urgente** |
| 191 | 12-mai-14 | $ 500.000,00 | Centennial SA | **Urgente** |
| 194 | 13-mai-14 | $ 250.000,00 | Positive House S?A | |
| 196 | 13-mai-14 | $ 300.000,00 | EIC- Erguisa Engineering Intl | |
| 197 | 13-mai-14 | $ 150.000,00 | Sentinel Mandate & Escrow | |
| 198 | 13-mai-14 | $ 500.000,00 | Imobiliaria Cosani SA | |
| 199 | 15-mai-14 | $ 500.000,00 | Optimum Advisors Corp | |
| 201 | 15-mai-14 | $ 224.000,00 | Bristol Bay Enteprises | **Urgente** |
| 202 | 16-mai-14 | $ 2.759.000,00 | Consultores Y Contratistas Conamsa SRL | **Parcela Unica** |
| 204 | 16-mai-14 | € 1.000.000,00 | **Casu Trust & Management** | **Via Strategic** |
| 205 | 16-mai-14 | $ 22.500,00 | Draftsystemes & Comm | |
| | 16-mai-14 | $ 1.950,00 | Salmet Trade Inc | |
| 206 | 20-mai-14 | $ 100.000,00 | Inversora Antana C.A.; | |
| 207 | 20-mai-14 | $ 200.000,00 | Sherenuj & Company Ltd | |
| 208 | 20-mai-14 | $ 700.000,00 | Plastiquim S.A. | |
| 209 | 20-mai-14 | $ 40.000,00 | Fotofinder Systems GMBH | |

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 3-2

DROUSYS_0000223313