Arquivo : 0208-2014 Gigo

| Operacao | Valor | Conta |
|---|---|---|
| GIGOLINO-M | | |
| -- | | |
| C.14.755 - 399492 | US$ 700.000,00 | INTERMEDIARY BANK : STANDARD CHATERED BANK, N.Y.<br>ADDRESS : ONE MADISON AVENUE, NEW YORK - N.Y.<br>ABA Nº 026.002.561<br>SWIFT : SCBLUS33XXX<br><br>BENEFICIARY BANK : BANCO BOLIVARIANO (PANAMÁ) S.A.<br>SWIFT : BBOLPAPXXX<br>ACCOUNT Nº ▮▮▮▮▮▮▮▮6001<br><br>BENEFICIARY FINAL : PLASTIQUIM S.A.<br>ADDRESS : ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ GUAYAQUIL - ECUADOR<br>ACCOUNT Nº ▮▮▮▮▮▮▮3230 |
| -- | | |

Data : 20/Mai/2014

