**From:** "Tumaine" <tumaine@▇▇▇▇▇▇▇>
**To:** "'Gigo'" <gigo@drousys.com>, "'Giginho'" <giginho@▇▇▇▇▇▇▇>
**Subject:** Files 206 and 209
**Sent:** Tue 5/20/2014 10:31:25 AM (UTC)

0209-2014 Select.doc
0206-2014 Gigo.htm
0207-2014 Gigo.htm
0208-2014 Gigo.htm

Dear all,

The files cited are attached

|  | Sent | Amount | Beneficiary | Date |
|---|---|---|---|---|
|  |  |  |  |  |
| 189 | 12-May-14 | $ 300,000.00 | Fortune Active LLC | **Urgent** |
| 191 | 12-May-14 | $ 500,000.00 | Centennial SA | **Urgent** |
| 194 | 13-May-14 | $ 250,000.00 | Positive House SA |  |
| 196 | 13-May-14 | $ 300,000.00 | EIC- Erguisa Engineering Intl |  |
| 197 | 13-May-14 | $ 150,000.00 | Sentinel Mandate & Escrow |  |
| 198 | 13-May-14 | $ 500,000.00 | Imobiliaria Cosani SA |  |
| 199 | 15-May-14 | $ 500,000.00 | Optimum Advisors Corp |  |
| 201 | 15-May-14 | $ 224,000.00 | Bristol Bay Enteprises | **Urgent** |
| 202 | 16-May-14 | $ 2,759,000.00 | Consultores Y Contratistas Conamsa SRL | **Single Installment** |
| 204 | 16-May-14 | € 1,000,000.00 | **Casu Trust & Management** | **Via Strategic** |
| 205 | 16-May-14 | $ 22,500.00 | Draftsystemes & Comm |  |
|  | 16-May-14 | $ 1,950.00 | Salmet Trade Inc |  |
| 206 | 20-May-14 | $ 100,000.00 | Inversora Antana C.A. |  |
| 207 | 20-May-14 | $ 200,000.00 | Sherenuj & Company Ltd |  |
| 208 | 20-May-14 | $ 700,000.00 | Plastiquim S.A. |  |
| 209 | 20-May-14 | $ 40,000.00 | Fotofinder Systems GMBH |  |



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 3-2B

DROUSYS_0000223313_TR