**From:** "Tumaine" <tumaine@■■■>
**To:** "Gigo" <gigo@■■■>, "Giginho" <giginho@■■■>
**Subject:** Transferencias e Arquivos 0194 a 0198
**Sent:** Tue 5/13/2014 2:20:44 PM (UTC)

0198-2014 Gigo.htm
0194-2014 Gigo.docx
0195-2014 Fincastle.htm
0196-2014 Gigo.htm
0197-2014 Gigo.htm

Queridos,

1. Transferir para MEXT TRADING = US$1,000,000.00
2. Transferir para HOST TELECOMMUNICATION = US$500,000.00
3. Abaixo arquivos citados:

|  | Enviado | Valor | Beneficiário | Em |
|---|---|---|---|---|
| 184 | 5-mai-14 | $ 200.000,00 | Sherenuj & Company Ltd | **URGENTESSIMA** |
| 185 | 5-mai-14 | $ 350.000,00 | Emerge Comunicacion Estrategia Intl | |
| 188 | 8-mai-14 | $ 379.488,00 | Corporacion DEN 11V | **Vide carta banco ane** |
| 189 | 12-mai-14 | $ 300.000,00 | Fortune Active LLC | |
| 190 | 12-mai-14 | $ 100.000,00 | Latin Financial LP | **Conta Diferente** |
| 191 | 12-mai-14 | $ 500.000,00 | Centennial SA | |
| 192 | 12-mai-14 | $ 300.000,00 | Latin Financial LP | **Conta Diferente** |
| 193 | 12-mai-14 | $ 648.000,00 | Fernhead Holdings Inc | |
| 194 | 13-mai-14 | $ 250.000,00 | Positive House S?A | |
| 195 | 13-mai-14 | $ 3.351.217,00 | Creswell Overseas SA | **Remessa unica - FINCAS** |
| 196 | 13-mai-14 | $ 300.000,00 | EIC- Erguisa Engineering Intl | |
| 197 | 13-mai-14 | $ 150.000,00 | Sentinel Mandate & Escrow | |
| 198 | 13-mai-14 | $ 500.000,00 | Imobiliaria Cosani SA | |

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 3-3