**From:** "Tumaine" <tumaine@███████████>
**To:** "'Gigo'" <gigo@██████████>, "'Giginho'" <giginho@█████████████>
**Subject:** Transfers and Files 0194 to 0198
**Sent:** Tue 5/13/2014 2:20:44 PM (UTC)

0198-2014 Gigo.htm
0194-2014 Gigo.docx
0195-2014 Fincastle.htm
0196-2014 Gigo.htm
0197-2014 Gigo.htm

Dear All,

1. Transfer to MEXT TRADING = US$1,000,000.00
2. Transfer to HOST TELECOMMUNICATION = US$500,000.00
3. The referenced files are below:

| | Sent | Amount | Beneficiary | On |
|---|---|---|---|---|
| | | | | |
| 184 | 5-May-14 | $ 200,000.00 | Sherenuj & Company Ltd | **VERY URGENT** |
| 185 | 5-May-14 | $ 350,000.00 | Emerge Comunicacion Estrategia Intl | |
| 188 | 8-May-14 | $ 379,488.00 | Corporacion DEN 11V | **See attached bank letter** |
| 189 | 12-May-14 | $ 300,000.00 | Fortune Active LLC | |
| 190 | 12-May-14 | $ 100,000.00 | Latin Financial LP | **Different Account** |
| 191 | 12-May-14 | $ 500,000.00 | Centennial SA | |
| 192 | 12-May-14 | $ 300,000.00 | Latin Financial LP | **Different Account** |
| 193 | 12-May-14 | $ 648,000.00 | Fernhead Holdings Inc | |
| 194 | 13-May-14 | $ 250,000.00 | Positive House S?A | |
| 195 | 13-May-14 | $ 3,351,217.00 | Creswell Overseas SA | **Single remittance FINCA** |
| 196 | 13-May-14 | $ 300,000.00 | EIC- Erguisa Engineering Intl | |
| 197 | 13-May-14 | $ 150,000.00 | Sentinel Mandate & Escrow | |
| 198 | 13-May-14 | $ 500,000.00 | Imobiliaria Cosani SA | |



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 3-3B

DROUSYS_0000223279_TR