**From:** "Tumaine" <tumaine@▇▇▇>
**To:** "Gigo" <gigo@▇▇▇>, "Giginho" <giginho@▇▇▇>
**Subject:** Arquivos 322 e 323
**Sent:** Fri 8/29/2014 12:44:06 PM (UTC)

0323-2014 Select.docx
0322-2014 Select.docx

Queridos,

Anexo arquivos citados

| | Enviado | Valor | Beneficiário | Em |
|---|---|---|---|---|
| | | | | |
| 287 | 17-jul-14 | $ 200.000,00 | Valoris International Services | **Aguardando Info** |
| 307 | 1-ago-14 | € 90.000,00 | Erie International LLC | |
| 309 | 5-ago-14 | $ 4.775.000,00 | Conamsa International | **Enviar o saldo $1,525,000.00 em Euros** |
| 313 | 15-ago-14 | $ 100.000,00 | Sabrimol Trading Sa | **BO - Anexo** |
| 314 | 15-ago-14 | $ 250.000,00 | Capital Investment Enterprises LP | **BO - Anexo** |
| 315 | 15-ago-14 | $ 450.000,00 | Sports & Tracks Ltd | **Sem BO - DDD falará c/ voces** |
| 316 | 19-ago-14 | $ 100.000,00 | Furtune Active LLC | **Pagar em Euros** |
| 318 | 26-ago-14 | $ 50.000,00 | Boafuturo Import & Export Co. Ltd | |
| | 26-ago-14 | $ 7.430,00 | Shenzhen CLT TED Technology | |
| 319 | 27-ago-14 | $ 500.000,00 | CILGORY SA | **Em euros - pelo Credicorp** |
| 320 | 28-ago-14 | $ 100.000,00 | Century Investment Company | **Pagar em Euros - Contrato com Magna** |
| 321 | 28-ago-14 | $ 535.000,00 | ROA Cororate Legal & Economical | **Contrato com Ravenscraig** |
| 322 | 29-ago-14 | $ 769.000,00 | Sarawak Corp | **Via Selec** |
| 323 | 29-ago-14 | $ 648.000,00 | ITALCOM SA | **Via Selec** |

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 3-4

DROUSYS_0000223919