ARQUIVO : 0323-2013 Select

# AMOUNT : US$ 648,000.00

**INTERMEDIARY BANK :** WELLS FARGO.
**ADDRESS** :   NEW YORK INTERNATIONAL.
**ABA Nº** : 026.005.092
**SWIFT** : PNBPUS3NNYC

**FOR CREDIT TO** : TOWER BANK INTERNATIONAL, INC.
**ADDRESS** : PANAMA EDIFICIO TOWER PLAZA
          PANAMA, REP. DE PANAMA
**ACCOUNT Nº** :          2405
**SWIFT** : TOWEPAPA

**BENEFICIARY NAME** : ITALCOM. S.A.
**ACCOUNT Nº :**         3486
**ADDRESS** :
          – PANAMA, REP. DE PANAMA

ACTIVITY : TELECOMUNICAÇÕES

Data : 29.Ago.2014



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 3-4A

DROUSYS_0000223920