**From:** "Tumaine" <tumaine@▮▮▮>
**To:** "Gigo" <gigo@▮▮▮>, "Giginno" <giginno@▮▮▮>
**Subject:** Files 322 and 323
**Sent:** Fri 8/29/2014 12:44:06 PM (UTC)

0323-2014 Select.docx
0322-2014 Select.docx

Dear All,

The files cited are attached.

|  | Sent | Amount | Beneficiary | Status |
|---|---|---|---|---|
|  |  |  |  |  |
| 287 | 17-Jul-14 | $ 200,000.00 | Valoris International Services | **Awaiting Info** |
| 307 | 1-Aug-14 | € 90,000.00 | Erie International LLC |  |
| 309 | 5-Aug-14 | $ 4,775,000.00 | Conamsa International | **Send the balance $1,525,000.00 in Euros** |
| 313 | 15-Aug-14 | $ 100,000.00 | Sabrimol Trading Sa | **BO - Attached** |
| 314 | 15-Aug-14 | $ 250,000.00 | Capital Investment Enterprises LP | **BO - Attached** |
| 315 | 15-Aug-14 | $ 450,000.00 | Sports & Tracks Ltd | **Without BO - DDD will talk to you** |
| 316 | 19-Aug-14 | $ 100,000.00 | Furtune Active LLC | **Pay in Euros** |
| 318 | 26-Aug-14 | $ 50,000.00 | Boafuturo Import & Export Co. Ltd |  |
|  | 26-Aug-14 | $ 7,430.00 | Shenzhen CLT TED Technology |  |
| 319 | 27-Aug-14 | $ 500,000.00 | CILGORY SA | **In euros - by Credicorp** |
| 320 | 28-Aug-14 | $ 100,000.00 | Century Investment Company | **Pay in Euros - Contract with Magna** |
| 321 | 28-Aug-14 | $ 535,000.00 | ROA Cororate Legal & Economical | **Contract with Ravenscraig** |
| 322 | 29-Aug-14 | $ 769,000.00 | Sarawak Corp | **Via Selec** |
| 323 | 29-Aug-14 | $ 648,000.00 | ITALCOM SA | **Via Selec** |

GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 3-4B

DROUSYS_0000223919_TR