| | |
|---|---|
| **To:** | 'Gigo'[gigo@▓▓▓▓]; 'Giginho'[giginho@▓▓▓▓] |
| **From:** | T-2▓▓▓▓▓▓ |
| **Sent:** | Mon 9/8/2014 7:18:48 PM (UTC) |
| **Subject:** | Arquivos 332, 331 e 330 |

0332-2014 Gigo.pdf
0330-2014 Euros.docx
0331-2014 Select.docx

Queridos,

Segue os arquivos citados.
Vou atualizar a planilha de pendências.

Sds



DROUSYS_0003937039