ARQUIVO : 0331-2013 Select

# AMOUNT : US$ 648,000.00

**INTERMEDIARY BANK :** WELLS FARGO.
**ADDRESS** :   NEW YORK INTERNATIONAL.
**ABA Nº** : 026.005.092
**SWIFT** : PNBPUS3NNYC

**FOR CREDIT TO** : TOWER BANK INTERNATIONAL, INC.
**ADDRESS :** PANAMA EDIFICIO TOWER PLAZA
           PANAMA, REP. DE PANAMA
**ACCOUNT Nº :**           2405
**SWIFT** : TOWEPAPA

**BENEFICIARY NAME** : ITALCOM. S.A.
**ACCOUNT Nº** :          3486
**ADDRESS** :
           – PANAMA, REP. DE PANAMA

**B.O.**: ANTONIO ANDRETTA

ACTIVITY : TELECOMUNICAÇÕES

Data : 09.Set.2014



DROUSYS_0003937042