**To:** 'Gigo'[gigo@█████████]; 'Giginho'[giginho@█████████]
**From:** Tumaine[tumaine@█████████]
**Sent:** Mon 9/8/2014 7:18:48 PM (UTC)
**Subject:** Files 332, 331, and 330

0332-2014 Gigo.pdf
0330-2014 Euros.docx
0331-2014 Select.docx

Dear all,

Here are the files cited.
I will update the spreadsheet of pending issues.

Regards



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 3-5B

DROUSYS_0003937039_TR