**From:** "Tumaine" <tumaine@▓▓▓>
**To:** "Gigo" <gigo@▓▓▓>, "Giginho" <giginho@▓▓▓>
**Sent:** Tue 10/7/2014 12:28:25 PM (UTC)

0374-2014 Gigo.docx
0373-2014 Gigo.pdf

|     | Enviado   | Valor         | Beneficiário                | Em                       |
| --- | --------- | ------------- | --------------------------- | ------------------------ |
| 363 | 30-set-14 | $ 833.000,00  | Sarawak Corp.               | **Via Select**           |
| 364 | 30-set-14 | $ 33.750,00   | Zhejiang Huake Forklift     | **Aguardando passaporte BO** |
| 365 | 30-set-14 | $ 25.000,00   | Fotofinder Systens GMBH     | **Aguardando passaporte BO** |
| 368 | 3-out-14  | $ 60.000,00   | Century Investment Company  | **Via Magna**            |
| 369 | 3-out-14  | $ 150.000,00  | PEL - Project Engineering   | **Pagar em euros**       |
| 370 | 3-out-14  | $ 625.000,00  | Baker Street Financial      |                          |
| 371 | 3-out-14  | $ 625.000,00  | Gross Ferner LLC            | **Via Masterton**        |
| 372 | 3-out-14  | $ 250.000,00  | Optimum Advisors Corp       |                          |
| 373 | 7-out-14  | $ 160.000,00  | American Legal Advisor      |                          |
| 374 | 7-out-14  | $ 648.000,00  | Italcom SA                  |                          |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 3-6

DROUSYS_0000224157