ARQUIVO : 0374-2013 Gigo

# AMOUNT : US$ 648,000.00

**INTERMEDIARY BANK :** WELLS FARGO.
**ADDRESS** :   NEW YORK INTERNATIONAL.
**ABA Nº** : 026.005.092
**SWIFT** : PNBPUS3NNYC

**FOR CREDIT TO** : TOWER BANK INTERNATIONAL, INC.
**ADDRESS :** PANAMA EDIFICIO TOWER PLAZA
　　　　　　　PANAMA, REP. DE PANAMA
**ACCOUNT Nº :**　　　　　2405
**SWIFT** : TOWEPAPA

**BENEFICIARY NAME** : ITALCOM. S.A.
**ACCOUNT Nº :**　　　3486
**ADDRESS** :
　　　　　– PANAMA, REP. DE PANAMA

**B.O**.: ANTONIO ANDRETTA

ACTIVITY : TELECOMUNICAÇÕES

Data : 07.Out.2014



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 3-6A

DROUSYS_0000224158