**From:** "Tumaine" <tumaine@░░░░░░>
**To:** "Gigo" <gigo@░░░░░░>, "Giginho" <giginho@░░░░░░>
**Sent:** Tue 10/7/2014 12:28:25 PM (UTC)

0374-2014 Gigo.docx
0373-2014 Gigo.pdf

|     | Sent      | Total         | Beneficiary                 | Status                  |
|-----|-----------|---------------|-----------------------------|-------------------------|
| 363 | 30-Sep-14 | $ 833,000.00  | Sarawak Corp.               | **Via Select**          |
| 364 | 30-Sep-14 | $ 33,750.00   | Zhejiang Huake Forklift     | **Waiting for BO Passport** |
| 365 | 30-Sep-14 | $ 25,000.00   | Fotofinder Systens GMBH     | **Waiting for BO Passport** |
| 368 | 3-Oct-14  | $ 60,000.00   | Century Investment Company  | **Via Magna**           |
| 369 | 3-Oct-14  | $ 150,000.00  | PEL - Project Engineering   | **To pay in Euros**     |
| 370 | 3-Oct-14  | $ 625,000.00  | Baker Street Financial      |                         |
| 371 | 3-Oct-14  | $ 625,000.00  | Gross Ferner LLC            | **Via Masterton**       |
| 372 | 3-Oct-14  | $ 250,000.00  | Optimum Advisors Corp       |                         |
| 373 | 7-Oct-14  | $ 160,000.00  | American Legal Advisor      |                         |
| 374 | 7-Oct-14  | $ 648,000.00  | Italcom SA                  |                         |



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 3-6B

DROUSYS_0000224157_TR