FILE: 0374-2013 Gigo

# AMOUNT: US$ 648,000.00

**INTERMEDIARY BANK :** WELLS FARGO.
**ADDRESS** :  NEW YORK INTERNATIONAL.
**ABA No.** : 026.005.092
**SWIFT** : PNBPUS3NNYC

**FOR CREDIT TO** : TOWER BANK INTERNATIONAL, INC.
**ADDRESS** : PANAMA EDIFICIO TOWER PLAZA
PANAMA, REP. DE PANAMA
**ACCOUNT** No. : 2405
**SWIFT** : TOWEPAPA

**BENEFICIARY NAME** : ITALCOM. S.A.
**ACCOUNT No.** : 3486
**ADDRESS** :
– PANAMA, REP. DE PANAMA

**B.O**. : ANTONIO ANDRETTA

ACTIVITY : TELECOMMUNICATIONS

Date: 07.Oct.2014



DROUSYS_0000224158_TR