

Estado de Cuenta

## Información General

| Identificación / Nombre: | CY854402 / Olivio Rodrigues Junior | Fecha: | 18 sep 2014 |
|---|---|---|---|
| Cuenta: | ▇▇▇▇8962 | Hora: | 01:27:37 |

| Fecha | Transacción | Ref. | Retiros | Depósitos | Saldo |
|---|---|---|---|---|---|
| 01/09/2014 | SALDO INICIAL - START BALANCE | | .00 | .00 | 3,387,057.80 |
| 01/09/2014 | TRANSFERENCIA ENVIADA A BILTMORE ASSOCIATES CORP. | 1938718 | 500,000.00 | .00 | 2,887,057.80 |
| 01/09/2014 | TRANSFERENCIA ENVIADA A BALMER HOLDING ASSETS S.A. | 1939507 | 500,000.00 | .00 | 2,387,057.80 |
| 01/09/2014 | TRANSFERENCIA ENVIADA A BALMER HOLDING ASSETS S.A. | 1939509 | 500,000.00 | .00 | 1,887,057.80 |
| 02/09/2014 | ITBMS CANALES EXTERNOS | 4301940243 | .07 | .00 | 1,887,057.73 |
| 02/09/2014 | COMISION ACH INTERNET | 1 | 1.00 | .00 | 1,887,056.73 |
| 02/09/2014 | IMPUESTO ANUAL - TASA | 1 | 1,200.00 | .00 | 1,885,856.73 |
| 02/09/2014 | TRANSFERENCIA ENVIADA A BALMER HOLDING ASSETS S.A. | 1940330 | 500,000.00 | .00 | 1,385,856.73 |
| 02/09/2014 | TRASNF. A TOWERBANK CTA 03200013486 | 113109 | 165.00 | .00 | 1,385,691.73 |
| 02/09/2014 | TRASNF. A TOWERBANK CTA 03200013486 | 113109 | 648,000.00 | .00 | 737,691.73 |
| 02/09/2014 | TRASNF. A TOWERBANK CTA 03200013486 | 113109 | 11.55 | .00 | 737,680.18 |
| 03/09/2014 | N#CR TRANSFERENCIA AUTOMATICA | 124146 | .00 | 3,082,145.22 | 3,819,825.40 |
| 04/09/2014 | TRANSFERENCIA ENVIADA A SEABORN TRADING# INC. | 1943106 | 500,000.00 | .00 | 3,319,825.40 |
| 04/09/2014 | TRANSFERENCIA ENVIADA A SEABORN TRADING# INC. | 1943108 | 500,000.00 | .00 | 2,819,825.40 |
| 04/09/2014 | ASSETS AND CORPORATE SERVICES INC#BNF ASSETS AND C | 18155 | 11,000.00 | .00 | 2,808,825.40 |
| 04/09/2014 | COMISION TRANSFERENCIA# | 18155 | 50.00 | .00 | 2,808,775.40 |
| 04/09/2014 | GASTO DEL CORRESPONSAL# | 18155 | 15.00 | .00 | 2,808,760.40 |
| 04/09/2014 | ITBMS -2# | 18155 | 3.50 | .00 | 2,808,756.90 |
| 04/09/2014 | ITBMS -3# | 18155 | 1.05 | .00 | 2,808,755.85 |
| 08/09/2014 | TRANSFERENCIA ENVIADA A BALMER HOLDING ASSETS S.A. | 1946876 | 500,000.00 | .00 | 2,308,755.85 |

| Date | Description | Reference | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 08/09/2014 | TRANSFERENCIA ENVIADA A BALMER HOLDING ASSETS S.A. | 1946878 | 500,000.00 | .00 | 1,808,755.85 |
| 09/09/2014 | TRANSFERENCIA ENVIADA A BALMER HOLDING ASSETS S.A. | 1948142 | 500,000.00 | .00 | 1,308,755.85 |
| 09/09/2014 | TRANSFERENCIA ENVIADA A BALMER HOLDING ASSETS S.A. | 1948144 | 250,000.00 | .00 | 1,058,755.85 |
| 09/09/2014 | TRANSFERENCIA ENVIADA A BILTMORE ASSOCIATES CORP. | 1948148 | 500,000.00 | .00 | 558,755.85 |
| 09/09/2014 | TRANSFERENCIA ENVIADA A BILTMORE ASSOCIATES CORP. | 1948151 | 250,000.00 | .00 | 308,755.85 |
| 11/09/2014 | COMISION TRANSFERENCIA# | 4124 | 50.00 | .00 | 308,705.85 |
| 11/09/2014 | ITBMS -3# | 4124 | 1.05 | .00 | 308,704.80 |
| 11/09/2014 | ITBMS -2# | 4124 | 3.50 | .00 | 308,701.30 |
| 11/09/2014 | GASTO DEL CORRESPONSAL# | 4124 | 15.00 | .00 | 308,686.30 |
| 11/09/2014 | CHAIN UNITED LIMITED#TT NO CHAIN UNITED LIMITED A# | 4124 | 15,000.00 | .00 | 293,686.30 |
| 11/09/2014 | ITBMS -2# | 4438 | 4.55 | .00 | 293,681.75 |
| 11/09/2014 | GASTO DEL CORRESPONSAL# | 4438 | 15.00 | .00 | 293,666.75 |
| 11/09/2014 | COMISION TRANSFERENCIA# | 4438 | 65.00 | .00 | 293,601.75 |
| 11/09/2014 | HK BOAFUTURO IMPORT AND EXPORT CO#TT NO HK BOAFUTU | 4438 | 36,000.00 | .00 | 257,601.75 |
| 11/09/2014 | ITBMS -3# | 4438 | 1.05 | .00 | 257,600.70 |
| 11/09/2014 | GASTO DEL CORRESPONSAL# | 4316 | 15.00 | .00 | 257,585.70 |
| 11/09/2014 | ITBMS -2# | 4316 | 4.55 | .00 | 257,581.15 |
| 11/09/2014 | ITBMS -3# | 4316 | 1.05 | .00 | 257,580.10 |
| 11/09/2014 | COMISION TRANSFERENCIA# | 4316 | 65.00 | .00 | 257,515.10 |
| 11/09/2014 | BNW FORTUNE CO LTD#TT NO BNW FORTUNE CO LTD A#C OS | 4316 | 37,348.00 | .00 | 220,167.10 |
| 11/09/2014 | N#CR TRANSFERENCIA AUTOMATICA | 140633 | .00 | 6,445,000.00 | 6,665,167.10 |
| 12/09/2014 | TRANSFERENCIA ENVIADA A SEABORN TRADING# INC. | 1952672 | 500,000.00 | .00 | 6,165,167.10 |
| 12/09/2014 | TRANSFERENCIA ENVIADA A SEABORN TRADING# INC. | 1952674 | 500,000.00 | .00 | 5,665,167.10 |
| 12/09/2014 | TRANSFERENCIA ENVIADA A SEABORN TRADING# INC. | 1952676 | 500,000.00 | .00 | 5,165,167.10 |

| Date | Description | Ref | Debit | Credit | Balance |
|---|---|---|---:|---:|---:|
| 12/09/2014 | TRANSFERENCIA ENVIADA A SEABORN TRADING# INC. | 1952694 | 250,000.00 | .00 | 4,915,167.10 |
| 12/09/2014 | TRANSFERENCIA ENVIADA A BILTMORE ASSOCIATES CORP. | 1952711 | 500,000.00 | .00 | 4,415,167.10 |
| 12/09/2014 | TRANSFERENCIA ENVIADA A BILTMORE ASSOCIATES CORP. | 1952716 | 500,000.00 | .00 | 3,915,167.10 |
| 12/09/2014 | TRANSFERENCIA ENVIADA A BILTMORE ASSOCIATES CORP. | 1952727 | 500,000.00 | .00 | 3,415,167.10 |
| 12/09/2014 | TRANSFERENCIA ENVIADA A BALMER HOLDING ASSETS S.A. | 1952930 | 500,000.00 | .00 | 2,915,167.10 |
| 12/09/2014 | TRANSFERENCIA ENVIADA A BALMER HOLDING ASSETS S.A. | 1952932 | 500,000.00 | .00 | 2,415,167.10 |
| 12/09/2014 | TRANSFERENCIA ENVIADA A BALMER HOLDING ASSETS S.A. | 1952940 | 500,000.00 | .00 | 1,915,167.10 |
| 12/09/2014 | TRANSFERENCIA ENVIADA A BALMER HOLDING ASSETS S.A. | 1952944 | 320,000.00 | .00 | 1,595,167.10 |
| 13/09/2014 | N#CR TRANSFERENCIA AUTOMATICA | 114917 | .00 | 500,000.00 | 2,095,167.10 |
| 15/09/2014 | TRASNF. A TOWERBANK CTA. 03200013486 | 125540 | 648,000.00 | .00 | 1,447,167.10 |
| 15/09/2014 | TRASNF. A TOWERBANK CTA. 03200013486 | 125540 | 165.00 | .00 | 1,447,002.10 |
| 15/09/2014 | TRASNF. A TOWERBANK CTA. 03200013486 | 125540 | 11.55 | .00 | 1,446,990.55 |
| 17/09/2014 | TRANSFERENCIA ENVIADA A BALMER HOLDING ASSETS S.A. | 1959967 | 500,000.00 | .00 | 946,990.55 |
| 17/09/2014 | TRANSFERENCIA ENVIADA A BALMER HOLDING ASSETS S.A. | 1959969 | 400,000.00 | .00 | 546,990.55 |
| 17/09/2014 | COMISION TRANSFERENCIA# | 2025 | 50.00 | .00 | 546,940.55 |
| 17/09/2014 | ITBMS -2# | 2025 | 3.50 | .00 | 546,937.05 |
| 17/09/2014 | GASTO DEL CORRESPONSAL# | 2025 | 15.00 | .00 | 546,922.05 |
| 17/09/2014 | FS DOLPHIN SANITARY WARE CO LIMITED#TT NO FS DOLPH | 2025 | 7,563.00 | .00 | 539,359.05 |
| 17/09/2014 | ITBMS -3# | 2025 | 1.05 | .00 | 539,358.00 |
| 17/09/2014 | COMISION TRANSFERENCIA# | 20447 | 104.00 | .00 | 539,254.00 |
| 17/09/2014 | ZHENGZHOU FOOD INTERNATIONAL CO LTD#BNF ZHENGZHOU | 20447 | 80,000.00 | .00 | 459,254.00 |
| 17/09/2014 | ITBMS -3# | 20447 | 1.05 | .00 | 459,252.95 |
| 17/09/2014 | ITBMS -2# | 20447 | 7.28 | .00 | 459,245.67 |

| Fecha | Descripción | Ref | Débito | Crédito | Saldo |
|---|---|---|---|---|---|
| 17/09/2014 | GASTO DEL CORRESPONSAL# | 20447 | 15.00 | .00 | 459,230.67 |
| 18/09/2014 | N#CR TRANSFERENCIA AUTOMATICA | 105824 | .00 | 4,713,380.00 | 5,172,610.67 |

| Saldo Anterior | Total Retiros, Cheques, N/Db | Total Depósitos y N/Cr | Saldo Total |
|---|---|---|---|
| $3,387,057.80 | $12,954,972.35 | $14,740,525.22 | $5,172,610.67 |

| | | |
|---|---|---|
| # Depósitos | 0 | $0.00 |
| # Retiros | 28 | $11,471,201.07 |
| # Cheques Pagados | 0 | $0.00 |
| Notas de Debito | 36 | $1,483,771.28 |
| Notas de Creditos | 4 | $14,740,525.22 |

Submit Submit Submit

Consulte los movimientos por mes del último año

Rango de Fecha: **desde** 01 09 2014

**hasta** 18 09 2014


Procesar