# Fwd: Prestamo Efectivo

| | |
|---|---|
| From: | Luis Neme <lneme@▮▮▮> |
| To: | John Polit Esteves <john.polit@▮▮▮> |
| Date: | Fri, 14 Mar 2014 18:57:34 +0000 |

Te llamo después de almuerzo bodi
Luis Neme

De: Mauricio Neme <mneme@▮▮▮>
Enviado: 14 de marzo de 2014 12:55:22 PM GMT-05:00
Para: 'Luis Neme Macchiavello' <lneme@▮▮▮>
Asunto: Prestamo Efectivo

Luis

Después de varios conteos, lo que se ha recibido son $395.000 de la siguiente forma:

Fajos x cantidad de billetes/fajo x denominación $

- 29 x 100 x $100 = $290.000
- 11 x 100 x $50 = $55.000
- 5 x 500 x $20 = $50.000

Aparentemente lo que ha faltado es un fajo de billetes de $50 ( cada fajo de $50 contiene $5.000 )

Saludos,

Mauricio Neme



CRP-DOJ-0001442775