# Fwd: Cash Loan

**From:** Luis Neme <lneme@███████>
**To:** John Polit Esteves <john.polit@███████>
**Date:** Fri, 14 Mar 2014 18:57:34 +0000

I'll call you after lunch bodi
Luis Neme

---

From: Mauricio Neme <mneme@███████>
Sent: Mar 14, 2014 12:55:22 PM GMT-05:00
To: 'Luis Neme Macchiavello' <lneme@███████>
Subject: Cash Loan

Luis

After several tallies, $395,000 is what has been received as follows:

Bundles x number of bills/bundle x denomination $.

- 29 x 100 x $100 = $290,000
- 11 x 100 x $50 = $55,000
- 5 x 500 x $20 = $50,000

Apparently what has been missing is a bundle of $50 bills ( each bundle of $50 contains $5,000 ).

Greetings,

Mauricio Neme



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 4-1A

CRP-DOJ-0001442775_TR