| | |
|---|---|
| **From:** | John C Polit <john.polit@███> |
| **Subject:** | Fwd: TRANSFERENCIA A PLASTIQUIM BOLIVARIANO PANAMA |
| **Sent:** | Sun 5/11/2014 5:08:27 PM (UTC) |
| **To:** | Carlos Polit Faggioni <carlospolitfaggioni@███> |

Sent from my iPhone

Begin forwarded message:

> **From:** Luis Neme <lneme.electrocable@███>
> **Date:** April 15, 2014 at 10:46:35 AM EDT
> **To:** John Polit Esteves <john.polit@███>
> **Subject: Fwd: TRANSFERENCIA A PLASTIQUIM BOLIVARIANO PANAMA**
>
> Luis Neme
>
> ---------- Forwarded message ----------
> From: "Diana Medina" <dianamedina@███>
> Date: Apr 14, 2014 9:38 PM
> Subject: Fwd: TRANSFERENCIA A PLASTIQUIM BOLIVARIANO PANAMA
> To: <lneme@███>
> Cc:
>
> ---------- Mensaje reenviado ----------
> De: "Diana Medina" <dianamedina@███>
> Fecha: nov 21, 2012 2:38 PM
> Asunto: TRANSFERENCIA A PLASTIQUIM BOLIVARIANO PANAMA
> Para: <amiranda@███>
> Cc:
>
> Estimado Ec. Miranda:
>
> De acuerdo a indicaciones del Sr Mauricio, le envio el valor a transferir a la cuenta # ███3230, de PLASTIQUIM S.A. la cual tenemos en Panama $ 60.500,00, adjunto los datos para dicha transferencia
>
> Sldos
> Diana



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 4-2

CRP-DOJ-0001435928



cla panama
███ 3230
plastiquim S.A.

## Instrucciones para recibir transferencias de clientes

Estimados clientes,
A continuación se detallan las instrucciones para recibir transferencias de fondos en
**Banco Bolivariano Panamá S.A.** :

### Desde Estados Unidos

| | |
|---|---|
| Banco Intermediario | Wachovia Bank, NA a Wells Fargo Company |
| ABA | 026005092 |
| SWIFT | PNBPUS3NNYC |
| Beneficiario | Banco Bolivariano (Panamá) S.A. |
| SWIFT | BBOLPAPAXXX |
| A/C | ███9182 |
| Beneficiario final | (Nombre del titular en Banco Bolivariano Panamá) |
| A/C | (Número de la cuenta del cliente en Banco Bolivariano Panamá) |
| Dirección | Wachovia Bank, NA, 375 Park Avenue New York, NY. |
| Banco Intermediario | Standard Chartered Bank, NY |
| ABA | 026002561 |
| SWIFT | SCBLUS33XXX |
| Beneficiario | Banco Bolivariano (Panamá) S.A. |
| SWIFT | BBOLPAPAXXX |
| A/C | ███6001 |
| Beneficiario final | (Nombre del titular en Banco Bolivariano Panamá) |
| A/C | (Número de la cuenta del cliente en Banco Bolivariano Panamá) |
| Dirección | Standard Chartered Bank One Madison Avenue, New York, NY. |

**B Banco Bolivariano**
PANAMÁ

Matriz Torre Global, oficina 1704 calle 50 y calle 58 este.
Ciudad de Panamá - República de Panamá.

Comuníquese con nosotros:
• En Panamá al (507) 297 3400
• En Ecuador al 1 700 BBP BBP (1 700 227 227)

www.bolivarianopanama.com        Escríbanos a info@bolivarianopanama.com