## Fwd: TRANSFER TO PLASTIQUIM BOLIVARIANO PANAMA

**From:** John C Polit <john.polit@▮▮▮>
**To:** Carlos Polit Faggioni <carlospolitfaggioni@▮▮▮>
**Date:** Sun, 11 May 2014 17:08:26 +0000

Sent from my iPhone

Begin forwarded message:

> **From:** Luis Neme <lneme.electrocable@▮▮▮>
> **Date:** April 15, 2014 at 10:46:35 AM EDT
> **To:** John Polit Esteves <john.polit@▮▮▮>
> **Subject: Fwd: TRANSFER TO PLASTIQUIM BOLIVARIANO PANAMA**

Luis Neme

---------- Forwarded message ----------
From: "Diana Medina" <dianamedina@▮▮▮>
Date: Apr 14, 2014 9:38 PM
Subject: Fwd: TRANSFER TO PLASTIQUIM BOLIVARIANO PANAMA
To: lneme@▮▮▮
Cc:

------------ Forwarded message ------------
From: "Diana Medina" <dianamedina@▮▮▮>
Date: Nov 21, 2012 2:38 PM
Subject: TRANSFER TO PLASTIQUIM BOLIVARIANO PANAMA
To: <amiranda@▮▮▮>
Cc:

Dear Ec. Miranda

According to Mr. Mauricio's instructions, I am sending you the amount to transfer to PLASTIQUIM S.A. account ▮▮▮3230, which we have in Panama $ 60,500.00, I am enclosing the information for such transfer.

Greetings,
Diana

[Logo]



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 4-2A

CRP-DOJ-0001435928_TR



[handwritten]
Panama Acct.
███████
Plastiquim S.A.

## Instructions for receiving transfers from customers

Dear customers,
Below are the instructions
for receiving funds transfers at
**Banco Bolivariano Panamá S.A.:**

### From the United States

| | |
|---|---|
| Intermediary Bank | Wachovia Bank, NA a Wells Fargo Company |
| ABA | 026005092 |
| SWIFT | PNBPUS3NNYC |
| Beneficiary | Banco Bolivariano (Panamá) S.A. |
| SWIFT | BBOLPAPAXXX |
| A/C | ████ 9182 |
| Final beneficiary | (Name of accountholder at Banco Bolivariano Panamá) |
| A/C | (Customer's account number at Banco Bolivariano Panamá) |
| Address | Wachovia Bank, NA, 375 Park Avenue New York, NY. |
| Intermediary Bank | Standard Chartered Bank, NY |
| ABA | 026002561 |
| SWIFT | SCBLUS33XXX |
| Beneficiary | Banco Bolivariano (Panamá) S.A. |
| SWIFT | BBOLPAPAXXX |
| A/C | ████ 6001 |
| Final beneficiary | (Name of accountholder at Banco Bolivariano Panamá) |
| A/C | (Customer's account number at Banco Bolivariano Panamá) |
| Address | Standard Chartered Bank One Madison Avenue, New York, NY. |

**Banco Bolivariano**
PANAMÁ

Matriz Torre Global, oficina 1704 calle 50 y calle 58 este.
Ciudad de Panamá - República de Panamá.

Comuníquese con nosotros:
• En Panamá al (507) 297 3400
• En Ecuador al 1 700 BBP BBP (1 700 227 227)

www.bolivarianopanama.com     Escríbanos a info@bolivarianopanama.com

**Contact us:**
• In Panama at (507) 297 3400
• In Ecuador at 1 700 BBP BBP (1 700 227 227)

www.bolivarianopanama.com     Email us at info@bolivarianapanama.com