# Re: TRANSFERENCIA A PLASTIQUIM BOLIVARIANO PANAMA

| | |
|---|---|
| **From:** | carlos polit <carlospolitfaggioni@▇▇▇> |
| **To:** | John C Polit <john.polit@▇▇▇> |
| **Date:** | Wed, 14 May 2014 19:54:14 +0000 |

Esos datos no me sirven para la investigación que quiero hacer...bueno chaooo

Enviado desde mi iPhone

El 11/05/2014, a las 12:08, "John C Polit" <john.polit@▇▇▇> escribió:

Sent from my iPhone

Begin forwarded message:

> **From:** Luis Neme <lneme.electrocable@▇▇▇>
> **Date:** April 15, 2014 at 10:46:35 AM EDT
> **To:** John Polit Esteves <john.polit@▇▇▇>
> **Subject: Fwd: TRANSFERENCIA A PLASTIQUIM BOLIVARIANO PANAMA**
>
> Luis Neme
>
> ---------- Forwarded message ----------
> **From:** "Diana Medina" <dianamedina@▇▇▇>
> **Date:** Apr 14, 2014 9:38 PM
> **Subject: Fwd: TRANSFERENCIA A PLASTIQUIM BOLIVARIANO PANAMA**
> **To:** <lneme@▇▇▇>
> **Cc:**
>
> ---------- Mensaje reenviado ----------
> **De:** "Diana Medina" <dianamedina@▇▇▇>
> **Fecha:** nov 21, 2012 2:38 PM
> **Asunto:** TRANSFERENCIA A PLASTIQUIM BOLIVARIANO PANAMA
> **Para:** <amiranda@▇▇▇>
> **Cc:**
>
> Estimado Ec. Miranda:
>
> De acuerdo a indicaciones del Sr Mauricio, le envio el valor a transferir a la cuenta #▇▇▇3230, de PLASTIQUIM S.A. la cual tenemos en Panama $ 60.500,00, adjunto los datos para dicha transferencia
>
> Sldos
> Diana
>
> <20120830215530327_0001.tif>





GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 4-3

CRP-DOJ-0001435929