## Fwd: TRANSFER TO PLASTIQUIM BOLIVARIANO PANAMA

**From:** carlos polit <carlospolitfaggioni@​███████>
**To:** John C Polit <john.polit@​███████>
**Date:** Wed, 14 May 2014 19:54:14 +0000

This information is of no use to me for the investigation that I want to conduct... oh well, byyye

Sent from my iPhone

On 05/11/2014, at 12:08, "John C Polit" <john.polit@​███████> wrote:

Sent from my iPhone

Begin forwarded message:

> **From:** Luis Neme <lneme.electrocable@​███████>
> **Date:** April 15, 2014 at 10:46:35 AM EDT
> **To:** John Polit Esteves <john.polit@​███████>
> **Subject: Fwd: TRANSFER FO PLASTIQUIM BOLIVARIANO PANAMA**
>
> Luis Neme
>
> ---------- Forwarded message ----------
> From: "Diana Medina" <dianamedina@​███████>
> Date: Apr 14, 2014 9:38 PM
> Subject: Fwd: TRANSFER TO PLASTIQUIM BOLIVARIANO PANAMA
> To: lneme@███████
> Cc:
>
> ------------ Forwarded message ------------
> From: "Diana Medina" <dianamedina@​███████>
> Date: Nov 21, 2012 2:38 PM
> Subject: TRANSFER TO PLASTIQUIM BOLIVARIANO PANAMA
> To: <amiranda@​███████>
> Cc:
>
> Dear Ec. Miranda
>
> According to Mr. Mauricio's instructions, I am sending you the amount to transfer to PLASTIQUIM S.A. account #██████3230, which we have in Panama $ 60,500.00, I am enclosing the information for such transfer.
>
> Greetings,
> Diana
>
> <20120830215530327_0001.tif>
>
> [Logo]



GOVERNMENT EXHIBIT

CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 4-3A

CRP-DOJ-0001435929_TR