## Plastiquim

| | |
|---|---|
| **From:** | John Polit <john.polit@███████> |
| **To:** | Mauricio Neme <mneme@██████████> |
| **Date:** | Wed, 14 Sep 2016 21:09:08 +0000 |

Mauricio.

Cuadrando los pagos, tenemos acá que Plastiquim no hizo ningun pago en Marzo, Abril, Mayo, Junio, Julio y Agosto del 2016. Tenemos un balance pendiente de $17,524.98 de todos esos meses.

Para que le pases al chino y cuadren eso please Goyo.

Mil gracias

Saludos,

John



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.  22-cr-20114-KMW

EXHIBIT NO.  4-5