# Plastiquim

| | |
|---|---|
| **From:** | John Polit <john.polit@▓▓▓▓▓> |
| **To:** | Mauricio Neme <mneme@▓▓▓▓▓▓▓> |
| **Date:** | Wed, 14 Sep 2016 21:09:08 +0000 |

Mauricio.

Reconciling the payments, we have here that Plastiquim did not make any payments in March, April, May, June, July and August of 2016. We have an outstanding balance of $17,524.98 from all those months.

For you to send to chino, and for you all to reconcile that please Goyo.

Many thanks

Regards,

John



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 4-5A

CRP-DOJ-0001265161_TR