## Fwd: TRANSFSRENCIA Y SWIFT VENTURE 34.325.00

| | |
|---|---|
| **From:** | Mauricio Neme <mneme@▓▓▓▓▓▓▓> |
| **To:** | John Polit <john.polit@▓▓▓▓> |
| **Date:** | Fri, 07 Oct 2016 20:09:51 +0000 |
| **Attachments:** | SWIFT venture.pdf (34.5 kB); TRANSFSRE VENTURE.pdf (198.04 kB) |

Pana, adjunto Swift de transferencia.
Ahí está liquidado los intereses según tu correo, y adicionalmente cancelado las cuotas del Porche hasta el mes de Noviembre.

Un abrazo
Goyo

---------- Mensaje reenviado ----------
De: "Diana Medina" <dianamedina@▓▓▓▓▓▓>
Fecha: 7 oct. 2016 3:06 p. m.
Asunto: TRANSFSRENCIA Y SWIFT VENTURE 34.325.00
Para: "Mauricio Neme" <mneme@▓▓▓▓▓▓>
Cc:

Adjunto lo solicitado



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 4-6

CRP-DOJ-0001264333