FECHA : 6/10/16 BANCO INTERNACIONAL S.A. PRGM: DD061!
HORA : 12:02:50 DOCUMENTO NO.: S753068 PAG.: 1
DESCRIPCION MT0103

TRANSFERENCIA DE CLIENTES

DESTINATARIO : SCBLUS33 STANDARD CHARTERED BANK N.J
ONE MADISON AVENUE NEW YORK
NEW YORK, N.Y. 10010-3603

| | |
|---|---|
| 20:REFERENCIA DEL EMISOR :<br>S753068 | PRIORIDAD<br>N U |
| 32A:FECHA :<br>DIA MES AÑO MONEDA VALOR | 23B:CODIGO INSTRUCCION DEL BANCO<br>CRED<br>23E:CODIGO INSTRUCCION |
| 06 \| 10 \| 2016 \| USD \| 34,325.00 | |
| 50A:CLIENTE ORDENANTE :<br>/[REDACTED]9450<br>1/PLASTIQUIM S.A<br>2/[REDACTED] 23<br>3/EC/GUAYAQUIL | 53B:CORRESPONSAL DEL EMISOR A, B o D<br>/[REDACTED]4001 |
| 54:CORRESPONSAL DE RECEPTOR A, B o D | 56A:INSTITUCION INTERMEDIARIA A, B o D |
| 57:INSTITUCION DEPOSITARIA DE LA CUENTA A, B o D<br>//FW061000104<br>SUNTRUST BANK<br>ATLANTA ESTADOS UNIDOS | 59:CLIENTE BENEFICIARIO<br>/[REDACTED]7442<br>VENTURE OVERSEAS LLC<br>[REDACTED]MIAMI FL 33129<br>MIAMI ESTADOS UNIDOS |
| 70:INFORME DE ENVIO | 72:INFORMACION DEL EMISOR AL RECEPTOR |
| 71A:ESPECIFICACION DE GASTOS : SHA | |
| HECHO POR : AUTORIZADO POR : | VERIFICADO POR : FECHA : 06/10/2016 |

BANCO INTERNACIONAL
AGENCIA PARQUE CALIFORNIA
RECIBIDO
JEFE OPERATIVO
12:05

