### Fwd: TRANSFER AND SWIFT VENTURE 34,325.00

| | |
|---|---|
| **From:** | Mauricio Neme <mneme@█████████> |
| **To:** | John Polit <john.polit@████████> |
| **Date:** | Fri, 07 Oct 2016 20:09:51 +0000 |
| **Attachments:** | SWIFT venture.pdf (34.5 kB); TRANSFSRE VENTURE.pdf (198.04 kB) |

Buddy, I am enclosing the Swift for the transfer.
The interest is settled according to your email, and the installments for the Porche [sic] have also been paid until November.

Kind regards
Goyo

-------- Forwarded message --------
From: "Diana Medina" <dianamedina@████████████>
Date: October 7, 2016 3:06 p.m.
Subject: TRANSFER AND SWIFT VENTURE 34,325.00
To: "Mauricio Neme" <mneme@█████████████>
Cc:

Please find attached what was requested.



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 4-6B

CRP-DOJ-0001264333_TR