```
DATE : 10/06/2016        BANCO INTERNACIONAL S.A.           PRGM: DD061[TEXT CUT-OFF]
TIME : 12:02:50          DOCUMENT NO.: S753068              PAGE: 1
DESCRIPTION    MT0103
```

CUSTOMER TRANSFER

| RECIPIENT : SCBLUS33    STANDARD CHARTERED BANK N.J. ||
|---|---|
| ONE MADISON AVENUE NEW YORK <br> NEW YORK, N.Y. 10010-3603 ||
| 20: ISSUER'S REFERENCE : <br> S753068 | PRIORITY <br> N       U |
| 32A: DATE : <br> MONTH   DAY   YEAR   CURRENCY   VALUE <br> 10     06    2016    USD      34,325.00 | 23B: BANK INSTRUCTION CODE <br> CRED <br> 23E: INSTRUCTION CODE |
| G CUSTOMER : <br> ▇▇▇▇▇▇▇9450 <br> 1/PLASTIQUIM S.A. <br> ▇▇▇▇▇▇▇▇▇▇▇▇▇ <br> 3/EC/GUAYAQUIL | 53B: ISSUER'S CORRESPONDENT BANK A, B OR D <br> ▇▇▇▇▇▇▇4001 |
| 54: RECIPIENT'S CORRESPONDENT BANK A, B OR D | 56A: INTERMEDIARY INSTITUTION A, B OR D |
| 57: DEPOSITORY INSTITUTION OF THE ACCOUNT A, B, or D <br> //FW061000104 <br> SUNTRUST BANK <br> ATLANTA             UNITED STATES | 59: BENEFICIARY CUSTOMER <br> ▇▇▇▇▇▇▇7442 <br> VENTURE OVERSEAS LLC <br> ▇▇▇▇▇▇▇▇▇▇ MIAMI FL 33129 <br> MIAMI              UNITED STATES |
| 70: REMITTANCE REPORT | 72: INFORMATION FROM ISSUER TO RECEIVER |
| 71A: EXPENSE SPECIFICATION :    SHA ||
| PREPARED BY :         [Illegible] | VERIFIED BY :  |  DATE : <br> 10/06/2016 |

[Stamp] [Logo] Banco Internacional Parque California Agency

[Signature] RECEIVED Operational Chief 12:05



CRP-DOJ-0001264334_TR