```
PRINTED BY TurboSwift AT:    2017.07.25 09:47:02     FOR: BBOLPAPAAXXX                     9362
-----------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY *** CAUT
-----------------------------------------------------------------------
    Message Name: SINGLE CUSTOMER CREDIT TRANSFER
    Message Type: F 103       Sent/Received: SCBLUS33BXXX
      Direction: Output                      STANDARD CHARTERED BANK
       Priority: Normal                      ONE MADISON AVENUE
        Session: 2406                        NEW YORK,NY
       Sequence: 056374

                                        Input  Output  ACK   NAK    DUP    AUTH
   MIR: 140527SCBLUS33BXXX8378142117    Time   Time    Flag  Code   Flag   Code
   MOR: 140527BBOLPAPAAXXX2406056374    -----  ------  ----  ------ -----  ----
   MUR: 1405270169379-02                0554   0902    0                   SP--

   NOTE:
-----------------------------------------------------------------------
 1:        MESSAGE HEADER
           F01BBOLPAPAAXXX2406056374
 2:        APPLICATION HEADER
           O1030554140527SCBLUS33BXXX83781421171405270902N
 3:        USER HEADER
 :108:     Message User Reference
 MUR:                     1405270169379-02
           MESSAGE TEXT
 :20:      Sender's Reference
 :RN:                     2014052700169379
 :23B:     Bank Operation Code
                          CRED
 :32A:     Value Date, Currency Code, Interbank Settled Amount
 Value Date:              140527
 Currency Code:           USD
 Settled Amount:                       700'000,00
 :33B:     Currency/Instructed Amount
 Currency Code:           USD
 Amount:                               700'000,00
 :50K:     Ordering Customer
 Optional Account Line:   /    4001
 Name & Address:          KLIENFELD SERVICES LIMITED
                                                                ST
                          JOHNS ANTIGUA
 :52A:     Ordering Institution
 Optional Account Line:
 Identifier Code:         MBALAGAG
                          MEINL BANK (ANTIGUA) LIMITED
                          51
                          ST. JOHN'S
 :59:      Beneficiary Customer
 Optional Account Line:   /       3230
 Name & Address:          PLASTIQUIM S.A.
                                                   GUAYAQUIL
                          ECUADOR
 :70:      Remittance Information
 Free Format:             /RFB/FAAS414705829100
                          CONTRACT SIGNED BETWEEN THE PARTIES
 :71A:     Details of Charges
                          SHA
 :72:      Sender to Receiver Information
-----------------------------------------------------------------------
***** CAUTION *** COPY COPY COPY COPY COPY COPY COPY COPY *** CAUTION ****
-----------------------------------------------------------------------
PRINTER:   . .     QUEUE: _AOSN       BY: YBARNETG
DATABASE KEY: 20140527090244 0300  USER KEY: 201405270902440300      PAGE:   1
```



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 4-7A

CRP-DOJ-0000477473