# Promissory Note

Terms of the Bills of Exchange Act 34 of 1964 as amended up to Bills of Exchange

**Reference:** PLASTIQUIM SA

The Promissory Note was issued at: MIAMI, FL 33129

MIAMI, FL 33129
Date: May/22/2014

**Payment Information**

**Amount:** USD$700,000.00

**Amount:** SEVEN HUNDRED THOUSAND

## This is certify that

I, Mauricio Neme Macchiavello, on behalf of Plastiquim S.A., ID number ███7001
Hereby promise to pay USD$700,000.00 (SEVEN HUNDRED THOUSAND)
VENTURE OVERSEAS LLC, holder of this document the full amount specified on this NOTE, with simple interest at a rate of 5% per year on the unpaid balance.

## TERMS & CONDITIONS

The payment will be made in installments that will comprise three years. I hereby give permission to the HOLDER and/or the HOLDER IN DUE COURSE of this Promissory Note, to use this NOTE in any way necessary as a negotiable instrument to be financially traded on; whereas such trade shall terminate the obligation herein.

Date: Thursday, May 22, 2014          Signature:

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 4-8

CRP-DOJ-00043988