8:21 PM
02/14/24
**Accrual Basis**

## TUBERIAS PACIFICO NUEVA
## Account QuickReport
### All Transactions

| Date | Memo | Amount |
|---|---|---|
| 1/7/2015 | TUBOS PACIFICO S.A. ECUADOR | $ 3,333.33 |
| 2/2/2015 | TUBOS PACIFICO S.A. ECUADOR | $ 3,333.33 |
| 4/13/2015 | TUBOS PACIFICO S.A. ECUADOR | $ 6,666.66 |
| 7/2/2015 | TUBOS PACIFICO S.A. ECUADOR | $ 3,333.33 |
| 7/2/2015 | TUBOS PACIFICO S.A. ECUADOR | $ 3,333.33 |
| 8/18/2015 | TUBOS PACIFICO S.A. ECUADOR | $ 6,666.66 |
| 9/1/2015 | TUBOS PACIFICO S.A. ECUADOR | $ 3,333.33 |
| 12/1/2015 | TUBOS PACIFICO S.A. ECUADOR | $ 9,999.99 |
| 2/5/2016 | TUBOS PACIFICO S.A. ECUADOR | $ 6,666.66 |
| 3/9/2016 | TUBOS PACIFICO S.A. ECUADOR | $ 3,333.33 |
| 3/10/2016 | TUBOS PACIFICO S.A. ECUADOR | $ 11,683.32 |
| 5/23/2016 | TUBOS PACIFICO S.A. ECUADOR | $ 6,666.66 |
| 6/3/2016 | TUBOS PACIFICO S.A. ECUADOR | $ 3,333.33 |
| 7/1/2016 | TUBOS PACIFICO S.A. ECUADOR | $ 3,333.33 |
| 8/4/2016 | TUBOS PACIFICO S.A. ECUADOR | $ 3,333.33 |
| 9/9/2016 | TUBOS PACIFICO S.A. ECUADOR | $ 3,333.33 |
| 12/2/2016 | TUBOS PACIFICO S.A. ECUADOR | $ 6,666.66 |
| 2/13/2017 | TUBOS PACIFICO S.A. ECUADOR | $ 6,666.66 |
| 4/6/2017 | TUBOS PACIFICO S.A. ECUADOR | $ 10,000.00 |
| | | $ 105,016.57 |



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 4-10

Page 1 of 4-10

CRP-DOJ-0003142892