8:16 PM
02/14/24
Accrual Basis

# PLASTIQUIM
## Transactions by Account
### All Transactions

| Date | Memo | Amount |
|---|---|---|
| 5/15/2014 | PLASTIQUIM PERU IRL | $ 6,583.34 |
| 6/20/2014 | PLASTIQUIM S.A. | $ 100,000.00 |
| 8/15/2014 | TUBOS PACIFICO | $ 249,500.00 |
| 8/15/2014 | PLASTIQUIM S.A. | $ 120,001.64 |
| 5/2/2016 | PLASTIQUIM PERU IRL | $ 35,950.00 |
| 10/6/2016 | PLASTIQUIM S.A. | $ 15,125.00 |
| 12/2/2016 | PLASTIQUIM S.A. | $ 2,916.17 |
| | | $ 530,076.15 |



GOVERNMENT EXHIBIT
CASE NO. 22-CR-20114-KMW
EXHIBIT NO. 4-11

CRP-DOJ-0003142893