

## PAGARE A LA ORDEN

Debemos y pagaremos, incondicionalmente a 365 días vista, renovables, a **VENTURE OVERSEAS**, en esta ciudad o el lugar en que se nos demande, la cantidad de **UN MILLON QUINIENTOS MIL DOLARES AMERICANOS CON 00/100 (US$1'500,000.00)** que hemos recibido de dicha persona en dinero en efectivo y en calidad de inversión, la misma que tendrá un rendimiento del 9% anual, intereses que se pagarán mensualmente. La obligación de pago se satisfará en la misma moneda o unidad en que nos hemos obligado.

Dejamos constancia expresa, que el plazo de días vista corre, desde la fecha en que en señal de conformidad y aceptación suscribimos este documento, eximiendo al acreedor de presentación o término para visto bueno y para el pago, de protesto o de aviso por falta de pago, renunciando expresamente a domicilio, ley o excepción que pudiera favorecernos. La transferencia del presente documento requiere de notificación previa al deudor, por escrito.

Panamá, Diciembre 10 de 2014

Vence en: Diciembre 10 de 2015

DEUDOR
Firma
Nombre
Daniel Rodríguez
**APODERADO GENERAL**
**ITALCOM, S.A.**

ITALCOM001

CRP-DOJ-0001798129

PAGARE A LA ORDEN

Debemos y pagaremos, incondicionalmente a 365 días vista, renovables, a VENTURE OVERSEAS, en esta ciudad o el lugar en que se nos demande, la cantidad de UN MILLON NOVECIENTOS CUARENTA Y CUATRO MIL DOLARES AMERICANOS CON 00/100 (US$1'944,000.00), que hemos recibido de dicha persona en dinero en efectivo y en calidad de inversión, la misma que tendrá un rendimiento del 8% anual, intereses que se pagarán mensualmente. La obligación de pago se satisfará en la misma moneda o unidad en que nos hemos obligado.

Dejamos constancia expresa, que el plazo de días vista corre, desde la fecha en que en señal de conformidad y aceptación suscribimos este documento, eximiendo al acreedor de presentación o término para visto bueno y para el pago, de protesto o de aviso por falta de pago, renunciando expresamente a domicilio, ley o excepción que pudiera favorecernos. La transferencia del presente documento requiere de notificación previa al deudor, por escrito.

Panamá, Diciembre 10 de 2014.

Vence en: Diciembre 10 de 2015.

DEUDOR
Firma
Nombre _____
Daniel Rodríguez
APODERADO GENERAL
ITALCOM, S.A.

ITALCOM002

CRP-DOJ-0001798130