## PAGARE A LA ORDEN

Debemos y pagaremos a **VENTURES OVERSEAS**, en esta ciudad o el lugar en que se nos demande, la cantidad de **QUINIENTOS MIL DOLARES DE LOS ESTADOS UNIDOS DE AMERICA CON 00/100 (US$500,000.00)**, que hemos recibido de dicha sociedad en calidad de préstamo a una tasa del **5.00% anual**, intereses que se pagarán al vencimiento del presente documento. La obligación de pago se satisfará en la misma moneda o unidad en que nos hemos obligado.

Dejamos constancia expresa, que el plazo de días vista corre, desde la fecha en que en señal de conformidad y aceptación suscribimos este documento, eximiendo al acreedor de presentación o término para visto bueno y para el pago, de protesto o de aviso por falta de pago, renunciando expresamente a domicilio, ley o excepción que pudiera favorecernos. La transferencia del presente documento requiere de notificación previa al deudor, por escrito.

Panamá, Mayo 28 de 2014

Vence en: Abril 2 de 2015

**DEUDOR**
**Firma**
**Nombre:**

Daniel Rodriguez Galarza
**APODERADO GENERAL**
**INMOBILIARIA COSANI, S. A.**



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 5-2

CRP-DOJ-0001798131

## PAGARE A LA ORDEN

Debemos y pagaremos a **VENTURES OVERSEAS**, en esta ciudad o el lugar en que se nos demande, la cantidad de **QUINIENTOS MIL DOLARES DE LOS ESTADOS UNIDOS DE AMERICA CON 00/100 (US$500,000.00),** que hemos recibido de dicha sociedad en calidad de préstamo a una tasa del **5.00% anual,** intereses que se pagarán al vencimiento del presente documento. La obligación de pago se satisfará en la misma moneda o unidad en que nos hemos obligado.

Dejamos constancia expresa, que el plazo de días vista corre, desde la fecha en que en señal de conformidad y aceptación suscribimos este documento, eximiendo al acreedor de presentación o término para visto bueno y para el pago, de protesto o de aviso por falta de pago, renunciando expresamente a domicilio, ley o excepción que pudiera favorecernos. La transferencia del presente documento requiere de notificación previa al deudor, por escrito.

Panamá, Abril 07 de 2014

Vence en: Abril 2 de 2015

**DEUDOR**
**Firma**
**Nombre:**
Daniel Rodríguez Galarza
**APODERADO GENERAL**
**INMOBILIARIA COSANI, S. A.**

PAID

ITALCOM004

CRP-DOJ-0001798132