# PROMISSORY NOTE

We owe and shall pay to **VENTURE OVERSEAS,** in this city or in the place requested of us, the sum of **FIVE HUNDRED THOUSAND UNITED STATES DOLLARS AND 00/100 (US$500,000.00),** which we have received from said company as a loan at a **5.00% annual** rate; the interest shall be paid upon maturity of this note. The payment obligation shall be satisfied in the same currency or unit in which we have undertaken the obligation.

We expressly record that the period of days after sight runs from the date when, in witness of our agreement and acceptance, we executed this note, exempting the creditor from presentment or from any period for approval and for payment, from protest, or from notice of dishonor, expressly waiving any domicile, law, or defense that could favor us. Transfer of this note requires prior written notice to the debtor.

Panama, May 28, 2014

Matures on: April 2, 2015

**DEBTOR**
**Signature**
**Name:**        *[signature]*
                Daniel Rodríguez Galarza
                **UNIVERSAL AGENT**
                **INMOBILIARIA COSANI, S. A.**



ITALCOM003



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 5-2A

CRP-DOJ-0001798131_TR

# PROMISSORY NOTE

We owe and shall pay to **VENTURE OVERSEAS,** in this city or in the place requested of us, the sum of **FIVE HUNDRED THOUSAND UNITED STATES DOLLARS AND 00/100 (US$500,000.00),** which we have received from said company as a loan at a **5.00% annual** rate; the interest shall be paid upon maturity of this note. The payment obligation shall be satisfied in the same currency or unit in which we have undertaken the obligation.

We expressly record that the period of days after sight runs from the date when, in witness of our agreement and acceptance, we executed this note, exempting the creditor from presentment or from any period for approval and for payment, from protest, or from notice of dishonor, expressly waiving any domicile, law, or defense that could favor us. Transfer of this note requires prior written notice to the debtor.

Panama, April 07, 2014

Matures on: April 2, 2015

**DEBTOR**
**Signature**
**Name:**        *[signature]*
              Daniel Rodríguez Galarza
              **UNIVERSAL AGENT**
              **INMOBILIARIA COSANI, S. A.**

[PAID stamp, 04/3/15]

ITALCOM004