**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-20114-KMW**

**UNITED STATES OF AMERICA**

**vs.**

**CARLOS RAMON POLIT FAGGIONI,**

     **Defendant.**

_____ /

## GOVERNMENT'S INDEX OF ADMITTED TRIAL EXHIBITS

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby files the attached Exhibit List of admitted exhibits.

The government is hereby uploading the following admitted exhibits:  1-1, 1-1A, 1-1B, 1-2, 1-2A, 1-2B, 1-3, 1-3A, 1-3B, 1-4, 1-4A, 1-4B, 1-5, 1-5A, 1-5B, 1-6, 1-6A, 1-6B, 1-7, 1-7A, 1-7B, 1-8, 1-8A, 1-8B, 1-9, 1-9A, 1-10A, 1-11, 1-11A, 1-12, 1-13, 1-14, 1-14A, 1-14B, 1-15, 1-15A, 1-15B, 1-15C, 1-15D, 1-15E, 1-15F, 1-15G, 2-1, 2-1A, 2-2, 2-2A, 2-3, 2-4, 2-4A, 3-1, 3-1A, 3-1B, 3-2, 3-2A, 3-2B, 3-3, 3-3A, 3-3B, 3-4, 3-4A, 3-4B, 3-5, 3-5A, 3-5B, 3-6, 3-6A, 3-6B, 3-6C, 3-9, 3-9A, 4-1, 4-1A, 4-2, 4-2A, 4-3, 4-3A, 4-5, 4-5A, 4-6, 4-6A, 4-6B, 4-6C, 4-7A, 4-8, 4-10, 4-11, 5-1, 5-1A, 5-2, 5-2A, 6-1, 6-1A, 6-2, 6-2A, 6-2B, 6-2C, 6-3A – 6-3F, 6-4, 6-4A, 6-5, 6-5A, 6-6, 7-1. 7-1A, 7-3, 7-3A, 7-4A – 7-4H, 8-1A – 8-1F, 8-2, 8-3, 8-7, 8-7A, 8-7B, 8-7C, 8-9, 8-9A, 8-9B, 9-1, 9-1A – 9-1D, 9-2, 9-3, 9-4, 9-5, 9-7. 9-8, 9-9, 9-10, 10-2A1 – 10-2A3, 10-3, 10-4, 10-4B, 11-4A, 11-4B, 11-4C, 12-1A – 12-1L, 12-2A, 12-2B, 12-3A, 12-3B, 12-3C, 12-4A – 12-4RR, 12-10A, 12-11A, 12-12A, 12-15A – 12-15L, 12-16, 12-17, 12-18, 12-19, 12-20, 12-21, 12-22, 12-23, 12-26, 12-27, 12-28, 13-1, 13-1A, 13-1B, 13-1C, 13-2, 13-2A, 13-2B, 13-2C, 13-3, 13-3A, 13-4, 13-5, 13-6, 14-1, 14-2A, 15-1, 15-1A, 15-2, 15-3, 15-4, 16-1, 20-2, 20-2A, 21, and

22.

Additionally, the following government admitted exhibits (consisting of recordings and composite bank exhibits) 1-10, 1-10B, 1-10C1 – 1-10C14, 4-7, 6-3, 7-4, 9-6, 10-1, 10-1A, 10-2, 10-2A, 10-4A, 10-4C, 10-4C1 – 10-4C5, 12-1, 12-2, 12-3, 12-4, 12-5, 12-10, 12-11, 12-12, 12-13, 12-14, 12-15, 14-2 will be filed conventionally with the Court.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   /s/ Michael N. Berger
Michael Berger
Assistant United States Attorney
Court ID No. A5501557
U.S. Attorney's Office
99 NE 4th Street
Miami, Florida 33132
Telephone: (305) 961-9445
Email: Michael.Berger2@usdoj.gov

**UNITED STATES  v.  CARLOS RAMON POLIT FAGGIONI**
**CASE NO:  22-CR-20114-WILLIAMS-GRAHAM        AUSA / DOJ:     MICHAEL BERGER / JIL SIMON / ALEX KRAMER**

| GX NO. | DESCRIPTION | BATES |
|---|---|---|
| 1-1 | Resolution 2446 | CRP-DOJ-0002392549 |
| 1-1A | Resolution 2446 (Translated) | CRP-DOJ-0002392549_TR |
| 1-1B | Resolution 2446 (Certified) | CRP-DOJ-0003143567 |
| 1-2 | Resolution 2448 | CRP-DOJ-0002392637 |
| 1-2A | Resolution 2448 (Translated) | CRP-DOJ-0002392637_TR |
| 1-2B | Resolution 2448 (Certified) | CRP-DOJ-0003143507 |
| 1-3 | Resolution 2449 | CRP-DOJ-0002392573 |
| 1-3A | Resolution 2449 (Translated) | CRP-DOJ-0002392573_TR |
| 1-3B | Resolution 2449 (Certified) | CRP-DOJ-0003143469 |
| 1-4 | Resolution 2450 | CRP-DOJ-0002392595 |
| 1-4A | Resolution 2450 (Translated) | CRP-DOJ-0002392595_TR |
| 1-4B | Resolution 2450 (Certified) | CRP-DOJ-0003143423 |
| 1-5 | Resolution 2451 | CRP-DOJ-0002392619 |
| 1-5A | Resolution 2451 (Translated) | CRP-DOJ-0002392619_TR |
| 1-5B | Resolution 2451 (Certified) | CRP-DOJ-0003143407 |
| 1-6 | Resolution 2452 | CRP-DOJ-0002392631 |
| 1-6A | Resolution 2452 (Translated) | CRP-DOJ-0002392631_TR |
| 1-6B | Resolution 2452 (Certified) | CRP-DOJ-0003143399 |
| 1-7 | Resolution 2453 | CRP-DOJ-0002392649 |
| 1-7A | Resolution 2453 (Translated) | CRP-DOJ-0002392649_TR |
| 1-7B | Resolution 2453 (Certified) | CRP-DOJ-0003143377 |
| 1-8 | Resolution 2454 | CRP-DOJ-0002392663 |
| 1-8A | Resolution 2454 (Translated) | CRP-DOJ-0002392663_TR |
| 1-8B | Resolution 2454 (Certified) | CRP-DOJ-0003143355 |
| 1-9 | Resolution 2599 | CRP-DOJ-0002392675 |
| 1-9A | Resolution 2599 (Translated) | CRP-DOJ-0002392675_TR |
| 1-10 | Recording on July 23, 2016 | CRP-DOJ-0001798253 |
| 1-10A | Certified Transcription and Translation of Recording on July 23, 2016 (side by side) | CRP-DOJ-0001798253_TR |
| 1-10B | Recording combined with rolling certified English trasnscript/translation | |
| 1-10c1 | Excerpt of 1-10B (01:15 - 1:55) | |

**UNITED STATES  v.  CARLOS RAMON POLIT FAGGIONI**
**CASE NO:  22-CR-20114-WILLIAMS-GRAHAM        AUSA / DOJ:     MICHAEL BERGER / JIL SIMON / ALEX KRAMER**

| GX NO. | DESCRIPTION | BATES |
|---|---|---|
| 1-10c2 | Excerpt of 1-10B (02:49 - 03:04) | |
| 1-10c3 | Excerpt of 1-10B (07:57 – 08:22) | |
| 1-10c4 | Excerpt of 1-10B (08:36 - 08:41) | |
| 1-10c5 | Excerpt of 1-10B (12:03 - 12:59) | |
| 1-10c6 | Excerpt of 1-10B (13:00 - 14:17) | |
| 1-10c7 | Excerpt of 1-10B  (17:02 - 19:13) | |
| 1-10c8 | Excerpt of 1-10B  (25:27 - 26:00) | |
| 1-10c9 | Excerpt of 1-10B  (28:59 - 29:19) | |
| 1-10c10 | Excerpt of 1-10B  (30:19 - 30:46) | |
| 1-10c11 | Excerpt of 1-10B  (31:11 – 31:18) | |
| 1-10c12 | Excerpt of 1-10B  (35:12 - 35:25) | |
| 1-10c13 | Excerpt of 1-10B  (36:15 - 37:01) | |
| 1-10c14 | Excerpt of 1-10B  (37:47 - 38:27) | |
| 1-11 | Text Message Between Santos and Polit | CRP-DOJ-0000451774 |
| 1-11A | Text Message Between Santos and Polit (Translated) | CRP-DOJ-0000451774_TR |
| 1-12 | Handwritten Note with Bank Account Info | CRP-DOJ-0000173645 |
| 1-13 | Non Prosecution Agreement (Santos) | CRP-DOJ-0003142547 |
| 1-14 | Ecuador photos | CRP-DOJ-0003142765 |
| 1-14A | Swissotel photos | CRP-DOJ-0003142765 |
| 1-14B | World Trade Center photos | CRP-DOJ-0003142768 |
| 1-15 | San Francisco project photo | CRP-DOJ-0003144782 |
| 1-15A | San Francisco project photo | CRP-DOJ-0003144784 |
| 1-15B | Manduriacu project photo | CRP-DOJ-0003144777 |
| 1-15C | La Esperanza project photo | CRP-DOJ-0003144775 |
| 1-15D | La Esperanza project photo | CRP-DOJ-0003144776 |
| 1-15E | Pacific Refinery project photo | CRP-DOJ-0003144774 |
| 1-15F | Daule Vinces project photo | CRP-DOJ-0003144773 |
| 1-15G | Poliduct project photo | CRP-DOJ-0003144778 |
| 2-1 | Spreadsheet of Acomp Miami | CRP-DOJ-0000173639 |
| 2-1A | Spreadsheet of Acomp Miami (Translated) | CRP-DOJ-0000173639_TR |
| 2-2 | Spreadsheet of Acomp Official - 27.05.2014 | CRP-DOJ-0000173640 |
| 2-2A | Spreadsheet of Acomp Official - 27.05.2014 (Translated) | CRP-DOJ-0000173640_TR |

**UNITED STATES  v.  CARLOS RAMON POLIT FAGGIONI**

**CASE NO:  22-CR-20114-WILLIAMS-GRAHAM          AUSA / DOJ:     MICHAEL BERGER / JIL SIMON / ALEX KRAMER**

| GX NO. | DESCRIPTION | BATES |
|---|---|---|
| 2-3 | Non Prosecution Agreement (De Souza) | CRP-DOJ-0003142560 |
| 2-4 | Spreadsheet of Acomp Oficial | CRP-DOJ-0000173641 |
| 2-4A | Translation of Spreadsheet of Acomp Oficial | CRP-DOJ-0000173641_TR |
| 3-1 | April 2, 2014 Email from Tumaine to Gigo / Giginho | DROUSYS_0000284879 |
| 3-1A | April 2, 2014 Email Attachment (Archive 145) | DROUSYS_0000284886 |
| 3-1B | Translation of April 2, 2014 Email | DROUSYS_0000284879_TR |
| 3-2 | May 13, 2014 Email from Tumaine to Gigo / Giginho | DROUSYS_0000223313 |
| 3-2A | May 13, 2014 Email Attachment (Archive 198) | DROUSYS_0000223317 |
| 3-2B | Translation of May 13, 2014 Email | DROUSYS_0000223313_TR |
| 3-3 | May 20, 2014 Email from Tumaine to Gigo / Giginho | DROUSYS_0000223279 |
| 3-3A | May 20, 2014 Email Attachment (Archive 208) | DROUSYS_0000223280 |
| 3-3B | Translation of May 26, 2014 Email and Attachment | DROUSYS_0000223279_TR |
| 3-4 | August 29, 2014 Email from Tumaine to Gigo / Giginho | DROUSYS_0000223919 |
| 3-4A | August 29, 2014 Email Attachment (Archive 323) | DROUSYS_0000223920 |
| 3-4B | Translation of August 29, 2014 Email and Attachment | DROUSYS_0000223919_TR |
| 3-5 | September 8, 2014 Email from Tumaine to Gigo / Giginho | DROUSYS_0003937039 |
| 3-5A | September 8, 2014 Email Attachment (Archive 331) | DROUSYS_0003937042 |
| 3-5B | Translation of September 8, 2014 Email and Attachment | DROUSYS_0003937039_TR |
| 3-6 | October 7, 2014 Email from Tumaine to Gigo / Giginho | DROUSYS_0000224157 |
| 3-6A | October 7, 2014 Email Attachment (Archive 374) | DROUSYS_0000224158 |
| 3-6B | Translation of October 7, 2014 Email | DROUSYS_0000224157_TR |
| 3-6C | Translation of October 7, 2014 Attachment | DROUSYS_0000224158_TR |
| 3-9 | Rodriguez Account Spreadsheet | DROUSYS_0003950268 |
| 3-9A | Translation of Rodriguez Account Spreadsheet | DROUSYS_0003950268_TR |
| 4-1 | March 14, 2014 Email from Luis Neme to John Polit | CRP-DOJ-0001442775 |
| 4-1A | Translation of March 14, 2014 Email | CRP-DOJ-0001442775_TR |
| 4-2 | May 11, 2014 Email from John Polit to Carlos Polit | CRP-DOJ-0001435928 |
| 4-2A | Translation of May 11, 2014 Email | CRP-DOJ-0001435928_TR |
| 4-3 | May 14, 2014 Email from Carlos Polit to John Polit | CRP-DOJ-0001435929 |
| 4-3A | Translation of May 14, 2014 Email | CRP-DOJ-0001435929_TR |
| 4-5 | September 14, 2016 Email from John Polit to Mauricio Neme | CRP-DOJ-0001265161 |
| 4-5A | Translation of September 14, 2016 Email | CRP-DOJ-0001265161_TR |

**UNITED STATES  v.  CARLOS RAMON POLIT FAGGIONI**

**CASE NO:  22-CR-20114-WILLIAMS-GRAHAM          AUSA / DOJ:     MICHAEL BERGER / JIL SIMON / ALEX KRAMER**

| GX NO. | DESCRIPTION | BATES |
|---|---|---|
| 4-6 | October 7, 2016 Email from Mauricio Neme to John Polit | CRP-DOJ-0001264333 |
| 4-6A | October 7, 2016 Email Attachment | CRP-DOJ-0001264334 |
| 4-6B | Translation of October 7, 2016 Email | CRP-DOJ-0001264333_TR |
| 4-6C | Translation of October 7, 2016 Email Attachment | CRP-DOJ-0001264334_TR |
| 4-7 | Plastiquim Bank Records | CRP-DOJ-0000477357 |
| 4-7A | Plastiquim -- Wire Transfer Record | CRP-DOJ-0000477473 |
| 4-8 | Plastiquim Promissory Note to Venture Overseas | CRP-DOJ-0000436988 |
| 4-10 | Wires 395K LOAN - Venture | CRP-DOJ-0003142892 |
| 4-11 | Wires 700K LOAN - Venture | CRP-DOJ-0003142893 |
| 5-1 | Italcom Promissory Notes to Venture Overseas | CRP-DOJ-0001798129 |
| 5-1A | Translation of Italcom Promissory Notes | CRP-DOJ-0001798129_TR |
| 5-2 | Cosani Promissory Notes to Venture Overseas | CRP-DOJ-0001798131 |
| 5-2A | Translation of Cosani Promissory Notes | CRP-DOJ-0001798131_TR |
| 6-1 | November 22, 2014 Email from JCP Reports to Andretta | CRP-DOJ-0000015974 |
| 6-1A | Translation of November 22, 2014 Email | CRP-DOJ-0000015974_TR |
| 6-2 | Janaury 28, 2015 Email from Andretta to John Polit | CRP-DOJ-0001396235 |
| 6-2A | January 28, 2015 Email Attachment | CRP-DOJ-0001396236 |
| 6-2B | Translation of January 28, 2015 Email | CRP-DOJ-0001396235_TR |
| 6-2C | Translation of January 28, 2015 Email Attachment | CRP-DOJ-0001396236_TR |
| 6-3 | Italcom Bank Records | CRP-DOJ-0002074130 |
| 6-3A | Italcom Statement -- Aug 2014 | CRP-DOJ-0002074261 |
| 6-3B | Translation of Italcom Statement Aug 2014 | CRP-DOJ-0002074261_TR |
| 6-3C | Italcom Statement -- Sept 2014 | CRP-DOJ-0002074273 |
| 6-3D | Translation of Italcom Statement Sept 2014 | CRP-DOJ-0002074273_TR |
| 6-3E | Italcom Transfer -- Nov 2014 Swift | CRP-DOJ-0002074319 |
| 6-3F | Italcom Transfer -- Dec 2014 Swift | CRP-DOJ-0002074399 |
| 6-4 | Italcom wire details | CRP-DOJ-0003142727 |
| 6-4A | Translation of Italcom wire details | CRP-DOJ-0003142727_TR |
| 6-5 | Andretta email to John Polit Aug 6, 2014 sending Italcom account information | CRP-DOJ-0000015352 |
| 6-5A | Translation of Andretta email to John Polit Aug 6, 2014 | CRP-DOJ-0000015352_TR |

**UNITED STATES  v.  CARLOS RAMON POLIT FAGGIONI**

**CASE NO:  22-CR-20114-WILLIAMS-GRAHAM          AUSA / DOJ:     MICHAEL BERGER / JIL SIMON / ALEX KRAMER**

| GX NO. | DESCRIPTION | BATES |
|---|---|---|
| 6-6 | John Polit email to Karla Polit Aug 7, 2014 sending Italcom account information | CRP-DOJ-0001425328 |
| 7-1 | March 26, 2014 Email from Del Morla to John Polit | CRP-DOJ-0001441629 |
| 7-1A | Translation of March 26, 2014 Email | CRP-DOJ-0001441629_TR |
| 7-3 | April 26, 2016 Email from John Polit to John Polit | CRP-DOJ-0001288461 |
| 7-3A | April 26, 2016 Email Attachment | CRP-DOJ-0001288462 |
| 7-4 | Cosani Bank Records | CRP-DOJ-0000480514 |
| 7-4A | Cosani Bank Statement - April 2014 | CRP-DOJ-0000480626 |
| 7-4B | Translation of Cosani Bank Statement - April 2014 | CRP-DOJ-0000480626_TR |
| 7-4C | Cosani Bank Statement - May 2014 | CRP-DOJ-0000480627 |
| 7-4D | Translation of Cosani Bank Statement - May 2014 | CRP-DOJ-0000480627_TR |
| 7-4E | Cosani Transfers - February - June 2014 | CRP-DOJ-0000480670 |
| 7-4F | Translation of Cosani Transfers - February - June 2014 | CRP-DOJ-0000480670_TR |
| 7-4G | Cosani Transfers - September 2014 - February 2015 | CRP-DOJ-0000480663 |
| 7-4H | Translation of Cosani Transfers - September 2014 - February | CRP-DOJ-0000480663_TR |
| 8-1A | Gomez -- WhatsApp Chat -- August 27, 2014 | CRP-DOJ-0001243206 |
| 8-1B | Gomez -- WhatsApp Chat -- August 27, 2014 Translation | CRP-DOJ-0001243206_TR |
| 8-1C | Gomez -- WhatsApp Chat -- March 17, 2015 | CRP-DOJ-0002407381 |
| 8-1D | Gomez -- WhatsApp Chat -- March 17, 2015 Translation | CRP-DOJ-0002407381_TR |
| 8-1E | Gomez -- WhatsApp Chat -- July 23, 2015 | CRP-DOJ-0002407382 |
| 8-1F | Gomez -- WhatsApp Chat -- July 23, 2015 Translation | CRP-DOJ-0002407382_TR |
| 8-2 | State of Florida Records -- American Land Investment & Development | CRP-DOJ-0002403269 |
| 8-3 | State of Florida Records -- Kuadra LLC | CRP-DOJ-0002403375 |
| 8-7 | April 19, 2014 Email from JCP Reports to CGP Reports | CRP-DOJ-0000013610 |
| 8-7A | April 19, 2014 Email Attachment | CRP-DOJ-0000013611 |
| 8-7B | Translation of April 19, 2014 Email from JCP Reports to CGP Reports | CRP-DOJ-0000013610_TR |
| 8-7C | Translation of April 19, 2014 Email Attachment | CRP-DOJ-0000013611_TR |
| 8-9 | October 14, 2014 Email from John Polit to John Polit re Venture | CRP-DOJ-0001416839 |
| 8-9A | October 14, 2014 Email Attachment | CRP-DOJ-0001416840 |
| 8-9B | Translation of October 14, 2014 Email Attachment | CRP-DOJ-0001416840_TR |

UNITED STATES  v.  CARLOS RAMON POLIT FAGGIONI

CASE NO:  22-CR-20114-WILLIAMS-GRAHAM          AUSA / DOJ:     MICHAEL BERGER / JIL SIMON / ALEX KRAMER

| GX NO. | DESCRIPTION | BATES |
|---|---|---|
| 9-1 | August 7, 2015 Email from Daniel Liste to John Polit | CRP-DOJ-0001354873 |
| 9-1A | August 7, 2015 Email Attachment 1 | CRP-DOJ-0001354874 |
| 9-1B | August 7, 2015 Email Attachment 2 | CRP-DOJ-0001354880 |
| 9-1C | August 7, 2015 Email Attachment 3 | CRP-DOJ-0001354886 |
| 9-1D | August 7, 2015 Email from Daniel Liste to John Polit Translation | CRP-DOJ-0001354873_TR |
| 9-2 | State of Florida Records -- Invecon LLC | CRP-DOJ-0002403334 |
| 9-3 | State of Florida Records -- JC Funds LLC | CRP-DOJ-0002403346 |
| 9-4 | State of Florida Records -- Los Pinos Home LLC | CRP-DOJ-0002403396 |
| 9-5 | Los Pinos Home LLC sale settlement papers | CRP-DOJ-0001254537 |
| 9-6 | Los Pinos Home LLC account opening documents | CRP-DOJ-0000166805 |
| 9-7 | Los Pinos HUD (purchase) - buyer signed | CRP-DOJ-0000251577 |
| 9-8 | Los Pinos HUD (purchase) - seller signed | CRP-DOJ-0000251579 |
| 9-9 | 7233 Los Pinos Photo | CRP-DOJ-0003142968 |
| 9-10 | 7233 Los Pinos Photo | CRP-DOJ-0003142969 |
| 10-1 | Merrill Lynch -- Global Reinsurance Broker | CRP-DOJ-0000300077 |
| 10-1A | Merrill Lynch -- Global Reinsurance Broker Wire | CRP-DOJ-0000302224 |
| 10-2 | Merrill Lynch -- Hendricks Trading | CRP-DOJ-0000304432 |
| 10-2A | Merrill Lynch -- Hendricks Trading Wire | CRP-DOJ-0000305691 |
| 10-2A1 | Merrill Lynch -- Hendricks Trading Wire Excerpt | CRP-DOJ000305691_005 |
| 10-2A2 | Merrill Lynch -- Hendricks Trading Wire Excerpt | CRP-DOJ-000305691_022 |
| 10-2A3 | Merrill Lynch -- Hendricks Trading Wire Excerpt | CRP-DOJ000305691_050 |
| 10-3 | Non-Prosecution Agreement (Sanchez) | CRP-DOJ-0003142567 |
| 10-4 | Transcription/Translation of Sanchez/Polit recording | CRP-DOJ-0003144669 |
| 10-4A | Recording of Sanchez and Polit - Oct 15 | CRP-DOJ-0001244236 |
| 10-4B | Excerpts of transcription/translation | |
| 10-4C | Recording combined with rolling certified English trasnscript/translation | |
| 10-4c1 | Excerpt of 10-4B (1:21:20 - 1:21:46) | |
| 10-4c2 | Excerpt of 10-4B (1:23:44 - 1:24:17) | |
| 10-4c3 | Excerpt of 10-4B (1:25:45 - 1:32:02) | |
| 10-4c4 | Excerpt of 10-4B (1:35:10 - 1:36:11) | |
| 10-4c5 | Excerpt of 10-4B (1:39:00 - 1:41:14) | |

**UNITED STATES  v.  CARLOS RAMON POLIT FAGGIONI**
**CASE NO:  22-CR-20114-WILLIAMS-GRAHAM          AUSA / DOJ:     MICHAEL BERGER / JIL SIMON / ALEX KRAMER**

| GX NO. | DESCRIPTION | BATES |
|---|---|---|
| 11-4A | Carlos Polit Travel Records | CRP-DOJ-0002403075 |
| 11-4B | John Polit Travel Records | CRP-DOJ-0002403086 |
| 11-4C | POLIT, Karla Travel 04.01.24 | CRP-DOJ-0003145202 |
| 12-1 | Suntrust Bank -- Venture Overseas Account (7442) | CRP-DOJ-0000389610 to CRP-DOJ-0000391016 |
| 12-1A | Suntrust Bank -- Venture Overseas -- October 2014 Statement | CRP-DOJ-0000389655 |
| 12-1B | Suntrust Bank -- Venture Overseas Wire (Cosani) Oct 1, 2014 Swift | CRP-DOJ-0000390929 |
| 12-1C | Suntrust Bank -- Venture Overseas Wire (Cosani) Dec 2, 2014 Swift | CRP-DOJ-0000390936 |
| 12-1D | Suntrust Bank -- Venture Overseas -- June 2014 Statement | CRP-DOJ-0000389647 |
| 12-1E | Suntrust Bank -- Venture Overseas Wire (Plastiquim) Jun 20, 2014 Swift | CRP-DOJ-0000390914 |
| 12-1F | Suntrust Bank -- Venture Overseas -- Aug 2014 Statement | CRP-DOJ-0000389651 |
| 12-1G | Suntrust Bank -- Venture Overseas Wire (Tuberias Pacifico) Aug 15, 2014 Swift | CRP-DOJ-0000390921 |
| 12-1H | Suntrust Bank -- Venture Overseas -- Oct 2016 Statement | CRP-DOJ-0000389703 |
| 12-1I | Suntrust Bank -- Venture Overseas Wire (Plastiquim) Oct 7, 2016 Swift | CRP-DOJ-0000390993 |
| 12-1J | Suntrust Bank -- Venture Overseas -- May 2016 Statement | CRP-DOJ-0000389693 |
| 12-1K | Suntrust Bank -- Venture Overseas Wire -- May 27, 2016 Swift | CRP-DOJ-0000390986 |
| 12-1L | Suntrust Bank -- Venture Overseas Wire (Cosani) Oct 29, 2014 Swift | CRP-DOJ-0000390932 |
| 12-2 | Suntrust Bank -- Venture Overseas Account (0434) | CRP-DOJ-0000374716 to CRP-DOJ-0000374727 |
| 12-2A | Suntrust Bank -- Venture Overseas Wire (Italcom) Mar 2016 Statement | CRP-DOJ-0000374720 |
| 12-2B | Suntrust Bank -- Venture Overseas Wire (Italcom) Mar 22, 2016 Swift | CRP-DOJ-0000374723 |
| 12-3 | Suntrust Bank -- American Land Investment & Development | CRP-DOJ-0000394298 to CRP-DOJ-0000394670 |
| 12-3A | Suntrust Bank -- American Land -- Dec 2015 Statement | CRP-DOJ-0000394352 |

**UNITED STATES  v.  CARLOS RAMON POLIT FAGGIONI**

**CASE NO:  22-CR-20114-WILLIAMS-GRAHAM          AUSA / DOJ:     MICHAEL BERGER / JIL SIMON / ALEX KRAMER**

| GX NO. | DESCRIPTION | BATES |
|---|---|---|
| 12-3B | Suntrust Bank -- American Land Wire (Global Reinsurance) Dec 2, 2015 Swift | CRP-DOJ-0000394643 |
| 12-3C | Suntrust Bank -- American Land $300K check to Invecon | CRP-DOJ-0000394591 |
| 12-4 | Suntrust Bank -- Invecon Account | CRP-DOJ-0000403241 to CRP-DOJ-0000403697 |
| 12-4A | Suntrust Bank -- Invecon Check ($4,000) | CRP-DOJ-0000403412 |
| 12-4B | Suntrust Bank -- Invecon Check ($23,324) | CRP-DOJ-0000403413 |
| 12-4C | Suntrust Bank -- Invecon Check ($2,400) | CRP-DOJ-0000403417 |
| 12-4D | Suntrust Bank -- Invecon Check ($4,228.77) | CRP-DOJ-0000403418 |
| 12-4E | Suntrust Bank -- Invecon Check ($2,350) | CRP-DOJ-0000403419 |
| 12-4F | Suntrust Bank -- Invecon Check ($2,100) | CRP-DOJ-0000403420 |
| 12-4G | Suntrust Bank -- Invecon Check ($5,000) | CRP-DOJ-0000403421 |
| 12-4H | Suntrust Bank -- Invecon Check ($2,601.58) | CRP-DOJ-0000403422 |
| 12-4I | Suntrust Bank -- Invecon Check ($3,000) | CRP-DOJ-0000403436 |
| 12-4J | Suntrust Bank -- Invecon Check ($2,500) | CRP-DOJ-0000403438 |
| 12-4K | Suntrust Bank -- Invecon Check ($5,510.77) | CRP-DOJ-0000403440 |
| 12-4L | Suntrust Bank -- Invecon Check ($45,627.45) | CRP-DOJ-0000403441 |
| 12-4M | Suntrust Bank -- Invecon Check ($3,000) | CRP-DOJ-0000403442 |
| 12-4N | Suntrust Bank -- Invecon Check ($3,000) | CRP-DOJ-0000403443 |
| 12-4O | Suntrust Bank -- Invecon Check ($5,000) | CRP-DOJ-0000403462 |
| 12-4P | Suntrust Bank -- Invecon Check ($10,000) | CRP-DOJ-0000403461 |
| 12-4Q | Suntrust Bank -- Invecon Check ($3,000) | CRP-DOJ-0000403465 |
| 12-4R | Suntrust Bank -- Invecon Check ($15,000) | CRP-DOJ-0000403466 |
| 12-4S | Suntrust Bank -- Invecon Check ($11,448) | CRP-DOJ-0000403467 |
| 12-4T | Suntrust Bank -- Invecon Check ($4,000) | CRP-DOJ-0000403468 |
| 12-4U | Suntrust Bank -- Invecon Check ($4,000) | CRP-DOJ-0000403471 |
| 12-4V | Suntrust Bank -- Invecon Check ($5,100) | CRP-DOJ-0000403472 |
| 12-4W | Suntrust Bank -- Invecon Check ($5,000) | CRP-DOJ-0000403475 |
| 12-4X | Suntrust Bank -- Invecon Check ($6,543) | CRP-DOJ-0000403626 |
| 12-4Y | Suntrust Bank -- Invecon Check ($11,540) | CRP-DOJ-0000403632 |
| 12-4Z | Suntrust Bank -- Invecon Check ($35,228) | CRP-DOJ-0000403634 |
| 12-4AA | Suntrust Bank -- Invecon Check ($3,340) | CRP-DOJ-0000403639 |

UNITED STATES  v.  CARLOS RAMON POLIT FAGGIONI

**CASE NO:  22-CR-20114-WILLIAMS-GRAHAM          AUSA / DOJ:     MICHAEL BERGER / JIL SIMON / ALEX KRAMER**

| GX NO. | DESCRIPTION | BATES |
|---|---|---|
| 12-4BB | Suntrust Bank -- Invecon Check ($7,283) | CRP-DOJ-0000403650 |
| 12-4CC | Suntrust Bank -- Invecon Check ($3,500) | CRP-DOJ-0000403651 |
| 12-4DD | Suntrust Bank -- Invecon Check ($2,190) | CRP-DOJ-0000403652 |
| 12-4EE | Suntrust Bank -- Invecon Check ($1,855) | CRP-DOJ-0000403653 |
| 12-4FF | Suntrust Bank -- Invecon Check ($2,000) | CRP-DOJ-0000403654 |
| 12-4GG | Suntrust Bank -- Invecon Check ($2,729) | CRP-DOJ-0000403655 |
| 12-4HH | Suntrust Bank -- Invecon Check ($6,400) | CRP-DOJ-0000403656 |
| 12-4II | Suntrust Bank -- Invecon Check ($11,600) | CRP-DOJ-0000403447 |
| 12-4JJ | Suntrust Bank -- Invecon Check ($3,000) | CRP-DOJ-0000403448 |
| 12-4KK | Suntrust Bank -- Invecon Check ($4,921) | CRP-DOJ-0000403450 |
| 12-4LL | Suntrust Bank -- Invecon Check ($3,000) | CRP-DOJ-0000403451 |
| 12-4MM | Suntrust Bank -- Invecon Check ($4,000) | CRP-DOJ-0000403446 |
| 12-4NN | Suntrust Bank -- Invecon Check ($2,000) | CRP-DOJ-0000403454 |
| 12-4OO | Suntrust Bank -- Invecon Check ($7,000) | CRP-DOJ-0000403457 |
| 12-4PP | Suntrust Bank -- Invecon Check ($10,496) | CRP-DOJ-0000403456 |
| 12-4QQ | Suntrust Bank -- Invecon Check ($2,900) | CRP-DOJ-0000403458 |
| 12-4RR | Suntrust Bank -- Invecon Check ($2,350) | CRP-DOJ-0000403459 |
| 12-5 | Suntrust Bank - Kuadra Account (2004) | CRP-DOJ-0000391768 to CRP-DOJ-0000392230 |
| 12-10 | City National -- Los Pinos Home (3202) | CRP-DOJ-0000166805 |
| 12-10A | Los Pinos April 2017 statement and 4/28/17 wire details | CRP-DOJ-0000166851 |
| 12-11 | Bank of Am. -- Thomas Kucera (0819) | CRP-DOJ-0000137134 |
| 12-11A | Kucera (0819) May 2016 statement | CRP-DOJ-0000137329 |
| 12-12 | Bank of Am. -- Thomas Kucera (9758) | CRP-DOJ-0000147139 |
| 12-12A | Kucera (9758) June 2016 statement | CRP-DOJ-0000147215 |
| 12-13 | Suntrust Bank - Venture Overseas (7442) 2011-2013 | CRP-DOJ-0000373255 |
| 12-14 | Suntrust Bank - Venture Overseas (7442) checks 2011 | CRP-DOJ-0000373849 |
| 12-15 | Suntrust Bank - Venture Overseas | CRP-DOJ-0000374513 |
| 12-15A | Suntrust wire details - Plastiquim EIRL to Venture $6583 | CRP-DOJ-0000374561 |
| 12-15B | Suntrust wire details - Plastiquim EIRL to Venture $1350 | CRP-DOJ-0000374570 |
| 12-15C | Suntrust wire details - Plastiquim EIRL to Venture $2800 | CRP-DOJ-0000374577 |
| 12-15D | Suntrust wire details - Plastiquim EIRL to Venture $2800 | CRP-DOJ-0000374584 |

**UNITED STATES  v.  CARLOS RAMON POLIT FAGGIONI**

**CASE NO:  22-CR-20114-WILLIAMS-GRAHAM          AUSA / DOJ:     MICHAEL BERGER / JIL SIMON / ALEX KRAMER**

| GX NO. | DESCRIPTION | BATES |
|---|---|---|
| 12-15E | Suntrust wire details - Plastiquim EIRL to Venture $2800 | CRP-DOJ-0000374592 |
| 12-15F | Suntrust wire details - Plastiquim EIRL to Venture $2800 | CRP-DOJ-0000374600 |
| 12-15G | Suntrust wire details - Plastiquim EIRL to Venture $2800 | CRP-DOJ-0000374604 |
| 12-15H | Suntrust wire details - Plastiquim EIRL to Venture $2800 | CRP-DOJ-0000374611 |
| 12-15I | Suntrust wire details - Plastiquim EIRL to Venture $2800 | CRP-DOJ-0000374617 |
| 12-15J | Suntrust wire details - Plastiquim SA to Venture $2775 | CRP-DOJ-0000374627 |
| 12-15K | Suntrust wire details - Plastiquim SA to Venture $5600 | CRP-DOJ-0000374640 |
| 12-15L | Suntrust wire details - Plastiquim SA to Venture $2901 | CRP-DOJ-0000374691 |
| 12-16 | Summary exhibit | CRP-DOJ-0003146327 |
| 12-17 | Summary exhibit | CRP-DOJ-0003146328 |
| 12-18 | Summary exhibit | CRP-DOJ-0003146329 |
| 12-19 | Summary exhibit | CRP-DOJ-0003146332 |
| 12-20 | Summary exhibit | CRP-DOJ-0003146335 |
| 12-21 | Summary exhibit | CRP-DOJ-0003146338 |
| 12-22 | Summary exhibit | CRP-DOJ-0003146341 |
| 12-23 | Summary exhibit | CRP-DOJ-0003146344 |
| 12-24 | Summary exhibit | CRP-DOJ-0003146347 |
| 12-25 | Summary exhibit | CRP-DOJ-0003146350 |
| 12-26 | Summary exhibit | CRP-DOJ-0003146351 |
| 12-27 | Summary exhibit | CRP-DOJ-0003146354 |
| 12-28 | Summary exhibit | CRP-DOJ-0003146356 |
| 13-1 | March 3, 2016 email from John Polit to Devos forwarding attachment of Global Reinsurance "model invoice" for $510,000 from Loli Beltran | CRP-DOJ-0001301029 |
| 13-1A | Attached Global Reinsurance "model invoice" for $510,000 | CRP-DOJ-0001301030 |
| 13-1B | Translation of March 3, 2016 email from John Polit to Devos | CRP-DOJ-0001301029_TR |
| 13-1C | Translation of attached Global Reinsurance "model invoice" | CRP-DOJ-0001301030_TR |
| 13-2 | March 4, 2016 email from Devos to Loli Beltran attaching "revised invoice" | CRP-DOJ-0001244220 |
| 13-2A | Attached "revised invoice" from American Land to Global Reinsurance for $510,000 | CRP-DOJ-0001244221 |
| 13-2B | Translation of March 4, 2016 email from Devos to Loli Beltran | CRP-DOJ-0001244220_TR |

**UNITED STATES  v.  CARLOS RAMON POLIT FAGGIONI**
**CASE NO:  22-CR-20114-WILLIAMS-GRAHAM        AUSA / DOJ:    MICHAEL BERGER / JIL SIMON / ALEX KRAMER**

| GX NO. | DESCRIPTION | BATES |
|---|---|---|
| 13-2C | Translation of attached "revised invoice" from American Land to Global Reinsurance | CRP-DOJ-0001244221_TR |
| 13-3 | March 4, 2016 email from John Polit to Loli Beltran asking whether  invoice number 101 is ok | CRP-DOJ-0001301031 |
| 13-3A | Translation of March 4, 2016 email from John Polit to Loli | CRP-DOJ-0001301031_TR |
| 13-4 | 1900 Office Building HUD | CRP-DOJ-0000248744 |
| 13-5 | State of Florida Records -- 1900 Office Building | CRP-DOJ-0002403229 |
| 13-6 | 1900 Office Building photo | CRP-DOJ-0003142967 |
| 14-1 | Non Prosecution Agreement (Rodrigues) | CRP-DOJ-0003142556 |
| 14-2 | Select Engineering Account Records | CRP-DOJ-0000476968 |
| 14-2A | Select Engineering Statement -- September 2014 | CRP-DOJ-0000477021 |
| 15-1 | Search warrant items list (Polit residence, Guayaquil) | CRP-DOJ-0002403063 |
| 15-1A | Translation of Search warrant items list (Polit residence, | CRP-DOJ-0002403063_TR |
| 15-2 | Search warrant photos (Polit residence, Guayaquil) | CRP-DOJ-0002403065 |
| 15-3 | Search warrant items photos (Polit residence, Guayaquil) | CRP-DOJ-0002403074 |
| 15-4 | Picture of Polit Residence | CRP-DOJ-0003143096 |
| 16-1 | Plea Agreement (Ribas) | CRP-DOJ-0003143097 |
| 20-2 | January 11, 2016 Email from Carlos Polit to Lachaga | Polit-Hotmail_0000012511 |
| 20-2A | Translation January 11, 2016 Email from Carlos Polit to Lachaga | Polit-Hotmail_0000012511_TR |
| 21 | US v. Polit Stipulation | |
| 22 | December 1, 2015 Email from JCP Reports | CRP-DOJ-0000017195 |