# Re: TRANSFERENCIA

**From:** Reports <reports.jcp@▇▇▇>
**To:** antonio andretta <aandretta@▇▇▇>
**Date:** Sat, 22 Nov 2014 12:43:35 +0000

Que fue antonio !

Sarawak corp es la compania.

Gracias

Un abrazo

John


Sent from my iPhone

On Nov 21, 2014, at 2:37 PM, "antonio andretta" <aandretta@▇▇▇> wrote:

> Que fue John... hasta la manana no hemos recibido la segunda...
>
> Si recibimos una de 300, pero neceisto me confirmes quien es el ordenante para asegurar que es de uds, y no de algun cliente.
>
> Slds
>
> aa
>
>
> **From:** Jcp Reports [mailto:reports.jcp@▇▇▇]
> **Sent:** Friday, November 21, 2014 9:43 10001-4812-2137 AM
>
>> **To:** antonio andretta
>> **Subject:** Re: TRANSFERENCIA
>>
>> Antonio total estoy enviando 700
>>
>> Fueron 300 y como 346 si no me equivoco...
>>
>> Me avisas. ya la primera debiste recibir, la segunda capaz ayer o hoy..
>>
>> un abrazo
>>
>> On Tue, Nov 18, 2014 at 10:20 AM, antonio andretta <aandretta@▇▇▇> wrote:



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 6-1

CRP-DOJ-0000015974

Favor confirmame esto...

aa

**From:** Antonio Andretta [mailto:aandretta@█████]
**Sent:** Monday, November 17, 2014 1:14 PM
**To:** John Polit
**Subject:** Re: TRANSFERENCIA

Ok me puedes confirmar el monto y el ordenante
Slds
Aa

On Nov 17, 2014 1:04 PM, "Reports" <reports.jcp@█████> wrote:

> Que fue antonio si te envie la mitad del saldo y te estoy haciendo la otra mitad para completar lo acordado con roberto
>
> Un abrazo
>
> Sent from my iPhone
>
> On Nov 17, 2014, at 1:03 PM, "antonio andretta" <aandretta@█████> wrote:
>
>> Hola John,
>>
>> Como vas? Puedes confirmarme si la semana pasada hiciste alguna transferencia o si tienes pendiente realizar alguna mas?
>>
>> Slds
>>
>> antonio
>>
>> <~WRD003.jpg>  This email is free from viruses and malware because avast! Antivirus protection is active.

<~WRD003.jpg>  This email is free from viruses and malware because avast! Antivirus protection is active.

This email is free from viruses and malware because avast! Antivirus protection is active.