**Re: TRANSFER**

**From:** Reports <reports.jcp@▮▮▮▮>
**To:** antonio andretta <aandretta@▮▮▮▮>
**Date:** Sat, 22 Nov 2014 12:43:35 +0000

What's up Antonio!

Sarawak corp is the company.

Thank you

Take care

John


Sent from my iPhone

On Nov 21, 2014, at 2:37 PM, "antonio andretta" <aandretta@▮▮▮▮> wrote:


What's up John... as of this morning, we haven't received the second one...

We did receive one that was 300, but I need you to confirm who is the payer to make sure it is from you, and not from some customer.

Regards

aa


**From:** Jcp Reports [mailto:reports.jcp@▮▮▮▮]
**Sent:** Friday, November 21, 2014 9:43 10001-4812-2137 AM

**To:** antonio andretta
**Subject:** Re: TRANSFER

Antonio, I am sending a total of 700

It was 300 and about 346, if I'm not mistaken...

Let me know. You should have already received the first one, the second one maybe yesterday or today...

Take care


On Tue, Nov 18, 2014 at 10:20 AM, antonio andretta <aandretta@▮▮▮▮> wrote:



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 6-1A

CRP-DOJ-0000015974_TR

Please confirm this for me...

aa

**From:** Antonio Andretta [mailto:aandretta@███████]
**Sent:** Monday, November 17, 2014 1:14 PM
**To:** John Polit
**Subject:** Re: TRANSFER

Ok, can you confirm the amount and the payer for me?
Regards
Aa

On Nov 17, 2014 1:04 PM, "Reports" <reports.jcp@███████> wrote:

> What's up Antonio, I did send you half of the balance and I'm getting you the other half to complete what was agreed to with Roberto.
>
> Take care
>
> Sent from my iPhone
>
> On Nov 17, 2014, at 1:03 PM, "antonio andretta" <aandretta@███████> wrote:
>
>> Hi John,
>>
>> How are you doing? Can you confirm if last week you made any transfers or if you have any transfers pending?
>>
>> Regards
>>
>> Antonio
>>
>> <~WRD003.jpg>  This email is free from viruses and malware because avast! Antivirus protection is active.
>
> <~WRD003.jpg>  This email is free from viruses and malware because avast! Antivirus protection is active.

This email is free from viruses and malware because avast! Antivirus protection is active.