# FW: FW: LIQUIDACION VENTURE

| | |
|---|---|
| **From:** | antonio andretta <aandretta@▬▬▬▬> |
| **To:** | John C Polit <john.polit@▬▬▬▬> |
| **Date:** | Wed, 28 Jan 2015 20:31:12 +0000 |
| **Attachments:** | Intereses Venture.xlsx (11.91 kB) |

John
Te paso la liquidacion que me pediste... el error esta en que no habian corregido el tema de la tasa para la inversion original.
Slds
antonio

**From:** Jorge Gherardi [mailto:jgherardi@▬▬▬▬]
**Sent:** Wednesday, January 28, 2015 3:09 PM
**To:** antonio andretta
**Subject:** Re: FW: LIQUIDACION VENTURE

Antonio, te paso la liquidación incluido la diferencia pendiente.
Saludos,
Jorge G

 This email is free from viruses and malware because avast! Antivirus protection is active.



GOVERNMENT EXHIBIT
AO386-C
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 6-2

CRP-DOJ-0001396235