**Intereses Pagados Diciembre 2014**

| Cliente | Inversión | F. Inicio | F. Final | Plazo | Tasa | Interes US$ | |
|---|---|---|---|---|---|---|---|
| Venture Overseas | 1,500,000.00 | 10-Nov-14 | 10-Dec-14 | 30.00 | 9% | 11,250.00 | |
| Venture (CBK Operaciones) | 648,000.00 | 2-Sep-14 | 10-Dec-14 | 99.00 | 8% | 14,256.00 | |
| Venture (CBK Operaciones) | 648,000.00 | 15-Sep-14 | 10-Dec-14 | 86.00 | 8% | 12,384.00 | |
| Venture (SARAWAK) | 300,000.00 | 14-Nov-14 | 10-Dec-14 | 26.00 | 8% | 1,733.33 | |
| TOTAL | 3,096,000.00 | | | | | 39,623.33 | |
| **Pago Realizado** | | | | | | **38,373.33** | |
| Diferencia Pendiente de Pago | | | | | | 1,250.00 | |

**Intereses Pagados Enero 2015**

| Cliente | Inversión | F. Inicio | F. Final | Plazo | Tasa | Interes US$ | |
|---|---|---|---|---|---|---|---|
| Venture Overseas | 1,500,000.00 | 10-Dec-14 | 10-Jan-15 | 30.00 | 9% | 11,250.00 | |
| Venture (CBK Operaciones) | 648,000.00 | 10-Dec-14 | 10-Jan-15 | 30.00 | 8% | 4,320.00 | |
| Venture (CBK Operaciones) | 648,000.00 | 10-Dec-14 | 10-Jan-15 | 30.00 | 8% | 4,320.00 | |
| Venture (SARAWAK) | 300,000.00 | 10-Dec-14 | 10-Jan-15 | 30.00 | 8% | 2,000.00 | |
| Venture (SARAWAK) | 348,000.00 | 10-Dec-14 | 10-Jan-15 | 30.00 | 8% | - | -----) No se pagó Ene.15 |
| TOTAL | 3,444,000.00 | | | | | 21,890.00 | |
| **Pago Realizado** | | | | | | **20,640.00** | |
| Diferencia Pendiente de Pago | | | | | | 1,250.00 | |

**Intereses a Pagar Febrero 2015**

| Cliente | Inversión | F. Inicio | F. Final | Plazo | Tasa | Interes US$ | |
|---|---|---|---|---|---|---|---|
| Venture Overseas | 1,500,000.00 | 10-Jan-15 | 10-Feb-15 | 30.00 | 9% | 11,250.00 | |
| Venture (CBK Operaciones) | 648,000.00 | 10-Jan-15 | 10-Feb-15 | 30.00 | 8% | 4,320.00 | |
| Venture (CBK Operaciones) | 648,000.00 | 10-Jan-15 | 10-Feb-15 | 30.00 | 8% | 4,320.00 | |
| Venture (SARAWAK) | 300,000.00 | 10-Jan-15 | 10-Feb-15 | 30.00 | 8% | 2,000.00 | |
| Venture (SARAWAK) | 348,000.00 | 10-Dec-14 | 10-Feb-15 | 60.00 | 8% | 4,640.00 | ---) Se paga Ene y Feb.15 |
| TOTAL | 3,444,000.00 | | | | | 26,530.00 | |
| Diferencia Pendiente de Pago | | | | | | 2,500.00 | |
| **Pago a realizar** | | | | | | **29,030.00** | |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 6-2A