## FW: FW: VENTURE LIQUIDATION

**From:** antonio andretta <aandretta@▓▓▓▓▓▓▓>
**To:** John C Polit <john.polit@▓▓▓▓▓▓▓>
**Date:** Wed, 28 Jan 2015 20:31:12 +0000
**Attachments:** Intereses Venture.xlsx [Venture Interest] (11.91 kB)

John,
I am sending you the liquidation you asked me for... the mistake is that they did not include the rate issue for the original investment.
Regards
Antonio

**From:** Jorge Gherardi [mailto:jgherardi@▓▓▓▓▓▓▓]
**Sent:** Wednesday, January 28, 2015 3:09 PM
**To:** antonio andretta
**Subject:** Re: FW: VENTURE LIQUIDATION

Antonio,
I am sending you the liquidation including the pending difference.
Regards,
Jorge G

---

This email is free from viruses and malware because avast! Antivirus protection is active.



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 6-2B

CRP-DOJ-0001396235_TR