Interest Paid December 2014

| Customer | Investment | Begin Date | End Date | Term | Rate | Interest US$ |
|---|---|---|---|---|---|---|
| Venture Overseas | 1,500,000.00 | 10-Nov-14 | 10-Dec-14 | 30.00 | 9% | 11,250.00 |
| Venture (CBK Operations) | 648,000.00 | 2-Sep-14 | 10-Dec-14 | 99.00 | 8% | 14,256.00 |
| Venture (CBK Operations) | 648,000.00 | 15-Sep-14 | 10-Dec-14 | 86.00 | 8% | 12,384.00 |
| Venture (SARAWAK) | 300,000.00 | 14-Nov-14 | 10-Dec-14 | 26.00 | 8% | 1,733.33 |
| TOTAL | 3,096,000.00 | | | | | 39,623.33 |
| **Payment Made** | | | | | | **38,373.33** |
| Difference Pending Payment | | | | | | 1,250.00 |

Interest Paid January 2015

| Customer | Investment | Begin Date | End Date | Term | Rate | Interest US$ | |
|---|---|---|---|---|---|---|---|
| Venture Overseas | 1,500,000.00 | 10-Dec-14 | 10-Jan-15 | 30.00 | 9% | 11,250.00 | |
| Venture (CBK Operations) | 648,000.00 | 10-Dec-14 | 10-Jan-15 | 30.00 | 8% | 4,320.00 | |
| Venture (CBK Operations) | 648,000.00 | 10-Dec-14 | 10-Jan-15 | 30.00 | 8% | 4,320.00 | |
| Venture (SARAWAK) | 300,000.00 | 10-Dec-14 | 10-Jan-15 | 30.00 | 8% | 2,000.00 | |
| Venture (SARAWAK) | 348,000.00 | 10-Dec-14 | 10-Jan-15 | 30.00 | 8% | - | -----) Jan. 15 was not paid |
| TOTAL | 3,444,000.00 | | | | | 21,890.00 | |
| **Payment Made** | | | | | | **20,640.00** | |
| Difference Pending Payment | | | | | | 1,250.00 | |

Interest Payable February 2015

| Cliente | Investment | Begin Date | End Date | Term | Rate | Interest US$ | |
|---|---|---|---|---|---|---|---|
| Venture Overseas | 1,500,000.00 | 10-Jan-15 | 10-Feb-15 | 30.00 | 9% | 11,250.00 | |
| Venture (CBK Operations) | 648,000.00 | 10-Jan-15 | 10-Feb-15 | 30.00 | 8% | 4,320.00 | |
| Venture (CBK Operations) | 648,000.00 | 10-Jan-15 | 10-Feb-15 | 30.00 | 8% | 4,320.00 | |
| Venture (SARAWAK) | 300,000.00 | 10-Jan-15 | 10-Feb-15 | 30.00 | 8% | 2,000.00 | |
| Venture (SARAWAK) | 348,000.00 | 10-Dec-14 | 10-Feb-15 | 60.00 | 8% | 4,640.00 | ---) Jan. and Feb. are paid |
| TOTAL | 3,444,000.00 | | | | | 26,530.00 | |
| Difference Pending Payment | | | | | | 2,500.00 | |
| **Payment to be made** | | | | | | **29,030.00** | |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 6-2C

CRP-DOJ-0001396236_TR