

# Towerbank

**Estado de Cuenta / Account Statement**

GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 6-3A

**CUENTA CORRIENTE No. / Account number:** ███████348-6

ITALCOM, S.A
C/O DANIEL RODRIGUEZ
███████████████
PANAMA. PANAMA

**Período / Period:** 01 ago 14 al 31 ago 14
**Saldo Promedio / Average balance:** -2,221,822.14
**Ejecutivo / Executive:** LORENA DE ARAGON

| Fecha / Date | Referencia / Reference | Descripción / Description | Depósitos / Créditos — Deposits / Credits | Cheques / Débitos — Checks / Debits | Saldo Contable / Book Balance |
|---|---|---|---:|---:|---:|
| 01-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114905334 | 0.00 | 588,439.70 | -1,246,993.59 |
| 01-ago-14 | | GASTOS DE NOTARIA REC#90007 | 0.00 | 7.49 | -1,247,001.08 |
| 05-ago-14 | | TRANSFERENCIA ENVIADA ACH - 104146085 | 0.00 | 32,982.81 | -1,279,983.89 |
| 06-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114906493 | 0.00 | 837,305.00 | -2,117,288.89 |
| 06-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114906500 | 0.00 | 188,085.00 | -2,305,373.89 |
| 07-ago-14 | | TRANSFERENCIA RECIBIDA TRR00114804281 | 599,975.00 | 0.00 | -1,705,398.89 |
| 07-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114906944 | 0.00 | 441,930.30 | -2,147,329.19 |
| 07-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114906951 | 0.00 | 92,050.00 | -2,239,379.19 |
| 11-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114907581 | 0.00 | 78,580.00 | -2,317,959.19 |
| 12-ago-14 | | ABONO TC 4304561200477004 | 0.00 | 5,000.00 | -2,322,959.19 |
| 12-ago-14 | | ABONO TC 4304561200294011 | 0.00 | 5,000.00 | -2,327,959.19 |
| 12-ago-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ███8920 | 0.00 | 3,500.00 | -2,331,459.19 |
| 12-ago-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ███2101 | 0.00 | 6,493.71 | -2,337,952.90 |
| 12-ago-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ███2125 | 0.00 | 4,329.14 | -2,342,282.04 |
| 12-ago-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ███3831 | 0.00 | 3,926.00 | -2,346,208.04 |
| 12-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114908342 | 0.00 | 2,205.00 | -2,348,413.04 |
| 12-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114908353 | 0.00 | 1,255.00 | -2,349,668.04 |
| 12-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114908364 | 0.00 | 9,246.19 | -2,358,914.23 |
| 12-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114908320 | 0.00 | 16,024.32 | -2,374,938.55 |
| 12-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114908331 | 0.00 | 4,055.00 | -2,378,993.55 |
| 13-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114908380 | 0.00 | 2,292.22 | -2,381,285.77 |
| 13-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114908731 | 0.00 | 444,085.00 | -2,825,370.77 |
| 13-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114908371 | 0.00 | 11,310.00 | -2,836,680.77 |
| 19-ago-14 | | TRANSFERENCIA RECIBIDA DE LA CUENTA ███1307 | 25,666.28 | 0.00 | -2,811,014.49 |
| 19-ago-14 | | TRANSFERENCIA RECIBIDA TRR00114807740 | 162,829.03 | 0.00 | -2,648,185.46 |
| 19-ago-14 | | TRANSFERENCIA RECIBIDA TRR00114807713 | 999,975.00 | 0.00 | -1,648,210.46 |
| 19-ago-14 | | TRANSFERENCIA RECIBIDA TRR00114807702 | 999,975.00 | 0.00 | -648,235.46 |
| 19-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114909963 | 0.00 | 20,453.75 | -668,689.21 |
| 20-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114910611 | 0.00 | 394,225.00 | -1,062,914.21 |
| 21-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114910871 | 0.00 | 14,150.00 | -1,077,064.21 |
| 21-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114910864 | 0.00 | 302,685.00 | -1,379,749.21 |
| 21-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114910880 | 0.00 | 3,180.00 | -1,382,929.21 |
| 22-ago-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ███7098 | 0.00 | 3,437.50 | -1,386,366.71 |
| 22-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114911181 | 0.00 | 747,285.00 | -2,133,651.71 |
| 25-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114911530 | 0.00 | 744,487.50 | -2,878,139.21 |
| 26-ago-14 | | ABONO A TARJETA DE CREDITO VISA EMPRESARIAL | 0.00 | 4.20 | -2,878,143.41 |
| 26-ago-14 | | ABONO A TARJETA DE CREDITO VISA EMPRESARIAL | 0.00 | 4.20 | -2,878,147.61 |
| 26-ago-14 | | ABONO A TARJETA DE CREDITO VISA EMPRESARIAL | 0.00 | 7,634.33 | -2,885,781.94 |
| 26-ago-14 | | ABONO A TARJETA DE CREDITO VISA EMPRESARIAL | 0.00 | 807.05 | -2,886,588.99 |
| 26-ago-14 | | ABONO A TARJETA DE CREDITO VISA EMPRESARIAL | 0.00 | 3,377.10 | -2,889,966.09 |

| Saldo Inicial / Opening balance | (+) | Depósitos / Deposits | (+) | Créditos / Credits | (-) | Cheques / Checks | (-) | Débitos / Charges | (=) | Saldo Final / Closing Balance |
|---:|---|---:|---|---:|---|---:|---|---:|---|---:|
| -658,553.89 | | 0  0.00 | | (8)  3,905,177.29 | | 0  0.00 | | (41)  6,089,680.35 | | -2,843,056.95 |



Towerbank Limited, Tel (345)914-9483 / Grand, Cayman Islands

TOWERBANK INTERNATIONAL INC.
Fiel copia de su original

Pag 1

CRP-DOJ-0002074261



# Estado de Cuenta
## Account Statement

**CUENTA CORRIENTE No. / Account number:** ▮▮▮▮ 348-6

ITALCOM, S.A

C/O DANIEL RODRIGUEZ
▮▮▮▮▮▮▮▮▮
PANAMA, PANAMA

**Período / Period:** 01 ago 14 al 31 ago 14

**Saldo Promedio / Average balance:** -2,221,822.14

**Ejecutivo / Executive:** LORENA DE ARAGON

| Fecha / Date | Referencia / Reference | Descripción / Description | (+) Depósitos / Créditos / Deposits / Credits | (-) Cheques / Débitos / Checks / Debits | Saldo Contable / Book Balance |
|---|---|---|---|---|---|
| 27-ago-14 | | TRANSFERENCIA RECIBIDA TRR00114810134 | 647,742.98 | 0.00 | -2,242,223.11 |
| 27-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114912384 | 0.00 | 1,903.33 | -2,244,126.44 |
| 27-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114912362 | 0.00 | 5,206.67 | -2,249,333.11 |
| 27-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114912340 | 0.00 | 421,685.00 | -2,671,018.11 |
| 27-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114912351 | 0.00 | 236,885.00 | -2,907,903.11 |
| 29-ago-14 | | TRANSFERENCIA RECIBIDA TRR00114810994 | 369,039.00 | 0.00 | -2,538,864.11 |
| 29-ago-14 | | TRANSFERENCIA RECIBIDA TRR00114811093 | 99,975.00 | 0.00 | -2,438,889.11 |
| 29-ago-14 | | TRANSFERENCIA ENVIADA NO. TRE00114913861 | 0.00 | 392,085.00 | -2,830,974.11 |
| 29-ago-14 | | INTERESES POR SOBREGIRO | 0.00 | 12,082.84 | -2,843,056.95 |

TOWERBANK INTERNATIONAL INC.
Fiel copia de su original

| Saldo Inicial / Beginning Balance | (+) Depósitos / Deposits | (+) Créditos / Credits | (=) Cheques / Checks | (-) Débitos / Charges | (=) Saldo Final / Ending Balance |
|---|---|---|---|---|---|
| -658,553.89 | 0    0.00 | (8)   3,905,177.29 | 0    0.00 | (41)   6,089,680.35 | -2,843,056.95 |



Towerbank Limited, Tel (345) 914-9483 / Grand, Cayman Islands

Pag 2

CRP-DOJ-0002074262



# Towerbank

**Estado de Cuenta / Account Statement**



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 6-3B

**CHECKING ACCOUNT**  No. / Account number: ███████348-6

ITALCOM, S.A
C/O DANIEL RODRIGUEZ
██████████
PANAMA, PANAMA

Período / Period: Aug. 01, '14 to Aug. 31, '14
Saldo Promedio / Average balance: -2,221,822.14
Ejecutivo / Executive: LORENA DE ARAGON

| Fecha / Date | Referencia / Reference | Descripción / Description | Depósitos / Créditos / Deposits / Credits | Cheques / Débitos / Checks / Debits | Saldo Contable / Book Balance |
|---|---|---|---:|---:|---:|
| Aug. 01, '14 | | SENT TRANSFER NO. TRE00114905334 | 0.00 | 588,439.70 | -1,246,993.59 |
| Aug. 01, '14 | | NOTARY EXPENSES REC#90007 | 0.00 | 7.49 | -1,247,001.08 |
| Aug. 05, '14 | | SENT ACH TRANSFER - 104148085 | 0.00 | 32,982.81 | -1,279,983.89 |
| Aug. 06, '14 | | SENT TRANSFER NO. TRE00114906493 | 0.00 | 837,305.00 | -2,117,288.89 |
| Aug. 06, '14 | | SENT TRANSFER NO. TRE00114906500 | 0.00 | 188,085.00 | -2,305,373.89 |
| Aug. 07, '14 | | RECEIVED TRANSFER TRR00114804281 | 599,975.00 | 0.00 | -1,705,398.89 |
| Aug. 07, '14 | | SENT TRANSFER NO. TRE00114906944 | 0.00 | 441,930.30 | -2,147,329.19 |
| Aug. 07, '14 | | SENT TRANSFER NO. TRE00114906951 | 0.00 | 92,050.00 | -2,239,379.19 |
| Aug. 11, '14 | | SENT TRANSFER NO. TRE00114907581 | 0.00 | 78,580.00 | -2,317,959.19 |
| Aug. 12, '14 | | CC CREDIT 4304561200477004 | 0.00 | 5,000.00 | -2,322,959.19 |
| Aug. 12, '14 | | CC CREDIT 4304561200294011 | 0.00 | 5,000.00 | -2,327,959.19 |
| Aug. 12, '14 | | SENT TRANSFER TO ACCOUNT ████8920 | 0.00 | ✓ 3,500.00 | -2,331,459.19 |
| Aug. 12, '14 | | SENT TRANSFER TO ACCOUNT ████2101 | 0.00 | ✓ 6,493.71 | -2,337,952.90 |
| Aug. 12, '14 | | SENT TRANSFER TO ACCOUNT ████2125 | 0.00 | ✓ 4,329.14 | -2,342,282.04 |
| Aug. 12, '14 | | SENT TRANSFER TO ACCOUNT ████3831 | 0.00 | ✓ 3,926.00 | -2,346,208.04 |
| Aug. 12, '14 | | SENT TRANSFER NO. TRE00114908342 | 0.00 | 2,205.00 | -2,348,413.04 |
| Aug. 12, '14 | | SENT TRANSFER NO. TRE00114908353 | 0.00 | 1,255.00 | -2,349,668.04 |
| Aug. 12, '14 | | SENT TRANSFER NO. TRE00114908364 | 0.00 | 9,246.19 | -2,358,914.23 |
| Aug. 12, '14 | | SENT TRANSFER NO. TRE00114908320 | 0.00 | 16,024.32 | -2,374,938.55 |
| Aug. 12, '14 | | SENT TRANSFER NO. TRE00114908331 | 0.00 | 4,055.00 | -2,378,993.55 |
| Aug. 13, '14 | | SENT TRANSFER NO. TRE00114908380 | 0.00 | 2,292.22 | -2,381,285.77 |
| Aug. 13, '14 | | SENT TRANSFER NO. TRE00114908731 | 0.00 | 444,085.00 | -2,825,370.77 |
| Aug. 13, '14 | | SENT TRANSFER NO. TRE00114908371 | 0.00 | 11,310.00 | -2,836,680.77 |
| Aug. 19, '14 | | RECEIVED TRANSFER FROM ACCOUNT ████1307 | ✓ 25,666.28 | 0.00 | -2,811,014.49 |
| Aug. 19, '14 | | RECEIVED TRANSFER TRR00114807740 | 162,829.03 | 0.00 | -2,648,185.46 |
| Aug. 19, '14 | | RECEIVED TRANSFER TRR00114807713 | 999,975.00 | 0.00 | -1,648,210.46 |
| Aug. 19, '14 | | RECEIVED TRANSFER TRR00114807702 | 999,975.00 | 0.00 | -648,235.46 |
| Aug. 19, '14 | | SENT TRANSFER NO. TRE00114909963 | 0.00 | 20,453.75 | -668,689.21 |
| Aug. 20, '14 | | SENT TRANSFER NO. TRE00114910611 | 0.00 | 394,225.00 | -1,062,914.21 |
| Aug. 21, '14 | | SENT TRANSFER NO. TRE00114910871 | 0.00 | 14,150.00 | -1,077,064.21 |
| Aug. 21, '14 | | SENT TRANSFER NO. TRE00114910864 | 0.00 | 302,685.00 | -1,379,749.21 |
| Aug. 21, '14 | | SENT TRANSFER NO. TRE00114910880 | 0.00 | 3,180.00 | -1,382,929.21 |
| Aug. 22, '14 | | SENT TRANSFER TO ACCOUNT ████7098 | 0.00 | ✓ 3,437.50 | -1,386,366.71 |
| Aug. 22, '14 | | SENT TRANSFER NO. TRE00114911181 | 0.00 | 747,285.00 | -2,133,651.71 |
| Aug. 25, '14 | | SENT TRANSFER NO. TRE00114911530 | 0.00 | 744,487.50 | -2,878,139.21 |
| Aug. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | ✓ 4.20 | -2,878,143.41 |
| Aug. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | ✓ 4.20 | -2,878,147.61 |
| Aug. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | ✓ 7,634.33 | -2,885,781.94 |
| Aug. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | ✓ 807.05 | -2,886,588.99 |
| Aug. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | ✓ 3,377.10 | -2,889,966.09 |

| Saldo Inicial / Opening balance | (+) | Depósitos / Deposits | (+) | Créditos / Credits | (-) | Cheques / Checks | (-) | Débitos / Charges | (=) | Saldo Final / Closing Balance |
|---:|---|---:|---|---:|---|---:|---|---:|---|---:|
| -658,553.89 | | 0    0.00 | | (8)  3,905,177.29 | | 0    0.00 | | (41)  6,089,680.35 | | -2,843,056.95 |

Towerbank Limited, Tel (345) 914-9483 / Grand, Cayman Islands

[ink stamp] TOWERBANK INTERNATIONAL INC. True copy of the original

Page 1

CRP-DOJ-0002074261_TR

# Towerbank

## Estado de Cuenta / Account Statement

**CHECKING ACCOUNT**  No. / Account number: ███████ 348-6

ITALCOM, S.A

C/O DANIEL RODRIGUEZ

PANAMA. PANAMA

**Período / Period:** Aug. 01, '14 to Aug. 31, '14

**Saldo Promedio / Average balance:** -2,221,822.14

**Ejecutivo / Executive:** LORENA DE ARAGON

| Fecha / Date | Referencia / Reference | Descripción / Description | (+) Depósitos / Créditos Deposits / Credits | (−) Cheques / Débitos Checks / Debits | Saldo Contable Book Balance |
|---|---|---|---|---|---|
| Aug. 27, '14 | | RECEIVED TRANSFER TRR00114010134 | 647,742.98 | 0.00 | -2,242,223.11 |
| Aug. 27, '14 | | SENT TRANSFER NO. TRE00114912384 | 0.00 | 1,903.33 | -2,244,126.44 |
| Aug. 27, '14 | | SENT TRANSFER NO. TRE00114912362 | 0.00 | 5,206.67 | -2,249,333.11 |
| Aug. 27, '14 | | SENT TRANSFER NO. TRE00114912340 | 0.00 | 421,685.00 | -2,671,018.11 |
| Aug. 27, '14 | | SENT TRANSFER NO. TRE00114912351 | 0.00 | 236,885.00 | -2,907,903.11 |
| Aug. 29, '14 | | RECEIVED TRANSFER TRR00114810994 | 369,039.00 | 0.00 | -2,538,864.11 |
| Aug. 29, '14 | | RECEIVED TRANSFER TRR00114811093 | 99,975.00 | 0.00 | -2,438,889.11 |
| Aug. 29, '14 | | SENT TRANSFER NO. TRE00114913861 | 0.00 | 392,085.00 | -2,830,974.11 |
| Aug. 29, '14 | | OVERDRAFT INTEREST | 0.00 | 12,082.04 | -2,843,056.95 |

*TOWERBANK INTERNATIONAL INC.*
*Fiel copia de su original*

| Saldo Inicial Beginning balance | (+) Depósitos Deposits | (+) Créditos Credits | (−) Cheques Checks | (−) Débitos Charges | (=) Saldo Final Ending balance |
|---|---|---|---|---|---|
| -658,553.89 | 0   0.00 | (8)   3,905,177.29 | 0   0.00 | (41)   6,089,680.35 | -2,843,056.95 |

Pag  2

Towerbank Limited, Tel (345) 914-9483 / Grand, Cayman Islands

CRP-DOJ-0002074262_TR



**Estado de Cuenta / Account Statement**

**Towerbank**

CHECKING ACCOUNT   No. / Account number: ███████348-6

ITALCOM, S.A
C/O DANIEL RODRIGUEZ
███████
PANAMA, PANAMA

Período / Period: Aug. 01, '14 to Aug. 31, '14
Saldo Promedio / Average balance: -2,221,822.14
Ejecutivo / Executive: LORENA DE ARAGON

| Fecha / Date | Referencia / Reference | Descripción / Description | Depósitos / Créditos / Deposits / Credits | Cheques / Débitos / Checks / Debits | Saldo Contable / Book Balance |
|---|---|---|---|---|---|
| Aug. 01, '14 | | SENT TRANSFER NO. TRE00114905334 | 0.00 | 588,439.70 | ₅,993.59 |
| Aug. 01, '14 | | NOTARY EXPENSES REC#90007 | 0.00 | 7.49 | -1,247,001.08 |
| Aug. 05, '14 | | SENT ACH TRANSFER - 104148085 | 0.00 | 32,982.81 | -1,279,983.89 |
| Aug. 06, '14 | | SENT TRANSFER NO. TRE00114906493 | 0.00 | 837,305.00 | -2,117,288.89 |
| Aug. 06, '14 | | SENT TRANSFER NO. TRE00114906500 | 0.00 | 188,085.00 | -2,305,373.89 |
| Aug. 07, '14 | | RECEIVED TRANSFER TRR00114804281 | 599,975.00 | 0.00 | -1,705,398.89 |
| Aug. 07, '14 | | SENT TRANSFER NO. TRE00114906944 | 0.00 | 441,930.30 | -2,147,329.19 |
| Aug. 07, '14 | | SENT TRANSFER NO. TRE00114906951 | 0.00 | 92,050.00 | -2,239,379.19 |
| Aug. 11, '14 | | SENT TRANSFER NO. TRE00114907581 | 0.00 | 78,580.00 | -2,317,959.19 |
| Aug. 12, '14 | | CC CREDIT 4304561200477004 | 0.00 | 5,000.00 | -2,322,959.19 |
| Aug. 12, '14 | | CC CREDIT 4304561200294011 | 0.00 | 5,000.00 | -2,327,959.19 |
| Aug. 12, '14 | | SENT TRANSFER TO ACCOUNT ███ 8920 | 0.00 | ✓ 3,500.00 | -2,331,459.19 |
| Aug. 12, '14 | | SENT TRANSFER TO ACCOUNT ███ 2101 | 0.00 | ✓ 6,493.71 | -2,337,952.90 |
| Aug. 12, '14 | | SENT TRANSFER TO ACCOUNT ███ 2125 | 0.00 | ✓ 4,329.14 | -2,342,282.04 |
| Aug. 12, '14 | | SENT TRANSFER TO ACCOUNT ███ 3831 | 0.00 | ✓ 3,926.00 | -2,346,208.04 |
| Aug. 12, '14 | | SENT TRANSFER NO. TRE00114908342 | 0.00 | 2,205.00 | -2,348,413.04 |
| Aug. 12, '14 | | SENT TRANSFER NO. TRE00114908353 | 0.00 | 1,255.00 | -2,349,668.04 |
| Aug. 12, '14 | | SENT TRANSFER NO. TRE00114908364 | 0.00 | 9,246.19 | -2,358,914.23 |
| Aug. 12, '14 | | SENT TRANSFER NO. TRE00114908320 | 0.00 | 16,024.32 | -2,374,938.55 |
| Aug. 12, '14 | | SENT TRANSFER NO. TRE00114908331 | 0.00 | 4,055.00 | -2,378,993.55 |
| Aug. 13, '14 | | SENT TRANSFER NO. TRE00114908380 | 0.00 | 2,292.22 | -2,381,285.77 |
| Aug. 13, '14 | | SENT TRANSFER NO. TRE00114908731 | 0.00 | 444,085.00 | -2,825,370.77 |
| Aug. 13, '14 | | SENT TRANSFER NO. TRE00114908371 | 0.00 | 11,310.00 | -2,836,680.77 |
| Aug. 19, '14 | | RECEIVED TRANSFER FROM ACCOUNT ███ 1307 | ✓ 25,666.28 | 0.00 | -2,811,014.49 |
| Aug. 19, '14 | | RECEIVED TRANSFER TRR00114807740 | 162,829.03 | 0.00 | -2,648,185.46 |
| Aug. 19, '14 | | RECEIVED TRANSFER TRR00114807713 | 999,975.00 | 0.00 | -1,648,210.46 |
| Aug. 19, '14 | | RECEIVED TRANSFER TRR00114807702 | 999,975.00 | 0.00 | -648,235.46 |
| Aug. 19, '14 | | SENT TRANSFER NO. TRE00114909963 | 0.00 | 20,453.75 | -668,689.21 |
| Aug. 20, '14 | | SENT TRANSFER NO. TRE00114910611 | 0.00 | 394,225.00 | -1,062,914.21 |
| Aug. 21, '14 | | SENT TRANSFER NO. TRE00114910871 | 0.00 | 14,150.00 | -1,077,064.21 |
| Aug. 21, '14 | | SENT TRANSFER NO. TRE00114910864 | 0.00 | 302,685.00 | -1,379,749.21 |
| Aug. 21, '14 | | SENT TRANSFER NO. TRE00114910880 | 0.00 | 3,180.00 | -1,382,929.21 |
| Aug. 22, '14 | | SENT TRANSFER TO ACCOUNT ███ 7098 | 0.00 | ✓ 3,437.50 | -1,386,366.71 |
| Aug. 22, '14 | | SENT TRANSFER NO. TRE00114911181 | 0.00 | 747,285.00 | -2,133,651.71 |
| Aug. 25, '14 | | SENT TRANSFER NO. TRE00114911530 | 0.00 | 744,487.50 | -2,878,139.21 |
| Aug. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | ✓ 4.20 | -2,878,143.41 |
| Aug. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | ✓ 4.20 | -2,878,147.61 |
| Aug. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | ✓ 7,634.33 | -2,885,781.94 |
| Aug. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | ✓ 807.05 | -2,886,588.99 |
| Aug. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | ✓ 3,377.10 | -2,889,966.09 |

| Saldo Inicial / Opening balance | (+) Depósitos / Deposits | (+) Créditos / Credits | (-) Cheques / Checks | (-) Débitos / Charges | (=) Saldo Final / Closing Balance |
|---|---|---|---|---|---|
| -658,553.89 | 0   0.00 | (8)   3,905,177.29 | 0   0.00 | (41)   6,089,680.35 | -2,843,056.95 |

Page 1

[ink stamp] TOWERBANK INTERNATIONAL INC. True copy of the original



# Estado de Cuenta
## Account Statement

**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 6-3C

CUENTA CORRIENTE No. / Account number: ████348-6

ITALCOM, S.A
C/O DANIEL RODRIGUEZ
████████
PANAMA, PANAMA

Período / Period: 01 sep 14 al 30 sep 14
Saldo Promedio / Average balance: -2,673,225.82
Ejecutivo / Executive: LORENA DE ARAGON

| Fecha Date | Referencia Reference | Descripción Description | Depósitos / Créditos Deposits / Credits | Cheques / Débitos Checks / Debits | Saldo Contable Book Balance |
|---|---|---|---|---|---|
| 01-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114914411 | 0.00 | 126,485.00 | -2,969,541.95 |
| 01-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114914422 | 0.00 | 4,149.00 | -2,973,690.95 |
| 02-sep-14 | | ACH CREDICORPB/CBK-OPERACIONES | 648,000.00 | 0.00 | -2,325,690.95 |
| 03-sep-14 | | TRANSFERENCIA ENVIADA ACH - 104148085 | 0.00 | 18,912.17 | -2,344,603.12 |
| 03-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114915110 | 0.00 | 590,155.00 | -2,934,758.12 |
| 10-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114917252 | 0.00 | 61,055.00 | -2,995,813.12 |
| 12-sep-14 | | TRANSFERENCIA RECIBIDA TRR00114815084 | 393,560.75 | 0.00 | -2,602,252.37 |
| 12-sep-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ████8920 | 0.00 | 3,500.00 | -2,605,752.37 |
| 12-sep-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ████2101 | 0.00 | 7,278.88 | -2,613,031.25 |
| 12-sep-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ████2125 | 0.00 | 4,852.59 | -2,617,883.84 |
| 12-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114918051 | 0.00 | 271,885.00 | -2,889,768.84 |
| 12-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114918113 | 0.00 | 9,797.33 | -2,899,566.17 |
| 12-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114918102 | 0.00 | 1,255.00 | -2,900,821.17 |
| 12-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114918084 | 0.00 | 2,205.00 | -2,903,026.17 |
| 12-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114918073 | 0.00 | 4,055.00 | -2,907,081.17 |
| 12-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114918062 | 0.00 | 14,863.25 | -2,921,944.42 |
| 12-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114918124 | 0.00 | 11,310.00 | -2,933,254.42 |
| 12-sep-14 | | GASTOS LEGALES DE FIANZA ITALC | 0.00 | 107.00 | -2,933,361.42 |
| 12-sep-14 | | COMISION POR TRASPASO | 0.00 | 5.00 | -2,933,366.42 |
| 15-sep-14 | | ACH CREDICORPB/CBK-OPERACIONES | 148,000.00 | 0.00 | -2,785,366.42 |
| 15-sep-14 | | ACH CREDICORPB/CBK-OPERACIONES | 500,000.00 | 0.00 | -2,285,366.42 |
| 17-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114919341 | 0.00 | 280,825.00 | -2,566,191.42 |
| 17-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114919334 | 0.00 | 403,285.00 | -2,969,476.42 |
| 17-sep-14 | | G.NOTARIALES - FACT. # 46953 | 0.00 | 7.49 | -2,969,483.91 |
| 18-sep-14 | | TRANSFERENCIA RECIBIDA DE LA CUENTA ████1307 | 10,654.11 | 0.00 | -2,958,829.80 |
| 19-sep-14 | | TRANSFERENCIA RECIBIDA DE LA CUENTA ████1290 | 165,000.00 | 0.00 | -2,793,829.80 |
| 19-sep-14 | | TRANSFERENCIA RECIBIDA DE LA CUENTA ████1307 | 697,585.17 | 0.00 | -2,096,244.63 |
| 22-sep-14 | | TRANSFERENCIA RECIBIDA DE LA CUENTA ████1307 | 229,078.12 | 0.00 | -1,867,166.51 |
| 22-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114920362 | 0.00 | 424,285.00 | -2,291,451.51 |
| 22-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114920373 | 0.00 | 403,285.00 | -2,694,736.51 |
| 23-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114920691 | 0.00 | 265,765.00 | -2,960,501.51 |
| 23-sep-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ████1290 | 0.00 | 6,250.00 | -2,966,751.51 |
| 23-sep-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ████7098 | 0.00 | 3,437.50 | -2,970,189.01 |
| 23-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114920862 | 0.00 | 1,405.00 | -2,971,594.01 |
| 23-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114920851 | 0.00 | 595.00 | -2,972,189.01 |
| 25-sep-14 | | TRANSFERENCIA RECIBIDA TRR00114818681 | 895,122.75 | 0.00 | -2,077,066.26 |
| 25-sep-14 | | TRANSFERENCIA ENVIADA ACH - 104148085 | 0.00 | 38,532.73 | -2,115,598.99 |
| 25-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114921894 | 0.00 | 808,885.00 | -2,924,483.99 |
| 25-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114921912 | 0.00 | 1,903.33 | -2,926,387.32 |
| 25-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114921901 | 0.00 | 5,206.67 | -2,931,593.99 |

| Saldo Inicial | | Depósitos Deposits | | Créditos Credits | | Cheques Checks | | Débitos Charges | | Saldo Final |
|---|---|---|---|---|---|---|---|---|---|---|
| -2,843,056.95 | 0 | 0.00 | (14) | 6,233,802.20 | 0 | 0.00 | (41) | 4,528,929.09 | | -1,138,183.84 |

TOWERBANK INTERNATIONAL INC
Fiel copia de su original

Pag 1

Towerbank Limited, Tel (345)914-9483 / Grand, Cayman Islands

CRP-DOJ-0002074273



# Estado de Cuenta
## Account Statement

**CUENTA CORRIENTE No.** / *Account number:* ███ 348-6

ITALCOM, S.A

C/O DANIEL RODRIGUEZ

PANAMA, PANAMA

**Período:** 01 sep 14 al 30 sep 14
*Period:*

**Saldo Promedio:** -2,673,225.82
*Average balance:*

**Ejecutivo:** LORENA DE ARAGON
*Executive:*

| Fecha/Date | Referencia/Reference | Descripción/Description | (+) Depósitos / Créditos Deposits / Credits | (-) Cheques / Débitos Checks / Debits | Saldo Contable Book Balance |
|---|---|---|---|---|---|
| 26-sep-14 | | TRANSFERENCIA RECIBIDA TRR00114818961 | 193,975.00 | 0.00 | -2,737,618.99 |
| 26-sep-14 | | TRANSFERENCIA RECIBIDA TRR00114819180 | 678,975.00 | 0.00 | -2,058,643.99 |
| 26-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114922171 | 0.00 | 120,935.00 | -2,179,578.99 |
| 26-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114922160 | 0.00 | 307,085.00 | -2,486,663.99 |
| 26-sep-14 | | ABONO A TARJETA DE CREDITO VISA EMPRESARIAL | 0.00 | 104.51 | -2,486,768.50 |
| 26-sep-14 | | ABONO A TARJETA DE CREDITO VISA EMPRESARIAL | 0.00 | 4.20 | -2,486,772.70 |
| 26-sep-14 | | ABONO A TARJETA DE CREDITO VISA EMPRESARIAL | 0.00 | 4,681.62 | -2,491,454.32 |
| 26-sep-14 | | ABONO A TARJETA DE CREDITO VISA EMPRESARIAL | 0.00 | 432.76 | -2,491,887.08 |
| 26-sep-14 | | ABONO A TARJETA DE CREDITO VISA EMPRESARIAL | 0.00 | 3,984.54 | -2,495,871.62 |
| 29-sep-14 | | TRANSFERENCIA RECIBIDA TRR00114819091 | 219,981.00 | 0.00 | -2,275,890.62 |
| 29-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114923132 | 0.00 | 146,365.00 | -2,422,255.62 |
| 29-sep-14 | | TRANSFERENCIA ENVIADA NO. TRE00114923010 | 0.00 | 155,815.00 | -2,578,070.62 |
| 30-sep-14 | | TRANSFERENCIA RECIBIDA TRR00114819904 | 174,985.00 | 0.00 | -2,403,085.62 |
| 30-sep-14 | | TRANSFERENCIA RECIBIDA DE LA CUENTA ███ 1307 | 1,278,885.30 | 0.00 | -1,124,200.32 |
| 30-sep-14 | | INTERESES POR SOBREGIRO | 0.00 | 13,983.52 | -1,138,183.84 |

| Saldo Inicial Beginning balance | (+) Depósitos Deposits | (+) Créditos Credits | (-) Cheques Checks | (-) Débitos Charges | (=) Saldo Final Ending Balance |
|---|---|---|---|---|---|
| -2,843,056.95 | 0   0.00 | (14)   6,233,802.20 | 0   0.00 | (41)   4,528,929.09 | -1,138,183.84 |

TOWERBANK INTERNATIONAL INC.
Fiel copia de su original

Pag 2

Towerbank Limited, Tel (345) 914-9483 / Grand, Cayman Islands

CRP-DOJ-0002074274



# Towerbank

## Estado de Cuenta / Account Statement



**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 6-3D

**CHECKING ACCOUNT** No. / Account number: ███████348-6

ITALCOM, S.A
C/O DANIEL RODRIGUEZ
████████████
PANAMA, PANAMA

Período / Period: Sep. 01, '14 to Sep. 30, '14
Saldo Promedio / Average balance: -2,673,225.82
Ejecutivo / Executive: LORENA DE ARAGON

| Fecha / Date | Referencia / Reference | Descripción / Description | Depósitos / Créditos — Deposits / Credits | Cheques / Débitos — Checks / Debits | Saldo Contable — Book Balance |
|---|---|---|---|---|---|
| Sep. 01, '14 | | SENT TRANSFER NO. TRE00114914411 | 0.00 | 126,485.00 | -2,969,541.95 |
| Sep. 01, '14 | | SENT TRANSFER NO. TRE00114914422 | 0.00 | 4,149.00 | -2,973,690.95 |
| Sep. 02, '14 | | ACH CREDICORPB/CBK-OPERATIONS | ✓ 648,000.00 | 0.00 | -2,325,690.95 |
| Sep. 03, '14 | | SENT ACH TRANSFER - 104148085 | 0.00 | ✓ 18,912.17 | -2,344,603.12 |
| Sep. 03, '14 | | SENT TRANSFER NO. TRE00114915110 | 0.00 | ✓ 590,155.00 | -2,934,758.12 |
| Sep. 10, '14 | | SENT TRANSFER NO. TRE00114917252 | 0.00 | ✓ 61,055.00 | -2,995,813.12 |
| Sep. 12, '14 | | RECEIVED TRANSFER TRR00114815084 | 393,560.75 | 0.00 | -2,602,252.37 |
| Sep. 12, '14 | | SENT TRANSFER TO ACCOUNT ███ 8920 | 0.00 | ✓ 3,500.00 | -2,605,752.37 |
| Sep. 12, '14 | | SENT TRANSFER TO ACCOUNT ███ 2101 | 0.00 | ✓ 7,278.88 | -2,613,031.25 |
| Sep. 12, '14 | | SENT TRANSFER TO ACCOUNT ███ 2125 | 0.00 | ✓ 4,852.59 | -2,617,883.84 |
| Sep. 12, '14 | | SENT TRANSFER NO. TRE00114918051 | 0.00 | 271,885.00 | -2,889,768.84 |
| Sep. 12, '14 | | SENT TRANSFER NO. TRE00114918113 | 0.00 | 9,797.33 | -2,899,566.17 |
| Sep. 12, '14 | | SENT TRANSFER NO. TRE00114918102 | 0.00 | 1,255.00 | -2,900,821.17 |
| Sep. 12, '14 | | SENT TRANSFER NO. TRE00114918084 | 0.00 | 2,205.00 | -2,903,026.17 |
| Sep. 12, '14 | | SENT TRANSFER NO. TRE00114918073 | 0.00 | 4,055.00 | -2,907,081.17 |
| Sep. 12, '14 | | SENT TRANSFER NO. TRE00114918062 | 0.00 | 14,863.25 | -2,921,944.42 |
| Sep. 12, '14 | | SENT TRANSFER NO. TRE00114918124 | 0.00 | 11,310.00 | -2,933,254.42 |
| Sep. 12, '14 | | ITALC [BOND/GUARANTEE/DOWN PAYMENT]* LEGAL EXPENSES | 0.00 | ✓ 107.00 | -2,933,361.42 |
| Sep. 12, '14 | | TRANSFER FEE | 0.00 | 5.00 | -2,933,366.42 |
| Sep. 15, '14 | | ACH CREDICORPB/CBK-OPERATIONS | ✓ 148,000.00 | 0.00 | -2,785,366.42 |
| Sep. 15, '14 | | ACH CREDICORPB/CBK-OPERATIONS | ✓ 500,000.00 | 0.00 | -2,285,366.42 |
| Sep. 17, '14 | | SENT TRANSFER NO. TRE00114919341 | 0.00 | 280,825.00 | -2,566,191.42 |
| Sep. 17, '14 | | SENT TRANSFER NO. TRE00114919334 | 0.00 | 403,285.00 | -2,969,476.42 |
| Sep. 17, '14 | | NOTARIAL EXP. - INV. # 46953 | 0.00 | 7.49 | -2,969,483.91 |
| Sep. 18, '14 | | RECEIVED TRANSFER FROM ACCOUNT ███ 1307 | 10,654.11 | 0.00 | -2,958,829.80 |
| Sep. 19, '14 | | RECEIVED TRANSFER FROM ACCOUNT ███ 1290 | 165,000.00 | 0.00 | -2,793,829.80 |
| Sep. 19, '14 | | RECEIVED TRANSFER FROM ACCOUNT ███ 1307 | 697,585.17 | 0.00 | -2,096,244.63 |
| Sep. 22, '14 | | RECEIVED TRANSFER FROM ACCOUNT ███ 1307 | 229,078.12 | 0.00 | -1,867,166.51 |
| Sep. 22, '14 | | SENT TRANSFER NO. TRE00114920362 | 0.00 | 424,285.00 | -2,291,451.51 |
| Sep. 22, '14 | | SENT TRANSFER NO. TRE00114920373 | 0.00 | 403,285.00 | -2,694,736.51 |
| Sep. 23, '14 | | SENT TRANSFER NO. TRE00114920691 | 0.00 | 265,765.00 | -2,960,501.51 |
| Sep. 23, '14 | | SENT TRANSFER TO ACCOUNT ███ 1290 | 0.00 | 6,250.00 | -2,966,751.51 |
| Sep. 23, '14 | | SENT TRANSFER TO ACCOUNT ███ 7098 | 0.00 | 3,437.50 | -2,970,189.01 |
| Sep. 23, '14 | | SENT TRANSFER NO. TRE00114920862 | 0.00 | 1,405.00 | -2,971,594.01 |
| Sep. 23, '14 | | SENT TRANSFER NO. TRE00114920851 | 0.00 | 595.00 | -2,972,189.01 |
| Sep. 25, '14 | | RECEIVED TRANSFER TRR00114818681 | 895,122.75 | 0.00 | -2,077,066.26 |
| Sep. 25, '14 | | SENT ACH TRANSFER - 104148085 | 0.00 | 38,532.73 | -2,115,598.99 |
| Sep. 25, '14 | | SENT TRANSFER NO. TRE00114921894 | 0.00 | 808,885.00 | -2,924,483.99 |
| Sep. 25, '14 | | SENT TRANSFER NO. TRE00114921912 | 0.00 | 1,903.33 | -2,926,387.32 |
| Sep. 25, '14 | | SENT TRANSFER NO. TRE00114921901 | 0.00 | 5,206.67 | -2,931,593.99 |

| Saldo Inicial / Opening Balance | Depósitos / Deposits | Créditos / Credits | Cheques / Checks | Débitos / Charges | Saldo Final / Closing Balance |
|---|---|---|---|---|---|
| -2,843,056.95 | 0   0.00 | (14)   6,233,802.20 | 0   0.00 | (41)   4,528,929.09 | -1,138,183.84 |

[ink stamp] TOWERBANK INTERNATIONAL INC. True copy of the original

Page 1

Towerbank Limited, Tel (345)914-9483 / Grand, Cayman Islands



---

\* Translator's note: The word used in Spanish, *fianza*, can mean "bond," "guarantee," or "down payment." It is not clear from the context which meaning is intended here.

CRP-DOJ-0002074273_TR



# Towerbank

**Estado de Cuenta**
Account Statement

CHECKING ACCOUNT   No. / Account number: ███████ 348-6

ITALCOM, S.A

C/O DANIEL RODRIGUEZ

PANAMA, PANAMA

Período: Sep. 01, '14 to Sep. 30, '14

Saldo Promedio: -2,673,225.82
Average balance:

Ejecutivo: LORENA DE ARAGON
Executive:

| Fecha / Date | Referencia / Reference | Descripción / Description | Depósitos / Créditos Deposits / Credits | Cheques / Débitos Checks / Debits | Saldo Contable Book Balance |
|---|---|---|---|---|---|
| Sep. 26, '14 | | RECEIVED TRANSFER TRR00114818961 | 193,975.00 | 0.00 | -2,737,618.99 |
| Sep. 26, '14 | | RECEIVED TRANSFER TRR00114819180 | 678,975.00 | 0.00 | -2,058,643.99 |
| Sep. 26, '14 | | SENT TRANSFER NO. TRE00114922171 | 0.00 | 120,935.00 | -2,179,578.99 |
| Sep. 26, '14 | | SENT TRANSFER NO. TRE00114922160 | 0.00 | 307,085.00 | -2,486,663.99 |
| Sep. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | 104.51 | -2,486,768.50 |
| Sep. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | 4.20 | -2,486,772.70 |
| Sep. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | 4,681.62 | -2,491,454.32 |
| Sep. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | 432.76 | -2,491,887.08 |
| Sep. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | 3,984.54 | -2,495,871.62 |
| Sep. 29, '14 | | RECEIVED TRANSFER TRR00114819091 | 219,981.00 | 0.00 | -2,275,890.62 |
| Sep. 29, '14 | | SENT TRANSFER NO. TRE00114923132 | 0.00 | 146,365.00 | -2,422,255.62 |
| Sep. 29, '14 | | SENT TRANSFER NO. TRE00114923010 | 0.00 | 155,815.00 | -2,578,070.62 |
| Sep. 30, '14 | | RECEIVED TRANSFER TRR00114819904 | 174,985.00 | 0.00 | -2,403,085.62 |
| Sep. 30, '14 | | RECEIVED TRANSFER FROM ACCOUNT ███ 1307 | 1,278,885.30 | 0.00 | -1,124,200.32 |
| Sep. 30, '14 | | OVERDRAFT INTEREST | 0.00 | 13,983.52 | -1,138,183.84 |

| Saldo Inicial Beginning balance | (+) | Depósitos Deposits | (+) | Créditos Credits | (-) | Cheques Checks | (-) | Débitos Charges | (=) | Saldo Final Ending balance |
|---|---|---|---|---|---|---|---|---|---|---|
| -2,843,056.95 | | 0    0.00 | | (14)   6,233,802.20 | | 0    0.00 | | (41)   4,528,929.09 | | -1,138,183.84 |

[ink stamp] TOWERBANK INTERNATIONAL INC. True copy of the original

Page 2

Towerbank Limited, Tel (345) 914-9483 / Grand, Cayman Islands

CRP-DOJ-0002074274_TR



**GOVERNMENT EXHIBIT**

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 6-3E

## Report Header

| | |
|---|---|
| Application: | Alliance Message Management |
| Report type: | Message File - Instance Report |
| Operator: | rvelasquez |
| Alliance Server Instance: | saa |
| Date - Time: | 2016/05/20 15:28:11 |

## Instance

Reprint From MFA-0000-000000

### Instance Type and Transmission

Original
received from SWIFT

| | |
|---|---|
| Priority : | Normal |
| Message Output Reference : | 1430 141113TOWEPAPAAXXX5486203657 |
| Correspondent Input Reference : | 1430141113PNBPUS3NANYC8528872073 |

### Message Header

| | |
|---|---|
| Swift Output: | FIN 103 Single Customer Credit Transfer |
| Sender : | PNBPUS3NNYC |
| | WELLS FARGO BANK, N.A. |
| | (NEW YORK INTERNATIONAL BRANCH) |
| | NEW YORK,NY US |
| Receiver : | TOWEPAPAXXX |
| | TOWERBANK |
| | PANAMA PA |
| MUR : | 84335323RSC1 |

### Message Text

```
F20: Sender's Reference
     F61113381768000
F23B: Bank Operation Code
     CRED
F32A: Value Date/Currency/Interbank Settled Amount
     Date:         141113         2014 Nov 13
     Currency:     USD            US DOLLAR
     Amount:       299975,00      #299,975.00#
F50K: Ordering Customer - Account - Name and Address
     Account:
            /███████1699
     Name and Address:
            SARAWAK CORPORATION
            ECUADOR
F52A: Ordering Institution - Party Identifier - Identifier Code
     Identifier Code:
            PICHPAPAXXX
                    BANCO PICHINCHA PANAMA
```

Page 1 of 2

*TOWERBANK INTERNATIONAL INC. Fiel copia de su original*

CRP-DOJ-0002074319

```
                                   PANAMA PA
F59: Beneficiary Customer - Account - Name and Address
         Account:
                      /         3486
              Name and Address:
                      ITALCOM SA

                      COCO DEL MAR
                      PANAMA
F70: Remittance Information
              /RFB/ABONOS A TRABAJOS RFB NONE
F71A: Details of Charges
              SHA
```

Message Trailer

{CHK:EA7F2491A99A}
PKI Signature: MAC-Equivalent

**Report Footer**

Number of Entities:     1
End of report

Page 2 of 2

TOWERBANK INTERNATIONAL INC.
Fiel copia de su original

CRP-DOJ-0002074320

Case 1:22-cr-20114-KMW   Document 195-7   Entered on FLSD Docket 05/03/202 13



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 6-3F

**Report Header**

| | |
|---|---|
| Application: | Alliance Message Management |
| Report type: | Message File - Instance Report |
| Operator: | rvelasquez |
| Alliance Server Instance: | saa |
| Date - Time: | 2016/05/18 11:04:54 |

**Instance**

Reprint From MFA-0000-000000

**Instance Type and Transmission**

Original
received from SWIFT
Priority : Normal
Message Output Reference : 1020 141211TOWEPAPAAXXX5489205115
Correspondent Input Reference : 1657141210PNBPUS3NANYC8533219772

**Message Header**

Swift Output: FIN 103 Single Customer Credit Transfer
Sender : PNBPUS3NNYC
WELLS FARGO BANK, N.A.
(NEW YORK INTERNATIONAL BRANCH)
NEW YORK,NY US
Receiver : TOWEPAPAXXX
TOWERBANK
PANAMA PA
MUR : 85811582RSC1

**Message Text**

```
F20: Sender's Reference
        F61210214023000
F23B: Bank Operation Code
        CRED
F32A: Value Date/Currency/Interbank Settled Amount
        Date:          141210           2014 Dec 10
        Currency:      USD              US DOLLAR
        Amount:        347975,00        #347,975.00#
F50K: Ordering Customer - Account - Name and Address
        Account:
                /███████1699
        Name and Address:
                SARAWAK CORPORATION
                ECUADOR
F52A: Ordering Institution - Party Identifier - Identifier Code
        Identifier Code:
                PICHPAPAXXX
                        BANCO PICHINCHA PANAMA
```

Page 1 of 2



TOWERBANK INTERNATIONAL INC.
Fiel copia de su original

1307

CRP-DOJ-0002074399

```
                           PANAMA PA
F59: Beneficiary Customer - Account - Name and Address
     Account:
                   /██████3486
        Name and Address:
                   ITALCOM SA
                   ████████████████████
                   COCO DEL MAR CASA N-11
                   PANAMA REP PANAMA
F70: Remittance Information
        /RFB/ABONO A TRABAJOS RFB NONE
F71A: Details of Charges
        SHA
```

**Message Trailer**

{CHK:AED90469069E}
{DLM:}
PKI Signature: MAC-Equivalent

**Report Footer**

Number of Entities:        1
End of report

Page 2 of 2

TOWERBANK INTERNATIONAL INC.
Fiel copia de su original

CRP-DOJ-0002074400