

# Estado de Cuenta
## Account Statement

**TOWERBANK INTERNATIONAL INC.**
*True copy of the original*

**CHECKING ACCOUNT**  **No.** / Account number: ▬▬348-6

ITALCOM, S.A
C/O DANIEL RODRIGUEZ
▬▬▬▬
PANAMA, PANAMA

**Período:** Sep. 01, '14 to Sep. 30, '14
*Period:*

**Saldo Promedio:** -2,673,225.82
*Average balance:*

**Ejecutivo:** LORENA DE ARAGON
*Executive:*

| Fecha / Date | Referencia / Reference | Descripción / Description | (+) Depósitos / Créditos / Deposits / Credits | (-) Cheques / Débitos / Checks / Debits | Saldo Contable / Book Balance |
|---|---|---|---|---|---|
| Sep. 01, '14 | | SENT TRANSFER NO. TRE00114914411 | 0.00 | 128,485.00 | -2,969,541.95 |
| Sep. 01, '14 | | SENT TRANSFER NO. TRE00114914422 | 0.00 | 4,149.00 | -2,973,690.95 |
| Sep. 02, '14 | | ACH CREDICORPB/CBK-OPERATIONS | 648,000.00 | 0.00 | -2,325,690.95 |
| Sep. 03, '14 | | SENT ACH TRANSFER - 104148085 | 0.00 | 18,912.17 | -2,344,603.12 |
| Sep. 03, '14 | | SENT TRANSFER NO. TRE00114915110 | 0.00 | 590,155.00 | -2,934,758.12 |
| Sep. 10, '14 | | SENT TRANSFER NO. TRE00114917252 | 0.00 | 61,055.00 | -2,995,813.12 |
| Sep. 12, '14 | | RECEIVED TRANSFER TRR00114815084 | 393,560.75 | 0.00 | -2,602,252.37 |
| Sep. 12, '14 | | SENT TRANSFER TO ACCOUNT ▬▬ 8920 | 0.00 | 3,500.00 | -2,605,752.37 |
| Sep. 12, '14 | | SENT TRANSFER TO ACCOUNT ▬▬ 2101 | 0.00 | 7,278.88 | -2,613,031.25 |
| Sep. 12, '14 | | SENT TRANSFER TO ACCOUNT ▬▬ 2125 | 0.00 | 4,852.59 | -2,617,883.84 |
| Sep. 12, '14 | | SENT TRANSFER NO. TRE00114918051 | 0.00 | 271,885.00 | -2,889,768.84 |
| Sep. 12, '14 | | SENT TRANSFER NO. TRE00114918113 | 0.00 | 9,797.33 | -2,899,566.17 |
| Sep. 12, '14 | | SENT TRANSFER NO. TRE00114918102 | 0.00 | 1,255.00 | -2,900,821.17 |
| Sep. 12, '14 | | SENT TRANSFER NO. TRE00114918084 | 0.00 | 2,205.00 | -2,903,026.17 |
| Sep. 12, '14 | | SENT TRANSFER NO. TRE00114918073 | 0.00 | 4,055.00 | -2,907,081.17 |
| Sep. 12, '14 | | SENT TRANSFER NO. TRE00114918062 | 0.00 | 14,863.25 | -2,921,944.42 |
| Sep. 12, '14 | | SENT TRANSFER NO. TRE00114918124 | 0.00 | 11,310.00 | -2,933,254.42 |
| Sep. 12, '14 | | ITALC [BOND/GUARANTEE/DOWN PAYMENT]* LEGAL EXPENSES | 0.00 | 107.00 | -2,933,361.42 |
| Sep. 12, '14 | | TRANSFER FEE | 0.00 | 5.00 | -2,933,366.42 |
| Sep. 15, '14 | | ACH CREDICORPB/CBK-OPERATIONS | 148,000.00 | 0.00 | -2,785,366.42 |
| Sep. 15, '14 | | ACH CREDICORPB/CBK-OPERATIONS | 500,000.00 | 0.00 | -2,285,366.42 |
| Sep. 17, '14 | | SENT TRANSFER NO. TRE00114919341 | 0.00 | 280,825.00 | -2,566,191.42 |
| Sep. 17, '14 | | SENT TRANSFER NO. TRE00114910334 | 0.00 | 403,285.00 | -2,969,476.42 |
| Sep. 17, '14 | | NOTARIAL EXP. - INV. # 48953 | 0.00 | 7.49 | -2,969,483.91 |
| Sep. 18, '14 | | RECEIVED TRANSFER FROM ACCOUNT ▬▬ 1307 | 10,654.11 | 0.00 | -2,958,829.80 |
| Sep. 19, '14 | | RECEIVED TRANSFER FROM ACCOUNT ▬▬ 1290 | 165,000.00 | 0.00 | -2,793,829.80 |
| Sep. 19, '14 | | RECEIVED TRANSFER FROM ACCOUNT ▬▬ 1307 | 697,585.17 | 0.00 | -2,096,244.63 |
| Sep. 22, '14 | | RECEIVED TRANSFER FROM ACCOUNT ▬▬ 1307 | 229,078.12 | 0.00 | -1,867,166.51 |
| Sep. 22, '14 | | SENT TRANSFER NO. TRE00114920362 | 0.00 | 424,285.00 | -2,291,451.51 |
| Sep. 22, '14 | | SENT TRANSFER NO. TRE00114920373 | 0.00 | 403,285.00 | 2,694,736.51 |
| Sep. 23, '14 | | SENT TRANSFER NO. TRE00114920691 | 0.00 | 265,765.00 | -2,960,501.51 |
| Sep. 23, '14 | | SENT TRANSFER TO ACCOUNT ▬▬ 1290 | 0.00 | 6,250.00 | -2,966,751.51 |
| Sep. 23, '14 | | SENT TRANSFER TO ACCOUNT ▬▬ 7098 | 0.00 | 3,437.50 | -2,970,189.01 |
| Sep. 23, '14 | | SENT TRANSFER NO. TRE00114920862 | 0.00 | 1,405.00 | -2,971,594.01 |
| Sep. 23, '14 | | SENT TRANSFER NO. TRE00114920851 | 0.00 | 595.00 | -2,972,189.01 |
| Sep. 25, '14 | | RECEIVED TRANSFER TRR00114818681 | 895,122.75 | 0.00 | -2,077,066.26 |
| Sep. 25, '14 | | SENT ACH TRANSFER - 104148085 | 0.00 | 38,532.73 | -2,115,598.99 |
| Sep. 25, '14 | | SENT TRANSFER NO. TRE00114921894 | 0.00 | 808,885.00 | -2,924,483.99 |
| Sep. 25, '14 | | SENT TRANSFER NO. TRE00114921912 | 0.00 | 1,903.33 | -2,926,387.32 |
| Sep. 25, '14 | | SENT TRANSFER NO. TRE00114921901 | 0.00 | 5,206.67 | -2,931,593.99 |

| Saldo Inicial / Beginning balance | (+) Depósitos / Deposits | | (+) Créditos / Credits | | (-) Cheques / Checks | | (-) Débitos / Charges | | (=) Saldo Final / Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| -2,843,056.95 | 0 | 0.00 | (14) | 6,233,802.20 | 0 | 0.00 | (41) | 4,528,929.09 | -1,138,183.84 |

GOVERNMENT EXHIBIT
A0386-C
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 6-4A

Page 1/1 /gp

Towerbank Limited, Tel (345) 914-9483 / Grand, Cayman Islands

\* Translator's note: The word used in Spanish, *fianza*, can mean "bond," "guarantee," or "down payment." It is not clear from the context which meaning is intended here.

CRP-DOJ-0003142727_TR



**Estado de Cuenta / Account Statement**

**TOWERBANK INTERNATIONAL INC.**
*True copy of the original*

CHECKING ACCOUNT   No. / Account number: ████ 348-6

ITALCOM, S.A
C/O DANIEL RODRIGUEZ
████
PANAMA, PANAMA

Período / Period: Sep. 01, '14 to Sep. 30, '14
Saldo Promedio / Average balance: -2,673,225.82
Ejecutivo / Executive: LORENA DE ARAGON

| Fecha / Date | Referencia / Reference | Descripción / Description | (+) Depósitos / Créditos Deposits / Credits | (-) Cheques / Débitos Checks / Debits | Saldo Contable Book Balance |
|---|---|---|---|---|---|
| Sep. 26, '14 | | RECEIVED TRANSFER TRR00114818961 | 193,975.00 | 0.00 | -2,737,618.99 |
| Sep. 26, '14 | | RECEIVED TRANSFER TRR00114819180 | 678,975.00 | 0.00 | 2,058,643.99 |
| Sep. 26, '14 | | SENT TRANSFER NO. TRE00114922171 | 0.00 | 120,935.00 | -2,179,578.99 |
| Sep. 26, '14 | | SENT TRANSFER NO. TRE00114922160 | 0.00 | 307,085.00 | -2,486,663.99 |
| Sep. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | 104.51 | -2,486,768.50 |
| Sep. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | 4.20 | -2,486,772.70 |
| Sep. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | 4,681.62 | -2,491,454.32 |
| Sep. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | 432.76 | -2,491,887.08 |
| Sep. 26, '14 | | CREDIT TO VISA BUSINESS CREDIT CARD | 0.00 | 3,984.54 | -2,495,871.62 |
| Sep. 29, '14 | | RECEIVED TRANSFER TRR00114819091 | 219,981.00 | 0.00 | -2,275,890.62 |
| Sep. 29, '14 | | SENT TRANSFER NO. TRE00114923132 | 0.00 | 146,365.00 | -2,422,255.62 |
| Sep. 29, '14 | | SENT TRANSFER NO. TRE00114923010 | 0.00 | 155,815.00 | -2,578,070.62 |
| Sep. 30, '14 | | RECEIVED TRANSFER TRR00114819904 | 174,985.00 | 0.00 | -2,403,085.62 |
| Sep. 30, '14 | | RECEIVED TRANSFER FROM ACCOUNT ████ 1307 | 1,278,885.30 | 0.00 | -1,124,200.32 |
| Sep. 30, '14 | | OVERDRAFT INTEREST | 0.00 | 13,983.52 | -1,138,183.84 |

| Saldo Inicial Beginning balance | (+) Depósitos Deposits | | (+) Créditos Credits | | (-) Cheques Checks | | (-) Débitos Charges | | (=) Saldo Final Ending Balance |
|---|---|---|---|---|---|---|---|---|---|
| -2,843,056.95 | 0 | 0.00 | (14) | 6,233,802.20 | 0 | 0.00 | (41) | 4,528,929.09 | -1,138,183.84 |

Towerbank Limited, Tel (345)914-9483 / Grand, Cayman Islands

CRP-DOJ-0003142728_TR

[logo]   **Tower**bank

### REPORT ON ACHs RECEIVED, ACCOUNT NO. ███████ 348-6
**Between Sep. 2, 2014 and Sep. 15, 2014**

| Date | Originator | Bank Name | Addendum Item | Amount | Account | | Entity | Name on the Account | Ssn | |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/02/2014 | CBK-OPERATIONS | CREDICORP BANK | TELECOM | 648,000.00 | ███ | 3486 | 19115 | ITALCOM, S.A | ███ | 5692 |
| 09/15/2014 | CBK-OPERATIONS | CREDICORP BANK | TELECOM | 148,000.00 | ███ | 3486 | 19115 | ITALCOM, S.A | ███ | 3779 |
| 09/15/2014 | CBK-OPERATIONS | CREDICORP BANK | TELECOM | 500,000.00 | ███ | 3486 | 19115 | ITALCOM, S.A | ███ | 3780 |

*TOWERBANK INTERNATIONAL INC.*
*True copy of the original*

3/gp