# Datos Cuenta Italcom

**From:** Antonio Andretta <aandretta@███████>
**To:** reports.jcp@gmail.com
**Cc:** Roberto Isaias Jr. <risaias@███████>
**Date:** Wed, 06 Aug 2014 23:19:44 +0000

Estimado John,

Por instrucciones de Roberto, te envio los datos de la cuenta de Italcom, para que procedas a hacer la transferencia.

Una vez que lo recibamos, liquidaremos los intereses de la operacion actual que tenemos a la fecha que recibimos la transferencia y emitiremos una operacion nueva por el monto total de la inversion de Venture con nosotros.

Si tienes alguna pregunta favor me avisas.

slds,

Antonio Andretta


-------- Mensaje original --------

**Asunto:** Datos Cuenta Italcom
**Fecha:** Wed, 6 Aug 2014 17:55:44 -0500
**De:** Jorge Gherardi <jgherardi@███████>
**Para:** Antonio Andretta <aandretta@███████>


Antonio, los datos bancarios son los siguientes:


INFORMACIÓN DE LA TRANSFERENCIA

Banco Intermediario: Wells Fargo
Dirección: New York International Branch

ABA: 026005092

SWIFT: PNBPUS3NNYC

Banco Beneficiario: Tower Bank International, Inc.
Dirección: Panamá, Panamá
Cuenta en Banco Intermediario: ██████2405

ABA: 026005092

SWIFT: TOWEPAPA

Cuenta del Beneficiario: █████3486

Nombre del Beneficiario: Italcom, S.A.

Dirección: ████████████Coco del Mar, Casa No. 11. Panamá, Panamá


Saludos,

Jorge G



AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 6-5

CRP-DOJ-0000015353