# Italcom Account Information

**From:** Antonio Andretta <aandretta@▮▮▮▮>
**To:** reports.jcp@gmail.com
**Cc:** Roberto Isaias Jr. <risaias@▮▮▮▮>
**Date:** Wed, 06 Aug 2014 23:19:44 +0000

Dear John,

Per Roberto's instructions, sending you the Italcom account information, so you can proceed to do the transfer.

Once we receive it, we will settle the interest [fees] on the current transaction and issue a new transaction for the full amount of Venture's investment with us.

Please let me know if you have any

questions.

Regards,

Antonio Andretta

-------- Original message --------

**Subject:** Italcom Account information
**Date:** Wed, 6 Aug 2014 17:55:44 -0500
**From:** Jorge Gherardi <jgherardi@▮▮▮▮>
**To:** Antonio Andretta <aandretta@▮▮▮▮>

Antonio, the bank information is below:

TRANSFER INFORMATION

Intermediary Bank: Wells Fargo
Address: New York International Branch

ABA: 026005092

SWIFT: PNBPUS3NNYC

Beneficiary Bank: Tower Bank International, Inc.
Address: Panamá, Panamá
Intermediary Bank Account: ▮▮▮▮2405

ABA: 026005092

SWIFT: TOWEPAPA

Beneficiary Account: ▮▮▮▮3486

Beneficiary Name: Italcom, S.A.

Address: ▮▮▮▮ Coco del Mar, Casa No. 11. Panamá, Panamá

Regards,

Jorge G



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 6-5A

CRP-DOJ-0000015352_TR

CRP-DOJ-0000015353_TR