# Info

| | |
|---|---|
| **From:** | John C Polit <john.polit@▇▇▇▇> |
| **To:** | karla Polit <karlapolit@▇▇▇▇> |
| **Date:** | Thu, 07 Aug 2014 02:05:21 +0000 |

INFORMACIÓN DE LA TRANSFERENCIA

Banco Intermediario: Wells Fargo
Dirección: New York International Branch

ABA: 026005092

SWIFT: PNBPUS3NNYC

Banco Beneficiario: Tower Bank International, Inc.
Dirección: Panamá, Panamá
Cuenta en Banco Intermediario: ▇▇▇▇2405

ABA: 026005092

SWIFT: TOWEPAPA

Cuenta del Beneficiario: ▇▇▇▇3486

Nombre del Beneficiario: Italcom, S.A.

Dirección: ▇▇▇▇ Coco del Mar, Casa No. 11. Panamá, Panamá



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 6-6

CRP-DOJ-0001425328