# COORDENADAS

| | |
|---|---|
| **From:** | Maria del C. Morla <mcmorla@▮▮▮▮▮> |
| **To:** | john.polit@▮▮▮▮ |
| **Date:** | Wed, 26 Mar 2014 20:23:52 +0000 |

Hola John, favor transferir los fondos a :

```
WELLS FARGO BANK, N.A
NEW YORK, NY
SWIFT CODE: PNBPUS3NNYC
ABA: 026005092
FOR ACCOUNT OF : TOWERBANK INTERNATIONAL, INC.
                 Panamá, Ciudad de Panamá
SWIFT CODE: TOWEPAPA
ACCOUNT No. : ▮▮▮▮▮▮2405
FOR FURTHER CREDIT TO: INMOBILIARIA COSANI S.A.
                       Panamá, República de Panamá
    ACCOUNT NO. ▮▮▮▮▮709-8
```

Ref :Inversion
Saludos,
Campi



GOVERNMENT EXHIBIT
AO386-C
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 7-1

CRP-DOJ-0001441629