## COORDINATES

From: Maria del C. Morla <mcmorla@▓▓▓▓▓▓>
To: john.polit@▓▓▓▓▓▓
Date: Wed, 26 Mar 2014 20:23:52 +0000

Hi John, please transfer funds to :

WELLS FARGO BANK, N.A.
 NEW YORK, NY
 SWIFT CODE: PNBPUS3NNYC
 ABA: 026005092
 FOR ACCOUNT OF : TOWERBANK INTERNATIONAL, INC.
 ▓▓▓▓▓▓ Panama, Panama City
SWIFT CODE: TOWEPAPA
ACCOUNT No. : ▓▓▓▓▓2405
 FOR FURTHER CREDIT TO: INMOBILIARIA COSANI S.A.
 ▓▓▓▓▓▓ Panama City, Republic of Panama
 ACCOUNT NO. ▓▓▓▓▓709-8

Ref :Investment
Greetings,
Campi



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 7-1A

CRP-DOJ-0001441629_TR