# Jj

| | |
|---|---|
| **From:** | John C Polit <john.polit@▮▮▮▮▮> |
| **To:** | Reports <reports.jcp@▮▮▮▮▮> |
| **Date:** | Tue, 26 Apr 2016 18:18:35 +0000 |
| **Attachments:** | image1.JPG (180.33 kB); Unnamed Attachment (21 bytes) |



CRP-DOJ-0001288461