

| Date | Ref. | Payee | Account | Memo | Decrease C | Increase | Balance |
|---|---|---|---|---|---|---|---|
| 12/02/2013 | 6 | | Ecuador Asset Account | | | 250,000.00 | 250,000.00 |
| 01/21/2014 | 7 | | Ecuador Asset Account | | | 250,000.00 | 500,000.00 |
| 04/11/2014 | 9 | | Ecuador Asset Account | | | 500,000.00 | 1,000,000.00 |
| 04/28/2014 | 10 | | Ecuador Asset Account | | | 499,960.00 | 1,499,960.00 |
| 05/12/2014 | 11 | | Ecuador Asset Account | | | 299,960.00 | 1,799,920.00 |
| 05/14/2014 | 8 | | Ecuador Asset Account | | | 234,000.00 | 2,033,920.00 |
| 05/28/2014 | 12 | | Ecuador Asset Account | | | 500,000.00 | 2,533,920.00 |
| 10/01/2014 | | INMOBILIARIA CO... | Suntrust Checking 7442 | | 500,000.00 | | 2,033,920.00 |
| 10/30/2014 | | INMOBILIARIA CO... | Suntrust Checking 744... | | 500,000.00 | | 1,533,920.00 |
| 12/02/2014 | | INMOBILIARIA CO... | Suntrust Checking 744... | | 500,000.00 | | 1,033,920.00 |
| 02/09/2015 | 17 | | Ecuador Asset Account | LOAN | | 300,000.00 | 1,333,920.00 |
| 02/20/2015 | 19 | | Ecuador Asset Account | LOAN | | 50,000.00 | 1,383,920.00 |
| 04/13/2015 | 18 | | Ecuador Asset Account | LOAN | | 300,000.00 | 1,683,920.00 |
| 04/24/2015 | | INMOBILIARIA CO... | Merryl Lychn Account | CAPITAL PA... | 750,000.00 | | 933,920.00 |
| 06/29/2015 | 20 | | Ecuador Asset Account | LOAN | | 250,000.00 | 1,183,920.00 |
| 07/17/2015 | 20 | | Ecuador Asset Account | LOAN | | 250,000.00 | 1,433,920.00 |
| 07/30/2015 | 21 | | Loans:Loan to JC FUN... | PAGO A TRA... | 38,442.23 | | 1,395,477.77 |
| 08/08/15 (08/09/2015) | | INMOBILIARIA CO... | Suntrust Checking 7442 Ecuador asset acc | devolucion par... | 95,000.00 | 200,000 | 1,300,477.77 / 1,500,477.77 |
| 10/13/2015 | | | Loans:Loan to Bluetow... Blue Tower | | 500,000.00 / 500,000.00 | | 1,000,477.77 / 500,477.77 |
| 12/18/2015 (01/07/2016) | 30 | | Loans:Loan to Ayampe | | 245,000.00 | | 255,477.77 |
| 02/05/2016 | 29 | | Ecuador Asset Account | loan | | 300,000.00 | 555,477.77 |
| 02/29/2016 | 26 | | Ecuador Asset Account | loan | | 200,000.00 | 1,055,477.77 / 755,477.77 |
| 03/04/2016 | 27 | | | | | | |

(2.18.15)

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 7-3A

CRP-DOJ-0001288462