# Estado de Cuenta
## Account Statement


**Towerbank**



**CUENTA CORRIENTE No.** / *Account number:* ░░░░░░709-8

INMOBILIARIA COSANI, S. A.

C/O DANIEL RODRIGUEZ

PANAMA. PANAMA

**Período:** 01 abr 14 al 30 abr 14

**Saldo Promedio:** 90,805.98
*Average balance:*

**Ejecutivo:** LORENA DE ARAGON
*Executive:*

| Fecha / Date | Referencia / Reference | Descripción / Description | (+) Depósitos / Créditos / Deposits / Credits | (−) Cheques / Débitos / Checks / Debits | Saldo Contable / Book Balance |
|---|---|---|---|---|---|
| 07-abr-14 | | TRANSFERENCIA RECIBIDA TRR00114765734 | 499,962.55 | 0.00 | 501,104.36 |
| 07-abr-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ░░░░3920 | 0.00 | 4,500.00 | 496,604.36 |
| 07-abr-14 | | TRANSFERENCIA ENVIADA NO. TRE00114869622 | 0.00 | 4,042.80 | 492,561.56 |
| 08-abr-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ░░░░1276 | 0.00 | 55,000.00 | 437,561.56 |
| 08-abr-14 | | TRANSFERENCIA ENVIADA NO. TRE00114869793 | 0.00 | 30,064.20 | 407,497.36 |
| 08-abr-14 | | TRANSFERENCIA ENVIADA NO. TRE00114869782 | 0.00 | 332,613.95 | 74,883.41 |
| 09-abr-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ░░░░3831 | 0.00 | 510.00 | 74,373.41 |
| 17-abr-14 | | DEPOSITO A PLAZO FIJO | 3,821.92 | 0.00 | 78,195.33 |
| 21-abr-14 | | TRANSFERENCIA RECIBIDA DE LA CUENTA ░░░░3486 | 3,437.50 | 0.00 | 81,632.83 |
| 29-abr-14 | | TRANSFERENCIA RECIBIDA TRR00114772331 | 499,922.55 | 0.00 | 581,555.38 |
| ░░-abr-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ░░░░4794 | 0.00 | 70,000.00 | 511,555.38 |
| ░░-abr-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ░░░░8932 | 0.00 | 400,000.00 | 111,555.38 |
| 30-abr-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ░░░░3831 | 0.00 | 100,000.00 | 11,555.38 |
| 30-abr-14 | | TRANSFERENCIA ENVIADA NO. TRE00114875851 | 0.00 | 4,058.85 | 7,496.53 |



TOWERBANK INTERNATIONAL INC.
Fiel copia de su original

GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 7-4A

| Saldo Inicial / Beginning balance | (+) Depósitos / Deposits | (+) Créditos / Credits | (−) Cheques / Checks | (−) Débitos / Charges | (=) Saldo Final / Ending Balance |
|---|---|---|---|---|---|
| 1,141.81 | 0    0.00 | (4)   1,007,144.52 | 0    0.00 | (10)   1,000,789.80 | 7,496.53 |



Pag 1

# Estado de Cuenta
## Account Statement

 **Towerbank**



**CHECKING ACCOUNT** **No.** / *Account number:* ▮▮▮▮709-8

INMOBILIARIA COSANI, S. A.

C/O DANIEL RODRIGUEZ

▮▮▮▮▮▮▮▮▮▮▮▮

PANAMA. PANAMA

**Período:** Apr. 01, '14 to Apr. 30, '14
*Period:*

**Saldo Promedio:** 90,805.98
*Average balance:*

**Ejecutivo:** LORENA DE ARAGON
*Executive:*

| Fecha / Date | Referencia / Reference | Descripción / Description | (+) Depósitos / Créditos / Deposits / Credits | (−) Cheques / Débitos / Checks / Debits | Saldo Contable / Book Balance |
|---|---|---|---|---|---|
| Apr. 07, '14 | | RECEIVED TRANSFER TRR00114765734 | 499,962.55 | 0.00 | 501,104.36 |
| Apr. 07, '14 | | SENT TRANSFER TO ACCOUNT 03010028920 | 0.00 | 4,500.00 | 496,604.36 |
| Apr. 07, '14 | | SENT TRANSFER NO. TRE00114869622 | 0.00 | 4,042.80 | 492,561.56 |
| Apr. 08, '14 | | SENT TRANSFER TO ACCOUNT ▮▮▮▮ 1276 | 0.00 | 55,000.00 | 437,561.56 |
| Apr. 08, '14 | | SENT TRANSFER NO. TRE00114869793 | 0.00 | 30,064.20 | 407,497.36 |
| Apr. 08, '14 | | SENT TRANSFER NO. TRE00114869782 | 0.00 | 332,613.95 | 74,883.41 |
| Apr. 09, '14 | | SENT TRANSFER TO ACCOUNT ▮▮▮▮ 3831 | 0.00 | 510.00 | 74,373.41 |
| Apr. 17, '14 | | FIXED-TERM DEPOSIT | 3,821.92 | 0.00 | 78,195.33 |
| Apr. 21, '14 | | RECEIVED TRANSFER FROM ACCOUNT ▮▮▮▮ 3486 | 3,437.50 | 0.00 | 81,632.83 |
| Apr. 29, '14 | | RECEIVED TRANSFER TRR00114772331 | 499,922.55 | 0.00 | 581,555.38 |
| Apr. [illegible], '14 | | SENT TRANSFER TO ACCOUNT ▮▮▮▮ 4794 | 0.00 | 70,000.00 | 511,555.38 |
| Apr. [illegible], '14 | | SENT TRANSFER TO ACCOUNT ▮▮▮▮ 8932 | 0.00 | 400,000.00 | 111,555.38 |
| Apr. 30, '14 | | SENT TRANSFER TO ACCOUNT ▮▮▮▮ 3831 | 0.00 | 100,000.00 | 11,555.38 |
| Apr. 30, '14 | | SENT TRANSFER NO. TRE00114875851 | 0.00 | 4,058.85 | 7,496.53 |

[ink stamp]
**TOWERBANK INTERNATIONAL INC.**
True copy of the original
*[illegible handwritten initials]*





AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 7-4B

| Saldo Inicial / Beginning balance | (+) Depósitos / Deposits | (+) Créditos / Credits | (−) Cheques / Checks | (−) Débitos / Charges | (=) Saldo Final / Ending Balance |
|---|---|---|---|---|---|
| 1,141.81 | 0    0.00 | (4) 1,007,144.52 | 0    0.00 | (10) 1,000,789.80 | 7,496.53 |



Tel(507)269-6900/Web www.towerbank.com/e-mail towerbank@towerbank.com/SWIFT: TOWEPAPA, Apartado 819-06769, Panama

CRP-DOJ-0000480626_TR

# Estado de Cuenta
## Account Statement

 **Towerbank**

**CUENTA CORRIENTE No.** / *Account number:* ▮▮▮▮▮709-8

INMOBILIARIA COSANI, S. A.

C/O DANIEL RODRIGUEZ

PANAMA, PANAMA

**Período:** 01 may 14 al 31 may 14
*Period:*

**Saldo Promedio:** 229,989.93
*Average balance:*

**Ejecutivo:** LORENA DE ARAGON
*Executive:*

| Fecha / Date | Referencia / Reference | Descripción / Description | (+) Depósitos / Créditos Deposits / Credits | (−) Cheques / Débitos Checks / Debits | Saldo Contable Book Balance |
|---|---|---|---|---|---|
| 02-may-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ▮▮▮3920 | 0.00 | 4,500.00 | 2,996.53 |
| 06-may-14 | | TRANSFERENCIA RECIBIDA TRR00114774411 | 539,962.55 | 0.00 | 542,959.08 |
| 07-may-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ▮▮▮1276 | 0.00 | 42,800.00 | 500,159.08 |
| 07-may-14 | | TRANSFERENCIA ENVIADA NO. TRE00114878281 | 0.00 | 350,090.95 | 150,068.13 |
| 07-may-14 | | TRANSFERENCIA ENVIADA NO. TRE00114878270 | 0.00 | 30,064.20 | 120,003.93 |
| 12-may-14 | | TRANSFERENCIA RECIBIDA TRR00114776320 | 299,922.55 | 0.00 | 419,926.48 |
| 15-may-14 | | TRANSFERENCIA ENVIADA ACH - 402669 | 0.00 | 10,000.00 | 409,926.48 |
| 16-may-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ▮▮▮3932 | 0.00 | 200,000.00 | 209,926.48 |
| 19-may-14 | | DEPOSITO A PLAZO FIJO | 3,698.64 | 0.00 | 213,625.12 |
| 19-may-14 | | TRANSFERENCIA ENVIADA NO. TRE00114881453 | 0.00 | 1,558.85 | 212,066.27 |
| ▮▮-may-14 | | TRANSFERENCIA RECIBIDA DE LA CUENTA ▮▮▮3486 | 3,437.50 | 0.00 | 215,503.77 |
| ▮▮-may-14 | | TRANSFERENCIA ENVIADA NO. TRE00114882430 | 0.00 | 25,310.30 | 190,193.47 |
| 28-may-14 | | TRANSFERENCIA RECIBIDA TRR00114781783 | 499,962.55 | 0.00 | 690,156.02 |
| 30-may-14 | | TRANSFERENCIA ENVIADA ND. TRE00114885511 | 0.00 | 127,321.95 | 562,834.07 |
| 30-may-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ▮▮▮4616 | 0.00 | 200,000.00 | 362,834.07 |
| 30-may-14 | | TRANSFERENCIA ENVIADA A LA CUENTA ▮▮▮1276 | 0.00 | 60,300.00 | 302,534.07 |
| 30-may-14 | | TRANSFERENCIA ENVIADA ACH - 402669 | 0.00 | 40,000.00 | 262,534.07 |





GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 7-4C

| Saldo Inicial Beginning balance | (+) Depósitos Deposits | (+) Créditos Credits | (−) Cheques Checks | (−) Débitos Charges | (=) Saldo Final Ending Balance |
|---|---|---|---|---|---|
| 7,496.53 | 0   0.00 | (5)  1,346,983.79 | 0   0.00 | (12)  1,091,946.25 | 262,534.07 |



Pag   1

Tel(507)269-6900/Web www.towerbank.com/e-mail towerbank@towerbank.com/SWIFT: TOWEPAPA, Apartado 819-06769, Panama

**Estado de Cuenta**
Account Statement

 **Towerbank**

876

**CHECKING ACCOUNT   No. / Account number:** ▮▮▮▮709-8

INMOBILIARIA COSANI, S. A.

C/O DANIEL RODRIGUEZ

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

PANAMA. PANAMA

**Periodo / Period:** May 01, '14 to May 31, '14

**Saldo Promedio / Average balance:** 229,989.93

**Ejecutivo / Executive:** LORENA DE ARAGON

| Fecha / Date | Referencia / Reference | Descripción / Description | (+) Depósitos / Créditos Deposits / Credits | (–) Cheques / Débitos Checks / Debits | Saldo Contable Book Balance |
|---|---|---|---:|---:|---:|
| May 02, '14 | | SENT TRANSFER TO ACCOUNT ▮▮▮8920 | 0.00 | 4,500.00 | 2,996.53 |
| May 06, '14 | | RECEIVED TRANSFER TRR00114774411 | 539,962.55 | 0.00 | 542,959.08 |
| May 07, '14 | | SENT TRANSFER TO ACCOUNT ▮▮▮1276 | 0.00 | 42,800.00 | 500,159.08 |
| May 07, '14 | | SENT TRANSFER NO. TRE00114878281 | 0.00 | 350,090.95 | 150,068.13 |
| May 07, '14 | | SENT TRANSFER NO. TRE00114878270 | 0.00 | 30,064.20 | 120,003.93 |
| May 12, '14 | | RECEIVED TRANSFER TRR00114776320 | 299,922.55 | 0.00 | 419,926.48 |
| May 15, '14 | | SENT ACH TRANSFER - 402669 | 0.00 | 10,000.00 | 409,926.48 |
| May 16, '14 | | SENT TRANSFER TO ACCOUNT ▮▮▮8932 | 0.00 | 200,000.00 | 209,926.48 |
| May 19, '14 | | FIXED-TERM DEPOSIT | 3,698.64 | 0.00 | 213,625.12 |
| May 19, '14 | | SENT TRANSFER NO. TRE00114881453 | 0.00 | 1,558.85 | 212,066.27 |
| May [illegible], '14 | | RECEIVED TRANSFER FROM ACCOUNT ▮▮▮3486 | 3,437.50 | 0.00 | 215,503.77 |
| May [illegible], '14 | | SENT TRANSFER NO. TRE00114882430 | 0.00 | 25,310.30 | 190,193.47 |
| May 28, '14 | | RECEIVED TRANSFER TRR00114781783 | 499,962.55 | 0.00 | 690,156.02 |
| May 30, '14 | | SENT TRANSFER DEBIT NOTE TRE00114885511 | 0.00 | 127,321.95 | 562,834.07 |
| May 30, '14 | | SENT TRANSFER TO ACCOUNT ▮▮▮4616 | 0.00 | 200,000.00 | 362,834.07 |
| May 30, '14 | | SENT TRANSFER TO ACCOUNT ▮▮▮1276 | 0.00 | 60,300.00 | 302,534.07 |
| May 30, '14 | | SENT ACH TRANSFER - 402669 | 0.00 | 40,000.00 | 262,534.07 |

[ink stamp]
**TOWERBANK INTERNATIONAL INC.**
True copy of the original
[illegible handwritten initials]

**GOVERNMENT EXHIBIT**
AO386-C
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 7-4D

| Saldo Inicial Beginning balance | (+) Depósitos Deposits | (+) Créditos Credits | (–) Cheques Checks | (–) Débitos Charges | (=) Saldo Final Ending Balance |
|---:|---:|---:|---:|---:|---:|
| 7,496.53 | 0   0.00 | (5)   1,346,983.79 | 0   0.00 | (12)   1,091,946.25 | 262,534.07 |



Page   1

AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 7-4E

| Fecha de Emisión | Banco | Oper. | Importe en Dólares | Importe de la Transferencia | Ente de Cliente | Nombre Cliente | Cuenta Cliente | Nombre Oficial | Ordenante | Dirección del Ordenante | DETALLE DE PAGO (Campo SW70) | Banco Ordenante | Dirección Banco Ordenante |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/27/2014 | TRR00114753581 | 219041 | 269,970.00 | USD269,970.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | REFINADORA DE SAL SA | TGU | FONDEO PARA INVERSIONES RFB S11638 | FIRSTCARIBBEAN INTERNATIONAL BANK (OFFSHORE) LIMITED | PO Box 180 Rendezvous, Christ Church Barbados |
| 4/7/2014 | TRR00114765734 | 221762 | 500,000.00 | USD500,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | KLIENFELD SERVICES LTD | STJOHNS ANTIGUA | INVESTMENTS | CHINA CONSTRUCTION BANK FUJIAN BRANCH | FUJIAN CHINA |
| 4/29/2014 | TRR00114772331 | 223259 | 499,960.00 | USD499,960.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | SARAWAK CORPORATION (4010253442) | BELIZE CITYBZ/CIUDAD BELIZE | (RFB)INVERSION RFB BP140428-11305C | BANK OF AMERICA, NATIONAL ASSOCIATION | SUNNYVALE INDUSTRIAL BRANCH 921 E. ARQUES AVE SUNNYVALE, CA 940 |
| 5/6/2014 | TRR00114774411 | 223748 | 540,000.00 | USD540,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | CENTROHOTEL S.A. | CIN NBR 65015-1 | REF. FONDEO PARA INVERSIONES | BANK OF AMERICA, NATIONAL ASSOCIATION | SUNNYVALE INDUSTRIAL BRANCH 921 E. ARQUES AVE SUNNYVALE, CA 940 |
| 5/12/2014 | TRR00114776320 | 224174 | 299,960.00 | USD299,960.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | SARAWAK CORPORATION | BELIZE CITYBZ/BELIZE | (RFB)INVERSIONES RFB BP140509-12546 | BANK OF AMERICA, NATIONAL ASSOCIATION | SUNNYVALE INDUSTRIAL BRANCH 921 E. ARQUES AVE SUNNYVALE, CA 940 |
| 5/28/2014 | TRR00114781783 | 225287 | 500,000.00 | USD500,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | KLIENFELD SERVICES LTD | STJOHNS ANTIGUA | INVESTMENTS | CHINA CONSTRUCTION BANK FUJIAN BRANCH | FUJIAN CHINA |
| 6/23/2014 | TRR00114789970 | 227225 | 280,000.00 | USD280,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | TELECOMUNICACIONES DE CENTROTEL SA | CIN NBR 65015-1 | FONDEO PARA INVERSIONES | BANK OF AMERICA, NATIONAL ASSOCIATION | SUNNYVALE INDUSTRIAL BRANCH 921 E. ARQUES AVE SUNNYVALE, CA 940 |


TOWERBANK INTERNATIONAL INC.
Fiel copia de su original

2

**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 7-4F

[handwritten] 899

| Issue Date | Bank | Oper. | Amount in Dollars | Amount of Transfer | Customer Entity | Customer Name | Customer Account | Official Name | Originator | Originator's Address | PAYMENT DETAILS (Field SW70) | Originating Bank | Originating Bank's Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/27/2014 | TRR00114753581 | 219041 | 269,970.00 | USD269,970.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | REFINADORA DE SAL SA | TGU | FUNDING FOR RFB INVESTMENTS S11638 | FIRSTCARIBBEAN INTERNATIONAL BANK (OFFSHORE) LIMITED | PO Box 180 Rendezvous, Christ Church Barbados |
| 4/7/2014 | TRR00114765734 | 221762 | 500,000.00 | USD500,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | KLIENFELD SERVICES LTD | ST JOHNS ANTIGUA | INVESTMENTS | CHINA CONSTRUCTION BANK FUJIAN BRANCH | FUJIAN CHINA |
| 4/29/2014 | TRR00114772331 | 223259 | 499,960.00 | USD499,960.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | SARAWAK CORPORATION (4010253442) | BELIZE CITYBZ/CIUDAD BELIZE | (RFB)RFB INVESTMENT BP140428-11305C | BANK OF AMERICA, NATIONAL ASSOCIATION | SUNNYVALE INDUSTRIAL BRANCH 921 E. ARQUES AVE SUNNYVALE, CA 940 |
| 05/6/2014 | TRR00114774411 | 223748 | 540,000.00 | USD540,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | CENTROHOTEL S.A. | CIN NBR 65015-1 | REF. FUNDING FOR INVESTMENTS | BANK OF AMERICA, NATIONAL ASSOCIATION | SUNNYVALE INDUSTRIAL BRANCH 921 E. ARQUES AVE SUNNYVALE, CA 940 |
| 5/12/2014 | TRR00114776320 | 224174 | 299,960.00 | USD299,960.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | SARAWAK CORPORATION | BELIZE CITYBZ/BELIZE | (RFB)RFB INVESTMENTS BP140509-12546 | BANK OF AMERICA, NATIONAL ASSOCIATION | SUNNYVALE INDUSTRIAL BRANCH 921 E. ARQUES AVE SUNNYVALE, CA 940 |
| 5/28/2014 | TRR00114781783 | 225287 | 500,000.00 | USD500,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | KLIENFELD SERVICES LTD | ST JOHNS ANTIGUA | INVESTMENTS | CHINA CONSTRUCTION BANK FUJIAN BRANCH | FUJIAN CHINA |
| 6/23/2014 | TRR00114789970 | 227225 | 280,000.00 | USD280,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | TELECOMUNICACIONES DE CENTROTEL SA | CIN NBR 65015-1 | FUNDING FOR INVESTMENTS | BANK OF AMERICA, NATIONAL ASSOCIATION | SUNNYVALE INDUSTRIAL BRANCH 921 E. ARQUES AVE SUNNYVALE, CA 940 |

[ink stamp]
**TOWERBANK INTERNATIONAL INC.**
**True copy of the original**
*[illegible handwritten initials]*

2

| Fecha de Emisión | Banco | Oper. | Importe en Dólares | Importe de la Transferencia | Ente de Cliente | Nombre Cliente | Cuenta Cliente | Nombre Oficial | Beneficiario | Cuenta del Beneficiario | Dirección del Beneficiario | DETALLE DE PAGO (Campo SW70) | Banco Beneficiario |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/29/2014 | TRE00114922444 | 234144 | 4,000.00 | USD4,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | Ricardo J. Noboa | 3304 | MIAMI EE UU | ROC Honorarios Septiembre 2014 | NORTHERN TRUST, NATIONAL ASSOCIATION |
| 10/1/2014 | TRE00114923801 | 234428 | 500,000.00 | USD500,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | VENTURE OVERSEAS LLC | 7442 | MIAMI EE.UU. | ROC Pago inversion | SUNTRUST BANK |
| 10/16/2014 | TRE00114928211 | 235388 | 10,000.00 | USD10,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | INNOVATICS GROUP LLC | 7837 | VA 2 ARLINGTON EE UU | ROC Honorarios Octubre 2014 AA | WELLS FARGO BANK, NATIONAL ASSOCIATION |
| 10/29/2014 | TRE00114932504 | 236400 | 500,000.00 | USD500,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | VENTURE OVERSEAS LLC | 7442 | MIAMI EE UU | ROC Pago inversion | SUNTRUST BANK |
| 10/30/2014 | TRE00114933430 | 236551 | 4,000.00 | USD4,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | Ricardo J. Noboa | 3304 | MIAMI EE.UU. | ROC Honorarios Octubre 2014 | NORTHERN TRUST, NATIONAL ASSOCIATION |
| 11/12/2014 | TRE00114936222 | 237182 | 20,000.00 | USD20,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | INNOVATICS GROUP LLC | 7837 | Arlington VA 2 ARLINGTON EE.UU. | ROC Honorarios Nov y Dic aa | WELLS FARGO BANK, NATIONAL ASSOCIATION |
| 12/2/2014 | TRE00114942740 | 238587 | 500,000.00 | USD500,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | VENTURE OVERSEAS LLC | 7442 | Miami, FL 33178 MIAMI EE UU | ROC Pago inversion | SUNTRUST BANK |
| 12/2/2014 | TRE00114942751 | 238588 | 9,000.00 | USD9,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | Ricardo J. Noboa | 3304 | Miami, FL 33131 MIAMI EE UU | ROC Honorarios Noviembre 2014 y reembolso gastos | NORTHERN TRUST, NATIONAL ASSOCIATION |
| 12/23/2014 | TRE00114950240 | 240225 | 15,000.00 | USD15,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | Ricardo J. Noboa | 3304 | MIAMI EE UU | ROC Honorarios Diciembre 2015 mas reembolso gastos | NORTHERN TRUST, NATIONAL ASSOCIATION |
| 1/13/2015 | TRE00115954771 | 241267 | 10,000.00 | USD10,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | INNOVATICS GROUP LLC | 7837 | Arlington VA 2 ARLINGTON EE UU | ROC Honorario Enero 2015 aa | WELLS FARGO BANK, NATIONAL ASSOCIATION |
| 2/4/2015 | TRE00115962611 | 243232 | 4,000.00 | USD4,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | RICARDO J. NOBOA | 3304 | MIAMI EE UU | ROC Honorarios Enero 2015 | NORTHERN TRUST, NATIONAL ASSOCIATION |



TOWERBANK INTERNATIONAL INC.
Fiel copia de su original

CRP-DOJ-000048066



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 7-4G

8

[handwritten] 892

| Issue Date | Bank | Trans. | Amount in Dollars | Amount of Transfer | Customer Entity | Customer Name | Customer Account | Official Name | Beneficiary | Beneficiary's Account | Beneficiary's Address | PAYMENT DETAILS (Field SW70) | Beneficiary Bank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/29/2014 | TRE00114922444 | 234144 | 4,000.00 | USD4,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | Ricardo J. Noboa | 3304 | MIAMI U.S. | ROC Fees September 2014 | NORTHERN TRUST, NATIONAL ASSOCIATION |
| 10/1/2014 | TRE00114923801 | 234428 | 500,000.00 | USD500,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA DE ARAGON | VENTURE OVERSEAS LLC | 7442 | MIAMI U.S. | ROC Investment payment | SUNTRUST BANK |
| 10/16/2014 | TRE00114928211 | 235388 | 10,000.00 | USD10,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | INNOVATICS GROUP LLC | 7837 | Arligton [sic] VA 2 ARLINGTON U.S. | ROC Fees October 2014 AA | WELLS FARGO BANK, NATIONAL ASSOCIATION |
| 10/29/2014 | TRE00114932504 | 236400 | 500,000.00 | USD500,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | VENTURE OVERSEAS LLC | 7442 | MIAMI U.S. | ROC Investment payment | SUNTRUST BANK |
| 10/30/2014 | TRE00114933430 | 236551 | 4,000.00 | USD4,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | Ricardo J. Noboa | 3304 | MIAMI U.S. | ROC Fees October 2014 | NORTHERN TRUST, NATIONAL ASSOCIATION |
| 11/12/2014 | TRE00114936222 | 237182 | 20,000.00 | USD20,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | INNOVATICS GROUP LLC | 7837 | rligton [sic] VA 2 ARLINGTON U.S. | ROC Fees Nov and Dec aa | WELLS FARGO BANK, NATIONAL ASSOCIATION |
| 12/2/2014 | TRE00114942740 | 238587 | 500,000.00 | USD500,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | VENTURE OVERSEAS LLC | 7442 | Miami, FL 33178 MIAMI U.S. | ROC Investment payment | SUNTRUST BANK |
| 12/2/2014 | TRE00114942751 | 238588 | 9,000.00 | USD9,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | Ricardo J. Noboa | 3304 | U.S. | ROC Fees November 2014 and reimbursement of expenses | NORTHERN TRUST, NATIONAL ASSOCIATION |
| 12/23/2014 | TRE00114950240 | 240225 | 15,000.00 | USD15,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | Ricardo J. Noboa | 3304 | MIAMI U.S. | ROC Fees December 2015 plus reimbursement of expenses | NORTHERN TRUST, NATIONAL ASSOCIATION |
| 1/13/2015 | TRE00115954771 | 241267 | 10,000.00 | USD10,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | INNOVATICS GROUP LLC | 7837 | Arligton [sic] VA 2 ARLINGTON U.S. | ROC Fee January 2015 aa | WELLS FARGO BANK, NATIONAL ASSOCIATION |
| 2/4/2015 | TRE00115962611 | 243232 | 4,000.00 | USD4,000.00 | 18116 | INMOBILIARIA COSANI, S. A. | 7098 | LORENA MEDINA | RICARDO J. NOBOA | 3304 | MIAMI U.S. | ROC Fees January 2015 | NORTHERN TRUST, NATIONAL ASSOCIATION |

TOWERBANK INTERNATIONAL INC.
True copy of the original
[illegible handwritten initials]
[ink stamp]

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 7-4H