








**John Polit**

Claro desde que dije ok ando mal genio jeje  7:51 PM

Sin razon alguna  7:51 PM

Jeje  7:51 PM

Lo que pienso es que voy a tener lo que es con la flia y Otro Grupo lo mio solo y Otro con Los eljuri  7:52 PM

Y si es para crecer Deberia ser mejor  7:52 PM

Estoy de acuerdo  7:52 PM

Me parece bien así  7:52 PM

Ten algo para ellos  7:52 PM

Que no te vayan a detener en lo que tu quieras hacer y puedas seguir sin algún obstáculo  7:53 PM

Claro por eso Pense  7:53 PM

Aparte yo he trabajado x mis hijos Tengo que tener sus cosas tambien para que tengan  7:54 PM

CRP-DOJ-0001243208



| | |
|---|---|
| 8:09 **John Polit** August 27, 2014 | |
| | Cool!!! |
| | So then you do want to buy the green one? |
| | And the Palmetto? |
| I do, but I don't have money. | |
| | Right, that's why I'm telling you. |
| However, my dad is already pressuring me to sell him a part of everything so that my brothers can be part of it. | |
| That's why my sister went today. | |
| I told her that she can always help with school as long as there is a commitment. | |
| | Of course. |
| | Well, then you can get some cash flow with that. |
| And I have to put a price on everything I want them to get into. | |

GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 8-1B

CRP-DOJ-0001243206_TR



8:10

**John Polit**

some cash flow with that.

And I have to put a price on everything I want them to get into.

Sure.

Mixing in the family is fucked up though.

I know.

And I feel my siblings don't appreciate it.

Charles goes and I feel he audits me.

I understand.

More than anything, he wants me to teach them so it can push them to have their things.

You have to be careful… Just for the simple fact that you shouldn't get into a fight with them.

Sure, since I said "Okay" I've been in a bad mood. Heh,heh.



8:10

**John Polit**

Sure, since I said "Okay" I've been in a bad mood. Heh,heh.

For no reason whatsoever.

Heh, heh.

What I'm thinking is that I'm going to have whatever is with the family, and another group only for me, and another one with the Eljuri folks.

And if it's for growing, then it should be better.

I do agree.

I think that's good.

Have something for them.

They shouldn't stop you from whatever you want to do and for you to continue without any obstacles.

Sure, that's what I thought. Besides, I've worked for my kids.

I have to have their things so they can have as well.

CRP-DOJ-0001243208_TR






March 17, 2015

| | |
|---|---|
| Mija[1] <br>                       5:00 pm <br><br> What's the password for venture's quickbooks? <br>                       5:01 pm | |
| | What's up mija <br>                       5:21 pm <br><br> Try 1234 <br>                       5:21 pm <br><br> Or admin <br>                       5:21 pm |
| We already did it by hand <br>                       5:30 pm <br> JJ was going to do it but [it's] already x <br>                       5:30 pm | |
| | Ok mija <br>                       5:35 pm <br><br> Leave it under the keyboard <br>                       5:35 pm |
| Ok <br>                       6:07 pm <br><br> Also, ben thought he wrote to you about forrest's roof that the roofer didn't show up I told him to find another one <br>                       6:08 pm | |
| | Bummer <br>                       7:51 pm |



---

[1] Translator's note: "*Mija*" is the contraction of "*mi hija*" (my daughter), but in this context is slang for "darling" or "girl", as in "hey girl".







| July 23, 2015 | |
|---|---|
| | I left a report in your office on the loans to cosani |
| | 8:04 pm |
| | Are they all right? |
| | 8:04 pm |
| | Pls let me know if any arrangements need to be made |
| | 8:04 pm |
| Yeah that's fine | |
| 8:05 pm | |
| We also have to talk with the Chinese guy bolona | |
| 8:36 pm | |
| | I talked to him last week |
| | 10:01 pm |
| | I'll follow up with him tomorrow |
| | 10:01 pm |
| Cool thanks !! | |
| 10:01 pm | |
| Did you find a place? | |
| 10:01 pm | |
| | You're welcome! |
| | 10:01 pm |
| | I saw a place here in front |
| | 10:01 pm |
| | But parking is a hassle, just… |



GOVERNMENT EXHIBIT
CASE NO. 22-CR-20114-KMW
EXHIBIT NO. 8-1F

CRP-DOJ-0002407382_TR