# State of Florida
## Department of State



**CERTIFICATION OF PUBLIC RECORD**
**PURSUANT TO FED. R. EVID. 902(4)**

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of AMERICAN LAND INVESTMENTS & DEVELOPMENT, LLC, document number L130000774415 a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

*RoseAnn Varnadore*
RoseAnn Varnadore
August 11, 2023



AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 8-2



## State of Florida
### Department of State

I certify the attached is a true and correct copy of the complete file of AMERICAN LAND INVESTMENTS & DEVELOPMENT, LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L13000074415.

I further certify that said company was administratively dissolved on September 23, 2022.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Ninth day of August, 2023



*Cord Byrd*
Secretary of State

CR2E022 (01-11)

CRP-DOJ-0002403270

# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L13000074415
FILED 8:00 AM
May 21, 2013
Sec. Of State
alunt

## Article I
The name of the Limited Liability Company is:
AMERICAN LAND INVESTMENTS & DEVELOPMENT, LLC

## Article II
The street address of the principal office of the Limited Liability Company is:
13501 SOUTH SHORE BOULEVARD
SUITE 103
WELLINGTON, FL. 33414

The mailing address of the Limited Liability Company is:
13501 SOUTH SHORE BOULEVARD
SUITE 103
WELLINGTON, FL. 33414

## Article III
The purpose for which this Limited Liability Company is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The name and Florida street address of the registered agent is:
CRAIG T GALLE
13501 SOUTH SHORE BOULEVARD
SUITE 103
WELLINGTON, FL. 33414

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.
Registered Agent Signature: CRAIG T. GALLE

## Article V
The effective date for this Limited Liability Company shall be:
05/21/2013

Signature of member or an authorized representative of a member

Electronic Signature: CRAIG T. GALLE

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

# 2014 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L13000074415

Entity Name: AMERICAN LAND INVESTMENTS & DEVELOPMENT, LLC

**FILED**
**Jan 08, 2014**
**Secretary of State**
**CC5017257019**

Current Principal Place of Business:

13501 SOUTH SHORE BOULEVARD
SUITE 103
WELLINGTON, FL 33414

Current Mailing Address:

13501 SOUTH SHORE BOULEVARD
SUITE 103
WELLINGTON, FL 33414

FEI Number: 46-2815317

Certificate of Status Desired: No

Name and Address of Current Registered Agent:

GALLE, CRAIG T
13501 SOUTH SHORE BOULEVARD
SUITE 103
WELLINGTON, FL 33414 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                  Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | GOMEZ, FEDERICO |
| Address | 13501 SOUTH SHORE BOULEVARD SUITE 103 |
| City-State-Zip: | WELLINGTON FL 33414 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: FEDERICO GOMEZ                                        MGR                            01/08/2014

Electronic Signature of Signing Authorized Person(s) Detail                                                           Date

CRP-DOJ-0002403272

# 2015 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L13000074415

Entity Name: AMERICAN LAND INVESTMENTS & DEVELOPMENT, LLC

FILED
Jan 08, 2015
Secretary of State
CC1165478435

**Current Principal Place of Business:**

13501 SOUTH SHORE BOULEVARD
SUITE 103
WELLINGTON, FL 33414

**Current Mailing Address:**

13501 SOUTH SHORE BOULEVARD
SUITE 103
WELLINGTON, FL 33414

FEI Number: 46-2815317

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

GALLE, CRAIG T
13501 SOUTH SHORE BOULEVARD
SUITE 103
WELLINGTON, FL 33414 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                   Date

**Authorized Person(s) Detail:**

| | |
|---|---|
| Title | MGR |
| Name | GOMEZ, FEDERICO |
| Address | 13501 SOUTH SHORE BOULEVARD SUITE 103 |
| City-State-Zip: | WELLINGTON FL 33414 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: FEDERICO GOMEZ                                    MGR                        01/08/2015

Electronic Signature of Signing Authorized Person(s) Detail                            Date

CRP-DOJ-0002403273

# 2016 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L13000074415

**Entity Name:** AMERICAN LAND INVESTMENTS & DEVELOPMENT, LLC

FILED
Jan 14, 2016
Secretary of State
CC3370763978

**Current Principal Place of Business:**

13501 SOUTH SHORE BOULEVARD
SUITE 103
WELLINGTON, FL 33414

**Current Mailing Address:**

13501 SOUTH SHORE BOULEVARD
SUITE 103
WELLINGTON, FL 33414

**FEI Number:** 46-2815317

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GALLE, CRAIG T
13501 SOUTH SHORE BOULEVARD
SUITE 103
WELLINGTON, FL 33414 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                    Date

**Authorized Person(s) Detail:**

| | |
|---|---|
| Title | MGR |
| Name | GOMEZ, FEDERICO |
| Address | 13501 SOUTH SHORE BOULEVARD SUITE 103 |
| City-State-Zip: | WELLINGTON FL 33414 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: FEDERICO GOMEZ                                        MGR                       01/14/2016

Electronic Signature of Signing Authorized Person(s) Detail                                                 Date

CRP-DOJ-0002403274

# 2016 FLORIDA LIMITED LIABILITY COMPANY AMENDED ANNUAL REPORT

DOCUMENT# L13000074415

**Entity Name:** AMERICAN LAND INVESTMENTS & DEVELOPMENT, LLC

**FILED**
Apr 07, 2016
Secretary of State
CC2637995385

**Current Principal Place of Business:**

1820 SW 3RD AVE
MIAMI, FL 33129

**Current Mailing Address:**

1820 SW 3RD AVE
MIAMI, FL 33129 US

**FEI Number:** 46-2815317

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUICK BOOKKEEPING OF DORAL LLC
1820 SW 3RD AVE
MIAMI, FL 33129 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ALEJANDRO DIAZ          04/07/2016
Electronic Signature of Registered Agent          Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | KAYMUS COMPANIES GROUP LLC |
| Address | 1820 SW 3RD AVE |
| City-State-Zip: | MIAMI FL 33129 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: ALEJANDRO DIAZ          ACCOUNTANT          04/07/2016
Electronic Signature of Signing Authorized Person(s) Detail          Date

CRP-DOJ-0002403275

**2016 FLORIDA LIMITED LIABILITY COMPANY AMENDED ANNUAL REPORT**

DOCUMENT# L13000074415

Entity Name: AMERICAN LAND INVESTMENTS & DEVELOPMENT, LLC

FILED
Apr 11, 2016
Secretary of State
CC1797369593

**Current Principal Place of Business:**

13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414

**Current Mailing Address:**

13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414 US

FEI Number: 46-2815317

Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

GALLE, CRAIG T
13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: CRAIG T GALLE                                                                                      04/11/2016
_____
Electronic Signature of Registered Agent                                                                        Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | GOMEZ, FEDERICO |
| Address | 13501 SOUTH SHORE BLVD SUITE 103 |
| City-State-Zip: | WELLINGTON FL 33414 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: FEDERICO GOMEZ                                MANAGER                        04/11/2016
_____
Electronic Signature of Signing Authorized Person(s) Detail                                                    Date

CRP-DOJ-0002403276

# 2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L13000074415

**Entity Name:** AMERICAN LAND INVESTMENTS & DEVELOPMENT, LLC

**Current Principal Place of Business:**

13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414

**Current Mailing Address:**

13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414 US

**FEI Number:** 46-2815317

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GALLE, CRAIG T
13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414 US

FILED
Mar 23, 2017
Secretary of State
CC4421132210

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: CRAIG T GALLE 03/23/2017
Electronic Signature of Registered Agent Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | GOMEZ, FEDERICO |
| Address | 13501 SOUTH SHORE BLVD SUITE 103 |
| City-State-Zip: | WELLINGTON FL 33414 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: FEDERICO GOMEZ MANAGER 03/23/2017
Electronic Signature of Signing Authorized Person(s) Detail Date

CRP-DOJ-0002403277

**2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L13000074415

**Entity Name:** AMERICAN LAND INVESTMENTS & DEVELOPMENT, LLC

**FILED**
**Apr 25, 2018**
**Secretary of State**
**CC4555279733**

**Current Principal Place of Business:**

13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414

**Current Mailing Address:**

13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414 US

**FEI Number:** 46-2815317

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GALLE, CRAIG T
13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: CRAIG T GALLE                                                04/25/2018
Electronic Signature of Registered Agent                                 Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | GOMEZ, FEDERICO |
| Address | 13501 SOUTH SHORE BLVD SUITE 103 |
| City-State-Zip: | WELLINGTON FL 33414 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: FEDERICO GOMEZ                    MGR                    04/25/2018
Electronic Signature of Signing Authorized Person(s) Detail                    Date

CRP-DOJ-0002403278

# 2018 FLORIDA LIMITED LIABILITY COMPANY AMENDED ANNUAL REPORT

DOCUMENT# L13000074415

**Entity Name:** AMERICAN LAND INVESTMENTS & DEVELOPMENT, LLC

**FILED**
**Jun 19, 2018**
**Secretary of State**
**CC5691468241**

**Current Principal Place of Business:**

13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414

**Current Mailing Address:**

13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414 US

**FEI Number:** 46-2815317

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GALLE, CRAIG T
13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: CRAIG T GALLE                              06/19/2018
           Electronic Signature of Registered Agent                Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | SANCHEZ, ADRIAN |
| Address | 13501 SOUTH SHORE BLVD SUITE 103 |
| City-State-Zip: | WELLINGTON FL 33414 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ADRIAN SANCHEZ                    MGR              06/19/2018
           Electronic Signature of Signing Authorized Person(s) Detail          Date

**2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L13000074415

**Entity Name:** AMERICAN LAND INVESTMENTS & DEVELOPMENT, LLC

FILED
Apr 15, 2019
Secretary of State
5105106423CC

**Current Principal Place of Business:**

13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414

**Current Mailing Address:**

13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414 US

**FEI Number:** 46-2815317

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GALLE, CRAIG T
13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: CRAIG T GALLE                                                04/15/2019
           Electronic Signature of Registered Agent                      Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | SANCHEZ, ADRIAN |
| Address | 13501 SOUTH SHORE BLVD SUITE 103 |
| City-State-Zip: | WELLINGTON FL 33414 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ADRIAN SANCHEZ                                               04/15/2019
           Electronic Signature of Signing Authorized Person(s) Detail   Date

CRP-DOJ-0002403280

# 2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L13000074415

**Entity Name:** AMERICAN LAND INVESTMENTS & DEVELOPMENT, LLC

**FILED**
Feb 20, 2020
Secretary of State
4349375563CC

**Current Principal Place of Business:**

13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414

**Current Mailing Address:**

13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414 US

**FEI Number:** 46-2815317           **Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

GALLE, CRAIG T
13501 SOUTH SHORE BLVD
SUITE 103
WELLINGTON, FL 33414 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: CRAIG T GALLE                    02/20/2020
           Electronic Signature of Registered Agent         Date

**Authorized Person(s) Detail :**

Title            MGR
Name             SANCHEZ, ADRIAN
Address          13501 SOUTH SHORE BLVD
                 SUITE 103
City-State-Zip:  WELLINGTON FL 33414

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ADRIAN SANCHEZ          MANAGER           02/20/2020
           Electronic Signature of Signing Authorized Person(s) Detail    Date

CRP-DOJ-0002403281

**2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L13000074415

**Entity Name:** AMERICAN LAND INVESTMENTS & DEVELOPMENT, LLC

**Current Principal Place of Business:**
175 SW 7TH STREET
2416
MIAMI, FL 33130

**Current Mailing Address:**
PO BOX 450447
MIAMI, FL 33245-0447 US

**FEI Number:** 46-2815317

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**
QUICK BOOKKEEPING OF DORAL LLC
7791 NW 46TH STREET
109
MIAMI, FL 33245-0447 US

FILED
Apr 28, 2021
Secretary of State
5530100387CC

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ALEJANDRO DIAZ                                                      04/28/2021
Electronic Signature of Registered Agent                                        Date

**Authorized Person(s) Detail:**

Title            MGR
Name             YCAZA, JOSE LUIS
Address          PO BOX 450447
City-State-Zip:  MIAMI FL 33245-0447

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE LUIS YCAZA                             MANAGER          04/28/2021
Electronic Signature of Signing Authorized Person(s) Detail                     Date

CRP-DOJ-0002403282