

# State of Florida

## Department of State

A0388-C
**GOVERNMENT EXHIBIT**

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 8-3

I certify the attached is a true and correct copy of the complete file of KUADRA, LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L13000007067.

I further certify that said company was administratively dissolved on September 25, 2020.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Tenth day of August, 2023



*Cord Byrd*
*Secretary of State*

CR2E022 (01-11)

CRP-DOJ-0002403375



Jan. 14. 201   3:16PM   R     K          pag   of 1
Division of Corporatio

# Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H13000008412 3)))



H130000084123ABCT

**Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page.** Doing so will generate another cover sheet.

```
To:
          Division of Corporations
          Fax Number    : (850)617-6383

From:
          Account Name  : RASCO, REININGER, PEREZ & ESQUENAZI, P.L.
          Account Number : 104076000124
          Phone         : (305)476-7100
          Fax Number    : (305)476-7102
```

**Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.**

Email Address:    Corporate@Rascoklock.com

## FLORIDA LIMITED LIABILITY CO.
### Kuadra, LLC

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 1 |
| Page Count | 03 |
| Estimated Charge | $155.00 |

RECEIVED 13 JAN 14 PH 3:22 SECRETARY OF STATE TALLAHASSEE, FLORIDA

SECRETARY OF STATE TALLAHASSEE, FLORIDA 13 JAN 14 AM 8:40 FILED

B. BOSTICK

Electronic Filing Menu     Corporate Filing Menu     Help   JAN 1 5 2013

EXAMINER

Audit No.: H13000008412 3

# ARTICLES OF ORGANIZATION FOR FLORIDA LIMITED LIABILITY COMPANY

## ARTICLE I. Name

The name of the Limited Liability Company is:

### Kuadra, LLC

## ARTICLE II. – Address

The mailing address and street address of the principal office of the Limited Liability Company is:

4101 NW 77 Avenue
Miami, FL 33166

## ARTICLE III. – Registered Agent, Registered Office, & Registered Agent's Signature:

The name and the Florida street address of the registered agent are:

### Miami Corporate Systems, LLC
283 Catalonia Avenue, Second Floor
Coral Gables, Florida 33134

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, we hereby accept the appointment as registered agent and agree to act in this capacity. We further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and we are familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S.

REGISTERED AGENT:
Miami Corporate Systems, LLC

Salomon D. Esquenazi, Manager

SECRETARY OF STATE
TALLAHASSEE, FLORIDA
13 JAN 14  AM 8:40
FILED

Audit No: **H13000008412 3**
This instrument was prepared by:
Jorge M. Vigil, Esq.
Rasco Klock Reininger Perez Esquenazi Vigil & Nieto
283 Catalonia Ave. 2nd. Floor
Coral Gables, Florida 33134
(305) 476-7100

CRP-DOJ-0002403377

Audit No.: H13000008412 3

### ARTICLE IV. – Management:

    **X**    The Limited Liability Company is to be managed by one or more managers and is, therefore, a manager-managed company. The name and address of the manager who is to serve as initial managers is:

**Federico Gomez**
4101 NW 77 Avenue
Miami, FL 33166

Signature of a member or authorized representative of a member.
In accordance with section 608.408(3), Florida Statutes,
the execution of this document constitutes an
affirmation under the penalties of perjury that the
facts stated herein are true.

4831-5980-4946, v. 1

FILED
13 JAN 14  AM 8:40
SECRETARY OF STATE
TALLAHASSEE. FLORIDA

Audit No.: H13000008412 3
This instrument was prepared by:
Jorge M. Vigil, Esq.
Rasco Klock Reininger Perez Esquenazi Vigil & Nieto
283 Catalonia Ave., 2nd Floor
Coral Gables, Florida 33134
(305) 476-7100

-2-

CRP-DOJ-0002403378

**2014 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L13000007067

**Entity Name:** KUADRA, LLC

**FILED**
**Apr 24, 2014**
**Secretary of State**
**CC2035832567**

**Current Principal Place of Business:**

4101 NW 77 AVENUE
MIAMI, FL 33166

**Current Mailing Address:**

4101 NW 77 AVENUE
MIAMI, FL 33166

**FEI Number:** 46-1781844

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GOMEZ, FEDERICO
4101 NW 77 AVENUE
MIAMI, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: FEDERICO GOMEZ | 04/24/2014 |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | GOMEZ, FEDERICO |
| Address | 4101 NW 77 AVENUE |
| City-State-Zip: | MIAMI FL 33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: FEDERICO GOMEZ | MGR | 04/24/2014 |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |

CRP-DOJ-0002403379

# L13 000007067

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



800263400028

09/29/14--01021--017   **25.00

2014 SEP 29 PM 3:16
SECRETARY OF STATE
TALLAHASSEE FLORIDA

OCT 1 4 2014
T CLINE

CRP-DOJ-0002403380

# COVER LETTER

TO: **Registration Section**
**Division of Corporations**

SUBJECT: _____ Kuadra LLC _____
Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

_____ Escarlet Montero. _____
Name of Person

_____ Kuadra LLC _____
Firm/Company

_____ 4101 NW 7f ave _____
Address

_____ Miami FL 33166. _____
City/State and Zip Code

_____ orders @ Kuadrausa.com _____
E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

_____ federico Gomez _____ at ( 305 ) 299 1798 .
Name of Person                Area Code    Daytime Telephone Number

Enclosed is a check for the following amount:

[x] $25.00 Filing Fee    ☐ $30.00 Filing Fee &    ☐ $55.00 Filing Fee &    ☐ $60.00 Filing Fee,
                           Certificate of Status    Certified Copy          Certificate of Status &
                                                     (additional copy is enclosed)   Certified Copy
                                                                            (additional copy is enclosed)

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**STREET/COURIER ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

### Kuadra LLC

**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on __01/14/2013__ and assigned

Florida document number __L13000070c4__ .

This amendment is submitted to amend the following:

**A. If amending name, <u>enter the new name of the limited liability company here</u>:**

_____

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**

_(Principal office address MUST BE A STREET ADDRESS)_

_____

_____

_____

**Enter new mailing address, if applicable:**

_(Mailing address MAY BE A POST OFFICE BOX)_

_____

_____

_____

**B.  If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here</u>:**

<u>Name of New Registered Agent:</u>   _____

<u>New Registered Office Address:</u>   _____
                                        *Enter Florida street address*

                                        _____, **Florida** _____
                                                    *City*                                  *Zip Code*

**<u>New Registered Agent's Signature, if changing Registered Agent</u>:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

                                        _____
                                        **If Changing Registered Agent, <u>Signature of New Registered Agent</u>**

**Page 1 of 3**

**If amending the Managers or Authorized Member on our records, <u>enter the title, name, and address of each Manager or Authorized Member being added or removed from our records</u>:**

MGR =  **Manager**
AMBR =  **Authorized Member**

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| MGR | Escarlet Montero | 4101 NW 77 ave | ☒ Add |
| | | Miami fl 33166. | ☐ Remove |
| | | | |
| CEO | federico Gomez | 4101 NW 77 ave. | ☒ Add |
| | | Miami FL 33166. | ☐ Remove |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Add |
| | | | ☐ Remove |

CRP-DOJ-0002403383

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

**E. Effective date, if other than the date of filing:** _____ (optional)
    (The effective date must be specific, cannot be prior to date of receipt or filed date and cannot be more than 90 days after
    the date this document is filed by the Florida Department of State)

Dated   09/26/14 _____ , _____

                              Signature of a member or authorized representative of a member

                         Federico Gomez

                               Typed or printed name of signee

**Page 3 of 3**

**Filing Fee: $25.00**

CRP-DOJ-0002403384

**2015 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L13000007067

**Entity Name:** KUADRA, LLC

**FILED**

**Apr 17, 2015**
**Secretary of State**
**CC4329294794**

**Current Principal Place of Business:**

4101 NW 77 AVENUE
MIAMI, FL 33166

**Current Mailing Address:**

4101 NW 77 AVENUE
MIAMI, FL 33166

**FEI Number:** 46-1781844

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

GOMEZ, FEDERICO
4101 NW 77 AVENUE
MIAMI, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: **FEDERICO GOMEZ**                                                            04/17/2015

        Electronic Signature of Registered Agent                                                        Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | MGR | | Title | CEO |
| Name | GOMEZ, FEDERICO | | Name | GOMEZ, FEDERICO |
| Address | 4101 NW 77 AVENUE | | Address | 4101 NW 77 AVENUE |
| City-State-Zip: | MIAMI FL 33166 | | City-State-Zip: | MIAMI FL 33166 |

| | |
|---|---|
| Title | MGR |
| Name | MONTERO, ESCARLET |
| Address | 4101 NW 77 AVENUE |
| City-State-Zip: | MIAMI FL 33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: FEDERICO GOMEZ                                    CEO                          04/17/2015

        Electronic Signature of Signing Authorized Person(s) Detail                                Date

CRP-DOJ-0002403385

# 2016 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L13000007067

**Entity Name:** KUADRA, LLC

**FILED**
**Apr 14, 2016**
**Secretary of State**
**CC8441814132**

### Current Principal Place of Business:

4101 NW 77 AVENUE
MIAMI, FL 33166

### Current Mailing Address:

4101 NW 77 AVENUE
MIAMI, FL 33166

**FEI Number:** 46-1781844

**Certificate of Status Desired:** No

### Name and Address of Current Registered Agent:

GOMEZ, FEDERICO
4101 NW 77 AVENUE
MIAMI, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: FEDERICO GOMEZ                                     04/14/2016

Electronic Signature of Registered Agent                                     Date

### Authorized Person(s) Detail :

| | | | | |
|---|---|---|---|---|
| Title | MGR | | Title | MGR |
| Name | GOMEZ, FEDERICO | | Name | MONTERO, ESCARLET |
| Address | 4101 NW 77 AVENUE | | Address | 4101 NW 77 AVENUE |
| City-State-Zip: | MIAMI FL 33166 | | City-State-Zip: | MIAMI FL 33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: FEDERICO GOMEZ                    MANAGER                    04/14/2016

Electronic Signature of Signing Authorized Person(s) Detail                                     Date

CRP-DOJ-0002403386

L13000007067

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



800289203718

08/23/16--01012--008   **30.00

RECEIVED
2016 OCT 19 PM 1:41
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

16 OCT 19 AM 9: 19
FILED

OCT 2 0 2016
J. HARRIS

CRP-DOJ-0002403387

# COVER LETTER

**TO:**   **Registration Section**
      **Division of Corporations**

      KUADRA LLC
**SUBJECT:** _____
                  Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

          JOSE LUIS YCAZA
          _____
                      Name of Person

          KUADRA LLC
          _____
                      Firm/Company

          4101 NW 77 Ave
          _____
                      Address

          MIAMI, FL. 33166
          _____
                  City/State and Zip Code
          info@kuadratiles.com
          _____
          E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

JOSE LUIS YCAZA                          786      567 1666
_____         at (_____) _____
      Name of Person                     Area Code    Daytime Telephone Number

Enclosed is a check for the following amount:

☐  $25.00 Filing Fee      ☑ $30.00 Filing Fee &      ☐ $55.00 Filing Fee &      ☐ $60.00 Filing Fee,
                              Certificate of Status          Certified Copy                Certificate of Status &
                                                             (additional copy is enclosed)   Certified Copy
                                                                                            (additional copy is enclosed)

          **MAILING ADDRESS:**            **STREET/COURIER ADDRESS:**
          Registration Section            Registration Section
          Division of Corporations        Division of Corporations
          P.O. Box 6327                   Clifton Building
          Tallahassee, FL 32314           2661 Executive Center Circle
                                          Tallahassee, FL 32301

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

KUADRA LLC
_____
**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on 01/14/2013 _____ and assigned
Florida document number L13000007067 _____.

This amendment is submitted to amend the following:

**A. If amending name, <u>enter the new name of the limited liability company here</u>:**

_____
The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**

*(Principal office address MUST BE A STREET ADDRESS)*

**Enter new mailing address, if applicable:**

*(Mailing address MAY BE A POST OFFICE BOX)*

**B. If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here</u>:**

Name of New Registered Agent:   QUICK BOOKKEEPING OF DORAL LLC

New Registered Office Address:   7791 NW 46th STREET SUITE #109
                                 _____
                                 *Enter Florida street address*

                                 MIAMI _____, **Florida** 33166 _____
                                       *City*                           *Zip Code*

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
**If Changing Registered Agent, Signature of New Registered Agent**

**Page 1 of 3**

CRP-DOJ-0002403389

If amending Authorized Person(s) authorized to manage, <u>enter the title, name, and address of each person  being added or removed from our records</u>:

**MGR =   Manager**
**AMBR =  Authorized Member**

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| MGR | JOSE LUIS YCAZA | 4101 NW 77th AVE | ■ Add |
| | | MIAMI, FL. 33166 | ☐ Remove |
| | | | ☐ Change |
| MGR | ESCARLET MONTERO | 4101 NW 77th AVE | ☐ Add |
| | | MIAMI, FL. 33166 | ■ Remove |
| | | | ☐ Change |
| MGR | FEDERICO GOMEZ | 4101 NW 77th AVE | ☐ Add |
| | | MIAMI, FL. 33166 | ■ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |

**Page 2 of 3**

CRP-DOJ-0002403390

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**E. Effective date, if other than the date of filing:** _____ **(optional)**
(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)
**Note:** If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of:
(b)   The 90th day after the record is filed.

Dated _____ AUGUST 8TH _____, 2016 _____

_____
Signature of a member or authorized representative of a member

JOSE LUIS YCAZA
_____
Typed or printed name of signee

**Page 3 of 3**

**Filing Fee: $25.00**

CRP-DOJ-0002403391

Case 1:22-cr-20114-KMW Document 195-20 Entered on FLSD Docket 05/03/2024 Page 18 of 21

DOCUMENT# L13000007067

**Entity Name:** KUADRA, LLC

**FILED**

**Apr 19, 2017**
**Secretary of State**
**CC9875708037**

**Current Principal Place of Business:**

4101 NW 77 AVENUE
MIAMI, FL 33166

**Current Mailing Address:**

4101 NW 77 AVENUE
MIAMI, FL 33166 US

**FEI Number: 46-1781844**                                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUICK BOOKKEEPING OF DORAL LC
7791 NW 46TH STREET SUITE 109
MIAMI, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: FEDERICO GOMEZ                                              04/19/2017

Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | YCAZA, JOSE LUIS |
| Address | 4101 NW 77 AVENUE |
| City-State-Zip: | MIAMI FL 33166 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE LUIS YCAZA                        MGR                    04/19/2017

Electronic Signature of Signing Authorized Person(s) Detail                        Date

CRP-DOJ-0002403392

DOCUMENT# L13000007067

**Entity Name:** KUADRA, LLC

**FILED**
Apr 30, 2018
Secretary of State
CC5472929405

**Current Principal Place of Business:**

4101 NW 77 AVENUE
MIAMI, FL 33166

**Current Mailing Address:**

4101 NW 77 AVENUE
MIAMI, FL 33166 US

**FEI Number: 46-1781844**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUICK BOOKKEEPING OF DORAL LC
7791 NW 46TH STREET SUITE 109
MIAMI, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: FEDERICO GOMEZ                                                                     04/30/2018

            Electronic Signature of Registered Agent                                          Date

**Authorized Person(s) Detail :**

Title           MGR

Name            YCAZA, JOSE LUIS

Address         4101 NW 77 AVENUE

City-State-Zip: MIAMI FL 33166

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE YCAZA                                          MGR                04/30/2018

            Electronic Signature of Signing Authorized Person(s) Detail                       Date

CRP-DOJ-0002403393

**2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L13000007067

**Entity Name:** KUADRA, LLC

**FILED**

**Apr 15, 2019**
**Secretary of State**
**4193012280CC**

**Current Principal  Place of Business:**

4101 NW 77 AVENUE
MIAMI, FL  33166

**Current Mailing Address:**

4101 NW 77 AVENUE
MIAMI, FL  33166  US

**FEI Number: 46-1781844**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUICK BOOKKEEPING OF DORAL LC
7791 NW 46TH STREET SUITE 109
MIAMI, FL  33166  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:  FEDERICO GOMEZ                                                                    04/15/2019

Electronic Signature of Registered Agent                                            Date

**Authorized Person(s) Detail :**

Title             MGR

Name             YCAZA, JOSE LUIS

Address          4101 NW 77 AVENUE

City-State-Zip:  MIAMI  FL  33166

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE LUIS YCAZA                                                                    04/15/2019

Electronic Signature of Signing Authorized Person(s) Detail                    Date

CRP-DOJ-0002403394



# State of Florida

## Department of State

### CERTIFICATION OF PUBLIC RECORD
### PURSUANT TO FED. R. EVID. 902(4)

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of KUADRA LLC, document number L13000007067 a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
August 11, 2023

