# Assets

| | |
|---|---|
| **From:** | Jcp Reports <reports.jcp@▆▆▆▆> |
| **To:** | Carlos Gomez <reports.cgp@▆▆▆▆> |
| **Bcc:** | reports.jcp@gmail.com |
| **Date:** | Sat, 19 Apr 2014 21:43:22 +0000 |
| **Attachments:** | Assets 2014.xlsx (11.82 kB) |



CRP-DOJ-0000013610