| Terreno Catalina St | | $403,369.00 | | |
|---|---|---|---|---|
| Terreno Coconut Ave | | $432,492.96 | | |
| Warehouse DW | | $642,755.54 | | |
| Expandemotors | | $200,000.00 | | |
| Kuadra | | $1,800,000.00 | | |
| Warehouse Hialeah | | $420,000.00 | | |
| Dept Mocoli | | $160,000.00 | | |
| Oficina SBC | | $90,000.00 | | |
| Casa 27 Ave | | $200,000.00 | | |
| Automax | | $15,000.00 | | |
| 2 Dept Cutler Bay | | $140,000.00 | | |
| Electral | | $200,000.00 | | |
| Klinit | 10.00% | $355,000.00 | | |
| 1830 | 10.00% | $200,000.00 | | |
| Palmetto Warehouse | 5.00% | $250,000.00 | | |
| Fashion Cuisine | 51.00% | $1,800,000.00 | | |
| Urbavial | 50.00% | $318,400.00 | | |
| G'Mar | 50.00% | $200,000.00 | | |
| Terreno Yaguachi | | $200,000.00 | | |
| Casa | | $1,300,000.00 | | |
| Terreno Batan | | $350,000.00 | | |
| Amarok | | $22,000.00 | | |
| Suegros | | $15,000.00 | | |
| | | | | |
| | | | | |
| | | | | |

| Cash in Banks | | $670,000.00 |
|---|---|---|
| Por Ingresar a cuentas por parte de American Land | | $4,500,000.00 |

| Inversion TPAC | | $395,000.00 | 10.00% | 3/14/2014 |
|---|---|---|---|---|
| Inversion RI Cash | | $500,000.00 | 0.00% | Cash |
| Inversion RI Panama | | $500,000.00 | 0.00% | 4/8/2014 |
| Casa Pedro | | $260,000.00 | 6.00% | |
| Casa Urrego | | $354,234.02 | 6.00% | 3/17/2014 |
| Carro JSI | | $167,723.73 | 5.35% | 4/4/2014 |
| Prestamo ESCH | | $320,000.00 | 8.00% | |
| Prestamo JLYP | | $10,000.00 | 0.00% | |

| Bentley | | $57,371.00 | |
|---|---|---|---|
| Cayenne | | $128,000.00 | |
| MB Antiguo | | $18,000.00 | |
| Jaguar Antiguo | | $40,000.00 | |



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 8-7A

CRP-DOJ-0000013611

|        |             |
|--------|-------------|
| **TOTAL** | **$17,634,346.25** |

| Por Ingresar | $2,000,000.00 |
|---|---|
| JJ | $350,000.00 |
| Diego | $100,000.00 |

|        |             |
|--------|-------------|
| **SUBTOTAL** | **$20,084,346.25** |

Sacar de las cuentas pendientes

| Entrega a tio beto | $100,000.00 |
|---|---|
| Entrega a tia Chichi | $100,000.00 |
| Pago Dept Karla | $200,000.00 |
| Antiguedades | |

| Deuda Casa | $1,100,000.00 |
|---|---|
| Deuda Restaurants | $170,000.00 |

$1,270,000.00