| | | |
|---|---|---|
| Catalina St Land | | $403,369.00 |
| Coconut Ave Land | | $432,492.96 |
| Warehouse DW | | $642,755.54 |
| Expandemotors | | $200,000.00 |
| Kuadra | | $1,800,000.00 |
| Warehouse Hialeah | | $420,000.00 |
| Mocoli Apt. | | $160,000.00 |
| SBC Office | | $90,000.00 |
| 27 Ave House | | $200,000.00 |
| Automax | | $15,000.00 |
| 2 Apts. Cutler Bay | | $140,000.00 |
| Electral | | $200,000.00 |
| Klinit | 10.00% | $355,000.00 |
| 1830 | 10.00% | $200,000.00 |
| Palmetto Warehouse | 5.00% | $250,000.00 |
| Fashion Cuisine | 51.00% | $1,800,000.00 |
| Urbavial | 50.00% | $318,400.00 |
| G'Mar | 50.00% | $200,000.00 |
| Yaguachi Land | | $200,000.00 |
| House | | $1,300,000.00 |
| Batan Land | | $350,000.00 |
| Amarok | | $22,000.00 |
| In-laws | | $15,000.00 |
| | | |
| | | |
| | | |

| | | |
|---|---|---|
| Cash in Banks | | $670,000.00 |
| To be credited to accounts by American Land | | $4,500,000.00 |

| | | | | |
|---|---|---|---|---|
| TPAC Investment | | $395,000.00 | 10.00% | 3/14/2014 |
| RI Cash Investment | | $500,000.00 | 0.00% | Cash |
| RI Panama Investment | | $500,000.00 | 0.00% | 4/8/2014 |
| Pedro House | | $260,000.00 | 6.00% | |
| Urrego House | | $354,234.02 | 6.00% | 3/17/2014 |
| JSI Car | | $167,723.73 | 5.35% | 4/4/2014 |
| ESCH Loan | | $320,000.00 | 8.00% | |
| JLYP Loan | | $10,000.00 | 0.00% | |

| | | | |
|---|---|---|---|
| Bentley | | $57,371.00 | |
| Cayenne | | $128,000.00 | |
| Antique MB | | $18,000.00 | |
| Antique Jaguar | | $40,000.00 | |



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 8-7C

|  | **TOTAL** | **$17,634,346.25** |
|---|---|---|

| To be entered |  | $2,000,000.00 |
|---|---|---|
| JJ |  | $350,000.00 |
| Diego |  | $100,000.00 |

|  | **SUBTOTAL** | **$20,084,346.25** |
|---|---|---|

To be withdrawn from pending accounts

| Delivery to uncle beto |  | $100,000.00 |
|---|---|---|
| Delivery to aunt Chichi |  | $100,000.00 |
| Karla Apt. Payment |  | $200,000.00 |
| Antiques |  |  |

| House Debt |  | $1,100,000.00 |
|---|---|---|
| Restaurants Debt |  | $170,000.00 |

$1,270,000.00