ve

| | |
|---|---|
| **From:** | John Polit <john.polit@▮▮▮▮▮> |
| **To:** | John Polit <john.polit@▮▮▮▮▮> |
| **Date:** | Tue, 14 Oct 2014 14:01:23 +0000 |
| **Attachments:** | Venture.xlsx (15.79 kB) |



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 8-9

CRP-DOJ-0001416839