| | | | | Price | Appraisal | |
|---|---|---|---|---|---|---|
| Plastiquim | $700,000.00 | | Tecnocarga Warehouse | | $695,000.00 | $695,000.00 |
| TUPAC | $395,000.00 | | Hialeah Warehouse | | $480,000.00 | $480,000.00 |
| Pacific Cable | $2,533,920.00 | | Restaurants | | $2,000,000.00 | $2,000,000.00 |
| Diego | $300,000.00 | | Kuadra | | $2,000,000.00 | $2,000,000.00 |
| JJ | $400,000.00 | | GMAR | | $200,000.00 | $200,000.00 |
| Jaime Simon $650M | $73,631.95 | | Klinit + Real Estates | | $800,000.00 | |
| Plastics $800M | $510,392.00 | | Palmetto | | $270,000.00 | $270,000.00 |
| Jaime Simon $500M | $136,898.73 | | Mocoli Apt | | $250,000.00 | |
| Italcom | $2,000,000.00 | To be sent | Batan Land | | $400,000.00 | |
| | | | Yaguachi Land | | $1,200,000.00 | $1,200,000.00 |
| | | | Laon [*sic*]* Pedro | | $260,000.00 | |
| Enlit 2010 | | | Loan Urrego | | $360,000.00 | |
| Enlit 2011 | | | Property | | $9,000,000.00 | |
| Enlit 2012 | | | Sheltingham | | $3,800,000.00 | |
| Enlit 2013 | $617,063.40 | | Long Meadow | | $3,500,000.00 | |
| Enlit 2014 | $791,688.46 | | Cocoplum | | $4,800,000.00 | |
| Pedro Verduga American | | | Pinecrest | | $1,800,000.00 | |
| Neme PYADI | $1,000,000.00 | | Airplane Loan | | $1,100,000.00 | | $3,042.19 | 12-28-12 |
| Urbavial | | | Catalina Land | | $403,369.85 | |
| Electral Cash | $200,000.00 | | Bird Rd Land | | $288,207.02 | |
| Sterling | $790,000.00 | Search for | Coconut Land | | $432,492.96 | | $3,042.19 | 11-13-12 |
| Diego | $398,000.00 | Search for | Loan Mountain | | $500,000.00 | |
| JJ | $250,000.00 | Search for | Automax | | $25,000.00 | |
| | | | ExpandeMotors | | $250,000.00 | $250,000.00 | $3,042.03 | 08-22-12 |
| | $11,096,594.54 | | Urbavial | | $350,000.00 | $350,000.00 | $3,042.03 | 08-22-12 |
| | | | Porsche Balance | | $100,000.00 | | $5,799.84 | 6/7/2012 |
| | | | Loan to Klinit | | $350,000.00 | | $3,042.03 | 6/7/2012 |
| Mini Cooper | $29,018.83 | | Arre | | $1,500,000.00 | |
| Uncle Beto deposits | $100,045.00 | | Loan Italcom | | $3,500,000.00 | | $21,010.31 |
| Aunt Chichi deposits | $100,000.00 | | Loan Pacific | | $2,033,920.00 | |
| Antiques | | | Plastiquim | | $350,500.00 | |
| Part Karla Apt | $200,000.00 | | Loan to Neme | | $436,145.82 | |
| John House | $450,000.00 | | Loan Bentley | | $178,758.70 | |
| Charles House | $450,000.00 | | Cash in Banks | | $1,000,000.00 | |
| Warehouse | $695,000.00 | | Arre Real Estate | | $1,500,000.00 | |
| | $2,024,063.83 | | KLA | | $95,000.00 | $95,000.00 |
| | | | Loan to Alfredo Sanchez | | $120,000.00 | |
| | | | JC FUNDS | | $1,300,000.00 | |
| | | | Loan to Jeannette M. | | $80,000.00 | |
| | | | Loan to Klinit - Franks | | $260,000.00 | |
| | | | Business C Office | | $80,000.00 | |
| | | | | | **$48,048,394.35** | $7,540,000.00 |

* Translator's note: The word used in the source document, "Laon,"
   does not exist in Spanish. It may be an error for the English word "Loan."



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 8-9B

CRP-DOJ-0001416840_TR

| Address | Amount |
|---|---:|
| 6750 Forrest St | $210,000.00 |
| 6811 Forrest St | $200,000.00 |
| 8290 Lake Drive 238 | $150,000.00 |
| 11060 SW 196 st 103 | $70,000.00 |
| 11040 sw 196 st 306 | $70,000.00 |
| 11040 sw 196 st 211 | $70,000.00 |
| 11060 sw 196 st 314 | $70,000.00 |
| 11060 sw 196 st 112 | $70,000.00 |
| 3770 N Jog Rd 204 | $80,000.00 |
| 6171 sw 42 CT | $90,000.00 |
| 7120 Scott St | $140,000.00 |
| 4195 N Haverhill RD 413 | $85,000.00 |
| 4195 N Haverhill RD 321 | $85,000.00 |
|  | $1,390,000.00 |

CRP-DOJ-0001416840_001_TR

| Arre Real Estate | $1,500,000.00 |
|---|---|
| Business Center Office | $80,000.00 |
| Batan Land | $400,000.00 |
| The Gates House | $350,000.00 |
| Mocoli Apartment | $250,000.00 |
|  |  |
|  | $2,580,000.00 |

CRP-DOJ-0001416840_002_TR

| | |
|---|---:|
| Loan to Pedro | $260,000.00 |
| Loan to Urrego | $360,000.00 |
| Loan to Mountain | $500,000.00 |
| Porsche Balance | $100,000.00 |
| Loan to Italcom | $3,500,000.00 |
| Loan to Pacific | $2,033,920.00 |
| Loan to Plastiquim | $350,500.00 |
| Loan to Tupac | $436,145.82 |
| Loan to JSI | $178,758.70 |
| Loan to Alfredo Sanchez | $120,000.00 |
| Loan to Jeannette M | $80,000.00 |
| Loan to Klinit / Frank | $260,000.00 |
| Loan to Klinit | $350,000.00 |
| | |
| | $8,529,324.52 |

CRP-DOJ-0001416840_003_TR