# Balances pendientes por obra

| | |
|---|---|
| From: | Daniel Liste <daniel@▇▇▇▇▇▇▇▇▇▇> |
| To: | John Polit <john.polit@▇▇▇▇▇▇>; Jose Luis Ycasa <jlycaza@▇▇▇▇▇▇> |
| Date: | Fri, 07 Aug 2015 22:21:02 +0000 |
| Attachments: | LP project balance.pdf (132.31 kB); LM SF cost.pdf (104.54 kB); LM project balance.pdf (104.2 kB) |

Buenas tardes Caballeros.

Les adjunto los reportes de Long Meadow y Los Pinos. Estos especifican los balances necesarios para poder terminar cada obra.

Tengo un pequeño inconveniente con Smartsheet para poder compartir el data base. El lunes tengo una conferencia con el técnico para resolver el tema

Cualquier duda me dejan saber.

Les deseo un buen fin de semana.

Daniel Liste
INVECON



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 9-1

CRP-DOJ-0001354873