

# State of Florida
## Department of State

I certify the attached is a true and correct copy of the complete file of INVECON LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L14000095652.

I further certify that said company was administratively dissolved on September 23, 2022.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Ninth day of August, 2023



*Cord Byrd*
Secretary of State

CR2E022 (01-11)

**GOVERNMENT EXHIBIT**
AO386-C
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 9-2

CRP-DOJ-0002403334

# Electronic Articles of Organization For Florida Limited Liability Company

L14000095652
FILED 8:00 AM
June 16, 2014
Sec. Of State
jshivers

## Article I

The name of the Limited Liability Company is:

INVECON LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

4101 NW 77TH AVE
MIAMI, FL.   33166

The mailing address of the Limited Liability Company is:

4101 NW 77TH AVE
MIAMI, FL.   33166

## Article III

The name and Florida street address of the registered agent is:

DANIEL LISTE
4101 NW 77TH AVE
MIAMI, FL.   33166

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   DANIEL LISTE

## Article IV

The name and address of person(s) authorized to manage LLC:

   Title:  MGR
   DANIEL LISTE
   4101 NW 77TH AVE
   MIAMI, FL.  33166

## Article V

The effective date for this Limited Liability Company shall be:

   06/11/2014

Signature of member or an authorized representative

Electronic Signature: DANIEL LISTE

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

L14000095652
FILED 8:00 AM
June 16, 2014
Sec. Of State
jshivers

CRP-DOJ-0002403336

# 2015 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000095652

**Entity Name:** INVECON LLC

**FILED**
**Feb 23, 2015**
**Secretary of State**
**CC8028662784**

**Current Principal Place of Business:**

1820 SW 3RD AVE SUITE 202
MIAMI, FL 33129

**Current Mailing Address:**

1820 SW 3RD AVE SUITE 202
MIAMI, FL 33129 US

**FEI Number:** 47-1130834

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LISTE, DANIEL
1820 SW 3RD AVE SUITE 202
MIAMI, FL 33129 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | LISTE, DANIEL |
| Address | 1820 SW 3RD AVE SUITE 202 |
| City-State-Zip: | MIAMI FL 33129 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DANIEL LISTE                                    MANAGER/ OWNER           02/23/2015

Electronic Signature of Signing Authorized Person(s) Detail                                    Date

# 2016 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

**DOCUMENT#** L14000095652

**Entity Name:** INVECON LLC

**FILED**
**Apr 05, 2016**
**Secretary of State**
**CC0924956607**

**Current Principal Place of Business:**

1820 SW 3RD AVE SUITE 202
MIAMI, FL 33129

**Current Mailing Address:**

1820 SW 3RD AVE SUITE 202
MIAMI, FL 33129 US

**FEI Number:** 47-1130834

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUICK BOOKKEEPING OF DORAL LLC
1820 SW 3RD AVE SUITE 202
MIAMI, FL 33129 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ALEJANDRO DIAZ                                                                 04/05/2016
               Electronic Signature of Registered Agent                                                  Date

**Authorized Person(s) Detail:**

Title           MGR
Name          KAYMUS COMPANIES GROUP LLC
Address       1820 SW 3RD AVE SUITE 202
City-State-Zip:  MIAMI FL 33129

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ALEJANDRO DIAZ                    ACCOUNTANT                    04/05/2016
               Electronic Signature of Signing Authorized Person(s) Detail                                  Date

# 2016 FLORIDA LIMITED LIABILITY COMPANY AMENDED ANNUAL REPORT

**DOCUMENT#** L14000095652

**Entity Name:** INVECON LLC

**Current Principal Place of Business:**
1820 SW 3RD AVE SUITE 202
MIAMI, FL 33129

**Current Mailing Address:**
1820 SW 3RD AVE SUITE 202
MIAMI, FL 33129 US

**FEI Number:** 47-1130834

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LISTE, DANIEL
1820 SW 3RD AVE SUITE 202
MIAMI, FL 33129 US

FILED
Apr 18, 2016
Secretary of State
CC2006753292

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: | DANIEL LISTE | 04/18/2016 |
|---|---|---|
| | Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| Title | MGR |
|---|---|
| Name | LISTE, DANIEL |
| Address | 1820 SW 3RD AVE SUITE 202 |
| City-State-Zip: | MIAMI FL 33129 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: DANIEL LISTE | MANAGER | 04/18/2016 |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |

# 2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000095652

**Entity Name:** INVECON LLC

**FILED**
**Mar 23, 2017**
**Secretary of State**
**CC9752968224**

**Current Principal Place of Business:**

1820 SW 3RD AVE SUITE 202
MIAMI, FL 33129

**Current Mailing Address:**

1820 SW 3RD AVE SUITE 202
MIAMI, FL 33129 US

**FEI Number:** 47-1130834

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LISTE, DANIEL
1820 SW 3RD AVE SUITE 202
MIAMI, FL 33129 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: DANIEL LISTE                                                       03/23/2017
Electronic Signature of Registered Agent                                      Date

**Authorized Person(s) Detail:**

Title           MGR
Name            LISTE, DANIEL
Address         1820 SW 3RD AVE SUITE 202
City-State-Zip: MIAMI FL 33129

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DANIEL LISTE                                  MANAGER          03/23/2017
Electronic Signature of Signing Authorized Person(s) Detail                   Date

CRP-DOJ-0002403340

# 2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000095652

**Entity Name:** INVECON LLC

**FILED**
**Apr 27, 2018**
**Secretary of State**
**CC3504416971**

**Current Principal Place of Business:**

100 SE 2ND ST SUITE 2000
MIAMI, FL 33131

**Current Mailing Address:**

100 SE 2ND ST SUITE 2000
MIAMI, FL 33131 US

**FEI Number:** 47-1130834

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUINTESSA ENTERPRISES INC
100 SE 2ND ST SUITE 2000
MIAMI, FL 33131 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: JOSE YCAZA                                                                                              04/27/2018
              Electronic Signature of Registered Agent                                                                Date

**Authorized Person(s) Detail :**

Title          MANAGER
Name           QUINTESSA ENTERPRISES INC
Address        100 SE 2ND ST SUITE 2000
City-State-Zip: MIAMI FL 33131

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: QUINTESSA ENTERPRISES INC              MGR              04/27/2018
              Electronic Signature of Signing Authorized Person(s) Detail                                             Date

CRP-DOJ-0002403341

# 2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000095652

**Entity Name:** INVECON LLC

**FILED**
**Apr 15, 2019**
**Secretary of State**
**0482236247CC**

**Current Principal Place of Business:**

100 SE 2ND ST SUITE 2000
MIAMI, FL 33131

**Current Mailing Address:**

100 SE 2ND ST SUITE 2000
MIAMI, FL 33131 US

**FEI Number:** 47-1130834

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUINTESSA ENTERPRISES INC
100 SE 2ND ST SUITE 2000
MIAMI, FL 33131 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: JOSE YCAZA                                                                                        04/15/2019
Electronic Signature of Registered Agent                                                                    Date

**Authorized Person(s) Detail :**

Title           MANAGER
Name            QUINTESSA ENTERPRISES INC
Address         100 SE 2ND ST SUITE 2000
City-State-Zip: MIAMI FL 33131

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE LUIS YCAZA                                                                                   04/15/2019
Electronic Signature of Signing Authorized Person(s) Detail                                                 Date

CRP-DOJ-0002403342

# 2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000095652

**Entity Name:** INVECON LLC

**FILED**
**Jun 17, 2020**
**Secretary of State**
**4716276562CC**

**Current Principal Place of Business:**

14 NE 1ST AVENUE
1401
MIAMI, FL 33132

**Current Mailing Address:**

P.O. BOX 450447
MIAMI, FL 33245-0447 US

**FEI Number:** 47-1130834

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUICK BOOKKEEPING OF DORAL LLC
7791 NW 46TH STREET
109
DORAL, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ALEJANDRO DIAZ                          06/17/2020
                Electronic Signature of Registered Agent                                  Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGER |
| Name | YCAZA, JOSE LUIS |
| Address | 14 NE 1ST AVENUE 1401 |
| City-State-Zip: | MIAMI FL 33132 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE LUIS YCAZA            MANAGER            06/17/2020
                Electronic Signature of Signing Authorized Person(s) Detail                          Date

CRP-DOJ-0002403343

# 2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000095652

**Entity Name:** INVECON LLC

**FILED**
**Apr 28, 2021**
**Secretary of State**
**0033041108CC**

**Current Principal Place of Business:**

175 SW 7TH STREET
2416
MIAMI, FL 33130

**Current Mailing Address:**

P.O. BOX 450447
MIAMI, FL 33245-0447 US

**FEI Number:** 47-1130834

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUICK BOOKKEEPING OF DORAL LLC
7791 NW 46TH STREET
109
DORAL, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ALEJANDRO DIAZ                                            04/28/2021
            Electronic Signature of Registered Agent                        Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGER |
| Name | YCAZA, JOSE LUIS |
| Address | PO BOX 450447 |
| City-State-Zip: | MIAMI FL 33245-0447 |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: JOSE LUIS YCAZA                          MANAGER              04/28/2021
            Electronic Signature of Signing Authorized Person(s) Detail                 Date

CRP-DOJ-0002403344



# State of Florida
## Department of State

**CERTIFICATION OF PUBLIC RECORD
PURSUANT TO FED. R. EVID. 902(4)**

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of INVECON LLC, document number L14000095652 a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
August 11, 2023

