

# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of JC FUNDS, LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L09000100244.

Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
Ninth day of August, 2023

*Cord Byrd*

Secretary of State



CR2E022 (01-11)

A0386-C

**GOVERNMENT EXHIBIT**

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 9-3

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

**L09000100244**
**FILED 8:00 AM**
**October 16, 2009**
**Sec. Of State**
Isellers

## Article I

The name of the Limited Liability Company is:

JC FUNDS, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

90 SW 3RD STREET
2304
MIAMI, FL.   33130

The mailing address of the Limited Liability Company is:

90 SW 3RD STREET
2304
MIAMI, FL.   33130

## Article III

The purpose for which this Limited Liability Company is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The name and Florida street address of the registered agent is:

GUSTAVO  CHAVEZ
90 SW 3RD STREET
2304
MIAMI, FL.   33130

Having been named as registered agent and to accept service of process
for the above stated limited liability company at the place designated
in this certificate, I hereby accept the appointment as registered agent
and agree to act in this capacity.  I further agree to comply with the
provisions of all statutes relating to the proper and complete performance
of my duties, and I am familiar with and accept the obligations of my
position as registered agent.

Registered Agent Signature:   GUSTAVO CHAVEZ

## Article V

The name and address of managing members/managers are:

Title:  MGR
GUSTAVO  CHAVEZ
90 SW 3RD STREET, APT 2304
MIAMI, FL.  33130

L09000100244
FILED 8:00 AM
October 16, 2009
Sec. Of State
Isellers

## Article VI

The effective date for this Limited Liability Company shall be:

10/16/2009

Signature of member or an authorized representative of a member

Signature: GUSTAVO CHAVEZ

## 2010 LIMITED LIABILITY COMPANY ANNUAL REPORT

**FILED**
**Mar 16, 2010**
**Secretary of State**

DOCUMENT# L09000100244

**Entity Name:**  JC FUNDS, LLC

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 90 SW 3RD STREET<br>2304<br>MIAMI, FL  33130 | |

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|
| 90 SW 3RD STREET<br>2304<br>MIAMI, FL  33130 | |

**FEI Number: 27-1136599**     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| CHAVEZ, GUSTAVO<br>90 SW 3RD STREET<br>2304<br>MIAMI, FL  33130  US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

  Electronic Signature of Registered Agent                                    Date

**MANAGING MEMBERS/MANAGERS:**

| Title: | MGR |
|---|---|
| Name: | CHAVEZ, GUSTAVO |
| Address: | 90 SW 3RD STREET, APT 2304 |
| City-St-Zip: | MIAMI, FL  33130 |

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE:  GUSTAVO CHAVEZ                                      MGR                    03/16/2010
_____
  Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

CRP-DOJ-0002403349

# 2011 LIMITED LIABILITY COMPANY ANNUAL REPORT

**FILED**
**Mar 16, 2011**
**Secretary of State**

DOCUMENT# L09000100244

**Entity Name:** JC FUNDS, LLC

**Current Principal Place of Business:**

90 SW 3RD STREET
2304
MIAMI, FL 33130

**New Principal Place of Business:**

**Current Mailing Address:**

90 SW 3RD STREET
2304
MIAMI, FL 33130

**New Mailing Address:**

**FEI Number: 27-1136599**      **FEI Number Applied For ( )**      **FEI Number Not Applicable ( )**      **Certificate of Status Desired ( )**

**Name and Address of Current Registered Agent:**

CHAVEZ, GUSTAVO
90 SW 3RD STREET
2304
MIAMI, FL 33130 US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

       Electronic Signature of Registered Agent                                    Date

**MANAGING MEMBERS/MANAGERS:**

Title:       MGR
Name:      CHAVEZ, GUSTAVO
Address:    90 SW 3RD STREET, APT 2304
City-St-Zip:  MIAMI, FL 33130

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE: GUSTAVO CHAVEZ                              MRG                    03/16/2011

       Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

CRP-DOJ-0002403350

# 2012 LIMITED LIABILITY COMPANY ANNUAL REPORT

**FILED**
**Apr 30, 2012**
**Secretary of State**

DOCUMENT# L09000100244

**Entity Name:** JC FUNDS, LLC

**Current Principal Place of Business:**

90 SW 3RD STREET
2304
MIAMI, FL 33130

**New Principal Place of Business:**

1820 SW 3RD AVE
MIAMI, FL 33129

**Current Mailing Address:**

90 SW 3RD STREET
2304
MIAMI, FL 33130

**New Mailing Address:**

1820 SW 3RD AVE
MIAMI, FL 33129

**FEI Number: 27-1136599**    **FEI Number Applied For ( )**    **FEI Number Not Applicable ( )**    **Certificate of Status Desired ( )**

**Name and Address of Current Registered Agent:**

CHAVEZ, GUSTAVO
90 SW 3RD STREET
2304
MIAMI, FL 33130 US

**Name and Address of New Registered Agent:**

CHAVEZ, GUSTAVO
90 SW 3RD STREET
107
MIAMI, FL 33130 US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: GUSTAVO CHAVEZ                                    04/30/2012

Electronic Signature of Registered Agent                         Date

**MANAGING MEMBERS/MANAGERS:**

Title:         MGR
Name:       CHAVEZ, GUSTAVO
Address:    1820 SW 3RD AVE
City-St-Zip: MIAMI, FL 33129 UN

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE: GUSTAVO CHAVEZ                    MGR                    04/30/2012

Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

CRP-DOJ-0002403351

**2013 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L09000100244

**Entity Name:** JC FUNDS, LLC

**FILED**

**Apr 12, 2013**
**Secretary of State**
**CC0057874968**

**Current Principal Place of Business:**

1820 SW 3RD AVE
MIAMI, FL 33129

**Current Mailing Address:**

1820 SW 3RD AVE
MIAMI, FL 33129

**FEI Number: 27-1136599**                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

CHAVEZ, GUSTAVO
1820 SW 3RD AVE
MIAMI, FL 33129 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                        Date

**Authorized Person(s) Detail :**

Title            MGR

Name            CHAVEZ, GUSTAVO

Address          1820 SW 3RD AVE

City-State-Zip:   MIAMI FL 33129

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: GUSTAVO CHAVEZ                          MANAGER            04/12/2013

Electronic Signature of Signing Authorized Person(s) Detail                          Date

CRP-DOJ-0002403352

L09000 100244

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP   ☐ WAIT   ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



100251442461

09/23/13--01021--016   **25.00



SEP 24 2013

T CLINE

CRP-DOJ-0002403353

# COVER LETTER

**TO:**   **Registration Section**
   **Division of Corporations**

**SUBJECT:** ## JC FUNDS LLC
_____

Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

## DANIEL LISTE
_____

Name of Person

## JC FUNDS LLC
_____

Firm/Company

## 1820 SW 3RD AVE
_____

Address

## MIAMI, FL 33129
_____

City/State and Zip Code

## PLUZQUINOSF@HOTMAIL.COM
_____

E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

## PEDRO LUZQUINOS
_____ at (____) **954 655 8413**

Name of Person                      Area Code & Daytime Telephone Number

Enclosed is a check for the following amount:

- ☑ $25.00 Filing Fee
- ☐ $30.00 Filing Fee & Certificate of Status
- ☐ $55.00 Filing Fee & Certified Copy (additional copy is enclosed)
- ☐ $60.00 Filing Fee, Certificate of Status & Certified Copy (additional copy is enclosed)

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

**STREET/COURIER ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

CRP-DOJ-0002403354

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

### JC FUNDS LLC
**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on **10/16/2009** and assigned
Florida document number **L09000100244** .

This amendment is submitted to amend the following:

**A. If amending name, enter the new name of the limited liability company here:**

_____

The new name must be distinguishable and end with the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

**Enter new principal offices address, if applicable:**
*(Principal office address MUST BE A STREET ADDRESS)*

**Enter new mailing address, if applicable:**
*(Mailing address MAY BE A POST OFFICE BOX)*

**B. If amending the registered agent and/or registered office address on our records, enter the name of the new registered agent and/or the new registered office address here:**

Name of New Registered Agent:  **DANIEL LISTE**

New Registered Office Address:  **1820 SW 3RD AVE**
                              *Enter Florida street address*

**MIAMI, FL**                    , Florida **33129**
                *City*                              *Zip Code*

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

_____
**If Changing Registered Agent, Signature of New Registered Agent**

**Page 1 of 3**

CRP-DOJ-0002403355

If amending the Managers or Managing Members on our records, **enter the title, name, and address of each Manager or Managing Member being added or removed from our records:**

MGR = Manager
MGRM = Managing Member

| Title | Name | Address | Type of Action |
|---|---|---|---|
| MGR | CHAVEZ, GUSTAVO | 1820 SW 3RD AVE<br>MIAMI, FL 33129 | ☐ Add<br>☑ Remove |
| MGR | LISTE, DANIEL | 1820 SW 3RD AVE<br>MIAMI, FL 33129 | ☑ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |
| | | | ☐ Add<br>☐ Remove |

CRP-DOJ-0002403356

**D.** **If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

Dated _____ , _____ .

_____
Signature of a member or authorized representative of a member

**DANIEL LISTE**
_____
Typed or printed name of signee

Page 3 of 3

Filing Fee: $25.00

CRP-DOJ-0002403357

**2014 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L09000100244

**Entity Name:** JC FUNDS, LLC

**FILED**

**Apr 29, 2014**
**Secretary of State**
**CC7456561812**

**Current Principal  Place of Business:**

1820 SW 3RD AVE
MIAMI, FL  33129

**Current Mailing Address:**

1820 SW 3RD AVE
MIAMI, FL  33129

**FEI Number:** 27-1136599

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LISTE, DANIEL
1820 SW 3RD AVE
MIAMI, FL  33129  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                                                 Date

**Authorized Person(s) Detail :**

Title             MGR

Name          LISTE, DANIEL

Address       1820 SW 3RD AVE

City-State-Zip:   MIAMI  FL  33129

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DANIEL LISTE                                 MGR                              04/29/2014

Electronic Signature of Signing Authorized Person(s) Detail                                                   Date

CRP-DOJ-0002403358

**2015 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L09000100244

**Entity Name:** JC FUNDS, LLC

**FILED**

**Apr 30, 2015**
**Secretary of State**
**CC4760663305**

**Current Principal Place of Business:**

1820 SW 3RD AVE
MIAMI, FL 33129

**Current Mailing Address:**

1820 SW 3RD AVE
MIAMI, FL 33129

**FEI Number: 27-1136599**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LISTE, DANIEL
1820 SW 3RD AVE
MIAMI, FL 33129 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | LISTE, DANIEL |
| Address | 1820 SW 3RD AVE |
| City-State-Zip: | MIAMI FL 33129 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DANIEL LISTE                    MANAGER                    04/30/2015

Electronic Signature of Signing Authorized Person(s) Detail                    Date

CRP-DOJ-0002403359



2015-07-24 15:01

# Florida Department of State
## Division of Corporations
## Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H15000180391 3)))

H150001803913ABC

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

```
To:
        Division of Corporations
        Fax Number    : (850)617-6383

From:
        Account Name  : GREEN AND KAHN P.L.
        Account Number: I20120000022
        Phone         : (305)865-4311
        Fax Number    : (305)865-9688
```

**Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.**

Email Address:_____

## LLC AMND/RESTATE/CORRECT OR M/MG RESIGN
## JC FUNDS, LLC

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 01 |
| Estimated Charge | $25.00 |

RECEIVED 15 JUL 24 PM 4: 15 SECRETARY OF STATE TALLAHASSEE, FLORIDA

SECRETARY OF STATE TALLAHASSEE FLORIDA 15 JUL 24 AM 8: 35

FILED

Electronic Filing Menu        Corporate Filing Menu              Help

CRP-DOJ-0002403360

2015-07-24 15:01          `123              `` `123 >>`                    P 3/3

## STATEMENT OF AUTHORITY

Pursuant to section 605.0302(1), Florida Statutes, this limited liability company submits the following statement of authority:

**FIRST:** The name of the limited liability company is: **JC FUNDS, LLC**

**SECOND:** The Florida Document Number of the limited liability company is: **L09000100244**

**THIRD:** The street address of the limited liability company's principal office is:

**1820 SW 3RD AVE**

**MIAMI, FL 33129**

The mailing address of the limited liability company's principal office is:

**1820 SW 3RD AVE**

**MIAMI, FL 33129**

**FOURTH:** This statement of authority grants or sets limitations of authority on all persons having the status or position of a person in a company, whether as a member, transferee, manager, officer or otherwise or to a specific person on the following:

1. May execute an instrument transferring real property held in the name of the company.
   a. Granted to: **DANIEL LISTE**

   b. No authority granted to: _____

2. May enter into other transactions on behalf of, or otherwise act for or bind, the company.
   a. Granted to : **DANIEL LISTE**

   b. No authority granted to: _____

Signature of authorized representative

**DANIEL LISTE**
Typed or printed name of signature

Filing Fee:        $25.00
Certified Copy: $30.00 (optional)

CR2E138 (2/14)

CRP-DOJ-0002403361

Case 1:22-cr-20114-KMW  Document 196-4  Entered on FLSD Docket 05/03/2024  Page 17 of 29

DOCUMENT# L09000100244

**Entity Name:** JC FUNDS, LLC

**Current Principal Place of Business:**

1820 SW 3RD AVE
MIAMI, FL  33129

**Current Mailing Address:**

1820 SW 3RD AVE
MIAMI, FL  33129

**FEI Number: 27-1136599**                                          **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LISTE, DANIEL
1820 SW 3RD AVE
MIAMI, FL  33129  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

                    Electronic Signature of Registered Agent                                              Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | LISTE, DANIEL |
| Address | 1820 SW 3RD AVE |
| City-State-Zip: | MIAMI FL  33129 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DANIEL LISTE                                    MANAGER                          04/15/2016

                    Electronic Signature of Signing Authorized Person(s) Detail                                    Date

CRP-DOJ-0002403362

**2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L09000100244

**FILED**
**Mar 23, 2017**
**Secretary of State**
**CC4509126028**

**Entity Name:** JC FUNDS, LLC

**Current Principal Place of Business:**

1820 SW 3RD AVE
MIAMI, FL 33129

**Current Mailing Address:**

1820 SW 3RD AVE
MIAMI, FL 33129

**FEI Number: 27-1136599**                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

LISTE, DANIEL
1820 SW 3RD AVE
MIAMI, FL 33129 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

Title            MGR

Name          LISTE, DANIEL

Address      1820 SW 3RD AVE

City-State-Zip:   MIAMI FL 33129

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DANIEL LISTE                    MANGER                    03/23/2017

Electronic Signature of Signing Authorized Person(s) Detail                                    Date

CRP-DOJ-0002403363

DOCUMENT# L09000100244

**Entity Name:** JC FUNDS, LLC

**FILED**
**Apr 27, 2018**
**Secretary of State**
**CC8576806604**

**Current Principal Place of Business:**

100 SE 2ND ST SUITE 2000
MIAMI, FL 33131

**Current Mailing Address:**

100 SE 2ND ST SUITE 2000
MIAMI, FL 33131 US

**FEI Number: 27-1136599**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUINTESSA ENTERPRISES INC
100 SE 2ND ST SUITE 2000
MIAMI, FL 33131 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: JOSE YCAZA                                                04/27/2018

Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

Title           MANAGER

Name          QUINTESSA ENTERPRISES INC

Address       100 SE 2ND ST SUITE 2000

City-State-Zip:  MIAMI FL 33131

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: QUINTESSA ENTERPRISES INC                    MGR            04/27/2018

Electronic Signature of Signing Authorized Person(s) Detail                     Date

CRP-DOJ-0002403364

**2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L09000100244

**Entity Name:** JC FUNDS, LLC

**FILED**

**Apr 15, 2019**
**Secretary of State**
**3811243649CC**

**Current Principal Place of Business:**

100 SE 2ND ST SUITE 2000
MIAMI, FL 33131

**Current Mailing Address:**

100 SE 2ND ST SUITE 2000
MIAMI, FL 33131 US

**FEI Number:** 27-1136599

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUINTESSA ENTERPRISES INC
100 SE 2ND ST SUITE 2000
MIAMI, FL 33131 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: JOSE YCAZA                                                                    04/15/2019

      Electronic Signature of Registered Agent                                                 Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGER |
| Name | QUINTESSA ENTERPRISES INC |
| Address | 100 SE 2ND ST SUITE 2000 |
| City-State-Zip: | MIAMI FL 33131 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE LUIS YCAZA                                                              04/15/2019

      Electronic Signature of Signing Authorized Person(s) Detail                          Date

CRP-DOJ-0002403365

**2019 FLORIDA LIMITED LIABILITY COMPANY AMENDED ANNUAL REPORT**

DOCUMENT# L09000100244

**Entity Name:** JC FUNDS, LLC

**FILED**

**Oct 08, 2019**
**Secretary of State**
**2671170198CC**

**Current Principal Place of Business:**

100 SE 2ND ST SUITE 2000
MIAMI, FL 33131

**Current Mailing Address:**

100 SE 2ND ST SUITE 2000
MIAMI, FL 33131 US

**FEI Number: 27-1136599**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUINTESSA ENTERPRISES INC
100 SE 2ND ST SUITE 2000
MIAMI, FL 33131 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: | JOSE YCAZA | 10/08/2019 |
|---|---|---|
| | Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| Title | MANAGER |
|---|---|
| Name | YCAZA, JOSE LUIS |
| Address | 100 SE 2ND ST SUITE 2000 |
| City-State-Zip: | MIAMI FL 33131 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: JOSE LUIS YCAZA | MGR | 10/08/2019 |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |

CRP-DOJ-0002403366

DOCUMENT# L09000100244

**Entity Name:** JC FUNDS, LLC

**FILED**

**Mar 22, 2020**
**Secretary of State**
**8657616319CC**

**Current Principal Place of Business:**

14 NE 1ST AVENUE
1401
MIAMI, FL 33132

**Current Mailing Address:**

PO BOX 450447
MIAMI, FL 33245-0447 US

**FEI Number: 27-1136599**                                             **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUICK BOOKKEEPING OF DORAL LLC
7791 NW 46TH STREET
109
MIAMI, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ALEJANDRO DIAZ                                                          03/22/2020

                    Electronic Signature of Registered Agent                                                Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGER |
| Name | YCAZA, JOSE LUIS |
| Address | 14 NE 1ST AVENUE |
| | 1401 |
| City-State-Zip: | MIAMI FL 33132 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE LUIS YCAZA                                    MANAGER                    03/22/2020

                    Electronic Signature of Signing Authorized Person(s) Detail                                    Date

CRP-DOJ-0002403367

Case 1:22-cr-20114-KMW   Document 196-4   Entered on FLSD Docket 05/03/2024   Page 23 of 29

**FILED**

DOCUMENT# L09000100244

**Entity Name:** JC FUNDS, LLC

**Apr 28, 2021**
**Secretary of State**
**5662321753CC**

**Current Principal Place of Business:**

175 SW 7TH STREET
2416
MIAMI, FL 33130

**Current Mailing Address:**

PO BOX 450447
MIAMI, FL 33245-0447 US

**FEI Number:** 27-1136599

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUICK BOOKKEEPING OF DORAL LLC
7791 NW 46TH STREET
109
MIAMI, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

| SIGNATURE: ALEJANDRO DIAZ | 04/28/2021 |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| Title | MANAGER |
|---|---|
| Name | YCAZA, JOSE LUIS |
| Address | PO BOX 450447 |
| City-State-Zip: | MIAMI FL 33245-0447 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: JOSE LUIS YCAZA | MANAGER | 04/28/2021 |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |

CRP-DOJ-0002403368

ん09 000 100244

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP     ☐ WAIT     ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



700384502207

04/22/22--01013--013  **55.00



2022 APR 22  PM 3:47

CRP-DOJ-0002403369

**COVER LETTER**

**TO:** Registration Section
Division of Corporations

**SUBJECT: JC FUNDS, LLC**

Name of Limited Liability Company

Dear Sir or Madam:

The enclosed Statement of Authority and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Omar Ortega

Name of Person

Dorta & Ortega, P.A.

Firm/Company

3860 SW 8th Street, Third Floor

Address

Coral Gables, Florida 33134

City/State and Zip Code

oortega@dortaandortega.com

E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Omar Ortega

Name of Person                          at ( 305      )    461-5454

Area Code    Daytime Telephone Number

**Mailing Address:**                    **Street Address:**
Registration Section                    Registration Section
Division of Corporations                Division of Corporations
P.O. Box 6327                           The Centre of Tallahassee
Tallahassee, FL 32314                   2415 N. Monroe Street, Suite 810
                                        Tallahassee, FL 32303

CR2E138 (2/14)

CRP-DOJ-0002403370

## STATEMENT OF AUTHORITY

Pursuant to section 605.0302(1), Florida Statutes, this limited liability company submits the following statement of authority:

**FIRST:** The name of the limited liability company is: <u>JC FUNDS, LLC</u>

2022 APR 22 PH 3: 47

TALL..... .FL

**SECOND:** The Florida Document Number of the limited liability company is: <u>L09000100244</u>

**THIRD:** The street address of the limited liability company's principal office is:

> 175 SW 7th Street
>
> 2416
>
> Miami, Florida 33130

The mailing address of the limited liability company's principal office is:

> P.O. Box450447
>
> Miami, Florida 33245-0447

**FOURTH:** This statement of authority grants or sets limitations of authority on all persons having the status or position of a person in a company, whether as a member, transferee, manager, officer or otherwise or to a specific person on the following:

1. May execute an instrument transferring or encumbering real property held in the name of the company.

   a. Granted to: <u>John C. Polit, Sole Member</u>

   b. No authority granted to: <u>Jose Luis Yeaza, Manager</u>

2. May enter into other transactions on behalf of, or otherwise act for or bind, the company.

   a. Granted to : <u>John C. Polit, Sole Member; Jose Luis Yeaza, Manager</u>

   b. No authority granted to: _____

_____
Signature of authorized representative

John C. Polit
_____
Typed or printed name of signature

**Filing Fee:** $25.00
**Certified Copy:** $30.00 (optional)

CR2E138 (2/14)

CRP-DOJ-0002403371

DOCUMENT# L09000100244

**Entity Name:** JC FUNDS, LLC

**FILED**
**Sep 15, 2022**
**Secretary of State**
**2097908517CC**

### Current Principal Place of Business:

175 SW 7TH STREET
2416
MIAMI, FL 33130

### Current Mailing Address:

PO BOX 450447
MIAMI, FL 33245-0447 US

**FEI Number: 27-1136599**

**Certificate of Status Desired:** No

### Name and Address of Current Registered Agent:

QUICK BOOKKEEPING OF DORAL LLC
7791 NW 46TH STREET
109
MIAMI, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ALEJANDRO DIAZ          09/15/2022

       Electronic Signature of Registered Agent          Date

### Authorized Person(s) Detail :

| | |
|---|---|
| Title | MANAGER |
| Name | YCAZA, JOSE LUIS |
| Address | PO BOX 450447 |
| City-State-Zip: | MIAMI FL 33245-0447 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE LUIS YCAZA          MANAGING DIRECTOR        09/15/2022

       Electronic Signature of Signing Authorized Person(s) Detail          Date

CRP-DOJ-0002403372

**2023 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L09000100244

**Entity Name:** JC FUNDS, LLC

**FILED**

**Feb 03, 2023**
**Secretary of State**
**1322324795CC**

**Current Principal Place of Business:**

2050 CORAL WAY
SUITE 511
MIAMI, FL 33145

**Current Mailing Address:**

2050 CORAL WAY
SUITE 511
MIAMI, FL 33145 US

**FEI Number:** 27-1136599

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUICK BOOKKEEPING OF DORAL LLC
7791 NW 46TH STREET
109
MIAMI, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ALEJANDRO DIAZ                                02/03/2023

Electronic Signature of Registered Agent                         Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGER |
| Name | ECCO PROPERTY MANAGEMENT LLC |
| Address | 2050 CORAL WAY SUITE 511 |
| City-State-Zip: | MIAMI FL 33145 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOHN POLIT                    PRESIDENT              02/03/2023

Electronic Signature of Signing Authorized Person(s) Detail                Date

CRP-DOJ-0002403373



### State of Florida

#### Department of State

**CERTIFICATION OF PUBLIC RECORD**
**PURSUANT TO FED. R. EVID. 902(4)**

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of JC FUNDS, LLC, document number L09000100244 a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
August 11, 2023

