

# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of LOS PINOS HOME, LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L14000074467.

I further certify that said company was administratively dissolved on September 28, 2018.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Tenth day of August, 2023

*Cord Byrd*
*Secretary of State*



CR2E022 (01-11)

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 9-4

CRP-DOJ-0002403396

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

**L14000074467**
**FILED 8:00 AM**
**May 07, 2014**
**Sec. Of State**
tbrown

## Article I

The name of the Limited Liability Company is:

LOS PINOS HOME, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

3400 CORAL WAY
#600
MIAMI, FL.  33145

The mailing address of the Limited Liability Company is:

3400 CORAL WAY
#600
MIAMI, FL.  33145

## Article III

The name and Florida street address of the registered agent is:

TOMAS KUCERA PA
3400 CORAL WAY
#600
MIAMI, FL.  FL

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   TOMAS KUCERA

## Article IV

The effective date for this Limited Liability Company shall be:

05/07/2014

Signature of member or an authorized representative

Electronic Signature: TOMAS KUCERA

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

**2015 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L14000074467

**Entity Name:** LOS PINOS HOME, LLC

**FILED**

**May 01, 2015**
**Secretary of State**
**CC2830906847**

**Current Principal Place of Business:**

3400 CORAL WAY
#600
MIAMI, FL 33145

**Current Mailing Address:**

3400 CORAL WAY
#600
MIAMI, FL 33145

**FEI Number: NOT APPLICABLE**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TOMAS KUCERA PA
3400 CORAL WAY
#600
MIAMI, FL 33134 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGER |
| Name | LISTE, DANIEL |
| Address | 3400 CORAL WAY #600 |
| City-State-Zip: | MIAMI FL 33145 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DANIEL LISTE                          MANAGER                   05/01/2015

Electronic Signature of Signing Authorized Person(s) Detail                          Date

DOCUMENT# L14000074467

**Entity Name:** LOS PINOS HOME, LLC

**FILED**
**Apr 18, 2016**
**Secretary of State**
**CC0566519066**

**Current Principal Place of Business:**

3400 CORAL WAY
#600
MIAMI, FL 33145

**Current Mailing Address:**

3400 CORAL WAY
#600
MIAMI, FL 33145

**FEI Number: NOT APPLICABLE**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TOMAS KUCERA PA
3400 CORAL WAY
#600
MIAMI, FL 33134 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

| | |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGER |
| Name | LISTE, DANIEL |
| Address | 3400 CORAL WAY #600 |
| City-State-Zip: | MIAMI FL 33145 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: DANIEL LISTE | MANGER | 04/18/2016 |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |

CRP-DOJ-0002403399

**2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L14000074467

**Entity Name:** LOS PINOS HOME, LLC

**FILED**

**Apr 20, 2017**
**Secretary of State**
**CC2964282163**

**Current Principal Place of Business:**

3400 CORAL WAY
#600
MIAMI, FL 33145

**Current Mailing Address:**

1820 SW 3RD AVE
MIAMI, FL 33129 US

**FEI Number: 81-5133084**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TOMAS KUCERA PA
3400 CORAL WAY
#600
MIAMI, FL 33134 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                      Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGER |
| Name | LISTE, DANIEL |
| Address | 3400 CORAL WAY<br>#600 |
| City-State-Zip: | MIAMI FL 33145 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: DANIEL LISTE                                          MGR                        04/20/2017

Electronic Signature of Signing Authorized Person(s) Detail                                              Date

CRP-DOJ-0002403400



# State of Florida

## Department of State

### CERTIFICATION OF PUBLIC RECORD
### PURSUANT TO FED. R. EVID. 902(4)

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of LOS PINOS HOME, LLC, document number L14000074467 a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
August 11, 2023



CRP-DOJ-0002403401