| A. | SETTLEMENT STATEMENT | B. | TYPE OF LOAN |
|---|---|---|---|
| | **UNION TITLE SERVICES, INC.** | 1. ☐ FHA  2. ☐ FMHA  3. ☐ CONV. UNINS. | |
| | CORAL GABLES, Florida 33134 | 4. ☐ VA   5. ☐ CONV. INS. | |
| | 305 444-4508  fax: 305 445-4458 | 6. File Number: 17-03-014 | 7. Loan Number: |
| | | 8. Mortgage Ins. Case No.: | |

C. NOTE: *This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked (poc) were paid outside the closing. They are shown here for informational purposes and are not included in the totals.*

| | | |
|---|---|---|
| D. Buyer: | Oceana KB 706-N, LLC, a Florida limited liability company, a Florida Limited Liability Company<br>Coral Gables, Florida 33143-6463 | |
| E. Seller: | Los Pinos Home, LLC, a Florida Limited Liability Company<br>Miami, Florida 33145 | |
| F. Lender: | All Cash Transaction | |
| G. Property: | Coral Gables, Miami-Dade County, Florida 33143-6463<br>Lot 5, Cocoplum Section One, Miami-Dade County, Florida | |
| H. Settlement Agent:<br>Place of Settlement: | Union Title Services, Inc.<br>Coral Gables, Florida 33134   Miami-Dade County | |
| I. Settlement Date:<br>Disbursement Date: | April 28, 2017<br>April 28, 2017 | |

| J. Summary of Buyer's Transaction | | K. Summary of Seller's Transaction | |
|---|---:|---|---:|
| **100. Gross Amount Due From Buyer:** | | **400. Gross Amount Due To Seller:** | |
| 101. Contract Sales Price | 4,100,000.00 | 401. Contract Sales Price | 4,100,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Buyer (line 1400) | 14,448.50 | 403. | |
| **Adjustments for Items Paid by Seller in Advance:** | | **Adjustments for Items Paid by Seller in Advance:** | |
| 106. City / Town Taxes | | 406. City / Town Taxes | |
| 107. County / Parish Taxes | | 407. County / Parish Taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. Non-Ad Valorem Assessments (C. Gables Fire Service & Cocoplum) Apr 28, 2017 thru Sep 30, 2017 | 585.16 | 409. Non-Ad Valorem Assessments (C. Gables Fire Service & Cocoplum) Apr 28, 2017 thru Sep 30, 2017 | 585.16 |
| **120. Gross Amount Due from Buyer:** | **4,115,033.66** | **420. Gross Amount Due to Seller:** | **4,100,585.16** |
| **200. Amounts Paid by or in Behalf of Buyer:** | | **500. Reductions in Amount Due to Seller:** | |
| 201. Deposit / Earnest Money | 410,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal Amount of New Loan | | 502. Settlement Charges to Seller (Line 1400) | 421,712.09 |
| 203. Existing Loan(s) | | 503. Existing Loan(s) | |
| 204. Credit to Buyer from Cooperating Broker's Commission (being deducted from line 702) | 41,000.00 | 504. Payoff of First Mortgage | |
| 205. | | 505. Payoff of Second Mortgage | |
| 206. | | 506. Purchase Money Mortgage | |
| **Adjustments for Items Unpaid by Seller:** | | **Adjustments for Items Unpaid by Seller:** | |
| 210. City / Town Taxes | | 510. City / Town Taxes | |
| 211. County / Parish Taxes Jan 1, 2017 thru Apr 27, 2017 | 14,289.46 | 511. County / Parish Taxes Jan 1, 2017 thru Apr 27, 2017 | 14,289.46 |
| 212. Assessments | | 512. Assessments | |
| **220. Total Paid by / for Buyer:** | **465,289.46** | **520. Total Reductions in Amount Due Seller:** | **436,001.55** |
| **300. Cash at Settlement from / to Buyer:** | | **600. Cash at Settlement to / from Seller:** | |
| 301. Gross Amount due from Buyer (line 120) | 4,115,033.66 | 601. Gross Amount due to Seller (line 420) | 4,100,585.16 |
| 302. Less Amount Paid by/for Buyer (line 220) | 465,289.46 | 602. Less Reductions Amount due Seller (line 520) | 436,001.55 |
| **303. Cash From Buyer:** | **$3,649,744.20** | **603. Cash To Seller:** | **$3,664,583.61** |

May 2007



Settlement Date:April 28, 2017                                                                                                              File Number:2243-01A
                                                                                                                                                  COMWEALT 17-03-014

| L. | Settlement Charges | | Paid from Buyer's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|---|
| 700. | **Total Sales / Broker's Commission:** Based on Price $4,100,000.00 @ 6.00% = $221,400.00 Division of Commission as follows | | | |
| 701. | 98,400.00 to Coldwell Banker Residential Real Estate (reduced by 20% per listing agreement) | | | |
| 702. | 123,000.00 to Fortune International Realty (to be reduced by $41,000 due to Credit to Buyer - see line 204) | | | |
| 703. | Commission Paid at Settlement | | | 221,400.00 |
| 704. | Broker Only Commssion to Coldwell Banker Residential Real Estate | | | 345.00 |
| **800.** | **Items Payable in Connection with Loan:** | | | |
| 801. | Loan Origination Fee | | | |
| 802. | Loan Discount | | | |
| 803. | Appraisal Fee | | | |
| 804. | Credit Report | | | |
| 805. | Lender's Inspection Fee | | | |
| 806. | Mortgage Insurance Application Fee | | | |
| 807. | Assumption Fee | | | |
| **900.** | **Items Required by Lender to be Paid in Advance:** | | | |
| 901. | Daily interest charge from Apr 28, 2017 | | | |
| 902. | Mortgage Insurance Premium | | | |
| 903. | Hazard Insurance Premium | | | |
| 904. | Flood Insurance Premium | | | |
| **1000.** | **Reserves Deposited with Lender:** | | | |
| 1001. | Hazard Insurance | | | |
| 1002. | Mortgage Insurance | | | |
| 1003. | City Property Taxes | | | |
| 1004. | County Property Taxes | | | |
| 1005. | Annual Assessments | | | |
| **1100.** | **Title Charges:** | | | |
| 1101. | Settlement or Closing Fee to Union Title Services, Inc. | | 725.00 | |
| 1102. | Abstract or Title Search to Commonwealth Land Title Insurance Company | | | 125.00 |
| 1103. | Title Examination | | | |
| 1104. | Title Insurance Binder | | | |
| 1105. | Document Preparation | | | |
| 1106. | Notary Fees | | | |
| 1107. | Attorney Fees and Costs to Tomas Kucera, Esq. (includes above item numbers: | | | 3,350.00 |
| 1108. | Title Insurance to Union Title Services, Inc. (includes above item numbers: | | 12,825.00 | |
| 1109. | Lender's Coverage            0.00 | | | |
| 1110. | Owner's Coverage     4,100,000.00     Risk Rate Premium:    $12,825.00 | | | |
| **1200.** | **Government Recording and Transfer Charges:** | | | |
| 1201. | Recording Fees:   Deed   23.50   Mortgage   0.00   Releases   0.00 | | 23.50 | |
| 1202. | City/County Tax/Stamps:   Deed   0.00   Mortgage   0.00 | | | |
| 1203. | State Tax/Stamps:   Deed   24,600.00   Mortgage   0.00 | | | 24,600.00 |
| 1204. | Intangible Tax to Union Title ERecording | | | |
| 1205. | Termination of Notice of Commencement (x 2) to Union Title ERecording | | | 81.00 |
| 1206. | LLC Affidavit to Union Title ERecording | | | 23.50 |
| **1300.** | **Additional Settlement Charges:** | | | |
| 1301. | Survey to Gunter Group, Inc. | | 875.00 | |
| 1302. | Pest Inspection | | | |
| 1303. | Municipal Lien Search to PropLogix | | | 335.00 |
| 1304. | 2014 Real Estate Taxes - Folio 03-4132-021-1500 to Miami-Dade Tax Collector | | | 62,218.29 |
| 1305. | 2015 Real Estate Taxes - Folio 03-4132-021-1500 to Miami-Dade Tax Collector | | | 56,290.04 |
| 1306. | 2016 Real Estate Taxes - Folio 03-4132-021-1500 to Miami-Dade Tax Collector | | | 49,317.68 |
| 1307. | Water Balance Due (Acct # 0597488114) to Miami-Dade Water & Sewer | | | 2,861.58 |
| 1308. | Final Water/Sewer/Stormwater Bill Escrows (Acct #'s 0597488114 and 4838782617) to Union Title Services, Inc. Escrow Account | | | 750.00 |
| 1309. | Courier Fees (Prior Tax Payments) to Union Title Services, Inc. | | | 15.00 |
| **1400.** | **Total Settlement Charges (Enter on line 103, Section J and line 502, Section K)** | | **$14,448.50** | **$421,712.09** |

May 2007

Settlement Date: April 28, 2017

File Number: 17-03-014

A.  SETTLEMENT STATEMENT

## UNION TITLE SERVICES, INC.

CORAL GABLES, Florida 33134
305 444-4508  fax: 305 445-4458

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of Settlement Statement. Note: Pursuant to Rule 4-21-010 of the Insurance Commissioner, the undersigned agrees and understands that in order to reduce the overall costs of title insurance and other services related hereto, that all interest income, if any, earned on the disbursement account shall be retained by Union Title Services, Inc.

Buyer: Oceana KB 700-N, LLC, a Florida limited liability company
Emilio Antelo, Manager

Seller: Los Pinos Home, LLC, a Florida Limited Liability Company
Daniel Liste, Manager

The Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with the instructions of the parties hereto.

COMWEALT 17-03-014

Settlement Agent: Michael Sherman

Date: April 28, 2017

May 2007

Settlement Date: April 28, 2017

File Number: 17-03-014

A.                  **SETTLEMENT STATEMENT**

## UNION TITLE SERVICES, INC.

CORAL GABLES, Florida 33134
305 444-4508   fax: 305 445-4458

I have carefully reviewed the Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of Settlement Statement. Note: Pursuant to Rule 4-21-010 of the Insurance Commissioner, the undersigned agrees and understands that in order to reduce the overall costs of title insurance and other services related hereto, that all interest income, if any, earned on the disbursement account shall be retained by Union Title Services, Inc.

Oceana KB 706-N, LLC, a Florida limited liability company

Buyer: _____
Emilio Antelo, Manager

Los Pinos Home, LLC, a Florida Limited Liability Company

Seller: _____
Daniel Liste, Manager

The Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with the instructions of the parties hereto.

COMWEALT 17-03-014

Settlement Agent: _____
Michael Sherman

Date: April 28, 2017

Prepared by:
Tomas Kucera, Esq.

STE 206
BAY HARBOR ISLANDS FL 33154

Return to:
UNION TITLE SERVICES INC.

Coral Gables FL 33134

Parcel Identification No. 03-4132-021-1500

_____[Space Above This Line For Recording Data]_____

# Warranty Deed
(STATUTORY FORM - SECTION 689.02, F.S.)

**This Indenture** made this 28TH day of **APRIL, 2017** between **LOS PINOS HOME, LLC, a Florida limited liability company** whose post office address is ▮ MIAMI FL 33129, grantor*, and **OCEANA KB 706-N, LLC, a Florida limited liability company** whose post office address is ▮ Coral Gables, FL 33143 grantee*,

**Witnesseth**, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Miami-Dade County, Florida**, to-wit:

**LOT 5, BLOCK 9, COCOPLUM SECTION ONE, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 99, PAGE 39, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

Subject to taxes for 2017 and subsequent years; covenants, conditions, restrictions, easements, reservations and limitations of record, if any.

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

* "Grantor" and "Grantee" are used for singular or plural, as context requires.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: TOMAS KUCERA

Witness Name: Tamara Devos

LOS PINOS HOME, LLC, a Florida limited liability company

By: DANIEL LISTE, as Manager    (Seal)

State of FLORIDA
County of MIAMI-DADE

The foregoing instrument was acknowledged before me this 28 day of APRIL, 2017 by DANIEL LISTE as Manager of LOS PINOS HOME, LLC, a Florida limited liability company, who [_] is personally known or [X] have produced a driver's license as identification.

[Notary Seal]

Notary Public _____

TOMAS KUCERA
MY COMMISSION # FF 101404
EXPIRES: April 3, 2018
Bonded Thru Notary Public Underwriters

Printed Name: _____

My Commission Expires: _____