A. Settlement Statement

U.S. Department of Housing and Urban Development

B. Type of Loan

| | | 6. File Number | 7. Loan Number | 8. Mortg. Ins. Case Num. |
|---|---|---|---|---|
| ○ 1 FHA | ○ 2 FmHA   ○ 3 Conv Unins | 14-018 LOS PINO | | |
| ○ 4 VA | ○ 5 Conv Ins | | ID | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

D. NAME OF BORROWER: LOS PINOS HOME, LLC, a Florida limited liability company
Address of Borrower: [redacted] Miami, Florida 33143

E. NAME OF SELLER: AMADA LOPEZ-CANTERA, a single woman
Address of Seller: [redacted] Miami, Florida 33145    TIN

F. NAME OF LENDER:
Address of Lender:

G. PROPERTY LOCATION: [redacted] Miami, Florida 33143

H. SETTLEMENT AGENT: Casanova & Kucera, PLLC    TIN 27-1026238
Place of Settlement: [redacted] Miami, Florida 33145    Phone 305-677-2148

I. SETTLEMENT DATE: 6/3/14    DISBURSEMENT DATE: 6/3/14

| J. Summary of borrower's transaction | | K. Summary of seller's transaction | |
|---|---|---|---|
| **100. Gross amount due from borrower** | | **400. Gross amount due to seller** | |
| 101. Contract sales price | 2,700,000.00 | 401. Contract sales price | 2,700,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (Line 1400) | 13,482.00 | 403. | |
| 104. Furniture Credit to Seller | 2,500.00 | 404. Furniture Credit to Seller | 2,500.00 |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross amount due from borrower: | 2,715,982.00 | 420. Gross amount due to seller: | 2,702,500.00 |
| **200. Amounts paid on in behalf of borrower** | | **500. Reductions in amount due to seller** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 260,803.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Principal amount of second mortgage | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Deposits held by seller | |
| 207. Principal amt of mortgage held by seller | | 507. Principal amt of mortgage held by seller | |
| 208. Light Fixture credit to Buyer | 1,500.00 | 508. Light Fixture credit to Buyer | 1,500.00 |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes from 01/01/14 to 06/03/14 | 13,915.36 | 511. County taxes from 01/01/14 to 06/03/14 | 13,915.36 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total paid by/for borrower: | 15,415.36 | 520. Total reductions in amount due seller: | 276,218.86 |
| **300. Cash at settlement from/to borrower** | | **600. Cash at settlement to/from seller** | |
| 301. Gross amount due from borrower (line 120) | 2,715,982.00 | 601. Gross amount due to seller (line 420) | 2,702,500.00 |
| 302. Less amount paid by/for the borrower (line 220) | (15,415.36) | 602. Less total reductions in amount due seller (line 520) | (276,218.86) |
| 303. Cash ( ☑ From  ☐ To ) Borrower | 2,700,566.64 | 603. Cash ( ☑ To  ☐ From ) Seller | 2,426,281.14 |

Substitute Form 1099 Seller Statement: The information contained in blocks E, G, H, and I and on line 401 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

Seller Instructions: If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your tax return; for other transactions, complete the applicable parts of Form 4797, Form 6262 and/or Schedule D (Form 1040).

Borrower's Initial(s)    Seller's Initial(s)

DoubleTime

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 9-7

CRP-DOJ-0000251577

| | | | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
|---|---|---|---|---|---|
| **700. Total Sales/Brokers Com. based on price** | **$2,700,000.00 @** | **6.0000 % =  162,000.00** | Borrower POC/Seller POC | | |
| 701. | 81,000.00 | 3.0000 % to WATERFRONT INVESTMENT REAL ESTATE LLC | | | |
| 702. | 81,000.00 | 3.0000 % to Avatar Real Estate Services | | | |
| 703. Commission paid at settlement | | | | | 162,000.00 |
| 704. | | to | | | |
| **800. Items payable in connection with loan** | | | Borrower POC/Seller POC | | |
| 801. Loan origination fee | % to | | | | |
| 802. Loan discount | % to | | | | |
| 803. Appraisal fee | to | | | | |
| 804. Credit report | to | | | | |
| 805. Lender's inspection fee | to | | | | |
| 806. Mortgage insurance application fee | to | | | | |
| 807. Assumption Fee | to | | | | |
| 808. | to | | | | |
| 809. | to | | | | |
| 810. | to | | | | |
| 811. | to | | | | |
| **900. Items required by lender to be paid in advance** | | | Borrower POC/Seller POC | | |
| 901. Interest from | to | @ | /day | | |
| 902. Mortgage insurance premium for | months to | | | | |
| 903. Hazard insurance premium for | years to | | | | |
| 904. Flood insurance premium for | years to | | | | |
| 905. | years to | | | | |
| **1000. Reserves deposited with lender** | | | Borrower POC/Seller POC | | |
| 1001. Hazard insurance | | months @ | per month | | |
| 1002. Mortgage insurance | | months @ | per month | | |
| 1003. City property taxes | | months @ | per month | | |
| 1004. County property taxes | | months @ | per month | | |
| 1005. Annual assessments | | months @ | per month | | |
| 1006. Flood insurance | | months @ | per month | | |
| 1007. | | months @ | per month | | |
| 1008. | | months @ | per month | | |
| 1009. Aggregate accounting adjustment | | | | | |
| **1100. Title charges** | | | Borrower POC/Seller POC | | |
| 1101. Settlement or closing fee | to Casanova & Kucera, PLLC | | | 950.00 | |
| 1102. Abstract or title search | to Casanova & Kucera, PLLC | | | | 200.00 |
| 1103. Title examination | to | | | | |
| 1104. Title insurance binder | to | | | | |
| 1105. Document preparation | to | | | | |
| 1106. Notary fees | to | | | | |
| 1107. Attorney's Fees | to Casanova & Kucera, PLLC | | | 1,950.00 | |
| (includes above item numbers | | | ) | | |
| 1108. Title Insurance | to Old Republic Nat. Title/Casanova & Kucera | | | 9,325.00 | |
| (includes above item numbers | | | ) | | |
| 1109. Lender's coverage (Premium) | | | | | |
| 1110. Owner's coverage (Premium) | $2,700,000.00 ($9,325.00) | | | | |
| 1111. Endorse | | | | | |
| 1112. Title Commitment and Preclosing Title Up | to Attorney's Fund Title Services LLC | | | 250.00 | |
| 1113. Post Closing Title Update | to Casanova & Kucera, PLLC | | | 225.00 | |
| **1200. Government recording and transfer charges** | | | | | |
| 1201. Recording fees | Deed | $27.00 Mortgage(s) | Releases | 27.00 | |
| 1202. City/county tax/stamps | Deed | Mortgage(s) | | | |
| 1203. State tax/stamps | Deed | $16,200.00 Mortgage(s) | | | 16,200.00 |
| 1204. Affidavit | | to Clerk of Circuit Court | | | 18.50 |
| 1205. Death Certificates Recording | | to Clerk of Circuit Court | | | 20.00 |
| **1300. Additional settlement charges** | | | Borrower POC/Seller POC | | |
| 1301. Survey (Order # A-48592) | to MeLand Services Inc | | | 575.00 | |
| 1302. Pest inspection | to | | | | |
| 1303. | to | | | | |
| 1304. Municipal Lien Search (Invoice # 39299) | to Rapid Liens Inc | | | | 300.00 |
| 1305. Certified Local Improvement Lien (Folio # | to City of Coral Gables | | | | 1,010.00 |
| 1306. Wire / Fedex / Courier | to Casanova & Kucera, PLLC | | | 55.00 | 55.00 |
| 1307. LLC - State Filing | to Tomas Kucera, P.A | | | 125.00 | |
| 1308. Additional RE Commission | to Pan American Realty Services, LLC | | | | 61,000.00 |
| 1309. | | | | | |
| **1400. Total settlement charges** | | | | | |
| ( Enter on lines 103, Section J and 502, Section K ) | | | | 13,482.00 | 260,803.50 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____ Borrower
_____ Seller
AMADA LOPEZ-CANTERA

_____ Borrower
_____ Seller

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused, or will cause, the funds to be disbursed in accordance with this statement.

Casanova & Kucera, PLLC
By _____        06-03-14
As Its Authorized Representative            Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010

DoubleTime®