| HUD-1 | | U.S. Department of Housing | | |
|---|---|---|---|---|
| A. Settlement Statement | | and Urban Development | | OMB No. 2502-0265 |

**B. Type of Loan**

| ◯ 1. FHA | ◯ 2. FmHA | ◯ 3. Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortg. Ins. Case Num. |
|---|---|---|---|---|---|
| ◯ 4. V.A. | ◯ 5. Conv. Ins. | | 14-018 LOS PINO | ID: | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME OF BORROWER: | LOS PINOS HOME, LLC, a Florida limited liability company | |
|---|---|---|
| Address of Borrower: | 7233 Los Pinos Blvd, Miami, Florida 33143 | |
| E. NAME OF SELLER: | AMADA LOPEZ-CANTERA, a single woman | |
| Address of Seller: | 2300 Coral Way, #200, Miami, Florida 33145 | TIN: |
| F. NAME OF LENDER: | | |
| Address of Lender: | | |
| G. PROPERTY LOCATION: | 7233 Los Pinos Blvd, Miami, Florida 33143 | |
| H. SETTLEMENT AGENT: | Casanova & Kucera, PLLC | TIN: 27-1026238 |
| Place of Settlement: | 3400 Coral Way, Suite 600, Miami, Florida 33145 | Phone: 305-677-2148 |
| I. SETTLEMENT DATE: | 6/3/14 | DISBURSEMENT DATE: 6/3/14 |

| J. Summary of borrower's transaction | | K. Summary of seller's transaction | |
|---|---:|---|---:|
| **100. Gross amount due from borrower:** | | **400. Gross amount due to seller:** | |
| 101. Contract sales price | 2,700,000.00 | 401. Contract sales price | 2,700,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (Line 1400) | 13,482.00 | 403. | |
| 104. Furniture Credit to Seller | 2,500.00 | 404. Furniture Credit to Seller | 2,500.00 |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance:* | | *Adjustments for items paid by seller in advance:* | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross amount due from borrower:** | 2,715,982.00 | **420. Gross amount due to seller:** | 2,702,500.00 |
| **200. Amounts paid or in behalf of borrower:** | | **500. Reductions in amount due to seller:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 260,803.50 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Principal amount of second mortgage | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Deposits held by seller | |
| 207. Principal amt of mortgage held by seller | | 507. Principal amt of mortgage held by seller | |
| 208. Light Fixture credit to Buyer | 1,500.00 | 508. Light Fixture credit to Buyer | 1,500.00 |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller:* | | *Adjustments for items unpaid by seller:* | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes from 01/01/14 to 06/03/14 | 13,915.36 | 511. County taxes from 01/01/14 to 06/03/14 | 13,915.36 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total paid by/for borrower:** | 15,415.36 | **520. Total reductions in amount due seller:** | 276,218.86 |
| **300. Cash at settlement from/to borrower:** | | **600. Cash at settlement to/from seller:** | |
| 301. Gross amount due from borrower (line 120) | 2,715,982.00 | 601. Gross amount due to seller (line 420) | 2,702,500.00 |
| 302. Less amount paid by/for the borrower (line 220) | (15,415.36) | 602. Less total reductions in amount due seller (line 520) | (276,218.86) |
| 303. Cash ( ☑ From  ☐ To  ) Borrower: | 2,700,566.64 | 603. Cash ( ☑ To  ☐ From  ) Seller: | 2,426,281.14 |

Substitute Form 1099 Seller Statement:   The information contained in blocks E, G, H, and I and on line 401 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

Seller Instructions:   If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your tax return; for other transactions, complete the applicable parts of Form 4797, Form 6262 and/or Schedule D (Form 1040).

Borrower's Initial(s): _____

Seller's Initial(s): _[signature]_

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 9-8

| HUD-1 | U.S. Department of Housing and Urban Development | | | Page 2 |
|---|---|---|---|---|
| **L. Settlement charges** | | | **Paid from Borrower's Funds at Settlement** | **Paid from Seller's Funds at Settlement** |
| 700. Total Sales/Brokers Com. based on price $2,700,000.00 @ 6.0000 % = 162,000.00 | | | | |
| 701. 81,000.00 3.0000 % to WATERFRONT INVESTMENT REAL ESTATE LLC | | | | |
| 702. 81,000.00 3.0000 % to Avatar Real Estate Services | | | | |
| 703. Commission paid at settlement | | | | 162,000.00 |
| 704. to | | | | |
| **800. Items payable in connection with loan** | | | **Borrower POC Seller POC** | |
| 801. Loan origination fee % to | | | | |
| 802. Loan discount % to | | | | |
| 803. Appraisal fee to | | | | |
| 804. Credit report to | | | | |
| 805. Lender's inspection fee to | | | | |
| 806. Mortgage insurance application fee to | | | | |
| 807. Assumption Fee to | | | | |
| 808. to | | | | |
| 809. to | | | | |
| 810. to | | | | |
| 811. to | | | | |
| **900. Items required by lender to be paid in advance** | | | **Borrower POC Seller POC** | |
| 901. Interest from to @ /day | | | | |
| 902. Mortgage insurance premium for months to | | | | |
| 903. Hazard insurance premium for years to | | | | |
| 904. Flood insurance premium for years to | | | | |
| 905. years to | | | | |
| **1000. Reserves deposited with lender** | | | **Borrower POC Seller POC** | |
| 1001. Hazard insurance months @ per month | | | | |
| 1002. Mortgage insurance months @ per month | | | | |
| 1003. City property taxes months @ per month | | | | |
| 1004. County property taxes months @ per month | | | | |
| 1005. Annual assessments months @ per month | | | | |
| 1006. Flood insurance months @ per month | | | | |
| 1007. months @ per month | | | | |
| 1008. months @ per month | | | | |
| 1009. Aggregate accounting adjustment | | | | |
| **1100. Title charges** | | | **Borrower POC Seller POC** | |
| 1101. Settlement or closing fee to Casanova & Kucera, PLLC | | | 950.00 | |
| 1102. Abstract or title search to Casanova & Kucera, PLLC | | | | 200.00 |
| 1103. Title examination to | | | | |
| 1104. Title insurance binder to | | | | |
| 1105. Document preparation to | | | | |
| 1106. Notary fees to | | | | |
| 1107. Attorney's Fees to Casanova & Kucera, PLLC | | | 1,950.00 | |
| (includes above item numbers: ) | | | | |
| 1108. Title Insurance to Old Republic Nat. Title/Casanova & Kucera | | | 9,325.00 | |
| (includes above item numbers: ) | | | | |
| 1109. Lender's coverage (Premium) | | | | |
| 1110. Owner's coverage (Premium) $2,700,000.00 ($9,325.00) | | | | |
| 1111. Endorse: | | | | |
| 1112. Title Commitment and Preclosing Title Up to Attorney's Fund Title Services LLC | | | 250.00 | |
| 1113. Post Closing Title Update to Casanova & Kucera, PLLC | | | 225.00 | |
| **1200. Government recording and transfer charges** | | | | |
| 1201. Recording fees Deed $27.00 Mortgage(s) Releases | | | 27.00 | |
| 1202. City/county tax/stamps Deed Mortgage(s) | | | | |
| 1203. State tax/stamps Deed $16,200.00 Mortgage(s) | | | | 16,200.00 |
| 1204. Affidavit to Clerk of Circuit Court | | | | 18.50 |
| 1205. Death Certificates Recording to Clerk of Circuit Court | | | | 20.00 |
| **1300. Additional settlement charges** | | | **Borrower POC Seller POC** | |
| 1301. Survey (Order # A-48592) to MeLand Services Inc. | | | 575.00 | |
| 1302. Pest Inspection to | | | | |
| 1303. to | | | | |
| 1304. Municipal Lien Search (Invoice # 39299) to Rapid Liens Inc. | | | | 300.00 |
| 1305. Certified Local Improvement Lien (Folio # to City of Coral Gables | | | | 1,010.00 |
| 1306. Wire / Fedex / Courier to Casanova & Kucera, PLLC | | | 55.00 | 55.00 |
| 1307. LLC - State Filing to Tomas Kucera, P.A. | | | 125.00 | |
| 1308. Additional RE Commission to Pan American Realty Services, LLC | | | | 81,000.00 |
| 1309. | | | | |
| **1400. Total settlement charges** | | | | |
| ( Enter on lines 103, Section J and 502, Section K ) | | | 13,482.00 | 260,803.50 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____ Borrower       _/s/ Amada Lopez-Cantera_ Seller
                                  AMADA LOPEZ-CANTERA

_____ Borrower       _____ Seller

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused, or will cause, the funds to be disbursed in accordance with this statement.

Casanova & Kucera, PLLC
By: _____
   As Its Authorized Representative          Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

DoubleTime®

CRP-DOJ-0000251580