| Value_Date | Bank_Account | Sub_Account | Ordering_Party | USD AMT | First_PTY_Name_Address | Second_PTY_Account | Second_PTY_Name_Address | Misc_Reference |
|---|---|---|---|---|---|---|---|---|
| 2013-07-24 | 6550113516 | 7AG07057 | HENDRICKS TRADING CORP ▇▇▇ QUITO ECUADOR | 22178.50 | CITIBANK, N.A.  8750 NW DORAL BLVD | /▇▇▇4233 | SKYFIX INTERNATIONAL, INC CITIBANK, N.A BR 58 | /BNF/TRABAJOD REALIZADOS POR SKY FI//X A LA AERONAVE CESSNA 340 |
| 2013-07-25 | 6550113516 | 7AG07057 | HENDRICKS TRADING CORP ▇▇▇ QUITO ECUADOR | 2000.00 | FROST BANK  2735 AUSTIN HWY | /▇▇▇2301 | PRIME TURBINES ▇▇▇ | /BNF/WORK ORDER PF197 |
| 2013-07-29 | 6550113516 | 7AG07024 | UNIT 1805 INC ▇▇▇ AVENTURA FL 33160-4976 | 180000.00 | BANK OF AMERICA, N.A. 222 BROADWAY | /▇▇▇8185 | CAMILO LAMALETTO | /FEES//W |
| 2013-07-31 | 6550113516 | 7AG07024 | UNIT 1805 INC ▇▇▇ AVENTURA FL 33160-4976 | 67500.00 | BANK OF AMERICA N.A. 100 WEST 33RD STREET NEW YORK, NY 10001 | /IBSPIT2B | CASSA DI RISPARMIO IN BOLOGNA MODENA  ITALY | |
| 2013-08-02 | 6550113516 | 7AG07024 | UNIT 1805 INC ▇▇▇ AVENTURA FL 33160-4976 | 4000.00 | BANK OF AMERICA, N.A. 222 BROADWAY | /▇▇▇6909 | CR AVIATION, INC | |
| 2013-08-06 | 6550113516 | 7AG07057 | HENDRICKS TRADING CORP ▇▇▇ QUITO ECUADOR | 198000.00 | FIRST UNITED BANK | /1▇▇▇0275 | CASANOVA KUCERA, PLLC (IOTA TRUS T ACCOUNT) | |
| 2013-08-13 | 6550113516 | 7AG07057 | HENDRICKS TRADING CORP ▇▇▇ QUITO ECUADOR | 1000.00 | BANK OF AMERICA, N.A. 222 BROADWAY | /3▇▇▇4860 | VERONICA SANCHEZ SILVA | /BNF/ARRIENDO MES DE JULIO/2013 |
| 2013-08-13 | 6550113516 | 7AG07059 | GLOBAL REINSURANCE BROKER INC ▇▇▇ QUITO ECUADOR | 4172.88 | BANK OF AMERICA, N.A. 222 BROADWAY | /▇▇▇6941 | ARG REINSURANCE BROKER LLC | /BNF/REF: 2DO INSTALAMENTO DE FUMIO//RO /FEES//W |
| 2013-08-13 | 6550113516 | 7AG07057 | HENDRICKS TRADING CORP ▇▇▇ QUITO ECUADOR | 65000.00 | BANK OF AMERICA N.A. 100 WEST 33RD STREET NEW YORK, NY 10001 | /CAPBPAPA | CAPITAL BANK INC PANAMA CITY PANAMA | /BNF/REF: PAGO PRESTAMO |
| 2013-08-14 | 6550113516 | 7AG07059 | GLOBAL REINSURANCE BROKER INC ▇▇▇ QUITO ECUADOR | 1098.36 | BANK OF AMERICA N.A. 100 WEST 33RD STREET NEW YORK, NY 10001 | /PICHECEQ | BANCO PICHINCHA C.A. GUAYAQUIL ECUADOR | /BNF/AL PAGO D SINIESTRO DEL 3 DEL CLIENTE EN LA //COBERTURA GASTOS MEDICO |

AO386-C

GOVERNMENT EXHIBIT

CASE NO. 22-CR-20114-KMW

EXHIBIT NO. 10-2A1