| Value_Date | Bank_Account | Sub_Account | Ordering_Party | USD AMT | First_PTY_Name_Address | Second_PTY_Account | Second_PTY_Name_Address | Misc_Reference |
|---|---|---|---|---|---|---|---|---|
| 2014-06-06 | 6550113516 | 7AG07024 | UNIT 1805 INC AVENTURA FL 33160-4976 | 850.00 | CITIBANK N.A. 111 WALL STREET | /BAGEPAPA | BANCO GENERAL S A PANAMA PANAMA | |
| 2014-06-10 | 6550113516 | 7AG07024 | UNIT 1805 INC AVENTURA FL 33160-4976 | 7778.70 | STANDARD CHARTERED BANK 1095 AVENUE OF THE AMERICAS | 1001 | BANCARIBE CURACAO BANK, N.V. | /BNF/FCC A O ASESORES, C.A. ACCOUNT// NUMBER 13058REF. 2DA CUOTA DE PR//IMA PARA AERONAVE BAE 125 SERIE |
| 2014-06-13 | 6550113516 | 7AG07024 | UNIT 1805 INC AVENTURA FL 33160-4976 | 2000.00 | BANK OF AMERICA, N.A. 222 BROADWAY | 4180 | JPB MARKETING INTERNATIONAL LLC | /BNF/FUEL SERVICES N46WE |
| 2014-06-13 | 6550113516 | 7AG07060 | S P AVIATION LTD QUITO ECUADOR | 3000.00 | BANK OF AMERICA, N.A. 222 BROADWAY | 4860 | VERONICA SANCHEZ SILVA | |
| 2014-06-18 | 6550113516 | 7AG07024 | UNIT 1805 INC AVENTURA FL 33160-4976 | 40000.00 | THE FIRST NATIONAL BANK OF PO BOX 431000 | 8239 | CBG AVIATION INC. | /BNF/GASTOS N46WE |
| 2014-06-19 | 6550113516 | 7AG07057 | HENDRICKS TRADING CORP QUITO ECUADOR | 100000.00 | WELLS FARGO BANK 420 MONTGOMERY STREET | 4522 | CASANOVA KUCERA, PLLC | |
| 2014-06-20 | 6550113516 | 7AG07024 | UNIT 1805 INC AVENTURA FL 33160-4976 | 130000.00 | BANK OF AMERICA, N.A. 222 BROADWAY | 8185 | CAMILLO LAMALETTO | /FEES//W |
| 2014-06-20 | 6550113516 | 7AG07059 | GLOBAL REINSURANCE BROKER INC QUITO ECUADOR | 345000.00 | FIRST AMERICAN TRUST, FSB | 0000 | FIRST AMERICAN TITLE INS. CO. | /BNF/REF. 2071-3099687 MUSE 3402 |
| 2014-06-20 | 6550113516 | 7AG07059 | GLOBAL REINSURANCE BROKER INC QUITO ECUADOR | 100000.00 | WELLS FARGO BANK 420 MONTGOMERY STREET | 4522 | CASANOVA KUCERA, PLLC | /BNF/ASESORIA LEGAL |
| 2014-06-26 | 6550113516 | 7AG07024 | UNIT 1805 INC AVENTURA FL 33160-4976 | 2400.00 | BANK OF AMERICA N.A. 100 WEST 33RD STREET NEW YORK, NY 10001 | /MIDLGB22 | HSBC BANK PLC LONDON UNITED KINGDOM | /BNF/PAGO FA |

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20114-KMW
EXHIBIT NO. 10-2A2

CRP-DOJ-0000305691_022