| Value_Date | Bank_Account | Sub_Account | Ordering_Party | USD AMT | First_PTY_Name_Address | Second_PTY_Account | Second_PTY_Name_Address | Misc_Reference |
|---|---|---|---|---|---|---|---|---|
| 2015-11-27 | 6550113516 | 7AG07059 | GLOBAL REINSURANCE BROKER INC <br><br> QUCUADOR | 8150.63 | CITIBANK N.A.  111 WALL STREET | /▇7839 | BANCO BOLIVARIANO | /BNF/FFC: 0005035920 / ACCT NAME: C//OMPA A REASEGURADORA DEL ECUADOR //S.A. |
| 2015-11-30 | 6550113516 | 7AG07059 | GLOBAL REINSURANCE BROKER INC <br><br> QUCUADOR | 5075.00 | CITIBANK N.A.  111 WALL STREET | /▇8453 | TOWERBANK INTERNATIONAL, INC. | /BNF/FFC: ACCT: 04010024103 // NAME//: OWENS WATSON MANAGEMENT SERVICE//S, LTD |
| 2015-11-30 | 6550113516 | 7AG07060 | S  P AVIATION LTD <br> PISO 11 QUITO ECUADOR | 16139.20 | BANK OF AMERICA N.A. 100 WEST 33RD STREET NEW YORK, NY 10001 | /PICHECEQ | BANCO PICHINCHA C.A. QUITO ECUADOR | |
| 2015-11-30 | 6550113516 | 7AG07060 | S  P AVIATION LTD <br> PISO 11 QUITO ECUADOR | 2268.75 | BANK OF AMERICA N.A. 100 WEST 33RD STREET NEW YORK, NY 10001 | /PICHECEQ | BANCO PICHINCHA C.A. QUITO ECUADOR | |
| 2015-12-02 | 6550113516 | 7AG07059 | GLOBAL REINSURANCE BROKER INC <br><br> QUCUADOR | 510000.00 | SUNTRUST BANK MAIL CODE - GA-ATL-3707 FLOOR 17 | /▇6203 | AMERICAN LAND INVESTMENTS DEVELO  PMENT, LLC | |
| 2015-12-03 | 6550113516 | 7AG07059 | GLOBAL REINSURANCE BROKER INC THE V BRITISH ANGUILLA ANGUILLA | 1200.00 | BANK OF AMERICA N.A. 100 WEST 33RD STREET NEW YORK, NY 10001 | /BRRDDOSD | BANCO DE RESERVAS DE LA REPUBL SANTO DOMINGO DOMINICAN REPUBLIC | |
| 2015-12-03 | 6550113516 | 7AG07059 | GLOBAL REINSURANCE BROKER INC THE V BRITISH ANGUILLA ANGUILLA | 24059.47 | BANK OF AMERICA N A 100 NORTH TRYON STREET SUITE 170 | /▇6941 | ARG REINSURANCE BROKER LLC | |
| 2015-12-03 | 6550113516 | 7AG07059 | GLOBAL REINSURANCE BROKER INC THE V BRITISH ANGUILLA ANGUILLA | 9397.12 | BANK OF AMERICA N A 100 NORTH TRYON STREET SUITE 170 | /▇6941 | ARG REINSURANCE BROKER LLC | |
| 2015-12-04 | 6550113516 | 7AG07052 | CORPORATE CONSULTING GROUP QUITO ECUADOR | 50000.00 | BANK OF AMERICA N A 100 NORTH TRYON STREET SUITE 170 | /▇5913 | CORPORATE CONSULTING GROUP INC | /FEES//W |
| 2015-12-04 | 6550113516 | 7AG07059 | GLOBAL REINSURANCE BROKER INC THE V BRITISH ANGUILLA ANGUILLA | 13946.12 | BANK OF AMERICA N.A. 100 WEST 33RD STREET NEW YORK, NY 10001 | /PICHECEQ | BANCO PICHINCHA C.A. QUITO ECUADOR | |

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-CR-20114-KMW
EXHIBIT NO. 10-2A3

CRP-DOJ-0000305691_050