| | | | |
|---|---|---|---|
| 918 | MV5: | Ahí no empiezan a [II] a trabajar. Pero él tiene un perfil sumamente bajo. | They won't start to [UI] to work. But he has a very low profile. |
| 919 | MV3: | // ¿Y-y… vistes lo que le cogieron preso aquí a-a-a Juan Ribas? | // And-and… did you see that Juan Ribas was arrested? |
| 920 | MV5: | Está preso ese man, hermano. | That man's in prison, man. |
| 921 | MV3: | Sí. | Yeah. |
| 922 | MV5: | Hijo de puta, él estaba cantando. El que [II] también es sobrino de Celi. | Fuck, he was ratting. The one that [UI] also is Celi's nephew. |
| 923 | MV3: | // ¿Cuál? | // Which one? |
| 924 | MV5: | El sobrino ese que-- pues de la Torre, este muchacho de la Torre. | That nephew that-- de la Torre, this de la Torre guy. |
| 925 | MV3: | Yo no le conozco. Nunca le conocí. | I don't know him. I never met him. |
| 926 | MV5: | [II] trabajó en Contraloría. | [UI] he worked at the Comptroller's office. |
| 927 | MV3: | Pero nunca le conocí. | But I never met him. |

*****

| | | | |
|---|---|---|---|
| 937 | MV3: | Que estaba preso. | That he was in prison. |
| 938 | MV5: | No, y que sí, me-me caí-- yo me he caído de espalda cuando-- oye, este señor preso, y con la mujer. | No, and yeah, I-I fell-- I fell over when-- hey, this man in prison, and with his wife. |
| 939 | MV3: | Eh, ¿Ribas? | Uh, Ribas? |
| 940 | MV5: | También llegó con un hijito de ocho-- de diez años, cuánto. Y el chiquito tuvo-- tuvieron que regresarlo en un avión con la azafata y lo recibieron los familiares [II] . Claro. | He also arrived with an eight-- ten-year-old son, how old. And the little kid had to-- they had to send him back in a plane with a flight attendant and his relatives went to get him [UI]. Of course. |
| 941 | MV3: | No me digas. | I can't believe it. |
| 942 | MV5: | // Porque ellos de ahí-- [HACE RUIDO] se fueron derechito a [II]. - una pena, [II]. Yo lo vi en una-- Sacaron un-- en televisión aquí y lo vi en una foto en un… no sé qué diario. | // Because after that, they-- [MAKES NOISE] they went straight to [UI]. - so sad, [UI]. I saw it on-- It came out on a-- on TV here and I saw it in a picture in a… I don't know which newspaper. |
| 943 | MV3: | ¿A él le sacaron en el diario? | He came out in the newspapers? |

*****



| | | | |
|---|---|---|---|
| 956 | MV5: | // Ajá. Sí. Dice que [II], que la mayoría están de Guayaquil. | // Uh-huh. Yeah. Word is that [UI], that most of them are from Guayaquil. |
| 957 | MV3: | O sea, mejor dicho, todos son de Guayaquil. | I mean, in other words, they're all from Guayaquil. |
| 958 | MV5: | Todos son de Guayaquil. | They're all from Guayaquil. |
| 959 | MV3: | Porque-- y recuerdas quién era de-- | Because-- and remember who was from-- |
| 960 | MV5: | Yo sí me-- yo sí me preocupé porque me acuerdo de la-la reunión que se-- que Pedro hizo. ¿Te acuerdas? Y te-- Y te recomendó pues. | I did-- I did become concerned because I remember the-the meeting that-- that Pedro held. Remember? And he-- and he recommended you. |
| 961 | MV3: | Claro, la reunión que-que-que estuvo-- | Of course, the meeting that-that-that was-- |
| 962 | MV5: | Y te recomendó con él pues. Yo-yo no lo conocía ni en pintura. | And he recommended you with him. I-I didn't know him from Adam. |
| 963 | MV3: | // Que estuvo-- | // Where-- |
| 964 | MV5: | Y yo le digo [II], "¿Y este man?" Me dice, "Oh, es [II]." Yo me tomo el café y me voy, hermano. Ya [II]-- | And I said [UI], "And this guy?" He says, "Oh, it's [UI]." I have the cup of coffee and I'm leaving, brother. Now [UI]-- |
| 965 | MV3: | // Claro y que-- Claro, ahorita que me acuerdo. | // Of course and-- Of course, now that I remember. |
| 966 | MV5: | // [II]. Y le digo, "Perdóname, este, [II]-- está esperándome mi nieto y ahí sí a esos pelados yo los voy a ver. Mira, me van a matar." Y salí corriendo, ¿no? Y ahí no-no alcanzamos a conversar nada, sino saludar. Pero yo cuando lo vi, me pareció - -- vi quien era, ¿no? Entonces le digo, "Oye,"-- cuando él se paró al baño, le digo, "Oye, Pedro, este man es [II].", le digo, "hermano." "Pero si yo te dije," le digo, "pero sabes qué, seguramente en mi cabeza [II] loco, pero, hermano, me voy a parar y me voy a la casa. Después que tú converses todo, ya--" | // [UI]. And I said, "Excuse me, um, [UI]-- my grandson is waiting for me and one thing, I have to go see those kids. Look, they're going to kill me." And I took off running, right? And there, we-we didn't manage to talk about anything, just say hello. But when I saw him, he looked fami- -- I saw who it was, right? So I said, "hey,"-- when he stood to go to the bathroom, I said, "Hey, Pedro, this guy is [UI]," I said, "brother." "But I told you," I said, "but you know what, in my head [UI] was probably crazy, but brother, I'm going to get up and I'm going home. After you talk about everything, then—" |
| 967 | MV3: | Claro, Carlitos. Ahorita n-no, ni me acordaba. | Of course, Carlitos. N-no, I di-didn't even remember. |
| 968 | MV5: | // [II] Pedro. | // [UI] Pedro. |
| 969 | MV3: | No me acordaba. [II]. | I didn't remember. [UI]. |

| | | | |
|---|---|---|---|
| 970 | MV5: | // [II] que Pedro me recomendó. | // [UI] that Pedro recommended me. |
| 971 | MV3: | // [II] que-que Pedro te presentó un día y que ahí estuvieron un ratito en una cafetería y de ahí se fue. | // [UI] that-that Pedro introduced you one day and that you [PL] were there for a little while at a coffee shop and then he left. |
| 972 | MV5: | Exacto. | Exactly. |
| 973 | MV3: | Y de ahí te fuiste. | And then you left. |
| 974 | MV5: | // Exacto. | // Exactly. |
| 975 | MV3: | Y [II] le conociste a Ribas. [II]. | And [UI] you met Ribas. [UI]. |
| 976 | MV5: | // [II]. Sí. | // [UI]. Yeah. |
| 977 | MV3: | Ni me acordé. [SE RÍE] | I didn't even remember. [LAUGHS] |
| 978 | MV5: | Claro. | Of course. |
| 979 | MV3: | No me acordaba, Carlitos de la reunión. | I didn't remember the meeting, Carlitos. |
| 980 | MV5: | //-- yo dije, [II]. | //-- I said, [UI]. |
| 981 | MV3: | // [II]. | // [UI]. |
| 982 | MV5: | Ha hecho negocio Pedro con él. También me acordé de ti algo. Yo dije, "Chuta madre." Claro, pero si son negocios lícitos y no ha habido problema-- | Pedro has done business with him. I also remember something about you. I said, "Fuck." Of course, but if those business dealings are legal and there have not been problems-- |
| 983 | MV3: | // Es que en realidad, ve. Es que una cosa es que una empresa haga negocios con otra empresa. | // It's just that actually, see. One thing is that a company does business with another company. |
| 984 | MV5: | Sí-sí, por eso te digo. | Yeah-yeah, that's why I'm telling you. |
| 985 | MV3: | // Negocios lícitos. | // Legal business. |
| 986 | MV5: | // Por eso-- por eso te digo. | // That's why-- that's why I'm saying that. |
| 987 | MV3: | Ese es un tema A. | That's a subject A. |
| 988 | MV5: | Sí, por eso-- por eso te digo. | Yeah, that's why-- that's why I'm saying that. |
| 989 | MV3: | Un tema B es que el señor Ribas se meta a hacer temas de-- ilegales con estos señores de Guayaquil, a los cuales yo… no les he-- cómo dices, este-- no les-- no les conozco. | Subject B is that Mr. Ribas goes and does things that-- illegal with these men from Guayaquil, whom I… have not-- how do you say it, um-- don't-- don't know them. |
| 990 | MV5: | // Mira-mira, cuando tú-- cuando nos reunimos en la Sala de sesión, que yo tuve que portarme malcriado contigo. ¿Te acuerdas? Que yo te dije, "¿Sabes | // Look-look, when you-- when we met in the Conference room, where I had to be rude with you. Remember? I said to you, "You know what, |

| | | | |
|---|---|---|---|
| | | qué, Diego? A mí no me--" ¿Te acuerdas? No me hagas [II]. | Diego? With me, don't--" Remember? Don't make me [UI]. |
| 991 | MV3: | // Ah, claro, cuando [II]-- | // Oh, of course, when [UI]-- |
| 992 | MV5: | // Ya pues ya. Entonces por qué. Porque yo en mi vida, a pesar de la amistad con Pedro Solines, en mi vida-- Ya, nunca, ni siquiera cuando me invitaba o cuando salía con [II]. Era super amigo de [II]. | // Yeah, yeah. Then why. Because in my life, even though I was friends with Pedro Solines, never in my life-- Okay? I've never, not even when he'd invite me or when he went out with [UI]. He was close friends with [UI]. |
| 993 | MV3: | // ¿Quién era [II] de la [II]? | // Who was [UI] her [UI]? |
| 994 | MV5: | Sí, cuando dejaba que-- | Yeah, when he would let-- |
| 995 | MV3: | // Pedro [II]. Ah, no tú pues. | // Pedro [UI]. Uh, no, you. |
| 996 | MV5: | Pero también Pedro. Pedro era super también de ella. Yo me hice amigo de ella por Pedro, por-- más que nada porque Pedro trabajó con ella en la super de compañías y luego Pedro la-la sustituyó. Y después la man se fue a otro lado. Era super de-- | But also Pedro. Pedro was super close to her. I became her friend because of Pedro, because-- more than anything because Pedro worked with her at the super [sic] of companies and then Pedro got-got her job. And then the woman went elsewhere. She was super with/of-- |
| 997 | MV3: | Claro, no. A ver, es que yo-yo-- O sea, en eso de-de-de Ribas, o sea, me da pena, pobre señor, porque no le deseas el mal a nadie, ¿no? | Of course, no. Let's see, the thing is I-I-- I mean, that thing about-about-about Ribas, I mean, I feel bad, poor man, because you don't wish harm on anyone. Right? |
| 998 | MV5: | Además era-- | He was also-- |
| 999 | MV3: | // Pero-- | // But-- |
| 1000 | MV5: | --era un caballerito el cojudo, ¿no? | --the fool was a gentleman, right? |
| 1001 | MV3: | Eh-- | Uh-- |
| 1002 | MV5: | Porque sí se lo veía que era un caballero, pero-- | Because you could see that he was a gentleman, but-- |
| 1003 | MV3: | [II]. | [UI]. |
| 1004 | MV5: | -- yo no me imaginé-- | -- I never imagined-- |
| 1005 | MV3: | Un tipo tranquilo [II]. | A quiet guy [UI]. |
| 1006 | MV5: | // Porque aquí lo que se supo, lo que se dice que ha cantado. De hecho, [II]-- [HACE SONIDO] montón de cosas fuertes. Y-y un colombiano, otro de no sé dónde relacionado. Yo la verdad-- | // Because what was heard here, the word is that he's ratted. In fact, [UI]-- [MAKES NOISE] a lot of serious things. And-and a Colombian, another one from I don't know where related. Honestly, I-- |

| | | | |
|---|---|---|---|
| 1007 | MV3: | Sí-sí, ese-ese colombiano es-es de-- es un reasegurador. | Yeah-yeah, that-that Colombian is-is from-- is a reinsurer. |
| 1008 | MV5: | Algo [II]-- algo-- | Something [UI]-- something-- |
| 1009 | MV3: | Sí, pero es-- Y es que eso te digo. Yo no le conozco a ninguno de esos-- todos esos son de Guayaquil. | Yeah, but it's-- And that's what I'm saying. I don't know any of those-- they're all from Guayaquil. |
| 1010 | MV5: | Claro. | Of course. |
| 1011 | MV3: | Y yo me enteré también cuando hablé con él, te digo. Guau. | And I also found out when I talked to him, I'm telling you. Wow. |
| 1012 | MV5: | // Y él vivía-- él vivía cerquita de donde-- de mi yerno, en ese-- digamos en Samborondón. | // And he used to live-- he used to live close to where-- to my son-in-law, in that-- let's say in Samborondon. |
| 1013 | MV3: | // ¿En Guayaquil? | // In Guayaquil? |
| 1014 | MV5: | // Claro, en Samborondón. Y un día me dice allá creo que-- y yo lo he visto a ese señor ahí, que sale en la televisión, me dice Emilio. Y le digo, "¿Cuál?" Le digo, "Un señor blanquito, de no sé qué cuestión." "Ah, ¿y vive por aquí?" "Allá en la esquina vive." Porque ahí vive también León Roldón [F]. Un montón de gente vive cerca por ahí… o vivían. | // Yeah, in Samborondon. And one day, he says, I think over there-- and I've seen that man there, the one that came out on TV, says Emilio. And I said, "Which one?" I said, "A white man, from I don't know what thing." "Oh, and he lives around here?" "He lives over there on the corner." Because that's where Leon Roldon [PH] also lives. A lot of people live around there… or used to. |
| 1015 | MV3: | // No sé. [II]. | // I don't know. [UI]. |
| 1016 | MV5: | Entonces-- pero el tipo, para qué, sí era educado, eh, le tenía terror a la Contraloría, decía Pedro. Y ese man sí que tiene terror a la Contraloría. | So-- but the guy, really, he was well mannered, uh, Pedro would say that he was terrified with the Comptroller's Office. And that guy sure is terrified of the Comptroller's Office. |
| 1017 | MV3: | ¿Qué--? | What--? |
| 1018 | MV5: | ¿Pero por qué, hermano? ¿Por qué tiene terror si [II]--? | But why, brother? Why is he so terrified if [UI]--? |
| 1019 | MV3: | Pero si tú no haces nada-- | But if you don´t do anything-- |
| 1020 | MV5: | // [II] una cuestión de-de-de-de competencia normal. Y me acuerdo cuando me metí a la lucha con-con Petroecuador. ¿Te acuerdas? Con esa-- la-la-- el reaseguro-- el-el aseguramiento que estaban dando a Petroecuador pues. ¿Te acuerdas que salió con este, quién era el-el gerente | // [UI] something about-about-about-about regular competition/jurisdiction. And I remember when I got into the battle with-with Petroecuador. Remember? With that-- the-the-- the reinsurance-- the-the insurance they were giving to Petroecuador. Remember it came |

| | | | |
|---|---|---|---|
| | | de Petroecuador? Era un cojudo de que-que está preso pues. | out with this guy, who was the-the manager of Petroecuador? It was an idiot that-that's in prison. |
| 1021 | MV3: | [II]. | [UI]. |
| 1022 | MV5: | Eh, uno de ellos. ¿Te acuerdas que yo salí por un periódico a hablar y todo. | Uh, one of them. Remember I came out on a newspaper to talk and everything. |
| 1023 | MV3: | // Uno de los-- de los-- [II] uno de los [II] estado-- que han estado-- que habrán estado presos [II]-- | // One of the-- of the-- [UI] one of the [UI] have been-- that have been-- that must have been imprisoned [UI]-- |
| 1024 | MV5: | Sí, pero te acuerdas que yo salí a hablar y defendí a-- el tema de que-- | Yeah, but remember that I went out to talk and defended-- the issue that-- |
| 1025 | MV3: | Porque lo hacían como [II]. | Because they were making it like [UI]. |
| 1026 | MV5: | // De-- Cómo se llama este pana tuyo-- nos asesoró también pues. Este-- que fue al congreso después. ¿Cómo se llama el gordo? Que sabía de seguros. Que sabía de auditoría, que sabía-- | // Of-- What's the name of this buddy of yours-- he advised us as well. Um-- that went to Congress after. What's this guy's name? He knew about insurance. That knew about auditing, that knew-- |
| 1027 | MV3: | Ya me voy a acordar. | I'll remember. |
| 1028 | MV5: | Y también fue asesor de Pepe. | And he was also Pepe's advisor. |
| 1029 | MV3: | Ya [II]. Sí-sí, ya me acuerdo. Bueno-bueno. | Yeah [UI]. Yeah-yeah, I'll remember now. Well-well. |
| 1030 | MV5: | Entonces con ese aprendió la gente mí-mía también bastante, porque él aprendió mucho también en la Super- -- de-de bancos que estaba allá trabajando con Pedro. Pero ese pana sí sabía. Y entonces, este-- Bueno, ahí salió que yo… salí a defender públicamente ese-ese contrato que había. ¿Qué fue que ese-- el gerente de Petroecuador había-había como re- -- vuelto a asegurar sin concurso, algo así. | So my people really learned a lot with him, because he also learned a lot at the Super- -- of-of Banking because he was working over there with Pedro. But that guy really knew. And so, um-- Well, there it came up that I… I went out to publicly defend that-that contract we had. What was it that-- the manager of Petroecuador had-had like re- -- insured again without a tender, something like that. |
| 1031 | MV3: | Ah, hizo un tema ilegal. | Uh, he did something illegal. |
| 1032 | MV5: | // Bueno. | // Well. |
| 1033 | MV3: | Cierto, tienes razón Ya me acordé el nombre de este, Pepe… de este señor. | True, you're right. I remember the name of this guy, Pepe… this guy. |
| 1034 | MV5: | // Sí-sí-sí-sí. Pero bueno, pero es un tema que-que yo también lo discutí | // Yeah-yeah-yeah-yeah. But well, but it's an issue that-that I also |

| | | | |
|---|---|---|---|
| | | públicamente defendiendo el tema de que se hagan los concursos como tienen que ser. Pero-- | discussed publicly defending the issue that bids be done as they should be. But-- |
| 1035 | MV3: | // Claro. | // Of course. |
| 1036 | MV5: | Ahí está ese-- este hombre aquí. No-no-no se sabe mayor cosa, o sea, alguna vez, eh, que lo único que yo supe era que andaba con grillete y que-- | There's that-- this man here. No-no, there's not a whole of information, I mean, some time, uh, the only thing I found out was that he had an ankle bracelet and that-- |
| 1037 | MV3: | // [II]. | // [UI]. |
| 1038 | MV5: | --andaba con su [II]. Los dos andaban con grillete, pero-pero libre, digamos, ¿no? Esperando el juicio, no sé [II]. | -- he was with his [UI]. Both of them had ankle bracelets, but-but free, we could say, right? Awaiting trial, I don't know [UI]. |
| 1039 | MV3: | Las-- O sea, [II] que se presente y todo. | The-- I mean, [UI] to appear and everything. |
| 1040 | MV5: | Me imagino. | I imagine. |
| 1041 | MV3: | [RUIDO] Ay, es que quiero decirte, Carlitos. ¿Sabes lo que tengo hasta ahorita? El departamento de El Bosque. [RISITA] | [NOISE] Oh, I want to tell you, Carlitos. You know what I still have? The apartment in El Bosque. [CHUCKLES] |
| 1042 | MV5: | ¿Y qué pasó con el, no lo has vendido? | And what happened with it, you didn't sell it? |
| 1043 | MV3: | No, qué voy a poder venderles. No, es que ese-ese-- | No, how can I sell them. No, the thing is that-that-- |
| 1044 | MV5: | ¿Y por qué no? | And why not? |
| 1045 | MV3: | Porque verás, ese lugar han bajado de precio los [II]-- los-los bienes raíces en general. Eh, han bajado de precio. En-- | Because you'll see, in that location, prices have gone down for the [UI]-- the-the real estate in general. Uh, they've gone down in price. In-- |
| 1046 | MV5: | O sea, en Quito también han bajado, porque-- | I mean, in Quito they've also gone down, because-- |
| 1047 | MV3: | // Pero de locos. | // But it's crazy. |
| 1048 | MV5: | Ah, no, no me digas. | Uh, no, you don't say. |
| 1049 | MV3: | No, de locos. De locos, de locos. | No, it's crazy. Crazy, crazy. |
| 1050 | MV5: | // [II]. | // [UI]. |
| 1051 | MV3: | De locos. Y eso-- y eso, acuérdate que ese-- que ese departamento se compró en-- como es en [II]. | Crazy. And that-- and that, remember that-- that apartment was bought in-- like it's in [UI]. |
| 1052 | MV5: | Pero-pero dime una cosa. Ese edificio o esa zona, es una zona alta de Quito. Pero tú sabes que Quito [II] muy poco. | But-but tell me something. That building or that area, is a high area of Quito. But you know that Quito [UI] very little. |

| | | | |
|---|---|---|---|
| 1053 | MV3: | // Medio alto. Medio alto. | // Medium high. Medium high. |
| 1054 | MV5: | Ah, no me digas. | Oh, really. |
| 1055 | MV3: | Sí. No. | Yeah. No. |
| 1056 | MV5: | Pero ahí vive Moreno. Celi también vive ahí cerquita por ahí. | But Moreno lives there. Celi also lives close by, around there. |
| 1057 | MV3: | Sí, pero-pero-- | Yeah, but-but-- |
| 1058 | MV5: | [II] donde hay un supermercado ahí abajito. | [UI] where there's a supermarket down there. |
| 1059 | MV3: | El Bosque. | El Bosque. |
| 1060 | MV5: | El Bosque. | El Bosque. |
| 1061 | MV3: | Claro. | Yeah. |
| 1062 | MV5: | Pero siempre fue alto. | But that was always high. |
| 1063 | MV3: | No-no. No. | No-no. No. |
| 1064 | MV5: | ¿No? | No? |
| 1065 | MV3: | // Medio alto. Mm, o sea, medio alto. | // Medium high. Mm, I mean, medium high. |
| 1066 | MV5: | O sea, ¿cuál es la zona alta de Quito entonces ahorita? | So what is the high area of Quito then now? |

*****

| | | | |
|---|---|---|---|
| 1129 | MV3: | Y en el momento, sí que dale un fuerte abrazo a John, pero un abrazo así de-de mí. Cierto, Carlitos, ¿y tú sí te llevas bien con Germán? | And at the time, give John a big hug, but a hug like from-from me. Right, Carlitos, and you do get along with German? |
| 1130 | MV5: | ¿Cuál [II]? | Which [UI]? |
| 1131 | MV3: | Con tu cuñado. | Your brother-in-law. |
| 1132 | MV5: | Claro. Sí. | Of course. Yeah. |
| 1133 | MV3: | Ya. Porque recuerda que él es el que firmó la escritura de El Bosque. | Okay. Because remember that he's the one that signed the deed for El Bosque. |
| 1134 | MV5: | Mira, pero no me acuerdo. Pero-- | Look, but I don't remember. But-- |
| 1135 | MV3: | Sí. | Yes. |
| 1136 | MV5: | --¿qué quieres? ¿Que le diga algo? ¿Quieres que te haga una reunión con él? | --what do you want? Do you want me to tell him something? Do you want me to set up a meeting for you with him? |
| 1137 | MV3: | Eh-- No, simplemente quería saber si está en-- de buenas contigo porque-- | Uh-- No, I just wanted to know if he-- gets along with you because-- |
| 1138 | MV5: | Sí. Si tiene que firmarte algo, ¿dices tú? | Yeah. You're saying if he has to sign something for you? |

| | | | |
|---|---|---|---|
| 1139 | MV3: | Mm, yo creería que no. Yo creería que no. Pero siempre es bueno saber si tú estás de a buenas con-con Germán. | Mm, I don't think so. I wouldn't think so. But it's always good to know if you're on good terms with-with German. |
| 1140 | MV5: | // No, no. No, no. | // No, no. No, no. |
| 1141 | MV3: | Más que nada porque [II] él-- Acuérdate que él-- | Mostly because [UI] he-- Remember that he-- |
| 1142 | MV5: | Germán es amigo tuyo, y además-- | German is your friend, and in addition-- |
| 1143 | MV3: | No, es buen chico. O sea, es una buena [II]-- | No, he's a good guy. I mean, he's a good [UI]-- |
| 1144 | MV5: | // Oh, sí, yo-yo me acuerdo que-- | // Oh, yeah, I-I remember that-- |
| 1145 | MV3: | --y es una [II]. | --and is a [UI]. |
| 1146 | MV5: | --cuando andaban-- ¿Cómo se llama ese-- el amigo de él que entró allí a esa-- a seguros? ¿Cómo se llama? Un [II] que era una bala. ¿Cómo se llama? | --when you [PL] were-- What's his name-- his friend that went in to that-- to insurance? What's his name? A [UI] that was a firecracker. What's his name? |
| 1147 | MV3: | No me acuerdo del nombre. | I don't remember his name. |
| 1148 | MV5: | Que comían ustedes ceviche atrás de-del-del hotel, eh-- | You guys would eat ceviche behind the-the-the hotel, uh-- |
| 1149 | MV3: | // Ya, ya sé. Ya-ya. Sí, sí, ya me acuerdo del nombre. Hermano, o sea, lo que yo te preguntaba con Germán-- O sea, a mí siempre [II]-- | // Yeah, I know now. Yeah-yeah. Yeah, yeah, I remember the name. Brother, I mean, what I was asking about German-- I mean, I always [UI]-- |
| 1150 | MV5: | // No, yo tengo-- yo tengo mis contactos normales. | // No, I have-- I have my regular communication. |
| 1151 | MV3: | Ya. Listo. Perfecto. Con esto-- con esto [II] listo. Ahora estoy tranquilo. Oye-- | Okay. Ready. Perfect. With this-- with this [UI] done. Now I'm at ease. Hey-- |

*****

| | | | |
|---|---|---|---|
| 1219 | MV3: | Oye-oye, Carlitos, ahorita que me haces caer-caer en cuenta, eso, una-una consulta-- si en algún momento le puedes consultar a John, sí sería importante. Eh-- | Hey-hey, Carlitos, now that you just made-made me realize, that, one-one question-- if at any time you can ask John, it would be important. Uh-- |
| 1220 | MV5: | [TOSE] | [COUGHS] |
| 1221 | MV3: | --acuérdate que se hicieron unas-unas transferencias a una empresa que creo que se llama American Land. Alguna cosa así. Yo lo que necesitaría saber, que le dije la otra vez, le dije, "A mí lo | --remember that some-some transfers were made to a company that I think is called American Land. Something like that. What I would need to know, that I mentioned to |

|  |  | único que quiero que me digas es cómo le-- cómo declaraste tú eso. Nada más." [II]. Asesoría, eh, compra de auto, compra de un avión, compra de un [II]-- Lo que-- No me interesa nada. Para que yo tener exactamente lo mismo. Nada más. Sí sería-- sí sería importante. Fueron como quinientos noventa mil-- seiscientos diez mil dólares. Y John sabe. Si le puedes preguntar [II], decirle sólo que me diga eso. Nada más. Siempre es bueno [RUIDO]-- siempre es bueno, este-- ¿Cómo es? Curarse-curarse en salud. ¿No? Es mi mujer que me escribió. [PAUSA] [II]. Es que era mi mujer. | him last time, I said, "What I want you to tell me is how did you-- how did you declare that. That's it." [UI]. Consulting, uh, car purchase, airplane purchase, the purchase of a [UI]-- What-- I'm not interested in anything. So I can have exactly the same thing. Nothing else. It would be-- it would be important. It was around five hundred ninety thousand-- six hundred ten thousand dollars. And John knows. If you can ask [UI], tell him just to tell me that. Nothing else. It's always good [NOISE]-- it's always good, um-- How is it? Be on the safe-- be on the safe side. Right? It's my wife that wrote. [PAUSE] [UI]. It was my wife. |
|---|---|---|---|
| 1222 | MV5: | Mm. | Mm. |
| 1223 | MV3: | Mi mujer. | My wife. |
| 1224 | MV5: | Y es una-- [II]. | And it's a-- [UI]. |
| 1225 | MV3: | Entonces, ¿cómo es? American Land. | So, how is it? American Land. |
| 1226 | MV5: | Yo-yo te voy a-- Voy a hacer una reunión. | I-I'll-- I'm going to have a meeting. |
| 1227 | MV3: | Ah, bueno. | Oh, all right. |
| 1228 | MV5: | No-no sé los temas… me-me-- | I-I don't know the issues… I-I-- |
| 1229 | MV3: | [II]. | [UI]. |
| 1230 | MV5: | Deja ver si la-- ¿Qué estamos hoy? Hoy estamos-- | Let me see if the-- What's today? Today it's-- |
| 1231 | MV3: | // Hoy es jueves. | // Today is Thursday. |
| 1232 | MV5: | --jueves. | --Thursday. |
| 1233 | MV3: | Lo que quieras. | Whatever you'd like. |
| 1234 | MV5: | A lo mejor el sábado. | Maybe on Saturday. |
| 1235 | MV3: | Encantado. | Delighted. |
| 1236 | MV5: | Ya. Okey. | Yeah. Okay. |
| 1237 | MV3: | Nos reunimos los tres. Si quieres nos venimos en el auto. Nos subimos en el auto de él o nos vamos a pasear o-- | The three of us will get together. If you want we can come in the car. We get in his car or we go for a ride or-- |

| | | | |
|---|---|---|---|
| 1238 | MV5: | Sí, es mejor que-- | Yeah, it's better if-- |
| 1239 | MV3: | Así vamos paseando y nos vamos tranquilitos. | We can go riding and we go taking it easy. |
| 1240 | MV5: | // [II]. La verdad es que no conozco los temas. Pero sí es mejor que-que conversen cualquier cosa que tengan que conversar. | // [UI]. The truth is that I don't know the issues. But it is better for you to-to talk anything over that you have to talk about. |
| 1241 | MV3: | O sea, si [II]-- | I mean, if [UI]-- |
| 1242 | MV5: | El sábado, el sábado-- | Saturday, on Saturday-- |
| 1243 | MV3: | // Sí es-- | // If it is-- |
| 1244 | MV5: | --o sea, [II] ojalá que-- ojalá que esté aquí-- que sí está aquí ahorita sí. | --I mean, [UI] I hope that-- I hope he's here-- because he is here right now. |
| 1245 | MV3: | // Bueno-- O sea, si es que él-- Si-- Mira, si es que él se quiere reunirse-- | // All right-- I mean, if he's-- If-- Look, if he wants to meet-- |
| 1246 | MV5: | Charles-- | Charles-- |
| 1247 | MV3: | --si él quiere reunirse conmigo, yo encantado de la vida. | --if he wants to meet with me, I'd be delighted. |
| 1248 | MV5: | // No, mejor-- | // No, that's better-- |
| 1249 | MV3: | Porque esos-esos eran-- eso que me dijiste que le pase a él. Eso [II]. | Because those-those were-- what you told me to give him. That [UI]. |
| 1250 | MV5: | Mejor que se reúnan. Mejor que se [II]. | Better if you [PL] meet. It's better that you [UI]. |