

# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

07/18/2023 11:37 EDT Generated By: [redacted] 

| Common Search Criteria | | | |
|---|---|---|---|
| Encounter Start Date | Encounter End Date | Encounter Start Time | Encounter End Time |
| 01/01/2011 | 07/12/2023 | | 23:59 |
| Site Code | Terminal/Lane | Inspector ID Code | Inbound-Outbound Indicator |
| | | | |

| Person Search Criteria | | | | |
|---|---|---|---|---|
| Last Name | First Name | Encounter Line Type | Date Of Birth | Document Country Code |
| POLIT* | CARLOS | | 10/17/1950 | |

| Stolen Document Search | Document Number From | Document Number To | Carrier Code | Flight/Vessel Number | Gender | Citizenship |
|---|---|---|---|---|---|---|
| Not Selected | | | | | | |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 06/26/2017 00:00 | AA | 927 | O | | [redacted] | APIS | NOT ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | | | 05/27/2017 00:00 | AA | 948 | I | | [redacted] | APIS | NOT ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/26/2017 06:46 | AA | 902 | I | A520 | [redacted] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/23/2017 00:00 | AA | 933 | O | | [redacted] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/22/2017 00:00 | AA | 933 | O | | [redacted] | APIS | NOT ON BOARD | | | GYE | MIA |
| POLIT | CARLOS R | 10/17/1950 | P | 443278215 | 05/14/2017 04:09 | AA | 902 | I | A520 | [redacted] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 04/29/2017 00:00 | AA | 933 | O | | [redacted] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS R | 10/17/1950 | P | 443278215 | 04/13/2017 12:01 | AA | 948 | I | A520 | [redacted] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 03/07/2017 00:00 | AA | 927 | O | | [redacted] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS R | 10/17/1950 | P | 443278215 | 03/03/2017 16:01 | AA | 69 | I | A520 | [redacted] | APIS | ON BOARD | | | MIA | MAD |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 02/23/2017 00:00 | AA | 68 | O | | [redacted] | APIS | ON BOARD | | | MAD | MIA |



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 11-4A



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

07/18/2023 11:37 EDT Generated By: [redacted] 

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POLIT | CARLOS R | 10/17/1950 | P | 443278215 | 02/20/2017 04:31 | AA | 902 | I | A520 | | APIS | PASSENGER | | | MIA | GYE |
| POLITFAGGIONI | CARLOS | 10/17/1950 | | | 02/20/2017 00:00 | AA | 902 | I | | | APIS | NOT ON BOARD | | | MIA | GYE |
| POLIT | CARLOS R | 10/17/1950 | P | 443278215 | 02/01/2017 17:40 | AA | 927 | O | A520 | | APIS | | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 02/01/2017 00:00 | AA | 927 | O | | | APIS | NOT ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | | 987652921 | 01/22/2017 00:00 | IB | 6118 | O | | | APIS | REQUEST | | | MAD | MIA |
| POLIT | CARLOS R | 10/17/1950 | P | 443278215 | 01/17/2017 04:10 | AA | 902 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 11/27/2016 00:00 | AA | 933 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLITFAGGIONI | CARLOS | 10/17/1950 | P | 443278215 | 11/24/2016 12:22 | AA | 948 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 11/06/2016 00:00 | AA | 927 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLIT FAGGIONI | CARLOS | 10/17/1950 | P | 443278215 | 10/30/2016 12:08 | AA | 948 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 09/09/2016 12:19 | AA | 948 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS R | 10/17/1950 | P | 443278215 | 08/14/2016 01:11 | CI | 8 | I | A273 | | APIS | ON BOARD | | | LAX | TPE |
| POLIT | CARLOS R | 10/17/1950 | P | 443278215 | 08/14/2016 00:00 | AA | 927 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS R | 10/17/1950 | P | 443278215 | 08/06/2016 00:00 | CI | 7 | O | | | APIS | REQUEST | | | TPE | LAX |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 08/05/2016 23:40 | LA | 2604 | I | A273 | | APIS | ON BOARD | | | LAX | LIM |
| POLIT FAGGIONI | CARLOS RAMON | 10/17/1950 | P | | 08/05/2016 00:00 | AA | 902 | I | | | APIS | NOT ON BOARD | | | MIA | GYE |
| POLITFAGGIONI | CARLOS | 10/17/1950 | P | 443278215 | 06/19/2016 00:00 | AA | 933 | O | | | APIS | ON BOARD | | | GYE | MIA |



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

07/18/2023 11:37 EDT Generated By: [redacted] 

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 06/15/2016 18:47 | AA | 1026 | I | A520 | | APIS | NOT ON BOARD | | | MIA | SDQ |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 06/15/2016 00:00 | AA | 1481 | I | | | APIS | ON BOARD | | | MIA | SDQ |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 06/12/2016 00:00 | AA | 1337 | O | | | APIS | ON BOARD | | | SDQ | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 06/11/2016 05:00 | AA | 902 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/22/2016 00:00 | AA | 933 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/17/2016 04:38 | AA | 902 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 04/26/2016 00:00 | AA | 927 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | | 04/24/2016 00:00 | AA | 902 | I | | | APIS | NOT ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 04/23/2016 04:15 | AA | 902 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 04/18/2016 00:00 | AA | 933 | O | | | APIS | NOT ON BOARD | | | GYE | MIA |
| POLIT | CARLOS R | 10/17/1950 | P | 443278215 | 04/18/2016 00:00 | AA | 927 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 04/17/2016 00:00 | AA | 933 | O | | | APIS | NOT ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 04/17/2016 00:00 | AA | 927 | O | | | APIS | NOT ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 04/16/2016 04:41 | AA | 902 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 01/03/2016 00:00 | AA | 933 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 12/23/2015 12:30 | AA | 948 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 11/25/2015 00:00 | AA | 933 | O | | | APIS | ON BOARD | | | GYE | MIA |



CRP-DOJ-0002403077



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

07/18/2023 11:37 EDT Generated By: 



| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 11/21/2015 12:14 | AA | 948 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 11/04/2015 00:00 | AA | 933 | O | | | APIS | REQUEST | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 11/04/2015 00:00 | AA | 939 | O | | | APIS | NOT ON BOARD | | | UIO | MIA |
| POLIT | CARLOS | 10/17/1950 | P | | 10/30/2015 00:00 | AA | 946 | I | | | APIS | NOT ON BOARD | | | MIA | UIO |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 10/29/2015 12:35 | AA | 948 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | | 10/18/2015 00:00 | CI | 7 | O | | | APIS | NOT ON BOARD | | | TPE | LAX |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 08/16/2015 00:00 | AA | 927 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 08/13/2015 12:56 | AA | 948 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 08/02/2015 00:00 | AA | 933 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 07/28/2015 12:51 | AA | 932 | I | A520 | | APIS | ON BOARD | | | MIA | UIO |
| POLIT | CARLOS R | 10/17/1950 | P | | 07/25/2015 00:00 | AA | 948 | I | | | APIS | NOT ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 07/19/2015 00:00 | AA | 939 | O | | | APIS | ON BOARD | | | UIO | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 07/17/2015 04:23 | AA | 902 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 06/22/2015 00:00 | AA | 927 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 06/13/2015 12:41 | AA | 948 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/19/2015 00:00 | AA | 939 | O | | | APIS | ON BOARD | | | UIO | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/09/2015 12:35 | AA | 948 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |

For Official Use Only / Law Enforcement Sensitive

CRP-DOJ-0002403078



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

07/18/2023 11:37 EDT Generated By: [redacted] 

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/07/2015 00:00 | AA | 939 | O | | | APIS | ON BOARD | | | UIO | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/05/2015 21:55 | AA | 946 | I | A520 | | APIS | ON BOARD | | | MIA | UIO |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 04/18/2015 00:00 | AA | 933 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 04/12/2015 12:24 | AA | 948 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 03/22/2015 00:00 | AA | 933 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 03/14/2015 04:46 | AA | 1048 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS R | 10/17/1950 | P | | 02/14/2015 00:00 | AA | 932 | I | | | APIS | NOT ON BOARD | | | MIA | UIO |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 01/05/2015 00:00 | AA | 927 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 01/05/2015 00:00 | AA | 939 | O | | | APIS | NOT ON BOARD | | | UIO | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 01/05/2015 00:00 | AA | 947 | O | | | APIS | NOT ON BOARD | | | UIO | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 12/24/2014 04:55 | AA | 902 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 12/08/2014 00:00 | AA | 939 | O | | | APIS | ON BOARD | | | UIO | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 12/05/2014 04:33 | AA | 902 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT FAGGIONI | CARLOS | 10/17/1950 | P | D0003480 | 10/12/2014 00:00 | AA | 933 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 10/05/2014 04:30 | AA | 902 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS R | 10/17/1950 | P | | 10/05/2014 00:00 | AA | 948 | I | | | APIS | NOT ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 08/27/2014 00:00 | AA | 933 | O | | | APIS | ON BOARD | | | GYE | MIA |



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

07/18/2023 11:37 EDT Generated By: [redacted] 

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 08/25/2014 00:00 | AA | 927 | O | | [redacted] | APIS | NOT ON BOARD | | | GYE | MIA |
| POLIT | CARLOS R | 10/17/1950 | P | | 08/21/2014 00:00 | AA | 932 | I | | [redacted] | APIS | NOT ON BOARD | | | MIA | UIO |
| POLIT | CARLOS | 10/17/1950 | P | | 08/21/2014 00:00 | AA | 902 | I | | [redacted] | APIS | NOT ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 08/20/2014 20:02 | AA | 946 | I | A520 | [redacted] | APIS | ON BOARD | | | MIA | UIO |
| POLIT | CARLOS | 10/17/1950 | P | | 08/20/2014 00:00 | AA | 933 | O | | [redacted] | APIS | NOT ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 07/20/2014 00:00 | AA | 927 | O | | [redacted] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 07/18/2014 00:00 | AA | 902 | I | | [redacted] | APIS | NOT ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 07/17/2014 12:44 | AA | 948 | I | A520 | [redacted] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 06/24/2014 00:00 | AA | 933 | O | | [redacted] | APIS | NOT ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 06/24/2014 00:00 | AA | 9252 | O | | [redacted] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 06/21/2014 12:30 | AA | 948 | I | A520 | [redacted] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 06/10/2014 00:00 | AA | 933 | O | | [redacted] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS R | 10/17/1950 | P | | 06/08/2014 00:00 | AA | 933 | O | | [redacted] | APIS | NOT ON BOARD | | | GYE | MIA |
| POLIT | CARLOS R | 10/17/1950 | P | 443278215 | 06/06/2014 17:45 | AV | 962 | I | A52G | [redacted] | APIS | ON BOARD | | | MIA | LIM |
| POLIT | CARLOS R | 10/17/1950 | P | | 06/06/2014 00:00 | AA | 948 | I | | [redacted] | APIS | NOT ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/23/2014 00:00 | AA | 927 | O | | [redacted] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/20/2014 12:35 | AA | 948 | I | A520 | [redacted] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/11/2014 00:00 | AA | 927 | O | | [redacted] | APIS | ON BOARD | | | GYE | MIA |

CRP-DOJ-0002403080



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

07/18/2023 11:37 EDT Generated By: [redacted] 

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/03/2014 05:09 | AA | 902 | I | A520 | [redacted] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 04/26/2014 00:00 | AA | 927 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 04/18/2014 05:07 | AA | 902 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT FAGGIONI | CARLOS | 10/17/1950 | P | D0002445 | 04/05/2014 00:00 | AA | 933 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 04/03/2014 14:31 | AA | 946 | I | A520 | | APIS | ON BOARD | | | MIA | UIO |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 03/23/2014 00:00 | AA | 947 | O | | | APIS | ON BOARD | | | UIO | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 03/18/2014 12:10 | AA | 932 | I | A520 | | APIS | ON BOARD | | | MIA | UIO |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 02/22/2014 00:00 | AA | 947 | O | | | APIS | ON BOARD | | | UIO | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 02/18/2014 05:01 | AA | 902 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 11/28/2013 00:00 | AA | 933 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 11/27/2013 00:00 | AA | 933 | O | | | APIS | NOT ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 11/22/2013 12:38 | AA | 948 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 10/27/2013 10:36 | AA | 186 | I | A392 | | APIS | ON BOARD | | | ORD | PEK |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 10/27/2013 00:00 | AA | 933 | O | | | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 10/15/2013 12:53 | AA | 948 | I | A520 | | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 10/15/2013 00:00 | AA | 187 | O | | | APIS | ON BOARD | | | PEK | ORD |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 09/18/2013 00:00 | AA | 933 | O | | | APIS | ON BOARD | | | GYE | MIA |



# U.S. Customs and Border Protection
# U.S. Department of Homeland Security
# TECS - Person Encounter List

07/18/2023 11:37 EDT Generated By: [REDACTED] 

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 09/07/2013 12:35 | AA | 948 | I | A520 | [REDACTED] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 08/24/2013 05:06 | AA | 902 | I | A520 | [REDACTED] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS R | 10/17/1950 | P | | 08/24/2013 00:00 | AA | 902 | I | | [REDACTED] | APIS | NOT ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 08/20/2013 00:00 | AA | 939 | O | | [REDACTED] | APIS | ON BOARD | | | UIO | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 08/14/2013 12:56 | AA | 948 | I | A520 | [REDACTED] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 07/28/2013 00:00 | AA | 933 | O | | [REDACTED] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 07/25/2013 13:03 | AA | 948 | I | A520 | [REDACTED] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 07/07/2013 00:00 | AA | 933 | O | | [REDACTED] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 07/07/2013 00:00 | AA | 933 | O | | [REDACTED] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 07/06/2013 00:00 | MQ | 2919 | I | | [REDACTED] | APIS | NOT ON BOARD | | | ORD | YOW |
| POLIT | CARLOS R | 10/17/1950 | P | 443278215 | 07/05/2013 16:34 | QK | 7734 | I | A795 | [REDACTED] | APIS | ON BOARD | | | LGA | YOW |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 07/04/2013 05:10 | AA | 902 | I | A520 | [REDACTED] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 07/04/2013 00:00 | AA | 2232 | O | | [REDACTED] | APIS | ON BOARD | | | YUL | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/31/2013 00:00 | AA | 933 | O | | [REDACTED] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/27/2013 12:50 | AA | 948 | I | A520 | [REDACTED] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 04/20/2013 00:00 | AA | 933 | O | | [REDACTED] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 04/14/2013 12:35 | AA | 948 | I | A520 | [REDACTED] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 03/31/2013 00:00 | AA | 947 | O | | [REDACTED] | APIS | ON BOARD | | | UIO | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 03/28/2013 06:19 | AA | 902 | I | A520 | [REDACTED] | APIS | ON BOARD | | | MIA | GYE |
| POLIT FAGGIONI | CARLOS | 10/17/1950 | P | D0002445 | 01/26/2013 00:00 | AA | 947 | O | | [REDACTED] | APIS | ON BOARD | | | UIO | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 01/20/2013 12:34 | AA | 948 | I | A520 | [REDACTED] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 07/29/2012 00:00 | AA | 933 | O | | [REDACTED] | APIS | ON BOARD | | | GYE | MIA |



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

07/18/2023 11:37 EDT Generated By: [REDACTED] 

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 07/20/2012 12:47 | AA | 932 | I | A524 | [REDACTED] | APIS | ON BOARD | | | MIA | UIO |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 06/28/2012 00:00 | AA | 927 | O | | [REDACTED] | APIS | | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 06/26/2012 05:10 | AA | 948 | I | A524 | [REDACTED] | APIS | | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 06/03/2012 00:00 | AA | 967 | O | | [REDACTED] | APIS | ON BOARD | | | UIO | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/29/2012 13:01 | AA | 938 | I | A524 | [REDACTED] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/14/2012 00:00 | AA | 933 | O | | [REDACTED] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/13/2012 05:26 | AA | 948 | I | A524 | [REDACTED] | APIS | | | CUSTOMS | MIA | GYE |
| POLIT | CARLOS R | 10/17/1950 | P | 443278215 | 05/13/2012 00:00 | A0 | 948 | I | A524 | [REDACTED] | AIRLINE (NOT API) | MANUAL ADD | | | MIA | |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 02/21/2012 00:00 | AA | 933 | O | | [REDACTED] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 02/17/2012 16:08 | AA | 958 | I | A524 | [REDACTED] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS RAMON | 10/17/1950 | P | | 02/17/2012 00:00 | 2K | 700 | I | A471 | [REDACTED] | APIS | | | | JFK | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 01/02/2012 00:00 | AA | 933 | O | | [REDACTED] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 12/22/2011 15:57 | AA | 958 | I | A524 | [REDACTED] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOSRAMON | 10/17/1950 | P | | 11/06/2011 00:00 | AA | 933 | O | | [REDACTED] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS R | 10/17/1950 | P | 443278215 | 10/31/2011 21:03 | AA | 215 | I | A185 | [REDACTED] | APIS | ON BOARD | | | MIA | LHR |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 08/28/2011 00:00 | AA | 933 | O | | [REDACTED] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 08/26/2011 15:37 | AA | 934 | I | A524 | [REDACTED] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 07/21/2011 00:00 | AA | 927 | O | | [REDACTED] | APIS | NOT ON BOARD | | | GYE | MIA |
| POLIT FAGGIONI | CARLOS | 10/17/1950 | P | D0000469 | 07/21/2011 00:00 | AA | 933 | O | | [REDACTED] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 07/16/2011 15:43 | AA | 958 | I | A524 | [REDACTED] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 06/05/2011 00:00 | AA | 933 | O | | [REDACTED] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 06/04/2011 16:52 | AA | 53 | I | A524 | [REDACTED] | APIS | ON BOARD | | | MIA | MAD |



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

07/18/2023 11:37 EDT Generated By: [redacted] 

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/28/2011 15:48 | AA | 958 | I | A524 | [redacted] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/28/2011 00:00 | AA | 52 | O | | [redacted] | APIS | | | | MAD | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/09/2011 00:00 | AA | 967 | O | | [redacted] | APIS | NOT ON BOARD | | | UIO | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/09/2011 00:00 | AA | 931 | O | | [redacted] | APIS | ON BOARD | | | MIA | |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/06/2011 17:07 | AA | 958 | I | A524 | [redacted] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 02/10/2011 00:00 | AA | 933 | O | | [redacted] | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 02/06/2011 13:21 | AA | 938 | I | A524 | [redacted] | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 01/02/2011 00:00 | AA | 933 | O | | [redacted] | APIS | ON BOARD | | | GYE | MIA |

Total Number of Records: 166

**Legend**

**Loc**

| Codes | Value |
|---|---|
| ORD | O'HARE INTERNATIONAL |
| YOW | OTTAWA |
| SDQ | SANTO DOMINGO, LAS AMERICAS |
| LAX | LOS ANGELES, CA INTL |
| MIA | MIAMI INTL, FL |
| LGA | LA GUARDIA |
| TPE | TAIPEI, CHIANG KAI SHEK |
| JFK | JOHN F KENNEDY INTL |
| MAD | MADRID, BARAJAS |
| LIM | LIMA, PERU - J CHAVEZ INTL |
| YUL | DORVAL, MONTREAL |
| GYE | GUAYAQUIL, SIMON BOLIVAR |
| PEK | BEIJING CAPITAL INTERNATIONAL |
| LHR | LONDON / HEATHROW INTL |
| UIO | QUITO, MARISCAL SUCR |

**Doc Type**

| Codes | Value |
|---|---|
| P | P - PASSPORT |



U.S. Customs and Border Protection
U.S. Department of Homeland Security
TECS - Person Encounter List

07/18/2023 11:37 EDT Generated By: [redacted] 

| Site Code | |
|---|---|
| **Codes** | **Value** |
| A273 | A273 - LOS ANGELES, BRADLEY AP LAX |
| A471 | A471 - NEW YORK, JFK AIRPORT, TERM 4 |
| A185 | A185 - CBP-ORLANDO, INTL AP AIRSIDE 1 |
| A392 | A392 - CBP-CHICAGO, OHARE AIRPORT |
| A52G | A52G - CBP-MIAMI, AIRPORT SO TERMINAL |
| A524 | A524 - CBP-MIAMI, AIRPORT CNTRL TERML |
| A520 | A520 - CBP-MIAMI, AIRPORT N TERMINAL |
| A795 | A795 - OTTAWA, MCDONALD-CARTIER INTL |

CRP-DOJ-0002403085