| Name | DOB | Citizenship | Document | Status | Departure | Date (ET) | Arrival | Conveyance |
|---|---|---|---|---|---|---|---|---|
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | NBD | MIA | 03/20/2024 13:27 | GYE | AA 883 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 02/26/2024 11:23 | MIA | AA 1112 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 01/05/2024 13:32 | GYE | AA 883 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 12/15/2023 11:28 | MIA | AA 888 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 10/09/2023 13:47 | GYE | AA 1869 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | NBD | MIA | 10/03/2023 13:46 | GYE | AA 1869 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | NBD | MIA | 10/01/2023 13:46 | GYE | AA 1869 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 09/18/2023 11:39 | MIA | AA 658 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 05/01/2023 13:30 | GYE | AA 1869 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | NBD | MIA | 04/28/2023 13:30 | GYE | AA 1869 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | NBD | MIA | 04/25/2023 13:30 | GYE | AA 1869 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | PN 549816994 (USA) | PAX | 8015 | 04/17/2023 04:45 | 1816 | DISNEY WISH 1 (8015 > 1816) |
| POLIT, Karla Marie | 08/14/1987 | USA | PN 549816994 (USA) | PAX | 1816 | 04/15/2023 08:30 | 7423 | DISNEY WISH 1 (1816 > 7423) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 03/20/2023 18:45 | MIA | AA 1772 (GYE > MIA) |
| POLIT, Karla | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 01/09/2023 13:37 | GYE | AA 1915 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 12/13/2022 13:48 | MIA | AA 658 (GYE > MIA) |
| POLIT ESTEVES, Karla Marie | 08/14/1987 | ECUADOR (ECU) | P A6925570 (ECU) | OBD | MIA | 10/11/2022 13:30 | GYE | AA 2873 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 09/17/2022 19:21 | MIA | AA 588 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 05/10/2022 13:49 | GYE | AA 2873 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 04/28/2022 13:38 | MIA | AA 658 (GYE > MIA) |
| POLIT, Karla | 08/14/1987 | --- | --- | NBD | MIA | 04/26/2022 01:33 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 04/26/2022 01:33 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | --- | --- | NBD | MIA | 04/26/2022 01:33 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | --- | --- | NBD | MIA | 04/26/2022 01:33 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | --- | --- | NBD | MIA | 04/26/2022 01:33 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | --- | --- | NBD | MIA | 04/26/2022 01:33 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 03/30/2022 11:36 | MIA | AA 914 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 03/14/2022 13:59 | GYE | AA 883 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 02/18/2022 19:15 | MIA | AA 888 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 02/03/2022 01:27 | GYE | AA 991 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 01/28/2022 12:19 | MIA | AA 2882 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 01/18/2022 13:59 | GYE | AA 883 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | USA | P 549816994 (USA) | NBD | MIA | 01/17/2022 13:59 | GYE | AA 883 (MIA > GYE) |

8/4/24 [signature] #2661 Alan Vega



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 11-4C

| Name | DOB | Nationality | Document | Dir | Port | Date/Time | Other | Flight |
|---|---|---|---|---|---|---|---|---|
| POLIT, Karla | 08/14/1987 | USA | P 549816994 (USA) | NBD | MIA | 01/14/2022 13:59 | GYE | AA 883 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | USA | P 549816994 (USA) | NBD | MIA | 01/08/2022 13:59 | GYE | AA 883 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 12/09/2021 19:25 | MIA | AA 888 (GYE > MIA) |
| POLIT ESTEVES, Karla Marie | 08/14/1987 | ECUADOR (ECU) | P A6925570 (ECU) | OBD | MIA | 10/02/2021 22:21 | GYE | AA 643 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 09/18/2021 13:27 | MIA | AA 658 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 08/02/2021 22:54 | GYE | AA 643 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 07/30/2021 13:21 | MIA | AA 658 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 06/02/2021 01:22 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 04/20/2021 11:53 | MIA | AA 948 (GYE > MIA) |
| POLIT ESTEVES, Karla Marie | 08/14/1987 | ECUADOR (ECU) | P A6925570 (ECU) | OBD | MIA | 02/12/2021 16:00 | GYE | AA 150 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | NBD | MIA | 01/30/2021 16:12 | GYE | AA 150 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 12/18/2020 18:50 | MIA | AA 1971 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 08/29/2020 00:56 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 03/08/2020 05:13 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 01/11/2020 21:14 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 12/19/2019 04:15 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 09/24/2019 22:29 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 09/13/2019 04:35 | MIA | AA 902 (GYE > MIA) |
| POLIT ESTEVES, Karla Marie | 08/14/1987 | ECUADOR (ECU) | P A6925570 (ECU) | OBD | MIA | 04/22/2019 22:21 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 02/11/2019 11:07 | MIA | AA 948 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 02/08/2019 22:29 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MAD | 01/25/2019 13:45 | MIA | AA 69 (MAD > MIA) |
| POLIT, Karla | 08/14/1987 | --- | --- | NBD | MIA | 01/22/2019 00:30 | MAD | AA 68 (MIA > MAD) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 01/22/2019 00:30 | MAD | AA 68 (MIA > MAD) |
| POLIT, Karla | 08/14/1987 | --- | --- | NBD | MIA | 01/22/2019 00:30 | MAD | AA 68 (MIA > MAD) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 12/02/2018 11:12 | MIA | AA 948 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 11/29/2018 20:11 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 07/03/2018 04:40 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 06/20/2018 20:36 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | BOG | 02/18/2018 19:50 | MIA | AA 916 (BOG > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 02/16/2018 14:35 | BOG | AA 913 (MIA > BOG) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | NBD | MIA | 06/12/2017 22:37 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 06/02/2017 04:24 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | NBD | GYE | 06/02/2017 04:24 | MIA | AA 902 (GYE > MIA) |

| Name | DOB | Nationality | Document | Dir | Port | Date/Time | Other | Flight |
|---|---|---|---|---|---|---|---|---|
| POLIT, Karla | 08/14/1987 | --- | --- | NBD | GYE | 05/27/2017 04:24 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla | 08/14/1987 | --- | --- | NBD | GYE | 05/23/2017 04:24 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | MIA | 04/19/2017 22:37 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 549816994 (USA) | OBD | GYE | 03/30/2017 04:22 | MIA | AA 902 (GYE > MIA) |
| POLIT ESTEVES, Karla Marie | 08/14/1987 | ECUADOR (ECU) | P 0920140407 (ECU) | NBD | GYE | 02/11/2017 04:20 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 10/28/2016 22:49 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 10/18/2016 12:16 | MIA | AA 948 (GYE > MIA) |
| POLIT ESTEVES, Karla Marie | 08/14/1987 | ECUADOR (ECU) | P 0920140407 (ECU) | OBD | MIA | 07/23/2016 22:30 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 07/07/2016 12:14 | MIA | AA 948 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | --- | --- | NBD | MIA | 01/07/2016 22:33 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 01/07/2016 22:33 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | --- | --- | NBD | MIA | 01/07/2016 22:33 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | --- | --- | NBD | MIA | 01/07/2016 02:11 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | --- | --- | NBD | MIA | 01/07/2016 02:11 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | --- | --- | NBD | MIA | 01/07/2016 02:11 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | --- | --- | NBD | MIA | 01/07/2016 02:11 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | --- | --- | NBD | MIA | 01/06/2016 22:33 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 09/05/2015 12:27 | MIA | AA 948 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | NBD | MIA | 08/31/2015 21:27 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 08/31/2015 01:53 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | NBD | MIA | 08/30/2015 21:27 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | --- | --- | NBD | GYE | 12/22/2014 04:15 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 12/05/2014 04:15 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 10/20/2014 01:59 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 10/08/2014 04:21 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 08/24/2014 21:37 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 08/16/2014 05:00 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 07/04/2014 23:15 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 06/27/2014 05:00 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 06/10/2014 23:20 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | NBD | MIA | 06/08/2014 23:20 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 06/03/2014 04:55 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 04/05/2014 23:20 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | NBD | MIA | 03/23/2014 23:35 | GYE | AA 933 (MIA > GYE) |

| Name | DOB | Country | Document | Dir | From | Date/Time | To | Flight |
|---|---|---|---|---|---|---|---|---|
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | CDG | 03/21/2014 14:05 | MIA | AA 63 (CDG > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 03/17/2014 02:55 | CDG | AA 62 (MIA > CDG) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 03/15/2014 05:10 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 12/12/2013 23:30 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 12/08/2013 12:40 | MIA | AA 948 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 11/24/2013 23:30 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 11/18/2013 05:10 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 09/10/2013 23:05 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | --- | --- | NBD | MIA | 09/10/2013 23:05 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 07/03/2013 05:05 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | --- | --- | NBD | GYE | 07/02/2013 05:05 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | --- | --- | NBD | GYE | 07/02/2013 05:05 | MIA | AA 9224 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 05/12/2013 23:15 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | CUN | 04/14/2013 11:00 | MIA | AA 2120 (CUN > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 04/10/2013 09:40 | CUN | AA 2109 (MIA > CUN) |
| POLIT, Karla Marie | 08/14/1987 | --- | --- | NBD | GYE | 04/08/2013 12:30 | MIA | AA 948 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 03/27/2013 05:05 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 03/03/2013 23:25 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | NBD | MIA | 02/28/2013 23:25 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 02/23/2013 05:05 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla | 08/14/1987 | --- | --- | NBD | GYE | 02/20/2013 05:05 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla | 08/14/1987 | --- | --- | NBD | GYE | 02/20/2013 05:05 | MIA | AA 9206 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 01/26/2013 23:25 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 01/16/2013 05:05 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 12/12/2012 23:25 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 11/26/2012 05:05 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 11/21/2012 23:25 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | LHR | 09/27/2012 15:20 | MIA | BA 207 (LHR > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 09/19/2012 01:40 | MAD | IB 6122 (MIA > MAD) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 09/04/2012 12:40 | MIA | AA 948 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | NBD | GYE | 08/29/2012 05:10 | MIA | AA 902 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 08/11/2012 23:00 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 07/10/2012 06:00 | MIA | AA 948 (GYE > MIA) |
| POLIT, Karla | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 06/28/2012 23:00 | GYE | AA 933 (MIA > GYE) |

| Name | DOB | Nationality | Document | Type | Origin | Date/Time | Destination | Flight |
|---|---|---|---|---|---|---|---|---|
| POLIT ESTEVES, Karla | 08/14/1987 | ECUADOR (ECU) | P 0920140407 (ECU) | OBD | UIO | 04/27/2012 06:10 | MIA | XL 520 (UIO > MIA) |
| POLIT, Karla | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 02/23/2012 11:45 | GYE | XL 519 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 02/13/2012 10:45 | MIA | XL 518 (GYE > MIA) |
| POLIT, Karla | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 01/02/2012 22:45 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 12/20/2011 13:00 | MIA | AA 938 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 11/07/2011 23:35 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | MAN | GYE | 11/01/2011 14:00 | MIA | AA 938 (GYE > MIA) |
| POLIT ESTEVES, Karla Marie | 08/14/1987 | ECUADOR (ECU) | P DS07624 (ECU) | OBD | GYE | 11/01/2011 14:00 | MIA | AA 938 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 09/12/2011 22:35 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 09/04/2011 15:30 | MIA | AA 958 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 07/07/2011 22:30 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 07/01/2011 15:30 | MIA | AA 958 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 06/05/2011 23:15 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 05/26/2011 15:40 | MIA | AA 958 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 05/13/2011 23:15 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 05/05/2011 15:40 | MIA | AA 958 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 03/10/2011 20:35 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | NBD | MIA | 03/09/2011 23:15 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 03/04/2011 13:15 | MIA | AA 938 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 01/31/2011 23:20 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 01/28/2011 15:35 | MIA | AA 958 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 01/04/2011 23:20 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | PN 421245539 (USA) | PAX | 7423 | 01/04/2011 07:00 | 1892 | MSC POESIA 1 (7423 > 1892) |
| POLIT, Karla Marie | 08/14/1987 | USA | PN 421245539 (USA) | PAX | 1892 | 01/03/2011 08:00 | 7423 | MSC POESIA 1 (1892 > 7423) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 12/20/2010 15:35 | MIA | AA 958 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 4221245539 (USA) | OBD | MIA | 11/06/2010 19:55 | GYE | AA 927 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 10/30/2010 15:40 | MIA | AA 958 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 08/29/2010 22:25 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | --- | GYE | 08/14/2010 15:50 | MIA | AA 958 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 08/13/2010 15:50 | MIA | AA 958 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 07/04/2010 22:25 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 06/30/2010 15:50 | MIA | AA 958 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | MIA | 05/16/2010 22:55 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | OBD | GYE | 05/14/2010 16:25 | MIA | AA 958 (GYE > MIA) |

| Name | DOB | Country | Document | Type | From | Date | To | Flight |
|---|---|---|---|---|---|---|---|---|
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | MIA | 02/22/2010 00:30 | GYE | 2K 901 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | GYE | 02/18/2010 18:45 | MIA | 2K 900 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | MIA | 01/04/2009 22:30 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | 7423 | 01/03/2009 06:00 | 1892 | CARNIVAL SPLENDOR 1 (7423 > 1892) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | 5190 | 12/31/2008 08:00 | 8061 | CARNIVAL SPLENDOR 1 (5190 > 8061) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | 7777 | 12/30/2008 07:00 | 7777 | CARNIVAL SPLENDOR 1 (7777 > 7777) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | 777 | 12/29/2008 17:00 | 777 | CARNIVAL SPLENDOR 1 (777 > 777) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | GYE | 12/23/2008 15:35 | MIA | AA 952 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | MIA | 09/05/2008 20:10 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | GYE | 08/24/2008 14:20 | MIA | AA 952 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | MIA | 05/05/2008 21:25 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | GYE | 05/01/2008 14:30 | MIA | AA 952 (GYE > MIA) |
| POLIT, Karlamarie | 08/14/1987 | USA | P 421245539 (USA) | PAX | MIA | 03/03/2008 11:15 | UIO | XL 517 (MIA > UIO) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | 8039 | 02/21/2008 07:00 | 5203 | VES 9227508 (8039 > 5203) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | 5203 | 02/18/2008 09:00 | 8105 | VES 9227508 (5203 > 8105) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | UIO | 02/16/2008 18:39 | MIA | XL 516 (UIO > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | MIA | 12/28/2007 21:40 | UIO | AA 967 (MIA > UIO) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | GYE | 12/22/2007 14:40 | MIA | AA 952 (GYE > MIA) |
| POLIT, Karla | 08/14/1987 | USA | P 421245539 (USA) | --- | GYE | 12/05/2007 00:35 | MIA | XL 518 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | MIA | 09/20/2007 21:25 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | GYE | 09/03/2007 15:00 | MIA | AA 952 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | 800 | 07/10/2008 07:00 | SIG | VES 6655498 (800 > SIG) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | 806 | 06/25/2008 08:00 | FLL | VES  (806 > FLL) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | MIA | 05/06/2007 21:15 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 421245539 (USA) | PAX | GYE | 05/04/2007 15:00 | MIA | AA 952 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 103855818 (USA) | PAX | MIA | 02/08/2007 23:15 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 103855818 (USA) | PAX | GYE | 01/28/2007 15:35 | MIA | AA 952 (GYE > MIA) |
| POLIT ESTEVES, Karla Marie | 08/14/1987 | ECUADOR (ECU) | P 0920140407 (ECU) | PAX | MIA | 12/28/2006 23:20 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | USA | P 103855818 (USA) | PAX | GYE | 12/21/2006 15:35 | MIA | AA 952 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 103855818 (USA) | PAX | MIA | 10/23/2006 10:38 | UIO | XL 517 (MIA > UIO) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 103855818 (USA) | PAX | UIO | 10/18/2006 23:40 | MIA | XL 516 (UIO > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 103855B18 (USA) | PAX | MIA | 08/13/2006 21:26 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 103855818 (USA) | PAX | GYE | 08/10/2006 14:43 | MIA | AA 952 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 10385818 (USA) | PAX | MIA | 07/01/2006 21:26 | GYE | AA 933 (MIA > GYE) |

| Name | DOB | Country | Document | Type | From | Date/Time | To | Flight |
|---|---|---|---|---|---|---|---|---|
| POLIT, Karla Marie | 08/14/1987 | USA | P 103855818 (USA) | PAX | LHR | 06/26/2006 14:25 | MIA | AA 57 (LHR > MIA) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 10385818 (USA) | PAX | --- | 06/07/2006 06:25 | --- | AA 100 (--- > ---) |
| POLIT, Karla Marie | 08/14/1987 | USA | P 103855818 (USA) | PAX | GYE | 06/04/2006 14:43 | MIA | AA 952 (GYE > MIA) |
| POLIT, Karla Marie Marie | 08/14/1987 | USA | P 103855818 (USA) | PAX | MIA | 05/09/2006 21:24 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla | 08/14/1987 | --- | P 103855818 (USA) | ITI | MAD | 03/28/2006 15:15 | MIA | AA 69 (MAD > MIA) |
| POLIT ESTEVES, Karla Marie | 08/14/1987 | --- | P 800477V (ITA) | PAX | MIA | 03/09/2006 02:30 | MAD | AA 68 (MIA > MAD) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | PAX | GYE | 02/28/2006 14:56 | MIA | AA 952 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | --- | MIA | 09/04/2005 21:38 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | --- | GYE | 08/20/2005 15:00 | MIA | AA 952 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | PAX | MIA | 06/26/2005 11:55 | UIO | XL 517 (MIA > UIO) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | PAX | UIO | 06/18/2005 23:30 | MIA | XL 516 (UIO > MIA) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | --- | MIA | 05/01/2005 21:32 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | --- | GYE | 04/23/2005 15:03 | MIA | AA 952 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | --- | MIA | 04/01/2005 23:11 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | --- | GYE | 03/25/2005 15:18 | MIA | AA 952 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | --- | MIA | 12/27/2004 23:11 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | --- | GYE | 12/24/2004 15:18 | MIA | AA 952 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | PAX | UIO | 12/01/2004 23:05 | MIA | XL 516 (UIO > MIA) |
| POLIT, Karlamarie | 08/14/1987 | --- | P 103855818 (USA) | --- | MIA | 08/28/2004 21:25 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | --- | GYE | 08/23/2004 15:11 | MIA | AA 952 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | PAX | UIO | 06/10/2004 22:32 | MIA | XL 516 (UIO > MIA) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | --- | MIA | 03/10/2004 21:17 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | --- | GYE | 01/25/2004 13:37 | MIA | AA 952 (GYE > MIA) |
| POLIT, Karla | 08/14/1987 | --- | P 103855818 (USA) | PAX | MIA | 11/23/2003 11:55 | UIO | XL 517 (MIA > UIO) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | PAX | UIO | 11/21/2003 21:54 | MIA | XL 516 (UIO > MIA) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | --- | MIA | 05/20/2003 20:34 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | --- | GYE | 05/15/2003 13:44 | MIA | AA 934 (GYE > MIA) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | --- | MIA | 01/03/2003 21:36 | GYE | AA 933 (MIA > GYE) |
| POLIT, Karla Marie | 08/14/1987 | --- | P 103855818 (USA) | --- | GYE | 12/24/2002 13:43 | MIA | AA 934 (GYE > MIA) |
| POLIT, Karla | 08/14/1987 | USA | P 103855818 (USA) | --- | GYE | 10/03/2002 00:01 | MIA | AA 934 (GYE > MIA) |
| POLIT, Karla | 08/14/1987 | --- | P 103855818 (USA) | --- | GYE | 05/24/2002 00:00 | MIA | AA 934 (GYE > MIA) |
| POLIT, Karla | 08/14/1987 | --- | P 103855818 (USA) | --- | GYE | 05/24/2002 00:00 | MIA | AA 934 (GYE > MIA) |
| POLIT, Karla | 08/14/1987 | --- | P 044794025 (USA) | --- | GYE | 01/27/2002 00:00 | MIA | AA 934 (GYE > MIA) |
| POLIT, Karla | 08/14/1987 | --- | P 044794025 (USA) | --- | GYE | 01/27/2002 00:00 | MIA | AA 934 (GYE > MIA) |

CRP-DOJ-0003145208