```
SUNTRUST BANK                                    PAGE 1 OF 2
PO BOX 305183                                    36/E00/0175/0/ 34
NASHVILLE TN 37230-5183                          ███████7442
                                                 10/31/2014
```

# SunTrust

```
                                                 ACCOUNT
                                                 STATEMENT


VENTURE OVESEAS LLC                              QUESTIONS? PLEASE CALL
███████████████████                              1-800-786-8787
MIAMI FL 33129


   HOW CAN WE HELP YOU MAKE THE RIGHT FINANCIAL CHOICES FOR TODAY AND TOMORROW?
   WITH OUR VARIETY OF SOLUTIONS AND FINANCAL GUIDANCE.
   WE VALUE YOU AS A CLIENT AND WANT TO HELP YOU BANK THE WAY THAT FITS YOUR LIFE.
   LEARN MORE AT SUNTRUST.COM.
-----------------------------------------------------------------------------------
                              ACCOUNT SUMMARY
ACCOUNT TYPE              ACCOUNT NUMBER                    STATEMENT PERIOD

TOTAL BUSINESS BANKING    ███████7442                       10/01/2014 - 10/31/2014
-----------------------------------------------------------------------------------
DESCRIPTION                   AMOUNT  DESCRIPTION                          AMOUNT
BEGINNING BALANCE         $119,720.11 AVERAGE BALANCE                 $445,344.84
DEPOSITS/CREDITS        $2,030,353.76 AVERAGE COLLECTED BALANCE       $444,531.62
CHECKS                    $958,530.69 NUMBER OF DAYS IN STATEMENT PERIOD       31
WITHDRAWALS/DEBITS         $10,545.33
ENDING BALANCE          $1,180,997.85
-----------------------------------------------------------------------------------
                              DEPOSITS/CREDITS
 DATE         AMOUNT SERIAL #                 DATE         AMOUNT SERIAL #
 10/06         250.00                DEPOSIT  10/24       8,299.84                DEPOSIT
 10/09       4,521.64                DEPOSIT  10/30       3,042.19                DEPOSIT
 10/16     500,000.00                DEPOSIT  10/30     210,661.12                DEPOSIT

 10/01     500,000.00        INCOMING FEDWIRE CR TRN #015339
 10/09       2,800.00        INCOMING FEDWIRE CR TRN #005715
 10/14      11,250.00        INCOMING FEDWIRE CR TRN #000978
 10/20      15,210.97        INCOMING FEDWIRE CR TRN #006790
 10/29     499,990.00        INCOMING FEDWIRE CR TRN #017136
 10/30      24,328.00        INCOMING FEDWIRE CR TRN #015179
 10/30     250,000.00        INCOMING FEDWIRE CR TRN #009952

DEPOSITS/CREDITS: 13             TOTAL ITEMS DEPOSITED: 9
-----------------------------------------------------------------------------------
                                   CHECKS
 CHECK           AMOUNT DATE                  CHECK           AMOUNT DATE
 NUMBER                 PAID                  NUMBER                 PAID
 1106         50,000.00 10/03                 1116          13,333.33 10/16
 1107            730.00 10/03                 1117          22,500.00 10/16
 1108        104,000.00 10/03                 1118          23,333.33 10/16
*1110         92,000.00 10/03                 1119         200,000.00 10/20
 1111         85,000.00 10/03                 1120          10,000.00 10/28
 1112         20,000.00 10/06                *1244          30,000.00 10/30
*1114         62,634.03 10/08                 1245         190,000.00 10/30
 1115         35,000.00 10/10                 1246          20,000.00 10/31

CHECKS: 16                       *BREAK IN CHECK SEQUENCE
-----------------------------------------------------------------------------------
                              WITHDRAWALS/DEBITS
 DATE           AMOUNT SERIAL #      DESCRIPTION

 10/01           15.00               INCOMING FEDWIRE TRANSFER FEE TRN #015339
 10/08       10,227.05               ELECTRONIC/ACH DEBIT
                                       AMEX EPayment    ACH PMT    W1766
 10/09           15.00               INCOMING FEDWIRE TRANSFER FEE TRN #005715

                              MEMBER FDIC                   CONTINUED ON NEXT PAGE
```

**GOVERNMENT EXHIBIT**
AO386-C
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-1A

```
SUNTRUST BANK                                              PAGE 2 OF 2
PO BOX 305183                                              36/E00/0175/0/ 34
NASHVILLE TN 37230-5183                                    ███████7442
                                                           10/31/2014
SUNTRUST
                                                           ACCOUNT
                                                           STATEMENT
```

---

```
                         WITHDRAWALS/DEBITS
DATE        AMOUNT  SERIAL #   DESCRIPTION
10/14        15.00             INCOMING FEDWIRE TRANSFER FEE TRN #000978
10/20        15.00             INCOMING FEDWIRE TRANSFER FEE TRN #006790
10/21        10.00             ACCOUNT ANALYSIS FEE
10/27       203.28             ELECTRONIC/ACH DEBIT
                                  INTUIT         QBOOKS/PRO 5106211
10/29        15.00             INCOMING FEDWIRE TRANSFER FEE TRN #017136
10/30        15.00             INCOMING FEDWIRE TRANSFER FEE TRN #009952
10/30        15.00             INCOMING FEDWIRE TRANSFER FEE TRN #015179

WITHDRAWALS/DEBITS:   10
```

---

```
                         BALANCE ACTIVITY HISTORY
DATE         BALANCE          COLLECTED      DATE         BALANCE          COLLECTED
                               BALANCE                                      BALANCE
10/01      619,705.11        619,705.11    10/20       434,934.98        434,934.98
10/03      287,975.11        287,975.11    10/21       434,924.98        434,924.98
10/06      268,225.11        267,975.11    10/24       443,224.82        437,425.82
10/07      268,225.11        268,225.11    10/27       443,021.54        443,021.54
10/08      195,364.03        195,364.03    10/28       433,021.54        433,021.54
10/09      202,670.67        198,149.67    10/29       932,996.54        932,996.54
10/10      167,670.67        167,670.67    10/30     1,200,997.85      1,197,955.85
10/14      178,905.67        178,905.67    10/31     1,180,997.85      1,180,997.85
10/16      619,739.01        619,739.01
```

MEMBER FDIC

CRP-DOJ-0000389656

| Run Date: 6-Nov-19 | Transaction Detail Report | Page: 1 |
|---|---|---|
| Run Time: 1:20 PM | | User Name: XEROX |

**BNK:** 175   **SND DATE:** 141001          **VAL:** 141001          **TRN:** 141001-00015339
**AMT:** $500,000.00                          **CUR:** USD             **FOR AMT:** 500,000.00
**SRC:** FED    **ADV:** LTR   **TYP:** FTR   **LOC:**                 **CHECK NUM:**

**DBT:** A/▓5092                                    **CDT:** D/▓7442
**ACC:** G/▓1050                **ON FILE:** N      **ACC:** D/▓7442                  **ON FILE:** N
**DEPT:** 175                   **CTRY:**           **DEPT:** 175                     **CTRY:**
WELLS FARGO NY INTL                                 VENTURE OVESEAS LLC
NEW YORK, NY
                                                    MIAMI FL 33129
**SEND:**
**SNDR REF NUM:** 1410012741006545                  **BNF:** /▓7442                   **BK:** N
                                                    VENTURE OVERSEAS LLC
**ORIG BNK:** S/TOWEPAPA                            8325 NW 116 AVE. MIAMI EE.UU.
TOWERBANK INTERNATIONAL LTD
**REF NUM:**                                        **ORIG TO BNF INFO:**
                                                    /ROC/PAGO INVERSION
**ORIG:** /▓7098
INMOBILIARIA COSANI, S. A.
▓
SAN FRANCISCO PANAMA PANAMA
**REF NUM:** TRE00114923801



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-1B

| | |
|---|---|
| Run Date: 6-Nov-19 | Page: 1 |
| Run Time: 1:20 PM | User Name: XEROX |

**Transaction Detail Report**

| | | | |
|---|---|---|---|
| BNK: 175 | SND DATE: 141202 | VAL: 141202 | TRN: 141202-00013109 |
| AMT: $499,990.00 | | CUR: USD | FOR AMT: 499,990.00 |
| SRC: FED | ADV: LTR | TYP: FTR | LOC: | CHECK NUM: |

**DBT:** A/          0089  
**ACC:** G/          1050  
**DEPT:** 175  
CITIBANK, N.A.  
NEW YORK, NY  

**ON FILE:** N  
**CTRY:**

**CDT:** D/          7442  
**ACC:** D/          7442  
**DEPT:** 175  
VENTURE OVESEAS LLC  
MIAMI FL 33129  

**ON FILE:** N  
**CTRY:**

**SEND:**  
**SNDR REF NUM:** S0643361DC4201  

**ORIG BNK:** S/TOWEPAPA  
TOWERBANK INTERNATIONAL, INC.  
**REF NUM:**  

**ORIG:** /          7098  
INMOBILIARIA COSANI, S. A.  
SAN FRANCISCO PANAMA PANAMA  
**REF NUM:**

**BNF:** /          7442  
VENTURE OVERSEAS LLC  
MIAMI   EE UU  

**BK:** N

**ORIG TO BNF INFO:**  
/ROC/PAGO INVERSION



```
SUNTRUST BANK                                              PAGE 1 OF 2
PO BOX 305183                                              36/E00/0175/0/ 34
NASHVILLE TN 37230-5183                                    ▮▮▮▮▮▮▮▮7442
                                                           06/30/2014
SUNTRUST


                                                           ACCOUNT
                                                           STATEMENT


   VENTURE OVESEAS LLC                                     QUESTIONS? PLEASE CALL
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                         1-800-786-8787
   MIAMI FL 33129



        HOW CAN WE HELP YOU MAKE THE RIGHT FINANCIAL CHOICES FOR TODAY AND TOMORROW?
        WITH OUR VARIETY OF SOLUTIONS AND FINANCAL GUIDANCE.
        WE VALUE YOU AS A CLIENT AND WANT TO HELP YOU BANK THE WAY THAT FITS YOUR LIFE.
        LEARN MORE AT SUNTRUST.COM.
--------------------------------------------------------------------------------
                              ACCOUNT SUMMARY
ACCOUNT TYPE                  ACCOUNT NUMBER                    STATEMENT PERIOD

TOTAL BUSINESS BANKING            ▮▮▮▮▮▮▮▮7442                  06/01/2014 - 06/30/2014
--------------------------------------------------------------------------------
DESCRIPTION               AMOUNT    DESCRIPTION                            AMOUNT
BEGINNING BALANCE     $207,842.44   AVERAGE BALANCE                   $404,206.08
DEPOSITS/CREDITS      $400,814.14   AVERAGE COLLECTED BALANCE         $404,004.44
CHECKS                 $46,000.00   NUMBER OF DAYS IN STATEMENT PERIOD         30
WITHDRAWALS/DEBITS     $19,815.90
ENDING BALANCE        $542,840.68
--------------------------------------------------------------------------------
                              DEPOSITS/CREDITS
DATE         AMOUNT SERIAL #              DATE        AMOUNT SERIAL #
06/02      5,799.84          DEPOSIT      06/11        250.00            DEPOSIT

 06/04    15,000.00          INCOMING FEDWIRE CR TRN #010429
 06/09   249,970.00          INCOMING FEDWIRE CR TRN #013074
 06/13    15,210.97          INCOMING FEDWIRE CR TRN #016308
 06/16    11,250.00          INCOMING FEDWIRE CR TRN #013480
 06/20   100,000.00          INCOMING FEDWIRE CR TRN #013707
 06/23     3,333.33          INCOMING FEDWIRE CR TRN #009818

DEPOSITS/CREDITS: 8          TOTAL ITEMS DEPOSITED: 2
--------------------------------------------------------------------------------
                                    CHECKS
CHECK            AMOUNT DATE              CHECK              AMOUNT DATE
NUMBER                  PAID              NUMBER                    PAID
1036          26,000.00 06/04             1037              20,000.00 06/06

CHECKS: 2
--------------------------------------------------------------------------------
                                WITHDRAWALS/DEBITS
DATE         AMOUNT SERIAL #     DESCRIPTION

06/03     19,725.90              ELECTRONIC/ACH DEBIT
                                   AMEX EPayment    ACH PMT    W6650
06/04         15.00              INCOMING FEDWIRE TRANSFER FEE TRN #010429
06/09         15.00              INCOMING FEDWIRE TRANSFER FEE TRN #013074
06/13         15.00              INCOMING FEDWIRE TRANSFER FEE TRN #016308
06/16         15.00              INCOMING FEDWIRE TRANSFER FEE TRN #013480
06/20         15.00              INCOMING FEDWIRE TRANSFER FEE TRN #013707
06/23         15.00              INCOMING FEDWIRE TRANSFER FEE TRN #009818

WITHDRAWALS/DEBITS:   7

                     MEMBER FDIC                     CONTINUED ON NEXT PAGE
```



Government Exhibit — CASE NO. 22-cr-20114-KMW — EXHIBIT NO. 12-1D

CRP-DOJ-0000389647

```
SUNTRUST BANK                                              PAGE 2 OF 2
PO BOX 305183                                              36/E00/0175/0/ 34
NASHVILLE TN 37230-5183                                    ███████7442
                                                           06/30/2014
```

# SunTrust

ACCOUNT
STATEMENT

---

BALANCE ACTIVITY HISTORY

| DATE  | BALANCE    | COLLECTED BALANCE | DATE  | BALANCE    | COLLECTED BALANCE |
|-------|------------|-------------------|-------|------------|-------------------|
| 06/01 | 207,842.44 | 207,842.44        | 06/11 | 413,106.38 | 412,856.38        |
| 06/02 | 213,642.28 | 207,843.28        | 06/12 | 413,106.38 | 413,106.38        |
| 06/03 | 193,916.38 | 193,916.38        | 06/13 | 428,302.35 | 428,302.35        |
| 06/04 | 182,901.38 | 182,901.38        | 06/16 | 439,537.35 | 439,537.35        |
| 06/06 | 162,901.38 | 162,901.38        | 06/20 | 539,522.35 | 539,522.35        |
| 06/09 | 412,856.38 | 412,856.38        | 06/23 | 542,840.68 | 542,840.68        |

MEMBER FDIC

CRP-DOJ-0000389648

| | | |
|---|---|---|
| Run Date: 6-Nov-19 | **Transaction Detail Report** | Page: 1 |
| Run Time: 1:18 PM | | User Name: XEROX |

**BNK:** 175  **SND DATE:** 140620  **VAL:** 140620  **TRN:** 140620-00013707
**AMT:** $100,000.00  **CUR:** USD  **FOR AMT:** 100,000.00
**SRC:** FED  **ADV:** LTR  **TYP:** FTR  **LOC:**  **CHECK NUM:**

| | |
|---|---|
| **DBT:** A/▇▇▇5092<br>**ACC:** G/▇▇▇1050<br>**DEPT:** 175<br>WELLS FARGO NY INTL<br>NEW YORK, NY<br><br>**SEND:**<br>**SNDR REF NUM:** 1406201146005253<br><br>**ORIG BNK:** S/BBOLPAPA<br>BBP BANK SA<br>**REF NUM:**<br><br>**ORIG:** /▇▇▇3230<br>1/PLASTIQUIM S A<br>2/▇▇▇▇▇▇▇▇▇▇<br>3/EC/GUAYAQUIL<br>6/EC/0992563907001<br>**REF NUM:** BBPTR-10090 | **ON FILE:** N<br>**CTRY:** | **CDT:** D/▇▇▇7442<br>**ACC:** D/▇▇▇7442<br>**DEPT:** 175<br>VENTURE OVESEAS LLC<br>▇▇▇▇▇▇▇▇▇▇<br>MIAMI FL 33129<br><br>**BNF:** /▇▇▇7442<br>VENTURE OVERSEAS LLC<br>▇▇▇▇▇▇▇▇▇▇ MIAMI FL 33129<br><br>**ORIG TO BNF INFO:**<br>/INV/TRANSFERENCIA DE FONDOS | **ON FILE:** N<br>**CTRY:**<br><br><br><br><br>**BK:** N |



CRP-DOJ-0000390914

```
SUNTRUST BANK                                              PAGE 1 OF 2
PO BOX 305183                                              36/E00/0175/0/ 34
NASHVILLE TN 37230-5183                                    ███████7442
                                                           08/31/2014
SunTrust

                                                           ACCOUNT
                                                           STATEMENT


  VENTURE OVESEAS LLC                                      QUESTIONS? PLEASE CALL
  ██████████████                                           1-800-786-8787
  MIAMI FL 33129



       HOW CAN WE HELP YOU MAKE THE RIGHT FINANCIAL CHOICES FOR TODAY AND TOMORROW?
       WITH OUR VARIETY OF SOLUTIONS AND FINANCAL GUIDANCE.
       WE VALUE YOU AS A CLIENT AND WANT TO HELP YOU BANK THE WAY THAT FITS YOUR LIFE.
       LEARN MORE AT SUNTRUST.COM.
------------------------------------------------------------------------------------
                                ACCOUNT SUMMARY
 ACCOUNT TYPE                   ACCOUNT NUMBER                    STATEMENT PERIOD

 TOTAL BUSINESS BANKING         ████████7442                      08/01/2014 - 08/31/2014
------------------------------------------------------------------------------------
 DESCRIPTION                 AMOUNT    DESCRIPTION                              AMOUNT
 BEGINNING BALANCE       $638,543.25   AVERAGE BALANCE                     $621,146.29
 DEPOSITS/CREDITS        $308,440.37   AVERAGE COLLECTED BALANCE           $620,772.16
 CHECKS                  $423,166.66   NUMBER OF DAYS IN STATEMENT PERIOD           31
 WITHDRAWALS/DEBITS       $20,442.91
 ENDING BALANCE          $503,374.05
------------------------------------------------------------------------------------
                                DEPOSITS/CREDITS
 DATE         AMOUNT SERIAL #             DATE         AMOUNT SERIAL #
 08/27        5,799.84         DEPOSIT    08/27        5,799.84         DEPOSIT

 08/06        2,800.00         INCOMING FEDWIRE CR TRN #000584
 08/08        3,333.33         INCOMING FEDWIRE CR TRN #012634
 08/13       11,250.00         INCOMING FEDWIRE CR TRN #014540
 08/13       14,746.39         INCOMING FEDWIRE CR TRN #002870
 08/15      249,500.00         INCOMING FEDWIRE CR TRN #017531
 08/28       15,210.97         INCOMING FEDWIRE CR TRN #001851

 DEPOSITS/CREDITS: 8           TOTAL ITEMS DEPOSITED: 2
------------------------------------------------------------------------------------
                                     CHECKS
 CHECK             AMOUNT DATE              CHECK              AMOUNT DATE
 NUMBER                   PAID              NUMBER                    PAID
 1048           20,000.00 08/06             1055             2,000.00 08/15
*1050           62,000.00 08/12            *1057            15,000.00 08/19
 1051           13,333.33 08/12             1058            20,000.00 08/20
 1052           22,500.00 08/12             1059            95,000.00 08/27
 1053           23,333.33 08/12             1060            60,000.00 08/27
 1054           40,000.00 08/15            *1091            50,000.00 08/27

 CHECKS: 12              *BREAK IN CHECK SEQUENCE
------------------------------------------------------------------------------------
                              WITHDRAWALS/DEBITS
 DATE         AMOUNT SERIAL #  DESCRIPTION
 08/06         15.00           INCOMING FEDWIRE TRANSFER FEE TRN #000584
 08/08         15.00           INCOMING FEDWIRE TRANSFER FEE TRN #012634
 08/11     20,352.91           ELECTRONIC/ACH DEBIT
                                 AMEX EPayment      ACH PMT       W8042
 08/13         15.00           INCOMING FEDWIRE TRANSFER FEE TRN #002870
 08/13         15.00           INCOMING FEDWIRE TRANSFER FEE TRN #014540
 08/15         15.00           INCOMING FEDWIRE TRANSFER FEE TRN #017531

                    MEMBER FDIC                           CONTINUED ON NEXT PAGE
```

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-1F

CRP-DOJ-0000389651

```
SUNTRUST BANK                                          PAGE 2 OF 2
PO BOX 305183                                          36/E00/0175/0/ 34
NASHVILLE TN 37230-5183                                ███████7442
                                                       08/31/2014
SUNTRUST

                                                       ACCOUNT
                                                       STATEMENT
```

---

```
                        WITHDRAWALS/DEBITS
DATE          AMOUNT SERIAL #    DESCRIPTION
08/28         15.00              INCOMING FEDWIRE TRANSFER FEE TRN #001851

WITHDRAWALS/DEBITS:   7
```

---

```
                        BALANCE ACTIVITY HISTORY
DATE          BALANCE             COLLECTED     DATE         BALANCE             COLLECTED
                                  BALANCE                                        BALANCE
08/01         638,543.25          638,543.25    08/15        716,578.40          716,578.40
08/06         621,328.25          621,328.25    08/19        701,578.40          701,578.40
08/08         624,646.58          624,646.58    08/20        681,578.40          681,578.40
08/11         604,293.67          604,293.67    08/27        488,178.08          476,580.08
08/12         483,127.01          483,127.01    08/28        503,374.05          503,374.05
08/13         509,093.40          509,093.40
```

MEMBER FDIC

CRP-DOJ-0000389652

| Run Date: 6-Nov-19 | <u>Transaction Detail Report</u> | Page: 1 |
| --- | --- | --- |
| Run Time: 1:18 PM | | User Name: XEROX |

**BNK:** 175  **SND DATE:** 140815   **VAL:** 140815   **TRN:** 140815-00017531
**AMT:** $249,500.00                 **CUR:** USD     **FOR AMT:** 249,500.00
**SRC:** FED   **ADV:** LTR   **TYP:** FTR   **LOC:**   **CHECK NUM:**

---

| | |
| --- | --- |
| **DBT:** A/▮▮▮▮▮5092 | **CDT:** D/▮▮▮▮▮▮▮7442 |
| **ACC:** G/▮▮▮▮▮1050          **ON FILE:** N | **ACC:** D/▮▮▮▮▮▮▮7442          **ON FILE:** N |
| **DEPT:** 175                    **CTRY:** | **DEPT:** 175                    **CTRY:** |
| WELLS FARGO NY INTL | VENTURE OVESEAS LLC |
| NEW YORK, NY | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| | MIAMI FL 33129 |
| **SEND:** | |
| **SNDR REF NUM:** 1408151062005641 | **BNF:** /▮▮▮▮▮▮▮7442          **BK:** N |
| | VENTURE OVERSEAS LLC |
| **ORIG BNK:** S/BBOLPAPA | ATLANTA USA |
| BBP BANK SA | |
| **REF NUM:** | **ORIG TO BNF INFO:** |
| | /INV/TRANSFERENCIA DE FONDOS |
| **ORIG:** /▮▮▮▮▮▮▮3281 | |
| 1/TUBERIAS PACIFICO S.A. | |
| 2/▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| 3/EC/ECUADOR | |
| **REF NUM:** BBPTR-10372 | |



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-1G

CRP-DOJ-0000390921

```
SUNTRUST BANK                                              PAGE 1 OF 2
PO BOX 305183                                              36/E00/0175/0/ 34
NASHVILLE TN 37230-5183                                    ███████7442
                                                           10/31/2016
```

# SunTrust

```
                                                           ACCOUNT
                                                           STATEMENT


    VENTURE OVESEAS LLC                                    QUESTIONS? PLEASE CALL
    ██████████████                                         1-800-786-8787
    MIAMI FL 33129-1417


    SAVE ON GAS, HOTELS, DINING AND MORE FOR YOUR BUSINESS. PAY WITH YOUR SUNTRUST
    MASTERCARD(R) BUSINESS DEBIT CARD TO SAVE ON THE THINGS THAT MAKE DOING BUSINESS
    EASIER. YOU'LL RECEIVE MASTERCARD EASY SAVINGS(R) REBATES ON TOP OF OTHER
    MERCHANT DISCOUNTS AND CARD REWARDS PROGRAMS. VISIT EASYSAVINGS.COM
-----------------------------------------------------------------------------------
                              ACCOUNT SUMMARY
 ACCOUNT TYPE                 ACCOUNT NUMBER                    STATEMENT PERIOD
 TOTAL BUSINESS BANKING       ██████████7442                    10/01/2016 - 10/31/2016
-----------------------------------------------------------------------------------
 DESCRIPTION                        AMOUNT  DESCRIPTION                      AMOUNT
 BEGINNING BALANCE              $84,106.77  AVERAGE BALANCE              $111,406.69
 DEPOSITS/CREDITS              $432,199.97  AVERAGE COLLECTED BALANCE    $109,342.24
 CHECKS                        $363,607.34  NUMBER OF DAYS IN STATEMENT PERIOD    31
 WITHDRAWALS/DEBITS             $67,614.03
 ENDING BALANCE                 $85,085.37
-----------------------------------------------------------------------------------
                              DEPOSITS/CREDITS

 DATE         AMOUNT SERIAL #                DATE         AMOUNT SERIAL #
 10/12      1,479.45                DEPOSIT  10/20     50,000.00                DEPOSIT
 10/12      3,698.63                DEPOSIT  10/25      8,900.00                DEPOSIT
 10/12      8,821.89                DEPOSIT

 10/07     34,300.00       INCOMING FEDWIRE CR TRN #000980
 10/19    325,000.00       INCOMING FEDWIRE CR TRN #015203

 DEPOSITS/CREDITS: 7         TOTAL ITEMS DEPOSITED: 5
-----------------------------------------------------------------------------------
                                    CHECKS
 CHECK          AMOUNT DATE                   CHECK           AMOUNT DATE
 NUMBER                PAID                   NUMBER                 PAID
 1484        22,500.00 10/12                  1499          6,492.11 10/14
 1485        23,333.33 10/12                  1500            550.00 10/20
 1486        13,333.33 10/12                  1501          3,097.65 10/28
*1492         8,300.00 10/03                  1502            700.00 10/21
 1493           420.00 10/04                  1503         60,000.00 10/20
 1494         1,000.00 10/04                  1504          1,250.00 10/24
 1495         3,450.00 10/05                  1505          1,800.00 10/21
 1496         1,030.92 10/11                  1506        200,000.00 10/24
 1497         7,500.00 10/12                 *1508          8,250.00 10/28
 1498           600.00 10/17

 CHECKS: 19              *BREAK IN CHECK SEQUENCE
-----------------------------------------------------------------------------------
                              WITHDRAWALS/DEBITS
 DATE          AMOUNT SERIAL #        DESCRIPTION
 10/07         15.00                  INCOMING FEDWIRE TRANSFER FEE TRN #000980
 10/13         50.00                  OUTGOING FEDWIRE TRANSFER FEE TRN #007490
 10/13     20,000.00                  OUTGOING FEDWIRE DR TRN #007490
 10/17      8,821.89                  DEPOSITED ITEM RETURNED
 10/17      4,535.50                  ELECTRONIC/ACH DEBIT
                                      CITI CARD ONLINE PAYMENT         ██████5421

                      MEMBER FDIC                         CONTINUED ON NEXT PAGE
```

GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-1H

CRP-DOJ-0000389703

```
SUNTRUST BANK                                                    PAGE 2 OF 2
PO BOX 305183                                                    36/E00/0175/0/ 34
NASHVILLE TN 37230-5183                                          ███████7442
                                                                 10/31/2016
SUNTRUST

                                                                 ACCOUNT
                                                                 STATEMENT
```

---

```
                            WITHDRAWALS/DEBITS
DATE          AMOUNT  SERIAL #   DESCRIPTION
10/17      14,129.50             ELECTRONIC/ACH DEBIT
                                    AMEX EPAYMENT     ACH PMT    W5464
10/17          12.50             DEPOSITED ITEM RETURNED FEE
10/17          38.00             OVERDRAFT ITEM FEE
10/19          15.00             INCOMING FEDWIRE TRANSFER FEE TRN #015203
10/26       3,061.49             ELECTRONIC/ACH DEBIT
                                    CITI CARD ONLINE PAYMENT    ████████2969
10/26      16,935.15             ELECTRONIC/ACH DEBIT
                                    AMEX EPAYMENT     ACH PMT    W4702

WITHDRAWALS/DEBITS:   11
```

---

```
                            BALANCE ACTIVITY HISTORY
DATE       BALANCE         COLLECTED    DATE       BALANCE         COLLECTED
                           BALANCE                                 BALANCE
10/01      84,106.77       84,106.77    10/17      -3,155.34       -3,155.34
10/03      75,806.77       75,806.77    10/19     321,829.66      321,829.66
10/04      74,386.77       74,386.77    10/20     311,279.66      261,279.66
10/05      70,936.77       70,936.77    10/21     308,779.66      308,779.66
10/07     105,221.77      105,221.77    10/24     107,529.66      107,529.66
10/11     104,190.85      104,190.85    10/25     116,429.66      116,429.66
10/12      51,524.16       37,526.16    10/26      96,433.02       96,433.02
10/13      31,474.16       31,474.16    10/28      85,085.37       85,085.37
10/14      24,982.05       24,982.05
```

MEMBER FDIC

**Run Date:** 6-Nov-19  
**Run Time:** 1:35 PM  

<u>Transaction Detail Report</u>

**Page:** 1  
**User Name:** XEROX  

| | |
|---|---|
| **BNK:** 175 **SND DATE:** 161007 | **VAL:** 161007 **TRN:** 161007-00000980 |
| **AMT:** $34,300.00 | **CUR:** USD **FOR AMT:** 34,300.00 |
| **SRC:** FED **ADV:** LTR **TYP:** FTR | **LOC:** **CHECK NUM:** |

**DBT:** A/▮▮▮2561  
**ACC:** G/▮▮▮1050                                    **ON FILE:** N  
**DEPT:** 175                                          **CTRY:**  
STANDARD CHARTERED BANK LIMITED  
NEW YORK, NY  

**SEND:** /▮▮▮4001  
BANCO INTERNACIONAL SA  
**SNDR REF NUM:** 201610060013 9220  

**ORIG BNK:** S/BINTECEQ  
BANCO INTERNACIONAL SA  
**REF NUM:**  

**ORIG:** /▮▮▮9450  
1/PLASTIQUIM S.A  
2/▮▮▮▮▮▮▮▮▮▮▮▮▮▮  
3/EC/GUAYAQUIL  
**REF NUM:** S753068  

**CDT:** D/▮▮▮7442  
**ACC:** D/▮▮▮7442                                    **ON FILE:** N  
**DEPT:** 175                                          **CTRY:**  
VENTURE OVESEAS LLC  
▮▮▮▮▮▮▮▮▮▮▮▮▮▮  
MIAMI FL 33129-1417  

**BNF:** /▮▮▮7442                                     **BK:** N  
VENTURE OVERSEAS LLC  
▮▮▮▮▮▮▮▮▮▮▮▮▮▮  
MIAMI          ESTADOS UNIDOS  



GOVERNMENT EXHIBIT  
CASE NO. 22-cr-20114-KMW  
EXHIBIT NO. 12-1I  

CRP-DOJ-0000390993

```
SUNTRUST BANK                                           PAGE 1 OF 2
PO BOX 305183                                           36/E00/0175/0/ 34
NASHVILLE TN 37230-5183                                 ████████7442
                                                        05/31/2016

SUNTRUST

                                                        ACCOUNT
                                                        STATEMENT


VENTURE OVESEAS LLC                                     QUESTIONS? PLEASE CALL
████████████                                            1-800-786-8787
MIAMI FL 33129-1417



    EFFECTIVE 06/06/2016: SUNTRUST WILL ASSESS A $7 FEE FOR ANY
    NON-SUNTRUST CLIENT CASHING A SUNTRUST CHECK AT ANY SUNTRUST BRANCH.
    SUNTRUST WILL NOT ASSESS THIS FEE IF THE FACE VALUE OF THE CHECK IS $50 OR LESS.

-------------------------------------------------------------------------------
                             ACCOUNT SUMMARY
 ACCOUNT TYPE                ACCOUNT NUMBER                 STATEMENT PERIOD
 TOTAL BUSINESS BANKING            ████████7442         05/01/2016 - 05/31/2016
-------------------------------------------------------------------------------
 DESCRIPTION              AMOUNT    DESCRIPTION                        AMOUNT
 BEGINNING BALANCE   $191,808.11    AVERAGE BALANCE                $158,721.98
 DEPOSITS/CREDITS  $1,811,115.20    AVERAGE COLLECTED BALANCE      $158,444.37
 CHECKS              $530,571.12    NUMBER OF DAYS IN STATEMENT PERIOD      31
 WITHDRAWALS/DEBITS$1,421,271.77
 ENDING BALANCE       $51,080.42
-------------------------------------------------------------------------------
                             DEPOSITS/CREDITS
 DATE        AMOUNT SERIAL #                    DATE        AMOUNT SERIAL #
 05/05     1,900.00          DEPOSIT            05/11     5,227.40          DEPOSIT
 05/05     8,469.37          DEPOSIT            05/25   200,000.00          DEPOSIT
 05/11     1,479.45          DEPOSIT

 05/13   200,000.00          TRANSFER FROM MMA 0434 CONFIRM NBR 316091929
 05/16   150,000.00          INCOMING INTL WIRE CR TRN #016835
 05/23     6,646.66          INCOMING FEDWIRE CR TRN #011466
 05/24    20,000.00          ONLINE BANKING TRANSFER FROM ████████████0434
 05/25 1,217,392.32          ONLINE BANKING TRANSFER FROM ████████████0434

 DEPOSITS/CREDITS: 10        TOTAL ITEMS DEPOSITED: 5
-------------------------------------------------------------------------------
                                  CHECKS
 CHECK            AMOUNT DATE                   CHECK            AMOUNT DATE
 NUMBER                  PAID                   NUMBER                  PAID
 1438         13,333.33 05/19                   1449          5,000.00 05/23
 1439         23,333.33 05/19                   1450          6,492.11 05/13
 1440         22,500.00 05/19                   1451        200,000.00 05/12
*1445          6,078.86 05/20                   1452         30,000.00 05/19
*1447        116,638.00 05/05                  *1454          9,744.48 05/24
 1448          2,451.01 05/09                   1455         95,000.00 05/19

 CHECKS: 12                  *BREAK IN CHECK SEQUENCE
-------------------------------------------------------------------------------
                             WITHDRAWALS/DEBITS
 DATE        AMOUNT SERIAL #    DESCRIPTION
 05/09    25,600.77             ELECTRONIC/ACH DEBIT
                                 AMEX EPayment     ACH PMT     M4098
 05/12        50.00             OUTGOING FEDWIRE TRANSFER FEE TRN #004214
 05/12        38.00             OVERDRAFT ITEM FEE
 05/12    20,000.00             OUTGOING FEDWIRE DR TRN #004214
 05/16        30.00             INCOMING INT'L WIRE TRANSFER FEE TRN #016835
 05/23        38.00             OVERDRAFT ITEM FEE
 05/23        15.00             INCOMING FEDWIRE TRANSFER FEE TRN #011466

                        MEMBER FDIC                  CONTINUED ON NEXT PAGE
```

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-1J

```
       SUNTRUST BANK                                              PAGE 2 OF 2
       PO BOX 305183                                              36/E00/0175/0/ 34
       NASHVILLE TN 37230-5183                                    ███████7442
                                                                  05/31/2016
SUNTRUST

                                                                  ACCOUNT
                                                                  STATEMENT


------------------------------------------------------------------------------------
                                   WITHDRAWALS/DEBITS
DATE            AMOUNT  SERIAL #   DESCRIPTION
05/27            50.00             OUTGOING FEDWIRE TRANSFER FEE TRN #004195
05/27     1,375,450.00             OUTGOING FEDWIRE DR TRN #004195

WITHDRAWALS/DEBITS:   9


------------------------------------------------------------------------------------
                          BALANCE ACTIVITY HISTORY
DATE          BALANCE         COLLECTED      DATE          BALANCE         COLLECTED
                              BALANCE                                      BALANCE
05/01      191,808.11       191,808.11      05/16       187,584.44       187,584.44
05/05       85,539.48        83,639.48      05/19         3,417.78         3,417.78
05/06       85,539.48        85,539.48      05/20        -2,661.08        -2,661.08
05/09       57,487.70        57,487.70      05/23        -1,067.42        -1,067.42
05/11       64,194.55        57,488.55      05/24         9,188.10         9,188.10
05/12     -155,893.45      -155,893.45      05/25     1,426,580.42     1,426,580.42
05/13       37,614.44        37,614.44      05/27        51,080.42        51,080.42









                                     MEMBER FDIC
```

CRP-DOJ-0000389694

| Run Date: 6-Nov-19 | | Transaction Detail Report | | Page: 1 |
| Run Time: 1:33 PM | | | | User Name: XEROX |

**BNK:** 175    **SND DATE:** 160527      **VAL:** 160527      **TRN:** 160527-00004195
**AMT:** $1,375,450.00                     **CUR:** USD          **FOR AMT:** 1,375,450.00
**SRC:** BRW    **ADV:** FED      **TYP:** FTR      **LOC:** MTRANS      **CHECK NUM:**

**DBT:** D/▮▮▮▮▮▮▮7442                     **CDT:** A/▮▮▮▮▮9593
**ACC:** D/▮▮▮▮▮▮▮7442        **ON FILE:** N      **ACC:** G/▮▮▮▮▮1050             **ON FILE:** Y
**DEPT:** 175                                          **CTRY:**       **DEPT:** 175                                **CTRY:**
VENTURE OVESEAS LLC                                BANK OF AMERICA, NA NY
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                      NEW YORK
MIAMI FL 33129-1417                                    NY

**SEND:** B/7027950                                          **BNF:** /▮▮▮▮▮▮0819                        **BK:** N
SOUTH MIAMI OFFICE                                  TOMAS KUCERA PA
**SNDR REF NUM:**                                           IOTA TRUST ACCOUNT
                                                                      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                                                                      CORAL GABLES FL 33134

                                                                      **ORIG TO BNF INFO:**
                                                                      RE: OFFICE PURCHASE



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-1K

| | | |
|---|---|---|
| **Run Date:** 6-Nov-19 | <u>Transaction Detail Report</u> | **Page:** 1 |
| **Run Time:** 1:20 PM | | **User Name:** XEROX |

**BNK:** 175    **SND DATE:** 141029    **VAL:** 141029    **TRN:** 141029-00017136
**AMT:** $499,990.00    **CUR:** USD    **FOR AMT:** 499,990.00
**SRC:** FED    **ADV:** LTR    **TYP:** FTR    **LOC:**    **CHECK NUM:**

**DBT:** A/          0089    **CDT:** D/          7442
**ACC:** G/          1050    **ACC:** D/          7442
**DEPT:** 175    **ON FILE:** N    **DEPT:** 175    **ON FILE:** N
CITIBANK, N.A.    **CTRY:**    VENTURE OVESEAS LLC    **CTRY:**
NEW YORK, NY

MIAMI FL 33129

**SEND:**
**SNDR REF NUM:** S0643021FD4301    **BNF:** /          7442    **BK:** N
VENTURE OVERSEAS LLC
**ORIG BNK:** S/TOWEPAPA                          MIAMI EE UU
TOWERBANK INTERNATIONAL, INC.
**REF NUM:**    **ORIG TO BNF INFO:**
/ROC/PAGO INVERSION
**ORIG:** /          7098
INMOBILIARIA COSANI, S. A.

SAN FRANCISCO PANAMA PANAMA
**REF NUM:**



CRP-DOJ-0000390932