```
SUNTRUST BANK                                           PAGE 1 OF 1
PO BOX 305183                                           66/E00/0175/0/ 34
NASHVILLE TN 37230-5183                                 ███████0434
                                                        03/31/2016
```

# SUNTRUST

```
                                                        ACCOUNT
                                                        STATEMENT


VENTURE OVERSEAS LLC                                    QUESTIONS? PLEASE CALL
████████████████                                        1-800-786-8787
MIAMI FL 33129-1417


    HOW CAN WE HELP YOU MAKE THE RIGHT FINANCIAL CHOICES FOR TODAY AND TOMORROW?
    WITH OUR VARIETY OF SOLUTIONS AND FINANCIAL GUIDANCE.
    WE VALUE YOU AS A CLIENT AND WANT TO HELP YOU BANK THE WAY THAT FITS YOUR LIFE.
    LEARN MORE AT SUNTRUST.COM.
------------------------------------------------------------------------------------
                            ACCOUNT SUMMARY
ACCOUNT TYPE                ACCOUNT NUMBER                       STATEMENT PERIOD
BUS ADVANTAGE MONEY MARKET  ███████0434                          03/18/2016 - 03/31/2016
------------------------------------------------------------------------------------
DESCRIPTION               AMOUNT    DESCRIPTION                              AMOUNT
BEGINNING BALANCE           $.00    AVERAGE BALANCE                    $3,133,159.15
DEPOSITS/CREDITS    $3,453,237.54   AVERAGE COLLECTED BALANCE          $3,133,159.15
CHECKS                      $.00    NUMBER OF DAYS IN STATEMENT PERIOD            14
WITHDRAWALS/DEBITS    $400,032.00   ANNUAL PERCENTAGE YIELD EARNED              .06%
ENDING BALANCE      $3,053,205.54   INTEREST PAID YEAR TO DATE                $53.54
------------------------------------------------------------------------------------
                            DEPOSITS/CREDITS
 DATE         AMOUNT SERIAL #   DESCRIPTION
 03/22  3,453,184.00             INCOMING INTL WIRE CR TRN #014847
 03/31         53.54             INTEREST PAID THIS STATEMENT THRU 03/31

DEPOSITS/CREDITS: 2              TOTAL ITEMS DEPOSITED: 0
------------------------------------------------------------------------------------
                            WITHDRAWALS/DEBITS
 DATE         AMOUNT SERIAL #   DESCRIPTION

 03/22         30.00             INCOMING INT'L WIRE TRANSFER FEE TRN #014847
 03/24     400,000.00             ONLINE BANKING TRANSFER TO ███████████7442
 03/31          2.00             CHECK IMAGE STATEMENT FEE

WITHDRAWALS/DEBITS:  3
------------------------------------------------------------------------------------
                            BALANCE ACTIVITY HISTORY
 DATE        BALANCE          COLLECTED     DATE           BALANCE           COLLECTED
                              BALANCE                                         BALANCE
 03/18            .00              .00      03/24     3,053,154.00       3,053,154.00
 03/22   3,453,154.00       3,453,154.00    03/31     3,053,205.54       3,053,205.54
```

MEMBER FDIC



CRP-DOJ-0000374720