| | | |
|---|---|---|
| **Run Date:** 6-Nov-19 | **Transaction Detail Report** | **Page:** 1 |
| **Run Time:** 1:59 PM | | **User Name:** XEROX |

**BNK:** 175   **SND DATE:** 160322   **VAL:** 160322   **TRN:** 160322-00014847
**AMT:** $3,453,184.00   **CUR:** USD   **FOR AMT:** 3,453,184.00
**SRC:** SWF   **ADV:** LTR   **TYP:** FTR   **LOC:**   **CHECK NUM:**

**DBT:** G/▮▮▮▮8160
**ACC:** G/▮▮▮▮8160   **ON FILE:** Y
**DEPT:** 175   **CTRY:** US
STANDARD CHARTERED BANK
ONE MADISON AVENUE
NEW YORK,NY,US

**SEND:** S/SCBLUS33
STANDARD CHARTERED BANK
**SNDR REF NUM:** 2016032200149504

**ORIG BNK:** S/TOWEKYKY
TOWERBANK, LTD
**REF NUM:**

**ORIG:** /▮▮▮▮3486
ITALCOM, S. A.
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
FRANCISCO PANAMA PANAMA
**REF NUM:** TRE00116092711

**CDT:** D/▮▮▮▮0434
**ACC:** D/▮▮▮▮434   **ON FILE:** N
**DEPT:** 175   **CTRY:**
VENTURE OVERSEAS LLC
▮▮▮▮▮▮▮▮▮▮
MIAMI FL 33129-1417

**BNF:**   **BK:** N

**ORIG TO BNF INFO:**
/RFB/TRE00116092711 /ROC/Pago deuda



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-2B

CRP-DOJ-0000374723