```
SUNTRUST BANK                                               PAGE 1 OF 4
PO BOX 305183                                               36/E00/0175/0/ 34
NASHVILLE TN 37230-5183                                     ███████████6203
                                                            12/31/2015
```

# SunTrust

```
                                                            ACCOUNT
                                                            STATEMENT


     AMERICAN LAND INVESTMENTS &                 QUESTIONS? PLEASE CALL
     DEVELOPMENT LLC                             1-800-786-8787
     ████████████████
     MIAMI FL 33129-1417


     EFFECTIVE 3/1/2016: FOR CLIENTS USING NON-SUNTRUST ATMS LOCATED IN THE U.S.
     THE FEE IS CHANGING FROM $2.50 TO $3.00 PER WITHDRAWAL, BALANCE INQUIRY
     OR TRANSFER. THIS FEE DOES NOT APPLY TO SIGNATURE ADVANTAGE ACCOUNTS.
     FOR MORE INFORMATION CALL 800.SUNTRUST.
-------------------------------------------------------------------------------
                              ACCOUNT SUMMARY
 ACCOUNT TYPE                 ACCOUNT NUMBER                STATEMENT PERIOD
 SELECT BUSINESS CHECKING     ███████████6203               12/01/2015 - 12/31/2015
 MINIMUM COLLECTED BALANCE FOR COMBINED ACCOUNTS OCCURRED ON 12/01/2015 $15,549.44-
-------------------------------------------------------------------------------
 DESCRIPTION                       AMOUNT    DESCRIPTION                       AMOUNT
 BEGINNING BALANCE              $3,310.28-   AVERAGE BALANCE              $137,925.40
 DEPOSITS/CREDITS             $513,008.43    AVERAGE COLLECTED BALANCE    $137,830.27
 CHECKS                       $388,479.56    NUMBER OF DAYS IN STATEMENT PERIOD    31
 WITHDRAWALS/DEBITS            $27,616.58
 ENDING BALANCE                $93,602.01
-------------------------------------------------------------------------------
                              DEPOSITS/CREDITS
 DATE        AMOUNT SERIAL #                   DATE        AMOUNT SERIAL #
 12/07       730.10                DEPOSIT     12/09     2,219.18                DEPOSIT

 12/01        38.00                REVERSAL OF RETURNED ITEM FEE
 12/02   510,000.00                INCOMING FEDWIRE CR TRN #005873
 12/21        21.15                CHECK CARD CREDIT                 TR DATE 12/16
                                     THE HOME DEPOT #6379     W PALM BEACH FL

 DEPOSITS/CREDITS: 5               TOTAL ITEMS DEPOSITED: 2
-------------------------------------------------------------------------------
                                   CHECKS
 CHECK         AMOUNT DATE                      CHECK         AMOUNT DATE
 NUMBER               PAID                      NUMBER               PAID
  2344      12,000.00 12/01                      2355       3,150.00 12/15
 *2347     300,000.00 12/02                     *2359       2,416.13 12/21
  2348       5,661.46 12/08                      2360       1,625.00 12/24
  2349       1,500.00 12/10                      2361         477.97 12/24
  2350      10,869.00 12/14                      2362      20,000.00 12/18
  2351      15,000.00 12/11                      2363       4,280.00 12/31
 *2354      11,500.00 12/15

 CHECKS: 13                        *BREAK IN CHECK SEQUENCE
-------------------------------------------------------------------------------
                              WITHDRAWALS/DEBITS
 DATE        AMOUNT SERIAL #       DESCRIPTION

 12/01        38.00                OVERDRAFT ITEM FEE
 12/02        15.00                INCOMING FEDWIRE TRANSFER FEE TRN #005873
 12/02     1,000.00                ONLINE BANKING TRANSFER TO ████████████06195
 12/02       258.67                CHECK CARD PURCHASE                 TR DATE 11/30
                                     PATRIOT FLOORING SUPPL   WEST PALM BCHFL
 12/07       554.92                ELECTRONIC/ACH DEBIT
                                     FPL DIRECT DEBIT ELEC PYMT  1851193175 WEBI
 12/07        29.65                CHECK CARD PURCHASE                 TR DATE 12/03
                                     THE HOME DEPOT #6379     W PALM BEACH FL

                       MEMBER FDIC              CONTINUED ON NEXT PAGE
```

> AO386-C
> **GOVERNMENT EXHIBIT**
> CASE NO. 22-cr-20114-KMW
> EXHIBIT NO. 12-3A

CRP-DOJ-0000394352

```
SUNTRUST BANK                                          PAGE 2 OF 4
PO BOX 305183                                          36/E00/0175/0/ 34
NASHVILLE TN 37230-5183                                ████████6203
                                                       12/31/2015
SUNTRUST

                                                       ACCOUNT
                                                       STATEMENT

------------------------------------------------------------------------------
                                   WITHDRAWALS/DEBITS
DATE         AMOUNT SERIAL #    DESCRIPTION
12/07         53.86             CHECK CARD PURCHASE                  TR DATE 12/03
                                  THE HOME DEPOT 6330    WEST PALM BCHFL
12/07        718.14             CHECK CARD PURCHASE                  TR DATE 12/03
                                  PATRIOT FLOORING SUPPL  WEST PALM BCHFL
12/08        623.89             ELECTRONIC/ACH DEBIT
                                  FPL DIRECT DEBIT ELEC PYMT  1851193175 WEBI
12/08        138.83             CHECK CARD PURCHASE                  TR DATE 12/04
                                  THE HOME DEPOT #6379    W PALM BEACH FL
12/09        342.79             CHECK CARD PURCHASE                  TR DATE 12/07
                                  PATRIOT FLOORING SUPPL  WEST PALM BCHFL
12/10         23.44             CHECK CARD PURCHASE                  TR DATE 12/07
                                  THE HOME DEPOT #6379    W PALM BEACH FL
12/10        381.45             CHECK CARD PURCHASE                  TR DATE 12/07
                                  THE HOME DEPOT #6379    W PALM BEACH FL
12/14        483.70             CHECK CARD PURCHASE                  TR DATE 12/11
                                  FIRST IMPRESSION DOORS  WEST PALM BEAFL
12/14        508.54             CHECK CARD PURCHASE                  TR DATE 12/11
                                  PATRIOT FLOORING SUPPL  WEST PALM BCHFL
12/14      2,605.05             CHECK CARD PURCHASE                  TR DATE 12/11
                                  FIRST IMPRESSION DOORS  WEST PALM BEAFL
12/15        443.28             ELECTRONIC/ACH DEBIT
                                  FPL DIRECT DEBIT ELEC PYMT  2340621347 TELV
12/15         57.29             CHECK CARD PURCHASE                  TR DATE 12/11
                                  THE HOME DEPOT #6379    W PALM BEACH FL
12/15        225.06             CHECK CARD PURCHASE                  TR DATE 12/11
                                  THE HOME DEPOT #6379    W PALM BEACH FL
12/16        108.93             ELECTRONIC/ACH DEBIT
                                  Village Wellngtn PURC042842 13231
12/16         40.89             CHECK CARD PURCHASE                  TR DATE 12/14
                                  SHERWIN WILLIAMS #2431  WELLINGTON    FL
12/16        103.59             CHECK CARD PURCHASE                  TR DATE 12/14
                                  SHERWIN WILLIAMS #2431  WELLINGTON    FL
12/16        193.43             CHECK CARD PURCHASE                  TR DATE 12/14
                                  FIRST IMPRESSION DOORS  WEST PALM BEAFL
12/17         83.74             CHECK CARD PURCHASE                  TR DATE 12/14
                                  THE HOME DEPOT #6379    W PALM BEACH FL
12/17        185.39             CHECK CARD PURCHASE                  TR DATE 12/14
                                  THE HOME DEPOT #6379    W PALM BEACH FL
12/17        212.34             CHECK CARD PURCHASE                  TR DATE 12/15
                                  FIRST IMPRESSION DOORS  WEST PALM BEAFL
12/17        249.79             CHECK CARD PURCHASE                  TR DATE 12/14
                                  THE HOME DEPOT #6379    W PALM BEACH FL
12/17        713.64             CHECK CARD PURCHASE                  TR DATE 12/15
                                  KUADRA LLC              MIAMI         FL
12/17      1,256.21             CHECK CARD PURCHASE                  TR DATE 12/15
                                  KUADRA LLC              MIAMI         FL
12/17      1,605.00             CHECK CARD PURCHASE                  TR DATE 12/15
                                  KUADRA LLC              MIAMI         FL
12/18        266.00             CHECK CARD PURCHASE                  TR DATE 12/15
                                  THE HOME DEPOT #6379    W PALM BEACH FL
12/18        306.12             CHECK CARD PURCHASE                  TR DATE 12/16
                                  PATRIOT FLOORING SUPPL  WEST PALM BCHFL
12/18        680.88             CHECK CARD PURCHASE                  TR DATE 12/16
                                  FIRST IMPRESSION DOORS  WEST PALM BEAFL
12/21          1.00             CHECK CARD PURCHASE                  TR DATE 12/17
                                  THE HOME DEPOT #6379    W PALM BEACH FL
12/21         31.42             CHECK CARD PURCHASE                  TR DATE 12/17
                                  THE HOME DEPOT #6379    W PALM BEACH FL
12/21         62.44             CHECK CARD PURCHASE                  TR DATE 12/16
                                  THE HOME DEPOT #6379    W PALM BEACH FL

                    MEMBER FDIC                       CONTINUED ON NEXT PAGE
```

```
SUNTRUST BANK                                           PAGE 3 OF 4
PO BOX 305183                                           36/E00/0175/0/ 34
NASHVILLE TN 37230-5183                                  XXXXXXXX6203
                                                        12/31/2015
SUNTRUST

                                                        ACCOUNT
                                                        STATEMENT
```

---

```
                              WITHDRAWALS/DEBITS
DATE          AMOUNT  SERIAL #   DESCRIPTION
12/21         131.36             CHECK CARD PURCHASE                    TR DATE 12/16
                                   THE HOME DEPOT #6379     W PALM BEACH FL
12/21         571.77             CHECK CARD PURCHASE                    TR DATE 12/18
                                   FIRST IMPRESSION DOORS   05617986684  FL
12/21         642.22             CHECK CARD PURCHASE                    TR DATE 12/18
                                   PATRIOT FLOORING SUPPL   WEST PALM BCHFL
12/21       1,788.25             CHECK CARD PURCHASE                    TR DATE 12/17
                                   SHERWIN WILLIAMS #2431   WELLINGTON   FL
12/21          25.00             RECURRING CHECK CARD PURCHASE          TR DATE 12/17
                                   SUNPASS*ACC1471241       888-865-5352 FL
12/22         231.52             CHECK CARD PURCHASE                    TR DATE 12/18
                                   THE HOME DEPOT #6379     W PALM BEACH FL
12/23       3,240.95             CHECK CARD PURCHASE                    TR DATE 12/21
                                   KUADRA LLC               MIAMI        FL
12/24          39.92             CHECK CARD PURCHASE                    TR DATE 12/22
                                   PATRIOT FLOORING SUPPL   WEST PALM BCHFL
12/24         178.54             CHECK CARD PURCHASE                    TR DATE 12/21
                                   THE HOME DEPOT #6379     W PALM BEACH FL
12/24         190.23             CHECK CARD PURCHASE                    TR DATE 12/21
                                   THE HOME DEPOT #6379     W PALM BEACH FL
12/24         579.13             CHECK CARD PURCHASE                    TR DATE 12/22
                                   FIRST IMPRESSION DOORS   WEST PALM BEAFL
12/28       2,000.00             ONLINE BANKING TRANSFER TO 0175 1000170706195
12/28          66.34             CHECK CARD PURCHASE                    TR DATE 12/23
                                   THE HOME DEPOT #6379     W PALM BEACH FL
12/28          85.28             CHECK CARD PURCHASE                    TR DATE 12/22
                                   THE HOME DEPOT #6379     W PALM BEACH FL
12/28         519.49             CHECK CARD PURCHASE                    TR DATE 12/23
                                   PATRIOT FLOORING SUPPL   WEST PALM BCHFL
12/29          25.00             RECURRING CHECK CARD PURCHASE          TR DATE 12/26
                                   SUNPASS*ACC1471241       888-865-5352 FL
12/30          85.97             CHECK CARD PURCHASE                    TR DATE 12/28
                                   FIRST IMPRESSION DOORS   WEST PALM BEAFL
12/30         661.56             CHECK CARD PURCHASE                    TR DATE 12/28
                                   SHERWIN WILLIAMS #2431   WELLINGTON   FL
12/31          12.85             CHECK CARD PURCHASE                    TR DATE 12/28
                                   THE HOME DEPOT #6379     W PALM BEACH FL
12/31          84.40             CHECK CARD PURCHASE                    TR DATE 12/28
                                   THE HOME DEPOT #6379     W PALM BEACH FL
12/31         150.16             CHECK CARD PURCHASE                    TR DATE 12/29
                                   FIRST IMPRESSION DOORS   WEST PALM BEAFL
12/31         151.11             CHECK CARD PURCHASE                    TR DATE 12/29
                                   FIRST IMPRESSION DOORS   WEST PALM BEAFL
12/31         254.12             CHECK CARD PURCHASE                    TR DATE 12/28
                                   THE HOME DEPOT #6379     W PALM BEACH FL
12/31       1,274.04             CHECK CARD PURCHASE                    TR DATE 12/29
                                   KUADRA LLC               MIAMI        FL
12/31          25.00             MAINTENANCE FEE

WITHDRAWALS/DEBITS:   61
```

---

```
                              BALANCE ACTIVITY HISTORY
DATE          BALANCE      COLLECTED    DATE          BALANCE      COLLECTED
                           BALANCE                                 BALANCE
12/01      -15,310.28     -15,310.28    12/10      186,336.90     186,336.90
12/02      193,416.05     193,416.05    12/11      171,336.90     171,336.90
12/07      192,789.58     192,059.58    12/14      156,870.61     156,870.61
12/08      186,365.40     186,365.40    12/15      141,494.98     141,494.98
12/09      188,241.79     186,022.79    12/16      141,048.14     141,048.14

                    MEMBER FDIC                        CONTINUED ON NEXT PAGE
```

```
SUNTRUST BANK                                          PAGE 4 OF 4
PO BOX 305183                                          36/E00/0175/0/ 34
NASHVILLE TN 37230-5183                                ████████6203
                                                       12/31/2015
SUNTRUST
                                                       ACCOUNT
                                                       STATEMENT
```

---

                          BALANCE ACTIVITY HISTORY
| DATE  | BALANCE    | COLLECTED BALANCE | DATE  | BALANCE    | COLLECTED BALANCE |
|-------|------------|-------------------|-------|------------|-------------------|
| 12/17 | 136,742.03 | 136,742.03        | 12/24 | 103,277.33 | 103,277.33        |
| 12/18 | 115,489.03 | 115,489.03        | 12/28 | 100,606.22 | 100,606.22        |
| 12/21 | 109,840.59 | 109,840.59        | 12/29 | 100,581.22 | 100,581.22        |
| 12/22 | 109,609.07 | 109,609.07        | 12/30 | 99,833.69  | 99,833.69         |
| 12/23 | 106,368.12 | 106,368.12        | 12/31 | 93,602.01  | 93,602.01         |

MEMBER FDIC

CRP-DOJ-0000394355