| | | |
|---|---|---|
| **Run Date:** 28-Feb-20 | **Transaction Detail Report** | **Page:** 1 |
| **Run Time:** 11:10 AM | | **User Name:** XEROX |

**BNK:** 175   **SND DATE:** 151202        **VAL:** 151202        **TRN:** 151202-00005873
**AMT:** $510,000.00                       **CUR:** USD           **FOR AMT:** 510,000.00
**SRC:** FED    **ADV:** LTR   **TYP:** FTR   **LOC:**            **CHECK NUM:**

**DBT:** A/▮▮▮▮9593                          **CDT:** D/▮▮▮▮6203
**ACC:** G/▮▮▮▮1050            **ON FILE:** Y   **ACC:** D/▮▮▮▮6203           **ON FILE:** N
**DEPT:** 175                   **CTRY:**        **DEPT:** 175                  **CTRY:**
BANK OF AMERICA, NA NY                           AMERICAN LAND INVESTMENTS &
NEW YORK                                         DEVELOPMENT LLC
NY                                               ▮▮▮▮▮▮▮▮▮▮▮▮
                                                 MIAMI FL 33129-1417

**SEND:** /▮▮▮▮3516                             **BNF:** /▮▮▮▮6203              **BK:** N
MLPF AND S - WIRE ACCOUNT                        AMERICAN LAND INVESTMENTS DEVELO
**SNDR REF NUM:** 2015120200217478               PMENT, LLC

**ORIG BNK:** S/MLCOUS33
MERRILL LYNCH AND CO., INC.
**REF NUM:**

**ORIG:** /▮▮▮▮7059
GLOBAL REINSURANCE BROKER INC AV. R
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   E
CUADOR
**REF NUM:** P45336016202



CRP-DOJ-0000394643