```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,
COPY REFERENCE: 20200219000343        CX
02/20/20 17:40:38 91 WEB JOBT220173629
0028177519   20151202         07
300000.00              6203         000002
```



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-3C

CRP-DOJ-0000394591