STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

'

COPY REFERENCE: 20200917000333     CX
09/18/20 13:56:49 12 WEB JOBT918132733
0028133845  20140730     07
4000.00         ████████2213     000001





GOVERNMENT EXHIBIT

CASE NO.   22-cr-20114-KMW

EXHIBIT NO.   12-4A

CRP-DOJ-0000403412

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
'

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:52 230 WEB JOBT918132733
0074435049  20151214        07
3340.00      ███████████2213      000001



GOVERNMENT EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4AA

CRP-DOJ-0000403639

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,

COPY REFERENCE: 20200917000333     CX
09/18/20 13:56:49 13 WEB JOBT918132733
0078086049  20140730      07
23324.84                2213      000001



INVECON LLC
MIAMI, FL 33166

63-215/631
1000176482213

1031

DATE  7/30/2014

PAY TO THE
ORDER OF  Biaggi Cucina                    $ 23,324 ⁸⁴

twenty-three Thousand Three Hundred twenty four ⁸⁴/₁₀₀ DOLLARS

SUNTRUST     ACH RT 061000104

MEMO  LOG Vinos / Kitchen 50 %

⑈ 221311⑈ 1031

PAY TO THE ORDER OF
WELLS FARGO BANK
FOR DEPOSIT ONLY
BIAGGI CUCINA
319151802

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION

AO386-C
GOVERNMENT
EXHIBIT

CASE
NO.  22-cr-20114-KMW

EXHIBIT
NO.  12-4B

CRP-DOJ-0000403413

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
'

COPY REFERENCE: 20200917000333    CX
09/18/20 13:56:52 240 WEB JOBT918132733
0074324155  20151222      07
7283.00 ▮▮▮▮▮▮▮▮▮2213      000001



GOVERNMENT
EXHIBIT

CASE
NO.   22-cr-20114-KMW

EXHIBIT
NO.   12-4BB

CRP-DOJ-0000403650

| Date | Sequence | Aux OnUs | P/C | Amount | Post Date | Post Account |
|------|----------|----------|-----|--------|-----------|--------------|
| 08/01/2014 | 77033795 | | 1030 | $2,400.00 | 08/01/2014 | ███████2213 |





AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4C

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

'

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:52 239 WEB JOBT918132733
0074433122  20151222         07
3500.00                    2213      000001
```

CASH ONLY IF ALL CheckLock™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**INVECON, LLC**
MIAMI, FL. 33129
786-361-2019

SunTrust Bank
63-215/631

1576

12/22/2015

PAY TO THE ORDER OF _Peters Backyard LLC_    $ 3,500.00

_Three thousand Five hundred_ 00/100    DOLLARS

★PROTECTED AGAINST

MEMO _Los Pinos / Landscapes_

2213

ENDORSE HERE

X For deposit only
to account Peters
Backyard LLC

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

GOVERNMENT
EXHIBIT

CASE NO.  22-cr-20114-KMW

EXHIBIT NO.  12-4CC

CRP-DOJ-0000403651

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
'
COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:49 15 WEB JOBT918132733
0031146634  20140805       07
4228.77          ███████████2213      000001
```



GOVERNMENT EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4D

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

'

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:52 238 WEB JOBT918132733
0075334013  20151222      07
2190.00 ███████████2213      000001



GOVERNMENT
EXHIBIT

CASE NO.   22-cr-20114-KMW

EXHIBIT NO.   12-4DD

CRP-DOJ-0000403652

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
       ,

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:49 14 WEB JOBT918132733
0076028455  20140805      07
2350.00            2213      000001
```







GOVERNMENT EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4E

| Date | Sequence | Aux OnUs | P/C | Amount | Post Date | Post Account |
|------|----------|----------|-----|--------|-----------|--------------|
| 12/28/2015 | 74106641 | | 1578 | $1,855.00 | 12/28/2015 | ███2213 |





AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.  22-cr-20114-KMW

EXHIBIT NO.  12-4EE

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
'
COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:49 16 WEB JOBT918132733
0077222270  20140811      07
2100.00         ████████2213      000001
```





GOVERNMENT
EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4F

CRP-DOJ-0000403420

| Date | Sequence | Aux OnUs | P/C | Amount | Post Date | Post Account |
|------|----------|----------|-----|--------|-----------|--------------|
| 12/28/2015 | 75110695 | | 1577 | $2,000.00 | 12/28/2015 | ████2213 |



INVECON, LLC
MIAMI, FL 33129
786-351-2019

SunTrust Bank
63-215/631

1577

12/23/2015

PAY TO THE ORDER OF _Avila Garage Doors_  $ 2,000.00

_two thousand 00/100_  DOLLARS

MEMO _Los Pinos / gate sensors, intercone, queen_

ENDORSE HERE

Avila Garage Doors, INC.
06062824 0705.



AO386-C

**GOVERNMENT
EXHIBIT**

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4FF

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20200917000333     CX
09/18/20 13:56:49 17 WEB JOBT918132733
0074283069  20140812        07
5000.00        ███████2213     000001



INVECON LLC

MIAMI, FL 33166

63-215/631
1000176482213

DATE  8/11/2014

1052

PAY TO THE ORDER OF  A G Star Construction       $ 5,000 00

Five thousand and 00/100       DOLLARS

SUNTRUST     ACH RT 061000104

MEMO  Los Pinos / Contractor Permitting

⑆ 22 1 3 ⑈ 1052

GOVERNMENT EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4G

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
'

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:52 241 WEB JOBT918132733
0075486361  20151229      07
2728.86      ██████████2213      000001



GOVERNMENT
EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4GG

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
    '
COPY REFERENCE: 20200917000333    CX
09/18/20 13:56:49 18 WEB JOBT918132733
0078203485  20140815      07
2601.58          ████████2213     000001
```



GOVERNMENT
EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4H

CRP-DOJ-0000403422

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
'

COPY REFERENCE: 20200917000333        CX
09/18/20 13:56:52 242 WEB JOBT918132733
0074138137  20151230        07
6400.00  ▉▉▉▉▉▉▉▉▉▉2213        000001
```



GOVERNMENT
EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4HH

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

,

COPY REFERENCE: 20200917000333       CX
09/18/20 13:56:49 30 WEB JOBT918132733
0031277754  20141006      07
3000.00                    2213        000001



GOVERNMENT
EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4I

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

,

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:50 41 WEB JOBT918132733
0074009893  20141114      07
11600.00    ███████2213      000001
```



GOVERNMENT
EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4II

CRP-DOJ-0000403447

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

,

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:49 31 WEB JOBT918132733
0078074706  20141008      07
2500.00           ███████2213      000001
```



GOVERNMENT
EXHIBIT

CASE
NO.        22-cr-20114-KMW

EXHIBIT
NO.        12-4J

CRP-DOJ-0000403438

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
'

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:50 43 WEB JOBT918132733
0029118286  20141120      07
3000.00        ████████2213      000001



Invecon, LLC
Miami, FL 33129

G255-728-77-013-1 -EXP-0/22  1273
2nd I.D. VISA 4/10                    SUNTRUST BANK
                                     63-215/631

11/18/2014

PAY TO THE ORDER OF   ROBERTO GUZMAN                    $ **3,000.00

Three Thousand and 00/100******************************************* DOLLARS

ROBERTO GUZMAN

🔒 PROTECTED AGAINST FRAUD 🔒

MEMO   INSTALATION   Los pinos

⑊2213⑊



GOVERNMENT
EXHIBIT

CASE NO.   22-cr-20114-KMW

EXHIBIT NO.   12-4JJ

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:49 34 WEB JOBT918132733
0075287741  20141015      07
5510.77          ████████2213      000001
```





GOVERNMENT EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4K

CRP-DOJ-0000403440

AO386-C
GOVERNMENT
EXHIBIT

CASE NO.   22-cr-20114-KMW

EXHIBIT NO.   12-4KK

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,

COPY REFERENCE: 20200917000333     CX
09/18/20 13:56:50 45 WEB JOBT918132733
0030156947  20141121      07
4921.07    ███████████2213     000001

INVECON LLC

MIAMI, FL 33166

63-215/631

1000176482213

1128

DATE  11/21/2014

PAY TO THE ORDER OF  Kvaona Llc                          $ 4,921 07/100

Four thousand Nwo hunoreo twenty one  07/100  DOLLARS

SUNTRUST

ACH RT 061000104

MEMO  Los pinos / Hooitional Marble

2213  1128

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE ★

Deost Only
1000158432004

CRP-DOJ-0000403450

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:50 35 WEB JOBT918132733
0075287743  20141015      07
45627.45          ████████2213      000001
```





STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
'

COPY REFERENCE: 20200917000333     CX
09/18/20 13:56:50 44 WEB JOBT918132733
0030227143  20141121    07
3000.00          █████████2213      000001



GOVERNMENT
EXHIBIT

CASE NO.  22-cr-20114-KMW

EXHIBIT NO.  12-4LL

CRP-DOJ-0000403451

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
        ,
COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:50 36 WEB JOBT918132733
0075430817  20141020      07
3000.00          ████████2213      000001
```





GOVERNMENT
EXHIBIT

CASE NO.   22-cr-20114-KMW

EXHIBIT NO.   12-4M

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
'
COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:50 40 WEB JOBT918132733
0031254782  20141112      07
4000.00  ████████████2213      000001
```







GOVERNMENT
EXHIBIT

CASE NO.  22-cr-20114-KMW

EXHIBIT NO.  12-4MM

CRP-DOJ-0000403446

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

,

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:50 37 WEB JOBT918132733
0075535399  20141021       07
3000.00        ████████2213      000001
```





GOVERNMENT
EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4N

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,

COPY REFERENCE: 20200917000333     CX
09/18/20 13:56:50 48 WEB JOBT918132733
0074173288  20141201        07
2000.00                  2213      000001
```





GOVERNMENT EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4NN

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,

COPY REFERENCE: 20200917000333     CX
09/18/20 13:56:50 55 WEB JOBT918132733
0077080747  20141222     07
5000.00     ███████████2213     000001



INVECON LLC
MIAMI, FL 33166

63-215/631
1000176482213

1137

DATE 12/18/2014

PAY TO THE
ORDER OF  Hallandale Moulvangs          $ 5,000.00

Five Thousand 00/100                    DOLLARS

SunTrust
ACH RT 061000104

MEMO  Los Pinos / Interior doors

⑆22130⑆ 1137

>267090594<
BankUnited #060
2014-12-19
0060079324



PAY TO THE ORDER OF
BANKUNITED, N.A.
AVENTURA, FL 33180
►267090594◄
FOR DEPOSIT ONLY
HALLANDALE MOULDABDOORS
9853054274

AO386-C
GOVERNMENT EXHIBIT

CASE NO.  22-cr-20114-KMW

EXHIBIT NO.  12-4O

GOVERNMENT
EXHIBIT

AO386-C

CASE
NO.   22-cr-20114-KMW

EXHIBIT
NO.   12-4OO

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:50 50 WEB JOBT918132733
0078190323  20141202      07
7000.00 ████████████2213      000001





```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
    ,
COPY REFERENCE: 20200917000333     CX
09/18/20 13:56:50 56 WEB JOBT918132733
0075131122  20141222      07
10000.00    ████████2213      000001
```





GOVERNMENT EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4P

CRP-DOJ-0000403461

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
'

COPY REFERENCE: 20200917000333     CX
09/18/20 13:56:50 51 WEB JOBT918132733
0077150611  20141202     07
10496.30              2213     000001

AO386-C
GOVERNMENT EXHIBIT
CASE NO.  22-cr-20114-KMW
EXHIBIT NO.  12-4PP



INVECON LLC

MIAMI, FL 33166

63-215/631
1000176482213

1131

DATE 12/01/2014

PAY TO THE ORDER OF  Biassi Cucina          $ 10,496 30

Ten thousand four hundred Ninty Six  30/100          DOLLARS

SUNTRUST   ACH RT 061000104

MEMO  los pinos / Kitchen

2213      1131

3783008260

PAY TO THE ORDER OF
WELLS FARGO BANK
FOR DEPOSIT ONLY
BIAGGI CUCINA
319195182

CRP-DOJ-0000403456

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
        '
COPY REFERENCE: 20200917000333     CX
09/18/20 13:56:50 59 WEB JOBT918132733
0074139085   20150109       07
3000.00         ████████2213      000001
```





GOVERNMENT
EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4Q

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:50 52 WEB JOBT918132733
0075107807  20141208      07
2900.00      ████████████2213      000001

AO388-C
**GOVERNMENT
EXHIBIT**

CASE
NO.   22-cr-20114-KMW

EXHIBIT
NO.   12-4QQ





```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,
COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:50 60 WEB JOBT918132733
0075045228  20150112      07
15000.00   ████████████2213     000001
```





GOVERNMENT EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4R

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:50 53 WEB JOBT918132733
0075007133  20141211      07
2350.00      ████████████2213      000001


AO386-C

GOVERNMENT
EXHIBIT

CASE
NO.   22-cr-20114-KMW

EXHIBIT
NO.   12-4RR





CRP-DOJ-0000403459

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

,

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:50 61 WEB JOBT918132733
0074123948  20150113      07
11448.00        ████████2213      000001
```



STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
'

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:50 62 WEB JOBT918132733
0077296820  20150116      07
4000.00      ▮▮▮▮▮▮2213      000001





GOVERNMENT
EXHIBIT

CASE
NO.      22-cr-20114-KMW

EXHIBIT
NO.      12-4T

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:50 65 WEB JOBT918132733
0075267580  20150126      07
4000.00        ███████████2213      000001
```





A0386-C

**GOVERNMENT EXHIBIT**

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4U

CRP-DOJ-0000403471

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,

COPY REFERENCE: 20200917000333     CX
09/18/20 13:56:50 67 WEB JOBT918132733
0028201493  20150130     07
5100.00 ▮▮▮▮▮▮2213     000001

INVECON LLC

MIAMI, FL 33166

63-215/631

1000176482213

1151

DATE 1/30/2015

PAY TO THE
ORDER OF Roberto Gournth Corp      $ 5,100 00

Five Thousand     00/100     DOLLARS

SunTrust

ACH RT 061000104

MEMO Los Pinos / Piso concreto 2100
Piso Instalacion

⑆2213⑆ 1151

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

GOVERNMENT
EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-4V

CRP-DOJ-0000403472

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136

COPY REFERENCE: 20200917000333     CX
09/18/20 13:56:50 69 WEB JOBT918132733
0074006415  20150205      07
5000.00            █████████2213      000001
```





GOVERNMENT
EXHIBIT

CASE
NO.      22-cr-20114-KMW

EXHIBIT
NO.      12-4W

CRP-DOJ-0000403475

```
STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
'

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:52 216 WEB JOBT918132733
0074294154  20151203       07
6543.31    ███████████2213    000001
```





GOVERNMENT
EXHIBIT

CASE
NO.    22-cr-20114-KMW

EXHIBIT
NO.    12-4X

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:52 220 WEB JOBT918132733
0075381016  20151207      07
11540.00    ▇▇▇▇▇▇2213      000001

CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**INVECON, LLC**
MIAMI, FL, 33129
786-351-2019

SunTrust Bank
63-215/631

1517

9/30/2015

PAY TO THE
ORDER OF ___ Florida Standard Roofing _____ $ **11,540.00

Eleven Thousand Five Hundred Forty and 00/100************************************************************DOLLARS

Florida Standard Roofing

MEMO
Los Pinos new roof

⑈ 2 2 ¹3 ⑈

For Deposit Only - JPMC



GOVERNMENT
EXHIBIT

CASE
NO.   22-cr-20114-KMW

EXHIBIT
NO.   12-4Y

CRP-DOJ-0000403632

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136
,

COPY REFERENCE: 20200917000333      CX
09/18/20 13:56:52 221 WEB JOBT918132733
0078055158   20151207        07
35228.30   ████████████2213      000001





GOVERNMENT
EXHIBIT

CASE
NO.  22-cr-20114-KMW

EXHIBIT
NO.  12-4Z

CRP-DOJ-0000403634