# City National Bank
## Bci FINANCIAL GROUP

Page: 1 of 1
Account: XXXXXX3202

### Client Service

 **Online**
cítynational.com

 **CityTel**
305-349-CITY (2489)
1-800-762-CITY (2489)

 **Your Banking Center**
Bird Road
9696 SW 40th Street
Miami, FL 33165

 **Telephone**
786-539-3810
800-435-8839

4844 1 AV 0.370                          P:4844 / T:19 / S:

LOS PINOS HOME LLC
MIAMI FL 33129-1417

 **Your Banking Center Hours**
Lobby:    Monday - Thursday:  8:30am - 4:00pm
          Friday:             8:30am - 6:00pm
          Saturday:           9:00am - 1:00pm
Drive-Thru: Monday - Thursday: 8:00am - 4:30pm
          Friday:             8:00am - 6:00pm
          Saturday:           9:00am - 1:00pm

For additional locations and hours, please visit citynational.com

 Member FDIC    EQUAL HOUSING LENDER

## Regular Commercial Checking

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXX3202 | Beginning Balance: | $0.00 |
| Last Statement: | March 31, 2017 | Ending Balance: | $3,664,583.61 |
| This Statement: | April 28, 2017 | Average Ledger Balance: | $3,664,583.61 |
| | | Low Balance: | $3,664,583.61 |
| | | Interest Earned This Period: | $0.00 |
| | | Interest Earned 2017: | $0.00 |

### Daily Activity

| Date | Description | Deposits/Additions | Withdrawals/Subtractions | Balance |
|---|---|---|---|---|
| 03-31 | Beginning balance | | | 0.00 |
| 04-28 | Wire Transfer Thomas G Sherman Pa 08290727358Ft03 | 3,664,583.61 | | 3,664,583.61 |
| 04-28 | Ending totals | 3,664,583.61 | 0.00 | 3,664,583.61 |

Access your account funds for free at select retail locations, all CNB banking centers, and at Presto ATMs located at more than 1,000 Publix locations.

To find a location near you, visit citynational.com.

**Presto!**



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-10A

# FinanceWorks™

**FinanceWorks™ puts money management at your fingertips — and your financial goals within reach.**

Get control over your finances with the power to:
- View accounts across more than 19,000 financial institutions — all from one site.
- See where you're spending your money and track a budget.

Plus, it's **FREE**, easy to use, and available now within online banking.

▶ Contact your banker for more information.

# PAYMENT ARCHIVE AND RESEARCH CENTER

## Query Results Report

Printed On : 10/31/2019

| | |
|---|---|
| MSG_SOURCE_TYPE | PPUSA |
| Account No | 3202 |
| Amount | 3,664,583.61 |
| Beneficiary | LOS PINOS HOME LLC |
| BNF ADDR1 | |
| BNF ADDR2 | MIAMI, FL |
| BNF ID | 2504613202 |
| Branch ID | 2500 |
| Currency | USD |
| Direction | I |
| Fee | 0.00 |
| IMAD | 20170428GMQFMP01022137 |
| MID | 170428155753F100 |
| Msg Status | COMPLETE |
| Msg Subtype | 00 |
| Msg Type | 10 |
| OBI | SALE PROCEEDS / 7233 LOS PINOS BLVD / FILE 17-03-014 |
| Office | 001 |
| OMAD | 20170428F6B7021C00062204281558FT03 |
| ORG ADDR1 | |
| ORG ADDR2 | CORAL GABLES  FL 33134-6119 |
| ORG ID | 103618079 |
| ORG ID Code | AC |
| Originator | THOMAS G SHERMAN PA |
| Paymt Method | FED |
| Paymt Source | FLS |
| Recv ABA | 066004367 |
| Recv Name | CITY NATIONAL BANK |
| Reference | 0829072730179731 |
| Sender ABA | 082907273 |
| Time | 15:58:35 |
| UserID | PEREZES |
| Value Date | 04/28/2017 |
| Wire Date | 04/28/2017 |

| | |
|---|---|
| MSG_SOURCE_TYPE | PPUSA |
| Account No | 2504613202 |
| Amount | 284,964.61 |
| Beneficiary | GREENBERG TRAURIG, PA |
| BNF ADDR1 | REAL ESTATE TRUST ACCOUNT |
| BNF ADDR3 | MIAMI, FL 33131 |
| BNF ID | 9135579380 |
| Branch ID | 2500 |
| Currency | USD |
| Direction | O |
| Fee | 0.00 |
| IMAD | 20170620F6B7021C000418 |
| MID | 170620151942PL01 |
| Msg Status | COMPLETE |
| Msg Subtype | 00 |
| Msg Type | 10 |
| OBI | REF:R/E CLOSING/PA: ,MIAMI,FL 33130/BUYERS NAME:DANIEL LISTE/GT FILE #030303.042508/UNIT 2508/ATTY NAME:GARY A SAUL |
| Office | 001 |

Page :   1 of  4

CRP-DOJ-0000166872