Business Banking

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 Customer service: 1.888.852.5000

🖱 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

FLORIDA IOTA TRUST ACCOUNTS
TOMAS KUCERA PA TRTEE
HALLANDALE, FL  33008-3032

# Your Public Service Trust Account

for May 1, 2016 to May 31, 2016

Account number: ████████0819

**FLORIDA IOTA TRUST ACCOUNTS     TOMAS KUCERA PA TRTEE**

## Account summary

| | |
|---|---|
| Beginning balance on May 1, 2016 | $133,597.14 |
| Deposits and other credits | 2,529,163.45 |
| Withdrawals and other debits | -268,260.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on May 31, 2016** | **$2,394,500.59** |

# of deposits/credits: 10
# of withdrawals/debits: 1
# of days in cycle: 31
Average ledger balance: $936,605.27



AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-11A

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender



**Your checking account**

FLORIDA IOTA TRUST ACCOUNTS   |   Account # ████████0819   |   May 1, 2016 to May 31, 2016

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/02/16 | WIRE TYPE:WIRE IN DATE: 160502 TIME:1441 ET TRN:2016050200307305 SEQ:2016050200005019/002576 ORIG:MELROSH INVESTMENTS LLC ID:0176341151 SND BK: REGIONS BANK ID:062005690 PMT DET:ADDRESS :████████████████ MIAMI, FL 33143 LOPEZ REFI | | 903705020307305 | 268,260.00 |
| 05/05/16 | WIRE TYPE:FX IN DATE:160505 TIME:0532 ET TRN:2016050500108896 FX:EUR 395875.20 1.1265 ORIG:BLUE TOWER LIMITED ID:004849205 ORIG BK:BLUE BANK INTERNATIONAL N.V. ID:BBICCWCW PMT DET:LOAN T O TOMAS KUCERA | | 903705050108896 | 445,953.41 |
| 05/06/16 | WIRE TYPE:BOOK IN DATE:160506 TIME:1056 ET TRN:2016050600202541 SNDR REF:172287586 ORIG:GOSPA CONSULTING INC ID:446034950654 | | 903705060202541 | 120,000.00 |
| 05/17/16 | Counter Credit | | 813104342891882 | 5,000.00 |
| 05/20/16 | NY TLR transfer Banking Ctr THIRD AVENUE & 59TH STRE #0044598 NY Confirmation# 1476271244 | | 957505207514474 | 157,500.00 |
| 05/26/16 | WIRE TYPE:WIRE IN DATE: 160526 TIME:1302 ET TRN:2016052600270901 SEQ:G0161473692201/378966 ORIG:SAND HILL USA, LLC ID:003290344845 SND BK:CIT IBANK, N.A. ID:0008 PMT DET:REF: SAND HILL USA LLC ████████████████████/REC/SAND HILL USA, | | 903705260270901 | 10,000.00 |
| 05/26/16 | Counter Credit | | 813105642689935 | 3,000.00 |
| 05/27/16 | WIRE TYPE:WIRE IN DATE: 160527 TIME:0916 ET TRN:2016052700193610 SEQ:2016052700004195/001061 ORIG:VENTURE OVESEAS LLC ID:1000139207442 SND BK:S UNTRUST BANK ID:061000104 PMT DET:RE: OFFICE PURCH ASE | | 903705270193610 | 1,375,450.00 |

*continued on the next page*

## Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/27/16 | WIRE TYPE:WIRE IN DATE: 160527 TIME:1340 ET TRN:2016052700301676 SEQ:160527W130407773/001628 ORIG:CALM FAMILY INVESTMENTS L ID:04156530400 SND BK:FLORIDA COMMUNITY BANK, NA ID:066016766 PMT DET:FILE 91150790 | | 903705270301676 | 100,000.00 |
| 05/31/16 | WIRE TYPE:WIRE IN DATE: 160531 TIME:1301 ET TRN:2016053100484075 SEQ:2016053100142528/013199 ORIG:CASANOVA & KUCERA P L L C ID:002000045114522 SND BK:WELLS FARGO BANK, NA ID:121000248 PMT DET:0 00000160 VENTURES OVERSEAS CO JOHN POLIT | | 903705310484075 | 44,000.04 |

**Total deposits and other credits**  $2,529,163.45

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 05/03/16 | Online Banking transfer to CHK 9758 Confirmation# 1627899280 | | 957205037504318 | -268,260.00 |

**Total withdrawals and other debits**  -$268,260.00

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 05/01 | 133,597.14 | 05/06 | 699,550.55 | 05/26 | 875,050.55 |
| 05/02 | 401,857.14 | 05/17 | 704,550.55 | 05/27 | 2,350,500.55 |
| 05/03 | 133,597.14 | 05/20 | 862,050.55 | 05/31 | 2,394,500.59 |
| 05/05 | 579,550.55 | | | | |

 To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.