Business Banking



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

🔊 Customer service: 1.888.852.5000

🖱 bankofamerica.com

FLORIDA IOTA TRUST ACCOUNTS
TOMAS KUCERA PA TRTEE
█████████
HALLANDALE, FL  33008-3032

💼 Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 Please see the Account Changes section of your statement for details regarding important changes to your account.

# Your Public Service Trust Account
for June 1, 2016 to June 30, 2016

Account number: ████████ 9758

**FLORIDA IOTA TRUST ACCOUNTS     TOMAS KUCERA PA TRTEE**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on June 1, 2016 | $64,222.63 | # of deposits/credits: 5 |
| Deposits and other credits | 4,298,734.07 | # of withdrawals/debits: 48 |
| Withdrawals and other debits | -3,216,777.41 | # of days in cycle: 30 |
| Checks | -1,077,283.13 | Average ledger balance: $160,918.84 |
| Service fees | -0.00 | |
| Ending balance on June 30, 2016 | **$68,896.16** | |



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-12A

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time.  These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals.  Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly.  You are in the best position to discover errors and unauthorized transactions on your account.  If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled.  You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation



Bank of America, N.A. Member FDIC and Equal Housing Lender



Your checking account

FLORIDA IOTA TRUST ACCOUNTS  |  Account # ████████ 9758  |  June 1, 2016 to June 30, 2016

## Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 06/01/16 | Online Banking transfer from CHK 0819 Confirmation# 2280678101 | | 943206016386978 | 2,665,403.45 |
| 06/06/16 | Online Banking transfer from CHK 0819 Confirmation# 1221868068 | | 943206066980938 | 167,500.00 |
| 06/23/16 | Online Banking transfer from CHK 0819 Confirmation# 2170278125 | | 943206236390450 | 305,317.11 |
| 06/28/16 | Online Banking transfer from CHK 0819 Confirmation# 2111832288 | | 943206286341035 | 845,783.56 |
| 06/29/16 | Online Banking transfer from CHK 0819 Confirmation# 1121428397 | | 943206296776322 | 314,729.95 |

**Total deposits and other credits**                                                                                     **$4,298,734.07**

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 06/01/16 | Online Banking transfer to CHK 5242 Confirmation# 3281849441 | | 943206016244721 | -17,919.50 |
| 06/02/16 | WIRE TYPE:WIRE OUT DATE:160602 TIME:0526 ET TRN:2016060100434944 SERVICE REF:002612 BNF:LOAN SERVICING DEPARTMENT ID:90080599 BNF BK:G IBRALTAR PRIVATE BANK ID:267090455 PMT DET:1742045 10 LOAN NO 96464 ELMO PROPERTIES INC | | 903706010434944 | -206,167.38 |
| 06/02/16 | WIRE TYPE:BOOK OUT DATE:160602 TIME:0953 ET TRN:2016060200204075 RELATED REF:174259162 BNF:WATERFRONT INVESTMENT REAL ID:898062072521 PMT DET:BROKER COMM ELMO TO 1900 OFFICE BLD | | 903706020204075 | -110,135.59 |

*continued on the next page*

CRP-DOJ-0000147217

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 06/02/16 | WIRE TYPE:WIRE OUT DATE:160602 TIME:1249 ET TRN:2016060200269504 SERVICE REF:008093 BNF:1031 EXCHANGE EXPERTS LLC ID:410014859 BNF BK: COLLEGIATE PEAKS BANK ID:102105997 PMT DET:1742057 14 ▮▮▮▮▮▮▮▮▮▮ELMO PROPERTIES I | | 903706020269504 | -1,000,000.00 |
| 06/02/16 | WIRE TYPE:WIRE OUT DATE:160602 TIME:1430 ET TRN:2016060200303152 SERVICE REF:010073 BNF:ELMO PROPERTIES INC ID:1283458006 BNF BK:TERRA BANK, N.A. ID:066012333 PMT DET:CFSQGAEDD Services  SELLER PROCEEDS ▮▮▮▮▮▮▮▮▮▮MIAMI FL | | 903706020303152 | -1,291,433.33 |
| 06/06/16 | Online Banking transfer to CHK 5242 Confirmation# 3222030274 | | 943206066057516 | -1,800.00 |
| 06/06/16 | WIRE TYPE:WIRE OUT DATE:160606 TIME:1024 ET TRN:2016060600228617 SERVICE REF:005115 BNF:WELLS FARGO BANK NA ID:4127400093 BNF BK:WELLS  FARGO BANK, N.A. ID:121000248 PMT DET:174522126 9 36 LOAN 0358766798 ADRIAN J ALVARE | | 903706060228617 | -120,161.42 |
| 06/06/16 | WIRE TYPE:WIRE OUT DATE:160606 TIME:1037 ET TRN:2016060600232680 SERVICE REF:005371 BNF:ADRIAN ALVAREZ ID:1010107847294 BNF BK:WELLS F ARGO BANK, N.A. ID:121000248 PMT DET:174523392 SEL LER PROCEEDS MERIDIANA LLC FROM | | 903706060232680 | -31,974.74 |
| 06/24/16 | Online Banking transfer to CHK 5242 Confirmation# 3378572322 | | 943206246256573 | -12,330.50 |
| 06/24/16 | WIRE TYPE:WIRE OUT DATE:160624 TIME:1459 ET TRN:2016062400251957 SERVICE REF:010646 BNF:EQUESTRIAN LIVING LLC ID:1211319702 BNF BK:PNC  BANK, N.A. ID:043000096 PMT DET:175877038 BROKER COMMISSION ALI TO JOSE AMAN | | 903706240251957 | -103,500.00 |
| 06/28/16 | Online Banking transfer to CHK 5242 Confirmation# 2211841937 | | 943206286354042 | -4,646.25 |
| 06/28/16 | WIRE TYPE:BOOK OUT DATE:160628 TIME:0857 ET TRN:2016062800190419 RELATED REF:176108954 BNF:WATERFRONT INVESTMENT REAL ID:898062072521 PMT DET:LOPEZ FROM FREIRE BROKER COMMISSION | | 903706280190419 | -25,275.00 |
| 06/29/16 | WIRE TYPE:WIRE OUT DATE:160629 TIME:1251 ET TRN:2016062900278532 SERVICE REF:008958 BNF:TAMAR ZAPOLANSKI ID:3108184456 BNF BK:CITIBANK , N.A. ID:266086554 PMT DET:176232478 SELLER PROCE EDS SAND HILL USA FROM | | 903706290278532 | -287,632.45 |
| 06/29/16 | Online Banking transfer to CHK 5242 Confirmation# 3122023268 | | 943206296710885 | -2,021.50 |

*continued on the next page*



**Bank of America**

**Your checking account**

FLORIDA IOTA TRUST ACCOUNTS | Account # ████9758 | June 1, 2016 to June 30, 2016

## Withdrawals and other debits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|---|---|---|---|---|
| 06/30/16 | ATTYTTLFND   DES:WEB PAY ID:000000724934450  INDN:3614401 CO ID:1592633824 CCD | | 902381020489734 | -1,286.25 |
| 06/30/16 | ATTYTTLFND   DES:WEB PAY ID:000000724934454  INDN:3614401 CO ID:1592633824 CCD | | 902381020489738 | -493.50 |

**Total withdrawals and other debits** -$3,216,777.41

## Checks

| Date | Check # | Bank reference | Amount | Date | Check # | Bank reference | Amount |
|---|---|---|---|---|---|---|---|
| 06/29 | 1035 | 813104792156930 | -6,500.00 | 06/10 | 1225 | 813109692239024 | -4,950.00 |
| 06/24 | 1039* | 813103042372126 | -46,486.87 | 06/09 | 1226 | 813105892383417 | -700.00 |
| 06/24 | 1040 | 813103042372132 | -79,534.29 | 06/20 | 1227 | 813109292477609 | -214.29 |
| 06/30 | 1043* | 813104892880118 | -5,126.00 | 06/14 | 1228 | 813108492352909 | -350.00 |
| 06/29 | 1044 | 813109192539653 | -780,685.19 | 06/06 | 1229 | 813107642195312 | -350.00 |
| 06/30 | 1045 | 813109392176498 | -25,275.00 | 06/07 | 1231* | 813105592312069 | -28,101.50 |
| 06/29 | 1047* | 813104792424475 | -500.00 | 06/06 | 1232 | 813105292340464 | -1,645.16 |
| 06/29 | 1050* | 813106042587869 | -2,089.87 | 06/30 | 1233 | 813109292518324 | -1,250.00 |
| 06/24 | 1105* | 813103042372103 | -8,655.00 | 06/23 | 1234 | 813108192242422 | -1,200.00 |
| 06/23 | 1193* | 813105992477728 | -447.00 | 06/14 | 1235 | 813108492352910 | -350.00 |
| 06/30 | 1195* | 813104892880117 | -1,946.50 | 06/15 | 1236 | 813108592922130 | -124.07 |
| 06/29 | 1201* | 813104792573550 | -295.00 | 06/15 | 1238* | 813108792158822 | -2,586.42 |
| 06/07 | 1202 | 813105592312068 | -1,044.00 | 06/30 | 1239 | 813109292518323 | -105.00 |
| 06/02 | 1216* | 813108092935108 | -59,720.97 | 06/29 | 1242* | 813109292148648 | -1,650.00 |
| 06/29 | 1221* | 813104792573548 | -9,420.00 | 06/29 | 1244* | 813100352831059 | -556.00 |
| 06/08 | 1224* | 813109292721437 | -4,950.00 | 06/29 | 1245 | 813107442845863 | -475.00 |

**Total checks** -$1,077,283.13
**Total # of checks** 32

*There is a gap in sequential check numbers*

## Daily ledger balances

| Date | Balance ($) | Date | Balance ($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 06/01 | 2,711,706.58 | 06/09 | 21,022.49 | 06/23 | 316,117.82 |
| 06/02 | 44,249.31 | 06/10 | 16,072.49 | 06/24 | 65,611.16 |
| 06/06 | 55,817.99 | 06/14 | 15,372.49 | 06/28 | 881,473.47 |
| 06/07 | 26,672.49 | 06/15 | 12,662.00 | 06/29 | 104,378.41 |
| 06/08 | 21,722.49 | 06/20 | 12,447.71 | 06/30 | 68,896.16 |

CRP-DOJ-0000147219

✓ To help you BALANCE YOUR CHECKING ACCOUNT, print a copy of the "How to Balance Your Bank of America Merrill Lynch Account" page by visiting CashPro® University at cashproonline.bankofamerica.com.



**FLORIDA IOTA TRUST ACCOUNTS | Account # ████9758 | June 1, 2016 to June 30, 2016**

## Check images
**Account number:** ████9758

Check number: 1035 | Amount: $6,500.00

Check number: 1039 | Amount: $46,486.87



Check number: 1040 | Amount: $79,534.29

Check number: 1043 | Amount: $5,126.00



Check number: 1044 | Amount: $780,685.19

Check number: 1045 | Amount: $25,275.00



Check number: 1047 | Amount: $500.00

Check number: 1050 | Amount: $2,089.87



Check number: 1105 | Amount: $8,655.00

Check number: 1193 | Amount: $447.00




continued on the next page



**FLORIDA IOTA TRUST ACCOUNTS   |   Account # 2290 5388 9758   |   June 1, 2016 to June 30, 2016**

## Check images - continued
Account number: 2290 5388 9758

Check number: 1195   |   Amount: $1,946.50



Check number: 1201   |   Amount: $295.00



Check number: 1202   |   Amount: $1,044.00



Check number: 1216   |   Amount: $59,720.97



Check number: 1221   |   Amount: $9,420.00

Check number: 1224   |   Amount: $4,950.00

Check number: 1225   |   Amount: $4,950.00



Check number: 1226   |   Amount: $700.00



Check number: 1227   |   Amount: $214.29



Check number: 1228   |   Amount: $350.00


*continued on the next page*

CRP-DOJ-0000147222



**FLORIDA IOTA TRUST ACCOUNTS  |  Account #       9758  |  June 1, 2016 to June 30, 2016**

## Check images - continued
**Account number:        9758**

Check number: 1229  |  Amount: $350.00



Check number: 1231  |  Amount: $28,101.50

Check number: 1232  |  Amount: $1,645.16



Check number: 1233  |  Amount: $1,250.00



Check number: 1234  |  Amount: $1,200.00

Check number: 1235  |  Amount: $350.00



Check number: 1236  |  Amount: $124.07

Check number: 1238  |  Amount: $2,586.42



Check number: 1239  |  Amount: $105.00



Check number: 1242  |  Amount: $1,650.00



*continued on the next page*



**FLORIDA IOTA TRUST ACCOUNTS** | Account # 9758 | June 1, 2016 to June 30, 2016

## Check images - continued
**Account number:** 9758

Check number: 1244  |  Amount: $556.00



Check number: 1245  |  Amount: $475.00



## Account Changes

We want to make sure you stay up-to-date on changes to your accounts.

In an effort to support your understanding of regulatory requirements related to Internet Gambling you are being provided the following reminder: You must not use your account or any Service for illegal transactions, for example those prohibited by the Unlawful Internet Gambling Enforcement Act. 31 U.S.C Section 5361 et. Seq.

This page intentionally left blank