| | | | |
|---|---|---|---|
| Run Date: 1-Jun-18 | | Transaction Detail Report | Page: 1 |
| Run Time: 12:41 PM | | | User Name: XEROX |

**BNK:** 175  **SND DATE:** 140515  **VAL:** 140515  **TRN:** 140515-00008816
**AMT:** $6,583.34  **CUR:** USD  **FOR AMT:** 6,583.34
**SRC:** FED  **ADV:** LTR  **TYP:** FTR  **LOC:**  **CHECK NUM:**

---

**DBT:** A/026009593
**ACC:** G/9088171050                                            **ON FILE:** Y
**DEPT:** 175                                                    **CTRY:**
BANK OF AMERICA, NA NY
NEW YORK
NY

**SEND:** /006550443700
BANCO CREDITO DEL PERU-CURRENT AC
**SNDR REF NUM:** 2014051500236362

**ORIG BNK:** S/BCPLPEPL
BANCO CREDITO DEL PERU
**REF NUM:**

**ORIG:** /194002013856188
PLASTIQUIM EIRL
CA.LAS DALIAS N.161 MZ.A LT.0
LIMA 18  PERU
**REF NUM:** W443316001

---

**CDT:** D/1000139207442
**ACC:** D/1000139207442                                         **ON FILE:** N
**DEPT:** 175                                                    **CTRY:**
VENTURE OVESEAS LLC
1820 SW 3RD AVE # 200
MIAMI FL 33129

**BNF:** /1000139207442                                          **BK:** N
VENTURE OVERSEAS LLC
1820 SW 3 AVENUE MIAMI FL 33129

**ORIG TO BNF INFO:**
PAGO DE INTERES DE ABRIL 13 A MAYO
13



CRP-DOJ-0000374561

| Run Date: 1-Jun-18 | **Transaction Detail Report** | Page: 1 |
|---|---|---|
| Run Time: 12:42 PM | | User Name: XEROX |

**BNK:** 175  **SND DATE:** 140702  **VAL:** 140702  **TRN:** 140702-00002093
**AMT:** $1,350.00  **CUR:** USD  **FOR AMT:** 1,350.00
**SRC:** FED  **ADV:** LTR  **TYP:** FTR  **LOC:**  **CHECK NUM:**

**DBT:** A/021000021
**ACC:** G/9088171050  **ON FILE:** N
**DEPT:** 175  **CTRY:**
JPMORGAN CHASE BANK, NA
NEW YORK, NY

**SEND:** /400937905
BANCO DE CREDITO DEL PERU LIMA
**SNDR REF NUM:** 2569700182FS

**ORIG BNK:** S/BCPLPEPL
BCP-SVCR ON BEHALF OF THE TRUST AND
**REF NUM:**

**ORIG:** /194002013856188
PLASTIQUIM EIRL
CA LAS DALIAS N 161 MZ A LT 0
LIMA 18 PERU
**REF NUM:** SWF OF 14/07/01

**CDT:** D/1000139207442
**ACC:** D/1000139207442  **ON FILE:** N
**DEPT:** 175  **CTRY:**
VENTURE OVESEAS LLC
1820 SW 3RD AVE # 200
MIAMI FL 33129

**BNF:** /1000139207442  **BK:** N
VENTURE OVERSEAS LLC
1820 SW 3 AVENUE MIAMI FL 33129

**ORIG TO BNF INFO:**
TRANSFERENCIA DE FONDOS



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-15B

CRP-DOJ-0000374570

| Run Date: 1-Jun-18 | <u>Transaction Detail Report</u> | Page: 1 |
|---|---|---|
| Run Time: 12:43 PM | | User Name: XEROX |

**BNK:** 175  **SND DATE:** 140806  **VAL:** 140806  **TRN:** 140806-00000584
**AMT:** $2,800.00   **CUR:** USD  **FOR AMT:** 2,800.00
**SRC:** FED  **ADV:** LTR  **TYP:** FTR  **LOC:**  **CHECK NUM:**

---

**DBT:** A/026009593
**ACC:** G/9088171050  **ON FILE:** Y
**DEPT:** 175  **CTRY:**
BANK OF AMERICA, NA NY
NEW YORK
NY

**SEND:** /006550443700
BANCO CREDITO DEL PERU-CURRENT AC
**SNDR REF NUM:** 2014080500285918

**ORIG BNK:** S/BCPLPEPL
BANCO CREDITO DEL PERU
**REF NUM:**

**ORIG:** /194002013856188
PLASTIQUIM EIRL
CA.LAS DALIAS N.161 MZ.A LT.0
LIMA 18  PERU
**REF NUM:** W507843001

**CDT:** D/1000139207442
**ACC:** D/1000139207442  **ON FILE:** N
**DEPT:** 175  **CTRY:**
VENTURE OVESEAS LLC
1820 SW 3RD AVE # 200
MIAMI FL 33129

**BNF:** /1000139207442  **BK:** N
VENTURE OVERSEAS LLC
1820 SW 3 AVENUE MIAMI FL 33129

**ORIG TO BNF INFO:**
TRANSFERENCIA DE FONDOS



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-15C

CRP-DOJ-0000374577

| Run Date: 1-Jun-18 | Transaction Detail Report | Page: 1 |
|---|---|---|
| Run Time: 12:46 PM | | User Name: XEROX |

**BNK:** 175    **SND DATE:** 140911      **VAL:** 140911      **TRN:** 140911-00001949
**AMT:** $2,800.00                        **CUR:** USD        **FOR AMT:** 2,800.00
**SRC:** FED    **ADV:** LTR    **TYP:** FTR      **LOC:**         **CHECK NUM:**

| | |
|---|---|
| **DBT:** A/021000021<br>**ACC:** G/9088171050     **ON FILE:** N<br>**DEPT:** 175                       **CTRY:**<br>JPMORGAN CHASE BANK, NA<br>NEW YORK, NY<br><br>**SEND:** /400937905<br>BANCO DE CREDITO DEL PERU LIMA<br>**SNDR REF NUM:** 2499700253JS<br><br>**ORIG BNK:** S/BCPLPEPL<br>BCP-SVCR ON BEHALF OF THE TRUST AND<br>**REF NUM:**<br><br>**ORIG:** /194002013856188<br>PLASTIQUIM EIRL<br>CA LAS DALIAS N 161 MZ A LT 0<br>LIMA 18 PERU<br>**REF NUM:** SWF OF 14/09/10 | **CDT:** D/1000139207442<br>**ACC:** D/1000139207442     **ON FILE:** N<br>**DEPT:** 175                       **CTRY:**<br>VENTURE OVESEAS LLC<br>1820 SW 3RD AVE # 200<br>MIAMI FL 33129<br><br>**BNF:** /1000139207442                   **BK:** N<br>VENTURE OVERSEAS LLC<br>1820 SW 3 AVENUE MIAMI FL 33129<br><br>**ORIG TO BNF INFO:**<br>TRANSFERENCIA DE FONDOS |



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-15D

| Run Date: 1-Jun-18 | <u>Transaction Detail Report</u> | Page: 1 |
|---|---|---|
| Run Time: 12:47 PM | | User Name: XEROX |

**BNK:** 175  **SND DATE:** 141009  **VAL:** 141009  **TRN:** 141009-00005715
**AMT:** $2,800.00  **CUR:** USD  **FOR AMT:** 2,800.00
**SRC:** FED  **ADV:** LTR  **TYP:** FTR  **LOC:**  **CHECK NUM:**

---

**DBT:** A/021000021  **CDT:** D/1000139207442
**ACC:** G/9088171050  **ACC:** D/1000139207442
**DEPT:** 175   **ON FILE:** N   **DEPT:** 175   **ON FILE:** N
JPMORGAN CHASE BANK, NA   **CTRY:**   VENTURE OVESEAS LLC   **CTRY:**
NEW YORK, NY   1820 SW 3RD AVE # 200
   MIAMI FL 33129

**SEND:** /400937905
BANCO DE CREDITO DEL PERU LIMA   **BNF:** /1000139207442   **BK:** N
**SNDR REF NUM:** 4945500282FS   VENTURE OVERSEAS LLC
   1820 SW 3 AVENUE MIAMI FL 33129
**ORIG BNK:** S/BCPLPEPL
BCP-SVCR ON BEHALF OF THE TRUST AND   **ORIG TO BNF INFO:**
**REF NUM:**   TRANSFERENCIA DE FONDOS

**ORIG:** /194002013856188
PLASTIQUIM EIRL
CA LAS DALIAS N 161 MZ A LT 0
LIMA 18 PERU
**REF NUM:** SWF OF 14/10/09



CRP-DOJ-0000374592

**Run Date:** 1-Jun-18      **Transaction Detail Report**      **Page:** 1
**Run Time:** 12:48 PM      **User Name:** XEROX

**BNK:** 175    **SND DATE:** 141117    **VAL:** 141117    **TRN:** 141117-00000925
**AMT:** $2,800.00    **CUR:** USD    **FOR AMT:** 2,800.00
**SRC:** FED    **ADV:** LTR    **TYP:** FTR    **LOC:**    **CHECK NUM:**

---

**DBT:** A/026009593
**ACC:** G/9088171050      **ON FILE:** Y
**DEPT:** 175      **CTRY:**
BANK OF AMERICA, NA NY
NEW YORK
NY

**SEND:** /006550443700
BANCO CREDITO DEL PERU-CURRENT AC
**SNDR REF NUM:** 2014111400365648

**ORIG BNK:** S/BCPLPEPL
BANCO CREDITO DEL PERU
**REF NUM:**

**ORIG:** /194002013856188
PLASTIQUIM EIRL
CA.LAS DALIAS N.161 MZ.A LT.0
LIMA 18  PERU
**REF NUM:** W590070001

**CDT:** D/1000139207442
**ACC:** D/1000139207442      **ON FILE:** N
**DEPT:** 175      **CTRY:**
VENTURE OVESEAS LLC
1820 SW 3RD AVE # 200
MIAMI FL 33129

**BNF:** /1000139207442      **BK:** N
VENTURE OVERSEAS LLC
1820 SW 3 AVENUE MIAMI FL 33129

**ORIG TO BNF INFO:**
TRABSFERENCIA DE FONDOS



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-15F

CRP-DOJ-0000374600

| Run Date: 1-Jun-18 | Transaction Detail Report | Page: 1 |
|---|---|---|
| Run Time: 12:48 PM | | User Name: XEROX |

**BNK:** 175  **SND DATE:** 141204  **VAL:** 141204  **TRN:** 141204-00003343
**AMT:** $2,800.00  **CUR:** USD  **FOR AMT:** 2,800.00
**SRC:** FED  **ADV:** LTR  **TYP:** FTR  **LOC:**  **CHECK NUM:**

---

**DBT:** A/026009593
**ACC:** G/9088171050  **ON FILE:** Y
**DEPT:** 175  **CTRY:**
BANK OF AMERICA, NA NY
NEW YORK
NY

**SEND:** /006550443700
BANCO CREDITO DEL PERU-CURRENT AC
**SNDR REF NUM:** 2014120400178458

**ORIG BNK:** S/BCPLPEPL
BANCO CREDITO DEL PERU
**REF NUM:**

**ORIG:** /194002013856188
PLASTIQUIM EIRL
CA.LAS DALIAS N.161 MZ.A LT.0
LIMA 18  PERU
**REF NUM:** W603818001

**CDT:** D/1000139207442
**ACC:** D/1000139207442  **ON FILE:** N
**DEPT:** 175  **CTRY:**
VENTURE OVESEAS LLC
1820 SW 3RD AVE # 200
MIAMI FL 33129

**BNF:** /1000139207442  **BK:** N
VENTURE OVERSEAS LLC
1820 SW 3 AVENUE MIAMI FL 33129

**ORIG TO BNF INFO:**
TRANSFERENCIA DE FONDOS



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-15G

CRP-DOJ-0000374604

| | | |
|---|---|---|
| Run Date: 1-Jun-18 | Transaction Detail Report | Page: 1 |
| Run Time: 1:33 PM | | User Name: XEROX |

**BNK:** 175   **SND DATE:** 150123   **VAL:** 150123   **TRN:** 150123-00012657
**AMT:** $2,800.00               **CUR:** USD      **FOR AMT:** 2,800.00
**SRC:** FED   **ADV:** LTR   **TYP:** FTR   **LOC:**   **CHECK NUM:**

**DBT:** A/026009593
**ACC:** G/9088171050                          **ON FILE:** Y
**DEPT:** 175                                  **CTRY:**
BANK OF AMERICA, NA NY
NEW YORK
NY

**SEND:** /006550443700
BANCO CREDITO DEL PERU-CURRENT AC
**SNDR REF NUM:** 2015012300292731

**ORIG BNK:** S/BCPLPEPL
BANCO CREDITO DEL PERU
**REF NUM:**

**ORIG:** /194002013856188
PLASTIQUIM EIRL
CA.LAS DALIAS N.161 MZ.A LT.0
LIMA 18  PERU
**REF NUM:** W641130001

**CDT:** D/1000139207442
**ACC:** D/1000139207442                       **ON FILE:** N
**DEPT:** 175                                  **CTRY:**
VENTURE OVESEAS LLC
1820 SW 3RD AVE # 200
MIAMI FL 33129

**BNF:** /1000139207442                        **BK:** N
VENTURE OVERSEAS LLC
1820 SW 3 AVENUE MIAMI FL 33129

**ORIG TO BNF INFO:**
TRANSFERENCIA DE FONDOS



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-15H

CRP-DOJ-0000374611

| | | |
|---|---|---|
| Run Date: 1-Jun-18 | <u>Transaction Detail Report</u> | Page: 1 |
| Run Time: 1:33 PM | | User Name: XEROX |

**BNK:** 175  **SND DATE:** 150302  **VAL:** 150302  **TRN:** 150302-00008919
**AMT:** $2,800.00  **CUR:** USD  **FOR AMT:** 2,800.00
**SRC:** FED  **ADV:** LTR  **TYP:** FTR  **LOC:**  **CHECK NUM:**

**DBT:** A/026009593
**ACC:** G/9088171050                                           **ON FILE:** Y
**DEPT:** 175                                                    **CTRY:**
BANK OF AMERICA, NA NY
NEW YORK
NY

**SEND:** /006550443700
BANCO CREDITO DEL PERU-CURRENT AC
**SNDR REF NUM:** 2015030200291286

**ORIG BNK:** S/BCPLPEPL
BANCO CREDITO DEL PERU
**REF NUM:**

**ORIG:** /194002013856188
PLASTIQUIM EIRL
CA.LAS DALIAS N.161 MZ.A LT.0
LIMA 18  PERU
**REF NUM:** W663072001

**CDT:** D/1000139207442
**ACC:** D/1000139207442                                         **ON FILE:** N
**DEPT:** 175                                                    **CTRY:**
VENTURE OVESEAS LLC
1820 SW 3RD AVE # 200
MIAMI FL 33129

**BNF:** /1000139207442                                          **BK:** N
VENTURE OVERSEAS LLC
1820 SW 3 AVENUE MIAMI FL 33129



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-15I

CRP-DOJ-0000374617

| Run Date: 1-Jun-18 | Transaction Detail Report | Page: 1 |
|---|---|---|
| Run Time: 1:36 PM | | User Name: XEROX |

**BNK:** 175    **SND DATE:** 150508    **VAL:** 150508    **TRN:** 150508-00014340
**AMT:** $2,775.00    **CUR:** USD    **FOR AMT:** 2,775.00
**SRC:** FED    **ADV:** LTR    **TYP:** FTR    **LOC:**    **CHECK NUM:**

---

**DBT:** A/026005092
**ACC:** G/9088171050
**DEPT:** 175    **ON FILE:** N    **CTRY:**
WELLS FARGO NY INTL
NEW YORK, NY

**SEND:**
**SNDR REF NUM:** 1505081380006463

**ORIG BNK:** S/PICHECEQ100
BANCO PICHINCHA C.A.
**REF NUM:**

**ORIG:** /3439450504
PLASTIQUIM S.A
0992563907001
GUAYAQUIL ECUADOR
**REF NUM:** 164COMGIRO847793

**CDT:** D/1000139207442
**ACC:** D/1000139207442
**DEPT:** 175    **ON FILE:** N    **CTRY:**
VENTURE OVESEAS LLC
1820 SW 3RD AVE
MIAMI FL 33129-1417

**BNF:** /1000139207442    **BK:** N
VENTURE OVERSEAS LLC
1820 SW 3 AVENUE MIAMI FL 33129
MIAMI - FLORIDA
MIAMI - FLORIDA



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-15J

CRP-DOJ-0000374627

| | | |
|---|---|---|
| Run Date: 1-Jun-18 | Transaction Detail Report | Page: 1 |
| Run Time: 1:37 PM | | User Name: XEROX |

**BNK:** 175    **SND DATE:** 150827    **VAL:** 150827    **TRN:** 150827-00011538
**AMT:** $5,600.00    **CUR:** USD    **FOR AMT:** 5,600.00
**SRC:** FED    **ADV:** LTR    **TYP:** FTR    **LOC:**    **CHECK NUM:**

---

**DBT:** A/026005092
**ACC:** G/9088171050
**DEPT:** 175    **ON FILE:** N    **CTRY:**
WELLS FARGO NY INTL
NEW YORK, NY

**SEND:**
**SNDR REF NUM:** 1508274983005939

**ORIG BNK:** S/BBOLECEG100
BANCO BOLIVARIANO
**REF NUM:**

**ORIG:** /0005205048
1/PLASTIQUIM S.A.
2/CDLA ROTARIA, MZ 134, SL 6... KM
3/EC/GUAYAQUIL
6/EC/0992563907001
**REF NUM:** GYTT00015-598099

**CDT:** D/1000139207442
**ACC:** D/1000139207442
**DEPT:** 175    **ON FILE:** N    **CTRY:**
VENTURE OVESEAS LLC
1820 SW 3RD AVE
MIAMI FL 33129-1417

**BNF:** /1000139207442    **BK:** N
VENTURE OVERSEAS LLC
ESTADOS UNIDOS 1820 SW 3 AVENUE MIA
MI FL 33129

**ORIG TO BNF INFO:**
/RFB/PAGO DE 2 CUOTAS



CRP-DOJ-0000374640

| Run Date: 1-Jun-18 | Transaction Detail Report | Page: 1 |
|---|---|---|
| Run Time: 1:50 PM | | User Name: XEROX |

**BNK:** 175  **SND DATE:** 161205  **VAL:** 161205  **TRN:** 161205-00001097
**AMT:** $2,901.17  **CUR:** USD  **FOR AMT:** 2,901.17
**SRC:** FED  **ADV:** LTR  **TYP:** FTR  **LOC:**  **CHECK NUM:**

**DBT:** A/026002561
**ACC:** G/9088171050  **ON FILE:** N
**DEPT:** 175  **CTRY:**
STANDARD CHARTERED BANK LIMITED
NEW YORK, NY

**SEND:** /3544033494001
BANCO INTERNACIONAL SA
**SNDR REF NUM:** 2016120200159925

**ORIG BNK:** S/BINTECEQ
BANCO INTERNACIONAL SA
**REF NUM:**

**ORIG:** /1500609450
1/PLASTIQUIM S.A
2/VIA PERIMETRAL KM    23
3/EC/GUAYAQUIL
**REF NUM:** S763743

**CDT:** D/1000139207442
**ACC:** D/1000139207442  **ON FILE:** N
**DEPT:** 175  **CTRY:**
VENTURE OVESEAS LLC
1820 SW 3RD AVE
MIAMI FL 33129-1417

**BNF:** /1000139207442  **BK:** N
VENTURE OVERSEAS LLC
1820 SW 3 AVENUE MIAMI FL 33129
MIAMI          ESTADOS UNIDOS



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-15L

CRP-DOJ-0000374691