# Bank Accounts Reviewed

| Account Name | Bank | Last 4 | GX# |
|---|---|---|---|
| American Land | SunTrust Bank | x6203 | GX#12-3 |
| Cosani | Towerbank | x7098 | GX#7-4 |
| Global Reinsurance | Merrill Lynch | x7059 | GX#10-1 |
| Invecon | SunTrust Bank | x2213 | GX#12-4 |
| Italcom | Towerbank | x3486 | GX#6-3 |
| Kuadra | SunTrust Bank | x2004 | GX#12-5 |
| Los Pinos Home LLC | City National Bank | x3202 | GX#12-10 |
| Plastiquim | Banco Bolivariano Panama S.A. | x3230 | GX#4-7 |
| Tomas Kucera | Bank of America | x0819 | GX#12-11 |
| Tomas Kucera | Bank of America | x9758 | GX#12-12 |
| Venture Overseas | SunTrust Bank | x0434 | GX#12-2 |
| Venture Overseas | SunTrust Bank | x7742 | GX#12-1, GX#12-13, GX#12-14, GX#12-15 |

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-16

CRP-DOJ-0003146327



# Odebrecht Transfers to Venture Overseas
## 2014 to 2016

● Full Transaction(s) Amount
● Odebrecht Funds

**Odebrecht Companies**

**Intermediary Companies**

**South Florida Account**

Klienfeld Services
$700,000 → Plastiquim → $367,541
$1,000,000 → Cosani → $1,500,000

Sarawak Corporation
$500,000 →

$648,000 → Italcom ← $1,500,000
Select Engineering
$1,296,000 → $3,453,184 / $1,944,000

Venture Overseas

GOVERNMENT EXHIBIT
A0386-C
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-17

Source: GX#2-4, GX#4-7, GX#4-7A, GX#4-8, GX#4-11, GX#5-1, GX#5-2, GX#6-3, GX#6-4, GX#7-3A, GX#7-4, GX#7-4E, GX#12-1, GX#12-1B, GX#12-1C, GX#12-1E, GX#12-1I, GX#12-1L, GX#12-2, GX#12-2B, GX#12-15, GX#12-15L, GX#14-2
Note: Transaction amounts do not reflect wire fees associated with the transaction.

CRP-DOJ-0003146328



# Odebrecht Transfers to Venture Overseas
## 2014 to 2016

● Full Transaction(s) Amount
● Odebrecht Funds

**Klienfeld Services** — $700,000 → **Plastiquim** — $367,541 → **Venture Overseas**

**Klienfeld Services** — $1,000,000 → **Cosani**

**Sarawak Corporation** — $500,000 → **Cosani**

**Cosani** — $1,500,000 → **Venture Overseas**

**Sarawak Corporation** — $648,000 → **Italcom** — $1,500,000 → **Venture Overseas**

**Select Engineering** — $1,296,000 → **Italcom** — $3,453,184 / $1,944,000 → **Venture Overseas**

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-18

Source: GX#2-4, GX#5-2, GX#7-4, GX#7-3A, GX#7-4E, GX#12-1, GX#12-1B, GX#12-1C, GX#12-1L
Note: Transaction amounts do not reflect wire fees associated with the transaction.

CRP-DOJ-0003146329

# Odebrecht Transfers: Cosani



● **Full Transaction(s) Amount**
● **Odebrecht Funds**

**Klienfeld Services**

04/07/14: $500,000

05/28/14: $500,000

**Sarawak Corporation**

04/29/14: $500,000

**Cosani**
Towerbank
x7098

10/01/14: $500,000

12/02/14: $500,000

10/29/14: $500,000

**Venture Overseas**
SunTrust Bank
x7442

Source: GX#2-4, GX#5-2, GX#7-3A, GX#7-4, GX#7-4E, GX#12-1, GX#12-1B, GX#12-1C, GX#12-1L
Note: Transaction amounts do not reflect wire fees associated with the transaction.

CRP-DOJ-0003146330

# Odebrecht Transfers: Cosani
## Government Exhibit Sources

| Date | Amount | Description | GX# |
|---|---|---|---|
| 04/07/14 | $500,000 | Promissory Note | GX#5-2 |
| 04/07/14 | $500,000 | Kleinfeld Services to Cosani | GX#7-3A, GX#7-4, GX#7-4E |
| 10/01/14 | $500,000 | Cosani to Venture Overseas | GX#7-3A, GX#7-4, GX#12-1, GX#12-1B |
| | | | |
| 05/28/14 | $500,000 | Promissory Note | GX#5-2 |
| 05/28/14 | $500,000 | Kleinfeld Services to Cosani | GX#7-3A, GX#7-4, GX#7-4E |
| 12/02/14 | $500,000 | Cosani to Venture Overseas | GX#7-3A, GX#7-4, GX#12-1, GX#12-1C |
| | | | |
| 04/29/14 | $500,000 | Sarawak Corporation to Cosani | GX#7-3A, GX#7-4, GX#7-4E |
| 10/29/14 | $500,000 | Cosani to Venture Overseas | GX#7-3A, GX#7-4, GX#12-1, GX#12-1L |

CRP-DOJ-0003146331

# Cosani Funds: Improvements to 7233 Los Pinos
## October 1, 2014



● **Full Transaction(s) Amount**
● **Odebrecht Funds**

**Cosani**
**Towerbank**
**x7098**

10/01/14:
**$500,000**

**Venture Overseas**
**SunTrust Bank**
**x7442**

10/03/14:
$92,000
**$92,000**

**Invecon**
**SunTrust Bank**
**x2213**

10/06/14
to 10/21/14:
$62,638
**$62,638**

Home Improvements:
7233 Los Pinos Blvd,
Coral Gables, FL

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-19

Source: GX#7-4, GX#12-1, GX#12-1B, GX#12-4, GX#12-4I, GX#12-4J, GX#12-4K, GX#12-4L, GX#12-4M, GX#12-4N, Zillow Image
Note: Transaction amounts do not reflect wire fees associated with the transaction.

CRP-DOJ-0003146332

# Cosani Funds: Improvements to 7233 Los Pinos
## Checks Disbursed from Invecon

| Cleared Date | Amount | Check No. | Payee | Memo |
|---|---|---|---|---|
| 10/06/14 | $3,000 | 1101 | Roberto Guzman | Los Pinos/Extension Demo |
| 10/08/14 | 2,500 | 1104 | Roberto Guzman | Los Pinos/Extension tile post |
| 10/15/14 | 45,627 | 1112 | Kuadra LLC | Los Pinos/Marble Flooring /MB Marble |
| 10/15/14 | 5,511 | 1113 | Kuadra LLC | Los Pinos/MB Tub/Faucet |
| 10/20/14 | 3,000 | 1115 | Roberto Guzman | Los Pinos |
| 10/21/14 | 3,000 | 1099 | A&G Solutions USA | Los Pinos/Electrical |
| **Total** | **$62,638** | | | |

# Cosani Funds: Improvements to 7233 Los Pinos
## Government Exhibit Sources

| Date | Amount | Description | GX# |
|------|--------|-------------|-----|
| 10/01/14 | $500,000 | Cosani to Venture Overseas | GX#7-4, GX#12-1, GX#12-1B |
| 10/03/14 | $92,000 | Venture Overseas to Invecon | GX#12-1, GX#12-4 |
| 10/06/14 | $3,000 | Invecon Check | GX#12-4, GX#12-4I |
| 10/08/14 | $2,500 | Invecon Check | GX#12-4, GX#12-4J |
| 10/15/14 | $45,627 | Invecon Check | GX#12-4, GX#12-4L |
| 10/15/14 | $5,511 | Invecon Check | GX#12-4, GX#12-4K |
| 10/20/14 | $3,000 | Invecon Check | GX#12-4, GX#12-4M |
| 10/21/14 | $3,000 | Invecon Check | GX#12-4, GX#12-4N |

CRP-DOJ-0003146334

# Cosani Funds: Improvements to 7233 Los Pinos
## October 29, 2014



● **Full Transaction(s) Amount**
● **Odebrecht Funds**

**Cosani**
Towerbank
x7098

10/29/14:
**$500,000**

**Venture Overseas**
SunTrust Bank
x7442

11/10/14
to 11/18/14:
$70,000
**$63,112**

**Invecon**
SunTrust Bank
x2213

11/14/14
to 12/11/14:
$51,267
**$51,267**

**Home Improvements:
7233 Los Pinos Blvd,
Coral Gables, FL**

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO.  22-cr-20114-KMW
EXHIBIT NO.  12-20

Source: GX#7-4, GX#12-1, GX#12-1L, GX#12-4, GX#12-4II, GX#12-4JJ, GX#12-4KK, GX#12-4LL, GX#12-4MM, GX#12-4NN, GX#12-4OO, GX#12-4PP, GX#12-4QQ, GX#12-4RR, Zillow Image
Note: Transaction amounts do not reflect wire fees associated with the transaction.

CRP-DOJ-0003146335

# Cosani Funds: Improvements to 7255 Los Pinos
## Checks Disbursed from Invecon

| Cleared Date | Amount | Check No. | Payee | Memo |
|---|---|---|---|---|
| 11/11/14 | $11,600 | 1126 | Closet Factory | Los Pinos / closets |
| 11/20/14 | 3,000 | 1273 | Roberto Guzman | INSTALATION Los Pinos |
| 11/21/14 | 4,921 | 1128 | Kuadra LLC | Los Pinos/[…] Marble |
| 11/21/14 | 3,000 | 1275 | Roberto Guzman Corp | LOS PINOS MARBLE INSTALLATION |
| 11/25/14 | 4,000 | 1125 | Roberto Guzman | Los Pinos / Installation Marble Floor |
| 12/01/14 | 2,000 | 1129 | Hooked on Air | Los Pinos / AC |
| 12/02/14 | 7,000 | 1133 | Roberto Guzman Corp | Los Pinos / Tile Installation |
| 12/02/14 | 10,496 | 1131 | Biaggi Cucina | Los Pinos / Kitchen |
| 12/08/14 | 2,900 | 1134 | Closet Factory | Los Pinos / closets |
| 12/11/14 | 2,350 | 1135 | Closet Factory | Los Pinos / closets |
| **Total** | **$51,267** | | | |

# Cosani Funds: Improvements to 7233 Los Pinos
## Government Exhibit Sources

| Date | Amount | GX# |
|---|---|---|
| 10/29/14 | $500,000 | GX#7-4, GX#12-1, GX#12-1L |
| 11/10/14 to 11/18/14 | $70,000 | GX#12-1, GX#12-4 |
| 11/11/14 | $11,600 | GX#12-4, GX#12-4II |
| 11/20/14 | $3,000 | GX#12-4, GX#12-4JJ |
| 11/21/14 | $4,921 | GX#12-4, GX#12-4KK |
| 11/21/14 | $3,000 | GX#12-4, GX#12-4LL |
| 11/25/14 | $4,000 | GX#12-4, GX#12-4MM |
| 12/01/14 | $2,000 | GX#12-4, GX#12-4NN |
| 12/02/14 | $7,000 | GX#12-4, GX#12-4OO |
| 12/02/14 | $10,496 | GX#12-4, GX#12-4PP |
| 12/08/14 | $2,900 | GX#12-4, GX#12-4QQ |
| 12/11/14 | $2,350 | GX#12-4, GX#12-4RR |

CRP-DOJ-0003146337

# Cosani Funds: Improvements to 7233 Los Pinos
## December 2, 2014



● **Full Transaction(s) Amount**
● **Odebrecht Funds**

**Cosani**
**Towerbank**
**x7098**

12/02/14:
**$500,000**

**Venture**
**Overseas**
**SunTrust Bank**
**x7442**

12/17/14:
$100,000
**$100,000**

**Invecon**
**SunTrust Bank**
**x2213**

12/22/14
to 02/05/15:
$62,548
**$62,548**

Home Improvements:
**7233 Los Pinos Blvd,**
**Coral Gables, FL**

GOVERNMENT
EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-21

AO388-C

Source: GX#7-4, GX#12-1, GX#12-1C, GX#12-4, GX#12-4O, GX#12-4P, GX#12-4Q, GX#12-4R, GX#12-4S, GX#12-4T, GX#12-4U, GX#12-4V, GX#12-4W, Zillow Image
Note: Transaction amounts do not reflect wire fees associated with the transaction.

CRP-DOJ-0003146338

# Cosani Funds: Improvements to 7233 Los Pinos
## Checks Disbursed from Invecon

| Cleared Date | Amount | Check No. | Payee | Memo |
|---|---|---|---|---|
| 12/22/14 | $5,000 | 1137 | Hallandle Mouldings | Los Pinos/[…] |
| 12/22/14 | 10,000 | 1138 | Florida Kitchen | Los Pinos/vanities & […] |
| 01/09/15 | 3,000 | 1143 | Roberto Guzman Corp | Los Pinos/ |
| 01/12/15 | 15,000 | 1144 | Glass Pro | Los Pinos/Glass […] |
| 01/13/15 | 11,448 | 1145 | Kuadra | Los Pinos/Exterior tile |
| 01/16/15 | 4,000 | 1278 | Roberto Guzman Corp | LOS PINOS EXTERIOR TILE INSTALLATION |
| 01/26/15 | 4,000 | 1150 | Roberto Guzman Corp | Los Pinos / Piso Instalacion |
| 01/30/15 | 5,100 | 1151 | Roberto Guzman Corp | Los Pinos / Piso Instalacion |
| 02/05/15 | 5,000 | 1152 | Hallandle Mouldings & Door Corp | Los Pinos/Doors |
| **Total** | **$62,548** | | | |

Source: GX#12-4, GX#12-4O, GX#12-4P, GX#12-4Q, GX#12-4R, GX#12-4S, GX#12-4T, GX#12-4U, GX#12-4V, GX#12-4W

CRP-DOJ-0003146339

# Cosani Funds: Improvements to 7233 Los Pinos
## Government Exhibit Sources

| Date | Amount | Description | GX# |
|------|--------|-------------|-----|
| 12/02/14 | $500,000 | Cosani to Venture Overseas | GX#7-4, GX#12-1, GX#12-1C |
| 12/17/14 | $100,000 | Venture Overseas to Invecon | GX#12-1, GX#12-4 |
| 12/22/14 | $5,000 | Invecon Check | GX#12-4, GX#12-4O |
| 12/22/14 | $10,000 | Invecon Check | GX#12-4, GX#12-4P |
| 01/09/15 | $3,000 | Invecon Check | GX#12-4, GX#12-4Q |
| 01/12/15 | $15,000 | Invecon Check | GX#12-4, GX#12-4R |
| 01/13/15 | $11,448 | Invecon Check | GX#12-4, GX#12-4S |
| 01/16/15 | $4,000 | Invecon Check | GX#12-4, GX#12-4T |
| 01/26/15 | $4,000 | Invecon Check | GX#12-4, GX#12-4U |
| 01/30/15 | $5,100 | Invecon Check | GX#12-4, GX#12-4V |
| 02/05/15 | $5,000 | Invecon Check | GX#12-4, GX#12-4W |



# Odebrecht Transfers to Venture Overseas
## 2014 to 2016

- ● Full Transaction(s) Amount
- ● Odebrecht Funds

Klienfeld Services — **$700,000** → Plastiquim — **$367,541** → Venture Overseas

$1,000,000 → Cosani → $1,500,000

Sarawak Corporation → $500,000

$648,000 → Italcom → $1,500,000

Select Engineering → $1,296,000 → $3,453,184 / $1,944,000

GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-22
AO386-C

Source: GX#4-7, GX#4-7A, GX#4-8, GX#4-11, GX#12-1, GX#12-1E, GX#12-1I, GX#12-15, GX#12-15L
Note: Transaction amounts do not reflect wire fees associated with the transaction.

CRP-DOJ-0003146341

# Odebrecht Transfers: Plastiquim



- Full Transaction(s) Amount
- Odebrecht Funds

**Klienfeld Services**

05/27/14: **$700,000** →

**Plastiquim**

06/20/14: **$100,000** →
Venture Overseas

10/07/16: $34,300 **$15,125** →

12/05/16: **$2,916** →

**Venture Overseas**
SunTrust Bank x7442

**Tuberias Pacifico**

08/15/14: **$249,500** →

Source: GX#4-7, GX#4-7A, GX#4-8, GX#4-11, GX#12-1, GX#12-1E, GX#12-1I, GX#12-15, GX#12-15L
Note: Transaction amounts do not reflect wire fees associated with the transaction.

CRP-DOJ-0003146342

# Odebrecht Transfers: Plastiquim
## Government Exhibit Sources

| Date | Amount | Description | GX# |
|---|---|---|---|
| 05/22/14 | $700,000 | Promissory Note | GX#4-8 |
| 05/27/14 | $700,000 | Klienfeld to Plastiquim | GX#4-7, GX#4-7A |
| 06/20/14 | $100,000 | Plastiquim to Venture Overseas | GX#4-7, GX#4-11, GX#12-1, GX#12-1E |
| 10/07/16 | $15,125 | Plastiquim to Venture Overseas | GX#4-11, GX#12-1, GX#12-1I |
| 12/05/16 | $2,916 | Plastiquim to Venture Overseas | GX#4-11, GX#12-1, GX#12-15L |
| 08/15/14 | $249,500 | Tuberias Pacifico to Venture Overseas | GX#4-11, GX#12-1, GX#12-15 |

CRP-DOJ-0003146343

# Plastiquim Funds: Improvements to 7233 Los Pinos

● **Full Transaction(s) Amount**
● **Odebrecht Funds**

**Plastiquim**
**Banco**
**Bolivariano**
**Panama S.A.**
**x3230**

**06/20/14:**
**$100,000**
→

**Venture**
**Overseas**
**SunTrust Bank**
**x7442**

**07/30/14:**
**$70,000**
**$70,000**
→

**Invecon**
**SunTrust Bank**
**x2213**

**07/30/14**
**to 08/15/14:**
**$46,006**
**$46,006**
↓



**Home Improvements:**
**7233 Los Pinos Blvd,**
**Coral Gables, FL**

AO38B-C

**GOVERNMENT**
**EXHIBIT**

CASE
NO.    22-cr-20114-KMW

EXHIBIT
NO.    12-23

<u>Source:</u> GX#4-7, GX#4-11, GX#12-1, GX#12-1E, GX#12-4, GX#12-4A, GX#12-4B,
GX#12-4C, GX#12-4D, GX#12-4E, GX#12-4F, GX#12-4G, GX#12-4H, Zillow Image
<u>Note:</u> Transaction amounts do not reflect wire fees associated with the transaction.

CRP-DOJ-0003146344

# Plastiquim Funds: Improvements to 7233 Los Pinos
## Checks Disbursed from Invecon

| Cleared Date | Amount | Check No. | Payee | Memo |
|---|---|---|---|---|
| 07/30/14 | $4,000 | 1029 | Roberto Guzman | Los pinos |
| 07/30/14 | 23,325 | 1031 | Biaggi Cucina | Los Pinos / Kitchen 50% |
| 08/01/14 | 2,400 | 1030 | Franklin Rodriguez | Los Pinos / Finishing |
| 08/05/14 | 2,350 | 1037 | Closet Factory | Los Pinos / corner room closet |
| 08/05/14 | 4,229 | 1038 | Kuadra LLC | Los Pinos / Bathroom tile |
| 08/11/14 | 2,100 | 1045 | Roberto Guzman | Los pinos / Handy […] |
| 08/12/14 | 5,000 | 1052 | AG Star Construction | Los Pinos / Contractor Permitting |
| 08/15/14 | 2,602 | 1044 | A&G Solutions USA, Inc. | Los Pinos / Electrical 2008850 |
| **Total** | **$46,006** | | | |

Source: GX#12-4, GX#12-4A, GX#12-4B, GX#12-4C, GX#12-4D, GX#12-4E, GX#12-4F, GX#12-4G, GX#12-4H

CRP-DOJ-0003146345

# Plastiquim Funds: Improvements to 7233 Los Pinos
## Government Exhibit Sources

| Date | Amount | Description | GX# |
|------|--------|-------------|-----|
| 06/20/14 | $100,000 | Plastiquim to Venture Overseas | GX#4-7, GX#4-11, GX#12-1, GX#12-1E |
| 07/30/14 | $70,000 | Venture Overseas to Invecon | GX#12-1, GX#12-4 |
| 07/30/14 | $4,000 | Invecon Check | GX#12-4, GX#12-4A |
| 07/30/14 | $23,325 | Invecon Check | GX#12-4, GX#12-4B |
| 08/01/14 | $2,400 | Invecon Check | GX#12-4, GX#12-4C |
| 08/05/14 | $2,350 | Invecon Check | GX#12-4, GX#12-4E |
| 08/05/14 | $4,229 | Invecon Check | GX#12-4, GX#12-4D |
| 08/11/14 | $2,100 | Invecon Check | GX#12-4, GX#12-4F |
| 08/12/14 | $5,000 | Invecon Check | GX#12-4, GX#12-4G |
| 08/15/14 | $2,602 | Invecon Check | GX#12-4, GX#12-4H |

CRP-DOJ-0003146346

# Sanchez Funds: Improvements to 7233 Los Pinos



**Sanchez Company**

**South Florida Account**

● **Transaction Amounts**
● **Sanchez Funds**

**Global Reinsurance**
Merrill Lynch
x7059

12/02/15:
**$510,000**

→

**American Land**
SunTrust Bank
x6203

12/02/15:
$300,000
**$300,000**

→

**Invecon**
SunTrust Bank
x2213

12/03/15
to 12/30/15:
$82,608
**$82,608**

↓



**Home Improvements:
7233 Los Pinos Blvd,
Coral Gables, FL**



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO.  22-cr-20114-KMW
EXHIBIT NO.  12-24

Source: GX#10-1, GX#10-1A, GX#12-3, GX#12-3B, GX#12-4, GX#12-4X, GX#12-4Y, GX#12-4Z, GX#12-4AA, GX#12-4BB, GX#12-4CC, GX#12-4DD, GX#12-4EE, GX#12-4FF, GX#12-4GG, GX#12-4HH, Zillow Image
Note: Transaction amounts do not reflect wire fees associated with the transaction.

CRP-DOJ-0003146347

# Sanchez Funds: Improvements to 7233 Los Pinos
## Checks Disbursed from Invecon

**DRAFT**

| Cleared Date | Amount | Check No. | Payee | Memo |
|---|---|---|---|---|
| 12/03/15 | $6,543 | 1515 | Kuadra LLC | Los Pinos paver material Kuadra |
| 12/07/15 | 35,228 | 1516 | Vista Construction Services | LOS PINOS WINDOWS & DOORS |
| 12/07/15 | 11,540 | 1517 | Florida Standard Roofing | Los Pinos new roof |
| 12/14/15 | 3,340 | 1549 | El Peregrino Pool Plastering | Los Pinos/Pool Plaster |
| 12/22/15 | 7,283 | 1570 | Nricardo's | Los Pinos/2nd Payment |
| 12/22/15 | 2,190 | 1575 | North West Plumbing | Los Pinos/3480/201461/201571 |
| 12/22/15 | 3,500 | 1576 | Pete's Backyard LLC | Los Pinos/Landscaping |
| 12/28/15 | 2,000 | 1577 | Avila Garage Doors | Los Pinos/Gate Sensors, […] |
| 12/28/15 | 1,855 | 1578 | The Floors King | Los Pinos/Floor Polish |
| 12/29/15 | 2,729 | 1581 | Portal Groups Tile, Inc | Los pinos Tile work inv #284, #290 |
| 12/30/15 | 6,400 | 1580 | Nricardo Pavers | Los Pinos/ Paver Balance |
| **Total** | **$82,608** | | | |

Source: GX#12-4, GX#12-4X, GX#12-4Y, GX#12-4Z, GX#12-4AA, GX#12-4BB, GX#12-4CC, GX#12-4DD, GX#12-4EE, GX#12-4FF, GX#12-4GG, GX#12-4HH     USAO-DOJ-0003146348

# Sanchez Funds: Improvements to 7233 Los Pinos
## Government Exhibit Sources

| Date | Amount | Description | GX# |
|------|--------|-------------|-----|
| 12/02/15 | $510,000 | Global Reinsurance to American Land | GX#10-1, GX#10-1A, GX#12-3, GX12-3B |
| 12/02/15 | $300,000 | American Land to Invecon | GX#12-3, GX#12-4 |
| 12/03/15 | $6,543 | Invecon Check | GX#12-4, GX#12-4X |
| 12/07/15 | $35,228 | Invecon Check | GX#12-4, GX#12-4Z |
| 12/07/15 | $11,540 | Invecon Check | GX#12-4, GX#12-4Y |
| 12/14/15 | $3,340 | Invecon Check | GX#12-4, GX#12-4AA |
| 12/22/15 | $7,283 | Invecon Check | GX#12-4, GX#12-4BB |
| 12/22/15 | $2,190 | Invecon Check | GX#12-4, GX#12-4DD |
| 12/22/15 | $3,500 | Invecon Check | GX#12-4, GX#12-4CC |
| 12/28/15 | $2,000 | Invecon Check | GX#12-4, GX#12-4FF |
| 12/28/15 | $1,855 | Invecon Check | GX#12-4, GX#12-4EE |
| 12/29/15 | $2,729 | Invecon Check | GX#12-4, GX#12-4GG |
| 12/30/15 | $6,400 | Invecon Check | GX#12-4, GX#12-4HH |

CRP-DOJ-0003146349

# 7233 Los Pinos: Purchase, Improvements, and Sale

● **Full Transaction(s) Amount**
● **Odebrecht Funds + Sanchez Funds**

| **Purchase of Los Pinos** | **Home Improvements** | **Sale of Los Pinos** |

**Invecon LLC**
**SunTrust Bank**
**x2213**

07/30/14 to 12/30/15: $305,067
**$305,067**

**Los Pinos Home LLC**

06/03/14: $2,700,567



04/28/17: Sale for $4,100,000
Net Proceeds of $3,664,584

**Los Pinos Home LLC**
**City National Bank**
**x3202**

7233 Los Pinos Blvd, Coral Gables, FL

**GOVERNMENT EXHIBIT**

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-25

Source: GX#9-5, GX#9-7, GX#9-8, GX#12-4, GX#12-10, Zillow Image
Note: Transaction amounts do not reflect wire fees associated with the transaction.

CRP-DOJ-0003146350



# Odebrecht Transfers to Venture Overseas
## 2014 to 2016

● **Full Transaction(s) Amount**
● **Odebrecht Funds**

Klienfeld Services

Plastiquim

$700,000

$367,541

$1,000,000

Cosani

$1,500,000

$500,000

Sarawak Corporation

**Venture Overseas**

Italcom

$648,000

$1,500,000

Select Engineering

$1,296,000

$3,453,184
$1,944,000

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-26

Source: GX#5-1, GX#6-3, GX#6-4, GX#12-1, GX#12-2, GX#12-2B, GX#12-15, GX#14-2
Note: Transaction amounts do not reflect wire fees associated with the transaction.

CRP-DOJ-0003146351

# Odebrecht Transfers: Italcom



● **Full Transaction(s) Amount**
● **Odebrecht Funds**

**Sarawak Corporation**

11/14/14:
$300,000

12/11/14:
$348,000

**Italcom**
**Towerbank**
**x3486**

12/06/13:
$1,500,000

**Venture Overseas**

**Select Engineering**

09/02/14:
$648,000

09/15/14:
$648,000

03/22/16:
$3,453,184
$1,944,000

**Total: $1,944,000**

Source: GX#5-1, GX#6-3, GX#6-4, GX#12-1, GX#12-2, GX#12-2B, GX#12-15, GX#14-2
Note: Transaction amounts do not reflect wire fees associated with the transaction.

CRP-DOJ-0003146352

# Odebrecht Transfers: Italcom
## Government Exhibit Sources

| Date | Amount | Description | GX# |
|---|---|---|---|
| 12/10/14 | $1,500,000 | Promissory Note | GX#5-1 |
| 12/06/13 | $1,500,000 | Venture Overseas to Italcom | GX#12-1, GX#12-15 |
| | | | |
| 12/10/14 | $1,944,000 | Promissory Note | GX#5-1 |
| 09/02/14 | $648,000 | Select Engineering to Italcom | GX#6-3, GX#6-4, GX#14-2 |
| 09/15/14 | $648,000 | Select Engineering to Italcom | GX#6-3, GX#6-4, GX#14-2 |
| 11/13/14 | $300,000 | Sarawak Corporation to Italcom | GX#6-3, GX#14-2 |
| 12/11/14 | $348,000 | Sarawak Corporation to Italcom | GX#6-3, GX#14-2 |
| 03/22/16 | $3,453,184 | Italcom to Venture Overseas | GX#6-3, GX#12-2, GX#12-2B |

CRP-DOJ-0003146353

# Italcom Funds: Purchase of 1902 SW 22nd St.



**1902 SW 22nd St., Miami, FL**

- ● **Full Transaction(s) Amount**
- ● **Odebrecht Funds**



**Italcom** Towerbank x3486

03/22/16: $3,453,184 **$1,944,000**

**Venture Overseas** SunTrust Bank x0434

05/25/16: $1,217,392 **$1,217,392**

**Venture Overseas** SunTrust Bank x7442

05/27/16: $1,375,450 **$1,217,392**

**Tomas Kucera** BofA x0819

06/01/16: $2,665,403 **$1,217,392**

**Tomas Kucera** BofA x9758

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-27

Source: GX#6-3, GX#12-1, GX#12-1K, GX#12-2, GX#12-2B, GX#12-11, GX#12-12, GX#13-4, Google Maps Image
Note: Transaction amounts do not reflect wire fees associated with the transaction.

CRP-DOJ-0003146354

# Italcom Funds: Purchase of 1902 SW 22nd St.
## Government Exhibit Sources

| Date | Amount | Description | GX# |
|------|--------|-------------|-----|
| 03/22/16 | $3,453,184 | Italcom to Venture Overseas x0434 | GX#6-3, GX#12-2, GX#12-2B |
| 05/25/16 | $1,217,392 | Venture Overseas x0434 to Venture Overseas x7442 | GX#12-1, GX#12-2 |
| 05/27/16 | $1,375,450 | Venture Overseas x7442 to Tomas Kucera x0819 | GX#12-1, GX#12-1K, GX#12-11 |
| 06/01/16 | $2,665,403 | Tomas Kucera x0819 to Tomas Kucera x9758 | GX#12-11, GX#12-12 |

CRP-DOJ-0003146355

# Total Venture Overseas Transactions With Selected Entities
## April 1, 2011 through November 30, 2017

| Selected Entity | Inflows | Outflows | Net |
|---|---|---|---|
| Italcom | $ 3,971,791 | $ (1,500,000) | $ 2,471,791 |
| Envases Del Litoral | 3,743,521 | - | 3,743,521 |
| Cosani | 1,499,980 | - | 1,499,980 |
| Plasticos Del Litoral Plastlit | 1,011,727 | - | 1,011,727 |
| Plasticos Continentales Plasconti | 753,722 | - | 753,722 |
| Tuberias Pacifico | 249,500 | - | 249,500 |
| Plastiquim | 210,485 | - | 210,485 |
| Jaime Roberto Simon Isaias | 195,395 | - | 195,395 |
| Tuberias Pacifico | 136,443 | - | 136,443 |
| **Total** | **$ 11,772,563** | **$ (1,500,000)** | **$ 10,272,563** |



GOVERNMENT EXHIBIT

CASE NO. 22-CR-20114-KMW

EXHIBIT NO. 12-28

Source: GX#6-3, GX#7-4, GX#12-1, GX#12-1B, GX#12-1C, GX# 12-1I, GX#12-2, GX#12-2B, GX#12-13, GX#12-14, GX#12-15, GX#12-15J

CRP-DOJ-0003146356