# Fwd: DOC

| | |
|---|---|
| **From:** | John Polit <john.polit@▮▮▮▮▮▮▮> |
| **To:** | Tamara Devos <tamara.devos@▮▮▮▮▮▮▮▮▮▮▮▮> |
| **Date:** | Thu, 03 Mar 2016 22:26:16 +0000 |
| **Attachments:** | MODELO FACTURA.xls (28.16 kB) |

Begin forwarded message:

**From:** Loli Beltrán <lbeltran@▮▮▮▮▮▮▮▮▮▮>
**Subject: Fwd: DOC**
**Date:** March 2, 2016 at 10:38:55 AM EST
**To:** john.polit@▮▮▮▮▮

--
Saludos
Loli Beltrán C.
ASISTENTE DE PRESIDENCIA
AV. REPUBLICA DEL SALVADOR 491
Y NACIONES UNIDAS, ED. SUYANA PISO 11
TELF: 593 2 3330046 AL 3330051

--
Saludos
Loli Beltrán C.
ASISTENTE DE PRESIDENCIA
AV. REPUBLICA DEL SALVADOR 491
Y NACIONES UNIDAS, ED. SUYANA PISO 11
TELF: 593 2 3330046 AL 3330051



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 13-1

CRP-DOJ-0001301029