# LOGO CIA.

GLOBAL REINSURANCE BROKER INC.    INVOICE:    **# FACTURA**
201 The Rogers Office Building    DATE    NOVIEMBRE 30, 2015
Edwin Wallace Rey Drive
George Hill, Alguila

| DESCRIPCION | USD$ |
|---|---|
| ASESORAMIENTO TECNICO Y FISCALIZACION POR EL AÑO 2015 | 510,000.00 |
| TOTAL | 510,000.00 |

**DIRECCION EMPRESA**
**TELEFONO EMPRESA**

