# Fwd: DOC

| | |
|---|---|
| **From:** | John Polit <john.polit@███████> |
| **To:** | Tamara Devos <tamara.devos@███████████████> |
| **Date:** | Thu, 03 Mar 2016 22:26:16 +0000 |
| **Attachments:** | MODELO FACTURA.xls [INVOICE TEMPLATE.xls] (28.16 kB) |

Begin forwarded message:

**From:** Loli Beltrán <lbeltran@████████████>
**Subject: Fwd: DOC**
**Date:** March 2, 2016 at 10:38:55 AM EST
**To:** john.polit@████████

--
Regards
Loli Beltrán C.
ASSISTANT TO THE OFFICE OF THE PRESIDENT
AV. REPUBLICA DEL SALVADOR 491
Y NACIONES UNIDAS, ED. SUYANA PISO 11
TELEPHONE: 593 2 3330046 TO 3330051

--
Regards
Loli Beltrán C.
ASSISTANT TO THE OFFICE OF THE PRESIDENT
AV. REPUBLICA DEL SALVADOR 491
Y NACIONES UNIDAS, ED. SUYANA PISO 11
TELEPHONE: 593 2 3330046 TO 3330051

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 13-1B

CRP-DOJ-0001301029_TR