# COMPANY LOGO

GLOBAL REINSURANCE BROKER INC.  
201 The Rogers Office Building  
Edwin Wallace Rey Drive  
George Hill, Alguila  

INVOICE:   INVOICE #  
DATE      NOVEMBER 30, 2015  

| DESCRIPTION | USD$ |
|---|---|
| TECHNICAL ADVICE AND AUDITING FOR THE YEAR 2015 | 510,000.00 |
| TOTAL | 510,000.00 |

BUSINESS ADDRESS  
BUSINESS TELEPHONE  



AO386-C  
GOVERNMENT EXHIBIT  
CASE NO. 22-cr-20114-KMW  
EXHIBIT NO. 13-1C