Re: DOC  AÑOS 2012 x



Tamara Devos <tamara.devos@▮▮▮>
para mí, john.polit@▮▮▮

vie., 4 mar. 2016 14:50

Buenas tardes Loli

Adjunto esta la factura modificada

Cordialmente

Tamara Devos



AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 13-2

CRP-DOJ-0001244220