# Invoice

**AMERICAN LAND INVESTMENT & DEVELOPMENT**
1820 SW 3rd Avenue
Miami FL 33129

| Date | Invoice # |
|---|---|
| 11/30/2015 | 101 |

**Bill To**
GLOBAL REINSURANCE BROKER INC
201 The Rogers Office Building
Edwin Wallace Rey Dr
George Hill, Anguila

**Ship To**
GLOBAL REINSURANCE BROKER INC
201 The Rogers Office Building
Edwin Wallace Rey Dr
George Hill, Anguila

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 11/30/2015 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | Services | Asesoramiento Tecnico y Fiscalizacion 2015 | 510,000.00 | 510,000.00 |

**Total** $510,000.00



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 13-2A

CRP-DOJ-0001244221