Re: DOC  YEARS 2012

Tamara Devos <tamara.devos@████████>
to me, john.polit@████

Fri., Mar. 4, 2016 2:50 p.m.

Good afternoon Loli

The amended invoice is attached

Kind regards

Tamara Devos



GOVERNMENT EXHIBIT

CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 13-2B

CRP-DOJ-0001244220_TR