# Re: DOC

| | |
|---|---|
| **From:** | Loli Beltrán <lbeltran@███████> |
| **To:** | John C Polit <john.polit@███████> |
| **Date:** | Fri, 04 Mar 2016 20:42:40 +0000 |

Estimado

No hay problema lo que necesitamos es el respaldo y en este caso esta la factura.

Saludos
Loli

El 4 de marzo de 2016, 15:40, John C Polit <john.polit@███████> escribió:

> Creo que invoice 101 deberiamos de cambiar
>
> Que opinan ?
>
> Sent from my iPhone
>
> On Mar 4, 2016, at 2:50 PM, Tamara Devos <tamara.devos@███████> wrote:
>
>> Buenas tardes Loli
>>
>> Adjunto esta la factura modificada
>>
>> Cordialmente
>>
>> Tamara Devos
>>
>> From: Loli Beltrán <lbeltran@███████>
>> Sent: Friday, March 4, 2016 10:11 AM
>> To: Tamara Devos
>> Subject: Re: DOC
>>
>> Estimada Tamara
>>
>> Por favor necesito que me ayuden cambiando la fecha con 30 de noviembre del 2015 ya que en esa fecha se les realizo el pago.
>>
>> En espera de lo solicitado.
>>
>> Saludos
>> Loli
>>
>> El 3 de marzo de 2016, 17:57, Tamara Devos <tamara.devos@███████> escribió:
>>
>>> Buenas tardes Loli
>>>
>>> Le envio adjunto una factura ejemplo, dejenos saber si le parece bien este formato y manana le enviamos la definitiva

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 13-3

Gracias por su respuesta

Cordialmente

Tamara Devos

**From:** John Polit <john.polit@███████>
**Sent:** Thursday, March 3, 2016 5:26 PM
**To:** Tamara Devos
**Subject:** Fwd: DOC

Begin forwarded message:

**From:** Loli Beltrán <lbeltran@███████>
**Subject:** Fwd: DOC
**Date:** March 2, 2016 at 10:38:55 AM EST
**To:** john.polit@███

--
Saludos
Loli Beltrán C.
ASISTENTE DE PRESIDENCIA
AV. REPUBLICA DEL SALVADOR 491
Y NACIONES UNIDAS, ED. SUYANA PISO 11
TELF: 593 2 3330046 AL 3330051


--
Saludos
Loli Beltrán C.
ASISTENTE DE PRESIDENCIA
AV. REPUBLICA DEL SALVADOR 491
Y NACIONES UNIDAS, ED. SUYANA PISO 11
TELF: 593 2 3330046 AL 3330051


--
Saludos
Loli Beltrán C.
ASISTENTE DE PRESIDENCIA
AV. REPUBLICA DEL SALVADOR 491
Y NACIONES UNIDAS, ED. SUYANA PISO 11
TELF: 593 2 3330046 AL 3330051

<20160304152406005.pdf>

--
Saludos
Loli Beltrán C.
ASISTENTE DE PRESIDENCIA
AV. REPUBLICA DEL SALVADOR 491

Y NACIONES UNIDAS, ED. SUYANA PISO 11
TELF: 593 2 3330046 AL 3330051

CRP-DOJ-0001301033