## Re: DOC

**From:** Loli Beltrán <lbeltran@▇▇▇▇▇▇▇▇▇▇▇▇>
**To:** John C Polit <john.polit@▇▇▇▇▇▇▇>
**Date:** Fri, 04 Mar 2016 20:42:40 +0000

Dear

No problem, what we need is the supporting documents, and in this case there is the invoice.

Regards
Loli

On Mar 4, 2016, 15:40, John C Polit <john.polit@▇▇▇▇▇▇▇> wrote:

> I think we should change invoice 101
>
> What do you guys think ?
>
> Sent from my iPhone
>
> On Mar 4, 2016, at 2:50 PM, Tamara Devos <tamara.devos@▇▇▇▇▇▇▇▇▇▇▇▇> wrote:
>
>> Good afternoon Loli
>>
>> Please find attached the amended invoice
>>
>> Sincerely
>>
>> Tamara Devos
>>
>> ---
>>
>> **From:** Loli Beltrán <lbeltran@▇▇▇▇▇▇▇▇▇▇▇▇>
>> **Sent:** Friday, March 4, 2016 10:11 AM
>> **To:** Tamara Devos
>> **Subject:** Re: DOC
>>
>> Dear Tamara
>>
>> I need you to kindly help me by changing the date to November 30, 2015, as the payment was made to you on that date.
>>
>> I shall await a response to what was requested.
>>
>> Regards
>> Loli
>>
>> On March 3, 2016, 17:57, Tamara Devos <tamara.devos@▇▇▇▇▇▇▇▇▇▇▇▇> wrote:
>>
>>> Good afternoon Loli.
>>>
>>> Please find attached a sample invoice, let us know if you are ok with this format and tomorrow we will send you the final one



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 13-3A

CRP-DOJ-0001301031_TR

Thank you for your reply

Sincerely

Tamara Devos

From: John Polit <john.polit@███████>
Sent: Thursday, March 3, 2016 5:26 PM
To: Tamara Devos
Subject: Fwd: DOC

Begin forwarded message:

From: Loli Beltrán <lbeltran@███████████>
Subject: Fwd: DOC
Date: March 2, 2016 at 10:38:55 AM EST
To: john.polit@███████

--
Kind regards
Loli Beltran C.
ASSISTANT TO THE PRESIDENT
AV. REPUBLICA DEL SALVADOR 491
AND UNITED NATIONS, ED. SUYANA 11TH FLOOR
TEL: 593 2 3330046 TO 3330051

--
Kind regards
Loli Beltran C.
ASSISTANT TO THE PRESIDENT
AV. REPUBLICA DEL SALVADOR 491
AND UNITED NATIONS, ED. SUYANA 11TH FLOOR
TEL: 593 2 3330046 TO 3330051

--
Kind regards
Loli Beltran C.
ASSISTANT TO THE PRESIDENT
AV. REPUBLICA DEL SALVADOR 491
AND UNITED NATIONS, ED. SUYANA 11TH FLOOR
TEL: 593 2 3330046 TO 3330051

<20160304152406005.pdf>

--
Kind regards
Loli Beltran C.
ASSISTANT TO THE PRESIDENT
AV. REPUBLICA DEL SALVADOR 491

AND UNITED NATIONS, ED. SUYANA 11TH FLOOR
TEL: 593 2 3330046 TO 3330051

CRP-DOJ-0001301033_TR