| HUD-1 | | U.S. Department of Housing | |
|---|---|---|---|
| A. Settlement Statement | | and Urban Development | OMB No. 2502-0265 |

**B. Type of Loan**

| ○ 1. FHA | ○ 2. FmHA | ○ 3. Conv. Unins. | 6. File Number<br>16-19th Ave Bld | 7. Loan Number<br>ID: | 8. Mortg. Ins. Case Num. |
|---|---|---|---|---|---|
| ○ 4. VA | ○ 5. Conv. Ins. | | | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME OF BORROWER: | 1900 OFFICE BUILDING, LLC, a Florida limited liability company |
| Address of Borrower: | 1902 SW 22nd Street, Miami, Florida 33145 |
| E. NAME OF SELLER: | 1031 Exchange Experts, LLC as QI for ELMO PROPERTIES, INC., a Florida corporation, Exchanger |
| Address of Seller: | 2741 CORAL WAY, Miami, Florida 33145    TIN: |
| F. NAME OF LENDER: | |
| Address of Lender: | |
| G. PROPERTY LOCATION: | 1902 SW 22ND STREET, Coral Gables, Florida 33145 |
| H. SETTLEMENT AGENT: | Tomas Kucera, P.A.    TIN: 26-0219011 |
| Place of Settlement: | 255 University Drive, Coral Gables, Florida 33134    Phone: |
| I. SETTLEMENT DATE: | 6/1/16        DISBURSEMENT DATE: 6/1/16 |

| J. Summary of borrower's transaction | | K. Summary of seller's transaction | |
|---|---|---|---|
| **100. Gross amount due from borrower:** | | **400. Gross amount due to seller:** | |
| 101. Contract sales price | 2,672,000.00 | 401. Contract sales price | 2,672,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (Line 1400) | 22,057.00 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross amount due from borrower: | 2,694,057.00 | 420. Gross amount due to seller: | 2,672,000.00 |
| **200. Amounts paid by or in behalf of borrower:** | | **500. Reductions in amount due to seller:** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 1,144,100.58 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. Principal amount of second mortgage | | 504. Payoff of first mortgage loan | 206,167.36 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Deposits held by seller | |
| 207. Principal amt of mortgage held by seller | | 507. Principal amt of mortgage held by seller | |
| 208. Tenant's Security Deposits (per Rent Roll Aff) | 19,464.00 | 508. Tenant's Security Deposits (per Rent Roll Aff) | 19,464.00 |
| 209. | | 509. | |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes from 01/01/16 to 05/31/16 | 10,250.03 | 511. County taxes from 01/01/16 to 05/31/16 | 10,250.03 |
| 212. Rents ($18,125) MAY '16 from 05/31/16 to 05/31/16 | 584.68 | 512. Rents ($18,125) MAY '16 from 05/31/16 to 05/31/16 | 584.68 |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total paid by/for borrower: | 30,298.71 | 520. Total reductions in amount due seller: | 1,380,566.67 |
| **300. Cash at settlement from/to borrower:** | | **600. Cash at settlement to/from seller:** | |
| 301. Gross amount due from borrower (line 120) | 2,694,057.00 | 601. Gross amount due to seller (line 420) | 2,672,000.00 |
| 302. Less amount paid by/for the borrower (line 220) | (30,298.71) | 602. Less total reductions in amount due seller (line 520) | (1,380,566.67) |
| 303. Cash ( ☑ From  ☐ To ) Borrower: | 2,663,758.29 | 603. Cash ( ☑ To  ☐ From ) Seller: | 1,291,433.33 |

Substitute Form 1099 Seller Statement: The information contained in blocks E, G, H, and I and on line 401 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported.

Seller Instructions: If this real estate was your principal residence, file Form 2119, Sale or Exchange of Principal Residence, for any gain, with your tax return; for other transactions, complete the applicable parts of Form 4797, Form 6252 and/or Schedule D (Form 1040).

Borrower's Initial(s):        Seller's Initial(s):

DoubleTime



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 13-4

CRP-DOJ-0000248744

| HUD-1 | U.S. Department of Housing and Urban Development | | Page 2 |
|---|---|---|---|
| **L. Settlement Charges** | | Paid from Borrower's Funds at Settlement | Paid from Seller's Funds at Settlement |
| 700. Total Sales/Brokers Com. based on price $2,672,000.00 @ % = 110,135.59 | | | |
| 701. 110,135.59 | % to WATERFRONT INVESTMENT REAL ESTATE LLC | | |
| 702. | % to | | |
| 703. Commission paid at settlement | | | 110,135.59 |
| 704. | to | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Loan origination fee | % to | | |
| 802. Loan discount | % to | | |
| 803. Appraisal fee | to | | |
| 804. Credit report | to | | |
| 805. Lender's inspection fee | to | | |
| 806. Mortgage insurance application fee | to | | |
| 807. Assumption Fee | to | | |
| 808. | to | | |
| 809. | to | | |
| 810. | to | | |
| 811. | to | | |
| **900. Items Required by Lender to be Paid in Advance** | | | |
| 901. Interest from | to @ /day | | |
| 902. Mortgage insurance premium for | months to | | |
| 903. Hazard insurance premium for | years to | | |
| 904. Flood insurance premium for | years to | | |
| 905. | years to | | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Hazard insurance | months @ per month | | |
| 1002. Mortgage insurance | months @ per month | | |
| 1003. City property taxes | months @ per month | | |
| 1004. County property taxes | months @ per month | | |
| 1005. Annual assessments | months @ per month | | |
| 1006. Flood insurance | months @ per month | | |
| 1007. | months @ per month | | |
| 1008. | months @ per month | | |
| 1009. Aggregate accounting adjustment | | | |
| **1100. Title Charges** | | | |
| 1101. Settlement or closing fee | to Tomas Kucera, P.A. | 2,350.00 | |
| 1102. Abstract or title search | to Tomas Kucera | 350.00 | |
| 1103. Title examination | to | | |
| 1104. Title insurance binder | to | | |
| 1105. Document preparation | to | | |
| 1106. Seller Docs | to Stephen L. Vinson, Jr. PA | | 1,250.00 |
| 1107. Attorney's Fees | to Tomas Kucera, P.A. | 8,750.00 | |
| (includes above item numbers: ) | | | |
| 1108. Title insurance | to Old Republic Nat. Title/Tomas Kucera | 9,255.00 | |
| (includes above item numbers: ) | | | |
| 1109. Lender's coverage (Premium): | | | |
| 1110. Owner's coverage (Premium): | $2,672,000.00 ($9,255.00) | | |
| 1111. Endorse: | | | |
| 1112. | to | | |
| 1113. | to | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Recording fees | Deed $27.00 Mortgage(s) Releases | 27.00 | |
| 1202. City/county tax/stamps | Deed $12,024.00 Mortgage(s) | | 12,024.00 |
| 1203. State tax/stamps | Deed $16,032.00 Mortgage(s) | | 16,032.00 |
| 1204. Affidavit | to Miami-Dade Clerk of Court | | 18.50 |
| 1205. | to | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Survey S-12050 | to Miguel Espinosa Land Surveying, Inc. | 1,200.00 | |
| 1302. Wire Fee / Fedex / COurier | to Tomas Kucera, P.A. | 125.00 | 75.00 |
| 1303. Municipal Lien Search # 61379 | to Rapid Liens Inc. | | 350.00 |
| 1304. Water - Accnt No. 1653857200 | to Miami-Dade Water and Sewer | | 124.07 |
| 1305. Water Hold | to ELMO PROPERTIES, INC. | | 500.00 |
| 1306. Open Invoices | to City of Miami | | 2,588.42 |
| 1307. Courier | to Stephen L. Vinson, Jr. PA | | 105.00 |
| 1308. Exchange Fee | to 1031 Exchange Experts, LLC | | 900.00 |
| 1309. Additional expenses | (See Attached Addendum) | | 1,000,000.00 |
| **1400. Total Settlement Charges** | | | |
| (Enter on lines 103, Section J and 502, Section K) | | 22,057.00 | 1,144,100.58 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

TamaraDevcic 06/01/16 Borrower _____ 6-1-16 Seller

_____ Borrower _____ Seller

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused, or will cause, the funds to be disbursed in accordance with this statement.

Tomas Kucera, P.A.
By: _____    06-01-2016
As Its Authorized Representative    Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

DoubleTime©

CRP-DOJ-00002487245

# HUD-1 SETTLEMENT STATEMENT
## ADDENDUM

| | |
|---|---|
| FILE NUMBER: | 16-19th Ave Bld |
| NAME OF BORROWER: | 1900 OFFICE BUILDING, LLC, a Florida limited liability company |
| Address of Borrower: | 1902 SW 22nd Street, Miami, Florida 33145 |
| NAME OF SELLER: | 1031 Exchange Experts, LLC as QI for ELMO PROPERTIES, INC., a Florida corporation, Exchanger |
| Address of Seller: | 2741 CORAL WAY, Miami, Florida 33145 |
| NAME OF LENDER: | |
| Address of Lender: | |
| PROPERTY LOCATION: | 1902 SW 22ND STREET, Coral Gables, Florida 33145 |
| SETTLEMENT AGENT: | Tomas Kucera, P.A. |
| Place of Settlement: | 255 University Drive, Coral Gables, Florida 33134 |
| SETTLEMENT DATE: | 6/1/16          DISBURSEMENT DATE: 6/1/16 |

### Itemization of Additional HUD Line Items

| Description | Payee | Borrower POC | Seller POC | Borrower | Seller |
|---|---|---|---|---|---|
| Exchange Proceeds | 1031 Exchange Experts, LLC | | | | 1000000.00 |
| | Total HUD Line 1309 Expenses: | 0.00 | 0.00 | 0.00 | 1,000,000.00 |

This addendum is attached to a HUD-1 Settlement Statement executed by the aforementioned parties and is attached to said HUD Statement for the purpose of itemizing expenses reflected on line 1309 of page 2 thereof.

Borrower's Initial(s): T.D.

Seller's Initial(s):

DoubleTime®