

# State of Florida

## Department of State

I certify the attached is a true and correct copy of the complete file of 1900 OFFICE BUILDING, LLC, a limited liability company, organized under the laws of the State of Florida, as shown by the records of this office.

The document number of this company is L16000095029.

Given under my hand and the Great Seal of the State of Florida at Tallahassee, the Capital, this the Tenth day of August, 2023

*Cord Byrd*
*Secretary of State*



CR2E022 (01-11)

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 13-5

CRP-DOJ-0002403229

# Electronic Articles of Organization For
# Florida Limited Liability Company

L16000095029
FILED 8:00 AM
May 16, 2016
Sec. Of State
tbrown

## Article I

The name of the Limited Liability Company is:

1900 OFFICE BUILDING, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

1902 SW 22 STREET
MIAMI, FL.  33145

The mailing address of the Limited Liability Company is:

1902 SW 22 STREET
MIAMI, FL.  33145

## Article III

The name and Florida street address of the registered agent is:

TOMAS KUCERA PA
255 UNIVERSITY DR
CORAL GABLES, FL.  33134

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   TOMAS KUCERA

# Article IV

The name and address of person(s) authorized to manage LLC:

**L16000095029**
**FILED 8:00 AM**
**May 16, 2016**
**Sec. Of State**
**tbrown**

Title:  MGR
TAMARA  DEVOS
1902 SW 22 STREET
MIAMI, FL.   33145  US

## Signature of member or an authorized representative

Electronic Signature: TAMARA DEVOS

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

CRP-DOJ-0002403231

# 2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L16000095029

**Entity Name:** 1900 OFFICE BUILDING, LLC

**FILED**
**Mar 23, 2017**
**Secretary of State**
**CC8244318392**

**Current Principal Place of Business:**

1902 SW 22 STREET
MIAMI, FL 33145

**Current Mailing Address:**

1902 SW 22 STREET
MIAMI, FL 33145

**FEI Number:** 81-2817720                              **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TOMAS KUCERA PA
255 UNIVERSITY DR
CORAL GABLES, FL 33134 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____
Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | DEVOS, TAMARA |
| Address | 1902 SW 22 STREET |
| City-State-Zip: | MIAMI FL 33145 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: TAMARA DEVOS                    MANAGER                    03/23/2017
_____
Electronic Signature of Signing Authorized Person(s) Detail                Date

CRP-DOJ-0002403232

**2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L16000095029

**Entity Name:** 1900 OFFICE BUILDING, LLC

**FILED**
**Apr 25, 2018**
**Secretary of State**
**CC4263947981**

**Current Principal Place of Business:**

1902 SW 22 STREET
MIAMI, FL 33145

**Current Mailing Address:**

1902 SW 22 STREET
MIAMI, FL 33145

**FEI Number:** 81-2817720                                    **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

TOMAS KUCERA PA
255 UNIVERSITY DR
CORAL GABLES, FL 33134 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

 Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | DEVOS, TAMARA |
| Address | 1902 SW 22 STREET |
| City-State-Zip: | MIAMI FL 33145 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: TAMARA DEVOS                              MGR                    04/25/2018

 Electronic Signature of Signing Authorized Person(s) Detail                              Date

CRP-DOJ-0002403233

**2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L16000095029

**Entity Name:** 1900 OFFICE BUILDING, LLC

**Current Principal Place of Business:**

1902 SW 22 STREET
MIAMI, FL 33145

**Current Mailing Address:**

1902 SW 22 STREET
MIAMI, FL 33145

**FEI Number: 81-2817720**

**Name and Address of Current Registered Agent:**

TOMAS KUCERA PA
255 UNIVERSITY DR
CORAL GABLES, FL 33134  US

**FILED**
**Apr 15, 2019**
**Secretary of State**
**9595455319CC**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                                                    Date

**Authorized Person(s) Detail :**

Title                MGR

Name              DEVOS, TAMARA

Address          1902 SW 22 STREET

City-State-Zip:  MIAMI  FL  33145

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: TAMARA DEVOS                                                                                 04/15/2019

_____

Electronic Signature of Signing Authorized Person(s) Detail                                         Date

CRP-DOJ-0002403234

**2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L16000095029

**Entity Name:** 1900 OFFICE BUILDING, LLC

**FILED**

**Mar 03, 2020**
**Secretary of State**
**3185444630CC**

**Current Principal Place of Business:**

14 NE 1ST AVENUE
1401
MIAMI, FL 33132

**Current Mailing Address:**

PO BOX 450447
MIAMI, FL 33245-0447 US

**FEI Number: 81-2817720**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUICK BOOKKEEPING OF DORAL LLC
7791 NW 46TH STREET
109
DORAL, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ALEJANDRO DIAZ                                                                03/03/2020

Electronic Signature of Registered Agent                                                        Date

**Authorized Person(s) Detail :**

Title            MGR

Name         YCAZA, JOSE LUIS

Address     14 NE 1ST STREET
                   1401

City-State-Zip:   MIAMI FL 33132

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE LUIS YCAZA                          MANAGER                   03/03/2020

Electronic Signature of Signing Authorized Person(s) Detail                                      Date

CRP-DOJ-0002403235

**2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L16000095029

**Entity Name:** 1900 OFFICE BUILDING, LLC

**FILED**

**Apr 28, 2021**
**Secretary of State**
**6349704821CC**

**Current Principal Place of Business:**

175 SW 7TH STREET
2416
MIAMI, FL 33130

**Current Mailing Address:**

PO BOX 450447
MIAMI, FL 33245-0447 US

**FEI Number:** 81-2817720

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUICK BOOKKEEPING OF DORAL LLC
7791 NW 46TH STREET
109
DORAL, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ALEJANDRO DIAZ                                04/28/2021

        Electronic Signature of Registered Agent                               Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | YCAZA, JOSE LUIS |
| Address | 175 SW 7TH STREET 2416 |
| City-State-Zip: | MIAMI FL 33130 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE LUIS YCAZA                    MANAGER              04/28/2021

        Electronic Signature of Signing Authorized Person(s) Detail                        Date

## ᴸ16 0000 95029

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP      ☐ WAIT      ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____   Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



300384502243

04/22/22--01018--015   ⁑⁑55.00



CRP-DOJ-0002403237

## COVER LETTER

**TO:**   Registration Section
         Division of Corporations

**SUBJECT:  1900 Office Building, LLC**
_____
                Name of Limited Liability Company

Dear Sir or Madam:

The enclosed Statement of Authority and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

Omar Ortega
_____
                Name of Person

Dorta & Ortega, P.A.
_____
                Firm/Company

3860 SW 8th Street, Third Floor
_____
                Address

Coral Gables, Florida 33134
_____
                City/State and Zip Code

oortega@dortaandortega.com
_____
     E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Omar Ortega
_____  at ( _305_ )   _461-5454_
           Name of Person                 Area Code   Daytime Telephone Number

**Mailing Address:**                    **Street Address:**
Registration Section                    Registration Section
Division of Corporations                Division of Corporations
P.O. Box 6327                           The Centre of Tallahassee
Tallahassee, FL 32314                   2415 N. Monroe Street, Suite 810
                                        Tallahassee, FL 32303

CR2E138 (2/14)

CRP-DOJ-0002403238

## STATEMENT OF AUTHORITY

Pursuant to section 605.0302(1). Florida Statutes. this limited liability company submits the following statement of authority:

**FIRST:** The name of the limited liability company is: 1900 Office Building, LLC

2022 APR 22 PM 3: 57

**SECOND:** The Florida Document Number of the limited liability company is: L16000095029

**THIRD:** The street address of the limited liability company's principal office is:

175 SW 7th Street

2416

Miami, Florida 33130

The mailing address of the limited liability company's principal office is:

P.O. Box 450447

Miami, Florida 33245-0447

**FOURTH:** This statement of authority grants or sets limitations of authority on all persons having the status or position of a person in a company, whether as a member, transferee, manager, officer or otherwise or to a specific person on the following:

1. May execute an instrument transferring or encumbering real property held in the name of the company.

    a. Granted to: John C. Polit, Sole Member

    b. No authority granted to: Jose Luis Yeaza, Manager

2. May enter into other transactions on behalf of, or otherwise act for or bind, the company.

    a. Granted to : John C. Polit, Sole Member; Jose Luis Yeaza, Manager

    b. No authority granted to: 

Signature of authorized representative

John C. Polit
Typed or printed name of signature

Filing Fee:        $25.00
Certified Copy:  $30.00 (optional)

CR2E138 (2/14)

CRP-DOJ-0002403239

**2022 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L16000095029

**Entity Name:** 1900 OFFICE BUILDING, LLC

**Current Principal Place of Business:**

175 SW 7TH STREET
2416
MIAMI, FL 33130

**Current Mailing Address:**

PO BOX 450447
MIAMI, FL 33245-0447 US

**FEI Number:** 81-2817720

**Name and Address of Current Registered Agent:**

QUICK BOOKKEEPING OF DORAL LLC
7791 NW 46TH STREET
109
DORAL, FL 33166 US

**FILED**
**Sep 16, 2022**
**Secretary of State**
**7842726961CC**

**Certificate of Status Desired:** No

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ALEJANDRO DIAZ                                                                     09/16/2022
_____                                             _____
              Electronic Signature of Registered Agent                                          Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGR |
| Name | YCAZA, JOSE LUIS |
| Address | 175 SW 7TH STREET |
| | 2416 |
| City-State-Zip: | MIAMI FL 33130 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOSE LUIS YCAZA                          MANAGING DIRECTOR         09/16/2022
_____                             _____
          Electronic Signature of Signing Authorized Person(s) Detail                Date

CRP-DOJ-0002403240

L16000095029

(Requestor's Name)

(Address)

(Address)

(City/State/Zip/Phone #)

☐ PICK-UP    ☐ WAIT    ☐ MAIL

(Business Entity Name)

(Document Number)

Certified Copies _____    Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



900400663019

01/18/23--01015--018   **25.00

CRP-DOJ-0002403241

# ARTICLES OF AMENDMENT
## TO
## ARTICLES OF ORGANIZATION
## OF

1900 OFFICE BUILDING, LLC
_____

**(Name of the Limited Liability Company as it now appears on our records.)**
(A Florida Limited Liability Company)

The Articles of Organization for this Limited Liability Company were filed on 05/16/2016 _____ and assigned

Florida document number L16000095029 _____.

This amendment is submitted to amend the following:

**A. If amending name, <u>enter the new name of the limited liability company here</u>:**

_____
The new name must be distinguishable and contain the words "Limited Liability Company," the designation "LLC" or the abbreviation "L.L.C."

Enter new principal offices address, if applicable:

*(Principal office address MUST BE A STREET ADDRESS)*

Enter new mailing address, if applicable:

*(Mailing address MAY BE A POST OFFICE BOX)*

**B. If amending the registered agent and/or registered office address on our records, <u>enter the name of the new registered agent and/or the new registered office address here</u>:**

| | |
|---|---|
| Name of New Registered Agent: | DORTA & ORTEGA, P.A. |
| New Registered Office Address: | 3860 SW 8th Street, PH |
| | *Enter Florida street address* |
| | Coral Gables , Florida 33134 |
| | *City* *Zip Code* |

**New Registered Agent's Signature, if changing Registered Agent:**

*I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 605, F.S. Or, if this document is being filed to merely reflect a change in the registered office address, I hereby confirm that the limited liability company has been notified in writing of this change.*

If Changing Registered Agent, Signature of New Registered Agent

CRP-DOJ-0002403242

**If amending Authorized Person(s) authorized to manage, <u>enter the title, name, and address of each person  being added or removed from our records</u>:**

MGR =   Manager
AMBR = Authorized Member

| <u>Title</u> | <u>Name</u> | <u>Address</u> | <u>Type of Action</u> |
|---|---|---|---|
| MGR | Jose Luis Ycaza | 175 SW 7TH STREET #2416 MIAMI, FL 33130 | ☐ Add |
| | | | ■ Remove |
| | | | ☐ Change |
| MGR | Ecco Property Management, LLC | 2050 Coral Way, Suite 511 Miami, Florida 33145 | ■ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |
| | | | ☐ Add |
| | | | ☐ Remove |
| | | | ☐ Change |

# COVER LETTER

TO:  **Registration Section**
     **Division of Corporations**

          1900 OFFICE BUILDING, LLC
**SUBJECT:** _____
                  Name of Limited Liability Company

The enclosed Articles of Amendment and fee(s) are submitted for filing.

Please return all correspondence concerning this matter to the following:

      John Polit
      _____
                  Name of Person

      1900 OFFICE BUILDING, LLC
      _____
                  Firm/Company

      175 SW 7TH ST #2416
      _____
                  Address

      MIAMI, FL 33130
      _____
                  City/State and Zip Code

      john@thebuildco.com
      _____
          E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

Omar Ortega                       305     461-5454
_____ at (_____) _____
    Name of Person                  Area Code    Daytime Telephone Number

Enclosed is a check for the following amount:

■ $25.00 Filing Fee   ☐ $30.00 Filing Fee &   ☐ $55.00 Filing Fee &   ☐ $60.00 Filing Fee,
                  Certificate of Status     Certified Copy       Certificate of Status &
                                  (additional copy is enclosed)   Certified Copy
                                                     (additional copy is enclosed)

**Mailing Address:**                     **Street Address:**
Registration Section                 Registration Section
Division of Corporations             Division of Corporations
P.O. Box 6327                       The Centre of Tallahassee
Tallahassee, FL 32314               2415 N. Monroe Street, Suite 810
                                        Tallahassee, FL 32303

CRP-DOJ-0002403244

**D. If amending any other information, enter change(s) here:** *(Attach additional sheets, if necessary.)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**E. Effective date, if other than the date of filing:** _____ **(optional)**
(If an effective date is listed, the date must be specific and cannot be prior to date of filing or more than 90 days after filing.) Pursuant to 605.0207 (3)(b)
<u>Note:</u>  If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

If the record specifies a delayed effective date, but not an effective time, at 12:01 a.m. on the earlier of: (b)   The 90th day after the record is filed.

Dated ___January 10_____ , ___2023____ .

_____
Signature of a member or authorized representative of a member

John Polit
_____
Typed or printed name of signee

**Filing Fee:  $25.00**

CRP-DOJ-0002403245

**2023 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L16000095029

**Entity Name:** 1900 OFFICE BUILDING, LLC

**FILED**

**Feb 04, 2023**
**Secretary of State**
**7289093163CC**

**Current Principal Place of Business:**

2050 CORAL WAY
SUITE 511
MIAMI, FL 33145

**Current Mailing Address:**

2050 CORAL WAY
SUITE 511
MIAMI, FL 33145 US

**FEI Number:** 81-2817720

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

QUICK BOOKKEEPING OF DORAL LLC
7791 NW 46TH STREET
109
DORAL, FL 33166 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: ALEJANDRO DIAZ                                                                                    02/04/2023

          Electronic Signature of Registered Agent                                                                Date

**Authorized Person(s) Detail :**

Title          MANAGER

Name         ECCO PROPERTY MANAGEMENT LLC

Address      2050 CORAL WAY
               SUITE 511

City-State-Zip:  MIAMI FL 33145

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOHN POLIT                           PRESIDENT         02/04/2023

          Electronic Signature of Signing Authorized Person(s) Detail             Date

CRP-DOJ-0002403246



### State of Florida

#### Department of State

**CERTIFICATION OF PUBLIC RECORD**
**PURSUANT TO FED. R. EVID. 902(4)**

I, RoseAnn Varnadore, Bureau Chief for Commercial Information Services, Custodian of Records for the Division of Corporations, Florida Department of State, hereby certify that the attached are true copies of all filings of 1900 OFFICE BUILDING, LLC, document number L16000095029 a limited liability company organized under the laws of the State of Florida, as shown by the official records on file with said Division.

RoseAnn Varnadore
August 11, 2023

