

1900

A0386-C

**GOVERNMENT EXHIBIT**

CASE NO.    22-cr-20114-KMW

EXHIBIT NO.    13-6

CRP-DOJ-0003142967