# ESTADO DE CUENTA
## CTA. CTE. REGULAR JURIDICA EXTRANJERA

**CREDICORP BANK S.A.**
RUC: 37405-45-267330  Dv 75

**SELECT ENGINEERING CONSULTING AND SERV**
PALM CHAMBERS, 197 MAIN STREET,
ROAD TOWN, TORTOLA, BVI
PO BOX 3174

| | |
|---|---|
| Pagina: | 50 |
| Fecha de Corte | 2011/02/07 |
| Fecha Hasta | 2018/05/22 |
| Cuenta: | 4010228962 |
| Digito Verificador | 4 |

8912

| | |
|---|---|
| Ejecutivo: | EDUARDO LUCIO PATRAO |
| Telefono | 210-1111 |
| Fax | |
| E-mail | |

| Fecha | Transaccion | Ref. | Retiros | Depositos | Saldo | Disponible |
|---|---|---|---|---|---|---|
| 2014/08/07 | TRANSFERENCIA ENVIADA A | 1908663 | 403,900 00 | | 258,946 16 | 258,946 16 |
| 2014/08/08 | TRANSFERENCIA ENVIADA A | 1910059 | 173,100 00 | | 85,846 16 | 85,846 16 |
| 2014/08/19 | N/CR TRANSFERENCIA AUTOMA | 135633 | | 530,400 00 | 616,246 16 | 616,246 16 |
| 2014/08/20 | TRANSFERENCIA ENVIADA A | 1924678 | 500,000 00 | | 116,246 16 | |
| 2014/08/20 | TRANSFERENCIA ENVIADA A | 1924683 | 109,300 00 | | 6,946 16 | |
| 2014/08/20 | N/CR TRANSFERENCIA AUTOMA | 120831 | | 5,812,400 00 | 5,819,346 16 | |
| 2014/08/20 | TRANSFERENCIA ENVIADA A | 1925251 | 90,000 00 | | 5,729,346 16 | 5,729,346 16 |
| 2014/08/21 | TT NO JORGE HENRIQUE SIMOE | 5905 | 500,000 00 | | 5,229,346 16 | |
| 2014/08/21 | TT NO JORGE HENRIQUE SIMOE | 5905 | 625 00 | | 5,228,721 16 | |
| 2014/08/21 | TT NO JORGE HENRIQUE SIMOE | 5905 | 15 00 | | 5,228,706 16 | |
| 2014/08/21 | ITBMS | 5905 | 43 75 | | 5,228,662 41 | |
| 2014/08/21 | ITBMS | 5905 | 1 05 | | 5,228,661 36 | 5,228,661 36 |
| 2014/08/22 | TRANSFERENCIA ENVIADA A | 1927111 | 500,000 00 | | 4,728,661 36 | |
| 2014/08/22 | TRANSFERENCIA ENVIADA A | 1927116 | 500,000 00 | | 4,228,661 36 | |
| 2014/08/22 | TRANSFERENCIA ENVIADA A | 1927119 | 388,880 00 | | 3,839,781 36 | |
| 2014/08/22 | TRANSFERENCIA ENVIADA A | 1927141 | 500,000 00 | | 3,339,781 36 | |
| 2014/08/22 | TRANSFERENCIA ENVIADA A | 1927146 | 500,000 00 | | 2,839,781 36 | |
| 2014/08/22 | TRANSFERENCIA ENVIADA A | 1927148 | 387,850 00 | | 2,451,931 36 | 2,451,931 36 |
| 2014/08/27 | N/CR TRANSFERENCIA AUTOMA | 115702 | | 5,256,000 00 | 7,707,931 36 | |
| 2014/08/27 | TRANSFERENCIA ENVIADA A | 1931961 | 500,000 00 | | 7,207,931 36 | |
| 2014/08/27 | TRANSFERENCIA ENVIADA A | 1931967 | 500,000 00 | | 6,707,931 36 | |
| 2014/08/27 | TRANSFERENCIA ENVIADA A | 1931977 | 192,060 00 | | 6,515,871 36 | |
| 2014/08/27 | TRANSFERENCIA ENVIADA A | 1932073 | 500,000 00 | | 6,015,871 36 | |
| 2014/08/27 | TRANSFERENCIA ENVIADA A | 1932075 | 500,000 00 | | 5,515,871 36 | |
| 2014/08/27 | TRANSFERENCIA ENVIADA A | 1932233 | 500,000 00 | | 5,015,871 36 | |
| 2014/08/27 | TRANSFERENCIA ENVIADA A | 1932235 | 500,000 00 | | 4,515,871 38 | |
| 2014/08/27 | TRANSFERENCIA ENVIADA A | 1932237 | 286,854 00 | | 4,229,017 36 | 4,229,017 36 |
| 2014/08/28 | TT NO HK BOAFUTURO IMPORT | 12403 | 50,000 00 | | 4,179,017 36 | |
| 2014/08/28 | TT NO HK BOAFUTURO IMPORT | 12403 | 65 00 | | 4,178,952 36 | |
| 2014/08/28 | TT NO HK BOAFUTURO IMPORT | 12403 | 15 00 | | 4,178,937 36 | |
| 2014/08/28 | ITBMS | 12403 | 4 55 | | 4,178,932 81 | |
| 2014/08/28 | ITBMS | 12403 | 1 05 | | 4,178,931 78 | |
| 2014/08/28 | TT NO SHENZHEN CLT TED TEC | 12536 | 7,430 00 | | 4,171,501 76 | |
| 2014/08/28 | TT NO SHENZHEN CLT TED TEC | 12536 | 50 00 | | 4,171,451 76 | |
| 2014/08/28 | TT NO SHENZHEN CLT TED TEC | 12536 | 15 00 | | 4,171,436 76 | |
| 2014/08/28 | ITBMS | 12536 | 3 50 | | 4,171,433 26 | |
| 2014/08/28 | ITBMS | 12536 | 1 05 | | 4,171,432 21 | 4,171,432 21 |
| 2014/08/29 | TRANSFERENCIA ENVIADA A | 1934947 | 500,000 00 | | 3,671,432 21 | |
| 2014/08/29 | TRANSFERENCIA ENVIADA A | 1934952 | 269,000 00 | | 3,402,432 21 | |
| 2014/08/29 | TT NO SEABOURN CRUISE LINE | 1664 | 15,304 86 | | 3,387,127 35 | |
| 2014/08/29 | TT NO SEABOURN CRUISE LINE | 1664 | 50 00 | | 3,387,077 35 | |
| 2014/08/29 | TT NO SEABOURN CRUISE LINE | 1664 | 15 00 | | 3,387,062 35 | |
| 2014/08/29 | ITBMS | 1664 | 3 50 | | 3,387,058 85 | |
| 2014/08/29 | ITBMS | 1664 | 1 05 | | 3,387,057 80 | 3,387,057 80 |
| 2014/09/01 | TRANSFERENCIA ENVIADA A | 1938718 | 500,000 00 | | 2,687,057 80 | |
| 2014/09/01 | TRANSFERENCIA ENVIADA A | 1939507 | 500,000 00 | | 2,387,057 80 | |
| 2014/09/01 | TRANSFERENCIA ENVIADA A | 1939509 | 500,000 00 | | 1,887,057 80 | 1,887,057 60 |
| 2014/09/02 | INTERNET ACH DEBITO | 1 | 1,200 00 | | 1,885,857 80 | |
| 2014/09/02 | COMISION ACH INTERNET | 1 | 1 00 | | 1,685,856 60 | |
| 2014/09/02 | ITBMS | 4301940243 | 0 07 | | 1,885,856 73 | |
| 2014/09/02 | TRANSFERENCIA ENVIADA A | 1940330 | 500,000 00 | | 1,385,656 73 | |
| 2014/09/02 | trasnf a towerbank cta 0320001348 | 113109 | 848,000 00 | | 737,856 73 | |
| 2014/09/02 | trasnf a towerbank cta 0320001348 | 113109 | 165 00 | | 737,691 73 | |

Fiel copia del documento / imagen
que reposa en nuestros archivos

2 3 MAY 2018

CREDICORP BANK, S.A.



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 14-2A

CRP-DOJ-0000477021

**ESTADO DE CUENTA**
**CTA. CTE. REGULAR JURIDICA EXTRANJERA**

**CREDICORP BANK S.A.**
RUC: 37405-45-267330  Dv 75

2913

| Pagina: | 51 |
|---|---|
| Fecha de Corte | 2011/02/07 |
| Fecha Hasta | 2018/05/22 |
| Cuenta: | 4010228962 |
| Digito Verificador | 4 |

**SELECT ENGINEERING CONSULTING AND SERV**

**PALM CHAMBERS, 197 MAIN STREET,**
**ROAD TOWN, TORTOLA, BVI**
**PO BOX 3174**

| Ejecutivo: | EDUARDO LUCIO PATRAO |
|---|---|
| Telefono | 210-1111 |
| Fax | |
| E-mail | |

| Fecha | Transaccion | Ref. | Retiros | Depositos | Saldo | Disponible |
|---|---|---|---|---|---|---|
| 2014/09/02 | ITBMS | 113109 | 11 55 | | 737,880 18 | 737,880 18 |
| 2014/09/03 | N/CR TRANSFERENCIA AUTOMA | 124146 | | 3,082,145 22 | 3,819,825 40 | 3,819,825 40 |
| 2014/09/04 | TRANSFERENCIA ENVIADA A | 1943106 | 500,000 00 | | 3,319,825 40 | |
| 2014/09/04 | TRANSFERENCIA ENVIADA A | 1943108 | 500,000 00 | | 2,819,825 40 | |
| 2014/09/04 | BNF ASSETS AND CORPORATE | 18155 | 11,000 00 | | 2,808,825 40 | |
| 2014/09/04 | BNF ASSETS AND CORPORATE | 18155 | 50 00 | | 2,808,775 40 | |
| 2014/09/04 | BNF ASSETS AND CORPORATE | 18155 | 15 00 | | 2,808,760 40 | |
| 2014/09/04 | ITBMS | 18155 | 3 50 | | 2,808,758 90 | |
| 2014/09/04 | ITBMS | 18155 | 1 05 | | 2,808,755 85 | 2,808,755 85 |
| 2014/09/08 | TRANSFERENCIA ENVIADA A | 1946876 | 500,000 00 | | 2,308,755 85 | |
| 2014/09/08 | TRANSFERENCIA ENVIADA A | 1946878 | 500,000 00 | | 1,808,755 85 | 1,808,755 85 |
| 2014/09/09 | TRANSFERENCIA ENVIADA A | 1948142 | 500,000 00 | | 1,308,755 85 | |
| 2014/09/09 | TRANSFERENCIA ENVIADA A | 1948144 | 250,000 00 | | 1,058,755 85 | |
| 2014/09/09 | TRANSFERENCIA ENVIADA A | 1948148 | 500,000 00 | | 558,755 85 | |
| 2014/09/09 | TRANSFERENCIA ENVIADA A | 1948151 | 250,000 00 | | 308,755 85 | 308,755 85 |
| 2014/09/11 | TT NO CHAIN UNITED LIMITED A | 4124 | 15,000 00 | | 293,755 85 | |
| 2014/09/11 | TT NO CHAIN UNITED LIMITED A | 4124 | 50 00 | | 293,705 85 | |
| 2014/09/11 | TT NO CHAIN UNITED LIMITED A | 4124 | 15 00 | | 293,690 85 | |
| 2014/09/11 | ITBMS | 4124 | 3 50 | | 293,687 35 | |
| 2014/09/11 | ITBMS | 4124 | 1 05 | | 293,686 30 | |
| 2014/09/11 | TT NO HK BOAFUTURO IMPORT | 4438 | 36,000 00 | | 257,686 30 | |
| 2014/09/11 | TT NO HK BOAFUTURO IMPORT | 4438 | 65 00 | | 257,621 30 | |
| 2014/09/11 | TT NO HK BOAFUTURO IMPORT | 4438 | 15 00 | | 257,606 30 | |
| 2014/09/11 | ITBMS | 4438 | 4 55 | | 257,601 75 | |
| 2014/09/11 | ITBMS | 4438 | 1 05 | | 257,600 70 | |
| 2014/09/11 | TT NO BNW FORTUNE CO LTD A | 4316 | 37,348 00 | | 220,252 70 | |
| 2014/09/11 | TT NO BNW FORTUNE CO LTD A | 4316 | 65 00 | | 220,187 70 | |
| 2014/09/11 | TT NO BNW FORTUNE CO LTD A | 4316 | 15 00 | | 220,172 70 | |
| 2014/09/11 | ITBMS | 4316 | 4 55 | | 220,188 15 | |
| 2014/09/11 | ITBMS | 4316 | 1 05 | | 220,167 10 | |
| 2014/09/11 | N/CR TRANSFERENCIA AUTOMA | 140633 | | 6,445,000 00 | 8,665,167 10 | 8,665,167 10 |
| 2014/09/12 | TRANSFERENCIA ENVIADA A | 1952672 | 500,000 00 | | 6,165,167 10 | |
| 2014/09/12 | TRANSFERENCIA ENVIADA A | 1952674 | 500,000 00 | | 5,685,167 10 | |
| 2014/09/12 | TRANSFERENCIA ENVIADA A | 1952676 | 500,000 00 | | 5,185,167 10 | |
| 2014/09/12 | TRANSFERENCIA ENVIADA A | 1952694 | 250,000 00 | | 4,915,167 10 | |
| 2014/09/12 | TRANSFERENCIA ENVIADA A | 1952711 | 500,000 00 | | 4,415,167 10 | |
| 2014/09/12 | TRANSFERENCIA ENVIADA A | 1952716 | 500,000 00 | | 3,915,167 10 | |
| 2014/09/12 | TRANSFERENCIA ENVIADA A | 1952727 | 500,000 00 | | 3,415,167 10 | |
| 2014/09/12 | TRANSFERENCIA ENVIADA A | 1952930 | 500,000 00 | | 2,915,167 10 | |
| 2014/09/12 | TRANSFERENCIA ENVIADA A | 1952932 | 500,000 00 | | 2,415,167 10 | |
| 2014/09/12 | TRANSFERENCIA ENVIADA A | 1952940 | 500,000 00 | | 1,915,167 10 | |
| 2014/09/12 | TRANSFERENCIA ENVIADA A | 1952944 | 320,000 00 | | 1,595,167 10 | 1,595,167 10 |
| 2014/09/13 | N/CR TRANSFERENCIA AUTOMA | 114917 | | 500,000 00 | 2,095,167 10 | 2,095,167 10 |
| 2014/09/15 | trasnf a TOWERBANK CTA 0320 | 125540 | 648,000 00 | | 1,447,167 10 | |
| 2014/09/15 | trasnf a TOWERBANK CTA 0320 | 125540 | 165 00 | | 1,447,002 10 | |
| 2014/09/15 | ITBMS | 125540 | 11 55 | | 1,446,990 55 | 1,446,990 55 |
| 2014/09/17 | TRANSFERENCIA ENVIADA A | 1959967 | 500,000 00 | | 948,990 55 | |
| 2014/09/17 | TRANSFERENCIA ENVIADA A | 1959969 | 400,000 00 | | 546,990 55 | |
| 2014/09/17 | TT NO FS DOLPHIN SANITARY W | 2025 | 7,563 00 | | 539,427 55 | |
| 2014/09/17 | TT NO FS DOLPHIN SANITARY W | 2025 | 50 00 | | 539,377 55 | |
| 2014/09/17 | TT NO FS DOLPHIN SANITARY W | 2025 | 15 00 | | 539,382 55 | |
| 2014/09/17 | ITBMS | 2025 | 3 50 | | 539,359 05 | |
| 2014/09/17 | ITBMS | 2025 | 1 05 | | 539,358 00 | |

Fiel copia del documento / imagen
que reposa en nuestros archivos

2 3 MAY 2018

CREDICORP BANK, S.A.