ACTA DE ALLANAMIENTO

DORMITORIO 1

CAJA 1:
04 Relojes: Bulova, Patek, Longines, Cartier
14 anillos color dorado con un peso de 95 gramos
13 pares de aretes y arete solo color dorado con un peso de 82 gramos
09 Cadenas color dorado con un peso de 143 gramos
10 Dijes color dorado con un peso de 60 gramos
05 Esclavas color dorado con un peso de 143 gramos
8 Pulseras color dorado con un peso de 107 gramos

CAJA 2:
24 pares de aretes color dorado con un peso de 228 gramos
07 Dijes color dorado con un peso de 39 gramos
14 Cadenas color dorado con un peso de 243 gramos
09 Pulseras color dorado, con un peso de 208 gramos
11 anillos color dorado  con un peso de 85 gramos

CAJA 3:
11 Cadenas color plateado con un peso de  231 gramos
09 pulseras color plateado con un peso de 171 gramos
02 relojes: Cartier y Bulova
24 anillos plateados color plateado con un peso de 180 gramos
18 pares de aretes color plateado con un peso de 144 gramos
04 dijes color plateado con un peso de 29 gramos
08 aretes individuales color plateado con un peso de 15 gramos

CAJA 4:
19 collares tipo perla de diversos colores con un peso de 898 gramos
04 pulseras tipo perla de varios colores con un peso de 75 gramos
O5 pares de aretes tipo perla de varios colores con un peso de 13 gramos
01 arete de perla individual con un peso de 02 gramos
02 cadenas color dorado con un peso de 60 gramos
05 pulseras color dorado con peso de 116 gramos
15 pares de aretes color dorado con peso de 103  gramos
2 individuales color dorado con peso de 06 gramos



03 anillos color dorado con peso de 22 gramos
02 dijes color dorado con peso de 09 gramos
02 prendedores color dorado con peso de 24 gramos
01 llavero color dorado con peso de 12 gramos

Interior de la caja Fuerte:

1 Reloj color negro, marca TAGHEUER
1 Reloj color plateado, marca SKAGEN
1 Reloj color negro, marca TED BAKER
1 Reloj color plateado con dorado, marca D´MARIO
1 Moneda color plateada con la leyenda FIFA WORLD CUP BRASIL
1 Pluma color plata, marca CROSS

Documentos:

10 hojas de papel bond (5 hojas de carta, 5 documentos personales)
01 Pen Drive, color azul en estuche
18 billetes de papel moneda de 1 dólar americano
16 billetes de papel moneda de 20 dólares americanos
16 billetes de papel moneda de 10 dólares americanos
48 billetes de papel moneda de 02 dólares americanos
30 billetes de papel moneda de 500 euros.

Ab. Giovanny Santiago García Barriga
Fiscal FEDOTI 03 DEL GUAYAS

Cptn. Jaime Vega Castillo
JEFE OPERATIVO DE LA ULCO GUAYAS

Cbop. Franklin Quimis Castillo
AGENTE DE LA ULCO GUAYAS

Poli. Richard Paul Salto Carangui
AGENTE DE LA ULCO GUAYAS

Ab. Julio Veliz Franco
SECRETARIO FEDOTI 3