SEARCH RECORD

BEDROOM 1

BOX 1:
04 Watches: Bulova, Patek, Longines, Cartier
14 gold-colored rings weighing 95 grams
13 pairs of gold-colored earrings and a single earring weighing 82 grams
09 Gold-colored chains weighing 143 grams
10 Gold-colored charms weighing 60 grams
05 Gold-colored bangles weighing 143 grams
8 Gold-colored bracelets weighing 107 grams

BOX 2:
24 pairs of gold-colored earrings weighing 228 grams
07 Gold-colored charms weighing 39 grams
14 Gold-colored chains weighing 243 grams
09 Gold-colored bracelets weighing 208 grams
11 gold-colored rings weighing 85 grams

BOX 3:
11 Silver-colored chains weighing 231 grams
09 silver-colored bracelets weighing 171 grams
02 watches: Cartier and Bulova
24 silver-colored rings weighing 180 grams
18 pairs of silver-colored earrings weighing 144 grams
04 silver-colored charms weighing 29 grams
08 individual silver-colored earrings weighing 15 grams

BOX 4:
19 pearl-like necklaces in various colors weighing 898 grams
04 pearl-like bracelets in various colors weighing 75 grams
O5 [sic] pairs of pearl-like earrings in various colors weighing 13 grams
01 individual pearl-like earring weighing 02 grams
02 gold-colored chains weighing 60 grams
05 gold-colored bracelets weighing 116 grams
15 pairs of gold-colored earrings weighing 103 grams
2 individual gold-colored weighing 06 grams [sic]



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 15-1A

03 gold-colored rings weighing 22 grams
02 gold-colored charms weighing 09 grams
02 gold-colored brooches weighing 24 grams
01 gold-colored keyring weighing 12 grams

Inside the safe:

1 Black-colored watch, TAGHEUER brand
1 Silver-colored watch, SKAGEN brand
1 Black-colored watch, TED BAKER brand
1 Silver-colored with gold watch, D'MARIO brand
1 Silver-colored coin with the inscription FIFA WORLD CUP BRASIL
1 Silver-colored pen, CROSS brand

Documents:

10 sheets of bond paper (5 letter-sized sheets, 5 personal documents)
01 Blue-colored Pen Drive in a case
18 1-US dollar paper currency bills
16 20-US dollar paper currency bills
16 10-US dollar paper currency bills
48 02-US dollar paper currency bills
30 500-euro paper currency bills.

|  |  |
|---|---|
| Atty. Giovanny Santiago Garcia Barriga<br>FEDOTI [Specialized Prosecutor's Office in Transnational and International Organized Crime] 03<br>GUAYAS Prosecutor | Capt. Jaime Vega Castillo<br>ULCO [Unit for Combatting Organized Crime]<br>GUAYAS OPERATIONS CHIEF |
| LCpl. Franklin Quimis Castillo<br>ULCO GUAYAS AGENT | Off. Richard Paul Salto Carangui<br>ULCO GUAYAS AGENT |

Atty. Julio Veliz Franco
FEDOTI 3 SECRETARY