GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 15-2

**PLANTA BAJA**
**INTERIOR DEL INMUEBLE**
**CUARTO No. 1**










CRP-DOJ-0002403065

**BAÑO**





**CUARTO No. 2**







## CUARTO No. 3 (DORMITORIO INFANTIL)




## BAÑO
## CUARTO No. 4




## ÀREA SOCIAL





CRP-DOJ-0002403067

**COCINA**





**COMEDOR**



**SALA**




**PASILLO**






**ESCALERA**




**SEGUNDA PLANTA**
**CUARTO No. 1**

 

**CUARTO No. 2**

 

**CUARTO No. 3**

 

CRP-DOJ-0002403070

**CUARTO No. 4**
**BODEGA**




**ÀREA SOCIAL**



**PATIO POSTERIOR**






CRP-DOJ-0002403071