



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 15-3



CRP-DOJ-0002403074_001

