# Re: Posible reunion en Quito

**From:** carlos polit <carlospolitfaggioni@████████>
**To:** ████████████████
**Date:** Mon, 11 Jan 2016 13:55:36 +0000

Ok estaré pendiente de tu llegada y ya hable con Pedro Solines para que hable con el Presi,él es el Secretario de la Administración Pública

Enviado desde mi iPhone

El 8 ene 2016, a las 8:17 a.m., ████████████████████████████████ escribió:

Mi querido Carlos,

Quiero comentarte que desde el 27 de Enero al 30 de Enero del 2.016, estare en Panama en una CONFERENCIA DE TUNIDOS. Por ello , seria deseable para mi ,que en la semana siguiente pudieras conseguirme una reunión en CARONDELET.

Deseandote suerte y salud este nuevo año 2.016, con un fuerte abrazo.

████████

AVISO: La información contenida en este correo, puede ser confidencial y para uso exclusivo de su destinatario, estar sometida a secreto profesional, y su divulgación prohibida. Asimismo, según la LOPD 15/1999, le informamos de que sus datos, serán tratados en un fichero, responsabilidad de ████████████ para el mantenimiento y desarrollo de la relación establecida, gozarán de la protección adecuada, no serán cedidos. Y puede acceder, rectificar, oponerse y cancelarlos, en la dirección del presente correo.



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 20-2