## Re: Possible meeting in Quito

**From:** carlos polit <carlospolitfaggioni@​███████>
**To:** ███████
**Date:** Mon, 11 Jan 2016 13:55:36 +0000

Ok I will be looking forward to your arrival and I have already spoken to Pedro Solines so that he can talk to the Presi, he is the Public Administration Secretary.

Sent from my iPhone

On 8 Jan 2016, at 8:17 a.m., ███████ wrote:

My dear Carlos,

I wanted to let you know that from January 27 to January 30, 2016, I will be in Panama at a TUNIDOS CONFERENCE. Therefore, I would be grateful if in the following week you could arrange a meeting for me at the CARONDELET.

Wishing you health and good fortune this new year 2016, take care.

███████

**NOTICE: The information contained in this email may be confidential and for the exclusive use of the addressee, be subject to professional secrecy, and its disclosure is prohibited. Also, according to the LOPD 15/1999, we inform you that your data will be treated in a file, under the responsibility of ███████ for the maintenance and development of the established relationship, will enjoy adequate protection, will not be transferred. And you can access, rectify, oppose and cancel them, at the address of this email.**



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 20-2A

Polit-Hotmail_0000012511_TR