UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CR-20114-KMW

**UNITED STATES OF AMERICA**

vs.

**CARLOS RAMON POLIT FAGGIONI**

     **Defendant.**
_____/

## STIPULATION OF TESTIMONY

The United States of America and the defendant, Carlos Ramon Polit Faggioni, hereby agree and stipulate to the following:

1. FDIC-OIG Special Agent David Brent would testify that SunTrust Bank, Bank of America, and City National Bank of Florida were FDIC-insured banks during the relevant time period.

2. SunTrust Bank Operations Analyst Nilsa Hernandez would testify that the Venture Overseas' SunTrust Bank account ending in 7442 was located in the Southern District of Florida.

3. SunTrust Bank Operations Analyst Nellie Robinson would testify that the Invecon SunTrust Bank account ending in 2213 was located in the Southern District of Florida.

4. Bank of America N.A. bank officer Steven Germain would testify that the Tomas Kucera Florida IOTA Trust accounts at Bank of America ending in 0819 and 9758 were located in the Southern District of Florida.

5. SunTrust Bank Operations Analyst Nellie Robinson would testify that the American Land & Investment Co. SunTrust Bank account ending in 6203 was located in the Southern District of Florida.

GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 21

6. Towerbank International bank officer Marcos Antonio Mora would testify that the wire from Sarawak Corporation to Inmobiliaria Cosani S.A. on April 29, 2014, cleared through a U.S. correspondent bank, specifically Bank of America in Sunnyvale, California.

7. BBP Bank S.A. bank officer Jose Rojas would testify that the wire from Klienfeld Services Ltd. to Plastiquim S.A. on May 27, 2014, cleared through a U.S. correspondent bank, specifically Standard Chartered Bank in New York, New York.

8. Towerbank International VP of Compliance Vidza Del Carmen Becerra would testify that the wires from Sarawak Corporation to Italcom S.A. on November 13, 2014, and December 11, 2014, cleared through a U.S. correspondent bank, specifically Wells Fargo in New York, New York.

9. The defendant was the Comptroller General of Ecuador from 2007 to 2017.