**From:** Jcp Reports <reports.jcp@■■■■■>
**To:** villanofavorito66@gmail.com <villanofavorito66@■■■■■>
**Sent:** 12/1/2015 1:37:13 PM
**Subject:** Transferencia

Suntrust Bank
Swift SNTRUS3A
ABA 061000104
Bank Address:
8699 NW 36 ST
Miami, FL 33178

Beneficiary:
American Land Investments & Development, LLC
Account: ■■■■■6203
Beneficiary Address:
■■■■■
■■■

Wellington, FL 33414



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 22

CRP-DOJ-0000017195