UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20114-KMW

UNITED STATES OF AMERICA,

vs.

CARLOS RAMON POLIT FAGGIONI,
_____/

POLIT'S INDEX OF ADMITTED
DEFENSE TRIAL EXHIBITS – FILING 1 OF 2

Undersigned counsel is uploading the attached list of Defense Trial Exhibits in Evidence, and the following admitted defense trial exhibits: 1, 1A, 3, 3A, 8A, GX-81B, 17, 17A, 18, 19, 20, 21, 22, 23, 24, 38, 38A, 39, 39A, 43, 44, 46, 47, 47A, 48, and 48A. The balance of the admitted defense trial exhibits will be filed with *Polit's Index of Admitted Defense Trial Exhibits – Filing 2 of 2*.

Respectfully submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
(305) 371-6421

/s/ *Howard Srebnick*
HOWARD SREBNICK
Florida Bar No. 919063
E-mail: HSrebnick@RoyBlack.com

/s/ *Jackie Perczek*
JACKIE PERCZEK
Florida Bar No. 0042201
JPerczek@RoyBlack.com

**BlackSrebnick**
CIVIL | CRIMINAL

**COFFEY BURLINGTON, P.L.**
*Permanent Counsel for Carlos Polit*
2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
Tel: 305-858-2900

*/s/ Fernando Tamayo*
Fernando Tamayo, Fla. Bar No. 28530
ftamayo@coffeyburlington.com
lmaltz@coffeyburlington.com
service@coffeyburlington.com



*United States v. Carlos Ramon Polit Faggioni*
Case No. 22-CR-20114-WILLIAMS

## DEFENSE TRIAL EXHIBITS IN EVIDENCE

| DX NO. | DESCRIPTION | BATES | DATE ADMITTED |
|---|---|---|---|
| 1 | Acta de Liquidacion Transaccional | CRP-DOJ-0000107355-107359 | 4/19/24 |
| 1A | Translation of Acta de Liquidacion Transaccional | CRP-DOJ-0000107355-107359 | 4/19/24 |
| 3 | Convenio de Transaccion | CRP-DOJ-0000107364-107375 | 4/19/24 |
| 3A | Translation of Convenio de Transaccion | CRP-DOJ-0000107364-107375 | 4/19/24 |
| 8A | Translation of Indicios Penales | CRP-DOJ-0002477114-0002477140 | 4/10/24 |
| GX 8-1B | Gomez – WhatsApp Chat – August 247, 2014 Translation | CRP-DOJ-0001243206_TR | 4/15/24 |
| 17 | Decree 1348 by Rafael Correa Delgado | | 4/19/24 |
| 17 A | Translation of Decree 1348 by Rafael Correa Delgado | | 4/19/24 |
| 18 | Translation of Resolution 2446 | | 4/19/24 |
| 19 | Translation of Resolution 2448 | | 4/19/24 |
| 20 | Translation of Resolution 2449 | | 4/19/24 |
| 21 | Translation of Resolution 2450 | | 4/19/24 |
| 22 | Translation of Resolution 2452 | | 4/19/24 |
| 23 | Translation of Resolution 2453 | | 4/19/24 |
| 24 | Translation of Resolution 2454 | | 4/19/24 |
| 38 | Decree 1383 | JC_DOJ_0000110-112 | 4/19/24 |
| 38 A | Translation of Decree 1383 | JC_DOJ_0000110-112 | 4/19/24 |
| 39 | Decree 498 | JC_DOJ_0000117 | 4/19/24 |
| 39 A | Translation of Decree 498 | JC_DOJ_0000117 | 4/19/24 |
| 43 | April 4, 2014, Venture Overseas check to J. Gabriel Massuh | CRP-DOJ-0000389610; 0000389772 | 4/15/24 |



*United States v. Carlos Ramon Polit Faggioni*
Case No. 22-CR-20114-WILLIAMS

| DX NO. | DESCRIPTION | BATES | DATE ADMITTED |
|---|---|---|---|
| 44 | September 4, 2014, Venture Overseas check to J. Gabriel Massuh | CRP-DOJ-0000389610; 0000389814 | 4/15/24 |
| 46 | January 17, 2012, Venture Overseas check to Luis Neme Macchiavello | 03-000237 | 4/19/24 |
| 47 | Email with Amortization Table | CRP-DOJ-0001266465-67 | 4/19/24 |
| 47 A | Translation of Email with Amortization Table | CRP-DOJ-0001266465-67 | 4/19/24 |
| 48 | September 2, 2016, email from Mauricio Neme to John Polit | CRP-DOJ-0001270807-12 | 4/19/24 |
| 48 A | Translation September 2, 2016, email from Mauricio Neme to John Polit | CRP-DOJ-0001270807-12 | 4/19/24 |
| 52 | Certificates of Authenticity of Business Records for Promissory Notes | CRP-DOJ-0003143033-37 | 4/15/24 |
| 53 | Transaction Detail Report – American Land to Global Reinsurance Broker - $400k | CRP-DOJ-0001243267 | 4/17/24 |
| 54 | Transaction Detail Report – American Land to Global Reinsurance Broker - $1,020,000 | CRP-DOJ-0001243268 | 4/17/24 |
| 55 | Transaction Detail Report – American Land to Corporate Consulting Group - $369k | CRP-DOJ-0001242580 | 4/17/24 |
| 56 | November 25, 2015, email from Tamara Devos to Diego Sanchez | CRP-DOJ-0000017170 | 4/17/24 |
| 57 | September 27, 2010, email from Tumaine to Gigo and Giginho | | 4/19/24 |
| 58 | November 11, 2011, email from Tumaine to Gigo and Giginho | | 4/19/24 |
| 59 | May 3, 2012, email from Tumaine to Gigo and Giginho | | 4/19/24 |
| 60 | June 8, 2012, email from Tumaine to Gigo and Giginho | | 4/19/24 |
| 61 | August 9, 2012, email from Tumaine to Gigo | | 4/19/24 |

*United States v. Carlos Ramon Polit Faggioni*
Case No. 22-CR-20114-WILLIAMS

| DX NO. | DESCRIPTION | BATES | DATE ADMITTED |
|---|---|---|---|
| 62 | September 18, 2012, email from Tumaine to Gigo and Giginho | | 4/19/24 |
| 63 | September 20, 2012, email from Tumaine to Gigo and Giginho | | 4/19/24 |
| 64 | October 4, 2012, email from Tumaine to Gigo and Giginho | | 4/19/24 |
| 65 | October 16, 2012, email from Gigo to Giginho | | 4/19/24 |
| 66 | October 24, 2012, email from Tumaine to Gigo and Giginho | | 4/19/24 |
| 67 | January 14, 2013, email from Tumaine to Gigo and Giginho | | 4/19/24 |
| 68 | January 28, 2013, email from Tumaine to Gigo and Giginho | | 4/19/24 |
| 84 | Joint Stipulation regarding testimony of Angela Palmeira | | 4/22/24 |
| 210 | Federico Gomez Proffer Letter | CRP-DOJ-0003143082-83 | 4/15/24 |
| 246 | Diego Sanchez Kastigar letter | CRP-DOJ-0003143092-93 | 4/17/24 |
| 281 | Payment Order on Account 7-16-10 (Dramiston Limited) | | 4/10/24 |
| 284 | Payment Order on Account 8-12-10 (Dramiston Limited) | | 4/10/24 |
| 324 | De Souza – Dramiston Limited wire information | CRP-DOJ-0000173070 | 4/11/24 |
| 368 | Email from Andretta to John Polit 12-16-14 | CRP-DOJ-0000016034 | 4/15/24 |
| 368 A | Translation Email from Andretta to John Polit 12-16-14 | CRP-DOJ-0000016034 | 4/15/24 |
| Composite 1 | Maria del Carmen Morla - PowerPoint | | 4/15/24 |

