## ACTA DE LIQUIDACIÓN TRANSACCIONAL

Conste por la presente acta de liquidación transaccional (el "**Acta de Liquidación Transaccional**" o "**Acta**"), que se levanta el 05 de octubre de 2010, con la participación de las siguientes partes:

De un lado:

(1) **HIDROPASTAZA EP** (en adelante, "**HPEP**"), representada por su Gerente General, Ab. Ciro Camilo Morán Maridueña, como consta del nombramiento y la autorización del Directorio, que se agregan como documentos habilitantes;

Y, de otro lado,

(2) **CONSTRUTORA NORBERTO ODEBRECHT S.A.** (en adelante, "**CNO**"), representada en este acto por su apoderado, **Sr. José Conceição Santos Filho,** de conformidad con el poder que se acompaña como documento habilitante; **ALSTOM BRASIL ENERGIA E TRANSPORTE LTDA.** (sucesora por incorporación de la empresa Alstom Hydro Energia Brasil Ltda., en adelante, "**Alstom**"), representada en este acto por su apoderado, **Sr. Wagner Cortez Gomes,** de conformidad con el poder que se acompaña al presente como documento habilitante y **ANDRITZ HYDRO BRASIL LTDA.** (nueva denominación social de Va-Tech Hidro Energia Brasil Ltda., en adelante, "**Andritz**"), representada por su apoderado, **Sr. Antonio Vilas Boas,** de conformidad con el poder que se acompaña como documento habilitante. Cada una de estas empresas interviene individualmente, por sus proprios derechos, y en sus calidades de miembros del **CONSORCIO ODEBRECHT-ALSTOM-VA-TECH** (en adelante, "**El Consorcio**");

En adelante HPEP y el Consorcio respectivamente serán denominados, cada uno, individualmente y según corresponda, como "**Parte**"; o, conjuntamente, como "**Las Partes**".

A. ANTECEDENTES Y OBJETIVOS

1. HPEP y el Consorcio son partes del Contrato de Detallamiento de Ingeniería, Suministro y Construcción celebrado el 29 de marzo de 2000 y sus addenda (en adelante el "**Contrato de Construcción**") para la construcción de la Central



1

Hidroeléctrica San Francisco, ubicada en Baños, Provincia de Tungurahua (en adelante la "**Central**" o el "**Proyecto**");

2. En reunión que tuvo lugar en la Ciudad de Quito el día 28 de mayo de 2010 de conformidad con el numeral 1, Artículo 9 de la Ley Orgánica de Empresas Publicas, el Directorio de HPEP conoció los términos y condiciones de esta Acta de Liquidación Transaccional, aprobó los mismos y mediante Resolución No. 003/2010, autorizó expresamente al Gerente General, Ab. Ciro Camilo Morán Maridueña para que, contando con la autorización previa de la Procuraduría General del Estado, proceda a suscribir el presente documento (Ver **Anexo No. 01**);

3. Mediante Oficio No. 15.178 de fecha 08 de julio de 2010, el Procurador General del Estado, de conformidad con el artículo 237 de la Constitución de la Republica, en concordancia con la letra e) del artículo 3 de la Ley Orgánica de la Procuraduría General del Estado, manifestó su opinión en el sentido que la celebración del Convenio de Transacción entre las Partes no contraviene normas de derecho y que el representante legal de Hidropastaza EP tiene facultad legal para suscribir ese instrumento (Ver **Anexo No. 02**);

4. De conformidad con los hechos descritos en los Antecedentes Nos. 1 a 3 arriba, con fecha de 08 de julio de 2010, las Partes celebraron un convenio de transacción (en adelante, "**Convenio de Transacción**" o "**Convenio**", ver **Anexo No. 03**) en el cuál fijaron los términos y condiciones para poner fin a las contorversias derivadas del Contrato de Construcción y sus Addenda y de la ejecución del Proyecto San Francisco;

5. En aplicación de los términos y condiciones establecidos en dicho Convenio de Transacción, el Consorcio cumplió con las siguientes obligaciones: (a) emisión y entrega a HPEP de la garantía bancaria prevista en el numeral 3.3; y, (b) inicio de los Trabajos Preliminares establecidos en los numerales 1.1 y 1.1.1 del Convenio;

6. El numeral 1.1.2 y la Cláusula 3 del Convenio de Transacción establecen condiciones precendentes para que: (a) el Consorcio esté obligado a efectuar el pago transaccional previsto en el numeral 3.1 del Convenio; (b) HPEP proceda a efectuar los desistimientos y/o al cumplimiento de las obligaciones previstas en los numerales 4.2.2, 4.2.3, 4.3.2 del Convenio; y (c) el Consorcio empiece a ejecutar los Trabajos Complementarios previstos en los numerales 1.2.1, 1.2.2 y 1.3;

7. En cumplimento a las obligaciones previstas en los numerales 4.2.1, 4.2.3, 4.3.2 y 4.3.4 del Convenio, HPEP ya ha presentado los escritos correspondientes ante: (a) al Centro de Arbitraje y Mediación de las Cámaras de Comercio de Ambato, Cámara

DOJ_ODB_3705737
CRP-DOJ-0000107356

de Industrias de Tungurahua y la Pontificia Universidad Catolica del Ecuador (suspensión de la demanda arbitral); (b) Superintendencia de Bancos y Seguros (suspensión del reclamo administrativo presentado contra la empresa Aseguradora Sul America de Seguros C.A, ahora Latina de Seguros del Ecuador S.A.); y (c) la Fiscalia y el Juzgado Penal en Ambato (informando de la firma del Convenio y adjuntando el documento);

8. Mediante las Resoluciones Nos 2446, 2449, 2450, 2451, 2452, 2448, 2453 y 2454 emitidas por el Contralor General del Estado el los días 26 y 27 de Agosto y 1 de Septiembre de 2010, se ha cumplido con la condición precedente prevista en el numeral 3.3 del Convenio de Transacción (ver **Anexo No. 04**);

9. Mediante Oficio No. 16872, de fecha 01 de octubre de 2010, la Procuraduría General del Estado ha otorgado su autorización definitiva para que las partes pongan fin, de manera total, a todas las controversias derivadas del Contrato de Construcción y sus Addenda y de la ejecución del Proyecto; y que, para tal efecto, procedan a la suscripción de la presente Acta de Liquidación Transaccional de acuerdo con el Articulo 12 de la Ley Orgánica de la Procuraduría General del Estado (Ver **Anexo No. 05**); y

10. Mediante carta enviada el día 05 de octubre de 2010 por el estudio jurídico White & Case LLP con sede en Washington - DC, al Procurador General del Estado, firmada por su socio Jonathan C. Hamilton, en su calidad de representante del Consorcio y de ciertos inversionistas en el Consorcio, se ha dejado sin efecto la notificación de existencia de controversias de fecha de 7 de enero de 2010 (Ver **Anexo No. 06**).

En virtud de los antecedentes expuestos, las Partes proceden a suscribir esta Acta de Liquidación Transaccional con la que se deja constancia de haberse puesto fin, de manera total, completa y definitiva, a las controversias existentes entre las Partes, en los términos del Convenio de Transacción suscrito el 08 de julio de 2010 y al tenor de las siguientes cláusulas y estipulaciones:

1. Definiciones

   Los términos propios utilizados en la presente Acta que no estén definidos en la misma tendrán los mismos significados atribuidos a ellos en el Convenio de Transacción.

2. Reconocimiento de la Transacción

   En virtud de los Antecedentes Nos. 4 a 9 antes señalados y considerando que se han cumplido con todas las condiciones precedentes establecidas en el Convenio de

DOJ_ODB_3705738
CRP-DOJ-0000107357

Transacción a fin de hacer efectiva la transacción pactada, las mismas declaran que con la suscripción de la presente Acta y en los términos del Convenio de Transacción, ponen fin, de manera total, completa y definitiva, a las controversias derivadas del Contrato de Construcción y sus Addenda y de la ejecución del Proyecto. En consecuencia y una vez que ya se encuentra perfeccionada la transacción, tiene todos los efectos del artículo 2.362 del Código Civil del Ecuador, restando por cumplirse únicamente las obligaciones remanentes originadas del Convenio de Transacción.

3. <u>Ejecución de la Transacción</u>

   3.1   Conste que por por la presente Acta que el Consorcio, de conformidad con los términos y condiciones previstas en el Convenio de Transacción, ratifica y se compromete a cumplir las obligaciones asumidas en los numerales 3.1, 1.2.1, 1.2.2, 1.3, 5.2.1, 2.1 y demás términos del Convenio de Transacción, a fin de ejecutar las obras y servicios en la Central que éste prevé. En consecuencia, por medio de la presente el Consorcio realizará las siguientes actividades: (i) pago de los USD 20'000.000 (veinte millones de dólares de los Estados Unidos de América) a través de un cheque certificado a la orden de HPEP (a ser emitido por Citibank, N.A. Sucursal Ecuador) hasta el día 08 de octubre de 2010; (ii) inicio de la ejecución de los Trabajos Complementarios; (iii) inicio del soporte técnico para operación & mantenimiento de la Central; (iv) inicio de la ejecución del nuevo SAE; y (v) se otorga de forma efectiva e inmediata la Garantía Técnica en relación a los Trabajos Complementarios, una vez concluidos los mismos, en los términos y con el alcance previstos en el Convenio.

   3.2   Conste también por la presente Acta que HPEP, de conformidad con los términos y condiciones previstos en el Convenio, ratifica y se compromete a cumplir las obligaciones asumidas en los numerales 4.2.2, 4.2.3, 4.3.2, 1.2.1.3 y 2.3 del Convenio de Transacción y demás términos del Convenio de Transacción. En consecuencia, por medio de la presente HPEP procederá: (A) a desistir totalmente y sin reclamo posterior alguno de (i) la demanda arbitral; (ii) el reclamo administrativo presentado en contra de la aseguradora SUL AMERICA DE SEGUROS C. A., ahora Latina de Seguros del Ecuador S.A., ante la Superintendencia de Bancos y Seguros; y (iii) las acusaciones particulares presentadas en el ámbito de la instrucción fiscal dentro del Juicio No. 18251-2009-0741, señaladas en los numerales 4.2.1, 4.3.2 y 4.3.4 del Convenio de Transacción, respectivamente; (B) a realizar el vaciado y limpieza del túnel de conducción de la Central; y (C) cumplir cabalmente con las obligaciones señaladas en el numeral 2.3 del Convenio en relación a las garantías de Alstom/Andritz.

DOJ_ODB_3705739
CRP-DOJ-0000107358

3.2.1 El Consorcio por su parte acepta los desistimientos establecidos en el Convenio y listados en el numeral 3.2 y se compromete a no iniciar ninguna acción o a desistir de las acciones iniciadas en contra de cualquier funcionario que haya dispuesto acciones, emitido declaraciones o comparecido en representación del Gobierno Nacional o de HPEP, en los eventos relacionados con las controversias relativas al Proyecto San Francisco, resueltas por este Convenio Transaccional.

4. Otras Disposiciones

Se deja constancia de que se han cumplido las condiciones precedentes para la efectividad de la transacción válidamente celebrada. Consecuentemente, las Partes ratifican todos los términos y condiciones del Convenio de Transacción que, para todos los efectos legales, se incorporan a esta Acta para que conjuntamete constituyan un solo cuerpo legal que contiene el acuerdo de las Partes que pone fin a todas sus controversias derivadas del Contrato de Construcción y sus Addenda y de la ejecución del Proyecto.

Suscrito en Quito, Ecuador el 05 de octubre de 2010

Por HIDROPASTAZA EP
Nombre: Ciro Camilo Morán Maridueña
Cargo: Gerente General

Por CONSTRUTORA NORBERTO ODEBRECHT S.A.
Nombre: José Conceição Santos Filho
Cargo: Diretor

Por ALSTOM BRASIL ENERGIA E TRANSPORTE LTDA.
Nombre: Wagner Cortez Gomes
Cargo: Gerente

POR ANDRITZ HYDRO BRASIL LTDA
Nombre: Antonio Eugenio Vilas Boas
Cargo: Diretor

5