**N°** 1348

# RAFAEL CORREA DELGADO

## PRESIDENTE CONSTITUCIONAL DE LA REPÚBLICA

**CONSIDERANDO:**

Que el Artículo 249 de la Constitución Política señala que será de responsabilidad del Estado la provisión del servicio público de fuerza eléctrica, y que podrá prestar el servicio directamente o por delegación, mediante concesión o cualquier otra forma contractual, de acuerdo con la ley;

Que para el cumplimiento del fin antes mencionado se concesionó a Hidropastaza S.A., el proyecto hidroeléctrico denominado San Francisco, que comprendía, entre otras cosas, la construcción de una central de generación hidroeléctrica;

Que, a su vez, Hidropastaza S.A. contrató con el Consorcio denominado Odebrecth-Ansaldo, la optimización del diseño de ingeniería básica, la realización de la ingeniería de detalle, el diseño, la construcción y puesta en marcha de todos los componentes de la central hidroeléctrica referida, 29 de marzo de 2000;

Que, con fecha 21 de noviembre de 2003, el Consorcio Odebrecht-Ansaldo, cedió los derechos y las obligaciones del contrato suscrito con Hidropastaza S.A., a favor del Consorcio denominado Odebrecht-Alstom-Va Tech, conformado por las empresas: Constructora Norberto Odebrecht S.A., Alstom Brasil Ltda. y Va Tech Hydro Brasil Ltda.;

Que, aproximadamente a un año de la terminación de los trabajos de la central hidroeléctrica del proyecto San Francisco, se han producido inesperadamente una serie de daños en la misma, con la consecuente crisis energética, originada por la deficiente labor técnica realizada por el Consorcio Odebrecht-Alstom-Va Tech, encargado de la construcción, lo que ha generado la paralización de la central hidroeléctrica por varios meses, y la consecuente interrupción de la producción de energía eléctrica, todo ello en perjuicio directo del pueblo ecuatoriano;

Que el Consorcio Odebrecht-Alstom-Va Tech, se ha negado irresponsablemente a indemnizar por los perjuicios ocasionados al Estado, con supuestos fundamentos en el cuestionable contrato suscrito antes de este Gobierno, con la empresa Hidropastaza S.A.;

Que, en proyectos para la contratación de obras, tales como "Toachi-Pilatón", "Carrizal-Chone", "Baba", y "Aeropuerto del Tena", ha participado también la compañía Constructora Norberto Odebrecht S.A., mediante contratos similares a los celebrados con Hidropastaza S.A.;

DEFENSE TRIAL EXHIBIT
17
22-CR-20114-KMW

Nº 1348

# RAFAEL CORREA DELGADO

### PRESIDENTE CONSTITUCIONAL DE LA REPÚBLICA

Que, la compañía Constructora Norberto Odebrecht S.A. no ha cumplido eficientemente con sus labores en los proyectos antes referidos, poniendo en riesgo la prestación de los servicios públicos que a través de dichos proyectos debe prestar el Estado;

Que es propósito del Gobierno Nacional recuperar la capacidad operativa del proyecto hidroeléctrico San Francisco, que se halla actualmente paralizado, para detener el progresivo proceso de disminución de eficiencia en la prestación del servicio de energía eléctrica, que va en perjuicio directo del país;

Que es necesario intervenir urgentemente tanto en el proyecto Hidroeléctrico San Francisco, como los demás proyectos antes nombrados, para salvaguardar los intereses nacionales, ya que de no hacerlo, podría causarse un estado de conmoción interna, ante la posibilidad de apagones de luz generalizados en el país, y deficiencias en los servicios de riego y aeroportuarios, en su caso;

Que es indispensable la movilización de las instituciones, bienes y recursos públicos, y la requisición de bienes que fuere menester para lograr los resultados esperados en las actividades conducentes a superar la situación de disminución de eficiencia en los proyectos referidos; y,

En ejercicio de las facultades que le confieren los artículos 180 y 181 de la Constitución Política de la República; y 52 y siguientes de la Ley de Seguridad Nacional,

**DECRETA:**

**Art. 1.-** Declárase la emergencia nacional, con el propósito de superar la emergencia provocada por el progresivo proceso de disminución de eficiencia en la prestación del servicio de energía eléctrica, originado en la central hidroeléctrica San Francisco, para evitar un estado de conmoción interna, ante la posibilidad de apagones de luz generalizados en el territorio nacional.

La emergencia nacional se decreta también para superar las deficiencias en los proyectos denominados "Toachi-Pilatón", "Carrizal-Chone", "Baba", y "Aeropuerto del Tena", y a los demás en los que haya intervenido o se halle interviniendo la compañía Constructora Norberto Odebrecht S.A., y evitar así que se genere un estado de conmoción interna en el país.

Nº 1348

# RAFAEL CORREA DELGADO

## PRESIDENTE CONSTITUCIONAL DE LA REPÚBLICA

**Art. 2.-** Se ordena la movilización nacional, económica y militar de las Fuerzas Armadas, para la custodia de los bienes e instalaciones de la Central Hidroeléctrica San Francisco y de los demás proyectos mencionados anteriormente, para lo cual se encarga al Comando Conjunto de las Fuerzas Armadas, y a los Comandantes de las Fuerzas Aérea, Terrestre y Naval.

**Art. 3.-** Se ordena la requisición de todos los bienes, muebles e inmuebles, de la compañía Constructora Norberto Odebrecht S.A., con la finalidad de emplearlos para superar la emergencia, para lo cual se encarga al Comando Conjunto de las Fuerzas Armadas.

**Art. 4.-** Las entidades contrapartes de los contratos celebrados en los proyectos "San Francisco", Toachi-Pilatón", "Carrizal-Chone", "Baba", y "Aeropuerto del Tena", se encargarán de precautelar los procesos de construcción, puesta en marcha, y correcto funcionamiento de sus respectivos proyectos.

**Art. 5.-** Se suspenden los derechos constitucionales establecidos en el número 14 del Artículo 23 de la Constitución Política de la República, a los señores Fabio Andreani Gandolfo, Fernando Bessa, Luiz Antonio Mameri y Eduardo Gedeon, funcionarios de la compañía Constructora Odebrecht S.A. y se dispone la prohibición de salir del país de los mismos.

**Art. 6.-** De la ejecución del presente Decreto Ejecutivo que entrará en vigencia de la fecha de su expedición, sin perjuicio de su publicación en el Registro Oficial, encárguese a los Ministros de Defensa Nacional, Coordinador de los Sectores Estratégicos, y de Electricidad y Energía Renovable.

Dado en Guayaquil, a los veintitrés días del mes de Septiembre de dos mil ocho

Rafael Correa Delgado
**PRESIDENTE CONSTITUCIONAL DE LA REPUBLICA**