N° 1383

# RAFAEL CORREA DELGADO

## PRESIDENTE CONSTITUCIONAL DE LA REPÚBLICA

### CONSIDERANDO:

Que, con fecha 29 de marzo de 2000, Hidropastaza S.A., concesionaria del proyecto hidroeléctrico "San Francisco", suscribió con el Consorcio Odebrecht-Ansaldo, formado por la Compañía Constructora Norberto Odebrecht S.A. y Ansaldo Energía Spa., el contrato de Ingeniería de detalle del proyecto básico, suministro y montaje de equipos electrónicos, mecánicos e hidromecánicos, y construcción civil del proyecto hidroeléctrico "San Francisco";

Que, contratos similares fueron suscritos para el desarrollo de los proyectos denominados "Toachi-Pilatón", "Carrizal-Chone", "Baba", y "Aeropuerto del Tena", y en todos ellos intervino la Compañía Constructora Norberto Odebrecht S.A.;

Que, con fecha 13 de abril de 2000, la Agencia Especial de Financiamiento Industrial – Finame, de nacionalidad brasileña, agente mandatario del Banco Nacional de Desarrollo Económico y Social – BNDES, empresa pública brasileña, e Hidropastaza S.A., celebraron un contrato de financiamiento para la construcción de la central hidroeléctrica "San Francisco";

Que, mediante Decreto Ejecutivo No. 1348, del 23 de septiembre de 2008, publicado en el Registro Oficial No. 439, del 3 de octubre de 2008, se declaró el estado de emergencia nacional con el propósito de superar la emergencia provocada por el progresivo proceso de disminución de eficiencia en la prestación del servicio de energía eléctrica, originado en la central hidroeléctrica "San Francisco", y para superar las deficiencias en los proyectos denominados "Toachi-Pilatón", "Carrizal-Chone", "Baba", y "Aeropuerto del Tena" y en los demás en los que haya intervenido o se halle interviniendo la Compañía Constructora Norberto Odebrecht S.A.;

Que, en el Artículo 5 del citado Decreto Ejecutivo, se dispuso la suspensión de los derechos constitucionales establecidos en el número 14 del artículo 23 de la Constitución Política de la República, a los señores Fabio Andreani Gandolfo, Fernando Bessa, Luiz Antonio Mameri y Eduardo Gedeon, funcionarios de la Compañía Constructora Norberto Odebrecht S.A., y se dispuso la prohibición de salida del país de los mismos;

Que, el segundo inciso del Artículo 5 de la Ley de Extranjería, señala que la decisión de negar o revocar una visa a un ciudadano extranjero, no obstante el cumplimiento de los requisitos legales y reglamentarios, es facultad soberana y discrecional de la Función Ejecutiva, a través de los organismos competentes;

DEFENSE TRIAL EXHIBIT
38
22-CR-20114-KMW

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JOSÉ CONCEIÇÃO   JC_DOJ_0000110

N° 1383

## RAFAEL CORREA DELGADO

### PRESIDENTE CONSTITUCIONAL DE LA REPÚBLICA

Que, es propósito del Gobierno del Ecuador recuperar la capacidad operativa del proyecto hidroeléctrico "San Francisco", así como intervenir urgentemente en los demás proyectos referidos, para salvaguardar los intereses nacionales; y,

En ejercicio de las facultades que le confieren los artículos 5 de la Ley de Extranjería; y, 11, letras b) y f), del Estatuto del Régimen Jurídico Administrativo de la Función Ejecutiva,

### DECRETA:

**Art. 1.-** Deróguese el Artículo 5 del Decreto Ejecutivo No. 1348, dado el 23 de septiembre de 2008, y publicado en el Registro Oficial No. 439, del 3 de octubre de 2008.

**Art. 2.-** Revóquense las visas concedidas a los señores Fabio Andreani Gandolfo, Fernando Bessa, Luiz Antonio Mameri y Eduardo Gedeon, funcionarios de la Compañía Constructora Norberto Odebrecht S.A., y a los señores Newton Goulart Graça, Ricardo Thadeu Gongalves, José Francisco Farage, Carlos Reis, y Devorcir Magalhaes, funcionarios de la Compañía Furnas-Centrais Eléctricas S.A. Los referidos señores, de estar en el país, deberán abandonarlo en 48 horas.

**Art. 3.-** Se dispone que los funcionarios de los organismos, entidades y empresas públicas que conforman la Función Ejecutiva, que sean contrapartes en los contratos celebrados en los proyectos denominados "San Francisco", "Toachi-Pilatón", "Carrizal-Chone", "Baba", y "Aeropuerto del Tena", suscritos con la Compañía Constructora Norberto Odebrecht S.A., hagan las gestiones y trámites necesarios para lograr la terminación, dentro del marco legal, de los mencionados contratos. Los referidos proyectos no deberán paralizarse por ningún motivo.

**Art. 4.-** Se dispone que las autoridades del Fondo de Solidaridad analicen la validez, legalidad y legitimidad del contrato de financiamiento suscrito entre la Agencia Especial de Financiamiento Industrial – Finame, en su calidad de agente mandatario del Banco Nacional de Desarrollo Económico y Social – BNDES, e Hidropastaza S.A.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JOSÉ CONCEIÇÃO    JC_DOJ_0000111

Nº 1383

## RAFAEL CORREA DELGADO

### PRESIDENTE CONSTITUCIONAL DE LA REPÚBLICA

**Art. 5.-** El presente Decreto Ejecutivo, de cuya ejecución se encarga a la Ministra de Relaciones Exteriores, Comercio e Integración, y al Ministro de Gobierno, Cultos, Policía y Municipalidades, entrará en vigencia en la fecha de su expedición, sin perjuicio de su publicación en el Registro Oficial.

Dado en el Palacio Nacional, en Quito, a   9 de octubre de 2008

Rafael Correa Delgado
**PRESIDENTE CONSTITUCIONAL DE LA REPÚBLICA**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JOSÉ CONCEIÇÃO    JC_DOJ_0000112