Lunes 18 de Octubre del 2010 — Suplemento Registro Oficial -- Nro. 302    pag.5

f.) Rafael Correa Delgado, Presidente Constitucional de la República.

Documento con firmas electrónicas.

**No. 498**

Rafael Correa Delgado
PRESIDENTE CONSTITUCIONAL DE LA REPÚBLICA

Considerando:

Que mediante decretos ejecutivos números 1348 y 1383, publicados en los registros oficiales números 439 y 453 del 3 y 24 de octubre del 2008, respectivamente, se adoptaron varias medidas tendientes a superar un estado de emergencia en la prestación del servicio de energía eléctrica, como consecuencia de la disminución de la eficiencia y producción de la Central Hidroeléctrica San Francisco;

Que las disposiciones del referido Decreto Ejecutivo 1348 resultan ineficaces en la actualidad porque se derivan de un estado de emergencia que duró hasta el 22 de noviembre del 2008, de conformidad con la Constitución de 1998, que regía en esa época;

Que las controversias y discrepancias, técnicas y jurídicas, surgidas entre el Consorcio Constructor del Proyecto e Hidropastaza S. A., hoy Hidropastaza E. P., están en vías de solución definitiva;

Que el Decreto Ejecutivo 1383 incluyó disposiciones que en la actualidad impedirían el libre y normal ingreso o tránsito en la República del Ecuador de ciertas personas, lo que en las circunstancias presentes debe ser adecuado, de manera que estas puedan ejercer sus derechos y fundamentalmente cumplir a cabalidad con sus responsabilidades frente a las entidades estatales de la República del Ecuador; y,

En uso de las atribuciones contenidas en el artículo 5 de la Ley de Extranjería y artículo 1 I, apartado t) del Estatuto del Régimen Jurídico y Administrativo de la Función Ejecutiva,

Decreta:

Artículo L- Derogar el artículo 2 del Decreto Ejecutivo No. 1383, publicado en la Edición del Registro Oficial No. 453 de 24 de octubre del 2008.

Artículo 2.- Los señores Fabio Andreani Gandolfo, Fernando Hessa, Luíz Antonio Mameri y Eduardo Gedeon, en ese entonces funcionarios de la Compañía Constructora Norberto Odebrecht S. A. y los señores Newton Goulart Graca, Ricardo Thadeu Gongalves, José Francisco Farage, Carlos Reis y Devorcir Magalhaes, en ese entonces funcionarios de la Compañía Fumas Centráis Eléctricas S. A., quedan habilitados para obtener la calidad migratoria que les permita el ingreso y permanencia en el Ecuador, según sea el caso, cumpliendo los requisitos previstos en la ley para este propósito.

Disposición Final.- De la ejecución del presente decreto ejecutivo, encárguese a los ministros del Interior; de Relaciones Exteriores, Comercio e Integración; y, de Electricidad y Energía Renovable.

Dado en el Palacio Nacional, en San Francisco de Quito, Distrito Metropolitano, a 8 de octubre del 2010.

f.) Rafael Correa Delgado, Presidente Constitucional de la República.

Documento con firmas electrónicas.

**No. 499**

Rafael Correa Delgado
PRESIDENTE CONSTITUCIONAL DE LA REPÚBLICA

Considerando:

Que de conformidad con el numeral 5 del artículo 261 de la Constitución de la República del Ecuador, la política económica, aduanera, arancelaria, de comercio exterior, entre otras, son competencias exclusivas del Estado Central;

Que la Comunidad Andina de Naciones (CAN), mediante Decisión 717 de septiembre 8 del 2009, publicada en la Gaceta Oficial No. 1752 de septiembre 9 del 2009, establece que los Países Miembros no están obligados a observar las decisiones 370, 371 y 465 hasta el 31 de diciembre del 2011, para la aplicación del Arancel Externo Común (AEC) de la Comunidad Andina de Naciones (CAN), por lo cual están en la facultad de establecer diferimientos arancelarios, sin la necesidad de realizar consultas a la Secretaría General de la Comunidad Andina de Naciones;

Que vista la insuficiencia de oferta nacional y subregional de "algodón sin cardar ni peinar" que requiere la industria textil nacional, se necesita periódicamente abrir la importación de contingentes con diferimiento arancelario a 0%, una vez que mediante el "Acuerdo de Absorción de la Cosecha de Algodón Nacional", suscrito en noviembre del 2004 y por un periodo de diez años entre la "Asociación de Industriales Textiles del Exuador" (AITE) y "Fundación Algodón" (FUNAEGODÓN), se ha garantizado la absorción de la cosecha nacional al sector algodonero;

Que el Consejo de Comercio Exterior e Inversiones (COMEXI), en sesión celebrada el 16 de septiembre del 2010 adoptó la Resolución No. 584, que contiene el dictamen favorable para diferir temporalmente al arancel ad-valórem a 0% para las importaciones de "algodón sin cardar ni peinar", clasificadas en las subpartidas arancelarias 5201.00.10.00; 5201.00.20.00; 5201.00.30.00 y 5201.00.90.00, para dos contingentes de 25.441.70 TM y 1.200 TM por un período de doce meses;

Que el inciso segundo del artículo 15 de la Ley Orgánica de Aduanas, señala que: "con sujeción a los convenios internacionales y cuando las necesidades del país lo requieran, el Presidente de la República, mediante decreto y

Documento con posibles errores, digitalizado de la publicación original. Favor verificar con imagen.
No imprima este documento a menos que sea absolutamente necesario.

DEFENSE TRIAL EXHIBIT
39
22-CR-20114-KMW

FOIA CONFIDENTIAL TREATMENT REQUESTED BY JOSÉ CONCEIÇÃO    JC_DOJ_0000117