

**Business Account Signature Card**

| Region Number | Account Number | | |
|---|---|---|---|
| **Account Title** | | | |
| VENTURE OVERSEAS LLC | | | |

| Organization Type | | Tax ID Number | |
|---|---|---|---|

**Authorized Signatures**

| | Name/Title | Signature |
|---|---|---|
| 1. | Juan B. Sarasola / Manager | [signature] |
| 2. | Necane Polit / Authorized Signer | [signature] |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

| Date Opened | Date Revised | Reason |
|---|---|---|
| 04/22/2011 | 12/02/2013 | adding new signer |
| **Cost Center Number** | **Officer Number** | |
| 6070020 | 27956 | |
| **Work Phone Number** | **Prepared By** | **Maintenance Type** |
| | Pedro Torres | ☐ New  ☒ Replacement  ☐ Change |

**SunTrust Bank ("Bank")**

It is agreed that all transactions between the Bank and the entity listed in the above Account Title ("Depositor") shall be governed by the rules and regulations for this account and the above signed as the authorized agent(s) of the Depositor hereby acknowledge(s) receipt of such rules and regulations and the funds availability policy. The Depositor also acknowledges the funds availability policy has been explained.

**Check Appropriate Box**
☐ Individual / Sole Proprietor    ☐ Corporation    ☐ Partnership
☒ Limited Liability Company
  Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) _____
☐ Other (See Instructions.) _____
☐ Exempt Payee

**Certification**—Under penalties of perjury, I, as authorized agent of the Depositor certify that:

1. _____ is the correct taxpayer identification number for the Depositor (or the Depositor is waiting for a number to be issued), and
2. The Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and
3. The depositor is a U.S. citizen or other U.S. person (defined in the instructions).

**Certification Instructions.** You must cross out item 2 above if the depositor has been notified by the IRS that the depositor is currently subject to backup withholding because the depositor has failed to report all interest and dividends on the depositor's tax return.

Signature of U.S. Person [signature]    Date _____

630306 (5/09)
SunTrust Corporate Forms

Page 1 of 1

**DEFENSE TRIAL EXHIBIT**
**43**
22-CR-20114-KMW

STSC
SUBPOENA SERVICES
FL-ORLANDO-7136



**VENTURE OVESEAS LLC**

60-215/631

1132

Date 03/04/14

Pay to the order of: J. Gabriel Massyh.D    $200,000.00

Two hundred thousand 00/100 Dollars

SunTrust

EZShield

Memo



ENDORSE HERE
J. Gabriel massyh.D

CRP-DOJ-0000389772