SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227





Ck # 1016            01/18            $160,000.00

**DEFENSE TRIAL EXHIBIT**
**46**
22-CR-20114-KMW

03-000237