# RE: Tablas de Amortización

| | |
|---|---|
| **From:** | Mauricio Neme |
| **To:** | John Polit |
| **Date:** | Fri, 19 Aug 2016 22:51:51 +0000 |
| **Attachments:** | Tabla Vehiculo.docx (32.49 kB) |

John,

De acuerdo, con cada transferencia te envío el Swift.

Si es correcto 350,5K, en la tabla fue error de redaccion. Aca esta ingresado correctamente.

Respecto a lo del Porsche el valor esta OK. Adjunto la tabla de amortización de pagos original ( creo que nunca te la pase ). Según la tabla de las 36 cuotas, te he cancelado 21 que corresponden hasta el mes de Marzo del 2016, osea estaría atrasado con 4 cuotas ( incluido Agosto). Hasta el 15 de Septiembre me pongo al dia y de ahí en adelante se harán los pagos acorde a sus vencimientos.

Me avisas cualquier novedad.

Un abrazo
Mauricio

> **De:** John Polit
> **Enviado el:** jueves, 18 de agosto de 2016 14:46
> **Para:** Mauricio Neme
> **Asunto:** Re: Tablas de Amortizacion
>
> Mauricio,
>
> Estan bien las tablas. Procedamos de esta manera. Les pido por favor cuando hagan pagos enviarme copia del swift siempre !
>
> En el de $350,000, la cantidad correcta es $350,500.00, según los records del file que tenemos.
>
> El resto todo OK.
>
> El del carro como quieres manejarlo ? El saldo según nuestros records hay un balance de $40,700.00
>
> Me avisas cualquier cosa.
>
> Abrazos,
>
>> On Aug 16, 2016, at 11:37 AM, Mauricio Neme < > wrote:
>>
>> **De:** Luis Boloña
>> **Enviado el:** martes, 16 de agosto de 2016 10:30
>> **Para:** Mauricio Neme
>> **Asunto:** Tablas de Amortizacion
>>
>> Mauricio,
>>
>> Te adjunto lo solicitado.

**DEFENSE TRIAL EXHIBIT 47**
22-CR-20114-KMW

CRP-DOJ-0001266465

Luis Boloña
<Tablas de amortizacion Venture - Plastiquim - Tupasa.docx>

CRP-DOJ-0001266466

TABLA DE AMORTIZACION

| | |
|---|---|
| Ingreso Valores | |
| Valor Vehiculo | 115,800.00 |
| Anticipo | 16,350.00 |
| Monto a Financiar | 99,450.00 |
| Interés Anual | 0% |
| Periodo en Años | 3 |
| Numero de Pagos por Año | 12 |
| Fecha de Inicio de Pagos | 01/06/2014 |
| Nombre: | PLASTIQUIM |

| No. Pgs | Fecha de Pagos | Balance Inicial | Cuota Fija | Pagos Extras | Pago Parcial | Capital | Interes | Balance Final | Seguro | Pago Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/07/2014 | 99,450.00 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.01 | 96,687.50 | - | 2,762.50 |
| 2 | 01/08/2014 | 96,687.50 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.01 | 93,925.01 | - | 2,762.50 |
| 3 | 01/09/2014 | 93,925.01 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.01 | 91,162.51 | - | 2,762.50 |
| 4 | 01/10/2014 | 91,162.51 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.01 | 88,400.01 | - | 2,762.50 |
| 5 | 01/11/2014 | 88,400.01 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.01 | 85,637.52 | - | 2,762.50 |
| 6 | 01/12/2014 | 85,637.52 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.01 | 82,875.02 | - | 2,762.50 |
| 7 | 01/01/2015 | 82,875.02 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.01 | 80,112.52 | - | 2,762.50 |
| 8 | 01/02/2015 | 80,112.52 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.01 | 77,350.03 | - | 2,762.50 |
| 9 | 01/03/2015 | 77,350.03 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.01 | 74,587.53 | - | 2,762.50 |
| 10 | 01/04/2015 | 74,587.53 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.01 | 71,825.03 | - | 2,762.50 |
| 11 | 01/05/2015 | 71,825.03 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.01 | 69,062.53 | - | 2,762.50 |
| 12 | 01/06/2015 | 69,062.53 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.01 | 66,300.03 | - | 2,762.50 |
| 13 | 01/07/2015 | 66,300.03 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.01 | 63,537.53 | - | 2,762.50 |
| 14 | 01/08/2015 | 63,537.53 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.01 | 60,775.04 | - | 2,762.50 |
| 15 | 01/09/2015 | 60,775.04 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.01 | 58,012.54 | - | 2,762.50 |
| 16 | 01/10/2015 | 58,012.54 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 55,250.04 | - | 2,762.50 |
| 17 | 01/11/2015 | 55,250.04 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 52,487.54 | - | 2,762.50 |
| 18 | 01/12/2015 | 52,487.54 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 49,725.04 | - | 2,762.50 |
| 19 | 01/01/2016 | 49,725.04 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 46,962.54 | - | 2,762.50 |
| 20 | 01/02/2016 | 46,962.54 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 44,200.04 | - | 2,762.50 |
| 21 | 01/03/2016 | 44,200.04 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 41,437.54 | - | 2,762.50 |
| 22 | 01/04/2016 | 41,437.54 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 38,675.04 | - | 2,762.50 |
| 23 | 01/05/2016 | 38,675.04 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 35,912.53 | - | 2,762.50 |
| 24 | 01/06/2016 | 35,912.53 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 33,150.03 | - | 2,762.50 |
| 25 | 01/07/2016 | 33,150.03 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 30,387.53 | - | 2,762.50 |
| 26 | 01/08/2016 | 30,387.53 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 27,625.03 | - | 2,762.50 |
| 27 | 01/09/2016 | 27,625.03 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 24,862.53 | - | 2,762.50 |
| 28 | 01/10/2016 | 24,862.53 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 22,100.03 | - | 2,762.50 |
| 29 | 01/11/2016 | 22,100.03 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 19,337.52 | - | 2,762.50 |
| 30 | 01/12/2016 | 19,337.52 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 16,575.02 | - | 2,762.50 |
| 31 | 01/01/2017 | 16,575.02 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 13,812.52 | - | 2,762.50 |
| 32 | 01/02/2017 | 13,812.52 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 11,050.01 | - | 2,762.50 |
| 33 | 01/03/2017 | 11,050.01 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 8,287.51 | - | 2,762.50 |
| 34 | 01/04/2017 | 8,287.51 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 5,525.01 | - | 2,762.50 |
| 35 | 01/05/2017 | 5,525.01 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | 2,762.50 | - | 2,762.50 |
| 36 | 01/06/2017 | 2,762.50 | 2,762.50 | - | 2,762.50 | 2,762.50 | 0.00 | - | - | 2,762.50 |