# Propuestas

| | |
|---|---|
| **From:** | Mauricio Neme███████████ |
| **To:** | John Polit███████████ |
| **Date:** | Fri, 02 Sep 2016 23:52:41 +0000 |
| **Attachments:** | Gad M Naranjal.pdf (3.85 MB) |

John,
Como vas pana? El motivo de la presente es para extenderte dos propuestas de negocios que considero te pudieran interesar:

- La primera se trata de un contrato que tenemos con el municipio de Naranjal para la construcción de un mercado por $3,000,000. Este contrato lleva ya en ejecución 16 meses, avanzando bastante bien. La forma de pago es con una modalidad de financiamiento donde nos cancelan con cuotas iguales por 36 meses. Para garantizar los pagos se realizo un convenio ( el cual adjunto ) con el banco central para garantizar la cancelacion de cuotas con la municipalidad. La propuesta es básicamente si te interesaría invertir a un plazo no menor a 18 meses, con una amortización de capital e intereses de manera mensual. Para garantizar el pago, además de un pagare con firma personal de los consorciados, se constituye un fideicomiso de administracion de fondos sobre la cuenta del Banco del Pichincha a la cual llegan las acreditaciones por parte del Banco Central, y a dicho fideicomiso se le ordena el debito según la tabla de amortización que se le adjunte. El requerimiento económico para este proyecto seria de $300.000 lo cual constituye apenas el 10% del valor total de la obra.

- La otro propuesta que tengo es en Plastiquim. Actualmente estoy un poco complicado de credito con ciertos proveedores que tienen precios buenos. Si te interesa podemos hacer un negocio de compra-venta en el cual te indico a que proveedor y a que precio comprar y directamente de USA manejas la operación. Ellos te envien la carga con el BL consignado directamente a Plastiquim y tu generas tu Invoice directo a Plastiquim. Las compras se harian a 120 dias fecha BL y se pueden manejar márgenes interesantes. Si tienes interés en este esquema de negocio, para tu mayor tranquilidad puedes asignar al Gerente General de la empresa ( yo figuro como presidente ) con firma compartida en la chequera. Te enviaría reportes mensuales del desenvolvimiento de las ventas y cobranzas. Incluso luego de hacer varias operaciones de compra con los proveedores, directamente ellos podrán establecer líneas de crédito directo con tu empresa.

Dejame saber si una o ambas de estas propuestas tienen sentido para ti y en caso de despertar tu interes cualquier explicacion adicional nos podemos sentar en persona a conversar.

Saludos,
Mauricio.

DEFENSE TRIAL EXHIBIT

**48**

22-CR-20114-KMW

**Banco Central** del Ecuador



## CONTRATO DE SERVICIOS BANCARIOS

**COMPARECIENTES.-** Comparecen a la celebración del presente Contrato de Servicios Bancarios, por una parte, el Gobierno Autónomo Descentralizado Municipal del cantón Naranjal debida y legalmente representado por el señor ingeniero Marcos Chica Cárdenas, quien comparece en calidad de Alcalde, parte a la que en adelante y para efectos del presente contrato se denominará simplemente como "GOBIERNO AUTÓNOMO DESCENTRALIZADO MUNICIPAL"; y, por otra parte, el Banco Central del Ecuador, representado por el señor economista Luis Javier Sánchez Cornejo, Coordinador de Calidad de Servicio Público y de Atención Ciudadana, Proceso Oficina Técnica y de Prestación de Servicios Guayaquil, debidamente acreditado como delegado del economista Diego Martínez Vinueza, Gerente General y representante legal de la Institución, parte a la que en adelante y para efectos de este instrumento se podrá denominar el "BANCO CENTRAL".

Las partes intervinientes acreditan sus calidades con las copias certificadas del nombramiento y delegación que como documentos habilitantes se agregan a este instrumento.

Los comparecientes convienen en suscribir el presente Contrato de Servicios Bancarios, contenido en las siguientes cláusulas:

### PRIMERA: ANTECEDENTES.-

1. En Sesión Ordinaria No. 13-2016, celebrada por el Concejo Cantonal el día jueves 09 de junio de 2016, Resolución 115, se autorizó al señor ingeniero Marcos Chica Cárdenas, en calidad de Alcalde y representante legal del "GOBIERNO AUTÓNOMO DESCENTRALIZADO MUNICIPAL", la suscripción del Contrato de Servicios Bancarios con el Banco Central del Ecuador por el monto de USD1.888.305,71 valor que será pagado en un plazo de 21 meses, a debitarse de la cuenta corriente No. ▓▓▓▓▓▓ que dicho GADM mantiene en el Banco Central del Ecuador, para ser transferidos al Banco Pichincha y acreditados a la cuenta corriente # ▓▓▓▓▓▓▓▓▓ perteneciente a compañía CONSORCIO SP, mediante un sistema de amortización gradual progresiva de pagos mensuales, según tabla de amortización que se adjunta como habilitante.

2. La Resolución 115, adoptada en la Sesión Ordinaria 13-2016 del Concejo Cantonal de Naranjal, se encuentra certificada por el señor licenciado Lenin Torres Alvarado, Secretario General del Concejo del referido Cantón, la misma que en la parte pertinente de los numerales 2 y 3, resuelve lo siguiente:

   > "2.-...autorizar al señor Alcalde Ing. Marcos Chica Cárdenas, suscribir un contrato de prestación de servicios bancarios entre el Gobierno Autónomo Descentralizado Municipal del cantón Naranjal y



CRP-DOJ-0001270808

**Banco Central** del Ecuador



*el Banco Central del Ecuador a favor del Consorcio SP, encargado de realizar la obra de terminación del la construcción del Mercado Municipal y Centro Comercial del cantón Naranjal, convenio que se celebrará por un valor de $1'888.305,71 a cancelarse en dividendos mensuales a partir de julio del 2016 hasta marzo del 2018, esto es, en un plazo de 21 meses."*

*"3.- Comprometer la cuenta corriente N.████ que mantiene el GAD Municipal en el Banco Central del Ecuador."…*

3. El ingeniero Jorge Raymundi Alvarado, Director de Gestión Financiera del GAD del cantón Naranjal, Provincia del Guayas, emite Certificación Presupuestaria fechada en Naranjal, 20 de junio del 2016, en la que señala:

   *"Sirva el presente para ratificar que mediante oficio N.- GADMCN-DF-No.-092 del 17 de Octubre del 2014 se certificó que existe la disponibilidad presupuestaria correspondiente en el GRUPO V.- OBRAS PUBLICAS – SUBGRUPO 1.- OBRAS DE INFRAESTRUCTURA.- con la partida 75010736150 "CONSTRUCCIONES Y EDIFICACIONES, que ampara la inversión para realizar LA CONSTRUCCIÓN DEL MERCADO MUNICIPAL Y CENTRO COMERCIAL DEL CANTO NARANJAL.*

   *Así mismo se certifica que al momento se encuentra comprometido presupuestariamente en dicha partida el valor de US$1.888.305,71 (un millón ochocientos ochenta y ocho mil trescientos cinco con 71/100 dólares de los estados unidos de Norteamérica, para el tiempo de julio del 2016 hasta el 25 de marzo del 2018".*

4. Mediante oficio No. MCHC GADMCN-A No. ███ fechado en Naranjal, 08 de julio de 2016, el señor ingeniero Marcos Chica Cárdenas, Alcalde del GAD Municipal del cantón Naranjal, solicita se disponga la elaboración del Convenio de Prestación de Servicios Bancarios.

5. Con memorando No. BCE-OFTPSGYE-2016-1218-M de 20 de julio de 2016, la magíster Zoila Alexandra Cevallos Gaibor, Responsable de la Oficina Técnica y de Prestación de Servicios Guayaquil, solicitando a la Asesoría Legal Guayaquil, la revisión y elaboración del contrato de Prestación de Servicios Bancarios.

6. De conformidad con lo previsto en los numerales 2 y 36 del artículo 36 del Código Orgánico Monetario y Financiero, el Banco Central del Ecuador es administrador del Sistema Nacional de Pagos y prestador del servicio de cobro de deudas entre entidades del sector público, y entre Gobiernos Autónomos Descentralizado con entidades privadas; y, lo establecido en el artículo innumerado agregado después del art. 130 del Código de Planificación y Finanzas Públicas.



P. Icaza No. 203 entre Pedro Carbo y Pichincha. Casilla Postal 383. PBX (593) 4-2566333. Guayaquil - Ecuador
www.bce.ec

CRP-DOJ-0001270809



**Banco Central** del Ecuador

7. La Tabla de Amortización suscrita por el señor Director de Gestión Financiera del GAD Municipal del cantón Naranjal.

## SEGUNDA: CONSTITUCIÓN Y OBJETO DEL CONTRATO DE SERVICIOS BANCARIOS.-

En virtud de este contrato el señor Alcalde del GAD Municipal del cantón Naranjal, autoriza de manera expresa e irrevocable al Banco Central del Ecuador a debitar de la Cuenta Corriente No. ▮▮▮▮▮▮ que tiene en el Banco Central del Ecuador, mediante un sistema de amortización gradual progresiva de pagos mensuales conforme a la tabla de amortización emitida por la Dirección de Gestión Financiera del GAD Municipal cantonal de Naranjal, que se adjunta al contrato de Servicios Bancarios, como documento habilitante, hasta por la suma de US$1.888.305,71 (Un millón Ochocientos Ochenta y Ocho Mil Trescientos Cinco con 71/100 dólares de los Estados Unidos de Norteamérica), con un plazo de 21 meses.

Una vez debitados estos valores, deberán ser transferidos al Banco Pichincha, para que sean acreditados a la Cuenta Corriente No. ▮▮▮▮▮▮ perteneciente a la Contratista, la Compañía Consorcio SP, mediante un sistema de amortización gradual progresiva de pagos mensuales, según tabla de amortización que se adjunta como habilitante

El "BANCO CENTRAL" acepta prestar los servicios de agente financiero para el cobro, en los términos del presente instrumento.

## TERCERA: COMISIÓN POR SERVICIO DEL BANCO CENTRAL.-

Por los servicios que se obliga a prestar, el "BANCO CENTRAL" cobrará la comisión determinada por la Junta de Política y Regulación Monetaria y Financiera, vigente a la fecha en que se realice cada débito. El importe de esta comisión correrá a cargo del Gobierno Autónomo Descentralizado Municipal y será debitado por el "BANCO CENTRAL" al momento de realizar el débito de la cuenta del "GOBIERNO AUTÓNOMO DESCENTRALIZADO MUNICIPAL", de manera que cada débito incluirá adicionalmente, el monto de la comisión, para lo cual el "BANCO CENTRAL" queda expresa e irrevocablemente autorizado por el "GOBIERNO AUTÓNOMO DESCENTRALIZADO MUNICIPAL".

## CUARTA: PLAZO.-

El presente contrato regirá durante el plazo de 21 meses, de acuerdo a lo establecido en la tabla de amortización.

## QUINTA: RESPONSABILIDAD DEL BANCO CENTRAL.-

Se deja expresa constancia que las obligaciones que el "BANCO CENTRAL" asume por medio de este contrato cesarán si los recursos existentes en la cuenta



CRP-DOJ-0001270810



**Banco Central** del Ecuador

del "GOBIERNO AUTÓNOMO DESCENTRALIZADO MUNICIPAL" fueren insuficientes. En este evento y en general, en todos los casos en que el "BANCO CENTRAL" se encontrare en imposibilidad física o legal de cumplir con el compromiso contraído, podrá dar por terminada anticipada y unilateralmente el presente contrato.

Asimismo, el "BANCO CENTRAL" no asume ninguna responsabilidad frente a las obligaciones contraídas en virtud del compromiso específico suscrito entre el "GOBIERNO AUTÓNOMO DESCENTRALIZADO MUNICIPAL" y la Compañía Consorcio SP.

Los débitos podrán ser suspendidos si se produjere la terminación unilateral del compromiso que origina el presente contrato de servicios bancarios, de acuerdo a las normas aplicables, para lo cual el Gobierno Autónomo Descentralizado Municipal de Naranjal, deberá poner en conocimiento del Banco Central del Ecuador, tal situación.

**SEXTA: OBLIGACIONES DEL GOBIERNO AUTÓNOMO DESCENTRALIZADO MUNICIPAL.-**

Se deja expresa constancia que todas las obligaciones relativas a los impuestos, contribuciones y retenciones a que hubiere lugar en el contrato celebrado entre el "GOBIERNO AUTÓNOMO DESCENTRALIZADO MUNICIPAL", y la Compañía Consorcio SP, son de su exclusiva responsabilidad, razón por la cual el "BANCO CENTRAL" no asume ninguna obligación por esos conceptos.

**SÉPTIMA: DOCUMENTOS HABILITANTES.-**

Se incorporan como parte integrante de este contrato, los siguientes documentos:

1. Copia certificada del nombramiento y delegación de los comparecientes.

2. Copia a color de cédula de ciudadanía y certificado de votación de los comparecientes.

3. Copia certificada de la Resolución 115, adoptada en Sesión  Ordinaria, celebrada por el Concejo del Gobierno Autónomo Descentralizado Municipal de Naranjal del 09 de junio de 2016.

4. Certificación de Disponibilidad Presupuestaria suscrita por el Director de Gestión Financiera del GAD Municipal del cantón Naranjal, fechada en Naranjal, 20 de junio de 2016.

5. Tabla de Amortización suscrita por el ingeniero Jorge Raymundi Alvarado, Director de Gestión Financiera del GAD del cantón Naranjal.



CRP-DOJ-0001270811

**Banco Central** del Ecuador



Las partes se ratifican en todo lo estipulado en el presente instrumento y, para constancia lo suscriben en original y dos copias de igual tenor y valor, en la ciudad de Guayaquil, a   1 0 AGO 2016

### GOBIERNO AUTÓNOMO DESCENTRALIZADO MUNICIPAL DEL CANTÓN NARANJAL  PROVINCIA DEL GUAYAS

**Sr. Ing. Marcos Chica Cárdenas**
**ALCALDE**


### BANCO CENTRAL DEL ECUADOR

**Econ. Luis Javier Sánchez Cornejo**
**COORDINADOR DE CALIDAD DE SERVICIO PÚBLICO Y DE ATENCIÓN CIUDADANA, PROCESO OFICINA TÉCNICA Y DE PRESTACIÓN DE SERVICIOS GUAYAQUIL**

(007 GAD municipal Naranjal. msa)

CRP-DOJ-0001270812