

8:09

**John Polit**

August 27, 2014

|  |  |
|---|---|
|  | Cool!!! |
|  | So then you do want to buy the green one? |
|  | And the Palmetto? |
| I do, but I don't have money. |  |
|  | Right, that's why I'm telling you. |
| However, my dad is already pressuring me to sell him a part of everything so that my brothers can be part of it. |  |
| That's why my sister went today. |  |
| I told her that she can always help with school as long as there is a commitment. |  |
|  | Of course. |
|  | Well, then you can get some cash flow with that. |
| And I have to put a price on everything I want them to get into. |  |

GOVERNMENT EXHIBIT
AO386-C
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 8-1B

CRP-DOJ-0001243206_TR



8:10

**John Polit**

                                  some cash flow with that.
And I have to put a price on

everything I want them to get into.
Sure.

Mixing in the family is fucked up though.

                                  I know.

And I feel my siblings don't appreciate it.

Charles goes and I feel he audits me.

                                  I understand.

More than anything, he wants me to
teach them so it can push them to have
their things.

                      You have to be careful… Just for the
                      simple fact that you shouldn't get
                      into a fight with them.

Sure, since I said "Okay" I've been in a bad
mood. Heh,heh.



8:10

**John Polit**

Sure, since I said "Okay" I've been in a bad mood. Heh,heh.

For no reason whatsoever.

                        Heh, heh.

What I'm thinking is that I'm going to have whatever is with the family, and another group only for me, and another one with the Eljuri folks.

And if it's for growing, then it should be better.

                        I do agree.

                        I think that's good.

                        Have something for them.

                        They shouldn't stop you from whatever you want to do and for you to continue without any obstacles.

Sure, that's what I thought. Besides, I've worked for my kids.

I have to have their things so they can have as well.