## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS

I, the undersigned, Daniel Rodriguez Galarza, with the understanding that I am subject to criminal penalty under the laws of Panama for an intentionally false declaration, declare that I am (or was) employed as General Representative with Italcom, S.A. and Immobiliaria Cosani, S.A. and by reason of my position am authorized and qualified to make this declaration.

I further declare that the documents attached hereto as Italcom 001 through Italcom 004 are original records or true copies of records which:

1. Were made at or near the time of the occurrence of the matters set forth therein, by (or from information transmitted by) a person with knowledge of those matters;

2. Were kept in the course of regularly conducted business activity;

3. Were made by the said business activity as a regular practice; and

4. If not original records, are duplicates of original records.

The originals or duplicates of those records are maintained in Panama.

Date of execution: 6 de Marzo de 2024

Place of execution: Panamá, República de Panamá

Signature: [signature]

DEFENSE TRIAL EXHIBIT
52
22-CR-20114-KMW

CRP-DOJ-0003143033

## PAGARE A LA ORDEN

Debemos y pagaremos, incondicionalmente a 365 días vista, renovables, a **VENTURE OVERSEAS**, en esta ciudad o el lugar en que se nos demande, la cantidad de **UN MILLON NOVECIENTOS CUARENTA Y CUATRO MIL DOLARES AMERICANOS CON 00/100 (US$1'944,000.00)**, que hemos recibido de dicha persona en dinero en efectivo y en calidad de inversión, la misma que tendrá un rendimiento del 8% anual, intereses que se pagarán mensualmente. La obligación de pago se satisfará en la misma moneda o unidad en que nos hemos obligado.

Dejamos constancia expresa, que el plazo de días vista corre, desde la fecha en que en señal de conformidad y aceptación suscribimos este documento, eximiendo al acreedor de presentación o término para visto bueno y para el pago, de protesto o de aviso por falta de pago, renunciando expresamente a domicilio, ley o excepción que pudiera favorecernos. La transferencia del presente documento requiere de notificación previa al deudor, por escrito.

Panamá, Diciembre 10 de 2014

Vence en: Diciembre 10 de 2015

DEUDOR
Firma
Nombre _____
Daniel Rodriguez
**APODERADO GENERAL
ITALCOM, S.A.**

## PAGARE A LA ORDEN

Debemos y pagaremos a **VENTURES OVERSEAS**, en esta ciudad o el lugar en que se nos demande, la cantidad de **QUINIENTOS MIL DOLARES DE LOS ESTADOS UNIDOS DE AMERICA CON 00/100 (US$500,000.00)**, que hemos recibido de dicha sociedad en calidad de préstamo a una tasa del **5.00% anual**, intereses que se pagarán al vencimiento del presente documento. La obligación de pago se satisfará en la misma moneda o unidad en que nos hemos obligado.

Dejamos constancia expresa, que el plazo de días vista corre, desde la fecha en que en señal de conformidad y aceptación suscribimos este documento, eximiendo al acreedor de presentación o término para visto bueno y para el pago, de protesto o de aviso por falta de pago, renunciando expresamente a domicilio, ley o excepción que pudiera favorecernos. La transferencia del presente documento requiere de notificación previa al deudor, por escrito.

Panamá, Abril 07 de 2014

Vence en: Abril 2 de 2015

**DEUDOR**
**Firma**
**Nombre:** _____
Daniel Rodríguez Galarza
**APODERADO GENERAL**
**INMOBILIARIA COSANI, S. A.**

PAID

ITALCOM004

## PAGARE A LA ORDEN

Debemos y pagaremos a **VENTURES OVERSEAS**, en esta ciudad o el lugar en que se nos demande, la cantidad de **QUINIENTOS MIL DOLARES DE LOS ESTADOS UNIDOS DE AMERICA CON 00/100 (US$500,000.00),** que hemos recibido de dicha sociedad en calidad de préstamo a una tasa del **5.00% anual,** intereses que se pagarán al vencimiento del presente documento. La obligación de pago se satisfará en la misma moneda o unidad en que nos hemos obligado.

Dejamos constancia expresa, que el plazo de días vista corre, desde la fecha en que en señal de conformidad y aceptación suscribimos este documento, eximiendo al acreedor de presentación o término para visto bueno y para el pago, de protesto o de aviso por falta de pago, renunciando expresamente a domicilio, ley o excepción que pudiera favorecernos. La transferencia del presente documento requiere de notificación previa al deudor, por escrito.

Panamá, Mayo 28 de 2014

Vence en: Abril 2 de 2015

**DEUDOR**
**Firma**
**Nombre:** _____
Daniel Rodriguez Galarza
**APODERADO GENERAL**
**INMOBILIARIA COSANI, S. A.**

PAID 09/3/15

ITALCOM003

CRP-DOJ-0003143036

PAGARE A LA ORDEN

Debemos y pagaremos, incondicionalmente a 365 días vista, renovables, a VENTURE OVERSEAS, en esta ciudad o el lugar en que se nos demande, la cantidad de UN MILLON QUINIENTOS MIL DOLARES AMERICANOS CON 00/100 (US$1'500,000.00) que hemos recibido de dicha persona en dinero en efectivo y en calidad de inversión, la misma que tendrá un rendimiento del 9% anual, intereses que se pagarán mensualmente. La obligación de pago se satisfará en la misma moneda o unidad en que nos hemos obligado.

Dejamos constancia expresa, que el plazo de días vista corre, desde la fecha en que en señal de conformidad y aceptación suscribimos este documento, eximiendo al acreedor de presentación o término para visto bueno y para el pago, de protesto o de aviso por falta de pago, renunciando expresamente a domicilio, ley o excepción que pudiera favorecernos. La transferencia del presente documento requiere de notificación previa al deudor, por escrito.

Panamá, Diciembre 10 de 2014

Vence en Diciembre 10 de 2015

DEUDOR
Firma
Nombre
Daniel Rodríguez
APODERADO GENERAL
ITALCOM, S.A.