**Run Date:** 28-Feb-20        Transaction Detail Report        **Page:** 1
**Run Time:** 11:06 AM        **User Name:** XEROX

**BNK:** 175    **SND DATE:** 141110      **VAL:** 141110      **TRN:** 141110-00012296
**AMT:** $400,000.00              **CUR:** USD      **FOR AMT:** 400,000.00
**SRC:** BRW    **ADV:** FED      **TYP:** FTR      **LOC:** MTRANS      **CHECK NUM:**

**DBT:** ▮▮▮▮▮▮▮
**ACC:** ▮▮▮▮▮▮▮      **ON FILE:** N
**DEPT:** 175      **CTRY:**
AMERICAN LAND INVESTMENTS &
DEVELOPMENT LLC
▮▮▮▮▮▮▮▮▮▮▮

**SEND:** B/7021890
SUN CENTER OFFICE
**SNDR REF NUM:**

**BANK TO BANK INFO:**
GLOBAL REINSURANCE BROKER A/C#
▮▮▮▮▮

**CDT:** ▮▮▮▮▮▮
**ACC:** ▮▮▮▮▮▮▮      **ON FILE:** Y
**DEPT:** 175      **CTRY:**
BANK OF AMERICA, NA NY
NEW YORK
NY

**BNF:** ▮▮▮▮▮      **BK:** N
GLOBAL REINSURANCE BROKER

DEFENSE TRIAL EXHIBIT

**53**

22-CR-20114-KMW