| | | |
|---|---|---|
| **Run Date:** 28-Feb-20 | **Transaction Detail Report** | **Page:** 1 |
| **Run Time:** 11:06 AM | | **User Name:** XEROX |

**BNK:** 175  **SND DATE:** 141121  **VAL:** 141121  **TRN:** 141121-00014072
**AMT:** $1,020,000.00  **CUR:** USD  **FOR AMT:** 1,020,000.00
**SRC:** BRW  **ADV:** FED  **TYP:** FTR  **LOC:** MTRANS  **CHECK NUM:**

---

**DBT:**
**ACC:**  **ON FILE:** N
**DEPT:** 175  **CTRY:**
AMERICAN LAND INVESTMENTS &
DEVELOPMENT LLC

**SEND:** B/7021890
SUN CENTER OFFICE
**SNDR REF NUM:**

**BANK TO BANK INFO:**
FOR FURTHER CREDIT TO:
GLOBAL REINSURANCE BROKER

**CDT:**
**ACC:**  **ON FILE:** Y
**DEPT:** 175  **CTRY:**
BANK OF AMERICA, NA NY
NEW YORK
NY

**BNF:**  **BK:** N
GLOBAL REINSURANCE BROKER

---

**DEFENSE TRIAL EXHIBIT**
**54**
22-CR-20114-KMW

CRP-DOJ-0000394633