**Run Date:** 28-Feb-20     <u>Transaction Detail Report</u>     **Page:** 1
**Run Time:** 11:06 AM     **User Name:** XEROX

| | | |
|---|---|---|
| **BNK:** 175 | **SND DATE:** 141117 | **VAL:** 141117 |
| **AMT:** $369,983.21 | | **CUR:** USD |
| **SRC:** BRW | **ADV:** FED | **TYP:** FTR |

**TRN:** 141117-00005449
**FOR AMT:** 369,983.21
**LOC:** MTRANS     **CHECK NUM:**

---

**DBT:**
**ACC:** ████     **ON FILE:** N
**DEPT:** 175     **CTRY:**
AMERICAN LAND INVESTMENTS &
DEVELOPMENT LLC
████

**SEND:** B/7025970
KEY BISCAYNE OFFICE
**SNDR REF NUM:**

**CDT:**
**ACC:** ████     **ON FILE:** Y
**DEPT:** 175     **CTRY:**
BANK OF AMERICA, NA NY
NEW YORK
NY

**BNF:** /6550113516     **BK:** N
MERRILL LYNCH
100 WEST 33RD STREET
NEW YORK NEW YORK

**ORIG TO BNF INFO:**
FFC TO :CORPORATE CONSULTING GROUP
INC
ACCOUNT NO. ████

DEFENSE TRIAL EXHIBIT
55
22-CR-20114-KMW