# Wire Information For Invecon LLC and American Land Investments & Development LLC

| | |
|---|---|
| **From:** | Tamara Devos |
| **To:** | dsanchez@ |
| **Cc:** | reports.jcp@ |
| **Date:** | Wed, 25 Nov 2015 16:28:14 +0000 |

Good Morning Diego:

As instructed by Mr. John Polit, we need you to process two wire transfers for the following companies:

**BANK :  SUNTRUST BANK**
SWIFT  SNTRUS3A

SUNTRUST BANK
8699 NW 36 St
Miami, Fl, 33178

**BENEFICIARIO FINAL**

| | | |
|---|---|---|
| INVECON LLC | ACCT: | AMOUNT **$376,000.00** |
| AMERICAN LAND INVESTMENTS & DEVELOPMENT  LLC | ACCT: | AMOUNT **$ 174,000.00** |

Thank You,

Tamara Devos



DEFENSE TRIAL EXHIBIT
**56**
22-CR-20114-KMW

CRP-DOJ-0000017170