| | |
|---|---|
| From: | Tumaine |
| To: | "Gigo"; "Giginho" |
| Cc: | "Waterloo"; "tumaine@drousys.com" |
| Subject: | Remessas |
| Date: | Monday, September 27, 2010 9:20:00 AM |
| Attachments: | 404A-2010 Gigo.pdf |
| | 388-2010 Gigo.pdf |
| | 410A-2010 Gigo.doc |

Senhores,

Do nosso saldo atual US$2,142,575.63 , reservamos
- US$611,515.00 ( Beluga) que poderá ser liberado a qualquer momento e
- US$408,000.00 ( para pagamento URGENTE os Euros 300,000.00 de Dusxtex Investiments arquivo 273), uma taxa estimada .

Vamos liberar pela manhã as remessas abaixo, após confirmação dos créditos enviaremos outras remessas

Obs,.: o arquivo 383 e 396 já foram enviados, se precisar enviaremos novamente.

## ORDENS PENDENTES - GIGO

| Arq. | Valor | Beneficiário | Resp. | Observação |
|---|---|---|---|---|
| 404A | $ 300.000,00 | Dramiston Limited | LM | |
| 383 | $ 100.000,00 | Wallis Holding Corp | AR | |
| 383 | $ 100.000,00 | Malena Investment AS | AR | |
| 388 | $ 100.000,00 | Wheaton Corporation AS | FF | |
| 388 | $ 170.000,00 | Sud de Finanzas AS | FF | |
| 410 | $ 125.000,00 | Red Jackson AS Limited | NOB | |
| 410 | $ 150.000,00 | Putian Xiecheng | NOB | |
| 396 | € 25.000,00 | Erie International LLC | AJ | |
| 396 | € 55.000,00 | Erie International LLC | AJ | |

DEFENSE TRIAL EXHIBIT
57
22-CR-20114-KMW

**ORDEM DE PAGAMENTO POR CONTA**  Pagina 1 de 1

FDD0270   **Período : 01/07/2010 Até 30/09/2010**   **23/09/2010**

**TERCEIRO :** GIGOLINO - CONST I SUR   CORPBANCA PANAMÁ

| | |
|---|---|
| **OP. Nr. :** C.10.1887 - 238164 | **Data:** 21/09/2010 |
| **Amount :** US$        300,000.00 | |
| **Bank :** WACHOVIA BANK, N.A. | |

11 PENN PLAZA, 4TH FLOOR
NEW YORK, NY 10001
SWIFT: PNBPUS3NNYC
FOR THE ACCOUNT OF: BANK OF MONTREAL INTL BANKING H.O. MONTREAL
180 WELLINGTON STREET WEST, 8TH FLOOR, TORONTO, ONTARIO  M5J 1J1 CANADA
ACCOUNT NO.: [redacted]
SWIFT: BOFMCAM2
FOR FINAL CREDIT TO BENEFICIARY NAME: GUARANTY TRUST BANK LIMITED
LYFORD MANOR, LYFORD CAY, NASSAU, BAHAMAS
BENEFICIARY ACCOUNT NO.: [redacted]
REF: DRAMISTON LIMITED - ACCOUNT NR. [redacted]
NEW ADDRESS : SUITE EX UNION COURT, BUILDING ELIZABETH AVENUE EM SHIRKY STREET - NASSAU/BAHAMAS

**R E S U M O  T O T A L**

US$                    300,000.00