| From: | Tumaine |
|---|---|
| To: | "Gigo"; "Giginho" |
| Subject: | Planilha e remessas |
| Date: | Friday, November 11, 2011 12:02:00 PM |
| Attachments: | 463A-2011 Meinl Lashan.doc |
| | 499-2011 Gigo Reais.pdf |
| | 491- Eur - 2011 Gigo.docx.doc |
| | 491- US - 2011 Gigo.docx |
| | 498-2011 Gigo.pdf |

Queridos,

Segue arquivos 463 ( nova direÇão), 491 Eur, 491 USD, 498 e 499

| | | | | | |
|---|---|---|---|---|---|
| 445 | 13-out-11 | $ | 2.000.000,00 | Juston Business Corp | **Enviar via BCP em 3 parcelas** |
| 492 | 10-nov-11 | $ | 3.000.000,00 | Juston Business Corp | |
| 463A | 11-nov-11 | $ | 882.000,00 | Lashan Corporation | **Nova direção - URGENTE** |
| 474 | 1-nov-11 | $ | 1.000.000,00 | Consultores & Contratistas Amiro | |
| 485 | 7-nov-11 | $ | 2.502.000,00 | Juston Business Corp | **Enviar via Meinl em 3 parcelas** |
| 490 | 10-nov-11 | $ | 648.000,00 | Columbia Management | |
| 491 | 11-nov-11 | € | 40.500,00 | Camper & Nicholson Intl Ltd | |
| 491 | 11-nov-11 | $ | 61.174,00 | Earson Digital | |
| 491 | 11-nov-11 | $ | 88.826,00 | Shangyu Lijiang Umbrella | |
| 491 | 11-nov-11 | $ | 19.920,00 | Codexport AS | |
| 493 | 10-nov-11 | $ | 500.000,00 | Alfa Internacional Corp | **URGENTESSIMA** |
| 493 | 10-nov-11 | $ | 450.000,00 | INFISE AS | |
| 494 | 10-nov-11 | $ | 500.000,00 | Shadow Oaks | |
| 494 | 10-nov-11 | $ | 230.000,00 | Inversiones Alcantil | |
| 495 | 10-nov-11 | $ | 9.000,00 | Draft Systems | |
| 495 | 10-nov-11 | $ | 1.950,00 | Salmet Trade | |
| 495 | 10-nov-11 | $ | 9.000,00 | Draft Systems | |
| 496 | 10-nov-11 | R$ | 1.000.000,00 | Crown International | **Converter em US$** |
| 496 | 10-nov-11 | R$ | 400.000,00 | Palmview Management | **Converter em US$** |
| 497 | 10-nov-11 | $ | 500.000,00 | Ardmore Business AS | |
| 498 | 11-nov-11 | $ | 200.000,00 | Dramiston Limited | |
| 499 | 11-nov-11 | R$ | 800.000,00 | Kateland Internacional | **Converter em US$** |
| 499 | 11-nov-11 | R$ | 800.000,00 | Sun Oasis Enterprises Ltd.; | **Converter em US$** |

DEFENSE TRIAL EXHIBIT

58

22-CR-20114-KMW

**ORDEM DE PAGAMENTO POR CONTA** — Página 1 de 1

**FDD0270**   Período : 01/11/2011 Até 30/11/2011   **11/11/2011**

**TERCEIRO :** GIGOLINO - KLIENFELD MEINL (USD)

| | | |
|---|---|---|
| **OP. Nr.** : | C.11.2214 - 295688 | **Data:** 14/11/2011 |
| **Amount** : | US$           200,000.00 | |
| **Bank** : | BANK : CHASE MANHANTTAN BANK<br>NEW YORK - N.Y.<br>SWIFT : CHASUS33<br>ABA NR. ████████<br>FOR THE INITIAL CREDIT OF : RBC ROYAL BANK (BAHAMAS) LIMITED<br>ADDRESS : EAST HILL STREET, NASSAU/BAHAMAS<br>SWIFT : ROYCBSNS<br>ACCOUNT NR. ████████<br>FOR FURTHER CREDIT TO : RBC ROYAL BANK (BAHAMAS) LIMITED<br>ADDRESS : LYFORD CAY SHOPPING CENTRE BRANCH<br>FOR FINAL CREDIT TO : GUARANTY TRUST BANK LIMITED - LYFORD MANOR, LYFORD CAY, NASSAU, BAHAMAS<br>USD ACCOUNT  NR.████████<br>REF: DRAMISTON LIMITED<br>ADDRESS : SUITE EX UNION COURT, BUILDING ELIZABETH AVENUE EM SHIRKY STREET - NASSAU/BAHAMAS | |

**RESUMO TOTAL**

US$           200,000.00