| From: | Tumaine |
| --- | --- |
| To: | "Gigo"; "Giginho" |
| Subject: | Remessas em 04/mai/12 |
| Date: | Thursday, May 3, 2012 4:14:00 PM |
| Attachments: | 183-2012 GigoINN.pdf |
| | 186-2012 GigoINN.pdf |
| | 187-2012 Meinl.doc |
| | 188-2012 GigoINN.pdf |

Queridos,

Anexo arquivos 183, 186, 187 e 188

| Arq. | Enviado | Valor | | Beneficiário | Em |
| --- | --- | --- | --- | --- | --- |
| 133 | 5-abr-12 | $ | 373.249,00 | Rote Energie | **SALDO FINAL** |
| 169 | 25-abr-12 | € | 25.000,00 | Erie International LLC | |
| | 25-abr-12 | € | 30.000,00 | | |
| | 25-abr-12 | € | 55.000,00 | | |
| 171 | 25-abr-12 | $ | 100.000,00 | LIF International Ltd | **Converter em Euros ( Taxa dia)** |
| 172 | 25-abr-12 | $ | 505.000,00 | Latin America Asias Capital | |
| 173 | 25 abr 12 | $ | 87.730,00 | Columbia Management | |
| 174 | 25-abr-12 | $ | 1.290.000,00 | Lashan Corporation | **Via Meinl** |
| 175 | 25-abr-12 | € | 133.320,00 | Francisco Cannas | |
| 178 | 26-abr-12 | $ | 776.000,00 | Alfa Internacional Corp | |
| 179 | 27-abr-12 | $ | 300.000,00 | Briq Corporation Overseas | |
| 180 | 2-mai-12 | R$ | 1.200.000,00 | BELMON LTD | **Converter em US$ ( Taxa do dia)** |
| 181 | 3-mai-12 | $ | 142.550,00 | Columbia Management | **VIA SELECT** |
| 182 | 3-mai-12 | $ | 100.000,00 | Sabrimol Trading SA | **Converter em Euros ( a taxa do dia)** |
| 182 | 3-mai-12 | $ | 200.000,00 | | |
| 184 | 3-mai-12 | $ | 60.000,00 | Sothria Operation | **VIA SELECT** |
| 185 | 3-mai-12 | $ | 300.000,00 | Presente Co. | **VIA SELECT** |
| 183 | 4-mai-12 | $ | 1.554.400,00 | Lombard Venture LTD | **VIA MEIL** |
| 186 | 4-mai-12 | $ | 300.000,00 | Dramiston Limited | |
| 187 | 4-mai-12 | $ | 1.687.744,00 | Lashan Corporation | **VIA MEIL** |
| 188 | 4-mai-12 | $ | 1.000.000,00 | Alfa Internacional Corp | |

DEFENSE TRIAL EXHIBIT

59

22-CR-20114-KMW

| ORDEM DE PAGAMENTO POR CONTA | | Pagina 1 de 1 |
|---|---|---|
| FDD0270 | Período : 01/05/2012 Até 31/05/2012 | **03/05/2012** |

**TERCEIRO :** GIGOLINO-INNOVATIONS MEINL (USD)

```
OP. Nr.  :  C.12.897  -  313423                              Data:    04/05/2012
Amount   :  US$            300,000.00
Bank     :  BANK : CHASE MANHANTTAN BANK
            NEW YORK - N.Y.
            SWIFT : CHASUS33
            ABA NR. ███████
            FOR THE INITIAL CREDIT OF : RBC ROYAL BANK (BAHAMAS) LIMITED
            ADDRESS : EAST HILL STREET, NASSAU/BAHAMAS
            SWIFT : ROYCBSNS
            ACCOUNT NR. ███████
            FOR FURTHER CREDIT TO : RBC ROYAL BANK (BAHAMAS) LIMITED
            ADDRESS : LYFORD CAY SHOPPING CENTRE BRANCH
            FOR FINAL CREDIT TO : GUARANTY TRUST BANK LIMITED - LYFORD MANOR, LYFORD CAY,
            NASSAU, BAHAMAS
            USD ACCOUNT NR. ███████
            REFERENCE : DRAMISTON LIMITED - ACCOUNT NR. ███████
            ADDRESS : SUITE EX UNION COURT, BUILDING ELIZABETH AVENUE EM SHIRKY STREET -
            NASSAU/BAHAMAS
            ACCOUNT NR. ███████
```

**R E S U M O   T O T A L**

US$            300,000.00