| From: | Tumaine |
| --- | --- |
| To: | "Gigo"; "Giginho" |
| Subject: | Remessas em 08JUN12 |
| Date: | Friday, June 8, 2012 12:16:00 PM |
| Attachments: | 265-2012 GigoINN.pdf |
| | 260-2012 Gigo.doc |
| | 261-2012 Select Urgente.pdf |
| | 262-2012 Gigo Euros.pdf |
| | 263-2012 GigoINN.pdf |
| | 264-2012 GigoINN.pdf |

Senhores,

Segue arquivos 260, 261, 262, 263, 264 e 265

| Arq. | Enviado | Valor | | Beneficiário | Em |
| --- | --- | --- | --- | --- | --- |
| 232 | 28-mai-12 | $ | 100.000,00 | Aragon Finance Corp | **Converter em Euros** |
| 235 | 30-mai-12 | $ | 250.000,00 | Layham Finnacial Services . C.A | |
| 243 | 31-mai-12 | $ | 150.000,00 | Glory International Industry Co. Ltd | |
| 257 | 6-jun-12 | $ | 100.000,00 | LIF Intl Limited | |
| 260 | 8-jun-12 | $ | 50.000,00 | One-UP Source Co. Limited | |
| 261 | 8-jun-12 | $ | 50.000,00 | Sangha Properties Corp. | **FAZER PELA SELECT, ÚNICA REMESSA** |
| 261 | 8-jun-12 | $ | 650.000,00 | Sangha Properties Corp. | |
| 262 | 8-jun-12 | € | 300.000,00 | Iberoamerica Proyectos | |
| 263 | 8-jun-12 | $ | 490.000,00 | Alfa Internacional Corporation | |
| 263 | 8-jun-12 | $ | 150.000,00 | Grandieri Intl, INC | |
| 264 | 8-jun-12 | $ | 300.000,00 | Dramiston Limited | |
| 264 | 8-jun-12 | $ | 150.000,00 | LIF Intl Limited | |
| 265 | 8-jun-12 | $ | 501.000,00 | Astrofin Corp | |

DEFENSE TRIAL EXHIBIT
60
22-CR-20114-KMW

```
ORDEM DE PAGAMENTO POR CONTA                                              Pagina 1 de 1

FDD0270                    Período : 01/05/2012 Até 30/06/2012             08/06/2012
```

**TERCEIRO :** GIGOLINO-INNOVATIONS MEINL (USD)

| | | |
|---|---|---|
| **OP. Nr. :** C.12.1153  -  314465 | | **Data:** 08/06/2012 |
| **Amount   :** US$            300,000.00 | | |

**Bank**      :  BANK : CHASE MANHANTTAN BANK
               NEW YORK - N.Y.
               SWIFT : CHASUS33
               ABA NR. ▓▓▓▓▓▓▓▓
               FOR THE INITIAL CREDIT OF : RBC ROYAL BANK (BAHAMAS) LIMITED
               ADDRESS : EAST HILL STREET, NASSAU/BAHAMAS
               SWIFT : ROYCBSNS
               ACCOUNT NR. ▓▓▓▓▓▓▓▓
               FOR FURTHER CREDIT TO : RBC ROYAL BANK (BAHAMAS) LIMITED
               ADDRESS : LYFORD CAY SHOPPING CENTRE BRANCH
               FOR FINAL CREDIT TO : GUARANTY TRUST BANK LIMITED - LYFORD MANOR, LYFORD CAY,
               NASSAU, BAHAMAS
               USD ACCOUNT  NR ▓▓▓▓▓▓▓▓
               REFERENCE : DRAMISTON LIMITED - ACCOUNT NR. ▓▓▓▓▓▓▓▓
               ADDRESS : SUITE EX UNION COURT, BUILDING ELIZABETH AVENUE EM SHIRKY STREET -
               NASSAU/BAHAMAS
               ACCOUNT NR. ▓▓▓▓▓▓▓▓

**OP. Nr. :** C.12.1090  -  314334                                **Data:** 11/06/2012

**Amount   :** US$            150,000.00

**Bank**      :  INTERMEDIARY BANK : STANDARD CHARTERED BANK
               ADDRESS : WELLS FARGO, PHILADELPHIA, USA
               ABA NR. ▓▓▓▓▓▓▓▓
               SWIFT : PNBPUS3NNYC
               BENEFICIARY'S BANK : LLOYDS TSB, LONDON
               (57A) : LOYDGB2L
               FOR CREDIT OF : BANK OF SAINT LUCIA INTERNATIONAL LTD.
               ADDRESS : RODNEY BAY VILLA, GROS ISLET, ST LUCIA
               ACCOUNT NR. ▓▓▓▓▓▓▓▓
               FOR FURTHER CREDIT TO ACCOUNT : ▓▓▓▓▓▓▓▓
               BENEFICIARY : L.I.F. INTERNATIONAL LIMITED
               ADDRESS : CNR OF ALMOND ROAD AND FLAMBOYANT DRIVE - RODNEY BAY VILLAGE, GROS
               ISLET, ST. LUCIA

               REFERENCE : JESUS ALLENDE (DNI 8 850 239)

**R E S U M O   T O T A L**

US$            450,000.00