**From:** Tumaine
**To:** "Gigo"
**Subject:** Remessas
**Date:** Thursday, August 9, 2012 9:43:47 AM
**Attachments:** 372-2012 Gigo.doc
373-2012 Gigo.htm
374-2012 Select.docx
0338 2012 - Reais.pdf

Querido,

Segue arquivo 372, 373 e 374 e o reenvio do arquivo 338

| Arq. | Enviado | Requisição | | | Valor | | Beneficiário | Em |
|---|---|---|---|---|---|---|---|---|
| 338 | | C | 12 | 1279 | R$ | 1.100.000,00 | Sun Oasis Enterprises Corp. | Converter em US$ - taxa do dia |
| 358 | 6-ago-12 | | | | $ | 265.000,00 | Front Line | |
| 365 | 6-ago-12 | C | 12 | 1610 | $ | 200.000,00 | Cort Business Brockers & Consultors | VIA BPA |
| 365 | 6-ago-12 | C | 12 | 1607 | $ | 400.000,00 | | |
| 366 | 6-ago-12 | C | 12 | 1619 | $ | 400.000,00 | Hobert International Ltd | |
| 366 | 6-ago-12 | C | 12 | 1618 | $ | 200.000,00 | Ralfim Limited | |
| 367 | 6-ago-12 | L | 12 | 88 | € | 20.000,00 | Erie International LLC | |
| 367 | 6-ago-12 | L | 12 | 89 | € | 65.000,00 | | |
| 368 | 6-ago-12 | C | 12 | 1574 | $ | 400.000,00 | Ultone Finance Limited | VIA BPA |
| 372 | 9-ago-12 | | | | $ | 245.000,00 | Victoria Inv. Ltd | URGENTES |
| 372 | 9-ago-12 | | | | $ | 235.000,00 | Front Line | |
| 373 | 9-ago-12 | C | 12 | 1676 | $ | 100.000,00 | Fernhead Holding Inc | |
| 374 | 9-ago-12 | C | 12 | 1677 | $ | 100.000,00 | Dramiston Ltd | |
| 374 | 9-ago-12 | | | | $ | 650.000,00 | Columbia Management | |

DEFENSE TRIAL EXHIBIT
61
22-CR-20114-KMW

**ARQUIVO 0373-2012 GIGO**

| Operacao | Valor | | Conta |
|---|---|---|---|
| GIGOINN-M | | | |
| -- | | | |
| C.12.1676 - 319274 | US$ | 100.000,00 | BANK : PRODUBANK<br>ADDRESS : AV AQUILINO DE LA GUARIDA Y CALLE 47-E<br>EDIFIFCIO OCEAN BUSINESS PLAZA, PISO 15 OFICINAS 9 Y 10<br>PANAMA - REPUBLICA DE PANAMA<br>SWIFT : PRODUPAPA<br>BENEFICIARY : FERNHEAD HOLDING INC<br>ACCOUNT NR. ▮▮▮▮▮▮▮▮▮▮<br>ADDRESS : EDIFICIO MOSSFON, SEGUNDO PISO, CALLE 54, PANAMA CITY, REPUBLICA DEL PANAMA |
| C.12.1677 - 319276 | US$ | 100.000,00 | ATIVIDADE : CONSULTORIA E ASSESSORIA EM PROJETOS ELETRICOS<br>BANK : CHASE MANHANTTAN BANK<br>NEW YORK - N.Y.<br>SWIFT : CHASUS33<br>ABA NR. ▮▮▮▮▮▮▮▮▮▮<br>FOR THE INITIAL CREDIT OF : RBC ROYAL BANK (BAHAMAS) LIMITED<br>ADDRESS : EAST HILL STREET, NASSAU/BAHAMAS<br>SWIFT : ROYCBSNS<br>ACCOUNT NR. ▮▮▮▮▮▮▮▮▮▮<br>FOR FURTHER CREDIT TO : RBC ROYAL BANK (BAHAMAS) LIMITED<br>ADDRESS : LYFORD CAY SHOPPING CENTRE BRANCH<br>FOR FINAL CREDIT TO : GUARANTY TRUST BANK LIMITED - LYFORD MANOR, LYFORD CAY, NASSAU, BAHAMAS<br>USD ACCOUNT NR. ▮▮▮▮▮▮▮▮▮▮<br>REFERENCE : DRAMISTON LIMITED - ACCOUNT NR. ▮▮▮▮▮▮▮▮▮▮<br>ADDRESS : SUITE EX UNION COURT, BUILDING ELIZABETH AVENUE EM SHIRKY STREET - NASSAU/BAHAMAS<br>ACCOUNT NR. ▮▮▮▮▮▮▮▮▮▮ |

--