| | |
|---|---|
| **From:** | Feeling |
| **To:** | "victor@▇▇▇▇▇▇▇" |
| **Subject:** | ENC: Planilha e Arquivos |
| **Date:** | Tuesday, September 18, 2012 10:55:00 AM |
| **Attachments:** | 439-2012 Gigo.xls.htm |
| | 440-2012 Gigo.xls.htm |
| | 441-2012 Gigo.docx |

**De:** Gigo [mailto:gigo@drousys.com]
**Enviada em:** mardi, 18. septembre 2012 11:35
**Para:** 'Feeling'
**Assunto:** ENC: Planilha e Arquivos

**De:** Tumaine [mailto:tumaine@drousys.com]
**Enviada em:** terça-feira, 18 de setembro de 2012 10:53
**Para:** 'Gigo'; 'Giginho'
**Assunto:** Planilha e Arquivos

Queridos,

Anexo arquivo 439, 440 e 441

| Arq. | Enviado | Valor | Beneficiário | Em |
|---|---|---|---|---|
| 439 | 18-set-12 | $ 600.000,00 | Cresswell Overseas As | |
| 440 | 18-set-12 | $ 270.000,00 | Glory Intl Industru Co. Lts | |
| 440 | 18-set-12 | $ 320.000,00 | Dramiston Ltd | |
| 441 | 18-set-12 | $ 250.000,00 | Sentinel Mandate & Escrow Ltd | |

DEFENSE TRIAL EXHIBIT
62
22-CR-20114-KMW

Arquivo : 440-2012 Gigo

| Operacao | Valor | Conta |
|---|---|---|
| **GIGOLINO-M** | | |
| -- | | |
| C.12.2071 - 327540 | US$ 270.000,00 | BANK : SHANGHAI PUDONG DEVELOPMENT BANK OFFSHORE BANKING UNIT<br>ADDRESS : Nº 12 - ZHONGSHAN DONG YI ROAD - SHANGHAI CITY<br>SWIFT : SPDBCNSHOSA<br>BENEFICIARY : GLORY INTERNATIONAL INDUSTRY CO. LTD.<br>ADDRESS : TRUST COMPANY CENTER, AJELTAKLE ROAD<br>AJELTAR ISALND, MAJURO, MARSHALL ISLANDS MH969600<br>ACCOUNT Nº ▮▮▮▮▮▮▮▮ USD<br><br>ATIVIDADE : COMPRA E VENDA DE EQUIPAMENTOS INDUSTRIAL |
| C.12.2073 - 327542 | **US$ 320.000,00** | BANK : CHASE MANHANTTAN BANK<br>NEW YORK - N.Y.<br>SWIFT : CHASUS33<br>ABA NR. ▮▮▮▮▮▮▮<br>FOR THE INITIAL CREDIT OF : RBC ROYAL BANK (BAHAMAS) LIMITED<br>ADDRESS : EAST HILL STREET, NASSAU/BAHAMAS<br>SWIFT : ROYCBSNS<br>ACCOUNT NR. ▮▮▮▮▮▮▮<br>FOR FURTHER CREDIT TO : RBC ROYAL BANK (BAHAMAS) LIMITED<br>ADDRESS : LYFORD CAY SHOPPING CENTRE BRANCH<br>FOR FINAL CREDIT TO : GUARANTY TRUST BANK LIMITED - LYFORD MANOR, LYFORD CAY, NASSAU, BAHAMAS<br>USD ACCOUNT  NR. ▮▮▮▮▮▮▮<br>REFERENCE : DRAMISTON LIMITED<br>ADDRESS : SUITE EX UNION COURT, BUILDING ELIZABETH AVENUE EM SHIRKY STREET - NASSAU/BAHAMAS<br>ACCOUNT NR. ▮▮▮▮▮▮▮ |
| -- | | |

**Data : 17/Set/2012**

1

file:///black.local/dfs/▮▮▮▮▮▮▮