| From: | Tumaine |
|---|---|
| To: | "Gigo"; "Giginho" |
| Subject: | Remessas e Planilha |
| Date: | Thursday, September 20, 2012 1:24:00 PM |
| Attachments: | 449-2012 Gigo.xls.htm |
| | 446-2012 Gigo.docx |
| | 447-2012 Gigo.xls.htm |
| | 448-2012 Gigo.xls.htm |

Queridos,

Segue mais arquivos, para realizarmos após confirmação dos créditos.

| Arq. | Enviado | Valor | | Beneficiário | Em |
|---|---|---|---|---|---|
| 442 | 19-set-12 | $ | 50.000,00 | Zhengzhou Food International Co., Ltd. | |
| 443 | 19-set-12 | $ | 750.000,00 | Thunder Bay Property Group INC | |
| 444 | 19-set-12 | $ | 428.235,00 | Astrofin Corp | |
| 445 | 19-set-12 | $ | 496.630,00 | Altea Capital Corp | |
| 445 | 19-set-12 | $ | 360.000,00 | Grandieri Intl INC | |
| 446 | 20-set-12 | $ | 845.000,00 | Columbia Management | |
| 447 | 20-set-12 | $ | 105.723,00 | Dramiston Limited | |
| 447 | 20-set-12 | $ | 119.680,00 | Glory Intl Industry Co. Ltd | |
| 448 | 20-set-12 | $ | 150.000,00 | 2044632 Ontario Limited | |
| 449 | 20-set-12 | $ | 580.320,00 | Cresswell Ovreseas AS | |

DEFENSE TRIAL EXHIBIT

63

22-CR-20114-KMW

**Arquivo : 447-2012 Gigo**

| Operacao | Valor | Conta | | |
|---|---|---|---|---|
| ==GIGOLINO-M== | | | | |
| C.12.2073 - 327631  US$ | ==105.723,00== | BANK : CHASE MANHANTTAN BANK<br>NEW YORK - N.Y.<br>SWIFT : CHASUS33<br>ABA NR.<br>FOR THE INITIAL CREDIT OF : RBC ROYAL BANK (BAHAMAS) LIMITED<br>ADDRESS : EAST HILL STREET, NASSAU/BAHAMAS<br>SWIFT : ROYCBSNS<br>ACCOUNT NR.<br>FOR FURTHER CREDIT TO : RBC ROYAL BANK (BAHAMAS) LIMITED<br>ADDRESS : LYFORD CAY SHOPPING CENTRE BRANCH<br>FOR FINAL CREDIT TO : GUARANTY TRUST BANK LIMITED - LYFORD MANOR, LYFORD CAY, NASSAU, BAHAMAS<br>USD ACCOUNT NR.<br>REFERENCE : DRAMISTON LIMITED - ACCOUNT NR.<br>ADDRESS : SUITE EX UNION COURT, BUILDING ELIZABETH AVENUE EM SHIRKY STREET - NASSAU/BAHAMAS<br>ACCOUNT NR. | | |
| C.12.2071 - 327630  US$ | 119.680,00 | BANK : SHANGHAI PUDONG DEVELOPMENT BANK OFFSHORE BANKING UNIT<br>ADDRESS : Nº 12 - ZHONGSHAN DONG YI ROAD - SHANGHAI CITY<br>SWIFT : SPDBCNSHOSA<br>BENEFICIARY : GLORY INTERNATIONAL INDUSTRY CO. LTD.<br>ADDRESS : TRUST COMPANY CENTER, AJELTAKLE ROAD<br>AJELTAR ISALND, MAJURO, MARSHALL ISLANDS MH969600<br>ACCOUNT Nº    USD<br>ATIVIDADE : COMPRA E VENDA DE EQUIPAMENTOS INDUSTRIAL | | ==Data : 20.Set.2012== |

1