| From: | Tumaine |
|---|---|
| To: | "Gigo"; "Giginho" |
| Subject: | Planilha x Remessas |
| Date: | Thursday, October 4, 2012 3:45:00 PM |
| Attachments: | 473-2012 Gigo.xls.htm |
| | 474-2012 Reais.xls.htm |
| | 475-2012 Gigo.xls.htm |
| | 476-2012 Gigo.xls.htm |
| | 477-2012 Gigo.xls.htm |
| | 478-2012 Gigo.xls.htm |
| | 479-2012 Gigo.xls.htm |
| | 480-2012 Gigo.xls.htm |
| | 481-2012 Gigo.doc |
| | 482-2012 Gigo.doc |

Queridos,

Anexo arquivos 473 a 482

**Obs. : FM esta enviando da Southern Cross – US$6,5M, já temos toda destinação para esta grana, por favor avise quando confirmar o crédito.**

| Arq. | Enviado | Valor | | Beneficiário | Em |
|---|---|---|---|---|---|
| 465 | 2-out-12 | $ | 324.785,00 | Grandieri Intl Inc | |
| 467 | 2-out-12 | $ | 419.680,00 | Cresswell Overseas | |
| 473 | 4-out-12 | $ | 3.000.000,00 | Cresswell Overseas | Enviar na próxima semana |
| 474 | 4-out-12 | R$ | 1.000.000,00 | Sun Oasis Enterprises Ltd | Converter em US$ (Taxa do dia) |
| 474 | 4-out-12 | R$ | 750.000,00 | Brooklet Holdings Ltd | |
| 475 | 4-out-12 | $ | 158.472,00 | Centennial AS | |
| 476 | 4-out-12 | $ | 148.000,00 | Sabrimol Tradings AS | |
| 477 | 4-out-12 | $ | 377.390,00 | Osisca Advisors Inc | |
| 478 | 4-out-12 | $ | 396.300,00 | Solocorp Inc | |
| 479 | 4-out-12 | $ | 497.680,00 | Astrofin Corp | |
| 480 | 4-out-12 | $ | 110.320,00 | Glory Intl Industry Co | |
| 480 | 4-out-12 | $ | 174.277,00 | Dramiston Limited | |
| 481 | 4-out-12 | $ | 247.000,00 | Galax Tradings Ltd | |
| 482 | 4-out-12 | $ | 560.900,00 | Lashan Corporation | |

DEFENSE TRIAL EXHIBIT
64
22-CR-20114-KMW

Arquivo : 480-2012 Gigo

| Operacao | Valor | Conta |
|---|---|---|
| GIGOLINO-M | | |
| -- | | |
| C.12.2071 - 327629 | US$ 110.320,00 | BANK : SHANGHAI PUDONG DEVELOPMENT BANK OFFSHORE BANKING UNIT<br>ADDRESS : Nº 12 - ZHONGSHAN DONG YI ROAD - SHANGHAI CITY<br>SWIFT : SPDBCNSHOSA<br>BENEFICIARY : GLORY INTERNATIONAL INDUSTRY CO. LTD.<br>ADDRESS : TRUST COMPANY CENTER, AJELTAKLE ROAD<br>AJELTAR ISALND, MAJURO, MARSHALL ISLANDS MH969600<br>ACCOUNT Nº [redacted] USD<br><br>ATIVIDADE : COMPRA E VENDA DE EQUIPAMENTOS INDUSTRIAL |
| C.12.2073 - 327632 | US$ 174.277,00 | BANK : CHASE MANHANTTAN BANK<br>NEW YORK - N.Y.<br>SWIFT : CHASUS33<br>ABA NR. [redacted]<br>FOR THE INITIAL CREDIT OF : RBC ROYAL BANK (BAHAMAS) LIMITED<br>ADDRESS : EAST HILL STREET, NASSAU/BAHAMAS<br>SWIFT : ROYCBSNS<br>ACCOUNT NR. [redacted]<br>FOR FURTHER CREDIT TO : RBC ROYAL BANK (BAHAMAS) LIMITED<br>ADDRESS : LYFORD CAY SHOPPING CENTRE BRANCH<br>FOR FINAL CREDIT TO : GUARANTY TRUST BANK LIMITED - LYFORD MANOR, LYFORD CAY, NASSAU, BAHAMAS<br>USD ACCOUNT  NR. [redacted]<br>REFERENCE : DRAMISTON LIMITED - ACCOUNT NR. [redacted]<br>ADDRESS : SUITE EX UNION COURT, BUILDING ELIZABETH AVENUE EM SHIRKY STREET - NASSAU/BAHAMAS<br>ACCOUNT NR. [redacted] |

--

Data : 04.Out.2012

1