| From: | Gigo |
|---|---|
| To: | "Giginho" |
| Subject: | ENC: |
| Date: | Tuesday, October 16, 2012 8:54:00 AM |
| Attachments: | 503-2012 Reais.xls.htm |
| | 498-2012 Gigo.xls.htm |
| | 499-2012 Gigo.xls.htm |
| | 500-2012 Gigo.xls.htm |
| | 501-2012 Gigo.xls.htm |
| | 502-2012 Gigo.xls.htm |

**De:** Tumaine [mailto:tumaine@drousys.com]
**Enviada em:** segunda-feira, 15 de outubro de 2012 17:28
**Para:** 'Gigo'; 'Giginho'
**Assunto:**

Queridos,

Anexo arquivos 498 a 503

FM enviou 1,2M para K ( provável credito em 16/Out), precisamos enviar o saldo de 2M para Host

| Arq. | Enviado | Valor | | Beneficiário | Em |
|---|---|---|---|---|---|
| 487 | 9-out-12 | $ | 261.285,00 | Maambe Corporation | Credi |
| 488 | 9-out-12 | $ | 464.880,00 | Altea Capital Corp | |
| 489 | 9-out-12 | R$ | 733.000,00 | Sun Oasis Enterprises Ltd | Converter em US$ |
| 496 | 11-out-12 | $ | 177.083,00 | Eathisa AS | Credi |
| 497 | 15-out-12 | $ | 650.000,00 | Greenridge Overseas | Credi |
| 498 | 15-out-12 | $ | 50.000,00 | Sherman Assets | Credi |
| 499 | 15-out-12 | $ | 375.215,00 | Grandieri Intl INC | |
| 500 | 15-out-12 | $ | 224.178,00 | Centennial AS | Credi |
| 501 | 15-out-12 | $ | 348.712,00 | RFY Import and Export LTD | |
| 502 | 15-out-12 | $ | 234.660,00 | Glory Intl Industry | Credi |
| 502 | 15-out-12 | $ | 245.138,00 | Dramiston Ltd | Credi |
| 503 | 15-out-12 | R$ | 630.000,00 | Guillemont Intl | Converter em US$ |
| 503 | 15-out-12 | R$ | 800.000,00 | Brooklet Holdings LTD | Converter em US$ |

**DEFENSE TRIAL EXHIBIT 65**
22-CR-20114-KMW

Arquivo : 502-2012 Gigo

| Operacao | Valor | Conta |
|---|---|---|
| GIGOLINO-M | | |
| -- | | |
| C.12.2324 - 334170 | US$ 234.660,00 | BANK : SHANGHAI PUDONG DEVELOPMENT BANK OFFSHORE BANKING UNIT<br>ADDRESS : Nº 12 - ZHONGSHAN DONG YI ROAD - SHANGHAI CITY<br>SWIFT : SPDBCNSHOSA<br>BENEFICIARY : GLORY INTERNATIONAL INDUSTRY CO. LTD.<br>ADDRESS : TRUST COMPANY CENTER, AJELTAKLE ROAD<br>AJELTAR ISALND, MAJURO, MARSHALL ISLANDS MH969600<br>ACCOUNT Nº ▓▓▓▓▓▓▓ USD<br><br>**ATIVIDADE : COMPRA E VENDA DE EQUIPAMENTOS INDUSTRIAL** |
| C.12.2327 - 334165 | US$ 245.138,00 | BANK : CHASE MANHANTTAN BANK<br>NEW YORK - N.Y.<br>SWIFT : CHASUS33<br>ABA NR. 021.000.021<br>FOR THE INITIAL CREDIT OF : RBC ROYAL BANK (BAHAMAS) LIMITED<br><br>ADDRESS : EAST HILL STREET, NASSAU/BAHAMAS<br>SWIFT : ROYCBSNS<br>ACCOUNT NR. ▓▓▓▓▓▓▓<br>FOR FURTHER CREDIT TO : RBC ROYAL BANK (BAHAMAS) LIMITED<br><br>ADDRESS : LYFORD CAY SHOPPING CENTRE BRANCH<br>FOR FINAL CREDIT TO : GUARANTY TRUST BANK LIMITED - LYFORD MANOR, LYFORD CAY, NASSAU, BAHAMAS<br><br>USD ACCOUNT NR. ▓▓▓▓▓▓▓<br>REFERENCE : DRAMISTON LIMITED - ACCOUNT NR. ▓▓▓▓▓▓▓<br><br>ADDRESS : SUITE EX UNION COURT, BUILDING ELIZABETH AVENUE EM SHIRKY STREET - NASSAU/BAHAMAS<br><br>ACCOUNT NR. ▓▓▓▓▓▓▓ |
| -- | | |

Data : 15.Out.12

file:///black.local/▓▓▓▓▓▓▓