| From: | Tumaine |
|---|---|
| To: | "Gigo"; "Giginho" |
| Subject: | Planilhas |
| Date: | Wednesday, October 24, 2012 10:03:00 AM |
| Attachments: | 524-2012 Gigo.xls.htm |
| | 519-2012 Gigo.xls.htm |
| | 520-2012 Gigo.xls.htm |
| | 521-2012 Gigo.xls.htm |
| | 522-2012 Gigo.xls.htm |
| | 523-2012 Gigo.xls.htm |

Queridos,

Anexo arquivos 519 a 524

| Arq. | Enviado | Valor | Beneficiário | Em |
|---|---|---|---|---|
| 519 | 24-out-12 | $ 360.748,00 | Astrofin Corp | |
| 519 | 24-out-12 | $ 389.252,00 | Link Worlwide Corporation | |
| 520 | 24-out-12 | $ 100.000,00 | Comercializadora Y Estudio | |
| 521 | 24-out-12 | $ 498.340,00 | Altea Capital Corp | |
| 521 | 24-out-12 | $ 350.000,00 | Grandieri Intl INC | |
| 522 | 24-out-12 | $ 382.288,00 | RFY Import and Export Ltd | |
| 523 | 24-out-12 | $ 265.340,00 | Glory Int Industry Co | |
| 523 | 24-out-12 | $ 254.862,00 | Dramiston Limited | |
| 524 | 24-out-12 | $ 5.100.000,00 | Cresswell Overseas AS | |

DEFENSE TRIAL EXHIBIT

66

22-CR-20114-KMW

exhibitsticker.com

Arquivo : 523-2012 Gigo

| Operacao | Valor | Conta |
|---|---|---|
| GIGOLINO-M | | |
| -- | | |
| C.12.2324 - 334168 | US$ 265.340,00 | BANK : SHANGHAI PUDONG DEVELOPMENT BANK OFFSHORE BANKING UNIT<br>ADDRESS : Nº 12 - ZHONGSHAN DONG YI ROAD - SHANGHAI CITY<br>SWIFT : SPDBCNSHOSA<br>BENEFICIARY : GLORY INTERNATIONAL INDUSTRY CO. LTD.<br>ADDRESS : TRUST COMPANY CENTER, AJELTAKLE ROAD<br>AJELTAR ISALND, MAJURO, MARSHALL ISLANDS MH969600<br>ACCOUNT Nº ▇▇▇▇▇▇ USD<br><br>ATIVIDADE : COMPRA E VENDA DE EQUIPAMENTOS INDUSTRIAL |
| C.12.2327 - 334166 | US$ 254.862,00 | BANK : CHASE MANHANTTAN BANK<br>NEW YORK - N.Y.<br>SWIFT : CHASUS33<br>ABA NR. ▇▇▇▇▇▇<br>FOR THE INITIAL CREDIT OF : RBC ROYAL BANK (BAHAMAS) LIMITED<br>ADDRESS : EAST HILL STREET, NASSAU/BAHAMAS<br>SWIFT : ROYCBSNS<br>ACCOUNT NR. ▇▇▇▇▇▇<br>FOR FURTHER CREDIT TO : RBC ROYAL BANK (BAHAMAS) LIMITED<br>ADDRESS : LYFORD CAY SHOPPING CENTRE BRANCH<br>FOR FINAL CREDIT TO : GUARANTY TRUST BANK LIMITED - LYFORD MANOR, LYFORD CAY, NASSAU, BAHAMAS<br>USD ACCOUNT NR. ▇▇▇▇▇▇<br>REFERENCE : DRAMISTON LIMITED - ACCOUNT NR. ▇▇▇▇▇▇<br>ADDRESS : SUITE EX UNION COURT, BUILDING ELIZABETH AVENUE EM SHIRKY STREET - NASSAU/BAHAMAS<br>ACCOUNT NR. ▇▇▇▇▇▇ |
| -- | | |

Data : 24.Out.2012