| | |
|---|---|
| **From:** | Tumaine |
| **To:** | "Gigo"; "Giginho" |
| **Subject:** | Planilha x arquivos |
| **Date:** | Monday, January 14, 2013 12:17:00 PM |
| **Attachments:** | 0010-2013 URGENTE.docx |
| | 0011-13 Select.doc.htm |
| | 0012-13 Gigo.doc.htm |
| | 0013-13 Gigo.doc.htm |

Querido,

Anexo arquivos 10, 11, 12 e 13

| Arq. | Enviado | Valor | | Beneficiário | Em |
|---|---|---|---|---|---|
| 587 | 3-dez-12 | $ | 2.250.000,00 | Sangha Properties Corp. | 1ª Parcela us$875,000.00 em 13/Dez, 2ª Parcela us$755,000.00 em 28/Dez, resta um saldo de US$ 620,000.00 |
| 001 | 4-jan-13 | $ | 472.444,00 | Altea Capital Corp | |
| 005 | 10-jan-13 | R$ | 1.000.000,00 | Brooklet Holdings Limited | **Converter em US$ - Taxa do Dia** |
| 006 | 14-jan-13 | R$ | 650.000,00 | Kateland Intl AS | **Converter em US$ - Taxa do Dia** |
| | 14-jan-13 | R$ | 550.000,00 | Maher Invest Limited | **Converter em US$ - Taxa do Dia** |
| 007 | 14-jan-13 | $ | 135.000,00 | Genoa Assets AS | |
| 008 | 14-jan-13 | $ | 315.000,00 | Sabrimol Trading AS | |
| 009 | 14-jan-13 | $ | 648.000,00 | Columbia Management | |
| 010 | 15-jan-13 | € | 619,31 | Suarez Guinart Pedro | |
| 011 | 15-jan-13 | $ | 446.287,00 | Fernhead Holding Inc | |
| 012 | 15-jan-13 | $ | 434.736,00 | Dramiston Limited | |
| 012 | 15-jan-13 | $ | 500.000,00 | Glory Intl Industry Co. | |
| 013 | 15-jan-13 | $ | 200.000,00 | Golden Engineering Services | |

DEFENSE TRIAL EXHIBIT

67

22-CR-20114-KMW

exhibitsticker.com

Arquivo : 0012-13 - Gigo

| Operacao | Valor | Conta |
|---|---|---|
| GIGOLINO-M | | |
| -- | | |
| C.13.97 - 350317 | US$ 434.736,00 | BANK : CHASE MANHANTTAN BANK<br>NEW YORK - N.Y.<br>SWIFT : CHASUS33<br>ABA NR. 021.000.021<br>FOR THE INITIAL CREDIT OF : RBC ROYAL BANK (BAHAMAS) LIMITED<br>ADDRESS : EAST HILL STREET, NASSAU/BAHAMAS<br>SWIFT : ROYCBSNS<br>ACCOUNT NR. ▮▮▮▮<br>FOR FURTHER CREDIT TO : RBC ROYAL BANK (BAHAMAS) LIMITED<br>ADDRESS : LYFORD CAY SHOPPING CENTRE BRANCH<br>FOR FINAL CREDIT TO : GUARANTY TRUST BANK LIMITED - LYFORD MANOR, LYFORD CAY, NASSAU, BAHAMAS<br>USD ACCOUNT NR. ▮▮▮▮<br>REFERENCE : DRAMISTON LIMITED - ACCOUNT NR. ▮▮▮▮<br>ADDRESS : SUITE EX UNION COURT, BUILDING ELIZABETH AVENUE EM SHIRKY STREET - NASSAU/BAHAMAS<br>ACCOUNT NR. ▮▮▮▮ |
| C.13.98 - 350319 | US$ 500.000,00 | BANK : SHANGHAI PUDONG DEVELOPMENT BANK OFFSHORE BANKING UNIT<br>ADDRESS : Nº 12 - ZHONGSHAN DONG YI ROAD - SHANGHAI CITY<br>SWIFT : SPDBCNSHOSA<br>BENEFICIARY : GLORY INTERNATIONAL INDUSTRY CO. LTD.<br>ADDRESS : TRUST COMPANY CENTER, AJELTAKLE ROAD<br>AJELTAR ISALND, MAJURO, MARSHALL ISLANDS MH969600<br>ACCOUNT Nº ▮▮▮▮ USD<br><br>ATIVIDADE : COMPRA E VENDA DE EQUIPAMENTOS INDUSTRIAL |

--

Data : 15/Jan/13