**From:**      Tumaine
**To:**        "Gigo"; "Giginho"
**Subject:**   Nova Remessa
**Date:**      Monday, January 28, 2013 2:20:00 PM
**Attachments:** 0025-13 Select URGENTE.doc.htm

---

Senhores,

Segue o arquivo 025, veja se é possível enviar pelo Credit/Select, haja visto que o arquivo 012 deve ter saído pelo Meinl.

| Arq. | Enviado | Valor | | Beneficiário | Em |
|------|---------|-------|-----|--------------|-----|
| | | | | | |
| 010 | 15-jan-13 | € | 619,31 | Suarez Guinart Pedro | |
| 011 | 15-jan-13 | $ | 446.287,00 | Fernhead Holding Inc | |
| 012 | 15-jan-13 | $ | 434.736,00 | Dramiston Limited | |
| 012 | 15-jan-13 | $ | 500.000,00 | Glory Intl Industry Co. | |
| 013 | 15-jan-13 | $ | 200.000,00 | Golden Engineering Services | |
| 016 | 16-jan-13 | $ | 346.851,00 | Altea Capital Corp | |
| 017 | 16-jan-13 | $ | 340.817,00 | Sabrimol Trading | |
| 019 | 17-jan-13 | R$ | 1.500.000,00 | Well Point Intl Ltd | **Converter em US$ - Taxa do Dia** |
| 024 | 28-jan-13 | $ | 680.000,00 | Columbia Management | URGENTE |
| 021 | 28-jan-13 | $ | 1.500.000,00 | Pachira Limited | VIA BPA |
| 021 | 28-jan-13 | $ | 1.000.000,00 | Pachira Limited | |
| 022 | 28-jan-13 | $ | 200.000,00 | Hobert Intl Limited | |
| 022 | 28-jan-13 | $ | 300.000,00 | Cort Business | |
| 023 | 28-jan-13 | $ | 450.000,00 | Jiu Shun Intl Co.Ltd. | URGENTE |
| 025 | 28-jan-13 | $ | 465.264,00 | Dramiston Limited | URGENTE - Via Select |

**DEFENSE TRIAL EXHIBIT**

**68**

22-CR-20114-KMW

exhibitsticker.com

**Arquivo : 025-2013 Select - Urgente**

| Operacao | Valor | Conta |
|---|---|---|
| SELECT | | |
| -- | | |
| C.13.97 - 350318 | US$  465.264,00 | BANK : CHASE MANHANTTAN BANK |
| | | NEW YORK - N.Y. |
| | | SWIFT : CHASUS33 |
| | | ABA NR. ███████ |
| | | FOR THE INITIAL CREDIT OF : RBC ROYAL BANK (BAHAMAS) LIMITED |
| | | ADDRESS : EAST HILL STREET, NASSAU/BAHAMAS |
| | | SWIFT : ROYCBSNS |
| | | ACCOUNT NR. ███████ |
| | | FOR FURTHER CREDIT TO : RBC ROYAL BANK (BAHAMAS) LIMITED |
| | | ADDRESS : LYFORD CAY SHOPPING CENTRE BRANCH |
| | | FOR FINAL CREDIT TO : GUARANTY TRUST BANK LIMITED - LYFORD MANOR, LYFORD CAY, NASSAU, BAHAMAS |
| | | USD ACCOUNT  NR. ███████ |
| | | |
| | | REFERENCE : DRAMISTON LIMITED - ACCOUNT NR. ███████ |
| | | ADDRESS : SUITE EX UNION COURT, BUILDING ELIZABETH AVENUE EM SHIRKY STREET - NASSAU/BAHAMAS |
| | | ACCOUNT NR. ███████ |
| -- | | |

**Data : 28/Jan/2013**