UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20114-KMW

UNITED STATES OF AMERICA,

vs.

CARLOS RAMON POLIT FAGGIONI,
_____/

## JOINT STIPULATION OF TESTIMONY

Defendant Carlos Ramon Polit Faggioni and the United States of America hereby agree and stipulate to the following:

1. If called to testify, Angela Palmeira would testify that she worked for the Odebrecht Division of Structured Operations. She used the codename "Tumaine," and Olivio Rodrigues used the codename "Gigo." The emails identified as Defense Exhibits 57 through 68 were sent for the purpose of making wire transfer payments to various recipients, including Dramiston Limited.





www.royblack.com | 201 S. Biscayne Boulevard Suite 1300 Miami, FL 33131 | *p* 305.371.6421