

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

---

*Michael N. Berger, AUSA*
*JLK Federal Justice Building*
*99 Northeast Fourth Street, 4th Floor*
*Miami, Florida 33132-3121*
*Tel. (305) 961-9445*

September 28, 2021

**VIA E-MAIL**

Dave Raben, Esq.
2250 SW 3rd Ave
Miami, FL 33129

     Re:  Proffer Letter for Federico Gomez

Dear Mr. Raben,

     I am writing this letter to set forth the terms under which your client, Federico Gomez, will be interviewed by the U.S. Attorney's Office and other federal law enforcement authorities (together, "the Office"). These terms will also apply to any subsequent, follow-up interviews conducted by those authorities.

     The terms and conditions governing this interview are as follows:

     1.    All statements and information provided by Mr. Gomez must be truthful and complete. He must not seek to protect anyone through false information or willful omission and must not falsely accuse or implicate anyone.

     2.    So long as he abides by these terms, Mr. Gomez will have the protection afforded by direct use immunity; that is, the Office agrees that no statements made or other information provided in the interview by Mr. Gomez will be used against him directly in any federal criminal case. The sole exception is a prosecution for perjury, giving a false statement or obstruction of justice, if he should make an intentionally false, material statement in the interview.

     3.    The United States may make derivative use of, and may pursue, any investigative leads suggested by any statements or information provided pursuant to this agreement, including use in any criminal case against Mr. Gomez. That is, the Office remains free to investigate any leads derived from information provided by him and to use any evidence gained as a result of such investigation in any prosecution of him.

     4.    Mr. Gomez further understands that, should he ever testify in a manner inconsistent with any information previously provided by him, whether pursuant to this agreement or otherwise,



DEFENSE TRIAL EXHIBIT
210
22-CR-20114-KMW

CRP-DOJ-0003143082

he may be cross-examined, confronted, and impeached by these statements, and these statements may be used as rebuttal evidence in any proceeding.

This constitutes the entire agreement between Mr. Gomez and this Office at this time. If you and Mr. Gomez agree to have him interviewed under these terms, please sign in the area indicated below. By your signatures, you and your client acknowledge understanding the terms contained herein, and agree to be bound by them.

Very truly yours,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: _____
MICHAEL N. BERGER
ASSISTANT UNITED STATES ATTORNEY

_____        9/28/21
Dave Raben, Esq.                        Date

_____        9/28/21
Federico Gomez                          Date

CRP-DOJ-0003143083