

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

*Michael N. Berger, AUSA*
*JLK Federal Justice Building*
*99 Northeast Fourth Street, 4th Floor*
*Miami, Florida 33132-3121*
*Tel. (305) 961-9445*

December 10, 2019

Jacqueline Arango
Akerman LLP
Three Brickell City Center
98 SE 7th Street Suite 1100
Miami, FL 33131

Re: *Kastigar*

Dear Ms. Arango,

I am writing this letter to set forth the terms under which your client, Diego Sanchez Silva, will be interviewed by the U.S. Attorney's Office and other federal law enforcement authorities (together, "the Office"). These terms will also apply to any subsequent, follow-up interviews conducted by those authorities.

The terms and conditions governing this interview are as follows:

1. All statements and information provided by Mr. Sanchez Silva must be truthful and complete. He must not seek to protect anyone through false information or willful omission and must not falsely accuse or implicate anyone.

2. So long as he abides by these terms, Mr. Sanchez Silva will have the protection afforded by direct use immunity; that is, the Office agrees that no statements made or other information or documents provided in the interview by Mr. Sanchez Silva will be used against him directly in any federal criminal case. The sole exception is a prosecution for perjury, giving a false statement or obstruction of justice, if he should make an intentionally false, material statement in the interview.

3. The United States may make derivative use of, and may pursue, any investigative leads suggested by any statements or information provided pursuant to this agreement, including use in any criminal case against Mr. Sanchez Silva. That is, the Office remains free to investigate any leads derived from information provided by him and to use any evidence gained as a result of such investigation in any prosecution of him. In this regard, Mr. Sanchez Silva waives any rights he may have under Kastigar v. United States, 406 U.S. 441 (1972), with respect to any statements or information provided pursuant to this agreement.

DEFENSE TRIAL EXHIBIT
246
22-CR-20114-KMW

CRP-DOJ-0003143092

4. Mr. Sanchez Silva further understands that, should he ever testify in a manner inconsistent with any information previously provided by him, whether pursuant to this agreement or otherwise, he may be cross-examined, confronted, and impeached by these statements, and these statements may be used as rebuttal evidence in any proceeding.

This constitutes the entire agreement between Mr. Sanchez Silva and this Office at this time. If you and Mr. Sanchez Silva agree to have him interviewed under these terms, please sign in the area indicated below. By your signatures, you and your client acknowledge understanding the terms contained herein, and agree to be bound by them.

Very truly yours,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *[signature]*

MICHAEL N. BERGER
ASSISTANT UNITED STATES ATTORNEY

Date: 12/10/19

*[signature]*     12/10/19
Jacqueline Arango, Esq.     Date

*[signature]*     12/10/19
Diego Sanchez Silva     Date