| | | |
|---|---|---|
| **ORDEM DE PAGAMENTO POR CONTA** | | **Pagina 1 de 1** |
| **FDD0270** | **Período : 01/07/2010 Até 31/07/2010** | **29/07/2010** |

**TERCEIRO :** GIGOLINO - CONST I SUR   CORPBANCA PANAMÁ

| | | | | | |
|---|---|---|---|---|---|
| **OP. Nr. :** | C.10.1460  -  232741 | **Codinome:** | TIO | **Data:** | 27/07/2010 |
| **Amount :** | US$           240,000.00 | | | | |
| **Bank :** | BANK : ING BANK<br>ADDRESS : AMSTERDAM - NETHERLANDS<br>SWIFT :  INGBNL2A<br>NR. IBAN:    NL31 INGB ██████████<br>BENEFICIARY:  COSMMAC MEDIA MERCADO S.L.<br> ADDRESS : PL. FRANCESC MACIA 4, PLANTA 5; 08021 BARCELONA<br>ACCOUNT NR :  ██████████ | | | | |
| **OP. Nr. :** | C.10.1417  -  232447 | **Codinome:** | <mark>MIAMI</mark> | **Data:** | <mark>16/07/2010</mark> |
| **Amount :** | US$          <mark>200,000.00</mark> | | | | |
| **Bank :** | WACHOVIA BANK, N.A.<br>11 PENN PLAZA, 4TH FLOOR<br>NEW YORK, NY 10001<br>SWIFT: PNBPUS3NNYC<br>FOR THE ACCOUNT OF: BANK OF MONTREAL INTL BANKING H.O. MONTREAL<br>180 WELLINGTON STREET WEST, 8TH FLOOR, TORONTO, ONTARIO  M5J 1J1 CANADA<br>ACCOUNT NO.: ██████████<br>SWIFT: BOFMCAM2<br>FOR FINAL CREDIT TO BENEFICIARY NAME: GUARANTY TRUST BANK LIMITED<br>LYFORD MANOR, LYFORD CAY, NASSAU, BAHAMAS<br>BENEFICIARY ACCOUNT NO.: ██████████<br>REF: <mark>DRAMISTON LIMITED</mark> - ACCOUNT NR. ██████████<br>NEW ADDRESS : SUITE EX UNION COURT, BUILDING ELIZABETH AVENUE EM SHIRKY STREET - NASSAU/BAHAMAS | | | | |

**R E S U M O   T O T A L**

US$                          440,000.00

DEFENSE TRIAL EXHIBIT

281

22-CR-20114-KMW