**ORDEM DE PAGAMENTO POR CONTA**                                       *Pagina 1 de 1*

**FDD0270**                    *Período : 01/08/2010 Até 31/08/2010*                    *13/08/2010*

**TERCEIRO :** GIGOLINO - CONST I SUR   CORPBANCA PANAMÁ

| | | | | |
|---|---|---|---|---|
| **OP. Nr. :** | C.10.1554  -  234993 | **Codinome:** MIAMI | **Data:** | 12/08/2010 |
| **Amount :** | US$         400,000.00 | | | |

**Bank    :**    BANK : WACHOVIA BANK, N.A.
                 ADDRESS : 11 PENN PLAZA, 4TH FLOOR
                 NEW YORK, NY 10001
                 SWIFT: PNBPUS3NNYC
                 FOR THE ACCOUNT OF: BANK OF MONTREAL INTL BANKING H.O. MONTREAL
                 ADDRESS : 180 WELLINGTON STREET WEST, 8 TH FLOOR, TORONTO, ONTARIO M5J 1J1 CANADA
                 ACCOUNT NR.: ▮▮▮▮▮▮▮▮▮▮
                 SWIFT: BOFMCAM2
                 FOR FINAL CREDIT TO BENEFICIARY NAME: GUARANTY TRUST BANK LIMITED
                 LYFORD MANOR, LYFORD CAY, NASSAU, BAHAMAS
                 BENEFICIARY ACCOUNT NR.: ▮▮▮▮▮▮▮▮▮▮
                 FOR FINAL CREDITO TO: DRAMISTON LIMITED
                 ACCOUNT NR. ▮▮▮▮▮▮▮▮
                 ADDRESS : SUITE EX UNION COURT, BUILDING ELIZABETH AVENUE EM SHIRKY STREET
                 NASSAU BAHAMAS

**R E S U M O   T O T A L**

US$                    400,000.00

DEFENSE TRIAL EXHIBIT
284
22-CR-20114-KMW