Chase Manhattan Bank
New York, NY
SWIFT: CHASUS33
ABA NO.: ███████████
for the initial credit of: RBC Royal Bank (Bahamas) Limited, East Hill Street,
Nassau, Bahamas
SWIFT CODE: ROYCBSNS
Account No.: ████████
for further credit to: RBC Royal Bank (Bahamas) Limited,
Lyford Cay Shopping Centre Branch
for final credit to: Guaranty Trust Bank Limited
Lyford Manor, Lyford Cay, Nassau, Bahamas
U.S. Dollar Account No.: ██████████
REF: Dramiston Limited

**DEFENSE TRIAL EXHIBIT**

**324**

22-CR-20114-KMW