# RE: FW: Transferencia recibida

**From:** Antonio Andretta
**To:** Jcp Reports
**Date:** Tue, 16 Dec 2014 18:54:08 +0000

John,
Como vas? Tienes razon... la primera operacion es al 9%, la segunda me comento Roberto que se negocio al 8%.
Ahora en diciembre te reliquido la diferencia en intereses...
Confirmame cuanto y cuando mandarias la diferencia que quieres enviar para estar atento con el banco.

Slds
aa

**From:** Jcp Reports
**Sent:** Tuesday, December 16, 2014 10:16 AM
**To:** Antonio Andretta
**Subject:** Re: FW: Transferencia recibida

Que fue Antonio, Como vas ?

Gracias por toda la informacion.

Sera de que te envio el saldo para cerrar la cantidad en $3.5MM.
Lo otro es que revisando el primer loan teniamos al 9% y ahora las tablas me las envias por el 8%. Me gustaria que mantengamos al 9% y para hacer mas facil podriamos consolidar un solo credito por $3.5M para hacer todo mas facil...Me avisas

Mil gracias.

Saludos

2014-12-15 9:50 GMT-05:00 Antonio Andretta

> John,
> REcibimos el saldo el viernes
> Un abrazo,
> antonio
>
> **From:** Jorge Gherardi
> **Sent:** Friday, December 12, 2014 2:33 PM
> **To:** Antonio Andretta; Rene Castillo
> **Subject:** Transferencia recibida
>
> Hola Antonio, acaba de ingresar a la cuenta US$348.000,00 de Sarawak del mimo grupo de Venture.
>
> Saludos,
> Jorge G



DEFENSE TRIAL EXHIBIT
368
22-CR-20114-KMW

CRP-DOJ-0000016034