





| Date | Ref. | Payee | Account | Memo | Decrease | C | Increase | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/02/2013 | 6 | | Ecuador Asset Account | | | | 250,000.00 | 250,000.00 |
| 01/21/2014 | 7 | | Ecuador Asset Account | | | | 250,000.00 | 500,000.00 |
| 04/11/2014 | 9 | | Ecuador Asset Account | | | | 500,000.00 | 1,000,000.00 |
| 04/28/2014 | 10 | | Ecuador Asset Account | | | | 499,960.00 | 1,499,960.00 |
| 05/12/2014 | 11 | | Ecuador Asset Account | | | | 299,960.00 | 1,799,920.00 |
| 05/14/2014 | 8 | | Ecuador Asset Account | | | | 234,000.00 | 2,033,920.00 |
| 05/28/2014 | 12 | | Ecuador Asset Account | | | | 500,000.00 | 2,533,920.00 |
| 10/01/2014 | | INMOBILIARIA CO... | Suntrust Checking | | 500,000.00 | | | 2,033,920.00 |
| 10/30/2014 | | INMOBILIARIA CO... | Suntrust Checking | | 500,000.00 | | | 1,533,920.00 |
| 12/02/2014 | | INMOBILIARIA CO... | Suntrust Checking | | 500,000.00 | | | 1,033,920.00 |
| 02/09/2015 | 17 | | Ecuador Asset Account | LOAN | | | 300,000.00 | 1,333,920.00 |
| 02/20/2015 | 19 | | Ecuador Asset Account | LOAN | | | 50,000.00 | 1,383,920.00 |
| 04/13/2015 | 18 | | Ecuador Asset Account | LOAN | | | 300,000.00 | 1,683,920.00 |
| 04/24/2015 | | INMOBILIARIA CO... | Merryl Lychn Account | CAPITAL PA... | 750,000.00 | | | 933,920.00 |
| 06/29/2015 | 20 | | Ecuador Asset Account | LOAN | | | 250,000.00 | 1,183,920.00 |
| 07/17/2015 | 20 | | Ecuador Asset Account | LOAN | | | 250,000.00 | 1,433,920.00 |
| 07/30/2015 | 21 | | Loans:Loan to JC FUN... | PAGO A TRA... | 38,442.23 | | | 1,395,477.77 |
| 08/09/2015 | | INMOBILIARIA CO... | Suntrust Checking | devolucion par... | 95,000.00 | | | 1,300,477.77 |
| 12/18/2015 | 30 | | Loans:Loan to Bluetow... | | 500,000.00 | | | 800,477.77 |
| 02/05/2016 | 29 | | Loans:Loan to Ayampe | | 245,000.00 | | | 355,477.77 |
| 02/29/2016 | 26 | | Ecuador Asset Account | loan | | | 300,000.00 | 555,477.77 |
| 03/04/2016 | 27 | | Ecuador Asset Account | loan | | | 200,000.00 | 1,055,477.77 |

# WCMA® Account Application

**INSTRUCTIONS**
Select the account, ownership and trade type you would like to establish and complete the Business Customer Information and Primary Sweep selections. Your Merrill Lynch financial advisor can answer any questions you may have about your selections.

## I. BUSINESS ACCOUNT INFORMATION

### A. Account Type (please select one)

- [x] Working Capital Management Account® (WCMA®)
- [ ] WCMA SubAccount® (WCMA Master Financial Service℠–Master WCMA Account Required)

Please provide the WCMA Master Financial Service (MFS) Account Number:

*The account types above are governed by the WCMA Financial Service Account Agreement and Program Description Booklet.*

### B. Ownership Type

- [x] Corporation

**DEFINITION**
Margin Lending Program: The Customer may obtain loans through its WCMA Account based on the value of eligible securities for the purpose of buying, trading or carrying securities or for a nonsecurities purpose. Interest rates for margin loans are variable and depend in part on the amount owed to Merrill Lynch. For more information, please review your WCMA Financial Service Account Agreement and Program Description Booklet.

### C. Trade Type (please select one)

- [ ] Cash Securities Account
- [x] Margin Securities Account with the Margin Lending Program

### D. Business Customer Information

Business Name ("Customer"): AMARE GROUP ALLIANCE CORP.

Doing Business As (DBA) Name (if applicable):

Taxpayer Identification Number (TIN) for Customer:

Employer Identification Number (EIN): 0 0 - 0 0 0 0 0 0 0 or Social Security Number (SSN): ___ - __ - ____

**INSTRUCTIONS**
Submission of a completed Tax Certification Form (Appendix A) is required.

Business Telephone: [REDACTED]

Business Mailing Address: Street [REDACTED]

**INSTRUCTIONS**
Complete the Legal, Headquarters and Primary Business Location if different from your Business Mailing Address.

Business Legal Address: Street [REDACTED]

City [REDACTED]

Busi[REDACTED]

City [REDACTED] State/Province ______ Postal Code (ZIP code) ______ Country BVI

Prim[REDACTED]on:

City [REDACTED] State/Province ______ Postal Code (ZIP code) ______ Country BVI



NTIAL TREATMENT REQUESTED BY MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED ... R. CRIM. P.6(E)

.services.us.ml.com/cdol/imageholder.aspx?print=yes&doctype=ml_snaps_dms... 7/22/2021



# WCMA® Account Application

## I. BUSINESS ACCOUNT INFORMATION (continued)

INSTRUCTIONS
All information in this section is required.

State of Incorporation/Organization ____________ Year of Incorporation/Organization 2012

Country of Incorporation/Organization BRITISH VIRGIN ISLANDS

Tax Residency (country) BRITISH VIRGIN ISLANDS Fiscal Year End (MM/DD) 12/31

Primary Contact Name MARIA M. ISAIAS

Contact Telephone [redacted]

Additional Telephone [redacted]

Main Business Website ____________ Main Business Email Address [redacted]

**Additional/Duplicate Mailing Instructions (Optional) (attach additional pages, if needed)**

Name ____________ For Account Of (FAO) ____________

Street ____________

City ____________ State/Province ________ Postal Code (ZIP code) ________ Country ____________

Relationship to Account Owner ____________

Please select all applicable to be sent to individual above:

☐ Dividends ☐ Confirms ☐ Proxies ☐ Statements

INSTRUCTIONS
To designate Customer as a Family Business Entity, please check the box.

**Designation of Family Business Entity (Optional)**

Accounts are available to nonoperating companies such as partnerships and limited liability companies that may have been created in part for family wealth, estate and investment planning purposes (a "family business entity"). Merrill Lynch permits clients who are members of a "household" to "link" certain household accounts so that the combined value of assets in those accounts is considered for certain fee and interest rate determination purposes, where applicable. A household may consist of an individual, his or her spouse, lineal ancestors or descendants, siblings and spouses of siblings, and any family business entity in which such individual has an interest. An account may belong to only one household.

The Customer understands that various family business entities have been the focus of intense scrutiny from the Internal Revenue Service in recent years. Merrill Lynch strongly recommends that the Customer consult legal and tax advisors regarding linking the WCMA Account to any individual accounts prior to making this request. By checking the box below, the Customer certifies that (a) the Customer is a family business entity; (b) the requested linkage, if any, is consistent with Merrill Lynch's householding rules for family business entities described above; (c) the requested linkage, if any, is authorized under the terms of the document governing the family business entity; and (d) it has been advised to seek legal and tax advice regarding same.

☐ **By checking this box, the Customer acknowledges that it is a Family Business Entity.**

 324804PM-0115

NTIAL TREATMENT REQUESTED BY MERRILL LYNCH, PIERCE, FENNER & SMITH INC. ... R. CRIM. P.6(E)

.services.us.ml.com/cdol/imageholder.aspx?print=yes&doctype=ml_snaps_dms... 7/22/2021

Merrill Lynch
Bank of America Corporation

AMARE GROUP ALLIANCE CORP. Account Number

## YOUR WCMA TRANSACTIONS

April 01, 2015 - April 30, 2015

DIVIDENDS/INTEREST INCOME TRANSACTIONS (continued)

| Date | Transaction Type | Quantity | Description | Income | Income Year To Date |
|---|---|---|---|---|---|
| | NET TOTAL | | | 10.63 | 15.17 |

CASH/OTHER TRANSACTIONS

| Date | Transaction Type | Quantity | Description | Debit | Credit |
|---|---|---|---|---|---|
| 04/24 | Journal Entry | | N/O VENTURE OVERSEAS LLC | 750,000.00 | |
| | Subtotal (Other Debits/Credits) | | | 750,000.00 | |
| | NET TOTAL | | | 750,000.00 | |

## YOUR WCMA MONEY ACCOUNT TRANSACTIONS

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|
| 04/24 | ML BANK DEPOSIT PROGRAM | 750,000.00 | | | | | |
| | NET TOTAL | 750,000.00 | | | | | |

+

CONFIDENTIAL TREATMENT REQUESTED BY MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED UNDER FED. R. CRIM. P.6(E) MERRILL_USAO-FL_AMARE_000844

008 0984 5 of 7

CRP-DOJ-0000307787

| Date | Ref. | Payee | Account | Memo | Decrease | C | Increase | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/02/2013 | 6 | | Ecuador Asset Account | | | | 250,000.00 | 250,000.00 |
| 01/21/2014 | 7 | | Ecuador Asset Account | | | | 250,000.00 | 500,000.00 |
| 04/11/2014 | 9 | | Ecuador Asset Account | | | | 500,000.00 | 1,000,000.00 |
| 04/28/2014 | 10 | | Ecuador Asset Account | | | | 499,960.00 | 1,499,960.00 |
| 05/12/2014 | 11 | | Ecuador Asset Account | | | | 299,960.00 | 1,799,920.00 |
| 05/14/2014 | 8 | | Ecuador Asset Account | | | | 234,000.00 | 2,033,920.00 |
| 05/28/2014 | 12 | | Ecuador Asset Account | | | | 500,000.00 | 2,533,920.00 |
| 10/01/2014 | | INMOBILIARIA CO... | Suntrust Checking [redacted] | | 500,000.00 | | | 2,033,920.00 |
| 10/30/2014 | | INMOBILIARIA CO... | Suntrust Checking [redacted] | | 500,000.00 | | | 1,533,920.00 |
| 12/02/2014 | | INMOBILIARIA CO... | Suntrust Checking [redacted] | | 500,000.00 | | | 1,033,920.00 |
| 02/09/2015 | 17 | | Ecuador Asset Account | LOAN | | | 300,000.00 | 1,333,920.00 |
| 02/20/2015 | 19 | | Ecuador Asset Account | LOAN | | | 50,000.00 | 1,383,920.00 |
| 04/13/2015 | 18 | | Ecuador Asset Account | LOAN | | | 300,000.00 | 1,683,920.00 |
| 04/24/2015 | | INMOBILIARIA CO... | Merryl Lychn Account | CAPITAL PA... | 750,000.00 | | | 933,920.00 |
| 06/29/2015 | 20 | | Ecuador Asset Account | LOAN | | | 250,000.00 | 1,183,920.00 |
| 07/17/2015 | 20 | | Ecuador Asset Account | LOAN | | | 250,000.00 | 1,433,920.00 |
| 07/30/2015 | 21 | | Loans:Loan to JC FUN... | PAGO A TRA... | 38,442.23 | | | 1,395,477.77 |
| 08/09/2015 [08.08.15 / 10/13/2015] | | INMOBILIARIA CO... | Suntrust Checking [redacted] [Ecuador asset] | devolucion par... | 95,000.00 | | [200,000] | 1,300,477.77 [1,500,477.77] |
| 12/18/2015 [12.18.15] | 30 | | Loans:Loan to Bluetow... [Blue Tower] | | 500,000.00 [500,000.00] | | | 800,477.77 [1,500,477.77] |
| 02/05/2016 [01/07/2016] | 29 | | Loans:Loan to Ayampe | | 245,000.00 | | | 555,477.77 [255,477.77] |
| 02/29/2016 | 26 | | Ecuador Asset Account | loan | | | 300,000.00 | 855,477.77 [555,477.77] |
| 03/04/2016 | 27 | | Ecuador Asset Account | loan | | | 200,000.00 | ~~1,055,477.77~~ [755,477.77] |

GOVERNMENT EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 7-3A

CRP-DOJ-0001288462

# FW: CERAMICA

| | |
|---|---|
| **From:** | "Polit, John" |
| **To:** | John Polit |
| **Date:** | Thu, 30 Jul 2015 18:02:48 +0000 |
| **Attachments:** | CERAMICAS 072915.docx (15.97 kB) |

**From:** Maria del C. Morla [mailto:mcmorla@
**Sent:** Thursday, July 30, 2015 1:59 PM
**To:** Polit, John
**Subject:** CERAMICA

This message, and any attachments, is for the intended recipient(s) only, may contain information that is privileged, confidential and/or proprietary and subject to important terms and conditions available at http://www.bankofamerica.com/emaildisclaimer. If you are not the intended recipient, please delete this message.

---------------- Instance Type and Transmission ----------
Notification (Transmission) of Original sent to SWIFT (ACK)
Network Delivery Status : Network Ack
Priority/Delivery : Normal
Message Input Reference : [REDACTED]
-------------------- Message Header --------------------
Swift Input : FIN 103 Single Customer Credt Transfer
Sender : TOWEPAPAXXX
TOWERBANK
PANAMA PA
Receiver : CITIUS33XXX
CITIBANK N.A.
NEW YORK,NY US
MUR : SCONNECT
-------------------- Message Text --------------------
20: Sender's Reference
[REDACTED]
23B: Bank Operation Code
CRED
32A: Val Dte/Curr/Interbnk Settld Amt
Date : 29 July 2015
Currency : USD (US DOLLAR)
Amount : #38,442.23#
50K: Ordering Customer-Name & Address
[REDACTED]
INMOBILIARIA COSANI, S. A.
[REDACTED]
56A: Intermediary Institution - FI BIC
MRMDUS33
HSBC BANK USA, N.A.
NEW YORK,NY US
57A: Account With Institution - FI BIC
HSBCHKHHHKH
HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, THE
(ALL HK OFFICES AND HEAD OFFICE)
HONG KONG HK
59: Beneficiary Customer-Name & Addr
[REDACTED]
GUANGDONG OVERLAND CERAMICS CO. LTD
[REDACTED]
70: Remittance Information
/ROC/Payment of Invoice OVL LU
XTERRA 2015001
71A: Details of Charges
OUR
-------------------- Message Trailer --------------------
[REDACTED]
PKI Signature: MAC-Equivalent
-------------------- Interventions --------------------
Category : Network Report
Creation Time : 29/07/15 15:55:29
Application : SWIFT Interface

| Date | Ref. | Payee | Account | Memo | Decrease | C | Increase | Balance |
|---|---|---|---|---|---|---|---|---|
| 12/02/2013 | 6 | | Ecuador Asset Account | | | | 250,000.00 | 250,000.00 |
| 01/21/2014 | 7 | | Ecuador Asset Account | | | | 250,000.00 | 500,000.00 |
| 04/11/2014 | 9 | | Ecuador Asset Account | | | | 500,000.00 | 1,000,000.00 |
| 04/28/2014 | 10 | | Ecuador Asset Account | | | | 499,960.00 | 1,499,960.00 |
| 05/12/2014 | 11 | | Ecuador Asset Account | | | | 299,960.00 | 1,799,920.00 |
| 05/14/2014 | 8 | | Ecuador Asset Account | | | | 234,000.00 | 2,033,920.00 |
| 05/28/2014 | 12 | | Ecuador Asset Account | | | | 500,000.00 | 2,533,920.00 |
| 10/01/2014 | | INMOBILIARIA CO... | Suntrust Checking | | 500,000.00 | | | 2,033,920.00 |
| 10/30/2014 | | INMOBILIARIA CO... | Suntrust Checking | | 500,000.00 | | | 1,533,920.00 |
| 12/02/2014 | | INMOBILIARIA CO... | Suntrust Checking | | 500,000.00 | | | 1,033,920.00 |
| 02/09/2015 | 17 | | Ecuador Asset Account | LOAN | | | 300,000.00 | 1,333,920.00 |
| 02/20/2015 | 19 | | Ecuador Asset Account | LOAN | | | 50,000.00 | 1,383,920.00 |
| 04/13/2015 | 18 | | Ecuador Asset Account | LOAN | | | 300,000.00 | 1,683,920.00 |
| 04/24/2015 | | INMOBILIARIA CO... | Merryl Lychn Account | CAPITAL PA... | 750,000.00 | | | 933,920.00 |
| 06/29/2015 | 20 | | Ecuador Asset Account | LOAN | | | 250,000.00 | 1,183,920.00 |
| 07/17/2015 | 20 | | Ecuador Asset Account | LOAN | | | 250,000.00 | 1,433,920.00 |
| | | | Loans:Loan to JC FUN... | PAGO A TRA... | 38,442.23 | | | 1,395,477.77 |
| 07/30/2015 | 21 | INMOBILIARIA CO... | Suntrust Checking | devolucion par... | 95,000.00 | | | 1,300,477.77 |
| 08/09/2015 | | | Loans:Loan to Bluetow... | | 500,000.00 | | | [illegible] |
| 12/18/2015 | 30 | | Loans:Loan to Ayampe | | 245,000.00 | | | 555,477.77 |
| 02/05/2016 | 29 | | Ecuador Asset Account | loan | | | 300,000.00 | 555,477.77 |
| 02/29/2016 | 26 | | Ecuador Asset Account | loan | | | 200,000.00 | [illegible] |
| 03/04/2016 | 27 | | | | | | | |

GOVERNMENT EXHIBIT

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 7-3A

# Transferencia

**From:** John Polit

**To:** mcmorla@

**Date:** Tue, 08 Sep 2015 15:16:16 +0000

**Attachments:** 20150908114848472.pdf (86.91 kB)

Campi,

Te adjunto la información de transferencia para compra de terreno.

Compra Terreno

$95,000.00
Pedro Verduga Cevallos
Banco Bolivariano Panama

Ecuador

Mil gracias,

Saludos.