| | | |
|---|---|---|
| **CGE** DIRECCIÓN DE TALENTO HUMANO CONTRALORÍA GENERAL DEL ESTADO | **ACCIÓN DE PERSONAL** N°. 766 FECHA: 22/05/2017 | **VIGENCIA A PARTIR DE** FECHA: 22/05/2017 |

## EL CONTRALOR GENERAL DEL ESTADO

En uso de las facultades que le confiere la Ley de la Contraloría General del Estado

### ACUERDA

**SUBROGAR FUNCIONES**

**A:** CELI DE LA TORRE     PABLO SANTIAGO     1704868429

| APELLIDOS | NOMBRES | C. CIUDADANÍA | N. AFILIACIÓN IESS |
|---|---|---|---|

**EXPLICACIÓN:**

Visto el contenido del informe favorable, emitido por la Dirección de Talento Humano, N°311-IT-DTH-CGE-2017, de conformidad con lo dispuesto en el artículo 126 de la Ley Orgánica del Servicio Público, mientras el titular del puesto se encuentre legalmente ausente, al tenor de lo dispuesto subrogara el cargo de Contralor General del Estado desde el 22 de mayo de 2017 hasta el 29 de junio de 2017.

| | | | | |
|---|---|---|---|---|
| INGRESO | ☐ | SUBROGACIÓN | ☒ | RENUNCIA ☐ |
| ASCENSO | ☐ | ENCARGO ADMINISTRATIVO | ☐ | SUPRESIÓN DE PUESTO ☐ |
| UBICACIÓN | ☐ | COMISIÓN DE SERVICIOS | ☐ | DESTITUCIÓN ☐ |
| TRASLADO | ☐ | REVALORACIÓN | ☐ | JUBILACIÓN ☐ |
| VACACIONES | ☐ | RECLASIFICACIÓN | ☐ | OTRO ☐ |

| SITUACIÓN ACTUAL | SITUACIÓN PROPUESTA |
|---|---|
| UNIDAD ADMINISTRATIVA: DESPACHO DEL SUBCONTRALOR GENERAL DEL ESTADO | UNIDAD ADMINISTRATIVA: DESPACHO DEL CONTRALOR GENERAL DEL ESTADO |
| PUESTO: SUBCONTRALOR GENERAL DEL ESTADO | PUESTO: CONTRALOR GENERAL DEL ESTADO |
| LUGAR DE TRABAJO: QUITO | LUGAR DE TRABAJO: QUITO |
| RMUG: 5305 USD PARTIDA PRESUPUESTARIA: 201759100000000100000001000511701001000000 15 | RMUG: 5610 USD PARTIDA PRESUPUESTARIA: 20175910000000001000000010005117010010000000 5 |
| OBSERVACIONES: | ACTA DE CONCURSO NÚMERO: FECHA: |

TALENTO HUMANO
Abg. Ligia Cobo D. Mgs

f. _____
Dr. Carlos Pólit Faggioni
CONTRALOR GENERAL DEL ESTADO

| USO DE TALENTO HUMANO | SOLO PARA POSESIÓN DE NOMBRAMIENTOS |
|---|---|
| Elab. Por: Fecha: | DECLARO NO DESEMPEÑAR OTRO CARGO PÚBLICO, NO TENER IMPEDIMENTO LEGAL, NO HABER RECIBIDO INDEMNIZACIÓN ALGUNA POR RENUNCIA VOLUNTARIA DE NINGUNA ENTIDAD U ORGANISMO DEL SECTOR PÚBLICO O DEL PRIVADO QUE SE FINANCIE CON RECURSOS PÚBLICOS Y PROMETO DESEMPEÑAR EL CARGO PARA EL QUE HE SIDO NOMBRADO DE CONFORMIDAD CON LA CONSTITUCIÓN Y LAS LEYES. |
| REGISTRO Y CONTROL | |

28

f. _____
C. CIUDADANÍA