

# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Person Encounter List

07/18/2023 11:37 EDT                         Generated By: ▮▮▮▮▮▮▮▮                         Page 1 of 11

| Common Search Criteria | | | |
|---|---|---|---|
| **Encounter Start Date** | **Encounter End Date** | **Encounter Start Time** | **Encounter End Time** |
| 01/01/2011 | 07/12/2023 | | 23:59 |
| **Site Code** | **Terminal/Lane** | **Inspector ID Code** | **Inbount-Outbound Indicator** |
| | | | |

| Person Search Criteria | | | | |
|---|---|---|---|---|
| **Last Name** | **First Name** | **Encounter Line Type** | **Date Of Birth** | **Document Country Code** |
| POLIT* | CARLOS | | 10/17/1950 | |
| **Stolen Document Search** | **Document Number From** | **Document Number To** | **Carrier Code** | **Flight/Vessel Number** | **Gender** | **Citizenship** |
| Not Selected | | | | | | |

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 06/26/2017 00:00 | AA | 927 | O | | ▮ | APIS | NOT ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | | | 05/27/2017 00:00 | AA | 948 | I | | ▮ | APIS | NOT ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/26/2017 06:46 | AA | 902 | I | A520 | ▮ | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/23/2017 00:00 | AA | 933 | O | | ▮ | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 05/22/2017 00:00 | AA | 933 | O | | ▮ | APIS | NOT ON BOARD | | | GYE | MIA |
| POLIT | CARLOS R | 10/17/1950 | P | 443278215 | 05/14/2017 04:09 | AA | 902 | I | A520 | ▮ | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 04/29/2017 00:00 | AA | 933 | O | | ▮ | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS R | 10/17/1950 | P | 443278215 | 04/13/2017 12:01 | AA | 948 | I | A520 | ▮ | APIS | ON BOARD | | | MIA | GYE |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 03/07/2017 00:00 | AA | 927 | O | | ▮ | APIS | ON BOARD | | | GYE | MIA |
| POLIT | CARLOS R | 10/17/1950 | P | 443278215 | 03/03/2017 16:01 | AA | 69 | I | A520 | ▮ | APIS | ON BOARD | | | MIA | MAD |
| POLIT | CARLOS | 10/17/1950 | P | 443278215 | 02/23/2017 00:00 | AA | 68 | O | | ▮ | APIS | ON BOARD | | | MAD | MIA |

GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 11-4

CRP-DOJ-0002403075

**For Official Use Only / Law Enforcement Sensitive**