ACTA DE ALLANAMIENTO

En la ciudad de Guayaquil, ciudadela Urdesa, Víctor Emilio Estrada y calle Dátiles 132, siendo las 05H00 del 02 de Junio del 2017, se procede al allanamiento del inmueble donde habita el Dr. Carlos Polit Faggioni, dicha casa comprende de 2 plantas, su fachada pintada de color blanco al ingreso existe una puerta peatonal y 2 puertas de garaje, la diligencia se genera en cumplimiento a la delegación enviada por la Fiscal General del Estado (Enc.), Dra. Thania Moreno Romero, para proceder con la orden de allanamiento e incautación del inmueble ubicado en la calle Dátiles 132 y Víctor Emilio Estrada, emitida por el Dr. Luis Enrique Villacres, Juez de la Sala Especializada de lo Penal, Militar, Penal Policial y Tránsito de la Corte Nacional de Justicia, en presencia del señor Fiscal Ab. Giovanny Santiago García Barriga, Fiscal del Guayas FEDOTI 3, personal de la Unidad de Lucha Contra el Crimen Organizado al mando del señor Myr. Diego Espinosa Torres, Cptn. Jaime Vega Castillo, Personal del Grupo de Intervención y Rescate, personal de Criminalística al mando del señor Sgos. Edison Manotoa; en el inmueble al momento del ingreso se encontraba el señor servidor policial Cbop. Julio Ramírez, encargado de la seguridad externa del inmueble, a quien se le hizo conocer de la orden de allanamiento que pesaba sobre el domicilio con lo cual facilitó el ingreso, una vez en el interior fuimos informados por el señor clase y se constató que no existía ninguna persona de las que habitan en el lugar, por lo cual se le indicó al encargado de la seguridad del domicilio que esté presente mientras se ejecutaba el registro de la casa, para esto se evidenció el procedimiento con filmaciones de video y fotografías; de igual forma mientras se realizaba la diligencia se hizo presente el ciudadano JUAN BAUTISTA SARASOLA GUTIERREZ, CC. 0910374735 (Consuegro del Dr. Carlos Polit), con la finalidad de constatar el procedimiento que nos encontrábamos realizando al interior del inmueble y a la vez hacerse cargo de las pertenencias y enseres que se encontraban en la casa.

Realizada la correspondiente revisión de las instalaciones se procedió a levantar varios elementos de convicción los cuales fueron fijados y levantados con la respectiva cadena de custodia.

DORMITORIO 1

CAJA 1:
04 Relojes: Bulova, Patek, Longines, Cartier
14 anillos color dorado con un peso de 95 gramos
13 pares de aretes y arete solo color dorado con un peso de 82 gramos
09 Cadenas color dorado con un peso de 143 gramos
10 Dijes color dorado con un peso de 60 gramos
05 Esclavas color dorado con un peso de 143 gramos
8 Pulseras color dorado con un peso de 107 gramos

CAJA 2:
24 pares de aretes color dorado con un peso de 228 gramos
07 Dijes color dorado con un peso de 39 gramos
14 Cadenas color dorado con un peso de 243 gramos
09 Pulseras color dorado, con un peso de 208 gramos
11 anillos color dorado con un peso de 85 gramos

CAJA 3:
11 Cadenas color plateado con un peso de 231 gramos
09 pulseras color plateado con un peso de 171 gramos
02 relojes: Cartier y Bulova
24 anillos plateados color plateado con un peso de 180 gramos
18 pares de aretes color plateado con un peso de 144 gramos
04 dijes color plateado con un peso de 29 gramos
08 aretes individuales color plateado con un peso de 15 gramos

CAJA 4:
19 collares tipo perla de diversos colores con un peso de 898 gramos
04 pulseras tipo perla de varios colores con un peso de 75 gramos
O5 pares de aretes tipo perla de varios colores con un peso de 13 gramos
01 arete de perla individual con un peso de 02 gramos
02 cadenas color dorado con un peso de 60 gramos
05 pulseras color dorado con peso de 116 gramos
15 pares de aretes color dorado con peso de 103 gramos
2 individuales color dorado con peso de 06 gramos

03 anillos color dorado con peso de 22 gramos
02 dijes color dorado con peso de 09 gramos
02 prendedores color dorado con peso de 24 gramos
01 llavero color dorado con peso de 12 gramos

Interior de la caja Fuerte:

1 Reloj color negro, marca TAGHEUER
1 Reloj color plateado, marca SKAGEN
1 Reloj color negro, marca TED BAKER
1 Reloj color plateado con dorado, marca D´MARIO
1 Moneda color plateada con la leyenda FIFA WORLD CUP BRASIL
1 Pluma color plata, marca CROSS

Documentos:

10 hojas de papel bond (5 hojas de carta, 5 documentos personales)
01 Pen Drive, color azul en estuche
18 billetes de papel moneda de 1 dólar americano
16 billetes de papel moneda de 20 dólares americanos
16 billetes de papel moneda de 10 dólares americanos
48 billetes de papel moneda de 02 dólares americanos
30 billetes de papel moneda de 500 euros.

DORMITORIO 2.

3 Disket color negro

DORMITORIO PLANTA ALTA

01 Cpu color negro, marca HP, serie MXF7390KY0

Los elementos de convicción son levantados con la respectiva cadena de custodia por personal de Criminalística, concluyendo dicha diligencia a las 17h30, para lo cual firman en unión de acto el señor Fiscal y los agentes que participaron en el allanamiento del inmueble, el cual fue entregado al señor JUAN BAUTISTA SARASOLA GUTIERREZ, CC. 0910374735 (Consuegro del Dr. Carlos Polit), quien constató que todos los objetos y enseres de valor al interior de la casa se encuentran en buen estado y en su sitio.


Ab. Giovanny Santiago García Barriga
Fiscal FEDOTI 03 DEL GUAYAS

Cptn. Jaime Vega Castillo
JEFE OPERATIVO DE LA ULCO GUAYAS


Cbop. Franklin Quimis Castillo
AGENTE DE LA ULCO GUAYAS

Poli. Richard Paul Salto Carangui
AGENTE DE LA ULCO GUAYAS


Ab. Julio Veliz Franco
SECRETARIO FEDOTI 3