# 7233 Los Pinos: Purchase, Improvements, and Sale

**DRAFT**

- ● Full Transaction(s) Amount
- ● Odebrecht Funds + Sanchez Funds

| Purchase of Los Pinos | Home Improvements | Sale of Los Pinos |

**Invecon LLC**
SunTrust Bank
x2213

07/30/14 to 12/30/15:
$305,067
**$305,067**

**Los Pinos Home LLC**

06/03/14: $2,700,567



**7233 Los Pinos Blvd, Coral Gables, FL**

04/28/17: Sale for $4,100,000
Net Proceeds of $3,664,584

**Los Pinos Home LLC**
City National Bank
x3202



GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-25

Source: GX#9-5, GX#9-7, GX#9-8, GX#12-4, GX#12-10, Zillow Image
Note: Transaction amounts do not reflect wire fees associated with the transaction.

24

CRP-DOJ-0003142998