# Italcom Funds: Purchase of 1902 SW 22nd St.

**DRAFT**



- ● Full Transaction(s) Amount
- ● Odebrecht Funds

1902 SW 22nd St., Miami, FL

**Italcom** Towerbank x3486 → 03/22/16: $3,453,184 / **$1,944,000** → **Venture Overseas** SunTrust Bank x0434 → 05/25/16: $1,217,392 / **$1,217,392** → **Venture Overseas** SunTrust Bank x7442 → 05/27/16: $1,375,450 / **$1,217,392** → **Tomas Kucera** BofA x0819 → 06/01/16: $2,665,403 / **$1,217,392** → **Tomas Kucera** BofA x9758

GOVERNMENT EXHIBIT
CASE NO. 22-cr-20114-KMW
EXHIBIT NO. 12-27

Source: GX#6-3, GX#12-1, GX#12-1K, GX#12-2, GX#12-2B, GX#12-11, GX#12-12, GX#13-4, Google Maps Image
Note: Transaction amounts do not reflect wire fees associated with the transaction.

28

CRP-DOJ-0003143002

# Italcom Funds: Purchase of 1902 SW 22nd St.
## Government Exhibit Sources

DRAFT

| Date | Amount | Description | GX# |
|---|---|---|---|
| 03/22/16 | $3,453,184 | Italcom to Venture Overseas x0434 | GX#6-3, GX#12-2, GX#12-2B |
| 05/25/16 | $1,217,392 | Venture Overseas x0434 to Venture Overseas x7442 | GX#12-1, GX#12-2 |
| 05/27/16 | $1,375,450 | Venture Overseas x7442 to Tomas Kucera x0819 | GX#12-1, GX#12-1K, GX#12-11 |
| 06/01/16 | $2,665,403 | Tomas Kucera x0819 to Tomas Kucera x9758 | GX#12-11, GX#12-12 |

29

CRP-DOJ-0003143003