UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 22-CR-20114-KMW

UNITED STATES OF AMERICA

vs.

CARLOS RAMON POLIT FAGGIONI
_____/

**NOTICE OF ANTICIPATED LENGTH OF SENTENCING
AND NUMBER OF WITNESSES TO BE CALLED**

Pursuant to Local Rule 88.8(b), the parties have conferred and anticipate that Polit's sentencing, scheduled for September 9, 2024, will likely exceed one hour but will not take more than two hours. Polit does not intend to call any witnesses; the government may call one witness to testify briefly. A copy of this notice has been provided to the Probation Officer.

Respectfully submitted,

**BLACK SREBNICK**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
(305) 371-6421

/s/ *Jackie Perczek*
HOWARD SREBNICK, FBN 919063
HSrebnick@RoyBlack.com

JACKIE PERCZEK, FBN 042201
JPerczek@RoyBlack.com

JEANELLE GOMEZ, FBN 1026021
JGomez@RoyBlack.com

