# Total Venture Overseas Transactions With Selected Entities
## April 1, 2011 through November 30, 2017

**DRAFT**

| Selected Entity | Inflows | Outflows | Net |
|---|---|---|---|
| Italcom | $ 3,971,791 | $ (1,500,000) | $ 2,471,791 |
| Envases Del Litoral | 3,743,521 | - | 3,743,521 |
| Cosani | 1,499,980 | - | 1,499,980 |
| Plasticos Del Litoral Plastlit | 1,011,727 | - | 1,011,727 |
| Plasticos Continentales Plasconti | 753,722 | - | 753,722 |
| Tuberias Pacifico | 249,500 | - | 249,500 |
| Plastiquim | 210,485 | - | 210,485 |
| Jaime Roberto Simon Isaias | 195,395 | - | 195,395 |
| Tuberias Pacifico | 136,443 | - | 136,443 |
| **Total** | **$ 11,772,563** | **$ (1,500,000)** | **$ 10,272,563** |

AO88-C
**GOVERNMENT EXHIBIT**

CASE NO. 22-cr-20114-KMW

EXHIBIT NO. 12-28

30

Source: GX#6-3, GX#7-4, GX#12-1, GX#12-1B, GX#12-1C, GX# 12-1I, GX#12-2, GX#12-2B, GX#12-13, GX#12-14, GX#12-15, GX#12-15J

CRP-DOJ-0003143004