UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20114-KMW

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CARLOS RAMON POLIT FAGGIONI,

      Defendant.

_____/

## DEFENDANT'S NOTICE OF FILING SENTENCING LETTERS

Defendant Carlos Polit hereby files this Notice of Filing the sentencing letters submitted as an addendum to his Sentencing Memorandum (ECF#242). *See* Exhibit 1. Some letters were originally written in Spanish and translated into English—both versions are attached.

                                            Respectfully submitted,

                                            **BLACK SREBNICK**
                                            201 South Biscayne Boulevard, Suite 1300
                                            Miami, Florida 33131
                                            Tel. (305) 371-6421

                                            /s/ *Howard Srebnick*
                                            HOWARD SREBNICK, ESQ.
                                            Florida Bar No. 919063
                                            E-mail: HSrebnick@RoyBlack.com