

PAID _____
In Forma Pauperis _____ Receipt # 293189
Angela E. Noble, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 22-CR-20114-KMW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS RAMON POLIT FAGGIONI,

    Defendant.
_____/

FILED BY _____ D.C.
OCT 18 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### NOTICE OF APPEAL

Notice is hereby given that CARLOS RAMON POLIT FAGGIONI, Defendant in the above case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case [DE #263] entered in this action on the 17th day of October, 2024.

Respectfully submitted,

_____
Carlos Ramon Polit Faggioni
Federal Inmate at FDC Miami
Reg No. 02758-506
33 NE 4th Street
Miami, Florida 33132