From: Carlos Ramon Polit Faggioni
BOP # 02758-506
Federal Correctional Institution Miami Low
P.O. Box 779800
Miami, FL. 33177

22 CR 20114

To: Court Clerk
United States District Court
For the Southern District of Florida
Wilkie D. Fergesun, Jr.
United States Courthouse
400 N. Miami Avenue, Room 8
Miami, FL. 33128

FILED BY _____ D.C.
OCT 22 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re: Update on document 280, Filed on March 6, 2025.

Dear Sir/Madam, I'm writing to this Honorable Court to request the update on the motion Amendment 821, Filed by MC D.C. on March 6, 2025, stamped by Court Clerk Angela E. Noble, clerk U.S. Dist. Ct. S.D. of FLA.- Miami. Thank You for your anticipate attention on this matter.

Respectfully Submitted

Date: Oct. 9, 2025

Carlos Ramon Polit Faggioni

Carlos Ramon Polit Faggioni BOP# 02758-506
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

RECD BY _____ D.C.
OCT 17 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

MIAMI FL 330
14 OCT 2025 PM 1 L

33128

Court Clerk
United States District Court For
the Southern District of Florida
Wilkie D. Fergeusan, Sr
United States Courthouse
400 North Miami Avenue, Room 8
Miami, FL 33128