AO 250 (Rev. 09/20) Pro-Se Motion for Compassion Release

FILED BY [initials] D.C.
SEP 10 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Carlos Ramón Polit Faggioni
Write your full name here.

Case No. 1:22-CR-20114
(write the number of your criminal case)

**MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release)**
(*Pro Se* Prisoner)

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☐ Yes

☒ No

If you answered yes, please list the documents in section IV of this form.

## I. SENTENCE INFORMATION

Date of sentencing: October 1, 2024

Term of imprisonment imposed: 120 Months

Approximate time served to date: 24 months

Projected release date: August 3, 2032

Length of Term of Supervised Release: 36 months

Have you filed an appeal in your case?

☒ Yes

☐ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes

☒ No

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your behalf, or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the Bureau of Prisons related to your motion, including your written request to the Warden and records of any denial from the Bureau of Prisons. see attach request to warden on July 20, 2026 - no answer or respond

[1] The requirements for this compassionate release motion being filed with the court differ from the requirements that you would use to submit a compassionate release request to the Bureau of Prisons. This form should only be used for a compassionate release motion made to the court. If you are submitting a compassionate release request to the Bureau of Prisons, please review and follow the Bureau of Prisons program statement.

Have you personally submitted your request for compassionate release to the Warden of the institution where you are incarcerated?

☒ Yes, I submitted a request for compassionate release to the warden on 07/20/2026.

☐ No, I did not submit a request for compassionate release to the warden.

If no, explain why not: N/A

---

Was your request denied by the Warden?

☐ Yes, my request was denied by the warden on (date):_______________.

☒ No. I did not receive a response yet. No respond.

## III. GROUNDS FOR RELEASE

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You may also attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

**A. Are you 70 years old or older?**

☒ Yes.

☐ No.

If you answered no, go to Section B below. You do not need to fill out Section A.

If you answered yes, you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. Please answer the following questions so the Court can determine if you are eligible for release under this section of the statute.

Have you served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which you are imprisoned?

☐ Yes.

☒ No.

Has the Director of the Bureau of Prisons determined that you are not a danger to the safety of any other person or the community?

☒ Yes.

☐ No.

**B. Do you believe there are other extraordinary and compelling reasons for your release?**

☒ Yes.

☐ No.

If you answered "Yes," please check all boxes that apply so the Court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i).

☒ I have been diagnosed with a terminal illness.

☒ I have a serious physical or medical condition; a serious functional or cognitive impairment; or deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition.

☒ I am 65 years old or older and I am experiencing a serious deterioration in physical or mental health because of the aging process.

☐ The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

☐ My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

☒ There are other extraordinary and compelling reasons for my release.

Please explain below the basis for your request. If there is additional information regarding any of these issues that you would like the Court to consider but which is confidential, you may include that information on a separate page, attach the page to this motion, and, in section IV below, request that that attachment be sealed.

See my entire medical record and BOP conduct including rehabilitation.

## IV. ATTACHMENTS AND REQUEST TO SEAL

Please list any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged but not required to complete the proposed release plan. A cover page for the submission of medical records and additional medical information is also included as an attachment to this motion. Again, you are not required to provide medical records and additional medical information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | | Request to seal? | |
|---|---|---|---|---|
| Proposed Release Plan | ☒ Yes | ☐ No | ☐ Yes | ☒ No |
| Additional medical information | ☒ Yes | ☐ No | ☐ Yes | ☒ No |
| | ☒ Yes | | ☐ Yes | ☒ No |
| | ☒ Yes | | ☐ Yes | ☒ No |

## V. REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

☐ Yes

☒ No

## VI. MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

September 2, 2026
Date

[signature]
Signature

Carlos Ramón Polit Faggioni
Name

02758506
Bureau of Prisons Register #

Federal Correctional Institution Miami low
Bureau of Prisons Facility

P.O. Box 779800 Miami, Florida 33177
Institution's Address

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

FILED BY ___ D.C.
SEP 10 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

Case No. 1:22-CR-20114
(write the number of your criminal case)

Carlos Ramón Polit Faggioni
Write your full name here.

**PROPOSED RELEASE PLAN**
**In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)**

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☐ Yes

☒ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

# PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will assist the U.S. Probation and Pretrial Services Office to prepare for your release if your motion is granted.

## A. Housing and Employment

Provide the full address where you intend to reside if you are released from prison:

801 BriKell Key Boulevard # 1704
Apartment 1704
Miami, FL. 33131

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison:

Jeannette Polit - owner
Tel. (954) 551-2082

Provide the names (if under the age of 18, please use their initials only), ages, and relationship to you of any other residents living at the above listed address:

None

If you have employment secured, provide the name and address of your employer and describe your job duties: I receive Social security

List any additional housing or employment resources available to you:

I'm retire

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

**B. Medical needs**

Will you require ongoing medical care if you are released from prison?

☒ Yes

☐ No

Will you have access to health insurance if released?

☒ Yes

☐ No

If yes, provide the name of your insurance company and the last four digits of the policy number. If no, how do you plan to pay for your medical care?

Through Social Security

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☒ Yes

☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☒ Yes

☐ No

If yes, please include them with your motion. If no, where are the records located?

See attachment.

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

Are you currently prescribed medication in the facility where you are incarcerated?

☒ Yes

☐ No

If yes, list all prescribed medication, dosage, and frequency:

Metoprolol Succ XL
LevoTHYROXINE Sodium 50 McG
Rosuvastatin Calcium 20 mg

---

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☐ Yes

☒ No

If yes, list equipment:

None

---

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes

☒ No

If yes, please list the required assistance and how it will be provided:

None

---

Do you require assisted living?

☐ Yes

☒ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

If yes, please provide address of the anticipated home or facility and the source of funding to pay for it.

None

---

Are the people you are proposing to reside with aware of your medical needs?

☐ Yes

☒ No

Do you have other community support that can assist with your medical needs?

☒ Yes

☐ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use their initials only: my Kids Jeannette Polit

---

Will you have transportation to and from your medical appointments?

☒ Yes

☐ No

Describe method of transportation:

---

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

**SIGNATURE**

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

September 2, 2026
Date

[signature]
Signature

Carlos Ramón Polit Faggioni
Name

02758506
Bureau of Prisons Register #

Federal Correctional Institution Miami low
Bureau of Prisons Facility

P.O. Box 779800 Miami, Florida 33177
Institution's Address

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

FILED BY [illegible] D.C.
SEP 10 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

Case No. 1:22-CR-20114
(write the number of your criminal case)

Carlos Ramón Polit Faggioni
Write your full name here.

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

☐ Yes

☒ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION

To the extent you have medical records or additional medical information that support your motion for compassionate release, please attach those records or that information to this document.

### SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

September 2, 2026
Date

[signature]
Signature

Carlos Ramón Polit Faggioni
Name

02958506
Bureau of Prisons Register #

Federal Correctional Institution Miami Low
Bureau of Prisons Facility

P.O. Box 779800 Miami, FL. 33177
Institution's Address

---

FROM: 02758506
TO: Warden
SUBJECT: ***Request to Staff*** POLIT FAGGIONI, CARLOS, Reg# 02758506, MIA-B-A
DATE: 07/20/2026 06:39:03 PM

To: FCI Miami Low
Inmate Work Assignment: Unicor

I respectfully request for you to submit a compassionate release due to my age and medical condition.

# TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## DISTRITO SUR DE FLORIDA
## DIVISIÓN DE MIAMI

| | | |
|---|---|---|
| ESTADOS UNIDOS DE AMÉRICA | § | **SENTENCIA EN UNA CAUSA PENAL** |
| | § | |
| v. | § | |
| | § | Número de caso: **1:22-CR-20114-KMW(l)** |
| **CARLOS RAMÓN POLIT FAGGIONI** | § | Número USM: **02758-506** |
| | § | |
| | § | Abogado del acusado: **Howard Milton Srebnick** |
| | § | Abogado de los Estados Unidos: **Jill Simon** |

**LA DEMANDADA:**

| | | |
|---|---|---|
| ☐ | Se declaró culpable de los cargos | |
| ☐ | se declaró culpable de los cargos ante un juez magistrado de los EE. UU., lo cual fue aceptado por el tribunal. | |
| ☐ | alegó nolo contendere al (los) cargo (s), lo que fue aceptado por el tribunal | |
| IXI | fue declarado culpable de los cargos I, 2, 3, 4, 5 y 6 en el juicio. | |

El acusado es declarado culpable de estos delitos:

| Título y Sección/ Naturaleza de la Ofensa | Ofensa terminada | Cuenta |
|---|---|---|
| 18 del Título 18 del Código de los Estados Unidos. § 1956 (h) Conspiración para cometer lavado de ropa. | 03/24/2022 | 1 |
| 18 U.S.C. § 1956 (a)(l)(B)(i) Lavado de dinero. | 05/01/2017 | 2, 3 y 4 |
| 18 del Título 18 del Código de los Estados Unidos. § 1957 Participar en transacciones con bienes derivados de delitos. | 05/01/2017 | 5 y 6 |

Se condena al acusado conforme a lo dispuesto en las páginas 2 a 7 de esta sentencia. La sentencia se impone de conformidad con la Ley de Reforma de las Sentencias de 1984.

D El acusado ha sido declarado inocente de los cargos

D Recuento(s) D es D se desestiman a petición de los Estados Unidos

Se ordena que el acusado debe notificar al fiscal de los Estados Unidos para este distrito dentro de los 30 días de cualquier cambio de nombre, residencia o dirección postal hasta que todas las multas, restituciones, costos y evaluaciones especiales impuestas por este fallo se paguen en su totalidad. Si se le ordena pagar una restitución, el acusado debe notificar al tribunal y al fiscal de los Estados Unidos sobre los cambios materiales en las circunstancias económicas.

**1 de octubre de 2024**
Fecha de la Sentencia

Signature of Judge

**KATH EEN M. WILLIAMS**
**JUEZ DE DISTRITO DE LOS ESTADOS DE LA UNIDAD D**
Nombrar un título de juez

10/3/24
Fecha

DEMANDADO: CARLOS RAMON POLIT FAGGIONI
NÚMERO DE CASO: 1:22-CR-20114-KMW(l)

## ENCARCELAMIENTO

Por la presente, el acusado queda comprometido con la custodia de la Oficina de Prisiones de los Estados Unidos para ser encarcelado por un período total de:
**120 meses. Esta sentencia consiste en 120 meses para cada uno de los Cargos 1, 2, 3 y 4 y 120 meses para cada uno de los Cargos 5 y 6 de la acusación, todos estos términos se ejecutarán simultáneamente.**

lXl El tribunal hace las siguientes recomendaciones a la Oficina de Prisiones:
El acusado debe ser designado para FCI (campamento) Miami.

D El acusado queda bajo la custodia del Alguacil de los Estados Unidos.

D El acusado se entregará al Alguacil de los Estados Unidos para este distrito:

D en D a.m. ☐ p.m. en

D según lo notificado por el Alguacil de los Estados Unidos.

D El acusado se entregará para el cumplimiento de la condena en la institución designada por la Oficina de Prisiones:

D antes 2 p.m. en

D según lo notificado por el Alguacil de los Estados Unidos.

D según lo notifique la Oficina de Servicios de Libertad Condicional o Previa al Juicio.

## DEVOLUCIÓN

He ejecutado la presente sentencia en los siguientes términos:

Acusado entregado en. --------------------------------' : Para

en ______________________________ ,wDe esta manera, la mayoría de un certificado copiar de éste juicio.

ALGUACIL DE LOS ESTADOS UNIDOS

Por
ALGUACIL ADJUNTO DE LOS ESTADOS UNIDOS

DEMANDADO: CARLOS RAMON POLIT FAGGIONI
NÚMERO DE CASO: 1:22-CR-20114-KMW(l)

## LIBERTAD SUPERVISADA

Al salir de prisión, el acusado estará en libertad supervisada por un término de: **3 años en cuanto a cada uno de los Cargos 1, 2, 3, 4, 5 y 6 de la Acusación, todos los términos serán concurrentes.**

## CONDICIONES OBLIGATORIAS

1. No debe cometer otro delito federal, estatal o local.
2. No debe poseer ilegalmente una sustancia controlada.
3. Debe abstenerse de cualquier uso ilegal de una sustancia controlada. Debe someterse a una prueba de drogas dentro de los 15 días posteriores a la liberación de la prisión y al menos dos pruebas periódicas de drogas a partir de entonces, según lo determine el tribunal.

   D La condición de la prueba de drogas anterior se suspende, en base a la determinación del tribunal de que usted representa un riesgo bajo de abuso de sustancias en el futuro. *(marque Si corresponde)*
4. D Debe hacer la restitución de acuerdo con 18 U.S.C. §§ 3663 y 3663A o cualquier otro estatuto que autorice una sentencia de restitución. *(marque Si corresponde)*
5. IZJ : Usted debe cooperar en la recolección de ADN según las indicaciones del oficial de libertad condicional. *(marque Si corresponde)*
6. D Debe cumplir con los requisitos de la Ley de Registro y Notificación de Delincuentes Sexuales (34 U.S.C. § 20901, et seq.) según lo indique el oficial de libertad condicional, la Oficina de Prisiones o cualquier agencia estatal de registro de delincuentes sexuales en la que resida, trabaje, sea estudiante o haya sido condenado por un delito calificado. *(marque Si corresponde)*
7. D Debe participar en un programa aprobado para la violencia doméstica. *(marque Si corresponde)*

Deberá cumplir con las condiciones estándar que hayan sido adoptadas por este tribunal, así como con las condiciones adicionales en la página adjunta.

DEMANDADO: CARLOS RAMÓN POLIT FAGGIONI
NÚMERO DE CASO: 1:22-CR-20114-KMW(1)

# CONDICIONES ESTÁNDAR DE SUPERVISIÓN

Como parte de su libertad supervisada, debe cumplir con las siguientes condiciones estándar de supervisión. Estas condiciones se imponen porque establecen las expectativas básicas para su comportamiento mientras está bajo supervisión e identifican las herramientas mínimas que necesitan los oficiales de libertad condicional para mantenerse informado, informar al tribunal y lograr mejoras en su conducta y condición.

1. Debe presentarse en la oficina de libertad condicional del distrito judicial federal donde está autorizado a residir dentro de las 72 horas posteriores a su liberación de la prisión, a menos que el oficial de libertad condicional le indique que se presente en una oficina de libertad condicional diferente o dentro de un período de tiempo diferente.
2. Después de presentarse inicialmente en la oficina de libertad condicional, recibirá instrucciones del tribunal o del oficial de libertad condicional sobre cómo y cuándo debe presentarse ante el oficial de libertad condicional, y debe presentarse ante el oficial de libertad condicional según las instrucciones.
3. No debe salir a sabiendas del distrito judicial federal donde está autorizado a residir sin obtener primero el permiso del tribunal o del oficial de libertad condicional.
4. Debe responder con sinceridad a las preguntas que le haga su oficial de libertad condicional.
5. Debe vivir en un lugar aprobado por el oficial de libertad condicional. Si planea cambiar el lugar donde vive o cualquier cosa sobre sus arreglos de vivienda (como las personas con las que vive), debe notificar al oficial de libertad condicional al menos 10 días antes del cambio. Si no es posible notificar al oficial de libertad condicional con anticipación debido a circunstancias imprevistas, debe notificar al oficial de libertad condicional dentro de las 72 horas posteriores a tener conocimiento de un cambio o cambio esperado.
6. Usted debe permitir que el oficial de libertad condicional lo visite en cualquier momento en su hogar o en otro lugar, y debe permitir que el oficial de libertad condicional tome cualquier artículo prohibido por las condiciones de su supervisión que él o ella observe a la vista de todos.
7. Debe trabajar a tiempo completo (al menos 30 horas por semana) en un tipo de empleo legal, a menos que el oficial de libertad condicional lo excuse de hacerlo. Si no tiene un empleo a tiempo completo, debe tratar de encontrar un empleo a tiempo completo, a menos que el oficial de libertad condicional lo excuse de hacerlo. Si planea cambiar el lugar donde trabaja o cualquier cosa relacionada con su trabajo (como su puesto o sus responsabilidades laborales), debe notificar al oficial de libertad condicional al menos 10 días antes del cambio. Si no es posible notificar al oficial de libertad condicional con al menos 0 días de anticipación debido a circunstancias imprevistas, debe notificar al oficial de libertad condicional dentro de las 72 horas posteriores a la fecha de Tomar conciencia de un cambio o de un cambio esperado.
8. No debe comunicarse ni interactuar con alguien que sepa que está involucrado en actividades delictivas. Si sabe que alguien ha sido condenado por un delito grave, no debe comunicarse ni interactuar con esa persona a sabiendas sin obtener primero el permiso del oficial de libertad condicional.
9. Si es arrestado o interrogado por un oficial de la ley, debe notificar al oficial de libertad condicional dentro de las 72 horas.
10. No debe poseer, poseer o tener acceso a un arma de fuego, municiones, dispositivos destructivos o armas peligrosas (es decir, cualquier cosa que haya sido diseñada o modificada con el propósito específico de causar lesiones corporales o la muerte a otra persona, como nunchakus o pistolas eléctricas).
11. No debe actuar ni hacer ningún acuerdo con una agencia de aplicación de la ley para actuar como una fuente humana confidencial o informante sin obtener primero el permiso del tribunal.
12. Si el oficial de libertad condicional determina que usted representa un riesgo para otra persona (incluida una organización), el oficial de libertad condicional puede exigirle que notifique a la persona sobre el riesgo y debe cumplir con esa instrucción. El oficial de libertad condicional puede comunicarse con la persona y confirmar que usted le ha notificado sobre el riesgo.
13. Debe seguir las instrucciones del oficial de libertad condicional relacionadas con las condiciones de supervisión.

## Solo para uso de la Oficina de Libertad Condicional de EE. UU.

Un oficial de libertad condicional de los EE. UU. me ha instruido sobre las condiciones especificadas por el tribunal y me ha proporcionado una copia escrita de esta sentencia que contiene estas condiciones. Entiendo que hay información adicional sobre estas condiciones disponible en www.flsp.uscourts.gov.

Firma del acusado ______________________ Fecha ______________

DEFENDANT: . CARLOS RAMON POLIT FAGGIONI
CASE NUMBER: 1:22-CR-20114-KMW(l)

## CONDICIONES ESPECIALES DE SUPERVISIÓN

**Requisito de divulgación financiera:** El acusado deberá proporcionar acceso completo a la información financiera, incluida la _disclosure de todas las finanzas comerciales y personales, al Oficial de Libertad Condicional de los EE. UU.

**Registro permitido:** El acusado se someterá a un registro de su persona o propiedad realizado de manera razonable y en un momento razonable by_the Oficial de Libertad Condicional de los Estados Unidos.

**Restitución, multas o evaluaciones especiales no pagadas:** Si el acusado tiene alguna cantidad impaga de restitución, multas o evaluaciones especiales, el acusado notificará al oficial de libertad condicional de cualquier cambio material en las circunstancias económicas del acusado que pueda afectar la capacidad de pago del acusado.

DEFENDANT: CARLOS RAMON POLIT FAGGIONI
CASE NUMBER: 1:22-CR-20114-KMW(l)

# SANCIONES PECUNIARIAS PENALES

El acusado debe ser un criminal total Moneta ry penalties under the schedule of payments page.

| | Evaluación | Restitution | Multa | Evaluación AVAA* | Evaluación de JVTA** |
|---|---|---|---|---|---|
| TOTALES | $600.00 | $.00 | $.00 | | |

D La determinación de la restitución se difiere hasta Un *Sentencia enmendada en un caso penal (A0245C)* se ingresará después de dicha determinación.

D El demandado debe hacer una restitución (incluida la restitución comunitaria) a los siguientes beneficiarios por la cantidad que se indica a continuación.

Si el demandado realiza un pago parcial, cada beneficiario recibirá un pago aproximadamente proporcional. Sin embargo, de conformidad con 18 U.S.C.
§ 3664(i), todas las víctimas no federales deben recibir el pago antes de que se pague a los Estados Unidos.

D Monto de restitución ordenado de conformidad con el acuerdo de culpabilidad $

D El demandado debe pagar intereses sobre la restitución y una multa de más de $2,500, a menos que la restitución o multa se pague en su totalidad antes del decimoquinto día después de la fecha del fallo, de conformidad con 18 U.S.C. Sección 3612(f). Todas las opciones de pago en la página del calendario de pagos pueden estar sujetas a multas por morosidad e incumplimiento, de conformidad con 18 U.S.C. Sección 3612(g).

D El tribunal determina que el demandado no tiene capacidad para pagar intereses y se ordena que:

D Se exime del requisito de intereses para el ☐ mul ta D restitución

D el requisito de intereses para el ☐ mul ta D La restitución se modifica de la siguiente manera:

Restitución con encarcelamiento - Se ordena además que el acusado pague una restitución por la cantidad de **$.00.** Durante el período de encarcelamiento, el pago se realizará de la siguiente manera: (I) si el acusado gana salarios en un trabajo de Federal Prison Industries (UNICOR), entonces el acusado debe pagar el 50% de los salarios devengados para las obligaciones financieras impuestas por esta Sentencia en un caso penal; (2) si el demandado no trabaja en un trabajo de UNICOR, entonces el demandado debe pagar un mínimo de $25.00 por trimestre hacia las obligaciones financieras impuestas en esta orden. Al salir de la cárcel, el acusado pagará una indemnización del 10% de los ingresos brutos mensuales, hasta el momento en que el tribunal pueda modificar ese calendario de pagos en interés de la justicia. La Oficina de Prisiones de EE. UU., la Oficina de Libertad Condicional de EE. UU. y la Oficina del Fiscal de EE. UU. supervisarán el pago de la restitución e informarán al tribunal cualquier cambio sustancial en la capacidad de pago del acusado. Estos pagos no impiden que el gobierno utilice otros activos o ingresos del acusado para satisfacer las obligaciones de restitución.

* Ley de Asistencia a las Víctimas de Pornografía Infantil Amy, Vicky y Andy de 2018, 18 U.S.C. §2259.
** Ley de Justicia para las Víctimas de la Trata de Personas de 2015, 18 U.S.C. §3014.
Los hallazgos para el monto total de las pérdidas se requieren bajo los Capítulos 109A, 110, 1 IOA y 113A del Título 18 para delitos cometidos en o después 13 de septiembre de 1994, pero antes del 23 de abril de 1996.

DEFENDANT: CARLOS RAMON POLIT FAGGIONI
CASE NUMBER: 1:22-CR-20114-KMW(1)

# CALENDARIO DE PAGOS

Una vez evaluada la capacidad de pago del acusado, el pago del total de las sanciones pecuniarias penales se debe realizar de la siguiente manera:

Un ¡X! Pagos de suma global de $ 600.00 pagaderos de inmediato, saldo adeudado

**Se ordena que el Demandado pague a los Estados Unidos una contribución especial de $600.00 por los Cargos 1, 2, 3, 4, 5 y 6 , que serán pagaderos de inmediato. Dicha evaluación especial se pagará al Secretario del Tribunal de Distrito de los Estados Unidos. El pago se dirigirá a:**

**OFICINA DEL SECRETARIO DE EE. UU.**
**A LA ATENCIÓN DE: SECCIÓN FINANCIERA**
**400 NORTH MIAMI AVENUE, SALA 8N09**
**MIAMI, FLORIDA 33128-7716**

A menos que el tribunal haya ordenado expresamente lo contrario, si esta sentencia impone prisión, el pago de las sanciones pecuniarias penales se debe pagar durante el encarcelamiento. Todas las sanciones monetarias penales, excepto los pagos realizados a través del Programa de Responsabilidad Financiera de Reclusos de la Oficina Federal de Prisiones, se realizan al secretario del tribunal.

El acusado recibirá crédito por todos los pagos realizados previamente hacia cualquier sanción monetaria penal impuesta.

☐ Conjunto y varios
Consulte más arriba los nombres y números de caso del acusado y codemandado *(incluido el número de demandado),* el monto total, el monto conjunto y solidario, y el beneficiario correspondiente, si corresponde.

|X| El demandado perderá el interés del demandado en la siguiente propiedad a los Estados Unidos:
**Por la presente, se ordena la confiscación del derecho, título e interés del demandado sobre cierta propiedad de conformidad con la Orden de confiscación (DE 260/S) ingresada el 9/30/2024.**

Los pagos se aplicarán en el siguiente orden: (1) evaluación, (2) restitución del principal, (3) intereses de restitución, (4) evaluación de la AVAA, (5) multa principal, (6) multa de intereses, (7) restitución a la comunidad, (8) evaluación de la JVTA, (9) multas y (10) costos, incluidos los costos de enjuiciamiento y tribunales.

statrad
Leading Teleradiology

**FCI Miami MIA**

| | | | |
|---|---|---|---|
| Patient: | POLIT FAGGIONI, CARLOS (Male) | DOB: | 10/17/50 |
| Register#: | 02758506 | Age: | 75 |
| Date: | 04/15/26 11:55 | Status: | OP |
| Slicecount: | 3 | | |
| History: | OTHER: Recent illness: Right wrist injury, swelling, pain, and ecchymosis. | | |
| Priors: | | | |
| Exams: | XR RIGHT WRIST | | |
| Referring Phy: | H GARCIA NP | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.40.1.6.8.168.102147214642.260415113818198076

**Final Report**

**Exam: XR RIGHT WRIST**

**INDICATION: see above**

**TECHNIQUE: 3 views obtained.**

**COMPARISON: none**

**FINDINGS:**

**Acute comminuted fracture distal radial metaphysis with intra-articular extension of fracture line with a mild displacement of the ulnar side fracture fragment dorsally and in the ulnar direction. There is mild impaction.**

**No other fractures. No joint malalignment.**

**Soft tissue swelling about the wrist.**

**Bone mineralization is age appropriate.**

**IMPRESSION:**

**Acute comminuted fracture distal radial metaphysis with intra-articular extension of fracture line with a mild displacement of the ulnar side fracture fragment dorsally and in the ulnar direction. There is mild impaction.**

**No other fractures. No joint malalignment.**

**Soft tissue swelling about the wrist.**

Radiologist: Farhad Khorashadi, MD

Study first marked ready to read at 11:56, study last marked ready to read at 11:56, initial results transmitted at 12:19

# * Final Report *

Jackson HEALTH SYSTEM

**Jackson South Community Hospital**
**9333 SW 152nd Street**
**Miami, FL 33157**
**3052512500**

Dear POLIT, CARLOS R:

Thank you for choosing Jackson Health System to help with your health needs. This packet has important instructions. This information is just for you. If you have any questions or non-urgent concerns after leaving, please call:

## Patient Portal Information

Jackson wants to share a secure patient website, **www.myjacksonhealth.org** There, you can find information about your health. The website also has a copy of the papers you received when leaving the hospital. Please talk to Guest Services before you go to give your email address, if you have not already. You will receive an email with instructions on how to use the website in about two days.

We care about your privacy. Your health information is important to us. That is why we made this process very safe. Please keep the email that Jackson Health System gave you personal.

## Patient Safety Instructions

In case of a serious emergency, call 911 right away. After a special medical procedure, you might feel some gas pain. You may also have a little bit of bleeding and a sore throat. You may also feel sleepy from the medicine. If you had a biopsy, do not take aspirin, ibuprofen, Motrin, Aleve, Naprosyn, Celebrex, or Plavix for 2 weeks. Ask your doctor before starting any medicine that are blood thinners (example: Coumadin, Eliquis, Xarelto).

If you got medicine for pain or medicine to fall asleep during the procedure, **follow these rules for the next 24 hours:**

- Do not drink alcohol.
- Do not drive a car or use machines.
- Rest and take it easy, unless your doctor says otherwise.
- If you have new bleeding, pain, or a fever after the procedure, call

**If you have any of these problems, go to the Emergency Department right away:**

- If your temperature is 101.5°F (38.6°C) or higher for 24 hours
- If your temperature is over 100.4°F (38°C) and you are less than 2 months old.
- If you have too much bleeding or drainage.
- If the redness or swelling around a wound gets worse.
- If you are hurting a lot and the medicine your doctor gave you is not helping.

L. SANTIAGO
Registered Nurse
FCI/FPC Miami
4/15/26

# POLIT, CARLOS R

**DOB:** 10/17/1950
**MRN:** 5227074
**Visit Date:** 04/15/2026

# Emergency Department Discharge Instructions

## Your Care Team

**Consulting Physician** - Basadre, Jesse Orlando - MD,Attn,SURPL
**Primary Care Physician - Lifetime** - Echarri, Roberto - MD,Ref

## Your Diagnosis

**Radial fracture**

## Procedures History

- **GI - COLONOSCOPY DIAGNOSTIC (Rectum)** | **Service Date:** 12/08/2021
- **STAPLED HEMORROIDECTOMY (Rectum)** | **Service Date:** 02/05/2020
- **Colonoscopy**
- **Dental impinats under sedation, 5 to 6 years ago.**
- **B/L eye pterygium extraction, 20 to 30 years ago.**

## Discharge Vitals

**Temperature** (Oral)
98.2 °F (36.8 °C)
**Heart Rate** (Peripheral)
72
**Respiratory Rate**
18
**Blood Pressure**
126/82
**Height**
65.75 in (167 cm)
**Weight** (Dosing)
160.96 lb (73.00 kg)
**BMI**
26.18

## What To Do Next

### You Need to Schedule the Following Appointments

| With | When | Contact Information |
|---|---|---|
| Basadre, Jesse Orlando - MD,Attn,SURPL | Within 1 week | 1699 SW 27th Ave<br>Miami, Florida 33145-<br>3058575025 |

Additional Instructions: Please follow-up with hand surgery.

Please keep your hand elevated as much as possible. Please sleep with your arm elevated above your heart. You can do this by sleeping with a pillow over your chest. You may take ibuprofen for your pain and at night stronger pain medications such as Percocet which has been prescribed. If you have significant pain, worsening pain, numbness or tingling, or unable to feel your fingers please return to the emergency room immediately

If you do not receive any information, please contact **305-585-6000** to schedule

**Your primary care physician or family doctor is an important part of your recovery and ongoing wellness. Now that you have been discharged, please follow instructions below:**

- If your primary care or family doctor is not a Jackson/UM physician, please contact them and let them know that you were treated at our facility.
- If you do not have a primary care or family doctor, please call **305-585-4DOC or (305-585-4362)** or visit **www.JacksonHealth.org** for a referral.
- If you have received a referral to see a specialist for follow-up care, please coordinate that appointment with your primary care or family doctor.
- If your Jackson/UM physician has instructed you to contact Jackson for a specialist appointment, please contact the speciality service directly to schedule or confirm a referral appointment.
- If you had blood tests done today, your lab tests may have included an HIV and Hepatitis C test. If you were not notified of these results already, you must contact our HIV/Hepatitis C screening specialist at **305-585-4411** to obtain your results and instructions for appropriate medical follow-up based on these results.
- Below are other phone numbers you may need to call depending on your instructions:
    - **Anticoagulation Clinic: 305-585-5565**
    - **Ortho Rehabilitation Clinic: 305-585-6262**
    - **All Other Specialties: 305-585-6000**

# Medications

Give a copy of this medication list to your doctor. Keep this form with you in case you need further care. **Please be sure to read the instructions on medication bottles carefully as there may be changes.**

**If you filled your prescriptions at a Jackson Pharmacy, please call 305-355-7444 to ask if your medications are ready.**

**New / Continue Taking without Changes / Contact Physician Medications**

| | What | How Much | When | Instructions | Next Dose |
|---|---|---|---|---|---|
| ***New*** | acetaminophen-oxyCODONE (Percocet 5 mg-325 mg oral tablet) | 2 Tablet (s) Oral | Every 4 hours as needed for as needed for pain | Duration: 3 Day(s)<br>Ordering Physician: Flanagan, Sarah Marguerite - DO,Attn,Emergency Medicine<br>Printed Prescription | |
| ***New*** | ibuprofen (ibuprofen 600 mg oral tablet) | 1 Tablet (s) Oral | 4 times a day as needed for as needed for pain | Duration: 7 Day(s)<br>Ordering Physician: Flanagan, Sarah Marguerite - DO,Attn,Emergency Medicine<br>Printed Prescription | |
| ***Unchanged*** | aspirin (aspirin 81 mg oral enteric coated tablet) | 1 Tablet (s) Oral | Every day | | |
| ***Unchanged*** | ezetimibe (ezetimibe 10 mg oral tablet) | 1 Tablet (s) Oral | Every day | | |
| ***Unchanged*** | meloxicam | Oral | Every day | | |
| ***Unchanged*** | rosuvastatin | 20 Milligram Oral | Every day | | |

**TAKE these prescriptions to the Pharmacy to be filled**
**acetaminophen-oxyCODONE (Percocet 5 mg-325 mg oral tablet)** 2 Tablet(s) Oral every 4 hours as needed as needed for pain for 3 Day(s). Refills: 0.
**ibuprofen (ibuprofen 600 mg oral tablet)** 1 Tablet(s) Oral 4 times a day as needed as needed for pain for 7 Day(s). Refills: 0.
**NOT Sent to Pharmacy or Printed**
**aspirin (aspirin 81 mg oral enteric coated tablet)** 1 Tablet(s) Oral every day.
**ezetimibe (ezetimibe 10 mg oral tablet)** 1 Tablet(s) Oral every day.
**meloxicam** Oral every day.
**rosuvastatin** 20 Milligram Oral every day.

## Laboratory and Radiology Test Results

Please visit the patient portal website **www.myjacksonhealth.org** for posted results

## Medications and Immunizations Administered

### Given

**acetaminophen-oxyCODONE** (Percocet 5 mg-325 mg oral tablet), ORAL

## Allergies (Reactions)

NKA

## Problems

**Ongoing** - Any problem that you are currently receiving treatment for.

**GERD (gastroesophageal reflux disease)**
**High cholesterol**
**Internal prolapsed hemorrhoids**

# Community Health Resources

| | | |
|---|---|---|
| **Alcoholics Anonymous**<br>305-461-2425 | **Narcotics Anonymous:**<br>1-866-288-6262 | **Smoking Cessation Assistance:**<br>1-877-QUIT-NOW-6<br>(1-877-848-6696) |
| **Poison Information Center:**<br>1-800-222-1222 | **Women,Infants, and Children (WIC) Program**<br>1-800-342-3556 | **Addiction Referral:**<br>Central Intake<br><br>3140 NW 76 Street<br><br>Miami, FL 33147<br><br>(8am-4pm)<br><br>305-694-2766 |
| **National Alliance on Mental Illness:**<br>305-665-2540 | **National Suicide Prevention Hotline**<br>988 | **South Florida Behavioral Health Network:**<br>1-866-833-7477<br><br>(*Call to check status of bed and availability waitlist: 10 AM) |
| **Parents Need Assistance Program:**<br>1800-962-2873<br><br>**The Teen Talk Hotline:**<br>305-377-TEEN (8336)<br>or 305-377-TALK (8255) | **City of Miami Homeless Assistance Hotline:**<br>1-866-733-3763<br><br>**Human Trafficking Hotline:**<br>1-888-373-7888 or you can text 233733 | **National Domestic Violence Hotline:**<br>1-800-799-SAFE (7233)<br><br>**Abuse Hotline:**<br>1800-96-ABUSE<br>(22873) |

Scan QR Code Below To Access Our Community Resource Guide

## Education Materials

**You have been prescribed:**
Percocet 5 mg-325 mg oral tablet

**The following are special instructions for opioids**

### OPIOID MEDICINE

Opioid medicines are used to help relieve moderate to severe pain.They are often prescribed after a surgery or injury, or for certain health problems.These medicines can be an important part of treatment, but they also come with serious risks and side effects.
People who have been taking opioids for a long time may notice that they do not receive the same level of pain relief and may need more medicine to relieve their pain.This is expected and is called Drug Tolerance. This is not the same as addiction.Addiction is a disease that requires treatment.Symptoms of addiction include: uncontrollable cravings, not able to control your drug use, continuing to use the drug even when it causes harm to you or others.If you think you may be addicted, talk to your healthcare provider right away.If you believe you may be struggling with addiction, tell your health care provider and ask for guidance or call the Substance Abuse and Mental Health Services Administration(SAMHSA) National Helpline at 1-800-662-HELP.Overdose is when you have too much opioid medicine in your body.This can cause your breathing to stop which could lead to death.The risk of an overdose is greater for people taking other medicines that make you feel sleepy or people with sleep apnea.Visit **www.cdc.gov/drugoverdose** to learn more about the risks of opioid abuse.
**Prescriptions opioids can have side effects, even when taken as directed.**
These include:

- Constipation

- Nausea, vomiting and dry mouth Increased sensitivity to pain
- Sleepiness and dizziness Confusion
- Depression
- Itching and sweating
- Low levels of testosterone that can result in lower sex drive,energy and strength

**Unless prescribed by your healthcare provider, you should avoid the following because it may cause you to stop breathing,which can lead to death:**

- Alcohol. Do not drink any kind of alcohol while you are taking opioid medicines.
- Benzodiazepines (like Valium or Xanax)
- Muscle relaxants (like Flexeril or Soma)
- Sleep medicines (like Ambien or Lunesta)
- Other prescription opioids

**How can I take opioid pain medicine safely?**
**Tell your healthcare provider about all the medicines you are taking**, including vitamins, herbal supplements, and over the counter medicines.
**Be informed.**Keep your prescription in the container/bottle it came in.Make sure you know the name of your medicine, how long to take it, how much to take and how often to take it. Know the possible side effects and when to call your doctor.Take it exactly as prescribed. Call your healthcare provider if the opioid medicine is not managing your pain. Do not increase the dose on your own or take it more often than prescribed.
**Follow up with your primary health care provider:** Work together to create a plan on how to manage your pain.Talk about ways to help manage your pain that does not involve prescription opioids.Talk about any and all concerns that you may have.
**Help prevent misuse and abuse.** Do not share or give prescribed opioid medicine to anyone else. Do not use another person's prescription opioids.

Lock up opioid medicines in a safe place and out of reach of others(this may include visitors, children, friends and family).Store your opioid medicine in a safe place where it cannot be reached by children or taken by family or visitors to your home. Do not keep them in your medicine cabinet where anyone can find them.

**It is illegal to give away, trade, share, or sell opioid medicine.**

**You must report stolen medications both to the police and your healthcare provider.**

**Safely dispose of unused opioid medicines.**

Find your community drug take-back program or if your pharmacy has a collection or mail-back program. Do not flush your medicines down the toilet or down the drain. Use a disposal site or drop-off event when available. If you cannot find a disposal site or drop-off event, place the medications in the household trash after taking the following precautions:

- Keep in original container.
- Mark out your name and prescription number for safety.
- For pills, add some water or soda to start dissolving them.
- For liquids, add something like cat litter or dirt so that it cannot be eaten.
- Close the lid and secure with packing or duct tape.
- Place the bottles inside a dark (non-see-through)container like a detergent container and tape the container closed.
- Hide the container in the trash.
- Do not put it in recycle bin.

**What other options are there to help with my pain?**

Opioids are not the only thing that can help control your pain. Ask your healthcare provider if your pain can be helped with alternative options. Some of these options may actually work better and have fewer risks and side effects.

Options may include:

- pain relievers such as acetaminophen (Tylenol), ibuprofen (Motrin or Advil) and naproxen
- Some medications that are also used for depression or seizures
- Physical therapy and exercise
- Behavioral therapy or patient self-help techniques

**When to call 911**

Trouble breathing or slow/irregular breathing, chest pain, trouble awakening, fainting or loss of consciousness, rapid or slowed heart beat and/or sudden weakness on one side of your body or sudden trouble speaking.
You should follow your doctor's advice regarding what activity you can or cannot do after you are discharged home. You may have additional restrictions based on the diagnosis and/or procedures you had while hospitalized. Opioids can interfere with the ability to do your normal daily activities. You may become sleepy/drowsy or experience dizziness while taking this medication. For this reason, you should not drive or operate machinery during this time. Ask a friend or family member to assist you with driving or operating machinery while taking opioid medicine.

**Opioid Resources/Help**

National Council of Alcoholism and Drug Dependence. www.ncadd.org or 1-800-475-HOPE (4673)
National Alcohol & Substance Abuse Information center. www.addictioncareoptions.com or 1-800-784-6776

**Upper Extremity Fracture**

- If you were given a shoulder immobilizer, leave it in place. This will support the injured arm at your side. This is the best position for bone healing. The shoulder immobilizer can be adjusted. If it becomes loose, adjust it so that your forearm is parallel to the ground (horizontal). Your hand should be level with your elbow.
- Put an ice pack on the injured area. Do this for 20 minutes every 1 to 2 hours the first day for pain relief. You can make an ice pack by wrapping a plastic bag of ice cubes in a thin towel. As the ice melts, be careful that the cast/splint/sling doesn't get wet. You can put the ice pack inside the sling and directly over the splint or cast. Continue using the ice pack 3 to 4 times a day for the next 2 days. Then use the ice pack as needed to ease pain and swelling.
- Keep the cast, splint, or sling completely dry at all times. Bathe with your cast, splint, or sling out of the water. Protect it with a large plastic bag, rubber-banded or taped at the top end. If a fiberglass cast, splint, or sling gets wet, you can dry it with a hair dryer.
- You may use acetaminophen or ibuprofen to control pain unless another pain medicine was prescribed. If you have chronic liver or kidney disease, talk with your health care provider before using these medicines. Also, talk with your provider if you've had a stomach ulcer or gastrointestinal bleeding.
- Don't put creams or objects under the cast if you have itching. You may use a hair dryer on a cool setting and aim it under the cast to relieve itching. Don't use a warm or hot setting, as this can burn your skin. If this does not help, ask your provider about medicines to relieve itching.

**Follow-up care**

Follow up with your health care provider as advised. This is to make sure the bone is healing the way it should.

X-rays may be taken. You will be told of any new findings that may affect your care.

**When to get medical advice**

Contact your health care provider right away if:

- The cast or splint cracks.
- The cast or splint becomes wet or soft.
- The cast or splint stays wet for more than 24 hours.
- The cast has a bad smell, or wound fluid stains the cast.
- Tightness or pain under the cast or splint gets worse.
- Your fingers become swollen, cold, blue, numb, or tingly.
- You can't move your fingers.
- Your skin near the cast or splint becomes red or irritated.
- You have a fever of 100.4ºF (38ºC) or higher, or as advised by your provider.
- You have chills.

© 2000-2025 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Exam Date: 4/15/2026 5:09 PM

Reason for Study: fall, hand/wrist pain, swelling, possible fracture

Technique: 2 views of the forearm and 3 views of the hand/wrist.

Comparison: None

Findings: Forearm: There is a comminuted compression fracture of the distal radius with mild lateral translation of the fracture fragments. Mild dorsal and volar translation of the fracture fragments.

The radiocarpal alignments are maintained.

IMPRESSION: Comminuted fracture of the radius at the wrist.

Wrist: Phalanges are intact. Arthritic change at the interphalangeal joints. Mild osteoarthritis. The carpal bones and the carpal arcs are maintained. Metacarpals are normal.

Ulna and ulnar styloid: Normal.

There is a vertical fracture line extending from the articular surface of the radius at the wrist through the metaphysis/diaphysis. Comminuted fracture fragments with mild lateral translation.

IMPRESSION: As above. Comminuted fracture of the radius.

**Signature Line**
***FINAL REPORT***
Attending Physician: Pandya, Siddharth J. - DO,Attn,Neuroradiology
Dictation Date/Time:04/15/26 17:16:0
Transcribed by & Date/Time: Pandya, Siddharth J.04/15/2026 17:16
Electronically Signed By: Pandya, Siddharth J. -Signature Date/Time: 04/15/2026 17:18

**GRHAND3VRT**
This document has an Image [2]

C-229 E

[1-2] GR Hand Right Min of 3 Views; Pandya, Siddharth J. - DO,Attn,Neuroradiology 04/15/2026 17:09 EDT

**Signature Line**
Author: Flanagan, Sarah Marguerite - DO,Attn,Emergency Medicine On: 04/15/2026 19:30 EDT

**Completed Action List:**
* Perform by Flanagan, Sarah Marguerite - DO,Attn,Emergency Medicine on April 15, 2026 19:30 EDT
* Sign by Flanagan, Sarah Marguerite - DO,Attn,Emergency Medicine on April 15, 2026 19:30 EDT
* VERIFY by Flanagan, Sarah Marguerite - DO,Attn,Emergency Medicine on April 15, 2026 19:30 EDT

**Jackson South Community Hospital**
9333 SW 152 Street
Miami, FL 33157
Ph: 3052512500

| **Patient Name: POLIT, CARLOS R** | Location: Jackson South Community Hospital, JS ED A |
|---|---|
| Birthdate: October 17, 1950 Age: 75 Years Sex: Male Wt: | MRN: 5227074 |
| Allergies: NKA | |
| Pharmacist please note—Allergy list may be incomplete. | |

Patient Address: 15801 SW 137TH AVE
MIAMI, Florida 33177
Home Phone: (305) 259-2100
Work Phone:
Primary Health Plan: Corrections – Naphcare – D01
Policy/Group #: 02758 506/
Secondary Health Plan:
Policy/Group #:

## NEW Prescription(s)

**Rx: ibuprofen 600 mg oral tablet** Start Date: **April 15, 2026**
SIG: **1 tab ORAL QID for 7 day(s) PRN as needed for pain**
Dispense/Supply: **<28 (twenty-eight) tab>**

**Sarah Marguerite Flanagan,** (E-Sig.)

**DISPENSE AS WRITTEN** **SUBSTITUTION PERMITTED**

Prescribed by: **Sarah Marguerite Flanagan,**
DO,Attn,Emergency Medicine
9333 SW 152nd Street
Miami, Florida 33157
3052565001
Date: April 15, 2026

NPI #: 1609278969
LIC #: OS15098

NPI #: ______________

ATTENTION: THIS RX NOT VALID FOR CONTROLLED SUBSTANCES

TC Camouflage: Blue pattern on the front is a registered trademark of Taylor Communications, Inc. Its presence guarantees the 6 features below will exist on an original document.
CopyBan Capture®: Industry leading copy protection technology showing VOID on the widest range of color copier settings.
Thermochromic Ink: Logo reading "Secure Document" on this form is heat sensitive changing from orange to yellow when rubbed.
Tri-Lingual Void: Shows VOID in 3 languages when attacked by a broad range of chemical agents.
Artificial Watermark: Hidden words appear on back when viewed at a 45 degree angle or rubbed with a penny or other coin.
Laser Lock: This feature prevent criminal attacks involving toner lifting or erasure.
Track&Trace: The order number on this document is unique and can be traced back to the provider per federal and state requirements.
This blue document is protected by security features listed. Taylor Communications, Inc. All rights reserved.

Secure Document

TC Camouflage: Blue pattern on the front is a registered trademark of Taylor Communications, Inc. Its presence guarantees the 6 features below will exist on an original document.
CopyBan Capture®: Industry leading copy protection technology showing VOID on the widest range of color copier settings.
Thermochromic Ink: Logo reading "Secure Document" on this form is heat sensitive changing from orange to yellow when rubbed.
Tri-Lingual Void: Shows VOID in 3 languages when attacked by a broad range of chemical agents.
Artificial Watermark: Hidden words appear on back when viewed at a 45 degree angle or rubbed with a penny or other coin.
Laser Lock: This feature prevent criminal attacks involving toner lifting or erasure.
Track&Trace: The order number on this document is unique and can be traced back to the provider per federal and state requirements.
This blue document is protected by security features listed. Taylor Communications, Inc. All rights reserved.

TC Camouflage: Blue pattern on the front is a registered trademark of Taylor Communications, Inc. Its presence guarantees the 6 features below will exist on an original document.
CopyBan Capture®: Industry leading copy protection technology showing VOID on the widest range of color copier settings.
Thermochromic Ink: Logo reading "Secure Document" on this form is heat sensitive changing from orange to yellow when rubbed.
Tri-Lingual Void: Shows VOID in 3 languages when attacked by a broad range of chemical agents.
Artificial Watermark: Hidden words appear on back when viewed at a 45 degree angle or rubbed with a penny or other coin.
Laser Lock: This feature prevent criminal attacks involving toner lifting or erasure.
Track&Trace: The order number on this document is unique and can be traced back to the provider per federal and state requirements.
This blue document is protected by security features listed. Taylor Communications, Inc. All rights reserved.

TC Camouflage: Blue pattern on the front is a registered trademark of Taylor Communications, Inc. Its presence guarantees the 6 features below will exist on an original document.
CopyBan Capture®: Industry leading copy protection technology showing VOID on the widest range of color copier settings.
Thermochromic Ink: Logo reading "Secure Document" on this form is heat sensitive changing from orange to yellow when rubbed.
Tri-Lingual Void: Shows VOID in 3 languages when attacked by a broad range of chemical agents.
Artificial Watermark: Hidden words appear on back when viewed at a 45 degree angle or rubbed with a penny or other coin.
Laser Lock: This feature prevent criminal attacks involving toner lifting or erasure.
Track&Trace: The order number on this document is unique and can be traced back to the provider per federal and state requirements.
This blue document is protected by security features listed. Taylor Communications, Inc. All rights reserved.

Secure Document

TC Camouflage: Blue pattern on the front is a registered trademark of Taylor Communications, Inc. Its presence guarantees the 6 features below will exist on an original document.
CopyBan Capture®: Industry leading copy protection technology showing VOID on the widest range of color copier settings.
Thermochromic Ink: Logo reading "Secure Document" on this form is heat sensitive changing from orange to yellow when rubbed.
Tri-Lingual Void: Shows VOID in 3 languages when attacked by a broad range of chemical agents.
Artificial Watermark: Hidden words appear on back when viewed at a 45 degree angle or rubbed with a penny or other coin.
Laser Lock: This feature prevent criminal attacks involving toner lifting or erasure.
Track&Trace: The order number on this document is unique and can be traced back to the provider per federal and state requirements.
This blue document is protected by security features listed. Taylor Communications, Inc. All rights reserved.

TC Camouflage: Blue pattern on the front is a registered trademark of Taylor Communications, Inc. Its presence guarantees the 6 features below will exist on an original document.
CopyBan Capture®: Industry leading copy protection technology showing VOID on the widest range of color copier settings.
Thermochromic Ink: Logo reading "Secure Document" on this form is heat sensitive changing from orange to yellow when rubbed.
Tri-Lingual Void: Shows VOID in 3 languages when attacked by a broad range of chemical agents.
Artificial Watermark: Hidden words appear on back when viewed at a 45 degree angle or rubbed with a penny or other coin.
Laser Lock: This feature prevent criminal attacks involving toner lifting or erasure.
Track&Trace: The order number on this document is unique and can be traced back to the provider per federal and state requirements.
This blue document is protected by security features listed. Taylor Communications, Inc. All rights reserved.

Secure Document

TC Camouflage: Blue pattern on the front is a registered trademark of Taylor Communications, Inc. Its presence guarantees the 6 features below will exist on an original document.
CopyBan Capture®: Industry leading copy protection technology showing VOID on the widest range of color copier settings.
Thermochromic Ink: Logo reading "Secure Document" on this form is heat sensitive changing from orange to yellow when rubbed.
Tri-Lingual Void: Shows VOID in 3 languages when attacked by a broad range of chemical agents.
Artificial Watermark: Hidden words appear on back when viewed at a 45 degree angle or rubbed with a penny or other coin.
Laser Lock: This feature prevent criminal attacks involving toner lifting or erasure.
Track&Trace: The order number on this document is unique and can be traced back to the provider per federal and state requirements.
This blue document is protected by security features listed. Taylor Communications, Inc. All rights reserved.

TC Camouflage: Blue pattern on the front is a registered trademark of Taylor Communications, Inc. Its presence guarantees the 6 features below will exist on an original document.
CopyBan Capture®: Industry leading copy protection technology showing VOID on the widest range of color copier settings.
Thermochromic Ink: Logo reading "Secure Document" on this form is heat sensitive changing from orange to yellow when rubbed.
Tri-Lingual Void: Shows VOID in 3 languages when attacked by a broad range of chemical agents.
Artificial Watermark: Hidden words appear on back when viewed at a 45 degree angle or rubbed with a penny or other coin.
Laser Lock: This feature prevent criminal attacks involving toner lifting or erasure.
Track&Trace: The order number on this document is unique and can be traced back to the provider per federal and state requirements.
This blue document is protected by security features listed. Taylor Communications, Inc. All rights reserved.

Secure Document

**Jackson South Community Hospital**
9333 SW 152 Street
Miami, FL 33157
Ph: 3052512500

| | |
|---|---|
| **Patient Name: POLIT, CARLOS R** | Location: Jackson South Community Hospital, JS ED A |
| Birthdate: October 17, 1950 Age: 75 Years | Sex: Male Wt: 78.00 kg MRN: 5227074 |
| Allergies: **NKA** | |

Pharmacist please note—Allergy list may be incomplete.

| | | | |
|---|---|---|---|
| Patient Address: | 15801 SW 137TH AVE<br>MIAMI, Florida 33177 | Home Phone:<br>Work Phone: | (305) 259-2100 |
| Primary Health Plan: | Corrections – Naphcare – D01 | Policy/Group #: | 02758 506/ |
| Secondary Health Plan: | | Policy/Group #: | |

## NEW Prescription(s)

**Rx: Percocet 5 mg–325 mg oral tablet** Start Date: **April 15, 2026**

SIG: **2 tab ORAL Q4H for 3 day(s) PRN as needed for pain**

Dispense/Supply: **<24 (twenty-four) tab>**

Opioid Indication: **Acute Pain (Max 3 Days)**

**DISPENSE AS WRITTEN**

X

**SUBSTITUTION PERMITTED**

Prescribed by: **Sarah Marguerite Flanagan,**
DO,Attn,Emergency Medicine
9333 SW 152nd Street
Miami, Florida 33157
3052565001

DEA #: FF7398286
NPI #: 1609278969
LIC #: OS15098

**Date:** April 15, 2026

DEA #: ____________
NPI #: ____________

TC Camouflage: Blue pattern on the front is a registered trademark of Taylor Communications, Inc. Its presence guarantees the 6 features below will exist on an original document.
CopyBan Capture®: Industry leading copy protection technology showing VOID on the widest range of color copier settings.
Thermochromic Ink: Logo reading "Secure Document" on this form is heat sensitive changing from orange to yellow when rubbed.
Tri-Lingual Void: Shows VOID in 3 languages when attacked by a broad range of chemical agents.
Artificial Watermark: Hidden words appear on back when viewed at a 45 degree angle or rubbed with a penny or other coin.
Laser Lock: This feature prevent criminal attacks involving toner lifting or erasure.
Track&Trace: The order number on this document is unique and can be traced back to the provider per federal and state requirements.
This blue document is protected by security features listed. Taylor Communications, Inc, All rights reserved.

TC Camouflage: Blue pattern on the front is a registered trademark of Taylor Communications, Inc. Its presence guarantees the 6 features below will exist on an original document.
CopyBan Capture®: Industry leading copy protection technology showing VOID on the widest range of color copier settings.
Thermochromic Ink: Logo reading "Secure Document" on this form is heat sensitive changing from orange to yellow when rubbed.
Tri-Lingual Void: Shows VOID in 3 languages when attacked by a broad range of chemical agents.
Artificial Watermark: Hidden words appear on back when viewed at a 45 degree angle or rubbed with a penny or other coin.
Laser Lock: This feature prevent criminal attacks involving toner lifting or erasure.
Track&Trace: The order number on this document is unique and can be traced back to the provider per federal and state requirements.
This blue document is protected by security features listed. Taylor Communications, Inc, All rights reserved.

Secure Document

TC Camouflage: Blue pattern on the front is a registered trademark of Taylor Communications, Inc. Its presence guarantees the 6 features below will exist on an original document.
CopyBan Capture®: Industry leading copy protection technology showing VOID on the widest range of color copier settings.
Thermochromic Ink: Logo reading "Secure Document" on this form is heat sensitive changing from orange to yellow when rubbed.
Tri-Lingual Void: Shows VOID in 3 languages when attacked by a broad range of chemical agents.
Artificial Watermark: Hidden words appear on back when viewed at a 45 degree angle or rubbed with a penny or other coin.
Laser Lock: This feature prevent criminal attacks involving toner lifting or erasure.
Track&Trace: The order number on this document is unique and can be traced back to the provider per federal and state requirements.
This blue document is protected by security features listed. Taylor Communications, Inc, All rights reserved.

TC Camouflage: Blue pattern on the front is a registered trademark of Taylor Communications, Inc. Its presence guarantees the 6 features below will exist on an original document.
CopyBan Capture®: Industry leading copy protection technology showing VOID on the widest range of color copier settings.
Thermochromic Ink: Logo reading "Secure Document" on this form is heat sensitive changing from orange to yellow when rubbed.
Tri-Lingual Void: Shows VOID in 3 languages when attacked by a broad range of chemical agents.
Artificial Watermark: Hidden words appear on back when viewed at a 45 degree angle or rubbed with a penny or other coin.
Laser Lock: This feature prevent criminal attacks involving toner lifting or erasure.
Track&Trace: The order number on this document is unique and can be traced back to the provider per federal and state requirements.
This blue document is protected by security features listed. Taylor Communications, Inc, All rights reserved.

Secure Document

TC Camouflage: Blue pattern on the front is a registered trademark of Taylor Communications, Inc. Its presence guarantees the 6 features below will exist on an original document.
CopyBan Capture®: Industry leading copy protection technology showing VOID on the widest range of color copier settings.
Thermochromic Ink: Logo reading "Secure Document" on this form is heat sensitive changing from orange to yellow when rubbed.
Tri-Lingual Void: Shows VOID in 3 languages when attacked by a broad range of chemical agents.
Artificial Watermark: Hidden words appear on back when viewed at a 45 degree angle or rubbed with a penny or other coin.
Laser Lock: This feature prevent criminal attacks involving toner lifting or erasure.
Track&Trace: The order number on this document is unique and can be traced back to the provider per federal and state requirements.
This blue document is protected by security features listed. Taylor Communications, Inc, All rights reserved.

TC Camouflage: Blue pattern on the front is a registered trademark of Taylor Communications, Inc. Its presence guarantees the 6 features below will exist on an original document.
CopyBan Capture®: Industry leading copy protection technology showing VOID on the widest range of color copier settings.
Thermochromic Ink: Logo reading "Secure Document" on this form is heat sensitive changing from orange to yellow when rubbed.
Tri-Lingual Void: Shows VOID in 3 languages when attacked by a broad range of chemical agents.
Artificial Watermark: Hidden words appear on back when viewed at a 45 degree angle or rubbed with a penny or other coin.
Laser Lock: This feature prevent criminal attacks involving toner lifting or erasure.
Track&Trace: The order number on this document is unique and can be traced back to the provider per federal and state requirements.
This blue document is protected by security features listed. Taylor Communications, Inc, All rights reserved.

Secure Document

Secure Document

TC Camouflage: Blue pattern on the front is a registered trademark of Taylor Communications, Inc. Its presence guarantees the 6 features below will exist on an original document.
CopyBan Capture®: Industry leading copy protection technology showing VOID on the widest range of color copier settings.
Thermochromic Ink: Logo reading "Secure Document" on this form is heat sensitive changing from orange to yellow when rubbed.
Tri-Lingual Void: Shows VOID in 3 languages when attacked by a broad range of chemical agents.
Artificial Watermark: Hidden words appear on back when viewed at a 45 degree angle or rubbed with a penny or other coin.
Laser Lock: This feature prevent criminal attacks involving toner lifting or erasure.
Track&Trace: The order number on this document is unique and can be traced back to the provider per federal and state requirements.
This blue document is protected by security features listed. Taylor Communications, Inc, All rights reserved.

TC Camouflage: Blue pattern on the front is a registered trademark of Taylor Communications, Inc. Its presence guarantees the 6 features below will exist on an original document.
CopyBan Capture®: Industry leading copy protection technology showing VOID on the widest range of color copier settings.
Thermochromic Ink: Logo reading "Secure Document" on this form is heat sensitive changing from orange to yellow when rubbed.
Tri-Lingual Void: Shows VOID in 3 languages when attacked by a broad range of chemical agents.
Artificial Watermark: Hidden words appear on back when viewed at a 45 degree angle or rubbed with a penny or other coin.
Laser Lock: This feature prevent criminal attacks involving toner lifting or erasure.
Track&Trace: The order number on this document is unique and can be traced back to the provider per federal and state requirements.
This blue document is protected by security features listed. Taylor Communications, Inc, All rights reserved.

Secure Document

Faggioni Polit
MAN: 2086049
ACCT: 1116060

# Larkin Community Hospital

7031 SW 62nd Ave
Miami, FL 33143
305-284-7500

**Discharge Instructions for:** **Polit, Faggioni C**
**Arrival Date:** **Monday, April 20, 2026**

Thank you for choosing **Larkin Community Hospital** for your care today. The examination and treatment you have received in the Emergency Department today have been rendered on an emergency basis only and are not intended to be a substitute for an effort to provide complete medical care. You should contact your follow-up physician as it is important that you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Care provided by:** Barosy, Claude, MD

**Diagnosis:** Displaced fracture of head of right radius, subsequent encounter for closed fracture with malunion

| DISCHARGE INSTRUCTIONS | FORMS |
|---|---|
| Radial Head Fracture, Easy-to-Read | Medication Reconciliation Form |
| **FOLLOW UP INSTRUCTIONS** | **PRESCRIPTIONS** |
| **Private Physician**<br>Reason: MSC, Ortho clinic Dr Corces in 10 - 14 days | None |
| **SPECIAL NOTES** 306 884 7577 | |
| None | |

**X-RAYS and LAB TESTS:**
If you had x-rays today they were read by the emergency physician. Your x-rays will also be read by a radiologist within 24 hours. If you had a culture done it will take 24 to 72 hours to get the results. If there is a change in the x-ray diagnosis or a positive culture, we will contact you. Please verify your current phone number prior to discharge at the check out desk.

**MEDICATIONS:**
If you received a prescription for medication(s) today, it is important that when you fill this you let the pharmacist know all the other medications that you are on and any allergies you might have. It is also important that you notify your follow-up physician of all your medications including the prescriptions you may receive today.

**Patient Copy**

C. Dominguez
Registered Nurse
FCI/FPC Miami

Faggioni Polit
MRN: 2086049
ACCT: 1116060

## FOLLOW UP INSTRUCTIONS

Private Physician
Reason: MSC, Ortho clinic Dr Corces in 10 - 14 days

| Test | Value | Abnormal | Range | Units | Status | Updated |
|---|---|---|---|---|---|---|
| WBC | 5.34 | Below low normal | 5.87-11.57 | 10 | F | 2026/04/20 18:23:00.000 |
| RBC | 3.93 | Below low normal | 4.47-5.80 | 10 | F | 2026/04/20 18:23:00.000 |
| HEMOGLOBIN | 12.5 | | 12.1-16.1 | g/dL | F | 2026/04/20 18:23:00.000 |
| HEMATOCRIT | 37.2 | | 36.3-48.3 | % | F | 2026/04/20 18:23:00.000 |
| MCV | 94.7 | | 79.0-97.0 | fL | F | 2026/04/20 18:23:00.000 |
| MCH | 31.8 | | 26.6-33.0 | pg | F | 2026/04/20 18:23:00.000 |
| MCHC | 33.6 | | 31.5-35.7 | g/dL | F | 2026/04/20 18:23:00.000 |
| RDW | 12.8 | | 11.6-14.4 | % | F | 2026/04/20 18:23:00.000 |
| RDWSD | 44.2 | Above high normal | 35.1-43.9 | fL | F | 2026/04/20 18:23:00.000 |
| PLATELET COUNT | 178.0 | | 150-450 | 10 | F | 2026/04/20 18:23:00.000 |
| MPV | 9.1 | | 8.8-12.4 | fL | F | 2026/04/20 18:23:00.000 |
| % NEUTROPHILS | 42.0 | | 34.0-67.9 | % | F | 2026/04/20 18:23:00.000 |
| % LYMPHOCYTES | 40.6 | | 21.8-53.1 | % | F | 2026/04/20 18:23:00.000 |
| % MONOCYTES | 9.2 | | 5.3-12.2 | % | F | 2026/04/20 18:23:00.000 |
| % EOSINOPHILS | 6.7 | | 0.8-7.0 | % | F | 2026/04/20 18:23:00.000 |
| % BASOPHILS | 1.3 | Above high normal | 0.2-1.2 | % | F | 2026/04/20 18:23:00.000 |
| ABSOLUTE NEUTROPHILS | 2.24 | | 1.78-5.38 | 10 | F | 2026/04/20 18:23:00.000 |
| ABSOLUTE LYMPHOCYTES | 2.17 | | 1.32-3.57 | 10 | F | 2026/04/20 18:23:00.000 |
| ABSOLUTE MONOCYTES | 0.49 | | 0.30-0.82 | 10 | F | 2026/04/20 18:23:00.000 |
| ABSOLUTE EOSINOPHILS | 0.36 | | 0.04-0.54 | 10 | F | 2026/04/20 18:23:00.000 |
| ABSOLUTE BASOPHILS | 0.07 | | 0.01-0.08 | 10 | F | 2026/04/20 18:23:00.000 |
| MANUAL DIFFERENTIAL | NO | | | | | |

| Test | Value | Abnormal | Range | Units | Status | Updated |
|---|---|---|---|---|---|---|
| CREATINE KINASE (CK) | 249 | Above high normal | 55-170 | U/L | F | 2026/04/20 18:41:00.000 |

| Test | Value | Abnormal | Range | Units | Status | Updated |
|---|---|---|---|---|---|---|
| GLUCOSE SERUM | 94 | | 82-109 | mg/dL | F | 2026/04/20 18:41:00.000 |
| BUN/UREA | 20 | | 9-25 | mg/dL | F | 2026/04/20 18:41:00.000 |
| CREATININE, SERUM | 0.81 | | 0.60-1.25 | mg/dL | F | 2026/04/20 18:41:00.000 |
| SODIUM, SERUM | 141 | | 135-141 | mmol/L | F | 2026/04/20 18:41:00.000 |
| POTASSIUM, SERUM | 4.1 | | 3.5-4.9 | mmol/L | F | 2026/04/20 18:41:00.000 |
| CHLORIDE, SERUM | 106 | | 98-107 | mmol/L | F | 2026/04/20 18:41:00.000 |
| CARBON DIOXIDE | 28 | | 22-32 | mmol/L | F | 2026/04/20 18:41:00.000 |
| CALCIUM, SERUM | 9.4 | | 8.2-10.2 | mg/dL | F | 2026/04/20 18:41:00.000 |
| TOTAL PROTEIN, SERUM | 7.5 | | 6.0-8.1 | g/dL | F | 2026/04/20 18:41:00.000 |
| ALBUMIN, SERUM | 4.3 | | 3.2-4.8 | g/dL | F | 2026/04/20 18:41:00.000 |
| BILIRUBIN, TOTAL | 1.00 | | 0.2-1.3 | mg/dL | F | 2026/04/20 18:41:00.000 |
| AST | 28 | | 17-58 | U/L | F | 2026/04/20 18:41:00.000 |
| ALTV | 20 | | 8-39 | U/L | F | 2026/04/20 18:41:00.000 |
| ALKALINE PHOSPHATASE | 53 | | 43-107 | U/L | F | 2026/04/20 18:41:00.000 |
| BUN/CREATININE RATIO | 25 | | 7.0-25.0 | | F | 2026/04/20 18:41:00.000 |
| OSMOLALITY, SERUM (CALCULATED) | 283.6 | Above high normal | 261-280 | mOsm/L | F | 2026/04/20 18:41:00.000 |
| GLOBULIN | 3.2 | | 2.4-3.5 | g/dL | F | 2026/04/20 18:41:00.000 |
| A/G RATIO | 1.3 | | 1.2-2.2 | | F | 2026/04/20 18:41:00.000 |

Faggioni Polit
MRN: 2086049
ACCT: 1116060

| | | | | | | |
|---|---|---|---|---|---|---|
| GFR | 99 | | | ml/min/1.73 | F | 2026/04/20 18:41:00.000 |

| Test | Value | Abnormal | Range | Units | Status | Updated |
|---|---|---|---|---|---|---|
| PROTHROMBIN TIME | 10.8 | | 9.5-12.1 | Seconds | F | 2026/04/20 18:40:00.000 |
| INR | 1.0 | | 0.8-1.2 | | F | 2026/04/20 18:40:00.000 |

| Test | Value | Abnormal | Range | Units | Status | Updated |
|---|---|---|---|---|---|---|
| APTT | 27 | | 23-35 | seconds | F | 2026/04/20 18:40:00.000 |

| Test | Value | Abnormal | Range | Units | Status | Updated |
|---|---|---|---|---|---|---|
| THYROID STIMULATING HORMONE | 4.52 | | 0.465-4.68 | mIU/mL | F | 2026/04/20 19:11:00.000 |

| Test | Value | Abnormal | Range | Units | Status | Updated |
|---|---|---|---|---|---|---|
| COLOR | YELLOW | | YELLOW | | F | 2026/04/20 20:31:00.000 |
| APPEARANCE | CLEAR | | CLEAR | | F | 2026/04/20 20:31:00.000 |
| SPECIFIC GRAVITY, URINE | 1.020 | | 1.005-1.030 | | F | 2026/04/20 20:31:00.000 |
| PH, URINE | 7.0 | | 5.0-7.5 | | F | 2026/04/20 20:31:00.000 |
| NITRITE, URINE | NEGATIVE | | NEGATIVE | | F | 2026/04/20 20:31:00.000 |
| GLUCOSE, URINE | NEGATIVE | | NEGATIVE | | F | 2026/04/20 20:31:00.000 |
| KETONE, URINE | NEGATIVE | | NEGATIVE | | F | 2026/04/20 20:31:00.000 |
| PROTEIN, URINE | NEGATIVE | | NEGATIVE/TRACE | | F | 2026/04/20 20:31:00.000 |
| BLOOD, URINE | NEGATIVE | | NEGATIVE | | F | 2026/04/20 20:31:00.000 |
| BILIRUBIN, URINE | NEGATIVE | | NEGATIVE | | F | 2026/04/20 20:31:00.000 |
| UROBILINOGEN, URINE | 1.0 | | 0.2-1.0 | E.U./dL | F | 2026/04/20 20:31:00.000 |
| LEUKOCYTE ESTERASE, URINE | NEGATIVE | | NEGATIVE | | F | 2026/04/20 20:31:00.000 |
| UA MICROSCOPIC | NO | | | | | |

Patient Name: Polit, Faggioni C
MR Number: 2086049
Acct Number: 1116060
Date of Study: 04/20/2026
DOB: 10/17/1950
Exam Description: FOREARM XR RT
DX: Pain with Trauma/Injury
ACC: 11160600000800

PRELIMINARY REPORT

INDICATION: Pain with Trauma/Injury

TECHNIQUE: AP and lateral radiograph views of the right forearm were obtained.

COMPARISON: None

FINDINGS:

Overlying cast/splint material limits evaluation. Non comminuted minimally displaced intra-articula

IMPRESSION:

Minimally displaced intra-articular fracture involving the ulnar aspect of the distal radius.

Dictated By: Salmanzadeh, Ryan M.D 04/20/2026 19:41
Electronically Signed By:

Patient Name: Polit, Faggioni C
MR Number: 2086049
Acct Number: 1116060
Date of Study: 04/20/2026

Faggioni Polit
MRN: 2086049
ACCT: 1116060

DOB: 10/17/1950
Exam Description: WRIST RT 2 VIEWS XR
DX: post reductrion will call when ready
ACC: 11160600000900

PRELIMINARY REPORT

INDICATION: post reductrion will call when ready

TECHNIQUE: PA and lateral radiographic views of the right wrist.

COMPARISON: FOREARM XR RT from 04/20/2026

FINDINGS:

Status post reduction with near anatomic alignment of the distal radius. Overlying bandage material.

IMPRESSION:

Status post reduction of distal radius fracture with near anatomic alignment.

Dictated By: Salmanzadeh, Ryan M.D 04/20/2026 20:51
Electronically Signed By:

# Radial Head Fracture



A radial head fracture is a break in one of the bones in your forearm (*radius*). The break happens near the elbow joint. There are two bones in your forearm. The radius, or radial bone, is the bone on the side of your thumb.

There are different types of radial head fractures. The type depends on how much the bones have moved (been *displaced*) from their normal positions:

- Type 1. This is a small fracture in which the bone pieces stay together (*nondisplaced fracture*).
- Type 2. The fracture has bone pieces that are slightly moved.
- Type 3. There are many fractures and moved bone pieces.

## What are the causes?

This condition is often caused by falling and landing on an outstretched arm.

## What increases the risk?

You are more likely to get this condition if you:

- Are an older female.
- Play sports that are more likely to cause falls while running or jumping.
- Have weak bones (*osteoporosis*).

## What are the signs or symptoms?

- Swelling of the elbow joint.
- Pain and trouble moving the elbow joint.

## How is this treated?

Treatment for this condition may include:

- Resting your arm.
- Icing your arm.
- Raising (*elevating*) the injured area above the level of your heart.
- Taking medicines to help with the pain.

Treatment depends on the type of fracture you have.

- For type 1, you may be given a splint or sling to keep your arm and elbow from moving for several days.
- For type 2, you may be given a splint or sling to keep your arm and elbow from moving for several days. If the bones have moved a lot, you may need surgery.
- For type 3, you will often need surgery to have bone pieces taken out. The entire radial head may need to be taken out if the damage is very bad. The fracture will be kept in place (*stabilized*) with a splint and sling.

Faggioni Polit
MRN: 2086049
ACCT: 1116060

# Follow these instructions at home:

## Medicines

- Take over-the-counter and prescription medicines only as told by your doctor.
- If told, take steps to prevent problems with pooping (*constipation*). You may need to:
  - Drink enough fluid to keep your pee (*urine*) yellow.
  - Take medicines. You will be told what medicines to take.
  - Eat foods that are high in fiber. These include beans, whole grains, and fresh fruits and vegetables.
  - Limit foods that are high in fat and sugar. These include fried or sweet foods.
- Ask your doctor if you should avoid driving or using machines while you are taking your medicine.

## If you have a splint or sling that can be taken off:

- Wear the splint or sling as told by your doctor. Take it off only as told by your doctor.
- Check the skin around the splint or sling every day. Tell your doctor if you see problems.
- Loosen the splint or sling if your fingers:
  - Tingle.
  - Become numb.
  - Turn cold and blue.
- Keep it clean and dry.

## If you have a splint that cannot be taken off:

- **Do not** put pressure on any part of the splint until it is fully hardened.
- **Do not** stick anything inside the splint to scratch your skin.
- Check the skin around the splint every day. Tell your doctor if you see problems.
- You may put lotion on dry skin around the splint. **Do not** put lotion on the skin under the splint.
- Keep it clean and dry.

## Bathing

- **Do not** take baths, swim, or use a hot tub. Ask your doctor about taking showers or sponge baths.
- If the splint or sling is not waterproof:
  - **Do not** let it get wet.
  - Cover it with a watertight covering when you take a bath or shower.

## Managing pain, stiffness, and swelling

- If told, put ice on the injured area. To do this:
  - If you have a removable splint or sling, take it off as told by your doctor.
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag or between your splint and the bag.
  - Leave the ice on for 20 minutes, 2–3 times a day.
  - Take off the ice if your skin turns bright red. This is very important. If you cannot feel pain, heat, or cold, you have a greater risk of damage to the area.



- Move your fingers often.
- Raise the injured area above the level of your heart while you are sitting or lying down.

### Activity

- Ask your doctor when it is safe to drive if you have a splint or sling on your arm.
- Do not lift anything that is heavier than 10 lb (4.5 kg), or the limit that you are told.
- Return to your normal activities when your doctor says that it is safe.
- Do exercises as told by your doctor or physical therapist.

### General instructions

- Do not smoke or use any products that contain nicotine or tobacco. If you need help quitting, ask your doctor.
- Keep all follow-up visits.

## Contact a doctor if:

- You have problems with your splint.
- You have pain or swelling that gets worse.

## Get help right away if:

- You have very bad pain.
- You have fluid or a bad smell coming from your splint.
- Your hand or fingers get cold or turn pale or blue.
- You lose feeling in any part of your hand or arm.

## Summary

- A radial head fracture is a break in one of the bones in your forearm (*radius*). The break happens near the elbow joint.
- This break is often caused by falling and landing on an outstretched arm.
- This condition may be treated with rest, ice, raising the arm, pain medicines, a splint or sling, and surgery. Treatment depends on the type of fracture you have.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 04/06/2022 Document Reviewed: 04/06/2022

Elsevier Patient Education © 2025 Elsevier Inc.

**Larkin Community Hospital**
**Emergency Room**
**Discharge Medication Information**

**MEDICATION RECONCILIATION FORM**

**Name:** Faggioni Polit
**Age:** 75 yrs , **Gender:** Male
**Height:** 5ft. 7in.
**Weight:** 164Lbs

**Visit Date:** 04/20/2026 17:56
**MRN:** 2086049
**Provider:** Barosy, Claude

**ALLERGIES:** No known Allergies

Thank you for visiting Larkin Community Hospital. This form contains information about your medications. It is important that you read and understand this information.

**Source(s) of Home Medication Information (Select all that apply):**

- ☐ Patient
- ☐ Medication List
- ☐ EMS Record
- ☐ Patient's Family
- ☐ Medication Bottles
- ☐ Primary Care Provider
- ☐ Hospital Record
- ☐ Pharmacy (Specify ______________________________)
- ☐ Other (Specify ______________________________)

**Home Medication(s) recorded during this visit:** No Active Home Medications

**Medications you received during your visit:** NONE

**Prescriptions you received during your visit:** NONE

**Post-Departure Prescriptions:** NONE

**Notes:**
**You will need to see your Primary Care Provider to get refills.**

**PLEASE GIVE THIS FORM TO YOUR NEXT PROVIDER OF MEDICAL SERVICE (DOCTOR, CLINIC, HOME CARE, ETC.)**

**Larkin Community Hospital**
**Emergency Room**
**Discharge Medication Information**

**MEDICATION RECONCILIATION FORM**

**Name:** Faggioni Polit
**Age:** 75 yrs , **Gender:** Male
**Height:** 5ft. 7in.
**Weight:** 164Lbs

**Visit Date:** 04/20/2026 17:56
**MRN:** 2086049
**Provider:** Barosy, Claude

**ALLERGIES:** No known Allergies

**Signature:**

Barosy, Claude

**Created by:**

statrad®
Leading Teleradiology

## FDC Miami MIM

| | | | |
|---|---|---|---|
| Patient: | **POLIT-FAGGIONI, CARLOS RAMON (Male)** | DOB: | 10/17/50 |
| Register#: | **02758-506** | Age: | 71 |
| Date: | 04/05/22 10:47 | Status: | OP |
| Slicecount: | 2 | | |
| History: | Foreign born | | |
| Priors: | | | |
| Exams: | FILM CXR 2 VIEWS | | |
| Referring Phy: | JUAREZ_Y_APRN | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.840.113619.2.418.4.8323328.1649172835.403969

**Final Report**

**Exam: FILM CXR 2 VIEWS**

**HISTORY: Foreign born**

**TECHNIQUE: Frontal and lateral views of the chest.**

**COMPARISON: None**

**FINDINGS: Normal lung volumes. The lungs are clear. No acute airspace disease or pulmonary edema. No lung cavities, fibronodular opacities or parenchymal architectural distortion.**

**Normal cardiomediastinal contours. Normal cardiac size.**

**No pleural effusions.**

**No pneumothorax.**

**No acute osseous abnormalities.**

**IMPRESSION: Normal chest examination. No radiographic evidence of active tuberculosis.**

Radiologist: Justin Yoon, MD

Study ready at 10:53 and initial results transmitted at 11:07

statrad®
Leading Teleradiology

## FDC Miami MIM

| | | | |
|---|---|---|---|
| Patient: | POLIT-FAGGIONI, CARLOS RAMON (Male) | DOB: | 10/17/50 |
| Register#: | 02758-506 | Age: | 73 |
| Date: | 05/16/24 08:33 | Status: | OP |
| Slicecount: | 2 | | |
| History: | Foreign born | | |
| Priors: | | | |
| Exams: | XR CXR 2 VIEWS | | |
| Referring Phy: | BELL-LLOCH_K_ARNP | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.392.200036.9107.307.32121.113212124051600332

**Final Report**

**Exam: XR CXR 2 VIEWS**

**HISTORY: See above**

**TECHNIQUE: Frontal and Lateral views obtained**

**COMPARISON: 4/5/22**

**FINDINGS: The cardiac silhouette is normal. Trachea is midline. There is ectasia of the thoracic aorta. Mediastinal and hilar contours are otherwise unremarkable. Lungs and pleural spaces are clear. Thoracic musculoskeletal structures are age appropriate.**

**IMPRESSION:**
**No radiographic evidence for an acute cardiopulmonary process. No change in radiographic appearance of the chest compared to the prior exam.**

Radiologist: Maurice Yu, MD

Study ready at 09:01 and initial results transmitted at 10:40

Polit faggioni, Carlos
ID: 02758 506
DOB: 17-Oct-1950
73yr, Male

2-Jul-2024 10:24:40

| | | |
|---|---|---|
| Vent rate: | 53 | BPM |
| PR int: | 167 | ms |
| QRS dur: | 81 | ms |
| QT/QTc: | 411/395 | ms |
| P-R-T axes: | 14 -6 -5 | |

SINUS BRADYCARDIA
POSSIBLE ANTERIOR MYOCARDIAL INFARCTION [30 ms Q WAVE IN V3/V4, OR R < 0.2 mV IN V4],
PROBABLY OLD
BORDERLINE ECG

UNCONFIRMED REPORT



statrad
Leading Teleradiology

## FCI Miami MIA

| | | | |
|---|---|---|---|
| Patient: | POLIT FAGGIONI, CARLOS (Male) | DOB: | 05/08/25 |
| Register#: | 02758506 | Age: | 70 |
| Date: | 05/08/25 10:34 | Status: | OP |
| Slicecount: | 3 | | |
| History: | Back pain | | |
| Priors: | | | |
| Exams: | XR L SPINE | | |
| Referring Phy: | N ADRIEN NP | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.40.1.6.8.168.102147214636.250508092811908824

### Final Report

Exam: XR L SPINE

HISTORY: See above

TECHNIQUE: 3 views obtained

COMPARISON: No prior imaging available

FINDINGS: The bone mineralization is normal. No acute compression fracture. Vertebral bodies demonstrate normal height. There is minimal retrolisthesis L3 on L4. Minimal L3-4 through L5-S1 disc space narrowing. Mild to moderate L5-S1 facet arthrosis.

IMPRESSION:
No radiographic evidence for acute compression fracture.

Minimal retrolisthesis L3 on L4.

Minimal L3-4 through L5-S1 disc space narrowing. Mild to moderate L5-S1 facet arthrosis.

Radiologist: Maurice Yu, MD

Study first marked ready to read at 10:35, study last marked ready to read at 10:35, initial results transmitted at 13:13

# Eyeglass Prescription

5-29-21

| TRAY NO. | ARRIVAL DATE | | PRESCRIPTION NO. |
|---|---|---|---|
| | | | |

INSTITUTION:

CITY

STATE: Federal Correctional Institution

15801 SW 137th Ave

Miami, Florida 33177

ZIP

LENSES

EXTRA

FRAME OR MTG

MISC

POUT FAGIONM, CARLOS
02758-506
DOB 10-17-50

| | | SPHERE | CYLINDER | AXIS | PRISM | DIRECTION | IN DEC OUT | |
|---|---|---|---|---|---|---|---|---|
| DISTANCE | R | +2.75 | -1.25 | 176 | | | | |
| | L | +3.75 | -1.25 | 85 | | | | |

| | | | SEGMENT INSTRUCTIONS | | | | PUPILLARY WIDTH | |
|---|---|---|---|---|---|---|---|---|
| | | | HEIGHT | WIDTH | INSET | | DIST. | NEAR |
| ADD | R | 2.50 | R 14 | | R | R | 65 | 62 |
| | L | 2.50 | L 14 | | L | L | | |

SEG. STYLE

| ORTH. F TILLER D | EXECUTIVE TYPE | KRYPTOK | PANOPTIK | CURVED TOP | TRIFOCAL AND TYPE | STRAIGHT TOP | OTHER. |
|---|---|---|---|---|---|---|---|
| 22 | | 22 | 22 - 24 | 22 - 25 | | 22 28 45 25 35 | |

| FRAME OR SHAPE | | EYE SIZE | BRIDGE SIZE | TEMPLE LENGTH AND STYLE |
|---|---|---|---|---|
| FP1-1 | Black | 54 | 17 | 145 |

Mail to:
Federal Prison Industries
Box 100
Butner, N.C. 27509

SPECIAL INSTRUCTIONS
( ) LENS ONLY
( ) FRAMES ONLY

SIGNATURE DATE

USP LVN

PRINTED ON RECYCLED PAPER

BP-357(60)
MAY 1984

statrad

## FCI Miami MIA

| | | | |
|---|---|---|---|
| Patient: | POLIT FAGGIONI, CARLOS (Male) | DOB: | 10/17/50 |
| Register#: | 02758506 | Age: | 75 |
| Date: | 10/24/25 09:47 | Status: | OP |
| Slicecount: | 2 | | |
| History: | OTHER: Recent Illness: Cough and short of breath | | |
| Priors: | | | |
| Exams: | XR CXR 2 VIEWS | | |
| Referring Phy: | N ADRIEN NP | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.40.1.6.8.168.102147214674.251024093458858027

**Final Report**

**Exam: XR CXR 2 VIEWS**

**HISTORY: See above**

**TECHNIQUE: Frontal and Lateral views obtained**

**COMPARISON: No prior imaging available**

**FINDINGS: The cardiac silhouette is normal. Trachea is midline. Tortuous descending thoracic aorta. Mediastinal and hilar contours are otherwise unremarkable. Patchy alveolar opacities in the right lung base. Lungs and pleural spaces are otherwise clear. Thoracic musculoskeletal structures are age appropriate.**

**IMPRESSION:**
**Tortuous thoracic aorta.**

**Patchy pneumonia suspected in the right lung base.**

Radiologist: Maurice Yu, MD

Study first marked ready to read at 09:49, study last marked ready to read at 09:49, Initial results transmitted at 10:37

statrad
Leading Teleradiology

## FCI Miami MIA

| | | | |
|---|---|---|---|
| Patient: | POLIT FAGGIONI, CARLOS (Male) | DOB: | 10/17/50 |
| Register#: | 02758506 | Age: | 75 |
| Date: | 11/10/25 13:05 | Status: | OP |
| Slicecount: | 2 | | |
| History: | OTHER: Recent Illness: Right lower lung pneumonia F/U | | |
| Priors: | | | |
| Exams: | XR CXR 2 VIEWS | | |
| Referring Phy: | N ADRIEN NP | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.40.1.6.8.168.102147214692.251110124710748901

**Final Report**

**Exam: FILM CXR 2 VIEW**

**TECHNIQUE: Chest PA and lateral views**

**INDICATION: see above**

**COMPARISON: Chest 10/24/25**

**FINDINGS:**

**The cardiomediastinal silhouette is within normal limits. Stable mild tortuous descending thoracic aorta.**

**Lungs are clear. Resolution of patchy opacity in the medial right lung base compared to prior exam.**

**No pleural effusions.**

**No acute osseous abnormality. Bony elements are within normal limits for age.**

**IMPRESSION:**

**No acute cardiopulmonary disease.**

**Lungs are clear. No acute infiltrate or consolidation in the lungs.**

**Heart size normal.**

Radiologist: Farhad Khorashadi, MD

Study first marked ready to read at 13:07, study last marked ready to read at 13:07, initial results transmitted at 13:52

ID: 02758-506
POLIT FAGGIONI
Male Years ( / / )
DOB: 10/17/1950

A. Miles, RN
FCI/FPC Miami
3/10/26

10-03-2026 10:34:20

| | | | |
|---|---|---|---|
| HR | : | 58 | bpm |
| P | : | 116 | ms |
| PR | : | 172 | ms |
| QRS | : | 90 | ms |
| QT/QTc | : | 420/413 | ms |
| P/QRS/T | : | 63/15/27 | ° |
| RV5/SV1 | : | 0.924/0.281 | mV |

Diagnosis Information:
Sinus bradycardia
Low QRS voltages in limb leads
Borderline ECG

Report Confirmed by: 3/21/26
I. Alarcon, MD
Clinical Director
FCI Miami




0.67~100Hz AC60 25mm/s 10mm/mV 4*2.5s+1r ♥58 V2.21 Glasgow V28.6.0 FCI MIAMI

ID: 02758-506
POLIT FAGGIONI
Male Years 10/17/1950

A. Miles, RN
FCI/FPC Miami
3/10/26

10-03-2026 10:32:44

| | | | |
|---|---|---|---|
| HR | : | 59 | bpm |
| P | : | 118 | ms |
| PR | : | 178 | ms |
| QRS | : | 88 | ms |
| QT/QTc | : | 412/409 | ms |
| P/QRS/T | : | 62/-15/22 | ° |
| RV5/SV1 | : | 0.970/0.256 | mV |

Diagnosis Information:
Sinus bradycardia
Low QRS voltages in limb leads
Borderline ECG

Report Confirmed by:

3/21/26

I. Alarcon, MD
Clinical Director
FCI Miami




0.67~100Hz AC60 25mm/s 10mm/mV 4*2.5s+1r ♥59 V2.21 Glasgow V28.6.0 FCI MIAMI

ID: 02758-506
polit faggioni carlos
Male 75Years (10/07/1950)

L. SANTIAGO
Registered Nurse
FCI/FPC Miami
3/18/26

12-03-2026 14:47:35

| | | |
|---|---|---|
| HR | : 57 | bpm |
| P | : 114 | ms |
| PR | : 172 | ms |
| QRS | : 92 | ms |
| QT/QTc | : 426/415 | ms |
| P/QRS/T | : 56/-3/35 | ° |
| RV5/SV1 | : 0.804/0.094 | mV |

Diagnosis Information:
Sinus bradycardia
rSr'(V1) - probable normal variant
Borderline ECG

T. Alarcon, MD
Clinical Director
FCI Miami
3/12/26

Report Confirmed by:




0.67~100Hz AC60 25mm/s 10mm/mV 4*2.5s+1r ♥57 V2.21 Glasgow V28.6.0 FCI MIAMI

Jackson South MEDICAL CENTER
Miracles made daily

**Gastroenterology**

| | | | |
|---|---|---|---|
| **Patient Name:** | Polit, Carlos | **Procedure Date:** | 12/8/2021 2:39 PM |
| **MRN:** | 5227074 | **Account Number:** | 40020018683-1-1 |
| **Date of Birth:** | 10/17/1950 | **Admit Type:** | Outpatient |
| **Age:** | 71 | **Room:** | Endo 1 |
| **Gender:** | Male | | |

**Procedure Code(s):** — Professional —
45378, Colonoscopy, flexible; diagnostic, including collection of specimen(s) by brushing or washing, when performed (separate procedure)

**Diagnosis Code(s):** — Professional —
Z12.11, Encounter for screening for malignant neoplasm of colon
K62.4, Stenosis of anus and rectum
K57.30, Diverticulosis of large intestine without perforation or abscess without bleeding

**CPT ® 2019 © American Medical Association. All rights reserved.**

**The codes documented in this report are preliminary and upon coder review may be revised to meet current compliance requirements.**

Henry Lujan, MD

Henry John Lujan, MD
Signed Date: 12/8/2021 3:34:06 PM
This report has been signed electronically.Henry Lujan, MD
**Number of Addenda:** 0
**Note Initiated On:** 12/8/2021 2:39:28 PM

Jackson South MEDICAL CENTER
*Miracles made daily*

***Gastroenterology***

| | | | |
|---|---|---|---|
| **Patient Name:** | Polit , Carlos | **Procedure Date:** | 12/8/2021 2:39 PM |
| **MRN:** | 5227074 | **Account Number:** | 40020018683-1-1 |
| **Date of Birth:** | 10/17/1950 | **Admit Type:** | Outpatient |
| **Age:** | 71 | **Room:** | Endo 1 |
| **Gender:** | Male | | |


4 Sigmoid Colon


5 Sigmoid Colon


6 Splenic Flexure


7 Transverse Colon


8 Descending Colon


9 Hepatic Flexure


10


11 Ascending Colon


12 Ileo-cecal Valve


13 Cecum


14 Cecum

This page intentionally left blank.

**Scope In:** 3:13:39 PM
**Scope Withdrawal Time:** 6 Minutes 28 Seconds
**Scope Out:** 3:25:11 PM

**Estimated Blood Loss:** Estimated blood loss: none.

**Impression:**
- Rectal stricture found on digital rectal exam. Gently dilated, allows index finger.
- Diverticulosis in the sigmoid colon and in the descending colon. There was no evidence of diverticular bleeding.
- The examination was otherwise normal on direct and retroflexion views.
- No specimens collected.

**Recommendation:**
- Patient has a contact number available for emergencies. The signs and symptoms of potential delayed complications were discussed with the patient. Return to normal activities tomorrow. Written discharge instructions were provided to the patient.
- Resume previous diet.
- Continue present medications.
- Await pathology results.
- Repeat colonoscopy in 10 years for screening purposes.
- Return to my office in 4 weeks.

*9333 Southwest 152nd Street*
*Miami, FL 33157*

CIRA

2760 SW 97th Ave, Suite B101
Miami, Florida 33165

Phone: 305.594.2881
Toll Free: 1.866.594.2881
Fax: 305.594.2871
www.ciramiami.com

☐ CT Scan ☐ Nuclear Medicine ☐ PET/CT Scan ☐ Ultrasound ☐ CardioGen-82

| | |
|---|---|
| **Patient Name:** | CARLOS R. POLIT |
| **Date of Service:** | 04/27/2017 |
| **Date of Birth:** | 10/17/1950 |
| **Medical Record Number:** | 29328 |
| **Referring Physician:** | JOSE C. MARTIN, M.D. |
| **Fax Number:** | (305) 412-6326 |

## CARDIOGEN-82/MYOCARDIAL PET PERFUSION IMAGING

**INDICATION:** CAD, Assessment of myocardial ischemia.

**TECHNIQUE:** The imaging acquisition was performed in a high-resolution PET scanner. Transmission image was acquired for attenuation correction. 23.3 mCi of Cardiogen-82 were infused and rest ECG-gated emission images were acquired.

45.1 mg dose of persantine were infused intravenously over 4 minutes. 23.1 mCi of Cardiogen-82 were infused and ECG-gated emission images acquired during peak of stress. Blood pressure and heart rate were monitored via ECG during the entire test.

**FINDINGS:** Image quality is excellent. There is a mild partially reversible inferior apical defect, representing 5% of the left ventricle. Otherwise, the left ventricle is normal in size and shows normal perfusion. There are no other stress induced reversible perfusion defects or fixed perfusion defects. The transient ischemic dilatation ratio is 0.95, which is within the normal limits.

Gated images show a normal resting and peak hyperemia/stress ejection fraction of 58% at rest, and 60% at stress. There is normal thickening and wall motion of all cardiac segments.

Nuclear Medicine ACR Radiology Accredited Facility

Computed Tomography ACR Radiology Accredited Facility

Positron Emission Tomography ACR Radiology Accredited Facility

Jackson South Medical Center
*Miracles made daily.*

***Gastroenterology***

| | | | |
|---|---|---|---|
| **Patient Name:** | Polit , Carlos | **Procedure Date:** | 12/8/2021 2:39 PM |
| **MRN:** | 5227074 | **Account Number:** | 40020018683-1-1 |
| **Date of Birth:** | 10/17/1950 | **Admit Type:** | Outpatient |
| **Age:** | 71 | **Room:** | Endo 1 |
| **Gender:** | Male | | |

**Procedure:** Colonoscopy
**Indications:** Screening for colorectal malignant neoplasm
**Providers:** Henry John Lujan, MD
**Referring MD:** Henry John Lujan, MD
**Requesting Provider:**
**Medicines:** See the Anesthesia note for documentation of the administered medications
**Complications:** No immediate complications.

**Procedure:** Pre-Anesthesia Assessment:
- Prior to the procedure, a History and Physical was performed, and patient medications and allergies were reviewed. The patient's tolerance of previous anesthesia was also reviewed. The risks and benefits of the procedure and the sedation options and risks were discussed with the patient. All questions were answered, and informed consent was obtained. Prior Anticoagulants: The patient has taken no previous anticoagulant or antiplatelet agents. ASA Grade Assessment: II - A patient with mild systemic disease. After reviewing the risks and benefits, the patient was deemed in satisfactory condition to undergo the procedure.

After I obtained informed consent, the scope was passed under direct vision. Throughout the procedure, the patient's blood pressure, pulse, and oxygen saturations were monitored continuously. The Pediatric Colonoscope was introduced through the anus and advanced to the cecum, identified by appendiceal orifice and ileocecal valve. The colonoscopy was performed without difficulty. The patient tolerated the procedure well. The quality of the bowel preparation was good.

**Findings:**
- The digital rectal exam findings include rectal stricture. Pertinent negatives include no anal lesion or abnormality.
- Many small and large-mouthed diverticula were found in the sigmoid colon and descending colon. There was no evidence of diverticular bleeding.
- The exam was otherwise without abnormality on direct and retroflexion views.

**Add'l Images:**



The Colon


1 Rectum, J maneuver, mild rectal stricture dilated on DRE


2 Rectum


3 Sigmoid Colon

Carlos Ramon Polit Faggioni
BOP # 02758506
Federal Correctional Institution
Miami Low
P.O. Box 779800
Miami, FL. 33177




Court Clerk
United States District Court for
the Southern District of Florida
Wilkie D. Ferguson, Jr., U.S. Courthouse
400 N. Miami Avenue, Room 8N09
Miami, FL. 33128

REC'D BY______D.C.
SEP 10 2026
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI